AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Wilus Institute of Standards and Technology Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-00752 -JRG-RSP |
| HP Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.                                                                .

Date:      09/13/2024

/s/ Reza Mirzaie
*Attorney's signature*

Reza Mirzaie, CA SBN 246953
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90024

*Address*

rmirzaie@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

*FAX number*

Print     Save As...     Reset