| Attorney or Party without Attorney:<br>Marc Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>　　*Telephone No:* 310-826-7474<br><br>　　*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>4956-002B | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION | | |
| *Plaintiff:* Wilus Institute of Standards and Technology Inc.,<br>*Defendant:* HP Inc. | | |
| **PROOF OF SERVICE** | *Hearing Date:*　　*Time:*　　*Dept/Div:* | *Case Number:*<br>2:24-cv-00752-JRG-RSP |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3. a.　Party served:　　HP Inc.
   b.　Person served:　William Miller, Authorized to Accept service for CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:　1999 Bryan St Suite 900, Dallas, TX 75201

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 17, 2024 (2) at: 11:45 AM

6. **Person Who Served Papers:**
   a. Kim Shaw　　　　　　　　　　　　　　d. **The Fee** for Service was:　$371.13
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

　　　　　　　　　　　　　　　　　　　　　8/18/2023　　　　　　　　　　　　　　　*Kim Shaw*
　　　　　　　　　　　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　(Signature)



PROOF OF SERVICE

11813068
(5887854)