IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Action No. 2:24-CV-0752-JRG-RSP<br>LEAD CASE |

**DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION
OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT**

Defendants HP Inc. ("Defendant") respectfully moves the Court for an order extending the time for Defendant to move, answer, or otherwise respond to Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") Complaint for Patent Infringement.

The deadline for Defendant to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint") (Dkt. No. 1) is November 22, 2024. At this time, Defendant requests an additional extension of time up to and including December 2, 2024, to move, answer, or otherwise respond to Plaintiff's Complaint. Good cause exists for this extension because Defendant has been diligently preparing its response and respectfully request a brief extension of time to finalize these materials.

Defendant represents that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

Defendant's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendant's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

Accordingly, Defendant respectfully requests that the time in which Defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint be extended from November 6, 2024, up to and including December 2, 2024.

Dated: November 1, 2024         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　　　**GILLAM & SMITH, LLP**
　　　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 934-8450
　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (903) 934-9257
　　　　　　　　　　　　　　　　　　　　　　Email: melissa@gillamsmithlaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 1, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith