# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>      Plaintiff,<br><br>v.<br><br>HP INC.<br><br>      Defendant. | Civil Action No. 2:24-CV-0752-JRG-RSP<br>LEAD CASE |

## **ORDER**

Before the Court is Defendant's Unopposed Motion for Additional Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement. (Dkt. #1). The Court, having considered the motion, concludes that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint for Patent Infringement, (Dkt. #1), is extended to **December 2, 2024**.