**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

WILUS INSTITUTE OF STANDARDS
AND TECHNOLOGY INC.

                Plaintiff,

v.

HP INC.

                Defendant.

Civil Action No. 2:24-CV-0752-JRG-RSP

## ORDER

Before the Court is Defendant's Unopposed Motion for Additional Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint (**Dkt. No. 16**). Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1) is extended to **December 2, 2024**.

**SIGNED this 4th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE