IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. § § § | | |
| v. § § § | Case No. 2:24-cv-00752-JRG-RSP (Lead Case) | |
| HP INC. § | | |
| | | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. § § § | | |
| v. § § § | Case No. 2:24-cv-00766-JRG-RSP (Member Case) | |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. § § | | |

**DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL**

Defendants, Askey Computer Corp. and Askey International Corp., notify the Court and the parties of the appearance of Trey Yarbrough as counsel on their behalf. Defendants respectfully request that Mr. Yarbrough, whose contact information is set forth below, be included on the Court's and parties' service lists for this case.

Respectfully submitted,

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
903-595-3111 office
903-595-0191 fax

**ATTORNEY FOR DEFENDANTS**

1

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 7, 2024.

                                         */s/ Trey Yarbrough*
                                         Trey Yarbrough