# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), files the unopposed motion to extend the deadlines for Plaintiff to serve its infringement contentions and

1

Defendants, HP Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Askey Computer Corp., and Askey International Corp. (collectively "Defendants"), to serve invalidity and subject matter eligibility contentions.

Prior to the deadline for Plaintiff to serve infringement contentions, Plaintiff reached agreement with HP Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. to extend the deadline for Plaintiff to serve infringement contentions. While Plaintiff was able to confer with counsel for Askey Computer Corp. and Askey International Corp. ("Askey Defendants") regarding extending the Askey Defendants' deadline to answer or otherwise respond to Plaintiff's complaint, Plaintiff, despite its best efforts, was not able to confer and reach agreement with counsel for the Askey Defendants regarding extending Plaintiff's deadline to serve its infringement contentions until the scheduling conference. *See Wilus Institute of Standards and Technology Inc. v. Askey Computer Corp, et al.*, Case No. 2:24-cv-766-JRG-RSP, Dkt. Nos. 11, 12.

Infringement contentions were due on October 24, 2024, and invalidity and subject matter eligibility contentions are currently due December 19, 2024. Dkt. No. 15. With the agreement of Defendants, Plaintiff requests a four-week extension of the deadline to comply Local Rules P-R 3-1 and 3-2 from October 24, 2024, to November 21, 2024, and in order to accommodate that extension, Plaintiff also requests a four-week extension for all Defendants of the deadline to comply with Local Rule P.R. 3-3 and 3-4 and the Standing Order Regarding Subject Matter Eligibility Contentions from December 19, 2024, to January 16, 2025.

These extensions are not sought for purposes of delay, and Plaintiff does not anticipate these extensions to affect any deadlines in this case.

A proposed order is attached herewith.

Dated: November 12, 2024

Respectfully submitted,

<u>/s/ Neil A. Rubin</u>
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF, Wilus Institute of Standards and Technology Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 12th day of November, 2024.

/s/ Neil A. Rubin

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Neil A. Rubin