# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES TO SERVE INFRINGEMENT AND INVALIDITY CONTENTIONS

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions. Having considered the motion, and noting that it is

1

unopposed, the Court GRANTS the motion and ORDERS that the deadline for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 is extended by four-weeks to November 21, 2024, and the deadline for all Defendants to comply with Local Rule P.R. 3-3 and 3-4 and the Court's Standing Order on Subject Matter Eligibility Contentions is extended by four weeks to January 16, 2025.