IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § | CASE NO. 2:24-CV-00752-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Deadlines to Serve Infringement and Invalidity Contentions. **Dkt. No. 19**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the deadline for Plaintiff to comply with Local Rule P.R. 3-1 and 3-2 is extended until November 21, 2024, and the deadline for all Defendants to comply with Local Rule P.R. 3-3 and 3-4 and the Court's Standing Order on Subject Matter Eligibility Contentions is extended until January 16, 2025.

**SIGNED this 13th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE