# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Unconsolidated Case) |

1

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION TO CONSOLIDATE

Before the Court is Plaintiff's, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), Unopposed Motion to Consolidate.

After consideration, the Court **GRANTS** Plaintiff's Motion. *Wilus Institute of Standards and Technology Inc. v. Askey Computer Corp., et al.,* Case No. 2:24-cv-00753-JRG-RSP (the "Askey -753 Case") is hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with *Wilus Institute of Standards and Technology, Inc. v. HP Inc.*, Case No. 2:24-cv-00752-JRG-RSP (the "Lead Case"). All parties are instructed to file any future filings in the Lead Case. Individual cases remain active for trial.

Additional counsel for Defendants, Askey Computer Corp. and Askey Internation Corp., may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who have appeared pro hac vice in the Askey -753 Case may file a Notice of Appearance in the Lead Case without filing an additional application to appear pro hac vice in the Lead Case. Counsel who have not appeared in the Askey -753 Case at this point should file a Notice of Appearance only in the Lead Case.

The Parties to the Askey -753 Case and the Lead Case shall prepare and submit a proposed docket control order, a proposed discovery order, and a proposed protective order, within the time periods contained in the schedule set forth in the Court's Order setting the scheduling conference. *Wilus Institute of Standards and Technology, Inc. v. HP Inc.*, Case No. 2:24-cv-00752-JRG-RSP, Dkt. No. 15. The Parties to the Askey -753 Case and the Lead Case shall comply with Local Patent Rules 3-1 through 3-4 according to the deadlines in the

Court's Order extending the deadlines to exchange infringement and invalidity contentions. *Wilus Institute of Standards and Technology, Inc. v. HP Inc.*, Case No. 2:24-cv-00752-JRG-RSP, Dkt. No. 20.