# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP |

## ORDER

Before the Court is Wilus Institute of Standards and Technology, Inc. and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp. Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. **Dkt. No. 23**. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore it is **ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to December 6, 2024. All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 21st day of November, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE