# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HP INC.<br><br>*Defendant.* | Civil Case No. 2:24-cv-00752-JRG<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Benjamin C. Elacqua of the law firm of Fish & Richardson P.C., 909 Fannin Street, Suite 2100, Houston, TX 77010, will appear as counsel for Defendant, HP Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Date: November 22, 2024

Respectfully submitted,

By: */s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

**COUNSEL FOR DEFENDANT HP INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 22, 2024 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
