# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>                         Plaintiff,<br><br>v.<br><br>HP INC.<br><br>                         Defendant. | Civil Action No. 2:24-CV-0752-JRG-RSP<br>LEAD CASE |

## DEFENDANT'S UNOPPOSED MOTION FOR ADDITIONAL EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Defendants HP Inc. ("Defendant") respectfully moves the Court for an order extending the time for Defendant to move, answer, or otherwise respond to Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") Complaint for Patent Infringement.

The deadline for Defendant to move, answer, or otherwise respond to Plaintiff's Complaint for Patent Infringement ("Complaint") (Dkt. No. 1) is December 2, 2024. At this time, Defendant requests an additional extension of time up to and including December 13, 2024, to move, answer, or otherwise respond to Plaintiff's Complaint. Good cause exists for this extension because Defendant has been diligently preparing its response and respectfully request a brief extension of time to finalize these materials.

Defendant represents that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Defendant met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

Defendant's agreement with Plaintiff should not be construed as a waiver of any other rights or defenses, including, for instance, Defendant's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patents.

Accordingly, Defendant respectfully requests that the time in which Defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint be extended from December 2, 2024, up to and including December 13, 2024.

Dated: November 25, 2024            Respectfully submitted,

           */s/ Melissa R. Smith*

Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257
Email: melissa@gillamsmithlaw.com

**COUNSEL FOR DEFENDANT
HP INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). Counsel for Plaintiff indicated that Plaintiff is unopposed to the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 25, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith