**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Action No. 2:24-CV-0752-JRG-RSP <br> LEAD CASE |

## <u>ORDER</u>

Before the Court is Defendant's Unopposed Motion for Additional Extension of Time to Move, Answer, Or Otherwise Respond to Plaintiff's Complaint for Patent Infringement.  The Court, having considered the motion, concludes that it should be granted.