# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Action No. 2:24-CV-0752-JRG-RSP |

## ORDER

Before the Court is Defendant's Unopposed Motion for Additional Extension of Time to Move, Answer, Or Otherwise Respond to Plaintiff's Complaint for Patent Infringement. **Dkt. No. 27**. The Court, having considered the motion, concludes that it should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Defendant has until December 13, 2024 to move, answer, or otherwise respond to Plaintiff's Complaint.

**SIGNED this 26th day of November, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE