# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

## ORDER

Pending before the Court is Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp. (collectively, "Defendants") (collectively with Wilus, the "Parties") Joint Motion for Extension of Time to File Proposed Protective Order and to Serve Initial and Additional Disclosures. The Court, having considered the joint motion, and for good cause shown, finds that the motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the deadline for filing the proposed protective order is extended to December 13, 2024.

**IT IS HEREBY FURTHER ORDERED** that the deadline to Comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is extended to December 13, 2024. All other deadlines shall remain in place absent further leave of Court.