# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC., et al.,<br><br>*Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP |

## ORDER

Before the Court is Wilus Institute of Standards and Technology, Inc. and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp.'s Joint Motion for Extension of Time to File Proposed Protective Order and to Serve Initial and Additional Disclosures. **Dkt. No. 29**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that the deadline for filing the proposed protective order is extended to December 13, 2024.

**IT IS FURTHER ORDERED** that the deadline to comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is extended to December 13, 2024. All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 2nd day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE