# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **(LEAD CASE)** |

## ORDER

Pending before the Court is Plaintiff Wilus Institute of Standards and Technology, Inc. and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp.'s Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. **Dkt. No. 31**. The Court, having considered the motion, finds that the motion should be and hereby is **GRANTED**.

Therefore it is **ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to December 13, 2024. All other deadlines shall remain in place absent further leave of Court.

**SIGNED this 9th day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1