AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| Wilus Institute of Standards and Technology Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-00752 |
| HP Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.                                                           .

Date:     12/13/2024

/s/ Mackenzie Paladino
*Attorney's signature*

Mackenzie Paladino
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

mpaladino@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|