# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE PROPOSED PROTECTIVE ORDER AND TO SERVE INITIAL AND ADDITIONAL, DOCKET CONTROL ORDER, AND DISCOVERY ORDER

Plaintiff, Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp. (collectively, "Defendants") (collectively with Wilus, the "Parties") file this Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order.

The current deadline for the Parties to file their proposed docket control order and discovery order is December 13, 2024.  Similarly, the current deadline for the Parties to file their proposed protective order and to comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) is December 13, 2024.  The Parties respectfully request a brief extension of time due to Defendants' retention of counsel and the recent consolidation of the matter. The Parties have been diligently working to prepare these materials and respectfully request a brief extension of time in order to finalize these materials. This brief extension will give the Parties adequate time to continue meeting and conferring to narrow their disputes.  This extension is not sought for prejudice or delay, but for good cause and so that justice may be served.

Accordingly, the Parties respectfully request that the Court extend the deadline for (1) filing their proposed docket control order and discovery order two business days to December 18, 2024 and (2) filing their proposed protective order and to comply with Paragraphs 1 & 3 of the Discovery Order (Initial and Additional Disclosures) one week to December 20, 2024.

Dated: December 13, 2024

Respectfully submitted,

*/s/ Mackenzie Paladino*
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Marc A. Fenster
mfenster@raklaw.com
CA State Bar No. 181067
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Christian W. Conkle
cconkle@raklaw.com
CA State Bar No. 306374
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

**ATTORNEYS FOR PLAINTIFF,
WILUS INSTITUTE OF STANDARDS
AND TECHNOLOGY**

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua
Texas Bar Number 24055443
elacqua@fr.com
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com

2

**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue Marshall,
Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257
Email: melissa@gillamsmithlaw.com
*Attorneys for HP Inc.*

*/s/ Trey Yarbrough*
Trey Yarbrough
trey@yw-lawfirm.com
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
903-595-3111
*Attorneys for Askey Computer Corp. and Askey International Corp.*

*/s/ Melissa R. Smith*
Melissa Smith
Melissa@gillamsmithlaw.com
**Gillam & Smith LLP**
303 S. Washington Avenue
Marshall, TX 75670
903-934-8450
*Attorneys for Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of December, 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this same date.

*/s/ Melissa R. Smith*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

<em>/s/ Melissa R. Smith</em>