# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC., et al., <br><br>*Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br>**(LEAD CASE)** |

## ORDER

Before the Court is Wilus Institute of Standards and Technology, Inc. and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp.'s Joint Motion for Extension of Time to File Proposed Docket Control Order and Discovery Order. **Dkt. No. 41**. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for filing the proposed docket control order and discovery order is extended to December 18, 2024

It is further **ORDERED** that the deadline for filing the proposed protective order and to serve initial and additional disclosures is extended to December 20, 2024.

**SIGNED this 18th day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1