# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **(LEAD CASE)** |

## ORDER

Before the Court is Wilus Institute of Standards and Technology, Inc. and Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp.'s Joint Motion for Extension of Time to File Proposed Protective Order. **Dkt. No. 46**. Having considered the joint motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for filing the proposed protective order and to serve initial and additional disclosures is extended to December 30, 2024.

**SIGNED this 23rd day of December, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1