IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>HP INC.,<br><br>　　　　　Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP<br><br>**LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP.,<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-00766-JRG-RSP<br><br>**MEMBER CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br>　v.<br>ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP.,<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-00753-JRG-RSP<br><br>**MEMBER CASE** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINTS**

Defendants, Askey Computer Corp. and Askey International Corp. (collectively "the Askey Defendants" or "Defendants"), without waiving any defenses set forth in

1

Federal Rule Civil Procedure 12, file this unopposed motion for an extension of time in which to answer or otherwise respond to Plaintiff's Complaints for Patent Infringement and respectfully show the Court:

1. The Askey Defendants are scheduled to answer or otherwise respond to Plaintiff's Complaints by December 30, 2024. Defendants respectfully move the Court for a brief extension of time through January 16, 2025 in which to answer or otherwise respond to the Complaints.

2. Good cause exists for this extension request due to the intervening holidays and the press of other business. The extension will not affect any remaining deadlines or the trial date and the requested new deadline is aligned with an answer date for one of the other defendants in this action. The parties, through counsel, have conferred regarding the subject matter of this motion and it is unopposed.

Wherefore, Defendants, Askey Computer Corp. and Askey International Corp., move for an extension of time in which to answer or otherwise respond to Plaintiff's Complaints through January 16, 2025.

DATED:  December 30, 2024         Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
903-595-3111 office
903-595-0191 fax

**ATTORNEYS FOR ASKEY DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on December 30, 2024.

*/s/ Trey Yarbrough*
Trey Yarbrough

**CERTIFICATE OF CONFERENCE**

This is to certify that counsel for the Defendants and counsel for the Plaintiff conferred regarding the subject matter of this motion on December 30, 2024, and the foregoing motion is unopposed.

*/s/ Trey Yarbrough*
Trey Yarbrough
