# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Civil Action No. 2:24-cv-00766-JRG-RSP <br><br> **MEMBER CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Civil Action No. 2:24-cv-00753-JRG-RSP <br><br> **MEMBER CASE** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE <u>RESPOND TO PLAINTIFF'S COMPLAINTS</u>**

Having considered the unopposed motion of defendants, Askey Computer Corp. and Askey International Corp., for an extension of time in which to answer or otherwise respond to Plaintiff's Complaints, the Court finds that good cause exists and the motion should be granted.

It is, therefore, Ordered that defendants, Askey Computer Corp. and Askey International Corp., have through January 16, 2025 in which to answer or otherwise respond to Plaintiff's Complaints.