# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **(LEAD CASE)** |

## ORDER

Before the Court is Defendants Askey Computer Corp. and Askey International Corp.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaints. **Dkt. No. 50**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Defendants Askey Computer Corp. and Askey International Corp.'s deadline to answer or otherwise respond to plaintiff's complaints is extended to January 16, 2025.

**SIGNED this 31st day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE