# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff*, v. HP INC., *Defendant*. | Civil Action No. 2:24-cv-0752-JRG-RSP (Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff*, v. SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., *Defendants*. | Civil Action No. 2:24-cv-0746-JRG-RSP (Member Case) |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement in the '746 Case. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that the deadline for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to move, answer, or otherwise respond to Plaintiff Wilus Institute of Standards and Technology Inc.'s Complaint for Patent Infringement (Dkt. No. 1) in Case No. 2:24-CV-00746-JRG-RSP is **extended** up to and including January 16, 2025.