# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff*, v. HP INC., *Defendant*. | Civil Action No. 2:24-cv-0752-JRG-RSP (Lead Case) |

## ORDER

Before the Court is Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement (**Dkt. No. 55**). Having considered the Motion, the Court is of the opinion that it should be and is hereby **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. to move, answer, or otherwise respond to Plaintiff Wilus Institute of Standards and Technology Inc.'s Complaint for Patent Infringement is **extended** until January 16, 2025.

**SIGNED** this 5th day of January, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE