# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*,<br><br>v.<br><br>HP INC.<br><br>*Defendant.* | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br>**LEAD CASE** <br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.,<br><br>*Defendants* | Civil Action No. 2:24-cv-0753-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants.* | Civil Action No. 2:24-cv-00746-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC.<br><br>*Defendant.* | Case No. 2:24-cv-00764-JRG-RSP<br><br>(Member Case)<br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*, | Case No. 2:24-cv-00765-JRG-RSP<br><br>(Member Case) |

|                                                                                                                                                                                                                                                                                    |                                                              |
| ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------------------------ |
| v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*<br><br>WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.,<br><br>*Defendants.* | **JURY DEMANDED**<br><br><br><br><br>Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case)<br><br>**JURY DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS AND WAIVER OF SERVICE**

Counterclaim Defendants, Sisvel International, S.A. ("Sisvel") and Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully jointly move for an extension of time for Sisvel and Wilus to answer or otherwise respond to Counterclaim Plaintiff HP Inc.'s ("HP") counterclaims. In support of this Motion, Sisvel, Wilus and HP state as follows:

1. On December 13, 2024, HP filed counterclaims against Sisvel and Wilus. (Dkt. Nos. 33, 39).

2. Counsel for Sisvel, Wilus, and HP have agreed that in exchange for Sisvel waiving official service of process under Rule 4(d) of the Federal Rules of Civil Procedure, HP shall agree to an extension for Sisvel and Wilus to respond to HP's counterclaims asserted in Dkt. Nos. 33, 39, of no later than March 17, 2025. Sisvel has agreed to such waiver and HP has agreed to such an extension with the approval of the Court.

3. Counsel for Sisvel, Wilus, and HP are in agreement that the response date for the

2

counterclaims asserted against Counterclaim Defendant Wilus should also be aligned, and counsel for HP has advised that they do not oppose such request.

4. Sisvel, Wilus, and HP believe there is good cause for an extension.

Accordingly, Wilus, Sisvel, and HP respectfully request that Counterclaim Defendants, Sisvel and Wilus have until **March 17, 2025** to answer or otherwise responds to HP's counterclaims. Counsel for Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Askey Computer Corp., and Askey International Corp. confirmed that they do not oppose.

Dated: January 6, 2025

    */s/ Reza Mirzaie*
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Marc A. Fenster
mfenster@raklaw.com
CA State Bar No. 181067
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Christian W. Conkle
cconkle@raklaw.com
CA State Bar No. 306374
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

**ATTORNEYS FOR COUNTER-DEFENDANTS,
WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY AND SISVEL INTERNATIONAL, S.A.**

    */s/ Lawrence Jarvis*
Lawrence Jarvis
jarvis@fr.com

**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
404-892-5005
*Attorneys for HP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, a copy of the foregoing was filed with the Court using CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Reza Mirzaie*
Reza Mirzaie
