# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC. <br><br> *Defendant.* | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP., <br><br> *Defendants* | Civil Action No. 2:24-cv-0753-JRG-RSP <br><br> (Member Case) <br><br> **JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Civil Action No. 2:24-cv-00746-JRG-RSP <br><br> (Member Case) <br><br> **JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC. <br><br> *Defendant.* | Case No. 2:24-cv-00764-JRG-RSP <br><br> (Member Case) <br><br> **JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, | Case No. 2:24-cv-00765-JRG-RSP <br><br> (Member Case) <br><br> **JURY DEMANDED** |

|  |  |
|---|---|
| v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants* | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.,<br><br>*Defendants*. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case)<br><br>**JURY DEMANDED** |

# ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIMS AND <u>WAIVER OF SERVICE</u>

Before the Court is Counterclaim Plaintiff, HP, Inc. ("HP"), and Counterclaim Defendants, Wilus Institute of Standards and Technology, Inc. ("Wilus"), Sisvel International, S.A.'s ("Sisvel") joint motion for an extension of time for Wilus and Sisvel (collectively, "Counterclaim Defendants") to answer or otherwise respond to HP's counterclaims.

After careful consideration of the Motion and the record in this case, HP and Counterclaim Defendants' Motion is **GRANTED**. Sisvel has waived official service of process under Rule 4(d) of the Federal Rules of Civil Procedure and Counterclaim Defendants shall respond to the counterclaims asserted by HP on March 17, 2025.

**SO ORDERED:**