IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>          *Plaintiff*, <br><br>   v. <br><br>HP INC., <br><br>          *Defendant*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br>(Lead Case) |

**ORDER**

Before the Court is Counterclaim Plaintiff, HP, Inc. and Counterclaim Defendants Wilus Institute of Standards and Technology, Inc., Sisvel International, S.A.'s Joint Motion for an Extension of Time for Wilus and Sisvel to Answer or Otherwise Respond to HP's Counterclaims. **Dkt. No. 57**. Sisvel has waived official service of process under Rule 4(d) of the Federal Rules of Civil Procedure. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Counterclaim Defendants Wilus Institute of Standards and Technology, Inc., Sisvel International, S.A. shall respond to the counterclaims asserted by HP by March 17, 2025.

**SIGNED this 8th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE