IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP.,<br>ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP.,<br>ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**CORPORATE DISCLOSURE STATEMENT OF ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Askey Computer Corp. ("ACC") and Askey International Corp. ("AIC"), (collectively, "Defendants"), by and through their attorney, state as follows:

1. ACC is a corporation organized under the laws of Taiwan and a wholly owned subsidiary of ASUSTeK Computer Inc. ("ACI"), which is a publicly held corporation organized under the laws of Taiwan and has no parent corporation. No other publicly held corporation owns

1

10% or more of ACC's or ACI's stock; and

2. AIC is a wholly owned subsidiary of ACC. No other publicly held corporation owns 10% or more of AIC's stock.

Dated: January 22, 2025                                     Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
Email: trey@yw-lawfirm.com

**Attorney for Defendants Askey Computer Corp. and Askey International Corp.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 22, 2025.

/s/ Trey Yarbrough
Trey Yarbrough