**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## <u>UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO SAMSUNG'S COUNTERCLAIMS</u>

Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves for an extension of time in which to answer or otherwise respond to Counterclaim Plaintiff Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively, "Samsung") counterclaims. In support of this Motion, Wilus states as follows:

1. On January 16, 2025, Samsung filed counterclaims against Wilus. (Dkt. Nos. 61, 62).

2. Wilus is scheduled to respond to Samsung's Counterclaims by February 6, 2024.

3. Plaintiff respectfully moves the Court for a 45-day extension of time through March 24, 2025 in which to respond to the Counterclaims.

4. Wilus believes there is good cause exists for this brief, customary extension.

Accordingly, Wilus respectfully requests that it have until **March 24, 2025** to answer or otherwise respect to Samsung's counterclaims. Counsel for Samsung, HP Inc., Askey Computer Corp., and Askey International Corp. confirmed that they do not oppose.

Dated: January 28, 2025                              Respectfully submitted,

                                                     */s/ Jonathan Ma*
                                                     Marc Fenster
                                                     CA State Bar No. 181067
                                                     Email: mfenster@raklaw.com
                                                     Reza Mirzaie
                                                     CA State Bar No. 246953
                                                     Email: rmirzaie@raklaw.com
                                                     Dale Chang
                                                     CA State Bar No. 248657
                                                     Email: dchang@raklaw.com
                                                     Neil A. Rubin
                                                     CA State Bar No. 250761
                                                     Email: nrubin@raklaw.com
                                                     Jacob Buczko
                                                     CA State Bar No. 269408
                                                     Email: jbuczko@raklaw.com
                                                     Jonathan Ma

CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 28th day of January, 2025.

*/s/ Jonathan Ma*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Jonathan Ma*