# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> (Lead Case) |

## ORDER

Before the Court is Counterclaim Defendant Wilus Institute of Standards and Technology, Inc.'s Unopposed Motion for an Extension of Time for Wilus to Answer or Otherwise Respond to Counterclaim Plaintiff Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Counterclaims. **Dkt. No. 66**. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Wilus Institute of Standards and Technology, Inc. may respond to the counterclaims asserted by Samsung by March 24, 2025.

**SIGNED this 29th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE