IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG <br> [Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP <br> [Member Case] |

## **NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Michael J. McKeon of Fish & Richardson P.C. enters his appearance in this matter for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Defendants") and consents to electronic service of all papers in this action.

Michael J. McKeon may receive all communication from the Court and from other parties at Fish & Richardson P.C., 1000 Maine Avenue, S.W., Suite 1000, Washington, D.C. 20024; Telephone: (202) 783-5070; Facsimile (202) 783-2331; Email: mckeon@fr.com.

Dated: February 10, 2025

Respectfully submitted,

*/s/ Michael J. McKeon*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

*Attorneys for Defendants Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 10, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                */s/ Michael J. McKeon*
                                                Michael J. McKeon