# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG |

**ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS HP INC.'S COUNTERCLAIMS 1–6**

Before the Court is Counterclaim Defendants' Motion to Dismiss HP Inc.'s Counterclaims 1–6. After careful consideration of the Motion and the record in this case, the Motion is **GRANTED**. Counterclaims 1–6 in the above-captioned cases are hereby dismissed.