**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP [Member Case] |

**COUNTERCLAIM PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS 1-6**

Counterclaim Plaintiff HP Inc. ("Counterclaim Plaintiff") respectfully moves the Court for an Order extending the time for Counterclaim Plaintiff to respond to Counterclaim Defendant Wilus Institute of Standards and Technology Inc. ("Counterclaim Defendant") Motion to Dismiss Counterclaims 1-6.

The deadline for Counterclaim Plaintiff to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims (Dkt. No. 93) is April 1, 2025. Counterclaim Plaintiff requests an extension of time up to and including April 8, 2025, to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims. Good cause exists for this extension because

2

Counterclaim Plaintiff has been diligently preparing its response to address the issues raised in Counterclaim Defendant's Motion.  Further, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Counterclaim Plaintiff's deadline to amend its counterclaims as a matter of course is April 8, 2025.  An extension of Counterclaim Plaintiff's deadline to respond to the Motion to Dismiss will align the two deadlines such that Counterclaim Plaintiff may either amend its counterclaims or respond to the Motion to Dismiss by the same date.  Accordingly, Counterclaim Plaintiff respectfully requests a brief extension of time to finalize these materials.

Counterclaim Plaintiff represents that this extension is not sought for the purposes of delay but rather so that justice may be served.   Counsel for Counterclaim Plaintiff met and conferred with counsel for Counterclaim Defendant, and counsel for Counterclaim Defendant indicated that Counterclaim Defendant is unopposed to the relief sought in this Motion.

Date: March 26, 2025

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Counterclaim Plaintiff HP Inc.*

4

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 26, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

> */s/ Benjamin C. Elacqua*
> Benjamin C. Elacqua