# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP [Member Case] |

**COUNTERCLAIM PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS 1-6**

Counterclaim Plaintiff HP Inc. ("Counterclaim Plaintiff") respectfully moves the Court for an Order extending the time for Counterclaim Plaintiff to respond to Counterclaim Defendant Wilus Institute of Standards and Technology Inc. ("Counterclaim Defendant") Motion to Dismiss Counterclaims 1-6.

The deadline for Counterclaim Plaintiff to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims (Dkt. No. 93) is April 1, 2025. Counterclaim Plaintiff requests an extension of time up to and including April 8, 2025, to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims. Good cause exists for this extension because

2

Counterclaim Plaintiff has been diligently preparing its response to address the issues raised in Counterclaim Defendant's Motion. Further, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Counterclaim Plaintiff's deadline to amend its counterclaims as a matter of course is April 8, 2025. An extension of Counterclaim Plaintiff's deadline to respond to the Motion to Dismiss will align the two deadlines such that Counterclaim Plaintiff may either amend its counterclaims or respond to the Motion to Dismiss by the same date. Accordingly, Counterclaim Plaintiff respectfully requests a brief extension of time to finalize these materials.

Counterclaim Plaintiff represents that this extension is not sought for the purposes of delay but rather so that justice may be served. Counsel for Counterclaim Plaintiff met and conferred with counsel for Counterclaim Defendant, and counsel for Counterclaim Defendant indicated that Counterclaim Defendant is unopposed to the relief sought in this Motion.

<table>
<tr><td>Date: March 27, 2025</td><td>Respectfully submitted,<br><br>/s/ Benjamin C. Elacqua<br>Benjamin C. Elacqua (Lead Counsel)<br>Texas Bar Number 24055443<br>elacqua@fr.com<br>**Fish & Richardson P.C.**<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713-652-0109<br><br>Lawrence R. Jarvis<br>GA Bar No. 102116<br>jarvis@fr.com<br>Peter Hong<br>GA Bar No. 365188<br>hong@fr.com<br>**Fish & Richardson P.C.**<br>1180 Peachtree St. NE, Fl. 21<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>Melissa R. Smith<br>Texas Bar No. 24001351<br>**Gillam & Smith, LLP**<br>303 South Washington Avenue Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>*Attorneys for Counterclaim Plaintiff HP Inc.*</td></tr>
</table>

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 27, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>  */s/ Benjamin C. Elacqua*
>  Benjamin C. Elacqua

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for HP has conferred with counsel for Wilus and the relief requested in this motin is unopped.

>  */s/ Benjamin C. Elacqua*
>  Benjamin C. Elacqua