# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is HP Inc.'s Unopposed Motion for Extension of Time to Respond to Wilus Institute of Standards and Technology Inc.'s Motion to Dismiss Counterclaims 1-6. **Dkt. No. 97.** Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for HP to respond to Wilus's Motion to Dismiss Counterclaims 1-6 is extended until April 8, 2025.

**SIGNED this 28th day of March, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE