IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

**COUNTERCLAIM PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS 1-2 (DKT. 95)**

Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Counterclaim Plaintiffs") respectfully move the Court for an Order extending the time for Counterclaim Plaintiffs to respond to Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s ("Counterclaim Defendant") Motion to Dismiss Counterclaims 1-2.

The deadline for Counterclaim Plaintiffs to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims (Dkt. No. 95) is April 8, 2025. Counterclaim Plaintiffs requests an extension of time up to and including April 15, 2025, to respond to Counterclaim Defendant's Motion to Dismiss Counterclaims. Good cause exists for this extension because Counterclaim Plaintiffs have been diligently preparing their response to address the issues raised in Counterclaim Defendant's Motion. Further, pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Counterclaim Plaintiffs' deadline to amend their counterclaims as a matter of course is April 15, 2025. An extension of Counterclaim Plaintiffs' deadline to respond to the Motion to Dismiss will align the two deadlines such that Counterclaim Plaintiffs may either amend their counterclaims or respond to the Motion to Dismiss by the same date. Accordingly, Counterclaim Plaintiffs respectfully request a brief extension of time to finalize these materials.

Counterclaim Plaintiffs represent that this extension is not sought for purposes of delay but rather so that justice may be served. Counsel for Counterclaim Plaintiffs met and conferred with counsel for Counterclaim Defendant, and counsel for Counterclaim Defendant indicated that Counterclaim Defendant is unopposed to the relief sought in this Motion.

| | |
|---|---|
| Date: April 3, 2025 | Respectfully submitted,<br><br>*/s/ Ralph A. Phillips*<br><br>Michael J. McKeon<br>DC Bar No. 459780<br>mckeon@fr.com<br>Ruffin B. Cordell<br>TX Bar No. 04820550<br>cordell@fr.com<br>Ralph A. Phillips<br>DC Bar No. 475571<br>rphillips@fr.com<br>Bryan J. Cannon<br>DC Bar No. 1723657<br>cannon@fr.com<br>Payal Patel<br>DC Bar No. 90019320<br>ppatel@fr.com<br>Damien Thomas<br>DC Bar No. 90018451<br>dthomas@fr.com<br>James Young<br>DC Bar No. 90005769<br>jyoung@fr.com<br>FISH & RICHARDSON, P.C.<br>1000 Maine Ave., S.W., Ste. 1000<br>Washington, DC 20024<br>Telephone: 202-783-5070<br>Facsimile:  202-783-2331<br><br>Thomas H. Reger II<br>Texas Bar No. 24032992<br>reger@fr.com<br>Rodeen Talebi<br>TX Bar No. 24103958<br>talebi@fr.com<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 78766<br>Telephone: 214-747-5070<br>Facsimile:  214-747-2091<br><br>Aleksandr Gelberg<br>CA Bar No. 279989<br>gelberg@fr.com |

2

John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 3, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

/s/ Ralph A. Phillips

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Samsung have conferred with counsel for Wilus and the relief requested in this motion is unopposed.

/s/ Ralph A. Phillips