IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | CASE NO. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Respond to Wilus Institute of Standards and Technology Inc.'s Motion to Dismiss Counterclaims 1-2. **Dkt. No. 101**. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Samsung to respond to Wilus's Motion to Dismiss Counterclaims 1-2 is extended until April 15, 2025.

**SIGNED this 5th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE