# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) <br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00764-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP <br> (Member Case) |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO HP'S AMENDED COUNTERCLAIMS

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves for an extension of time in which to answer or otherwise respond to Defendant HP Inc.'s ("HP") Amended counterclaims. In support of this Motion, Wilus states as follows:

1. On April 8, 2025, HP filed counterclaims against Wilus. (Dkt. Nos. 104, 105).

2. Wilus is scheduled to respond to HP's Counterclaims by April 23, 2025.

3. Plaintiff respectfully moves the Court for a 7-day extension of time through April 30, 2025 in which to respond to the Counterclaims.

4. Wilus believes there is good cause exists for this brief, customary extension.

Accordingly, Wilus respectfully requests that it have until **April 30, 2025** to answer or otherwise respect to HP's counterclaims. Counsel for HP Inc. confirmed that they do not oppose.

Dated: April 17, 2025                     Respectfully submitted,

                                          /s/ Neil A. Rubin

                                          Marc Fenster
                                          CA State Bar No. 181067
                                          Email: mfenster@raklaw.com
                                          Reza Mirzaie
                                          CA State Bar No. 246953
                                          Email: rmirzaie@raklaw.com
                                          Dale Chang
                                          CA State Bar No. 248657
                                          Email: dchang@raklaw.com
                                          Neil A. Rubin
                                          CA State Bar No. 250761
                                          Email: nrubin@raklaw.com
                                          Jacob Buczko
                                          CA State Bar No. 269408
                                          Email: jbuczko@raklaw.com
                                          Jonathan Ma
                                          CA State Bar No. 312773

Email: jma@raklaw.com
Mackenzie Paladino
NY State Bar No. 6039366
Email: mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 17th day of April, 2025.

*/s/ Neil A. Rubin*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Neil A. Rubin*