IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | CASE NO. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Defendant HP's Counterclaims. **Dkt. No. 108**. Having considered the motion, the Court is of the opinion that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that the deadline for Plaintiff to answer or otherwise respond to Defendant HP's counterclaims is extended to April 30, 2025.

**SIGNED this 19th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE