UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG |

**ORDER GRANTING WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S MOTION TO DISMISS HP'S COUNTERCLAIMS 1-6, 15-16**

Before the Court is Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s Motion to Dismiss HP Inc.'s Counterclaims 1–6, 15-16 in the above-captioned Case No. 2:24-cv-00752 and Case No. 2:24-cv-00764. After careful consideration of the Motion and the record in the above-captioned cases, the Motion is **GRANTED**. HP Inc.'s Counterclaims 1–6, 15-16 in the above-captioned cases are hereby dismissed.