IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | CASE NO. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |

## ORDER

Before the Court is Plaintiff Wilus Institute of Standards and Technology, Inc.'s Unopposed Motion for an Extension of Time for Wilus to Answer or Otherwise Respond to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. Counterclaims. **Dkt. No. 110**. Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**.

Therefore, it is **ORDERED** that Wilus shall respond to the counterclaims asserted by Samsung by May 6, 2025.

**SIGNED this 30th day of April, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1