# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00764-JRG (MEMBER CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br>(MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br>(MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br>(MEMBER CASE) |

## **ORDER**

The Court issues this Order *sua sponte*. The above-entitled and numbered causes of action were previously referred to the Honorable Roy S. Payne for pretrial purposes. The undersigned hereby **VACATES** such referral.

**So Ordered this**

**May 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE