# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br><br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00765-JRG |

**ORDER GRANTING WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S MOTION TO DISMISS SAMSUNG'S COUNTERCLAIMS 1-2**

Before the Court is Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology Inc.'s Motion to Dismiss Samsung's Counterclaims 1–2 in the above-captioned Case No. 2:24-cv-00746 and Case No. 2:25-cv-00765. After careful consideration of the Motion and the record in the above-captioned cases, the Motion is **GRANTED**. Samsung's Counterclaims 1–2 in the above-captioned cases are hereby dismissed.