**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP<br>[Lead Case]<br><br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP<br>[Member Case]<br><br>**JURY TRIAL DEMANDED** |

1

2

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP [Member Case] |

## **ORDER**

Before the Court is Counterclaim Plaintiff HP Inc.'s ("HP") Response To Counterclaim Defendant's Motion To Dismiss Counterclaims 1-6 and 15-16 (Dkt. No. 113).

Having considered the briefing, the Court is of the opinion that the Motion to Dismiss should be and hereby is **DENIED**.

2