**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO HP INC.'S COUNTERCLAIM PLAINTIFF'S RESPONSE TO COUNTERCLAIM DEFENDANT'S MOTION TO DISMISS COUNTERCLAIMS 1-6 AND 15-16

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves for an extension of time in which to answer or otherwise respond to Defendants HP Inc. ("HP") Counterclaim Plaintiff's Response to Counterclaim Defendant's Motion to Dismiss Counterclaims 1-6 and 15-16. In support of this Motion, Wilus states as follows:

1. On May 15, 2025, HP filed Counterclaim Plaintiff's Response to Counterclaim Defendants' Motion to Dismiss Counterclaims 1-6 and 15-16 (Dkt. Nos. 113 and 120).

2. Wilus  is scheduled to respond to HP's Counterclaims by May 22, 2025.

3. Plaintiff respectfully moves the Court for a 7-day extension of time through May 29, 2025 in which to reply to the Counterclaims.

4. Wilus believes there is good cause exists for this brief, customary extension.

Accordingly, Wilus respectfully requests that it have until **May 29, 2025** to answer or otherwise respect to HP's counterclaims. Counsel for HP confirmed that they do not oppose.


Dated: May 21, 2025                    Respectfully submitted,

                                       */s/ Neil A. Rubin*

                                       Marc Fenster
                                       CA State Bar No. 181067
                                       Email: mfenster@raklaw.com
                                       Reza Mirzaie
                                       CA State Bar No. 246953
                                       Email: rmirzaie@raklaw.com
                                       Dale Chang
                                       CA State Bar No. 248657
                                       Email: dchang@raklaw.com
                                       Neil A. Rubin
                                       CA State Bar No. 250761
                                       Email: nrubin@raklaw.com

Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino
NY State Bar No. 6039366
Email:  mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 21st day of May, 2025.

*/s/ Neil A. Rubin*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendant and the relief requested in this motion is unopposed.

*/s/ Neil A. Rubin*