# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00746-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br> (MEMBER CASE) |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>  *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br>  *Defendant*. | § § § § § § § § § § § § <br> CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>  *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>  *Defendants*. | § § § § § § § § § § § § § § <br> CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>  *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>  *Defendants*. | § § § § § § § § § § § § § <br> CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion to Extend Deadline to Respond to HP Inc.'s Counterclaim Plaintiff's Response to Counterclaim Defendant's Motion to Dismiss Counterclaims 1-6 and 15-16 (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"). (Dkt. No. 121.) In the Motion, Wilus seeks a seven-day extension of time to file its reply to its Corrected Motion to Dismiss HP Inc.'s Amended Counterclaims 1-6, 15-16 (the "Motion to Dismiss") (Dkt. No. 113). (Dkt. No. 121 at 1.) The requested extension would move the deadline from May 22, 2025, up to and including May 29, 2025. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Wilus to file its reply to its Motion to Dismiss (Dkt. No. 113) is **extended** up to and including May 29, 2025.

So ORDERED and SIGNED this 22nd day of May, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE