UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., et al., <br><br> *Defendants*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br> **LEAD CASE** <br><br> **JURY DEMANDED** |

### JOINT MOTION FOR ENTRY OF UNOPPOSED DISCOVERY ORDER

HP Inc. ("HP") and Sisvel International S.A. ("Sisvel") jointly move for entry of the attached agreed upon Discovery Order.

Dated: June 3, 2025

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Marc A. Fenster
mfenster@raklaw.com
CA State Bar No. 181067
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
Mackenzie Paladino
mpaladino@raklaw.com
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

**ATTORNEYS FOR PLAINTIFF,**

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY

*/s/ Lawrence Jarvis*
Lawrence Jarvis
jarvis@fr.com
**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
404-892-5005
*Attorneys for HP, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served on this 3rd day of June, with a copy of this document via the Court's CM/ECG system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail on this date.

*/s/ Reza Mirazie*
Reza Mirazie

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). HP and Sisvel are in agreement on filing this Joint Motion. While Sisvel does not believe a conference with Samsung and Askey is required, Sisvel contacted Samsung and Askey regarding any objections they may have to the filing of this Motion. Samsung and Askey did not respond to such requests.

*/s/ Reza Mirazie*
Reza Mirazie