# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00764-JRG (MEMBER CASE) |
| HP INC., | § § | |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § | |
| *Defendants*. | § § § | |

**ORDER**

Before the Court is the Unopposed Motion to Extend Deadline to Respond to Samsung's Response to Motion to Dismiss Amended Counterclaims 1-2 (Dkt. 116, 123) (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"). (Dkt. No. 125.) In the Motion, Wilus seeks a seven-day extension of time to file its reply to its Motion to Dismiss Samsung's Amended Counterclaims 1-2 (the "Motion to Dismiss") (Dkt. No. 116). (Dkt. No. 125 at 1.) The requested extension would move the deadline from June 5, 2025, up to and including June 12, 2025. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Wilus to file its reply to its Motion to Dismiss (Dkt. No. 116) is **extended** up to and including June 12, 2025.

**So Ordered this**

**Jun 2, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE