# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>        Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>        Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>        Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP<br>[Member Case] |

**COUNTERCLAIM PLAINTIFF HP INC.'S OPPOSED
MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS
<u>RESPONSE TO COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS</u>**

HP seeks leave to file a two-page supplemental brief alerting the Court to recent legal and factual developments relevant to Counterclaim Plaintiff HP's Opposition to Counterclaim Defendants' Motion to Dismiss Counterclaims 1–6 and 15–16 (Dkt. 113).

First, on July 1, 2025, the U.K. Supreme Court granted an appeal in *Tesla v. Interdigital Patent Holdings, Inc.*, a case on which Wilus and Sisvel rely. Second, documents produced by Wilus and Sisvel after the close of briefing on the Motion to Dismiss contradict legal and factual statements made by Wilus and Sisvel in their Motion to Dismiss. Notably, Wilus and Sisvel argue that no facts or legal theory exist that bind Sisvel to the Sisvel Wi-Fi 6 patent pool members' IEEE

2

FRAND obligations. As shown in HP's Supplemental Brief and based on the recent document production, such statements made by Wilus and Sisvel are incorrect.

Good cause exists to supplement the briefing since this information did not become available until after the close of briefing. HP respectfully requests the Court to grant it leave to file a supplemental brief in support of its Response to Counterclaim Defendants' Motion to Dismiss.

| | |
|---|---|
| Date: July 10, 2025 | Respectfully submitted,<br><br>/s/ Benjamin C. Elacqua<br>Benjamin C. Elacqua (Lead Counsel)<br>Texas Bar Number 24055443<br>elacqua@fr.com<br>**Fish & Richardson P.C.**<br>909 Fannin Street, Suite 2100<br>Houston, TX 77010<br>Telephone: (713) 654-5300<br>Facsimile: (713-652-0109<br><br>Lawrence R. Jarvis<br>GA Bar No. 102116<br>jarvis@fr.com<br>Peter Hong<br>GA Bar No. 365188<br>hong@fr.com<br>**Fish & Richardson P.C.**<br>1180 Peachtree St. NE, Fl. 21<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>Melissa R. Smith<br>Texas Bar No. 24001351<br>**Gillam & Smith, LLP**<br>303 South Washington Avenue Marshall,<br>Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: melissa@gillamsmithlaw.com<br><br>*Attorneys for Counterclaim Plaintiff HP Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on July 10, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua

**CERTIFICATE OF CONFERENCE**

I hereby certify that pursuant to Local Rule CV-7(h) counsel for Counterclaim Plaintiff HP has conferred with counsel for Counterclaim Defendants and Counterclaim Defendants are opposed to the relief sought in this motion.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua