# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION FOR ENTRY OF
## SUPPLEMENTAL QUALCOMM PROTECTIVE ORDER

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves unopposed for entry of the below Supplemental Qualcomm Protective Order to accommodate the request of non-party Qualcomm, Incorporated ("Qualcomm").  Qualcomm has indicated that entry of the Supplemental Qualcomm Protective Order is necessary "[b]efore Qualcomm will produce any confidential source code."

Defendants HP Inc., Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp. (collectively, "Defendants") do not oppose this motion.

Dated: July 25, 2025              Respectfully submitted,

                                  /s/ Neil A. Rubin

                                  Marc Fenster
                                  CA State Bar No. 181067
                                  Email: mfenster@raklaw.com
                                  Reza Mirzaie
                                  CA State Bar No. 246953
                                  Email: rmirzaie@raklaw.com
                                  Dale Chang
                                  CA State Bar No. 248657
                                  Email: dchang@raklaw.com
                                  Neil A. Rubin
                                  CA State Bar No. 250761
                                  Email: nrubin@raklaw.com
                                  Jacob Buczko
                                  CA State Bar No. 269408
                                  Email: jbuczko@raklaw.com
                                  Jonathan Ma
                                  CA State Bar No. 312773
                                  Email: jma@raklaw.com
                                  Mackenzie Paladino
                                  NY State Bar No. 6039366
                                  Email:  mpaladino@raklaw.com

2

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 25th day of July, 2025.

/s/ Neil A. Rubin

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Neil A. Rubin