# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG |

**ORDER GRANTING COUNTERCLAIM DEFENDANT SISVEL INTERNATIONAL S.A.'S MOTION TO STAY ESI DISCOVERY PENDING RESOLUTION OF MOTION TO DISMISS**

Before the Court is Counterclaim Defendant Sisvel International S.A.'s ("Sisvel") Motion to Stay ESI Discovery Pending Resolution of Counterclaim Defendants' Motion to Dismiss. After careful consideration of the Motion and the record in the above-captioned cases, the Motion is **GRANTED**.