# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br> Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP [Member Case] |

**ORDER GRANTING HP INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS REGARDING COUNTERCLAIM DEFENDANT SISVEL'S LICENSING NEGOTIATIONS AND FRAND COMPLIANCE AND PARTICIPATION IN ESI DISCOVERY**

Before the Court is HP Inc.'s Motion to Compel Production of Documents Regarding Counterclaim Defendant Sisvel's Licensing Negotiations and FRAND Compliance and Participation in ESI Discovery. The Court, having considered the same, is of the opinion the motion should be GRANTED.

IT IS THEREFORE ORDERED that Sisvel is ordered to (1) participate in ESI discovery and (2) produce documents and communications concerning licensing negotiations regarding the FRAND-encumbered patents in Sisvel's Wi-Fi 6 Patent Portfolio.