AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| Wilus Institute of Standards and Technology Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-cv-00752 |
| HP Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.

Date:  8/25/2025

/s/ Matthew Aichele
*Attorney's signature*

Matthew Aichele
*Printed name and bar number*

Russ August & Kabat
800 Maine Avenue SW, Suite 200
Washington, DC 20024
*Address*

maichele@raklaw.com
*E-mail address*

(202) 664-0623
*Telephone number*

*FAX number*