# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br>        Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br>        Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br>        Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>      Plaintiff, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br>      Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP <br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>      Plaintiff, <br><br>v. <br><br>ASKEY COMPUTER CORP., <br>ASKEY INTERNATIONAL CORP. <br><br>      Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP <br>[Member Case] |

## HP INC.'S NOTICE OF RELATED FOREIGN LITIGATION

HP Inc. hereby notifies the Court of recent developments regarding foreign litigation filed by members of the Sisvel Wi-Fi 6 Patent Pool, Koninklijke Philips N.V., Philips GmbH ("Philips") and Huawei Technologies Co. Ltd. ("Huawei"), against HP Inc., HP International SARL and HP Deutschland GmbH. All patents asserted in these foreign actions are part of the Sisvel Wi-Fi 6 Patent Pool, and the patent holders rely on the negotiations between Sisvel and HP for their claim in each action seeking injunctive relief.

The earliest potential hearing date in these actions is March 26, 2026, at which point a decision may issue in Germany. Further information about the foreign litigation is provided below:

Philips filed three actions for infringement of three European patents in the Munich I Regional Court:

| Action | Patent | Hearing Date |
|---|---|---|
| 7 O 9833/25 | EP 2 274 836 | May 21, 2026 |
| 7 O 10826/25 | EP 2 263 407 | June 11, 2026 |
| 7 O 9832/25 | EP 1 762 020 | July 30, 2026 |

Philips is seeking injunctive relief in the first two actions. The third action does not seek injunctive relief, because the asserted patent in the third action expired on June 10, 2025.

Huawei filed two actions for infringement of two European patents in the Munich I Regional Court.

| Action | Patent | Hearing Date |
|---|---|---|
| 21 O 10711/25 | EP 3 657 749 | Pending |
| 7 O 10710/25 | EP 3 334 112 | March 26, 2026 |

Huawei is seeking injunctive relief in both actions.

Date: August 29, 2025

Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for HP Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on August 29, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

>　　　　　　　　　　　　　　　　　*/s/ Benjamin C. Elacqua*
>　　　　　　　　　　　　　　　　　Benjamin C. Elacqua