**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG-RSP [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG-RSP [Member Case] <br><br> **JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG-RSP <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG-RSP <br> [Member Case] |

## HP INC.'S MOTION FOR REQUEST FOR STATUS CONFERENCE

HP Inc. hereby files this Motion for Request for Status Conference to address the following notices and pending motions filed before this Court:

- Counterclaim Defendants Motion to Dismiss HP's Amended Counterclaims 1-6 and 15-16 (Dkt. 113)

- HP's Motion for Leave to File Supplemental Brief In Support of Opposition to Counterclaim Defendants Motion to Dismiss (Dkt. 133)

- Notice of Supplemental Authority In Support of Counterclaim Defendants Motion to Dismiss HP's Counterclaims (Dkt. 136)

- Sisvel's Opposed Motion to Stay ESI Discovery Pending Ruling on Motion to Dismiss (Dkt. 147)

- HP's Opposed Motion to Compel Production of Documents Regarding Counterclaim Defendant Sisvel's Licensing Negotiations and FRAND Compliance and Participation in ESI Discovery (Dkt. 148)

- HP's Notice of Related Foreign Litigations (Dkt. 150)

Given the above filings as well as the recently filed foreign litigations, HP believes a status conference would be helpful to inform issues before this Court. Plaintiff and Counterclaim Defendants believe the Court has what it needs to decide the issues, but they do not intend to file an opposition to HP's request and are amenable to a hearing should the Court decide it would be beneficial. Thus, HP respectfully requests that this Court set a status conference at the Court's earliest convenience.

Date: September 2, 2025                    Respectfully submitted,

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
**Fish & Richardson P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for HP Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 2, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

                                                */s/ Benjamin C. Elacqua*
                                                Benjamin C. Elacqua

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), a Lead and Local meet and confer was held on September 2, 2025.  Counsel for Plaintiff and Counterclaim Defendants believe the Court has what it needs to decide the issues, but they do not intend to file an opposition to HP's request and are amenable to a hearing should the Court decide it would be beneficial.

                                                */s/ Benjamin C. Elacqua*
                                                Benjamin C. Elacqua