# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:24-CV-00746-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § | |
| *Defendants*. | § § § | |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br>   *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>   *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>   *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

## **ORDER**

Before the Court is Defendant HP Inc.'s ("HP") Motion for Request for Status Conference (the "Motion"). (Dkt. No. 153.) In the Motion, HP requests a status conference to address notices and pending motions filed before this Court at Dkt. Nos. 113, 133, 136, 147, 148, and 150. (*Id*. at 2-3.)

The Court finds that a status conference regarding these notices and pending motions is appropriate. Accordingly, it is **ORDERED** that an in-person status conference addressing Dkt. Nos. 113, 133, 136, 147, 148, and 150, as well as any other pending issues where the Court believes its attention might be productive, is set for **September 12, 2025, beginning at 1 p.m.** in Courtroom 106 of the **Sam B. Hall Jr. Federal Building and United States Courthouse, 100 E Houston Street, Marshall, Texas 75670**. Lead and local counsel, at a minimum, shall attend.

The Court anticipates it may have a jury deliberating in another case at this time and advises the parties that it may need to recess and reconvene this status conference as the needs of that jury might require. Within this context, the Court has allocated up to two hours to conduct and complete this status conference.

**So ORDERED and SIGNED this 3rd day of September, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE