**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC. <br><br> *Defendant.* | Civil Case No. 2:24-cv-00752-JRG <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

<u>**NOTICE OF APPEARANCE**</u>

PLEASE TAKE NOTICE that Riley J. Green of the law firm of Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, TX 75201, will appear as counsel for Defendant, HP Inc.

The undersigned requests service of all pleadings, discovery, correspondence, notices, calendars, and other materials affecting this action.

Date: September 12, 2025

Respectfully submitted,

By:    */s/ Riley J. Green*
Riley J. Green
TX Bar No. 24131352
rgreen@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**COUNSEL FOR DEFENDANT
HP INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on September 12, 2025 to all counsel of record who are deemed to have

consented to electronic service via the Court's CM/ECF system.

*/s/ Riley J. Green*
Riley J. Green
