

**2:24-cv-00752-JRG (lead case) and 2:24-cv-00746_753_764_765_766-JRG (member cases)**
**Wilus Institute of Standards and Technology Inc v HP Inc *et al***
**September 12, 2025 at 1:00 PM**

## Motion(s) Hearing

## PLEASE PRINT CLEARLY:

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Andrea Fair | Plaintiff ~~Samsung~~ |
| Pezo Mierzie | " |
| Neil Rubin | " |
| Adam Hoffman | " |
| ~~...~~ | |
| Ben Elacqua | HP |
| Riley Green | HP |
| Mike McKeon | Samsung |
| Jeffry Smyth | Ashey |
| LAWRENCE JARVIS | HP |
| TREY YARBROUGH | ASKEY |
| Melissa Smith | SS / HP |
| | |
| | |
| | |
| | |
| | |
| | |

## IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |