UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> HP INC., <br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. 145 in the lead -752 case), Plaintiff Wilus and Defendants HP, Samsung, and Askey (collectively, "Parties") respectfully submit the following Joint Claim Construction and Prehearing Statement for the above-captioned cases.

1

### I. AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))

| Claim Term / Asserted Claims | Agreed Construction |
|---|---|
| "a center 26-tone resource unit"<br><br>(U.S. Patent No. 11,470,595, claims 3, 9) | "the center 26-tone resource unit" |
| "the signaling field of the PPDU"<br><br>(U.S. Patent No. 11,129,163, claims 7, 14) | "a signaling field of the PPDU" |
| "the signaling field of the PPDU"<br><br>(U.S. Patent No. 11,700,597, claim 14) | "a signaling field of the PPDU" |

### II. DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))

The Parties' proposed constructions of disputed terms are provided below. The Parties' proposed constructions are also set forth in the accompanying **Exhibit A**, along with the intrinsic and extrinsic evidence on which the Parties intend to rely.

#### A. U.S. Patent No. 11,159,210

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 1 | "a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A"<br><br>('210 patent, claims 1, 6) | Plain and ordinary meaning; not indefinite | Indefinite |

2

B.  U.S. Patent No. 10,313,077

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 2 | "obtain[\ing] length information indicating information on a duration of the non-legacy physical layer frame [after a legacy signaling field], from the legacy signaling field"<br><br>('077 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite | Indefinite |
| 3 | "obtain[\ing] information other than [the] information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame"<br><br>('077 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite | Indefinite |
| 4 | "the duration of the non-legacy physical layer frame after the legacy signaling field"<br><br>('077 patent, claim 3) | Plain and ordinary meaning; not indefinite | Indefinite |
| 5 | "[a] wireless communication terminal"<br><br>('077 patent, claims 1, 8) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

### C.     U.S. Patent No. 10,687,281

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 6 | "obtain[\ing] information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet"<br><br>('281 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite | Indefinite |

### D.     U.S. Patent No. 11,470,595

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 7 | "the total bandwidth information"<br><br>('595 patent, claim 7) | Plain and ordinary meaning; not indefinite, wherein "the total bandwidth information" refers to the total bandwidth information indicated by the bandwidth field | Indefinite |

### E.     U.S. Patent No. 11,129,163

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 8 | "intra-BSS"<br><br>('163 patent, claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary | "a BSS including the wireless communication terminal" |
| 9 | "inter-BSS"<br><br>('163 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary | "a BSS different from the intra-BSS" |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 10 | "intra-BSS PPDU" ('163 patent, claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary | "a PPDU transmitted from the Intra-BSS" |
| 11 | "inter-BSS PPDU" ('163 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary | "a PPDU transmitted from an OBSS" |
| 12 | "BSS color collision" ('163 patent, claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary | "a case where different BSSs correspond to the same BSS color" |
| 13 | "valid signaling field of the MAC frame" ('163 patent, claims 3, 11) | Plain and ordinary meaning; not indefinite | Indefinite |

### F.  U.S. Patent No. 11,700,597

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 14 | "intra-BSS" ('597 patent, claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary | "a BSS including the wireless communication terminal" |
| 15 | "inter-BSS" ('597 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary | "a BSS different from the intra-BSS" |
| 16 | "intra-BSS PPDU" ('597 patent, claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary | "a PPDU transmitted from the Intra-BSS" |

5

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 17 | "inter-BSS PPDU"<br><br>('597 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary | "a PPDU transmitted from an OBSS" |
| 18 | "BSS color collision"<br><br>('597 patent, claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary | "a case where different BSSs correspond to the same BSS color" |
| 19 | "valid signaling field of the MAC frame"<br><br>('597 patent, claims 3, 11) | Plain and ordinary meaning; not indefinite | Indefinite |

### G.   U.S. Patent No. 11,116,035

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 20 | "when"<br><br>('035 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite | Indefinite |
| 21 | "set[ting] a/the . . . timer"<br><br>('035 patent, claims 1, 4, 5, 8) | Plain and ordinary meaning; no further construction necessary | "assign[ing] a duration to a/the timer" |

### H.   U.S. Patent No. 11,516,879

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 22 | "when"<br><br>('879 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite | Indefinite |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 23 | "set[ting] a/the . . . timer" ('879 patent, claims 1, 4, 5, 8) | Plain and ordinary meaning; no further construction necessary | "assign[ing] a duration to a/the timer" |

### I.    U.S. Patent No. 10,651,992

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 24 | "[a] wireless communication terminal" ('992 patent, claims 1, 7) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

### J.    U.S. Patent No. 11,128,421

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 25 | "[a] wireless communication terminal" ('421 patent, claims 1, 5) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

### K.    U.S. Patent No. 10,820,233

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 26 | "[a] wireless communication terminal" ('233 patent, claim 1) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
|  |  |  | equipment for wireless communication" |
| 27 | "[a] wireless communication method of a terminal"<br><br>('233 patent, claim 6) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

### L.   U.S. Patent No. 10,931,396

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 28 | "[a] wireless communication terminal"<br><br>('396 patent, claims 1, 9) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

### M.   U.S. Patent No. 11,664,926

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|---|
| 29 | "[a] wireless communication terminal"<br><br>('926 patent, claims 1, 8) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." |

8

### III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The Parties estimate that three hours will be needed for the claim construction hearing. The Parties agree that each side will be allocated half of the total time permitted for the hearing.

### IV. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No Party proposes to call witnesses at the claim construction hearing.

### V. OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

The Parties are currently unaware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: September 25, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Dale Chang
CA State Bar No. 248657
Neil A. Rubin
CA State Bar No. 250761
Adam Hoffman
CA State Bar No. 218740
Jacob Buczko
CA State Bar No. 269408
Jonathan Ma
CA State Bar No. 312773
Mackenzie R. Paladino
NY State Bar No. 6039366
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: dchang@raklaw.com
Email: nrubin@raklaw.com

/s/ Ralph A. Phillips
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com

9

Email: ahoffman@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mpaladino@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Email: andrea@millerfairhenry.com

*Counsel for Plaintiff Wilus Institute of Standards and Technology Inc.*

Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

*/s/ Lawrence R. Jarvis*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443

elacqua@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc*.

*/s/ Jeffrey D. Smyth*
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

Trey Yarbrough
Bar No. 22133500

11

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie
*Counsel for Plaintiff Wilus Institute*
*of Standards and Technology Inc.*

## **CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties agree on filing this joint statement.

*/s/ Reza Mirzaie*
Reza Mirzaie
*Counsel for Plaintiff Wilus Institute*
*of Standards and Technology Inc.*