**Exhibit A – Proposed Constructions and Supporting Intrinsic and Extrinsic Evidence**

A.    U.S. Patent No. 11,159,210

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 1 | "a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A" <br><br> ('210 patent, claims 1, 6) | Plain and ordinary meaning; not indefinite <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br><br> '210 patent at Abstract, 17:19–54, 21:6–54, 23:45–59; Figs. 12–15, and associated written description; claims 1–9. <br><br> **Extrinsic Evidence** <br><br> IPR Petition and related pleadings / filings / declarations in IPR2025-00934. | Indefinite <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br><br> '210 patent at Abstract, 2:56-4:12 4:16-19, 19:38-22:37, Fig. 13 including 13(a), 13(b), 13(c), 13(d)-1, 13(d)-2, 13(e), Claims 1-9. <br><br> '210 patent file history (WILUS_0010341 – WILUS 0011677) including any pending (IPR2025-00934) or future post-grant proceedings. <br><br> IPR2025-00934, Patent's Owner Preliminary Response (September 10, 2025). <br><br> **Extrinsic Evidence** <br><br> Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '210 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**B.      U.S. Patent No. 10,313,077**

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 2 | "obtain[\ing] length information indicating information on a duration of the non-legacy physical layer frame [after a legacy signaling field], from the legacy signaling field" <br><br> ('077 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br><br> '077 patent at Abstract, 5:19-33, 6:50-67, 7:15, 11:3-12:12, 13:13-34, 14:35-64, 16:63-:17:45, 18:23-60, 19:47-20:11, 27:42-28:58, 29:17-40:19; Figs. 6, 8, 12, 16, 24, 26-32 and associated written description; claims 1, 3, 8. <br><br> **Extrinsic Evidence** | Indefinite <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br><br> '077 Patent at Abstract, 1:20-25, 2:66-5:35, 11:3-41, 11:58-12:12, 14:3-18:12, 19:6-20:10, 28:32-40:41, Figs. 7, 9-13, 15, 16, 23-32, Claims 1-14. <br><br> '077 patent file history (WILUS_0000701 - WILUS_0001129) including any pending (IPR2025-01069) or future post-grant proceedings. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-01069. | IPR2025-01069, Patent's Owner Preliminary Response (September 24, 2025). **Extrinsic Evidence** Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 3 | "obtain[\ing] information other than [the] information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame" | Plain and ordinary meaning; not indefinite *Supporting Evidence:* **Intrinsic Evidence** *See* Intrinsic Evidence for Term #2. **Extrinsic Evidence** | Indefinite *Supporting Evidence:* **Intrinsic Evidence** '077 Patent at Abstract, 1:20-25, 2:66-5:35, 11:3-41, 11:58-12:12, 14:3-18:12, 19:6-20:10, 28:32-40:41, Figs. 7, 9-13, 15, 16, 23-32, Claims 1-14. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | ('077 patent, claims 1, 8) | IPR Petition and related pleadings / filings / declarations in IPR2025-01069. | '077 patent file history (WILUS_0000701 - WILUS_0001129) including any pending (IPR2025-01069) or future post-grant proceedings. |
| | | | IPR2025-01069, Patent's Owner Preliminary Response (September 24, 2025). |
| | | | **Extrinsic Evidence** |
| | | | Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 4 | "the duration of the non-legacy physical layer frame after the legacy signaling field" | Plain and ordinary meaning; not indefinite *Supporting Evidence:* | Indefinite *Supporting Evidence:* |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | ('077 patent, claim 3) | **Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #2<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-01069. | **Intrinsic Evidence**<br><br>'077 Patent at Abstract, 1:20-25, 2:66-5:35, 11:3-41, 11:58-12:12, 14:3-18:12, 19:6-20:10, 28:32-40:41, Figs. 7, 9-13, 15, 16, 23-32, Claims 1-14.<br><br>'077 patent file history (WILUS_0000701 - WILUS_0001129) including any pending (IPR2025-01069) or future post-grant proceedings.<br><br>IPR2025-01069, Patent's Owner Preliminary Response (September 24, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 5 | "[a] wireless communication terminal" <br><br> ('077 patent, claims 1, 8) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br><br> '077 patent at Abstract, 1:20-3:18, 5:37-47, 7:41-8:25, Figs. 1-2, 5, and associated written description; claims 1, 8. <br><br> **Extrinsic Evidence** <br><br> IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165. <br><br> IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** <br> Specification, 2:35-51; 7:52-8:20; 8:25-9:46; 10:43-11:2. <br><br> FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification. <br><br> **Extrinsic Evidence** <br><br> Askey reserves its rights to rebut any evidence Wilus may rely on with any additional evidence, including but not limited to the following: <br><br> IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838); <br><br> IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |

C.    U.S. Patent No. 10,687,281

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 6 | "obtain[\ing] information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet"<br><br>('281 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'281 patent at Abstract, 35:16–39:49, 42:42–44:10, 46:56–47:51; Figs. 14, 15, 27–30, 34, 35, 40, 41 and associated written description; claims 1, 8.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00988. | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'281 patent at Abstract, 3:43-4:33, 16:27-31, 20:1-14, 20:48-52, 21:55-23:36, 24:12-36, 34:58-61, 38:37-50, 39:16-42, 28:57-31:14, 34:36-44, 35:16-36:30, 37:25-47, 38:24-50, 39:16-42, 41:46-43:7, 45:3-11, 45:61-47:51, 48:47-50:2, 51:33-55; Figs. 15(a)-15(e), 16(a), 17, 21, 22, 23, 27, 43.<br><br>The '281 patent's prosecution history (WILUS_0001871 – WILUS_0003727) including any pending (IPR2025-00988) or future post-grant proceedings.<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '281 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. <br><br> IEEE 802.11-2012 (PRIOR_ART_00021222) at Section 8. Frame formats, at 380-817 (PRIOR_ART_00021700 – PRIOR_ART_00022137); <br><br> IEEE 802.11ac-2013 (PRIOR_ART_00002735) at Section 8. Frame formats, at 33-118 (PRIOR_ART_00002798 – PRIOR_ART_00002883). |

### D.    U.S. Patent No. 11,470,595

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 7 | "the total bandwidth information" <br><br> ('595 patent, claim 7) | Plain and ordinary meaning; not indefinite, wherein "the total bandwidth information" refers to the total bandwidth information indicated by the bandwidth field <br><br> *Supporting Evidence:* | Indefinite <br><br> *Supporting Evidence:* <br><br> **Intrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Intrinsic Evidence**<br><br>'595 patent at Abstract, 3:48–52, 4:11–15, 34:14–35:15, 37:66–38:46, 39:50–42:15, 50:3–51:32; Figs. 14, 15, 25, 26, 32, 33, 44, 45, and associated written description; claims 1, 7.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00933. | '595 patent at Abstract, 3:48-4:55, 17:19-50, 19:4-57, 29:10-30:40, 34:27-61, 37:48-40:30, 41:14-42:15, 47:11-51, 49:53-51:52, Figs. 14(a)-14(b), 17, 33(d), 41.<br><br>The prosecution history for U.S. Patent No. 10,687,281 (WILUS_0001871 – WILUS_0003727), September 27, 2019 Non-Final Rejection (WILUS_0003651 – WILUS_0003663), December 27, 2019 Applicant's Response (WILUS_0003675 – WILUS_0003688).<br><br>The '595 patent's prosecution history (WILUS_0011739 – WILUS_0013115) including any pending (IPR2025-00933) or future post-grant proceedings<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '595 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

### E.    U.S. Patent No. 11,129,163

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 8 | "intra-BSS" ('163 patent, claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:26-41, 14:27-40, 14:51-64, 18:7-20, 22:54-63, 23:30-55, 24:26-65, 28:21-31:10, 31:27-33:10, 49:28-53:24; Figs. 1-2, 6-12, 14, 16-17, 19-23, 45 and associated written description; claims 1-3, 6, 9-11, 14.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | "a BSS including the wireless communication terminal"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at 11:50-61, 11:65-12:42, 15:34-62, Figs. 7-11, 14, 17, 45, cls. 2, 3, 6, 10, 11, 14.<br><br>'163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings.<br><br>IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025). |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | **Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 9 | "inter-BSS"<br><br>('163 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:26-41, 14:27-40, 14:51-64, 18:7-20, 22:54-63, 23:30-55, 24:26-65, 28:21-31:10, 31:27-33:10, 49:28-53:24; Figs. 1-2, 6-12, 14, 16-17, 19-23, 45 and associated written description; claims 1-3, 6, 9-11, 14. | "a BSS different from the intra-BSS"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at 11:50-61, 13:26-41, 15:34-62, Figs. 7-11, 14, 17, 45, cls, 2, 10.<br><br>'163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 10 | "intra-BSS PPDU"<br><br>('163 patent, claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:26-41, 14:27-40, 14:51-64, 18:7-20, 22:54-63, 23:30-55, 24:26-65, 28:21-31:10, 31:27-33:10, 49:28-53:24; Figs. 1-2, 6-12, 14, 16-17, 19-23, | "a PPDU transmitted from the Intra-BSS"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at 3:30-40, 11:50-61, cls. 2, 6, 10, 14. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 45 and associated written description; claims 1-3, 6, 9-11, 14.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | '163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings.<br><br>IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 11 | "inter-BSS PPDU"<br><br>('163 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:* | "a PPDU transmitted from an OBSS"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:26-41, 14:27-40, 14:51-64, 18:7-20, 22:54-63, 23:30-55, 24:26-65, 28:21-31:10, 31:27-33:10, 49:28-53:24; Figs. 1-2, 6-12, 14, 16-17, 19-23, 45 and associated written description; claims 1-3, 6, 9-11, 14.<br><br>'163 patent and related patent file history, office actions and responses<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | '163 patent at 3:30-40, 11:50-61, cls. 2, 10.<br><br>'163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings.<br><br>IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 12 | "BSS color collision"<br><br>('163 patent, claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary | "a case where different BSSs correspond to the same BSS color" |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | *Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:4-14:17, 16:28-23:55, 28:21-63, 32:8-43, 49:60-53:24; Figs. 1-2, 7-12, 19-23, 25, 45 and associated written description; claims 1, 4-5, 7-8, 9, 12-13, 15-16<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | *Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at 13:4-8, 18:37-63, 32:8-43, cls. 4, 5, 12, 13.<br><br>'163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings.<br><br>IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 13 | "valid signaling field of the MAC frame"<br><br>('163 patent, claims 3, 11) | Plain and ordinary meaning; not indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Abstract; 3:5-4:44, 13:4-14:17, 14:27-40, 14:51-64, 18:7-20, 22:54-63, 23:30-55, 24:26-65, 28:21-31:10, 31:27-33:10, 49:28-53:24; Figs. 6-13, 15-17, 19-23, 25, 29-33 and associated written description; claims 1-5, 9-13.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00935. | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'163 patent at Cover, 3:3-11, 3:53-59, 3:60-64, 3:65-4:3, 7:8-18, 11:50-61, 12:61-65, 13:4-8, 14:1-17, 14:27-40, 14:41-64, 14:65-15:9, 15:10-20, 15:21-33, 16:31-64, 17:1-48, 17:49-18:3, 18:4-23, 19:19-39, 19:40-48, 20:1-22, 20:23-45, 20:46-67, 21:1-15, 21:16-30, 21:31-48, 23:38-55, 23:62-24:3, 24:22-65, 28:26-37, 28:38-63, 30:23-33, 30:34-43, 31:4-10, 31:50-63, 31:64-32:7, 35:39-42, 50:20-36, 50:50-58, 50:59-51:18, 51:19-39, 51:54-52:16, cls. 1, 2, 3, 6, 7, 8, 10, 11, 14, 15.<br><br>'163 patent file history (WILUS_0007867 - WILUS_0010309) including any pending (IPR2025-00935) or future post-grant proceedings.<br><br>IPR2025-00935, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | leading to the '163 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. *Dictionary of Computing* (6th ed. 2010) [SAM-HP-CC_00000012] at 348 [SAM-HP-CC_00000014]. *Dictionary of Computer and Internet Terms* (1st ed. 2016) [SAM-HP-CC_00000009] at 543 [SAM-HP-CC_00000011]. *Oxford Advanced Learner's Dictionary of Current English* (9th ed. 2015) [SAM-HP-CC_00000024] at 1729 [SAM-HP-CC_00000026]. |

**F.      U.S. Patent No. 11,700,597**

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 14 | "intra-BSS"<br><br>('597 patent, claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #8 corresponding to the '597 patent; '597 patent claims 1-3, 6-8, 9, 10-11, 14-16.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | "a BSS including the wireless communication terminal"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'597 patent at 11:62-12:6, 12:10-53, 15:45-16:6, Figs. 7-11, 14, 17, 45, cls. 2, 3, 6, 10, 11, 14.<br><br>'597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending (IPR2025-00936) or future post-grant proceedings.<br><br>IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 15 | "inter-BSS" ('597 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary *Supporting Evidence:* **Intrinsic Evidence** *See* Intrinsic Evidence for Term #9 corresponding to the '597 patent; '597 patent claims 1-3, 6-8, 9, 10-11, 14-16. **Extrinsic Evidence** IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | "a BSS different from the intra-BSS" *Supporting Evidence:* **Intrinsic Evidence** '597 patent at 11:62-12:6, 13:37-52, 15:45-16:6, Figs. 7-11, 14, 17, 45, cls. 2, 10. '597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending (IPR2025-00936) or future post-grant proceedings. IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025). **Extrinsic Evidence** Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 16 | "intra-BSS PPDU"<br><br>('597 patent, claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #10 corresponding to the '597 patent; '597 patent claims 1-3, 6-8, 9, 10-11, 14-16.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | "a PPDU transmitted from the Intra-BSS"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'597 patent at 3:40-50, 11:62-12:6, cls. 2, 6, 10, 14.<br><br>'597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending (IPR2025-00936) or future post-grant proceedings.<br><br>IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 17 | "inter-BSS PPDU" ('597 patent, claims 2, 10) | Plain and ordinary meaning; no further construction necessary *Supporting Evidence:* **Intrinsic Evidence** *See* Intrinsic Evidence for Term #11 corresponding to the '597 patent; '597 patent claims 1-3, 6-8, 9, 10-11, 14-16. **Extrinsic Evidence** IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | "a PPDU transmitted from an OBSS" *Supporting Evidence:* **Intrinsic Evidence** '597 patent at 3:40-50, 11:62-12:6, cls. 2, 10. '597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending (IPR2025-00936) or future post-grant proceedings. IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025). |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | **Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 18 | "BSS color collision"<br><br>('597 patent, claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #12 corresponding to the '597 patent; '597 patent claims 1, 4-5, 7-8, 9, 12-13, 15-16.<br><br>**Extrinsic Evidence** | "a case where different BSSs correspond to the same BSS color"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'597 patent at 13:15-19, 18:47-19:6, 32:15-50, cls. 4, 5, 12, 13.<br><br>'597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | (IPR2025-00936) or future post-grant proceedings. IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025). **Extrinsic Evidence** Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| 19 | "valid signaling field of the MAC frame" ('597 patent, claims 3, 11) | Plain and ordinary meaning; not indefinite *Supporting Evidence:* **Intrinsic Evidence** | Indefinite *Supporting Evidence:* **Intrinsic Evidence** '597 patent at Cover, 3:13-21, 3:62-4:2, 4:3-7, 4:8-14, 7:20-30, 11:62-12:6, 13:5-14, 13:15-19, |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | *See* Intrinsic Evidence for Term #13 corresponding to the '597 patent; '597 patent claims 1-5, 9-13<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-00936. | 13:37-52, 14:12-28, 14:38-51, 14:52-15:8, 15:9-20, 15:21-31, 15:32-44, 16:42-17:8, 17:12-59, 17:60-18:14, 18:15-33, 19:29-49, 19:50-58, 20:11-31, 20:32-54, 20:55-21:9, 21:10-24, 21:25-39, 21:40-57, 23:47-64, 24:4-12, 24:31-25:7, 28:35-46, 28:47-29:5, 30:30-40, 30:41-50, 31:11-17, 31:57-32:3, 32:4-14, 35:47-50, 50:29-45, 50:59-67, 51:1-27, 51:28-42, 51:63-52:24, cls. 1, 2, 3, 6, 7, 8, 10, 11, 14, 15.<br><br>'597 patent file history (WILUS_0015896 - WILUS_0018337) including any pending (IPR2025-00936) or future post-grant proceedings.<br><br>IPR2025-00936, Patent Owner's Preliminary Response (September 2, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '597 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. *Dictionary of Computing* (6th ed. 2010) [SAM-HP-CC_00000012] at 348 [SAM-HP-CC_00000014]. *Dictionary of Computer and Internet Terms* (1st ed. 2016) [SAM-HP-CC_00000009] at 543 [SAM-HP-CC_00000011]. *Oxford Advanced Learner's Dictionary of Current English* (9th ed. 2015) [SAM-HP-CC_00000024] at 1729 [SAM-HP-CC_00000026]. |

G.      U.S. Patent No. 11,116,035

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 20 | "when" ('035 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite *Supporting Evidence:* **Intrinsic Evidence** | Indefinite *Supporting Evidence:* **Intrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | '035 patent at Abstract, 3:10-4:67, 19:43-20:67, 21:1-23:47, 37:22-38:65; Figs. 6-18 and associated written description; claims 1, 4-5, 8.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-01043.<br><br>Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/when | '035 Patent at 3:11-4:61; 5:16-6:35; 10:32-38:65; 39:39-41:6; FIGS. 6-28.<br><br>'035 patent file history (WILUS_0005445 - WILUS_0006980) including any pending (IPR2025-01043) or future post-grant proceedings.<br><br>IPR2025-01043, Patent's Owner Preliminary Response (September 16, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '035 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>*The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | (5th ed. 2016) [SAM-HP-CC_00000001] at 1971 [SAM-HP-CC_00000004].<br><br>*Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 2250 [SAM-HP-CC_00000008].<br><br>*The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 828 [SAM-HP-CC_00000019].<br><br>*Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1863 [SAM-HP-CC_00000023].<br><br>*Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 788 [SAM-HP-CC_00000031]. |
| 21 | "set[ting] a/the . . . timer"<br><br>('035 patent, claims 1, 4, 5, 8) | Plain and ordinary meaning; no further construction necessary<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'035 patent at Abstract, 3:10-4:67, 19:43-20:67, 21:1-23:47, 24:59-25:26:8, 37:22- | "assign[ing] a duration to a/the timer"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'035 Patent at 3:11-4:61; 5:16-6:35; 10:32-38:65; 39:39-41:6; FIGS. 6 -28. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | 38:65; Figs. 6-18 and associated written description; claims 1, 4-5, 8. **Extrinsic Evidence** IPR Petition and related pleadings / filings / declarations in IPR2025-01043. Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/set | '035 patent file history (WILUS_0005445 - WILUS_0006980) including any pending (IPR2025-01043) or future post-grant proceedings. IPR2025-01043, Patent's Owner Preliminary Response (September 16, 2025). **Extrinsic Evidence** Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '035 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. *The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1603 [SAM-HP-CC_00000003]. *Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 1810 [SAM-HP-CC_00000007]. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | *The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 657-58 [SAM-HP-CC_00000017-18].<br><br>*Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1485 [SAM-HP-CC_00000022].<br><br>*Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 626 [SAM-HP-CC_00000029]. |

## H.    U.S. Patent No. 11,516,879

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 22 | "when"<br><br>('879 patent, claims 1, 8) | Plain and ordinary meaning; not indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #20 corresponding to the '897 patent; '897 patent claims 1, 8 | Indefinite<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>'879 Patent at 3:11-4:61; 5:16-6:35; 10:32-38:65; 39:44-41:14; FIGS. 6-28. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | **Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-01044.<br><br>Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/when | '879 patent file history (WILUS_0013167 - WILUS_0014720) including any pending (IPR2025-01044) or future post-grant proceedings.<br><br>IPR2025-01044, Patent's Owner Preliminary Response (September 17, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '879 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>*The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1971 [SAM-HP-CC_00000004]. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | *Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 2250 [SAM-HP-CC_00000008]. |
| | | | *The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 828 [SAM-HP-CC_00000019]. |
| | | | *Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1863 [SAM-HP-CC_00000023]. |
| | | | *Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 788 [SAM-HP-CC_00000031]. |
| 23 | "set[ting] a/the . . . timer" ('879 patent, claims 1, 4, 5, 8) | Plain and ordinary meaning; no further construction necessary  *Supporting Evidence:*  **Intrinsic Evidence**  *See* Intrinsic Evidence for Term #21 corresponding to the '897 patent; '897 patent claims 1, 4, 5, 8.  **Extrinsic Evidence** | "assign[ing] a duration to a/the timer"  *Supporting Evidence:*  **Intrinsic Evidence**  '879 Patent at 3:11-4:61; 5:16-6:35; 10:32-38:65; 39:44-41:14; FIGS. 6-28.  '879 patent file history (WILUS_0013167 - WILUS_0014720) including any pending (IPR2025-01044) or future post-grant proceedings. |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-01044.<br><br>Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/set | IPR2025-01044, Patent's Owner Preliminary Response (September 17, 2025).<br><br>**Extrinsic Evidence**<br><br>Samsung and HP may rely on testimony of Mr. Mark Lanning to explain the technology, the state of the art at the time the applications leading to the '879 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>*The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1603 [SAM-HP-CC_00000003].<br><br>*Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 1810 [SAM-HP-CC_00000007].<br><br>*The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 657-58 [SAM-HP-CC_00000017-18].<br><br>*Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster,* |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | | *Incorporated* (2017) [SAM-HP-CC_00000020] at 1485 [SAM-HP-CC_00000022].<br><br>*Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 626 [SAM-HP-CC_00000029]. |

### I.    U.S. Patent No. 10,651,992

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 24 | "[a] wireless communication terminal"<br><br>('992 patent, claims 1, 7) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Term #5 corresponding to the '992 patent (e.g., '992 patent at Abstract, 1:20-3:12, 5:37-47, 7:43-8:25, Figs. 1-5 and associated written description); '992 patent claims 1, 7.<br><br>**Extrinsic Evidence** | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication."<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>Specification, 2:39-55; 7:54-8:21; 8:26-9:46; 10:43-11:2.<br><br>FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification.<br><br>**Extrinsic Evidence**<br><br>Askey reserves its rights to rebut any evidence Wilus may rely on with any additional |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165.<br><br>IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | evidence, including but not limited to the following:<br><br>IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838);<br><br>IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |

### J.    U.S. Patent No. 11,128,421

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 25 | "[a] wireless communication terminal"<br><br>('421 patent, claims 1, 5) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Terms #5 and #26 corresponding to the '421 patent; '421 patent claims 1, 5.<br><br>**Extrinsic Evidence** | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>Specification, 2:42-59; 7:64-8:31; 8:36-9:57; 10:53-11:12.<br><br>FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification.<br><br>**Extrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165.<br><br>IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | Askey reserves its rights to rebut any evidence Wilus may rely on with any additional evidence, including but not limited to the following:<br><br>IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838);<br><br>IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |

### K.   U.S. Patent No. 10,820,233

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 26 | "[a] wireless communication terminal"<br><br>('233 patent, claim 1) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Terms #5 and #26 corresponding to the '233 patent; '233 patent | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication"<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>Specification, 5:48-6:13; 6:18-7:31; 8:24-50.<br>FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification.<br><br>**Extrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | claims 1, 6.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165.<br><br>IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | Askey reserves its rights to rebut any evidence Wilus may rely on with any additional evidence, including but not limited to the following:<br><br>IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838);<br><br>IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |
| 27 | "[a] wireless communication method of a terminal"<br><br>('233 patent, claim 6) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Terms #5 and #26 corresponding to the '233 patent; '233 patent claims 1, 6.<br><br>**Extrinsic Evidence**<br><br>IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication."<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>Specification, 2:32-41; 5:48-6:13; 6:18-7:31; 8:24-50.<br><br>FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification.<br><br>**Extrinsic Evidence**<br><br>Askey reserves its rights to rebut any evidence Wilus may rely on with any additional evidence, including but not limited to the following: |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838); IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |

### L.    U.S. Patent No. 10,931,396

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 28 | "[a] wireless communication terminal" ('396 patent, claims 1, 9) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. *Supporting Evidence:* **Intrinsic Evidence** *See* Intrinsic Evidence for Terms #5 and #26 corresponding to the '396 patent; '396 patent claims 1 and 9. **Extrinsic Evidence** IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165. | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication." *Supporting Evidence:* **Intrinsic Evidence** Specification, 2:27-36; 6:51-7:28; 7:33-8:51; 9:49-10:12. FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification. **Extrinsic Evidence** Askey reserves its rights to rebut any evidence Wilus may rely on with any additional |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | evidence, including but not limited to the following:<br><br>IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838);<br><br>IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |

### M.    U.S. Patent No. 11,664,926

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| 29 | "[a] wireless communication terminal"<br><br>('926 patent, claims 1, 8) | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both.<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br><br>*See* Intrinsic Evidence for Terms #5 and #26 corresponding to the '926 patent; '926 patent claims 1 and 8.<br><br>**Extrinsic Evidence** | Plain and ordinary meaning, wherein "wireless communication terminal" means "user equipment for wireless communication."<br><br>*Supporting Evidence:*<br><br>**Intrinsic Evidence**<br>Specification, 2:41-50; 6:64-7:41; 7:46-8:64; 9:62-10:25.<br><br>FIGs. 1, 2, 3, 5 and corresponding descriptions in the specification.<br><br>**Extrinsic Evidence** |

| Term # | Claim Term / Asserted Claims | Wilus's Proposed Construction and Supporting Evidence | Defendants' Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | IPR Petition and related pleadings / filings / declarations in IPR2025-01069 and -1165.<br><br>IEEE standards documents (e.g., IEEE 802.11 standard (2016), IEEE 802.11 standard (2020), IEEE 802.11ax (2021)). | Askey reserves its rights to rebut any evidence Wilus may rely on with any additional evidence, including but not limited to the following:<br><br>IEEE Std 802.11-2020 (ASKEY_WILUS_00004460 – ASKEY_WILUS_00008838);<br><br>IEEE Std 802.11ax-2021 (ASKEY_WILUS_00008839 – ASKEY_WILUS_00009605). |