UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Parties' Joint Motion to Stay All Deadlines and Notice of Settlement ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. It is therefore

**ORDERED that the remaining case deadlines between Wilus Institute of Standards and Technology Inc., Sisvel International, S.A., and HP Inc. are stayed for thirty (30) days.**