IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC., <br><br>*Defendant*. | § § § § § § § § § § § | CASE NO. 2:24-CV-00752-JRG <br>(LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC., <br><br>*Defendant*. | § § § § § § § § § § § | CASE NO. 2:24-CV-00764-JRG <br>(MEMBER CASE) |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology Inc., Defendant HP Inc., and Counter-Defendant Sisvel International, S.A. (collectively, the "Parties"). (Dkt. No. 171.) In the Motion, the Parties represent that they have reached a settlement in principle. (*Id.* at 1.) The Parties request that the Court stay all case deadlines between the above-mentioned Parties in Case Nos. 2:24-cv-00752-JRG and 2:24-cv-00764-JRG for thirty days so that the Parties can work on finalizing the corresponding settlement documents. (*Id.*)

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in Case Nos. 2:24-cv-00752-JRG and

2

2:24-cv-00764-JRG between the above-mentioned Parties are **STAYED** for thirty (30) days, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 15th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE