IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS and TECHNOLOGY INC., <br> *Plaintiff* <br><br> v. <br><br> HP INC., <br> *Defendant* | § § § § § § § § § | CASE NO. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS and TECHNOLOGY INC., <br> *Plaintiff* <br><br> v. <br><br> HP INC., <br> *Defendant* | § § § § § § § § § | CASE NO. 2:24-cv-00764-JRG-RSP <br> (Member Case) |

**REPORT OF MEDIATION**

The above-captioned case was mediated via Zoom video conference by the undersigned on Tuesday, October 7, 2025, between Plaintiff and Defendant.  The mediation session was successful, and the parties have reached a settlement.

Signed this 23rd day of October 2025.

*/ s /  David Folsom*
David Folsom
TXBN: 07210800
**FOLSOM ADR PLLC**
6002-B Summerfield Drive
Texarkana, Texas  75503
Telephone:  (903) 277-7303
Email:  david@folsomadr.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 23, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

/ s /  *David Folsom*
David Folsom