# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> HP INC., <br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, James S. Tsuei, declare and state as follows:

1. I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, and one of the attorneys for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opening Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 11,159,210, dated October 26, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 10,313,077, dated June 4, 2019.

4. Attached as **Exhibit 3** is a true and correct copy of U.S. Patent No. 10,687,281, dated June 16, 2020.

5. Attached as **Exhibit 4** is a true and correct copy of U.S. Patent No. 11,470,595, dated October 11, 2022.

6. Attached as **Exhibit 5** is a true and correct copy of U.S. Patent No. 11,129,163, dated September 21, 2021.

7. Attached as **Exhibit 6** is a true and correct copy of U.S. Patent No. 11,700,597, dated July 11, 2023.

8. Attached as **Exhibit 7** is a true and correct copy of U.S. Patent No. 11,116,035, dated September 7, 2021.

9. Attached as **Exhibit 8** is a true and correct copy of U.S. Patent No. 11,516,879, dated November 29, 2022.

10. Attached as **Exhibit 9** is a true and correct copy of U.S. Patent No. 10,651,992, dated May 12, 2020.

11. Attached as **Exhibit 10** is a true and correct copy of U.S. Patent No. 11,128,421, dated September 21, 2021.

12. Attached as **Exhibit 11** is a true and correct copy of U.S. Patent No. 10,820,233, dated October 27, 2020.

13. Attached as **Exhibit 12** is a true and correct copy of U.S. Patent No. 10,931,396, dated February 23, 2021.

14. Attached as **Exhibit 13** is a true and correct copy of U.S. Patent No. 11,664,926, dated May 20, 2023.

15. Attached as **Exhibit 14** is a true and correct copy of Defendants' Patent Rule 4-2 Identification of Claim Constructions and Extrinsic Evidence, Ex. A, dated Sept. 2, 2024.

16. Attached as **Exhibit 15** is a true and correct copy of the Declaration of Mark Lanning Regarding Claim Construction, dated Sept. 25, 2025.

17. Attached as **Exhibit 16** is a true and correct copy of experts from the Deposition Transcript of Mark Lanning, dated October 24, 2025.

18. Attached as **Exhibit 17** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '210 Patent, Paper 2, IPR2025-00934, dated May 13, 2025.

19. Attached as **Exhibit 18** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '077 Patent, Paper 2, IPR2025-01069, dated June 5, 2025.

20. Attached as **Exhibit 19** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '281 Patent, Paper 2, IPR2025-00988, dated May 20, 2025.

21. Attached as **Exhibit 20** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '595 Patent, Paper 2, IPR2025-00933, dated May 13, 2025.

22. Attached as **Exhibit 21** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '163 Patent, Paper 2, IPR2025-00935, dated April 30, 2025.

23. Attached as **Exhibit 22** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '597 Patent, Paper 2, IPR2025-00936, dated April 30, 2025.

24. Attached as **Exhibit 23** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '035 Patent, Paper 2, IPR2025-01043, dated May 29, 2025.

25. Attached as **Exhibit 24** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '879 Patent, Paper 2, IPR2025-01044, dated May 29, 2025.

26. Attached as **Exhibit 25** is a true and correct copy of Samsung's Petition for *Inter Partes* Review of '926 Patent, Paper 2, IPR2025-01165, dated June 24, 2025.

27. Attached as **Exhibit 26** is a true and correct copy of U.S. Patent No. 11,076,087, dated July 27, 2021.

28. Attached as **Exhibit 27** is a true and correct copy of U.S. Patent No. 11,398,938, dated July 26, 2022.

29. Attached as **Exhibit 28** is a true and correct copy of U.S. Patent Appl. Pub. 2019/0116513.

30. Attached as **Exhibit 29** is a true and correct copy of U.S. Patent No. 10,177,956, dated January 8, 2019.

31. Attached as **Exhibit 30** is a true and correct copy of excerpts from IEEE Standards Association 802.11ax-2021.

I declare under penalty of perjury pursuant to the laws of the United States that the

foregoing is true and correct.

    Executed on November 4, 2025 in Los Angeles, California.

<u>/s/ *James S. Tsuei*</u>
James S. Tsuei

4