# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00764-JRG <br> [Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>       Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br>       Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>       Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br>       Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>       Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br>       Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**DEFENDANTS' P.R. 4-2 PRELIMINARY CLAIM
CONSTRUCTIONS AND EXTRINSIC EVIDENCE**

Pursuant to Patent Rule 4-2 and the Court's Fifth Amended Docket Control Order (Dkt. No. 130), Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung"), HP Inc. ("HP"), and Askey Computer Corp. and Askey International Corp. (collectively, "Askey") (altogether, "Defendants") respectfully submit their Preliminary Proposed Claim Constructions and Extrinsic Evidence for the claim terms, phrases, or clauses contained in the asserted patents that the parties identified for claim construction purposes pursuant to Patent Rule 4-1. *See* Exhibt A (attached hereto).

Defendants base these constructions upon its current knowledge, understanding, and belief as to the facts and information available as of this date. Defendants reserve the right to further amend these preliminary proposed claim constructions as the parties proceed with discovery and work toward the preparation of a final Joint Claim Construction Statement. In particular, Defendants reserve the right to modify or supplement these P.R. 4-2 disclosures to facilitate agreement with Plaintiff, to avoid duplication of terms or phrases, to reflect newly-received information, or in response to any changes in Plaintiff's apparent infringement theories. To the extent necessary to clarify the issues for the Court or otherwise avoid ambiguity or confusion, Defendants reserve the right to address a word or phrase separately from the terms listed below, if addressing that word or phrase separately will assist in the resolution of the parties' disputes.

Defendants also reserve their right to revise their proposals regarding claim terms in view of Plaintiff's proposals and as discovery proceeds. Defendants specifically reserve the right to modify or supplement its preliminary proposed constructions once they have had an opportunity to review Plaintiff's preliminary proposed constructions. Defendants further reserve the right to rely on extrinsic evidence identified by Plaintiff. Furthermore, Defendants reserve the right to update their citations to relevant extrinsic evidence, such as inventor testimony. Defendants also

reserve the right to amend these disclosures to the extent Plaintiff attempts to supplement or amends its infringement contentions or claim construction disclosures.

Defendants contend that various claim limitations are indefinite. To the extent that Defendants provided, or later provide, proposed alternative claim constructions for these claim limitations in the event that the claims are not found to be indefinite, such proposal is not an admission that these claims are amenable to proper construction and/or satisfy the definiteness requirement of 35 U.S.C. § 112, which Defendants specifically deny. Moreover, nothing in these proposed terms should suggest that a particular limitation or claim is valid or construable, accurately described, enabled or definite within the meaning of 35 U.S.C. § 112.

To confirm the proper construction, in addition to the extrinsic evidence cited below, Defendants may rely on the patent and other references cited during the prosecution of the asserted patent. Defendants also may rely on one or more of the prior art systems and/or publications identified in their Invalidity Contentions to explain the state of the art and/or to show the ordinary meaning of certain claim terms. Furthermore, Defendants may rely on any public statement of Plaintiff and/or its representatives, any current or former employee of Plaintiff; the named inventor and/or prosecuting attorneys, and/or any information from other sources, including discovery produced in this case. Defendants may also rely on documents produced by Plaintiff pursuant to Patent Local Rule 3-2 to the extent those documents evidence the ordinary meaning of claim terms and/or any different meaning assigned to claim terms by the inventor. Defendants also may rely on testimony from the inventors and/or the prosecuting attorney elicited in ongoing discovery in this case. Testimony from the inventor or the prosecuting attorney may be relevant to the meaning or indefiniteness of one or more of the contested claim terms.

As noted below, Defendants may also rely on testimony from one or more expert witnesses, including any identified by Plaintiff.  Such expert evidence may address the relevant field of art, the level of ordinary skill in the art, the definiteness of certain terms, and the meaning that certain claim terms would have to a person of ordinary skill in the art based on the asserted patent's disclosure and associated prosecution history, including any extrinsic evidence offered by Plaintiff or Defendants.

Finally, each Defendant only provides herein disclosures regarding patents asserted against it in the respective member cases captioned above.  Askey does not contend that any claim construction is needed related to the patents presently asserted against Askey in this matter, including the terms identified by Askey in the Rule 4-1 disclosure. Each Defendant reserves all rights to pursue claim construction separately regarding patents otherwise discussed herein but not asserted against it as part of this consolidated action.

Dated:  September 2, 2025                    Respectfully submitted,

                                            /s/ Ralph A. Phillips
                                            Michael J. McKeon
                                            DC Bar No. 459780
                                            mckeon@fr.com
                                            Ruffin B. Cordell
                                            TX Bar No. 04820550
                                            cordell@fr.com
                                            Ralph A. Phillips
                                            DC Bar No. 475571
                                            rphillips@fr.com
                                            Bryan J. Cannon
                                            DC Bar No. 1723657
                                            cannon@fr.com
                                            Payal Patel
                                            DC Bar No. 90019320
                                            ppatel@fr.com
                                            FISH & RICHARDSON, P.C.
                                            1000 Maine Ave., S.W., Ste. 1000

Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

5

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

*/s/ Lawrence R. Jarvis*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

*/s/ Jeffrey D. Smyth*
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

6

Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

Trey Yarbrough
Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile:  (903) 595-0191
Email: trey@yw-lawfirm.com

*Attorneys for Defendants Askey Computer Corp. and Askey International Corp.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on September 2, 2025, a true and correct copy of the foregoing instrument was served on counsel of record for Plaintiff via electronic mail per Paragraph 12(d) of the Discovery Order.

*/s/ Ralph A. Phillips*
Ralph A. Phillips

**EXHIBIT A**

## I.    U.S. PATENT NO. 11,159,210

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A" | 1, 6 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '210 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

## II.    U.S. PATENT NO. 10,313,077

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "obtain[\ing] length information indicating information on a duration of the non-legacy physical layer frame [after a legacy signaling field], from the legacy signaling field" | 1,8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "obtain[\ing] information other than [the] information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame" | 1, 8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "obtain[\ing] the information other than the information on the duration of the non-legacy physical layer frame based on the remaining value and a modulation method of a third symbol after the legacy signaling field" | 6, 13 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "a duration of the non-legacy physical layer frame" | 1 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "the duration of the non-legacy physical layer frame after the legacy signaling field" | 3 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "a duration of the non-legacy physical layer frame after a legacy signaling field" | 8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '077 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

### III.     U.S. PATENT NO. 10,687,281

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "obtain[\ing] information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet" | 1, 8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims  to explain the technology, the state of the art at the time the applications leading to the '281 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>IEEE 802.11-2012 [PRIOR_ART_00021222] at Section 8. Frame formats, at 380-817 [PRIOR_ART_00021700 – PRIOR_ART_00022137];<br>IEEE 802.11ac-2013 [PRIOR_ART_00002735] at Section 8. Frame formats, at 33-118 [PRIOR_ART_00002798 – PRIOR_ART_00002883]. |
| "predetermined index" | 2, 9 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | the art at the time the applications leading to the '281 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

IV.    U.S. PATENT NO. 11,470,595

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "explicitly indicated" | 1, 7 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '595 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "the total bandwidth information" | 7 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '595 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's |

EXHIBIT A

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "a center 26-tone resource unit" | 3, 9 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '595 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "the center 26-tone resource unit" | 4, 10 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '595 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

## V.    U.S. PATENT NO. 11,129,163

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "intra-BSS" | 2-3, 6, 10-11, 14 | "a BSS including the wireless communication terminal" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "inter-BSS" | 2, 10 | "a BSS different from the intra-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "intra-BSS PPDU" | 2, 6, 10, 14 | "a PPDU transmitted from the Intra-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "inter-BSS PPDU" | 2, 10 | "a PPDU transmitted from an inter-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "BSS color collision" | 4, 5, 12, 13 | "a case where different BSSs correspond to the same BSS color" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "valid signaling field of the MAC frame" | 3, 11 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>*Dictionary of Computing* (6th ed. 2010) [SAM-HP-CC_00000012] at 348 [SAM-HP-CC_00000014].<br><br>*Dictionary of Computer and Internet Terms* (1st ed. 2016) [SAM-HP-CC_00000009] at 543 [SAM-HP-CC_00000011]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Oxford Advanced Learner's Dictionary of Current English* (9th ed. 2015) [SAM-HP-CC_00000024] at 1729 [SAM-HP-CC_00000026]. |
| "[wherein the processor is configured to/wherein the method further comprises] signal that the operation based on the BSS color is not allowed" | 4, 12 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain further the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "[not to use/not using] a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed" | 1, 9 | Plain and ordinary meaning | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "the signaling field of the PPDU" | 7, 14 | Plain and ordinary meaning | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '163 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

## VI.    U.S. PATENT NO. 11,700,597

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "intra-BSS" | 2-3, 6, 10-11, 14 | "a BSS including the wireless communication terminal" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "inter-BSS" | 2, 10 | "a BSS different from the intra-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "intra-BSS PPDU" | 2, 6, 10, 14 | "a PPDU transmitted from the Intra-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "inter-BSS PPDU" | 2, 10 | "a PPDU transmitted from an inter-BSS" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "BSS color collision" | 4, 5, 12, 13 | "a case where different BSSs correspond to the same BSS color" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "valid signaling field of the MAC frame" | 3, 11 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. *Dictionary of Computing* (6th ed. 2010) [SAM-HP-CC_00000012 ] at 348 [SAM-HP-CC_00000014]. *Dictionary of Computer and Internet Terms* (1st ed. 2016) [SAM-HP-CC_00000009 ] at 543 [SAM-HP-CC_00000011]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Oxford Advanced Learner's Dictionary of Current English* (9th ed. 2015) [SAM-HP-CC_00000024] at 1729 [SAM-HP-CC_00000026]. |
| "[wherein the processor is configured to/wherein the method further comprises] signal that the operation based on the BSS color is not allowed" | 4, 12 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain further the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "[not to use/not using] a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed" | 1, 9 | Plain and ordinary meaning | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |
| "the signaling field of the PPDU" | 14 | Plain and ordinary meaning | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '597 patent were filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. |

**EXHIBIT A**

## VII.    U.S. PATENT NO. 11,116,035

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "when" | 1 and 8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '035 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses._

_The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt_ ( 5th ed. 2016) [SAM-HP-CC_00000001] at 1971 [SAM-HP-CC_00000004]

_Collins English Dictionary. HarperCollins Publishers_ (2016) [SAM-HP-CC_00000005], 2250 [SAM-HP-CC_00000008].

_The Merriam-Webster Dictionary. Merriam-Webster, Incorporated_ (2016) [SAM-HP-CC_00000015] at 828 [SAM-HP-CC_00000019]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1863 [SAM-HP-CC_00000023]. *Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 788 [SAM-HP-CC_00000031]. |
| "set[ting] a . . . timer" | 1, 4, 5, and 8 | "assign a duration to a timer" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '035 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. *The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1603 [SAM-HP-CC_00000003]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 1810 [SAM-HP-CC_00000007]. <br><br> *The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 657-58 [SAM-HP-CC_00000017-18]. <br><br> *Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1485 [SAM-HP-CC_00000022]. <br><br> *Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 626 [SAM-HP-CC_00000029]. |

**EXHIBIT A**

## VIII.   U.S. PATENT NO. 11,516,879

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| "when" | 1 and 8 | Indefinite | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '879 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention, including whether a person of ordinary skill in the art could discern the boundaries of this claim element with reasonable certainty. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses. <br><br> *The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1971 [SAM-HP-CC_00000004]. <br><br> *Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 2250 [SAM-HP-CC_00000008]. <br><br> *The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 828 [SAM-HP-CC_00000019]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1863 [SAM-HP-CC_00000023].<br><br>*Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 788 [SAM-HP-CC_00000031]. |
| "set[ting] a . . . timer" | 1, 4, 5, and 8 | "assign a duration to a timer" | Samsung and HP may rely on testimony of Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to explain the technology, the state of the art at the time the applications leading to the '879 patent was filed, the level of ordinary skill in the relevant art, and the meaning of this claim element to a person of ordinary skill in the art at the time of the alleged invention. Samsung and HP may also rely on Mr. Mark Lanning, Dr. Stephen Wicker, and/or Dr. Harry Bims to respond to Wilus's claim construction positions and any testimony of Wilus's expert(s) and witnesses.<br><br>*The American Heritage Dictionary of the English Language. Houghton Mifflin Harcourt* (5th ed. 2016) [SAM-HP-CC_00000001] at 1603 [SAM-HP-CC_00000003]. |

**EXHIBIT A**

| Claim Term | Claims | Samsung's and HP's Preliminary Proposed Construction | Samsung's and HP's Preliminary Identification of Extrinsic Evidence |
|---|---|---|---|
| | | | *Collins English Dictionary. HarperCollins Publishers* (2016) [SAM-HP-CC_00000005] at 1810 [SAM-HP-CC_00000007].<br><br>*The Merriam-Webster Dictionary. Merriam-Webster, Incorporated* (2016) [SAM-HP-CC_00000015] at 657-58 [SAM-HP-CC_00000017-18].<br><br>*Merriam-Webster's Advanced Learner's English Dictionary. Merriam-Webster, Incorporated* (2017) [SAM-HP-CC_00000020] at 1485 [SAM-HP-CC_00000022].<br><br>*Oxford School Dictionary. Oxford University Press* (2016) [SAM-HP-CC_00000027] at 626 [SAM-HP-CC_00000029]. |