# Exhibit 16



# Transcript of Mark Lanning

**Date:** October 24, 2025
**Case:** Wilus Institute of Standards and Technology, Inc. -v- HP, Inc.

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

| | |
|---|---|
| 1 | Q.  Yes.  We were discussing four occurrences of | 13:18:05 |
| 2 | "when" in Claim 1 and, you know, the first three were | 13:18:08 |
| 3 | highlighted. | 13:18:12 |
| 4 | And my question is do you agree that the first | 13:18:12 |
| 5 | and third occurrences of "when," a person of ordinary | 13:18:16 |
| 6 | skill would understand that to be conditional? | 13:18:20 |
| 7 | A.  Yes. | 13:18:22 |
| 8 | Q.  Can we turn to paragraph 119 of your | 13:18:29 |
| 9 | declaration. | 13:18:32 |
| 10 | A.  Let me find it here.  Okay.  I'm there. | 13:18:55 |
| 11 | Q.  Okay.  And do you see that -- so this is about | 13:19:01 |
| 12 | the '281 patent; right? | 13:19:05 |
| 13 | A.  Yes. | 13:19:14 |
| 14 | Q.  And the term is in Claims 1 and 8? | 13:19:14 |
| 15 | A.  Yes. | 13:19:16 |
| 16 | Q.  And are Claims 1 and 8 what you called | 13:19:19 |
| 17 | peer-type claims? | 13:19:26 |
| 18 | A.  Yes.  Again, I apologize if my terminology | 13:19:27 |
| 19 | isn't familiar, but if I look at Claims 1 and 8 just to | 13:19:31 |
| 20 | make sure, Claim 1 is an apparatus claim.  It's -- it | 13:19:34 |
| 21 | requires a communication terminal.  Claim 8 is a | 13:19:39 |
| 22 | wireless communication method.  And, again, I call them | 13:19:42 |
| 23 | peer-type claims because one's an apparatus and one's a | 13:19:48 |
| 24 | method and they are very similar. | 13:19:52 |
| 25 | Q.  And so the -- the -- the term at issue is | 13:19:53 |

| | | |
|---|---|---|
| 1 | "obtaining information" -- "obtain or obtaining | 13:19:57 |
| 2 | information of an unassigned resource unit via at least | 13:20:02 |
| 3 | one of the bandwidth field of the HE-SIG-A and a | 13:20:05 |
| 4 | subfield of HE-SIG-B of the received packet." | 13:20:10 |
| 5 | Did I read that correctly? | 13:20:15 |
| 6 | A.  I believe you did, yes. | 13:20:17 |
| 7 | Q.  Okay.  If we could just look at this term by | 13:20:43 |
| 8 | itself, this claim phrase, would a person of ordinary | 13:20:48 |
| 9 | skill find just this term to be ambiguous or unclear? | 13:20:55 |
| 10 | MR. TALEBI:  Objection to form. | 13:21:03 |
| 11 | THE WITNESS:  Again, taking the -- the element | 13:21:06 |
| 12 | that is highlighted in yellow in both Claim 1 and Claim | 13:21:12 |
| 13 | 8, if a person of ordinary skill would read that in | 13:21:17 |
| 14 | isolation, again, not in context with the elements that | 13:21:21 |
| 15 | follow specifically the element highlighted in green, I | 13:21:28 |
| 16 | think a person would understand that the information is | 13:21:32 |
| 17 | an assigned resource, and where it says at least one of | 13:21:37 |
| 18 | a bandwidth field of the HE-SIG-A and a subfield of | 13:21:41 |
| 19 | HE-SIG-B, I would think a person of ordinary skill | 13:21:50 |
| 20 | would -- would understand that at least one of those | 13:21:55 |
| 21 | means it's either "A" or "B" and could be both. | 13:21:56 |
| 22 | BY MR. WANG: | 13:22:03 |
| 23 | Q.  All right.  You're -- you're very familiar with | 13:22:15 |
| 24 | patent claims, right, in general, how -- how patent | 13:22:17 |
| 25 | claims are written; right? | 13:22:21 |

```
 1              CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2
 3    STATE OF CALIFORNIA )
 4    COUNTY OF SACRAMENTO)    ss.
 5
 6         I, SHANNON BORGE, RPR, CSR No. 9436, Certified
 7    Shorthand Reporter, do hereby certify:
 8         That prior to being examined, the witness in
 9    the foregoing proceedings was by me duly sworn to
10    testify to the truth, the whole truth, and nothing but
11    the truth;
12         That said proceedings were taken by me in
13    shorthand and thereafter transcribed into typewriting
14    under my direction and supervision;
15         That I am neither counsel for, nor related to,
16    any party to said proceedings, nor in any way interested
17    in the outcome thereof.
18         I further certify that I am not a party to any
19    stipulation, if made, that would waive my duties
20    mandated by Court Reporters Board of California.
21         In witness whereof, I have hereunto subscribed
22    my name.
23         Dated:   Thursday, October 30, 2025
24                         Shannon Borge
                          Shannon Borge, RPR, CSR
25                        Certificate No. 9436
```