# Exhibit 30

IEEE SA
STANDARDS ASSOCIATION

IEEE Standard for Information Technology—
Telecommunications and Information Exchange between Systems
Local and Metropolitan Area Networks—
Specific Requirements

# Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

# Amendment 1: Enhancements for High-Efficiency WLAN

IEEE Computer Society

Developed by the
LAN/MAN Standards Committee

STANDARDS

**IEEE Std 802.11ax™-2021**
(Amendment to IEEE Std 802.11-2020)



Authorized licensed use limited to: Wendy Liu. Downloaded on November 29,2023 at 21:51:51 UTC from IEEE Xplore. Restrictions apply.

Case 2:24-cv-00752-JRG    Document 179-31    Filed 11/04/25    Page 3 of 5 PageID #: 5214

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

*Insert the following text (Clause 26 and Clause 27) after Clause 25:*

# 26. High-efficiency (HE) MAC specification

## 26.1 Introduction

An HE STA supports the MAC and MLME functions defined in Clause 26 in addition to the MAC functions defined in Clause 10, the MLME functions defined in Clause 11, and the security functions defined in Clause 12, except when the functions in Clause 26 supersede the functions in Clause 10 or Clause 11. A frame successfully transmitted by a non-AP STA in response to a Basic Trigger frame is a successful frame exchange initiated by the STA as referred to in Clause 11 and Clause 12.

## 26.2 HE channel access

### 26.2.1 TXOP duration-based RTS/CTS

In an HE BSS, the use of RTS/CTS can be TXOP duration based or PSDU length based. An HE AP may configure a non-AP HE STA to use the TXOP duration-based RTS/CTS exchanges to help mitigate interference in dense environments.

An HE AP may set the TXOP Duration RTS Threshold subfield in the HE Operation Parameters field in the HE Operation element it transmits to a value between 1 and 1022 to enable TXOP duration-based RTS/CTS exchanges of its associated STAs. The AP may set the TXOP Duration RTS Threshold field to 1023 to disable TXOP duration-based RTS/CTS exchanges of its associated STAs. In Beacon and Probe Response frames, the AP may set the TXOP Duration RTS Threshold field to 0 to make no changes to TXOP duration-based RTS/CTS exchanges of its associated STAs.

If the TXOP Duration RTS Threshold subfield in the HE Operation Parameters field in the most recently received HE Operation element sent by the AP with which a non-AP HE STA is associated is equal to a nonzero value, then the non-AP HE STA shall set dot11TXOPDurationRTSThreshold to the value of the TXOP Duration RTS Threshold subfield. Otherwise, the non-AP HE STA shall not update dot11TXOPDurationRTSThreshold.

The TXOP duration-based RTS/CTS exchange is disabled at a non-AP HE STA if dot11TXOPDurationRTSThreshold is 1023. The TXOP duration-based RTS/CTS exchange is enabled at a non-AP HE STA when dot11TXOPDurationRTSThreshold is less than 1023.

A non-AP HE STA shall use an RTS/CTS exchange to initiate a TXOP if TXOP duration-based RTS/CTS exchange is enabled at a non-AP HE STA and the following conditions are met:
— The STA intends to transmit individually addressed frames to the HE AP or to a TDLS peer STA
— The TXOP duration is greater than or equal to 32 µs × dot11TXOPDurationRTSThreshold

Otherwise, the non-AP HE STA follows the rules defined in 10.3.1.

Copyright © 2021 IEEE. All rights reserved.
Authorized licensed use limited to: Wendy Liu. Downloaded on November 29,2023 at 21:51:51 UTC from IEEE Xplore. Restrictions apply.

Case 2:24-cv-00752-JRG    Document 179-31    Filed 11/04/25    Page 4 of 5 PageID #: 5215

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

### 26.2.2 Intra-BSS and inter-BSS PPDU classification

A STA shall classify a received PPDU as an inter-BSS PPDU if at least one of the following conditions is true:

— The RXVECTOR parameter BSS_COLOR is not 0 and is not the BSS color of the BSS of which the STA is a member.
— The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID not equal to the BSSID[39:47] of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs and the RXVECTOR parameter GROUP_ID is 0.
— The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID[5:8] not equal to the 4 LSBs of the BSS color announced by the BSS of which the STA whose dot11PartialBSSColorImplemented is equal to true is a member and RXVECTOR parameter GROUP_ID equal to 63 when the Partial BSS Color field in the most recent HE Operation element is 1.
— The PPDU is either a VHT MU PPDU or an HE MU PPDU with the RXVECTOR parameter UPLINK_FLAG equal to 0, and the STA is an AP.
— The PPDU carries a frame that has a BSSID field, the value of which is not the BSSID of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs or the wildcard BSSID.
— The PPDU carries a frame that does not have a BSSID field but has both an RA field and TA field, neither value of which is equal to the BSSID of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs. The Individual/Group bit in the TA field value is forced to 0 prior to comparison.

A STA shall classify the received PPDU as an intra-BSS PPDU if at least one of the following conditions is true:

— The RXVECTOR parameter BSS_COLOR of the PPDU carrying the frame is the BSS color of the BSS of which the STA is a member or the BSS color of any TDLS links to which the STA belongs if the STA is an HE STA associated with a non-HE AP.
— The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID equal to the BSSID[39:47] of the BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs and the RXVECTOR parameter GROUP_ID equal to 0.
— The PPDU is a VHT PPDU with RXVECTOR parameter PARTIAL_AID[5:8] equal to the 4 LSBs of the BSS color announced by of the BSS of which the STA whose dot11PartialBSSColorImplemented is equal to true is a member, the RXVECTOR parameter GROUP_ID is equal to 63, and the Partial BSS Color field in the most recent HE Operation element is 1.
— The PPDU carries a frame that has an RA, TA, or BSSID field value that is equal to the BSSID of the BSS or the BSSID of any BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs. The Individual/Group bit in the TA field value is forced to the value 0 prior to the comparison.
— The PPDU carries a Control frame that does not have a TA field and that has an RA field value that matches the saved TXOP holder address of the BSS or any BSS in which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs.

NOTE—See 10.19 for the definition of PARTIAL_AID[5:8] and BSSID[39:47].

Otherwise, the PPDU cannot be determined as an intra-BSS or inter-BSS PPDU.

312
Copyright © 2021 IEEE. All rights reserved.
Authorized licensed use limited to: Wendy Liu. Downloaded on November 29,2023 at 21:51:51 UTC from IEEE Xplore.  Restrictions apply.

Case 2:24-cv-00752-JRG    Document 179-31    Filed 11/04/25    Page 5 of 5 PageID #: 5216

IEEE Std 802.11ax-2021
IEEE Standard for Information Technology—Local and Metropolitan Area Networks—Specific Requirements—
Part 11: Wireless LAN MAC and PHY Specifications—
Amendment 1: Enhancements for High Efficiency WLAN

If, based on the MAC address information of a frame carried in a received PPDU, the received PPDU satisfies both intra-BSS and inter-BSS conditions, then the received PPDU is classified as an intra-BSS PPDU.

If the received PPDU satisfies the intra-BSS conditions using the RXVECTOR parameter BSS_COLOR and also satisfies the inter-BSS conditions using MAC address information of a frame carried in the PPDU, then the classification made using the MAC address information takes precedence.

If a STA determines that the BSS color is disabled (see 26.17.3.3), then the RXVECTOR parameter BSS_COLOR of a PPDU shall not be used to classify the PPDU.

**26.2.3 SRG PPDU identification**

Identification of SRG and non-SRG PPDUs is used during SRG OBSS PD spatial reuse operation as described in 26.10.

A non-AP HE STA that has received a Spatial Reuse Parameter Set element from its associated AP with a value of 1 in the SRG Information Present subfield shall use information provided in the Spatial Reuse Parameter Set element to identify BSSs that are members of the STA's SRG to determine if a received inter-BSS PPDU is an SRG PPDU. An HE AP may use an SRG that is different from the SRG that it transmits to other STAs in Spatial Reuse Parameter Set elements to determine whether a received inter-BSS PPDU is an SRG PPDU.

A received HE PPDU that is an inter-BSS PPDU is an SRG PPDU if the bit in the SRG BSS Color Bitmap field indexed by the value of the RXVECTOR parameter BSS_COLOR is 1 (see 9.4.2.252). A received VHT PPDU that is an inter-BSS PPDU is an SRG PPDU if the GROUP_ID parameter of the RXVECTOR has a value of 0 and the bit in the SRG Partial BSSID Bitmap field that corresponds to the numerical value of PARTIAL_AID[0:5] of the RXVECTOR is 1 (see 9.4.2.252).

A received PPDU that is an inter-BSS PPDU is an SRG PPDU if BSSID information from a frame carried in the PPDU is correctly received and the bit in the SRG Partial BSSID Bitmap field that corresponds to the numerical value of BSSID[39:44] is 1.

A VHT PPDU that is an inter-BSS PPDU and that is received with RXVECTOR parameter GROUP_ID equal to 0 is an SRG PPDU if the bit in the SRG Partial BSSID Bitmap field that corresponds to the numerical value of bits [39:44] of the RA field of any correctly received frame from the PPDU is 1.

A VHT PPDU that is an inter-BSS PPDU and that is received with RXVECTOR parameter GROUP_ID equal to 63 is an SRG PPDU if the bit in the SRG Partial BSSID Bitmap field that corresponds to the numerical value of bits [39:44] of the TA field of any correctly received frame from the PPDU is 1.

An HE SU PPDU, HE ER SU PPDU, or HE MU PPDU that is an inter-BSS PPDU and that is received with the RXVECTOR parameter UPLINK_FLAG equal to 1 is an SRG PPDU if the bit in the SRG Partial BSSID Bitmap field that corresponds to the numerical value of bits [39:44] of the RA field of any correctly received frame from the PPDU is 1.

Otherwise, the PPDU is not determined to be an SRG PPDU. A non-AP HE STA that has not received a Spatial Reuse Parameter Set element from its associated AP with a value of 1 in the SRG Information Present subfield shall not classify any received PPDUs as an SRG PPDU. An HE AP that has not transmitted a Spatial Reuse Parameter Set element with a value of 1 in the SRG Information Present subfield may classify received PPDUs as SRG PPDUs using information that it has not transmitted.

Copyright © 2021 IEEE. All rights reserved.
Authorized licensed use limited to: Wendy Liu. Downloaded on November 29,2023 at 21:51:51 UTC from IEEE Xplore.  Restrictions apply.