IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS and TECHNOLOGY INC.,<br>　　*Plaintiff*<br><br>v.<br><br>HP INC.,<br>　　*Defendant* | §<br>§<br>§<br>§<br>§ CASE NO. 2:24-cv-00752-JRG-RSP<br>§ (Lead Case)<br>§<br>§<br>§ |
| WILUS INSTITUTE OF STANDARDS and TECHNOLOGY INC.,<br>　　*Plaintiff*<br><br>v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br>　　*Defendants* | §<br>§<br>§<br>§<br>§ CASE NO. 2:24-cv-00766-JRG-RSP<br>§ (Member Case)<br>§<br>§<br>§ |

### REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference by the undersigned on Wednesday, November 5, 2025, between Plaintiff and Defendants. The mediation has been suspended. The undersigned will continue discussions with the parties in an effort to reach a settlement.

Signed this 6th day of November 2025.

　　　　　　　　　　　　　　　　　　　　*/s/  David Folsom*
　　　　　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　　　　　TXBN: 07210800
　　　　　　　　　　　　　　　　　　　　**FOLSOM ADR PLLC**
　　　　　　　　　　　　　　　　　　　　6002-B Summerfield Drive
　　　　　　　　　　　　　　　　　　　　Texarkana, Texas  75503
　　　　　　　　　　　　　　　　　　　　Telephone:  (903) 277-7303
　　　　　　　　　　　　　　　　　　　　Email:  david@folsomadr.com

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on November 6, 2025. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                           */s/ David Folsom*
                                                           David Folsom