UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc.,<br><br>     Plaintiff,<br><br>v.<br><br>HP Inc.,<br><br>     Defendant. | Civil Action No. 2:24-cv-752 |

# NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Jon B. Hyland, enters his appearance as counsel in the above-referenced proceeding for Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively the "Samsung Defendants").

Defendant respectfully requests that the Court take note of this Notice of Appearance and make Jon B. Hyland counsel of record for the Samsung Defendants in this lawsuit. Copies of all communications and other documents filed in the above-referenced proceedings should be emailed or faxed to Jon B. Hyland as counsel at the address set forth below:

Jon B. Hyland
HILGERS PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Phone: (972) 645-3097
E-mail: jhyland@hilgerslaw.com

DATED: November 10, 2025

By: */s/ Jon B. Hyland*
Jon B. Hyland (State Bar No. 24046131)

HILGERS PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Phone: (972) 645-3097
E-mail: jhyland@hilgerslaw.com

**COUNSEL FOR SAMSUNG DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this the 10th day of November, 2025.

*/s/ Jon B. Hyland*