# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br><br> Lead Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, | Case No. 2:24-cv-00765-JRG |

|  |  |
|---|---|
| v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. |  |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00766-JRG |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00753-JRG |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SAMSUNG'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**

I, Reza Mirzaie, declare and state as follows:

1.     I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Samsung's Motion to Stay Pending *Inter Partes* Review. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.     Attached as **Exhibit 1** is a true and correct copy of *Tesla, Inc. v. Intellectual Ventures II, LLC*, IPR2025-00340, Paper 18 (P.T.A.B. Nov. 5, 2025).

3.     Attached as **Exhibit 2** is a true and correct copy of *Revvo Techs., Inc. v. Cerebrum Sensor Techs., Inc.*, IPR2025-00340, Paper 20 (P.T.A.B. Nov. 3, 2025).

4.     Attached as **Exhibit 3** is a true and correct copy of the Stipulation filed by Samsung in IPR2025-00934.

5.     Attached as **Exhibit 4** is a true and correct copy of Appendix A to Samsung's invalidity contentions served on February 13, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on November 12, 2025 in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie