# Exhibit 4

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

## I.    THE '077 PATENT OBVIOUSNESS COMBINATIONS

**References:** RA-1 (Bharadwaj 202), RA-2 (Cao 067), RA-3 (802.11-15/0810), RA-4 (Yu 012), RA-5 (IEEE 802.11-2012), RA-6 (IEEE 802.11ac), RA-7 (Lin 929), RA-8 (Cao 476), and RA-9 (IEEE 802.11-2012).

**System Art:** RA-10 - RA-18 (Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9)

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| RA-1 alone or in combination with one or more of RA-2 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-2 alone or in combination with one or more of RA-1, RA-3 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-3 alone or in combination with one or more of RA-1 – RA-2, RA-4 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-4 alone or in combination with one or more of RA-1 – RA-3, RA-5 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-5 alone or in combination with one or more of RA-1 – RA-4, RA-6 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-6 alone or in combination with one or more of RA-1 – RA-5, RA-7 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-7 alone or in combination with one or more of RA-1 – RA-6, RA-8 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-8 alone or in combination with one or more of RA-1 – RA-7, RA-9 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RA-9 alone or in combination with one or more of RA-1 – RA-8, RA-10 - RA-18 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Any of RA-10 – RA-18 alone or in combination with one or more of RA1-RA-9 | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

## II.      THE '210 PATENT OBVIOUSNESS COMBINATIONS

**References:** RB-1 (Bharadwaj 136), RB-2 (Lim 066), RB-3 (IEEE P802.11ax/D1.0), RB-4 (IEEE 802.11-2012), RB-5 (IEEE 802.11-2016), RB-6 (IEEE 802.11ac), RB-7 (IEEE 802.11-15/0132r15), RB-8 (Verma 310), RA-9 (IEEE 802.11-2012), RA-10 (IEEE 802.11-2012), and RB-11 (IEEE P802.11ax/D0.5)

**System Art:** RB-12 - RB-20 (Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9)

| Prior Art Combination | Claim Nos. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** |
| RB-1 alone or in combination with one or more of RB-2 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-2 alone or in combination with one or more of RB-1, RB-3 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-3 alone or in combination with one or more of RB-1 - RB-2, RB4 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-4 alone or in combination with one or more of RB-1 - RB-3, RB-5 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-5 alone or in combination with one or more of RB-1 – RB-4, RB-6 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-6 alone or in combination with one or more of RB-1 – RB-5, RB-7 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-7 alone or in combination with one or more of RB-1 – RB-6, RB-8 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-8 alone or in combination with one or more of RB-1 – RB-7, RB-9 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-9 alone or in combination with one or more of RB-1 – RB-8, RB-10 - RB-20 | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** |
| RB-10 alone or in combination with one or more of RB-1 – RB-9, RB-11 - RB-20 | X | X | X | X | X | X | X | X | X |
| RB-11 alone or in combination with one or more of RB-1 – RB-10, RB-12 - RB-20 | X | X | X | X | X | X | X | X | X |
| Any of RB-12 - RB-20 alone or in combination with one or more of RB1-RB-11 | X | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

## III.    THE '281 PATENT OBVIOUSNESS COMBINATIONS

**References:** RC1 (Bharadwaj 129), RC2 (Lee), RC3 (Li), RC4 (Hedayat), RC5 (Bharadwaj 718), RC6 (Chen), RC7 (Kim), RC8 (Josiam), RC9 (802.11ac-2013), RC10 (802.11-16/0045r1), RC11 (802.11-15/0344r2), RC12 (802.11-14/1437r1), RC13 (Seok)

**System Art:** Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 8 | 9 | 10 | 11 | 12 | 13 |
| [Any one of: RC1 – RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| RC1 + [Any one of: RC2 – RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| RC1 + [Any one of: RC2 – RC13] + [Any one of: RC2, RC3, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| RC8 + [Any one of: RC1 – RC7, RC9 – RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| RC8 + [Any one of: RC1 – RC7, RC9 – RC13] + [Any one of: RC2, RC3, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of: RC2 – RC7, RC9 – RC13] + [Any one of: RC1, RC8, RC10] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of: RC2 – RC7, RC9 – RC13] + [Any one of: RC1, RC8, RC10] + [Any one of: RC2, RC3, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of: RC1 – RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| Any one of System Art] + [Any one of: RC1 – RD13] + [Any one of: RC2, RC3, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 8 | 9 | 10 | 11 | 12 | 13 |
| Any one of System Art] + [Any one of: RC1 – RD13] + [Any one of: RC1, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |
| Any one of System Art] + [Any one of: RC1 – RD13] + [Any one of: RC1, RC8, RC10, RC13] + [Any one of: RC2, RC3, RC8, RC10, RC13] | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

## IV.    THE '595 PATENT OBVIOUSNESS COMBINATIONS

**References:** RD1 (Bharadwaj 129), RD2 (Lee), RD3 (Li), RD4 (Hedayat), RD5 (Bharadwaj 718), RD6 (Chen), RD7 (Kim), RD8 (Josiam), RD9 (Lim), RD10 (Wu), RD11 (802.11ac-2013), RD12 (802.11-15/1304r1), RD13 (802.11-14/1437r1), RD14 (802.11-16/0045r1), RD15 (802.11-15/1066r0), RD16 (Seok)

**System Art:** Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| [Any one of: RD1 – RD16] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of: RD1, RD3, RD5, RD7, RD8, RD16] + [Any one of: RD2, RD8, RD10] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of: RD1, RD3, RD5, RD7, RD8, RD16] + [Any one of: RD2, RD8, RD10] + RD9 | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RD2, RD4, RD6, R9 – R15] + Any one of RD1, RD3, RD5, RD7, RD8, RD16] + [Any one of: RD2, RD8, RD10] | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RD2, RD4, RD6, RD8 – RD15] + Any one of RD1, RD3, RD5, RD7, RD8, RD16] + [Any one of: RD2, RD8, RD10] + RD9 | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of: RD1 – RD16] | X | X | X | X | X | X | X | X | X | X | X | X |
| Any one of System Art] + [Any one of: RD1 – RD16] + [Any one of: RD2, RD8 – RD10] | X | X | X | X | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

## V.    THE '035 PATENT OBVIOUSNESS COMBINATIONS

**References:** RE-1 (Cariou 1180); RE-2 (Seok 166); RE-3 (Takabi); RE-4 (Stacey 0132); RE-5 (Stacey 0024); RE-6 (Cariou 0998); RE-7 (Ma 0963); RE-8 (Cariou 261); RE-9 (Merlin 500); RE-10 (Kim '476); RE-11 (Jauh '102); RE-12 (Cariou 572); RE-13 (Huawei 185); RE-14 (Wentink 596); RE-15 (Cherian 264); RE-16 (Jiang 730); RE-17 (IEEE 802.11-2012 Specification); RE-18 (IEEE 802.11-2016 Specification); RE-19 (Choi 625); RE-20 (Stacey 0535); RE-21 (Seok 048); RE-22 (Zhou 023); RE-23 (Ahn 1425); RE-24 (Kim 595); RE-25 (Asterjadhi 0616); RE-26 (Ahn 1424); RE-27 ("802.11ax D1.0")

**System Art:** Systems implementing Wi-Fi 5, HP Spectre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24]+[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[any one of RE1-RE26] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[any one of RE1-RE26]+[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| RE27] +[any one of RE1-RE26] +[Any of System Art] | | | | | | | | |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[any one of RE1-RE26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27]+[Any of System Art] | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] +[ Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26] + [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] + [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[ Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE1, RE4, RE6, RE 9, RE 14, RE16, RE19-21, RE23-25, RE27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RE1, RE5-9, RE12, RE15-16, RE21-23, RE26-27] +[Any one of RE1-3, RE6-9, RE12-13, RE15-16, RE21, RE23, RE26]+ [Any one of RE2, RE9-12, RE14-16, RE19, RE21-22, RE24] +[Any of System Art] | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

## VI.    THE '879 PATENT OBVIOUSNESS COMBINATIONS

**References:** RF-1 (Cariou 1180); RF-2 (Seok 166); RF-3 (Takabi); RF-4 (Stacey 0132); RF-5 (Stacey 0024); RF-6 (Cariou 0998); RF-7 (Ma 0963); RF-8 (Cariou 261); RF-9 (Merlin 500); RF-10 (Kim '476); RF-11 (Jauh '102); RF-12 (Cariou 572); RF-13 (Huawei 185); RF-14 (Wentink 596); RF-15 (Cherian 264); RF-16 (Jiang 730); RF-17 (IEEE 802.11-2012 Specification); RF-18 (IEEE 802.11-2016 Specification); RF-19 (Choi 625); RF-20 (Stacey 0535); RF-21 (Seok 048); RF-22 (Zhou 023); RF-23 (Ahn 1425); RF-24 (Kim 595); RF-25 (Asterjadhi 0616); RF-26 (Ahn 1424); RF-27 ("802.11ax D1.0")

**System Art:** Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24]+[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| RF19, RF21-22, RF24] +[any one of RF1-RF26] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12- | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| 13, RF15-16, RF21, RF23, RF26]+ [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] +[any one of RF1-RF26] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[any one of RF1-RF26]+[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] +[any one of RF1-RF26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **1** | **2** | **3** | **4** | **5** | **8** | **9** | **10** |
| RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] +[Any of System Art] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] +[any one of RF1-RF26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[any one of RF1-RF26] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] +[any one of RF1-RF26] +[Any of System Art] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27]+[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26] +[ Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 8 | 9 | 10 |
| RF15-16, RF21, RF23, RF26] + [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] + [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[ Any of System Art] | | | | | | | | |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF1, RF4, RF6, RF 9, RF 14, RF16, RF19-21, RF23-25, RF27] +[Any of System Art] | X | X | X | X | X | X | X | X |
| [Any one of RF1, RF5-9, RF12, RF15-16, RF21-23, RF26-27] +[Any one of RF1-3, RF6-9, RF12-13, RF15-16, RF21, RF23, RF26]+ [Any one of RF2, RF9-12, RF14-16, RF19, RF21-22, RF24] +[Any of System Art] | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

## VII.  THE '163 PATENT OBVIOUSNESS COMBINATIONS

**References:** RG1 (Lee 731), RG2 (Lee 858), RG3 (Stacey 0024), RG4 (Ko 0042), RG5 (Khorov), RG6 (Seok 397), RG7 (Barriac 368), RG8 (Noh 485), RG9 (Zhou 258), RG10 (Oteri 787), RG11 (Park 352), RG12 (Park 306), RG13 (Zhu 744), RG14 (Du 640), RG15 (Barriac 887), RG16 (Ko 0396), RG17 (Zhou 663), RG18 (Nelson 066), RG19 (Kim 387), RG20 (Aterjadhi 685), RG21 (Itagaki 817), RG22 (802.11-2012), RG23 (Wi-Fi 5), RG24 (802.11ax D1.0)

**System Art:** Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] | | | | | | | | | | | | | | | | |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] + [Any one of RG1-3, RG5-6, RG8, RG11-13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] + [Any one of RG1-3, RG5-6, RG8, RG11-13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-RG3, RG5-6, RG8, RG13, RG16] + [Any one of RG1-3, RG5-6, RG8, RG11-13, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] + [Any one of RG3-4, RG7-8, RG9, RG14, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] + [Any one of RG3-4, RG7-8, RG9, RG14, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG9, RG16, RG19] + [Any one of RG3-4, RG7-8, RG9, RG14, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG3-6, RG10-12, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG10-12, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG3-6, RG10-12, RG16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-6, RG14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-6, RG14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-6, RG14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-6, RG14] + [Any one of RG3, RG6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RG1-3, RG7, RG15-19, RG22-24] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-6, RG14] + [Any one of RG3, RG6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of system art] + [Any one of RG1-3, RG6-RG7, RG9, RG15-19, RG22-24] + [Any one of RG1-6, RG14] + [Any one of RG3, RG6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

## VIII.   THE '597 PATENT OBVIOUSNESS COMBINATIONS

**References:** RH1 (Lee 731), RH2 (Lee 858), RH3 (Stacey 0024), RH4 (Ko 0042), RH5 (Khorov), RH6 (Seok 397), RH7 (Barriac 368), RH8 (Noh 485), RH9 (Zhou 258), RH10 (Oteri 787), RH11 (Park 352), RH12 (Park 306), RH13 (Zhu 744), RH14 (Du 640), RH15 (Barriac 887), RH16 (Ko 0396), RH17 (Zhou 663), RH18 (Nelson 066), RH19 (Kim 387), RH20 (Aterjadhi 685), RH21 (Itagaki 817), RH22 (802.11-2012), RH23 (Wi-Fi 5), RH24 (802.11ax D1.0)

**System Art:** Systems implementing Wi-Fi 5, HP Specre 13, HP Envy 17, Samsung Galaxy S4, Samsung Galaxy Note 3, Samsung Galaxy Tab Pro, Samsung Galaxy Tab S, Samsung ATIV Book 9, Samsung ATIV Book 9

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH7, RH15-19, RH22-24] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] + [Any one of RH1-3, RH5-6, RH8, RH11-13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] + [Any one of RH1-3, RH5-6, RH8, RH11-13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-RH3, RH5-6, RH8, RH13, RH16] + [Any one of RH1-3, RH5-6, RH8, RH11-13, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19, RH22-24] + [Any one of RH3-4, RH7-8, RH9, RH14, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19] + [Any one of RH3-4, RH7-8, RH9, RH14, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH9, RH16, RH19] + [Any one of RH3-4, RH7-8, RH9, RH14, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH3-6, RH10-12, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH10-12, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH3-6, RH10-12, RH16] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-6, RH14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

**APPENDIX A TO SAMSUNG AND HP'S INVALIDITY CONTENTIONS**

| Prior Art Combination | Claim Nos. | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-6, RH14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of System Art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-6, RH14] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-6, RH14] + [Any one of RH3, RH6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of RH1-3, RH7, RH15-19, RH22-24] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-6, RH14] + [Any one of RH3, RH6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| [Any one of system art] + [Any one of RH1-3, RH6-RH7, RH9, RH15-19, RH22-24] + [Any one of RH1-6, RH14] + [Any one of RH3, RH6] | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |