UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. ( "Wilus"), Counterclaim Defendant, Sisvel International S.A. ( "Sisvel"), and Defendant and Counterclaim Plaintiff HP Inc. ( "HP"), jointly move for dismissal with prejudice of Wilus's claims against HP and HP's counterclaims against Wilus and Sisvel. For the avoidance of doubt, the Parties move only for the dismissal of the claims relating to the above-captioned lead and member case.  The Parties further move this Court to order that all costs and expenses relating to this litigation up to the time of dismissal shall be borne by the party incurring the same.

Dated: November 14, 2025                Respectfully submitted,

/s/ *Reza Mirzaie*

Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No.
246953 Neil A. Rubin
nrubin@raklaw.com

1

CA State Bar No. 250761
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
Mackenzie Paladino
mpaladino@raklaw.com
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
310-826-7474

**ATTORNEYS FOR PLAINTIFF, WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. AND COUNTER-DEFENDANT, SISVEL INTERNATIONAL S.A.**

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
**Fish & Richardson P.C.**
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109


Lawrence Jarvis
Georgia Bar Number 102116
jarvis@fr.com
Peter Hong
Georgia Bar Number 365188
hong@fr.com
**Fish & Richardson P.C**.
1180 Peachtree Street NE, 21st Fl.
Atlanta, GA 30309
Telephone: (404)892-5005
Facsimile: (404) 892-5002

Riley J. Green
Texas Bar Number 24131352
rgreen@fr.com
**Fish & Richardson P.C.**
1717 Main Street, Suite 5000

2

Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Melissa R. Smith
Texas Bar Number 24001351
**Gillam & Smith, LLP**
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***ATTORNEYS FOR HP INC.***

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff conferred with counsel for Defendants, and this is a joint motion.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via CM/ECF on November 14, 2025.

*s/ Reza Mirzaie*
Reza Mirzaie
