UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice ("Motion"). Having reviewed the Motion, the Court is of the opinion that it should be **GRANTED**. All claims of Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. are **DISMISSED WITH PREJUDICE**. All counterclaims of Defendant and Counterclaim Plaintiff HP Inc. are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs.