# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | CIVIL ACTION NO. 2:24-CV-00746-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br> (MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br>v. <br><br>HP INC., <br><br>   *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>   *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>   *Plaintiff*, <br><br>v. <br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>   *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), Counterclaim Defendant Sisvel International S.A. ("Sisvel") and Defendant HP Inc. ("HP"). (Dkt. No. 186). In the Motion, Wilus, Sisvel, and HP jointly move for dismissal **with** prejudice of Wilus' claims against HP and HP's counterclaims against Wilus and Sisvel in the above captioned lead and member cases Nos. 2:24-cv-000752 and 2:24-cv-00764. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Wilus against HP and by HP against Wilus and Sisvel are **DISMISSED WITH PREJUDICE** in the above-captioned lead and member case Nos. 2:24-cv-00752 and 2:24-cv-00764. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Wilus, Sisvel, and HP not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Member Case No. 2:24-cv-00764 as no parties or claims remain. The Clerk of the Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:24-cv-00752 because parties and claims remain in member case Nos. 2:24-cv-00746, 2:24-cv-00753, 2:24-cv-00765, and 2:24-cv-00766.

**So Ordered this**
**Nov 17, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE