# EXHIBIT A

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF TEXAS

 3                          MARSHALL DIVISION

 4

    WILUS INSTITUTE OF STANDARDS )
 5  AND TECHNOLOGY INC.,         )
                                 )
 6              Plaintiff,       )
                                 ) Civil Action No.:
 7         vs.                   ) 2:24CV00752-JRG-RSP
                                 )
 8  HP INC.,                     )
                                 )
 9              Defendant.       )
    _____)
10                               )
    AND RELATED ACTIONS.         )
11  _____)

12

13
                        REPORTER'S TRANSCRIPT OF
14
                              DEPOSITION OF
15
                              MARK LANNING
16
                       Remote Video Teleconference
17
                        Friday, October 24, 2025
18
                      7:03 a.m. PST - 3:18 p.m. PST
19

20

21

22

23  Stenographically Reported by:
    SHANNON BORGE, RPR, CSR No. 9436
24
    Job No. 605933
25  Pages 1-179
```

Transcript of Mark Lanning
Conducted on October 24, 2025
2

```
 1              A P P E A R A N C E S

 2                   ---oOo---

 3


 4    FOR THE PLAINTIFF:

 5         RUSS, AUGUST & KABAT
           BY:  PHILIP X. WANG, ESQ.
 6         12424 Wilshire Boulevard
           12th Floor
 7         Los Angeles, California 90025
           310.826.6991
 8         pwang@raklaw.com

 9
      FOR THE DEFENDANT SAMSUNG ELECTRONICS CO., LTD., SAMSUNG
10    ELECTRONICS AMERICA, INC.:

11         FISH & RICHARDSON PC
           BY:  RODEEN TALEBI, ESQ.
12              LAWRENCE JARVIS, ESQ.
                DAMIEN THOMAS, ESQ.
13         1717 Main Street
           Suite 5000
14         Dallas, Texas 75201-7321
           214.747.5070
15         talebi@fr.com

16
      FOR THE DEFENDANT ASKEY COMPUTER CORP., ASKEY
17    INTERNATIONAL CORP.:

18         FINNEGAN HENDERSON
           BY:  JEFFREY SMYTH, ESQ.
19         3300 Hillview Avenue
           Floor 2
20         Palo Alto, California 94304-1251
           650.849.6600
21         jeffrey.smyth@finnegan.com

22
      ALSO PRESENT:
23
           JON POTLER, Planet Depos Videographer
24
           RICHARD LI, Finnegan Henderson - Student
25         Associate
```

Transcript of Mark Lanning
Conducted on October 24, 2025                                111

| | | |
|---|---|---|
| 1 | hardware register.  It could be store a value even for a | 12:14:05 |
| 2 | -- into a variable space for a software, but it -- the | 12:14:09 |
| 3 | function of setting is a distinct operation of providing | 12:14:15 |
| 4 | an initial value for a timer. | 12:14:21 |
| 5 | Q.  I understand your opinion about these terms for | 12:14:36 |
| 6 | the patents, but I'm asking more about the field of | 12:14:40 |
| 7 | wireless communications. | 12:14:42 |
| 8 | Is it your opinion that the word "set" or | 12:14:43 |
| 9 | "setting" is a technical term of art? | 12:14:45 |
| 10 | A.  I can tell you it's -- I've worked in | 12:14:48 |
| 11 | communications for over 40 years, written software, and | 12:14:56 |
| 12 | designed hardware, and when one person of ordinary skill | 12:15:00 |
| 13 | discusses setting a timer with another person of | 12:15:07 |
| 14 | ordinary skill, it's providing or assigning a value to a | 12:15:09 |
| 15 | timer.  And I described previously just that the setting | 12:15:14 |
| 16 | could be in hardware.  It could be setting a hardware | 12:15:20 |
| 17 | register to a value.  In software, it could simply be | 12:15:23 |
| 18 | assigning a timer in software a value, but it's setting | 12:15:28 |
| 19 | or assigning an initial value to a timer. | 12:15:32 |
| 20 | Q.  But before you said the function of setting is | 12:15:38 |
| 21 | a distinct operation of providing an initial value for a | 12:15:42 |
| 22 | timer. | 12:15:46 |
| 23 | A.  Okay. | 12:15:50 |
| 24 | Q.  Did that -- | 12:15:50 |
| 25 | A.  That's all consistent with what I'm saying. | 12:15:51 |

Transcript of Mark Lanning
Conducted on October 24, 2025

112

```
1        Q.  So is setting -- does that include providing an     12:16:08
2   initial value for a timer?                                    12:16:12
3        A.  Timing is providing an initial value for a          12:16:13
4   timer.                                                        12:16:34
5        Q.  Okay.  So --                                         12:16:34
6        A.  I've just given you two or three examples of         12:16:36
7   what I mean by that.                                          12:16:39
8        Q.  You said before that it's a distinct operation       12:16:40
9   so I'm just trying to understand if you're saying it's        12:16:42
10  the same thing or different.                                  12:16:45
11       A.  Oh, no.  It's -- what I'm saying here is             12:16:47
12  setting a timer is a distinct and separate operation          12:16:50
13  from starting the timer.  So they're two distinct             12:16:55
14  operations.  Init- -- first you provide an initial value      12:17:02
15  for a timer.  Again, it's different ways it's done in         12:17:05
16  hardware and software, but once that operation is done        12:17:12
17  of setting a value for a timer or setting a timer, then       12:17:16
18  the next operation that -- that can happen in the next        12:17:21
19  instruction or the next cycle time in hardware would be       12:17:27
20  a distinct operation separate but then starting the           12:17:32
21  timer or starting the timer could happen at days later        12:17:35
22  after a timer is set.  The starting could happen close        12:17:42
23  to very soon after the setting of the timer, but it           12:17:51
24  doesn't necessarily need to.  It can happen at some           12:17:53
25  later time.                                                   12:17:56
```

```
 1            CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2

 3     STATE OF CALIFORNIA )
                           )  ss.
 4     COUNTY OF SACRAMENTO)

 5

 6            I, SHANNON BORGE, RPR, CSR No. 9436, Certified

 7     Shorthand Reporter, do hereby certify:

 8            That prior to being examined, the witness in

 9     the foregoing proceedings was by me duly sworn to

10     testify to the truth, the whole truth, and nothing but

11     the truth;

12            That said proceedings were taken by me in

13     shorthand and thereafter transcribed into typewriting

14     under my direction and supervision;

15            That I am neither counsel for, nor related to,

16     any party to said proceedings, nor in any way interested

17     in the outcome thereof.

18            I further certify that I am not a party to any

19     stipulation, if made, that would waive my duties

20     mandated by Court Reporters Board of California.

21            In witness whereof, I have hereunto subscribed

22     my name.

23            Dated:  Thursday, October 30, 2025

24                         Shannon Borge
                           Shannon Borge, RPR, CSR
25                            Certificate No. 9436
```