# EXHIBIT 1

| | |
|---|---|
| **From:** | Neil Rubin <nrubin@raklaw.com> |
| **Sent:** | Saturday, October 25, 2025 2:13 AM |
| **To:** | Ralph A. Phillips |
| **Cc:** | Wilus RAK; FISH SERVICE Samsung/Wilus |
| **Subject:** | Re: Wilus v. Samsung (-746, -765, -070) — Motions to Stay |

[This email originated outside of F&R.]

Ralph,

Wilus opposes Samsung's motion to stay any of the three cases. The PTAB has yet to make any finding on the merits of any of Samsung's IPR petitions. Wilus has submitted preliminary responses in all twelve of Samsung's IPRs, explaining why they should each be denied institution on their merits. Moreover, Director Squires's memorandum of October 17 and the accompanying open letter make clear that the current leadership of the Patent Office intends to see IPR petitions held to a high standard for institution on their merits and that weaker IPR petitions that may have been instituted in the past will be less likely to be instituted going forward.

To the extent that there is duplication of effort, added expense, and risk of inconsistent decisions, that is entirely the result of Samsung's decision to pursue parallel invalidity challenges in two different forums, and in particular a result of Samsung's decision to file IPRs it knew were unlikely to reach a Final Written Decision before trial in district court. Samsung could avoid such problems by withdrawing its IPR petitions, saving the parties and the PTAB substantial further duplicative effort.

To the extent that you wish to meet and confer, we are available between 10:00 am and noon PT on Tuesday.

Neil A. Rubin

RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | Direct +1 310 979 8252 | nrubin@raklaw.com | www.raklaw.com

> On Oct 24, 2025, at 10:45 AM, Ralph A. Phillips <RPhillips@fr.com> wrote:
>
> Neil,
>
> As you know, the USPTO recently denied Wilus's request for discretionary denial on all (eight) petitions for IPR that Samsung filed against Wilus's asserted patents in the -746 and -765 cases, and two of the four patents at issue in the -070 case.
>
> To avoid significant duplication of effort, additional expense for the parties, and the risk of inconsistent decisions, Samsung intends to move to stay these cases pending the PTAB's issuance of final written decisions. More particularly, Samsung will be filing a motion to stay the -746 and -765 cases in the (consolidated) -752 matter, and another motion to stay the -070 case in the (consolidated) -069 case.

Please confirm Wilus's position on these motions at your earliest convenience.   To the extent you wish to discuss, please provide your availability for a meet an confer on or before **October 28, 2025**.  We intend to file the motions on that date.

Regards,

Ralph


**Ralph A. Phillips ::** Fish & Richardson P.C. **::** +1-202-626-6382


```
*******************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
*******************************************************************************
**************************************
```