# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION FOR ENTRY OF SUPPLEMENTAL BROADCOM ORDER

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus"), respectfully moves unopposed for entry of the below Supplemental Broadcom Protective Order to accommodate the request of non-party Broadcom Incorporated ("Broadcom"). Broadcom has indicated that entry of the Supplemental Broadcom Protective Order is necessary "[b]efore Broadcom will produce any confidential source code."

Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Askey Computer Corp, and Askey International Corp. (collectively, "Defendants") do not oppose this motion.

Dated: November 26, 2025               Respectfully submitted,

                                       /s/ Neil A. Rubin

                                       Marc Fenster
                                       CA State Bar No. 181067
                                       Email: mfenster@raklaw.com
                                       Reza Mirzaie
                                       CA State Bar No. 246953
                                       Email: rmirzaie@raklaw.com
                                       Dale Chang
                                       CA State Bar No. 248657
                                       Email: dchang@raklaw.com
                                       Neil A. Rubin
                                       CA State Bar No. 250761
                                       Email: nrubin@raklaw.com
                                       Jacob Buczko
                                       CA State Bar No. 269408
                                       Email: jbuczko@raklaw.com
                                       Jonathan Ma
                                       CA State Bar No. 312773
                                       Email: jma@raklaw.com
                                       Mackenzie Paladino
                                       NY State Bar No. 6039366
                                       Email:  mpaladino@raklaw.com

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 26th day of November, 2025.

/s/ Neil A. Rubin

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Wilus has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Neil A. Rubin