UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HP INC.,<br><br>*Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case]<br><br>Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case]<br><br>Case No. 2:24-cv-00764-JRG [Member Case]<br><br>Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ASKEY COMPUTER CORP.,<br>ASKEY INTERNATIONAL CORP.<br><br>*Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case]<br><br>Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**JOINT CLAIM CONSTRUCTION CHART UNDER LOCAL P.R. 4-5(d)**

In accordance with Local Rule P.R. 4-5(d) and the Court's Eighth Amended Docket Control Order (Dkt. 174), Plaintiff Wilus and Defendants Samsung and Askey (collectively, "Parties") hereby submit this Joint Claim Construction Chart containing the agreed and disputed claim terms, phrases, or clauses of U.S. Patent Nos. 11,159,210 ("'210 Patent"); 10,313,077 ("'077 Patent");

1

10,687,281 ("'281 Patent"); 11,470,595 ("'595 Patent"); 11,129,163 ("'163 Patent"); 11,700,597 ("'597 Patent"); 11,116,035 ("'035 Patent"); 11,516,879 ("'879 Patent"); 10,651,992 ("'992 Patent"); 11,128,421 ("'421 Patent"); 10,820,233 ("'233 Patent"); 10,931,396 ("'396 Patent"); and 11,664,926 ("'926 Patent") (collectively, the "Asserted Patents"). A chart identifying the Parties' disputed constructions is attached hereto as Exhibit A, listing the complete language of claims with terms in bold type and separate columns for each party's proposed construction, pursuant to P.R. 4-5(d). The Parties' agreed claim constructions are as follows:

I.   **AGREED CLAIM CONSTRUCTIONS**

   A.   U.S. Patent No. 11,159,210

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A" (claims 1, 6) | Plain and ordinary meaning; not indefinite |

   B.   U.S. Patent No. 10,313,077

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "obtain[\ing] length information indicating information on a duration of the non-legacy physical layer frame [after a legacy signaling field], from the legacy signaling field" (claims 1, 8) | Plain and ordinary meaning; not indefinite |

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "obtain[\ing] information other than [the] information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame"<br><br>(claims 1, 8) | Plain and ordinary meaning; not indefinite |
| "the duration of the non-legacy physical layer frame after the legacy signaling field"<br><br>(claim 3) | Plain and ordinary meaning; not indefinite |

### C. U.S. Patent No. 10,687,281

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "obtain[\ing] information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet"<br><br>(claims 1, 8) | Plain and ordinary meaning; not indefinite |

### D. U.S. Patent No. 11,470,595

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "a center 26-tone resource unit"<br><br>(claims 3, 9) | "the center 26-tone resource unit" |
| "the total bandwidth information"<br><br>(claim 7) | Plain and ordinary meaning; not indefinite, wherein "the total bandwidth information" refers to the total bandwidth information indicated by the bandwidth field |

E. U.S. Patent No. 11,129,163

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "the signaling field of the PPDU" (claims 7, 14) | "a signaling field of the PPDU" |
| "intra-BSS" (claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary |
| "inter-BSS" (claims 2, 10) | Plain and ordinary meaning; no further construction necessary |
| "intra-BSS PPDU" (claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary |
| "inter-BSS PPDU" (claims 2, 10) | Plain and ordinary meaning; no further construction necessary |
| "BSS color collision" (claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary |
| "valid signaling field of the MAC frame" (claims 3, 11) | Plain and ordinary meaning; not indefinite |

F. U.S. Patent No. 11,700,597

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "the signaling field of the PPDU" (claim 14) | "a signaling field of the PPDU" |
| "intra-BSS" (claims 2-3, 6, 10-11, 14) | Plain and ordinary meaning; no further construction necessary |

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "inter-BSS" (claims 2, 10) | Plain and ordinary meaning; no further construction necessary |
| "intra-BSS PPDU" (claims 2, 6, 10, 14) | Plain and ordinary meaning; no further construction necessary |
| "inter-BSS PPDU" (claims 2, 10) | Plain and ordinary meaning; no further construction necessary |
| "BSS color collision" (claims 4, 5, 12, 13) | Plain and ordinary meaning; no further construction necessary |
| "valid signaling field of the MAC frame" (claims 3, 11) | Plain and ordinary meaning; not indefinite |

G.  U.S. Patent No. 11,116,035

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "when" (claims 1,8) | Plain and ordinary meaning; not indefinite |

H.  U.S. Patent No. 11,516,879

| Claim Term / Asserted Claims | AGREED Construction |
|---|---|
| "when" (claims 1, 8) | Plain and ordinary meaning; not indefinite |

Dated: December 2, 2025

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Dale Chang
CA State Bar No. 248657
Neil A. Rubin
CA State Bar No. 250761
Adam Hoffman
CA State Bar No. 218740
Jacob Buczko
CA State Bar No. 269408
Jonathan Ma
CA State Bar No. 312773
Mackenzie R. Paladino
NY State Bar No. 6039366
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: dchang@raklaw.com
Email: nrubin@raklaw.com
Email: ahoffman@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mpaladino@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
Email: andrea@millerfairhenry.com

*Counsel for Plaintiff Wilus Institute of Standards and Technology Inc.*

Respectfully submitted,

/s/ Ralph A. Phillips
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130

Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

*/s/ Jeffrey D. Smyth*
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

Trey Yarbrough
Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
Email: trey@yw-lawfirm.com

*Attorneys for Defendants Askey Computer Corp. and Askey International Corp.*

**CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

>  */s/ Reza Mirzaie*
>  Reza Mirzaie
>  *Counsel for Plaintiff Wilus Institute*
>  *of Standards and Technology Inc.*

**CERTIFICATE OF CONFERENCE**

I certify that that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties agree on filing this joint statement.

>  */s/ Reza Mirzaie*
>  Reza Mirzaie
>  *Counsel for Plaintiff Wilus Institute*
>  *of Standards and Technology Inc.*