*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

**A.    U.S. Patent No. 10,313,077**

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 1 | 10,313,077 Patent, Claims 1, 8<br><br>Claim 1. **A wireless communication terminal** that communicates wirelessly, the terminal comprising:<br><br>    a transceiver; and<br><br>    a processor,<br><br>    wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,<br><br>    obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,<br><br>    obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,<br><br>    obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication"<br><br>Samsung's Proposal: Plain and ordinary meaning; no further construction necessary | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and<br><br>determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,<br>$$N_{\text{SYM}} = \lfloor (\frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor - b_{\text{PE\_Disambiguity}}$$<br>where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x,<br><br>L_LENGTH denotes the length information,<br><br>m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame,<br><br>$b_{\text{PE\_Disambiguity}}$ denotes a value of PE Disambiguity field,<br><br>$T_{\text{HE\_PREAMBLE}}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame, wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.<br><br>Claim 8. An operation method of **a wireless communication terminal** that communicates wirelessly, the method comprising:<br><br>receiving a non-legacy physical layer frame by using the transceiver,<br><br>obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,<br><br>obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field,<br><br>obtaining information other than the information on the duration of the non-legacy physical layer frame | | | | |

Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and<br><br>determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation,<br><br>$N_{\text{SYM}} = \lfloor (\frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor - b_{\text{PE\_Disambiguity}}$<br>where [x] denotes a largest integer less than or equal to x,<br><br>L_LENGTH denotes the length information,<br>m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame,<br><br>$b_{\text{PE\_Disambiguity}}$ denotes a value of PE Disambiguity field,<br><br>$T_{\text{HE\_PREAMBLE}}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame, wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame. | | | | |

**B.      U.S. Patent No. 11,116,035**

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 2 | 11,116,035 Patent, Claims 1, 4, 5, 8<br><br>Claim 1. A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:<br><br> a transceiver; and | "set[ting] a/the . . . timer" | Plain and ordinary meaning; no further construction necessary | Samsung's Proposal: "assign[ing] a duration to a/the timer" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | a processor,<br><br>wherein the processor is configured to:<br><br>transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver,<br><br>switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal,<br><br>when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, **set a** second parameter set **timer** for an access category of the MPDU when the transmission of the trigger-based PPDU ends,<br><br>when the MPDU included in the trigger-based PPDU requests the immediate | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | response, **set the** second parameter set **timer** for the access category of the MPDU for which immediate response is received, | | | | |
| | when the second parameter set timer expires, terminate an application of the second parameter set, and | | | | |
| | access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set. | | | | |
| | <u>Claim 4</u>. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW), | | | | |
| | **set a** backoff **timer** based on the random integer value, and | | | | |
| | access the channel based on the back off timer and a predetermined slot time, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW.<br><br>Claim 5. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW),<br><br>**set a** backoff **timer** based on the random integer value,<br><br>access the channel based on the back off timer and a predetermined slot time, and<br><br>if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax.<br><br>Claim 8. An operation method of a wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the method comprising: | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | transmitting a trigger-based physical layer protocol data unit (PPDU) to the base wireless communication terminal;<br><br>switching a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal;<br><br>when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, **setting a** second parameter set **timer** for an access category of the MPDU when the transmission of the trigger-based PPDU ends;<br><br>when the MPDU included in the trigger-based PPDU requests the immediate response, **setting the** second parameter set **timer** for the access category of the MPDU for which immediate response is received; | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | when the second parameter set timer expires, terminating an application of the second parameter set;<br><br>accessing a channel according to a priority of data to be transmitted to the base wireless communication terminal and the parameter set; and<br><br>transmitting the data through the channel. | | | | |

### C.    U.S. Patent No. 11,516,879

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 3 | 11,516,879 Patent, Claims 1, 4, 5, 8<br><br><u>Claim 1</u>. A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:<br><br>a transceiver; and | "set[ting] a/the . . . timer" | Plain and ordinary meaning; no further construction necessary | <u>Samsung's Proposal</u>: "assign[ing] a duration to a/the timer" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | a processor, wherein the processor is configured to: receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal, transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver, switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, **set a** second parameter set **timer** for an access category of the MPDU when the transmission of the trigger-based PPDU ends, | | | | |
| | when the MPDU included in the trigger-based PPDU requests the immediate response, **set the** second parameter set **timer** for the access category of the MPDU for which immediate response is received, | | | | |
| | when the second parameter set timer expires, terminate an application of the second parameter set, and | | | | |
| | access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set. | | | | |
| | Claim 4. The wireless communication terminal of claim 1, wherein the processor is | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | configured to calculate a random integer value within a contention window (CW),<br><br>**set a** backoff **timer** based on the random integer value, and<br><br>access the channel based on the back off timer and a predetermined slot time,<br><br>wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW.<br><br><u>Claim 5</u>. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW),<br><br>**set a** backoff **timer** based on the random integer value,<br><br>access the channel based on the back off timer and a predetermined slot time, and<br><br>if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | transmitted, sets the value of the CW to the CWmax.<br><br>Claim 8. An operation method of a wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the method comprising:<br><br>receiving, from the base wireless communication terminal, a trigger frame; wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal,<br><br>transmitting a trigger-based physical layer protocol data unit (PPDU) to the base wireless communication terminal;<br><br>switching a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal; | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, **setting a** second parameter set **timer** for an access category of the MPDU when the transmission of the trigger-based PPDU ends;<br><br>when the MPDU included in the trigger-based PPDU requests the immediate response, **setting the** second parameter set **timer** for the access category of the MPDU for which immediate response is received;<br><br>when the second parameter set timer expires, terminating an application of the second parameter set;<br><br>accessing a channel according to a priority of data to be transmitted to the base wireless communication terminal and the parameter set; and<br><br>transmitting the data through the channel. | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

**D.     U.S. Patent No. 10,651,992**

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 4 | 10,651,992 Patent, Claims 1, 7<br><br>Claim 1. **A wireless communication terminal** that communicates wirelessly, the terminal comprising:<br><br>a transceiver; and<br><br>a processor,<br><br>wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,<br><br>obtain a legacy signaling field including information decodable by a legacy wireless | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication" | |

16

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | communication terminal from the non-legacy physical layer frame, <br><br> obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field, <br><br> obtain information other than information on the duration of the non-legacy physical layer frame based on a modulation method of a third symbol after the legacy signaling field and a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | wherein the information other than information on the duration of the non-legacy physical layer frame indicates a format of a non-legacy signaling field included in the non-legacy physical layer frame, and<br><br>determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,<br>$$N_{\text{SYM}} = \lfloor (\frac{\text{L\_LENGTH} + m + 3}{D_{\text{size}}} \times 4 - T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor - b_{\text{PE\_Disambiguity}}$$<br>where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x,<br>L_LENGTH denotes the length information, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame,<br><br>$D_{size}$ denotes the data size transmittable by a symbol of the legacy physical layer frame,<br><br>$b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field,<br><br>$T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame,<br><br>$T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.<br><br>Claim 7. An operation method of **a wireless communication terminal** that communicates wirelessly, the method comprising:<br><br>receiving a non-legacy physical layer frame by using the transceiver,<br><br>obtaining a legacy signaling field | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,

obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field,

obtaining information other than the information on the duration of the non-legacy physical layer frame based on a modulation method of a third symbol after the legacy signaling field and a remaining value obtained by dividing | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the information other than information on the duration of the non-legacy physical layer frame indicates a format of a non-legacy signaling field included in the non-legacy physical layer frame, and<br><br>determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation,<br><br>$N_{\text{SYM}} = \lfloor (\dfrac{\text{L\_LENGTH} + m + 3}{D_{\text{size}}}$ $\times 4$ $- T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor$ $- b_{\text{PE\_Disambiguity}}$ | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | where [x] denotes a largest integer less than or equal to x, | | | | |
| | L_LENGTH denotes the length information, | | | | |
| | m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, | | | | |
| | $D_{size}$ denotes the data size transmittable by a symbol of the legacy physical layer frame, | | | | |
| | $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, | | | | |
| | $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non- | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | legacy physical layer frame,<br><br>$T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,<br><br>wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame. | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

### E.     U.S. Patent No. 11,128,421

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 5 | 11,128,421 Patent, Claims 1, 5<br><br>Claim 1. **A wireless communication terminal** that communicates wirelessly, the terminal comprising:<br><br>a transceiver; and<br><br>a processor,<br><br>wherein the processor is configured to:<br><br>receive a non-legacy physical layer frame by using the transceiver,<br><br>obtain a legacy signaling field including information decodable by a legacy wireless communication terminal | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | from the non-legacy physical layer frame, <br><br> obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field, <br><br> obtain information other than information on the duration of the non-legacy physical layer frame based on a modulation method of a third symbol after the legacy signaling field and a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the modulation method is Binary Phase Shift Keying (BPSK) or | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | Quadrature Binary Phase Shift Keying (QBPSK), wherein the information other than information on the duration of the non-legacy physical layer frame indicates a format of a non-legacy signaling field included in the non-legacy physical layer frame,<br><br>determine, based on the format of the non-legacy signaling field, whether the non-legacy signaling field includes a predetermined signaling field, and<br><br>determine the number of symbols of data of the non-legacy physical layer frame according to a following equation, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | $N_{\text{SYM}}$ $= \lfloor (\dfrac{\text{L\_LENGTH} + m + 3}{3}$ $\times 4$ $- T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor$ $- b_{\text{PE\_Disambiguity}}$ where $\llcorner \text{x} \lrcorner$ denotes a largest integer less than or equal to x, <br><br> L_LENGTH denotes the length information, <br><br> m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, <br><br> $D_{\text{size}}$ denotes the data size transmittable by a symbol of the legacy physical layer frame, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame,<br><br>$T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,<br><br>wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame. | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | 5. An operation method of **a wireless communication terminal** that communicates wirelessly, the method comprising: receiving a non-legacy physical layer frame by using the transceiver, obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame, obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | obtaining information other than the information on the duration of the non-legacy physical layer frame based on a modulation method of a third symbol after the legacy signaling field and a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the modulation method is Binary Phase Shift Keying (BPSK) or Quadrature Binary Phase Shift Keying (QBPSK), wherein the information other than information on the duration of the non-legacy physical layer frame indicates a format of a non-legacy signaling field included | | | | |

Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | in the non-legacy physical layer frame, determining, based on the format of the non-legacy signaling field, whether the non-legacy signaling field includes a predetermined signaling field, and determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation, $$N_{\text{SYM}} = \lfloor (\frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{\text{HE\_PREAMBLE}})/T_{\text{SYM}} \rfloor - b_{\text{PE\_Disambiguity}}$$ where [x] denotes a largest integer less than or equal to x, | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | L_LENGTH denotes the length information, <br><br> m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, <br><br> $D_{size}$ denotes the data size transmittable by a symbol of the legacy physical layer frame, <br><br> $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, <br><br> $T_{THE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, <br><br> $T_{SYM}$ denotes a duration of a symbol of the data | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | of the non-legacy physical layer frame, <br><br> wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame. | | | | |

F.    U.S. Patent No. 10,820,233

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 6 | 10,820,233 Patent, Claim 1 | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | <u>Claim 1</u>. **A wireless communication terminal** comprising:<br><br>a transceiver; and<br><br>a processor,<br><br>wherein the processor is configured to:<br><br>receive an aggregate MAC protocol data unit (A-MPDU) including one or more MAC service data units (MSDUs) or aggregate MSDUs (A-MSDUs) from each of a first plurality of users, and<br><br>transmit a block ACK for acknowledgment (ACK) transmission to a second plurality of users included in the first plurality of users in | | | equipment for wireless communication" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | response to one or more MSDUs or A-MSDUs, wherein the block ACK includes one or more bitmap sets, and each of the one or more bitmap sets includes a starting sequence control field and a block ACK bitmap field according to a type of the block ACK indicated by a single block ACK control field, wherein the block ACK includes the single block ACK control field while including the starting sequence control field, wherein the block ACK bitmap field included in the each of the one or more bitmap sets indicates success or failure of reception of | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | each of the one or more MPDUs or A-MPDU, wherein a length of the block ACK bitmap field is variable according to the type of the block ACK, wherein the block ACK control field indicates the type of the block ACK and a set of lengths of each of the block ACK bitmap field included in the one or more bitmap sets according to the type of the block ACK, wherein the length of the block ACK bitmap field is determined as one of the lengths included in the set of the block ACK control field, and wherein a number of MSDUs or A-MSDUs | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | capable of transmitting an ACK is determined according to the length of the block ACK bitmap field.<br><br>Claim 5. The terminal of claim 1, wherein each bit of the block ACK bitmap field represents success or failure of reception of the one or more MPDUs or A-MSDUs starting from a first MSDU indicated by a starting sequence control field of the block ACK. | | | | |
| 7 | 10,820,233 Patent, Claim 6<br><br>Claim 6. **A wireless communication method of a terminal** comprising:<br><br>receiving an aggregate MAC protocol data unit | "[a] wireless communication method of a terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | (A-MPDU) including one or more MAC service data units (MSDUs) or aggregate MSDUs (A-MSDUs) from each of a first plurality of users; and<br><br>transmitting a block ACK for acknowledgment (ACK) transmission to a second plurality of users included in the first plurality of users in response to the one or more MSDUs or A-MSDUs,<br><br>wherein the block ACK includes one or more bitmap sets, and each of the one or more bitmap sets includes a starting sequence control field and a block ACK bitmap field according to a type of the block ACK | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | indicated by a single block ACK control field, wherein the block ACK includes the single block ACK control field while including the starting sequence control field, wherein the block ACK bitmap field included in the each of the one or more bitmap sets indicates success or failure of reception of each of the one or more MPDUs or A-MPDU, wherein a length of the block ACK bitmap field is variable according to the type of the block ACK, wherein the block ACK control field indicates the type of the block ACK and a set of | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | lengths of each of the block ACK bitmap field included in the one or more bitmap sets according to the type of the block ACK, <br><br> wherein the length of the block ACK bitmap field is determined as one of the lengths included in the set of the block ACK control field, and <br><br> wherein a number of MSDUs or A-MSDUs capable of transmitting an ACK is determined according to the length of the block ACK bitmap field. | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

### G.    U.S. Patent No. 10,931,396

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 8 | 10,931,396 Patent, Claims 1, 9<br><br>Claim 1. A **wireless communication terminal**, the terminal comprising:<br><br>a processor; and<br><br>a communication unit,<br><br>wherein the processor is configured to:<br><br>receive, through the communication unit, an aggregate MPDU (A-MPDU) consisting of one or more MAC protocol data units (MPDUs),<br><br>wherein the A-MPDU includes MPDU delimiter information, | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | <u>Askey's Proposal:</u> Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | and at least one traffic ID(TID) related to the one or more MPDUs, <br><br> wherein MPDU delimiter information includes an end of frame (EOF) field and a length field, and <br><br> transmit, through the communication unit, a response frame of a specific format in response to the A-MPDU, <br><br> wherein the specific format of the response frame for the A-MPDU is determined based on the number of TIDs soliciting an immediate response in the one or more MPDUs successfully received in the A-MPDU, and combination of the EOF | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | field and the length field included in the MPDU delimiter information of the A-MPDU. Claim 9. A wireless communication method of **a wireless communication terminal**, the method comprising: receiving an aggregate MPDU (A-MPDU) consisting of one or more MPDUs, wherein the A-MPDU includes MPDU delimiter information, and at least one traffic ID(TID) related to the one or more MPDUs, and wherein MPDU delimiter information includes an end of frame | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | (EOF) field and a length field; and<br><br>transmitting a response frame of a specific format in response to the A-MPDU,<br><br>wherein the specific format of the response frame for the A-MPDU is determined based on the number of TIDs soliciting an immediate response in the one or more MPDUs successfully received in the A-MPDU, and the combination of the EOF field and the length field included in the MPDU delimiter information of the A-MPDU. | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

**H.     U.S. Patent No. 11,664,926**

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| 9 | 11,664,926 Patent, Claims 1, 8<br><br>Claim 1. **A wireless communication terminal**, the terminal comprising:<br><br>a processor; and<br><br>a communication unit,<br><br>wherein the processor is configured to:<br><br>receive a PPDU (physical layer protocol data unit) including an A-MPDU (Aggregate-MAC Protocol Data Unit) in which one or more MPDUs (MAC Protocol Data Units) are aggregated, | "[a] wireless communication terminal" | Plain and ordinary meaning, wherein "terminal" includes a non-access point station, an access point, or both. | Askey's Proposal: Plain and ordinary meaning, wherein "wireless communication terminal" includes "user equipment for wireless communication" | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | wherein the A-MPDU includes Ack policy information related to a block Ack for the one or more MPDUs, and one or more subframes, | | | | |
| | wherein each of the one or more subframes includes MPDU identifier information and an MPDU of the one or more MPDUs, and | | | | |
| | wherein the MPDU identifier information includes an end of frame (EOF) field and a length field, and | | | | |
| | transmit a response frame in response to the PPDU, | | | | |
| | wherein a type of the response frame is determined as one of an Ack frame, a | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | compressed BlockAck frame, and a multi-STA BlockAck frame according to a combination of a type of the MPDU determined by the EOF field and the length field, and the Ack policy information, and<br><br>wherein the compressed BlockAck frame is used to transmit a response to the one or more MPDUs corresponding to one TID, when the one or more MPDUs correspond to the one TID among an one or more TIDs (traffic IDs).<br><br><u>Claim 8</u>. A wireless communication method of **a wireless communication terminal**, the method comprising: | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | receiving a PPDU (physical layer protocol data unit) including an A-MPDU (Aggregate-MAC Protocol Data Unit) in which one or more MPDUs (MAC Protocol Data Units) are aggregated,<br><br>wherein the A-MPDU includes Ack policy information related to a block Ack for the one or more MPDUs, and one or more subframes,<br><br>wherein each of the one or more subframes includes MPDU identifier information and an MPDU of the one or more MPDUs, and<br><br>wherein the MPDU identifier information includes an end of frame | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | (EOF) field and a length field; and<br><br>transmitting a response frame in response to the PPDU,<br><br>wherein a type of the response frame is determined as one of an Ack frame, a compressed BlockAck frame, and a multi-STA BlockAck frame according to a combination of a type of the MPDU determined by the EOF field and the length field, and the Ack policy information, and<br><br>wherein the compressed BlockAck frame is used to transmit a response to the one or more MPDUs corresponding to one TID, when the one or more MPDUs | | | | |

*Wilus Institute of Standards and Technology Inc. v. HP Inc., et. al.*
Case No. 2:24-cv-00752-JRG (E.D. Tex.)
Exhibit A — Joint Claim Construction Chart (P.R. 4-5(d))

| Term # | Claim Language | Claim Term(s) | Wilus's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|---|
| | correspond to the one TID among an one or more TIDs (traffic IDs). | | | | |