IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC., <br><br>*Defendant*. | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>*Defendants*. | Civil Action No. 2:24-cv-0746-JRG-RSP <br><br>(Member Case) |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Andrew Thompson ("Tom") Gorham of Gillam & Smith LLP enters his appearance in this matter as additional counsel on behalf of Defendants Samsung Electronics Co., Ltd and Samsung Electronics America, Inc.

Andrew Thompson ("Tom") Gorham may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 7232 Crosswater Avenue, Tyler, Texas 75703; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: tom@gillamsmithlaw.com.

Dated: December 15, 2025                              Respectfully submitted,

                                                                                                         */s/ Andrew T. Gorham*
                                                                                                         Andrew Thompson ("Tom") Gorham
                                                                                                         State Bar No. 24012715
                                                                                                         GILLAM & SMITH, L.L.P.
                                                                                                         7232 Crosswater Avenue

Tyler, Texas 75703<br>
Telephone: (903) 934-8450<br>
Facsimile: (903) 934-9257<br>
Email: tom@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 15th day of December, 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Andrew T. Gorham<br>
Andrew Thompson ("Tom") Gorham

2