# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. | § § § | |
| v. | § § | Case No. 2:24-cv-00752-JRG (Lead Case) |
| HP INC. | § § | |
| SAMSUNG ELECTRONICS CO., LTD., *et al* | § § | Case No. 2:24-cv-00746-JRG (Member case) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP. | § § | Case No. 2:24-cv-00753-JRG (Member case) |
| SAMSUNG ELECTRONICS CO., LTD., *et al* | § § | Case No. 2:24-cv-00765-JRG (Member case) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP. | § § | Case No. 2:24-cv-00766-JRG (Member case) |

## MIINUTES FOR *MARKMAN* HEARING
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### December 16, 2025

**OPEN: 10:00 AM**                                             **ADJOURN: 10:34 AM**

**ATTORNEYS FOR PLAINTIFF:**            See attached

**ATTORNEYS FOR DEFENDANTS:**          See attached

**TECHNICAL ADVISOR:**                          Michael Paul

**LAW CLERK:**                                           Rahul Gupta

**COURT REPORTER:**                              Shawn McRoberts, RMR, CRR

**COURTROOM DEPUTY:**                       Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 10:00 AM | Court opened. |
| 10:03 AM | Court called for announcements from counsel. |

| TIME | MINUTE ENTRY |
|---|---|
| 10:05 AM | Court began hearing claim construction argument on a claim-by-claim basis.<br>- Presented argument on behalf of Plaintiff:<br>  Mr. Philip Wang<br><br>- Presented argument on behalf of Defendants:<br>  Mr. Michael McKeon |
| 10:34 AM | Argument concluded. |
| 10:34 AM | Court to take claim construction under submission. |
| 10:34 AM | Court adjourned. |