

**2:24-cv-00752-JRG (lead case) and 2:24-cv-00746_753_764_765_766-JRG (member cases)**
**Wilus Institute of Standards and Technology Inc v HP Inc et al**
**December 16, 2025 at 10:00 AM**

## Markman Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| MIKE McKEON | DEFENDANTS |
| TOM GORHAM | " |
| Andrea Fair | Wilus |
| Philip Wang | " |
| TREY YARBROUGH | ASKEY |
| Jeffrey Smyth | Askey |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| DAN GIRDWOOD | SAMSUNG ELECTRONICS AMERICA |