# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION TO AMEND EIGHTH AMENDED DOCKET CONTROL ORDER (Dkt. 182)

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), files the Unopposed Motion to Amend Eighth Amended Docket Control Order and shows the Court as

follows:

Plaintiff has met and conferred with Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Askey Computer Corp., and Askey International Corp. (collectively "Defendants"), and the parties agree to extend the deadline to exchange expert reports. The current deadline to exchange opening reports is January 12, 2026, and the deadline to exchange rebuttal reports is February 2, 2026. Plaintiff respectfully requests a eight (8) day extension of both deadlines up to and including January 20, 2026 for opening reports, and February 10, 2026 for rebuttal reports.

This extension is not sought for purposes of delay, and Plaintiff does not anticipate this extension to affect any deadlines in this case.

A proposed order is attached herewith.

Dated: January 7, 2026                    Respectfully submitted,

                                          /s/ Neil A. Rubin

                                          Reza Mirzaie
                                          CA State Bar No. 246953
                                          Email: rmirzaie@raklaw.com
                                          Dale Chang
                                          CA State Bar No. 248657
                                          Email: dchang@raklaw.com
                                          Neil A. Rubin
                                          CA State Bar No. 250761
                                          Email: nrubin@raklaw.com
                                          Jacob Buczko
                                          CA State Bar No. 269408
                                          Email: jbuczko@raklaw.com
                                          Jonathan Ma
                                          CA State Bar No. 312773
                                          Email: jma@raklaw.com
                                          RUSS AUGUST & KABAT
                                          12424 Wilshire Blvd. 12th Floor
                                          Los Angeles, CA 90025

Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

/s/ Neil A. Rubin

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

/s/ Neil A. Rubin