IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG <br> [Member Case] |

**DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S NOTICE OF RELEVANT <u>DETERMINATIONS FROM RELATED PROCEEDINGS</u>**

Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (collectively, "Samsung") file this notice to provide the Court with information from related proceedings before the U.S. Patent and Trademark Office Patent Trial and Appeal Board ("Board"). Three decisions were recently issued by the Board that bear on Samsung's pending motion to stay pending *inter partes* reviews ("IPR") (Dkt. No. 176).

*First*, on December 10, 2025, the Board granted institution on the IPR of U.S. 10,313,077—an asserted patent in Case No. 2:24-cv-00746-JRG ("the -746 Action"). *See* Ex. A. *Second*, on December 31, 2025, the Board granted Samsung's request for rehearing of the Board's prior decision denying institution of an IPR for U.S. 11,470,595 ("'595 patent")— another asserted patent in the -746 Action—and vacated the prior decison denying institution. *See* Ex. B. *Third*, on January 5, 2026, the Board granted Samsung's request for rehearing of the decision denying institution of an IPR for U.S. 10,687,281 ("'281 patent") another asserted patent in the -746 Action— and vacated the prior decison denying institution. *See* Ex. C.

In view of these decisions, the status of the IPRs of the patents that are asserted in the -746 Action [1] are as follows:

| Patent No. | Institution Status |
|---|---|
| 11,159,210 ("'210 patent") | Instituted on November 3, 2025; Wilus requested Director Review on November 17, 2025. |
| 11,470,595 ("'595 patent") | Pending (prior institution denial was vacated after Samsung's request for rehearing was granted on December 31, 2025) |
| 10,687,281 ("'281 patent") | Pending (prior institution denial was vacated after Samsung's request for rehearing was granted on January 5, 2026) |
| 10,313,077 ("'077 patent") | Instituted on December 10, 2025; Wilus requested Director Review on December 24, 2025. |

---

[1] On Oct. 22, 2024, the Court consolidated two of Wilus's cases against Samsung for pretrial issues, with the individual cases remaining active for trial. *See* Dkt. 14.

2

The status of the IPRs of the patents that are asserted in Case No. 2:24-cv-00765-JRG remains as follows:

| Patent No. | Institution Status |
|---|---|
| 11,129,163 ("'163 patent") | Instituted on November 6, 2025; Wilus requested Director Review on November 20, 2025. |
| 11,700,597 ("'597 patent") | Instituted on November 6, 2025; Wilus requested Director Review on November 20, 2025. |
| 11,116,035 ("'035 patent") | Instituted on November 7, 2025; Wilus requested Director Review on November 21, 2025. |
| 11,516,879 ("'879 patent") | Instituted on November 7, 2025; Wilus requested Director Review on November 21, 2025. |

Dated:  January 7, 2026 

Respectfully submitted,

*/s/ Ralph A. Phillips*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

4

Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257

Jon B. Hyland
HILGERS PLLC

5

7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097
E-mail: jhyland@hilgerslaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this 7th day of January, 2026

                                                 */s/ Ralph A. Phillips*
                                                  Ralph A. Phillips