# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG |
| HP INC., | § § | (LEAD CASE) |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG <br> (MEMBER CASE) |

## **ORDER**

The Court previously appointed Mr. Michael D. Paul as the technical advisor to the Court in the above-captioned case with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. (Dkt. No. 181). The Court has received Mr. Paul's invoice for services through December 21, 2025, in the amount of $6,053.50, and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $3,026.75 |
| Defendants: | $3,026.75 |
| TOTAL: | $6,053.50 |

**So ORDERED and SIGNED this 29th day of January, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE