# EXHIBIT 1

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5057036

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. | 07/05/2018 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. |
| Street Address: | 5F 216 HWANGSAEUL-RO, BUNDANG-GU, SEONGNAM-SI |
| City: | GYEONGGI-DO |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 13595 |
| Name: | SK TELECOM CO., LTD. |
| Street Address: | 65, EULJI-RO, JUNG-GU |
| City: | SEOUL |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 04539 |

**PROPERTY NUMBERS Total: 41**

| Property Type | Number |
|---|---|
| Patent Number: | 9655145 |
| Patent Number: | 9872315 |
| Application Number: | 15848343 |
| Application Number: | 15313104 |
| Application Number: | 15313105 |
| Application Number: | 15320318 |
| Application Number: | 15320751 |
| Application Number: | 15322720 |
| Application Number: | 15502202 |
| Patent Number: | 9763268 |
| Patent Number: | 9918343 |
| Application Number: | 15912570 |
| Patent Number: | 9813210 |
| Application Number: | 15721725 |
| Application Number: | 15506235 |

| Property Type | Number |
|---|---|
| **Application Number:** | 15511581 |
| **Application Number:** | 15512027 |
| **Application Number:** | 15519294 |
| **Application Number:** | 15520808 |
| **Application Number:** | 15523672 |
| **Application Number:** | 15523673 |
| **Application Number:** | 15529984 |
| **Application Number:** | 15611668 |
| **Application Number:** | 15638307 |
| **Application Number:** | 15673366 |
| **Application Number:** | 15676985 |
| **Application Number:** | 15678053 |
| **Application Number:** | 15555075 |
| **Application Number:** | 15719547 |
| **Application Number:** | 15808879 |
| **Application Number:** | 15814290 |
| **Application Number:** | 15736968 |
| **Application Number:** | 15843524 |
| **Application Number:** | 15739161 |
| **Application Number:** | 15854662 |
| **Application Number:** | 15739162 |
| **Application Number:** | 15898226 |
| **Application Number:** | 15908563 |
| **Application Number:** | 15953404 |
| **Application Number:** | 15968681 |
| **Application Number:** | 16000883 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | ykoo@la.ladas.com |
| **Correspondent Name:** | LADAS & PARRY LLP |
| **Address Line 1:** | 5670 WILSHIRE BLVD. SUITE 2100 |
| **Address Line 4:** | LOS ANGELES, CALIFORNIA 90036 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | MM2985 |
| **NAME OF SUBMITTER:** | YOUNG SEOK KOO |
| **SIGNATURE:** | /YOUNG SEOK KOO 76255/ |
| **DATE SIGNED:** | 07/18/2018 |

**Total Attachments: 9**
source=MM2985_Assignment_Signed#page1.tif
source=MM2985_Assignment_Signed#page2.tif
source=MM2985_Assignment_Signed#page3.tif
source=MM2985_Assignment_Signed#page4.tif
source=MM2985_Assignment_Signed#page5.tif
source=MM2985_Assignment_Signed#page6.tif
source=MM2985_Assignment_Signed#page7.tif
source=MM2985_Assignment_Signed#page8.tif
source=MM2985_Assignment_Signed#page9.tif

# ASSIGNMENT

WHEREAS, WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., having a place of business at 5F 216 Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595 Republic of Korea ("Assignor"), has an interest in the patents and patent applications listed below ("Patents"):

|   | U.S. Application No. | U.S. Patent Application Publication No. | U.S. Patent No. | Title |
|---|---|---|---|---|
| 1 | 14/904079 | 2016/0143058 | 9,655,145 | WIRELESS COMMUNICATION METHOD FOR ALLOCATING CLEAR CHANNEL, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 2 | 15/470906 | 2017/0202024 | 9,872,315 | WIRELESS COMMUNICATION METHOD FOR ALLOCATING CLEAR CHANNEL, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 3 | 15/848343 | 2018/0115997 |  | WIRELESS COMMUNICATION METHOD FOR ALLOCATING CLEAR CHANNEL, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 4 | 15/313104 | 2017/0195991 |  | WIRELESS COMMUNICATION METHOD FOR SIMULTANEOUS DATA TRANSMISSION AND RECEPTION |

PATENT
REEL: 046584 FRAME: 0323

| | | | | |
|---|---|---|---|---|
| | | | | AND WIRELESS COMMUNICATION APPARATUS USING SAME |
| 5 | 15/313105 | 2017/0188336 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION DEVICE FOR BROADBAND LINK CONFIGURATION |
| 6 | 15/320318 | 2017/0208542 | | WIRELESS COMMUNICATION METHOD FOR SAVING POWER AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 7 | 15/320751 | 2017/0202026 | | WIRELESS COMMUNICATION METHOD FOR SIMULTANEOUS DATA TRANSMISSION, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 8 | 15/322720 | 2017/0135087 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |
| 9 | 15/502202 | 2017/0231008 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |
| 10 | 15/435261 | 2017/0164406 | 9,763,268 | WIRELESS COMMUNICATION METHOD FOR SIMULTANEOUS |

PATENT
REEL: 046584 FRAME: 0324

|    |           |                |           |                                                                                                                     |
|----|-----------|----------------|-----------|---------------------------------------------------------------------------------------------------------------------|
|    |           |                |           | DATA COMMUNICATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME                                                  |
| 11 | 15/674501 | 2017/0367119   | 9,918,343 | WIRELESS COMMUNICATION METHOD FOR SIMULTANEOUS DATA COMMUNICATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME    |
| 12 | 15/912570 |                |           | WIRELESS COMMUNICATION METHOD FOR SIMULTANEOUS DATA COMMUNICATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME    |
| 13 | 15/438720 | 2017/0163395   | 9,813,210 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME                                        |
| 14 | 15/721725 | 2018/0026768   |           | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME                                        |
| 15 | 15/506235 |                |           | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL                                                   |

PATENT
REEL: 046584 FRAME: 0325

| 16 | 15/511581 | 2017/0295588 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |
|---|---|---|---|---|
| 17 | 15/512027 | 2017/0289844 | | WIRELESS COMMUNICATION METHOD USING FRAME AGGREGATION AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 18 | 15/519294 | 2017/0264475 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |
| 19 | 15/520808 | 2018/0020481 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |
| 20 | 15/523672 | 2017/0338935 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION DEVICE FOR CONFIGURING BROADBAND LINK |
| 21 | 15/523673 | 2018/0020475 | | WIRELESS COMMUNICATION METHOD FOR SAVING POWER AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 22 | 15/529984 | 2017/0325223 | | WIRELESS COMMUNICATION METHOD AND |

-4-

**PATENT**
**REEL: 046584 FRAME: 0326**

| | | | | |
|---|---|---|---|---|
| | | | | TERMINAL FOR MULTI-USER UPLINK TRANSMISSION |
| 23 | 15/611668 | 2017/0332405 | | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR CLEAR CHANNEL ALLOCATION |
| 24 | 15/638307 | 2017/0303292 | | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR TRANSMITTING UPLINK BY MULTIPLE USERS |
| 25 | 15/673366 | 2017/0367117 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTIPLE CHANNELS |
| 26 | 15/676985 | 2018/0014334 | | WIRELESS COMMUNICATION TERMINAL FOR MULTI-USER UPLINK TRANSMISSION, AND WIRELESS COMMUNICATION METHOD |
| 27 | 15/678053 | 2017/0373816 | | SIGNALING METHOD FOR MULTI-USER TRANSMISSION, AND WIRELESS COMMUNICATION TERMINAL AND WIRELESS |

**PATENT**
**REEL: 046584 FRAME: 0327**

| | | | | |
|---|---|---|---|---|
| | | | | COMMUNICATION METHOD USING SAME |
| 28 | 15/555075 | 2018/0131471 | | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTI-USER CONCURRENT TRANSMISSION |
| 29 | 15/719547 | 2018/0026767 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING TRAINING SIGNAL |
| 30 | 15/808879 | 2018/0077601 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR RECEIVING DATA FROM PLURALITY OF WIRELESS COMMUNICATION TERMINALS ON BASIS OF RANDOM ACCESS |
| 31 | 15/814290 | 2018/0077735 | | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTI-USER UPLINK TRANSMISSION |
| 32 | 15/736968 | | | WIRELESS COMMUNICATION METHOD FOR MULTI-USER TRANSMISSION |

PATENT
REEL: 046584 FRAME: 0328

| | | | | |
|---|---|---|---|---|
| | | | | SCHEDULING, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 33 | 15/843524 | 2018/0110076 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR RECEIVING DATA FROM PLURALITY OF WIRELESS COMMUNICATION TERMINALS |
| 34 | 15/739161 | | | WIRELESS COMMUNICATION METHOD FOR UPLINK MULTIPLE-USER TRANSMISSION SCHEDULE AND WIRELESS COMMUNICATION TERMINAL USING THE METHOD |
| 35 | 15/854662 | 2018/0123757 | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR COEXISTENCE WITH LEGACY WIRELESS COMMUNICATION TERMINAL |
| 36 | 15/739162 | | | CHANNEL ACCESS METHOD FOR DATA TRANSMISSION, AND WIRELESS COMMUNICATION METHOD AND WIRELESS |

-7-

| | | | | |
|---|---|---|---|---|
| | | | | COMMUNICATION TERMINAL USING SAME |
| 37 | 15/898226 | | | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL |
| 38 | 15/908563 | | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL, WHICH USE NETWORK ALLOCATION VECTOR |
| 39 | 15/953404 | | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH-DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 40 | 15/968681 | | | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SETS |
| 41 | 16/000883 | | | WIRELESS COMMUNICATION |

PATENT
REEL: 046584 FRAME: 0330

| | | | | METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTI-BASIC SERVICE IDENTIFIER SET |
|---|---|---|---|---|
| | | | | |

WHEREAS, (1) WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., having a place of business at 5F 216 Hwangsaeui-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595 Republic of Korea; and (2) SK TELECOM CO., LTD., having a place of business at 65, Eulji-ro, Jung-gu, Seoul, 04539 Republic of Korea ("Assignees") are desirous of acquiring the Assignor's entire right, title and interest in and to the Patents.

NOW THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged, the Assignor agrees to transfer and does hereby transfer to the Assignees and assigns, effective as of _____ day of _July_, 20 _18_, the Assignor's entire right, title and interest in and to the Patents aforesaid; the same to be held and enjoyed by the Assignees for their own use and behoof, and for their legal representatives and assigns, to the full end of the term for which the Patents are granted, as fully and entirely as the same would have been held by the        Assignor        had        this        assignment        and        sale        not        been        made.

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC. (Assignor)


JIN SAM KWAK
**Name**

CEO
**Title**

July 5, 2018
**Date**

-9-

**PATENT**
**REEL: 046584 FRAME: 0331**