# EXHIBIT 3

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7123642

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| JUHYUNG SON | 06/20/2018 |
| JINSAM KWAK | 06/11/2018 |
| GEONJUNG KO | 06/20/2018 |
| WOOJIN AHN | 06/20/2018 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. |
| Street Address: | 5F 216 HWANGSAEUL-RO BUNDANG-GU SEONGNAM-SI |
| City: | GYEONGGI-DO |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 13595 |
| Name: | SK TELECOM CO., LTD. |
| Street Address: | 65, EULJI-RO, JUNG-GU |
| City: | SEOUL |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 04539 |

## PROPERTY NUMBERS Total: 2

| Property Type | Number |
|---|---|
| Application Number: | 16868525 |
| Application Number: | 16868536 |

## CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | LA_MAIL@LA.LADAS.COM |
| **Correspondent Name:** | LADAS & PARRY LLP |
| **Address Line 1:** | 4525 WILSHIRE BLVD. SUITE 240 |
| **Address Line 4:** | LOS ANGELES, CALIFORNIA 90010 |

| ATTORNEY DOCKET NUMBER: | 632642-0 632643-8 |
|---|---|
| NAME OF SUBMITTER: | AZATUHI CHINARYAN |

| SIGNATURE: | /AZATUHI CHINARYAN/ |
|---|---|
| DATE SIGNED: | 01/14/2022 |

**Total Attachments: 3**
source=631462_Assignment_Signed#page1.tif
source=631462_Assignment_Signed#page2.tif
source=631462_Assignment_Signed#page3.tif

**ASSIGNMENT**

WHEREAS, I/we, Juhyung SON of Gyeonggi-do, Korea, Jinsam KWAK of Gyeonggi-do, Korea, Geonjung KO of Gyeonggi-do, Korea, and Woojin AHN of Seoul, Korea ("Assignor"), am/are the inventor(s) of an invention entitled "WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL, WHICH USE DISCONTINUOUS CHANNEL" that is the subject matter of: (check all that apply)

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2015-0186871 filed on December 24, 2015.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0004471 filed on January 13, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0005835 filed on January 18, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0026683 filed on March 4, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0030006 filed on March 13, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0059182 filed on May 14, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0062422 filed on May 20, 2016.

[ x ]   an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2016-0083756 filed on July 1, 2016.

[ x ]   an application made under the Patent Cooperation Treaty which is identifiable at WIPO by or claiming the benefit of or priority to Application No. PCT/KR2016/015297 filed on December 26, 2016,

[ x ]   an application for Letters Patent which is identifiable in the Patent Office of ___US___ by Application No. _16/016,520___ filed on _June 22, 2018___;

WHEREAS, (1) WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., an institute organized and existing under the laws of Republic of Korea ("Assignee"), and having offices at 5F, 216 Hwangsaeul-ro Bundang-gu, Seongnam-si, Gyeonggi-do, Republic of Korea 13595 and (2) SK TELECOM CO., LTD., a corporation organized and existing under the laws of Republic of Korea ("Assignee"), and having offices at 65, Eulji-ro Jung-gu, Seoul 04539, Republic of Korea, are desirous of acquiring the entire right, title and interest in and to the invention, the applications, and any and all Letters Patent or similar foreign or domestic legal protection

[ x ]   in the United States
[   ]   in all other countries or jurisdictions;

"NOW THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged,

a) I/we agree to transfer, and

-1-

b) I/we do hereby transfer,

to Assignee, its successors and assigns, effective as of <u>December 24, 2015</u> *nunc pro tunc*, my/our entire right, title and interest in the above named countries and jurisdictions in and to the following including the right to sue for past infringement: the invention, the above-identified applications, all applications from which any of the above-identified applications claim priority, corresponding U.S. and non-U.S. applications, any continuation, division, renewal, or substitute for the applications, all Letters Patent, any reissue, re-examination, or similar legal protection issuing related to the Letters Patent, and all rights and benefits under any applicable treaty or convention, and I/we authorize the Director of the United States Patent and Trademark Office or foreign equivalent to issue the Letters Patent or similar legal protection to the Assignee."

I/We authorize the Assignee, its successors and assigns, to insert in this instrument the filing date(s) and application numbers when ascertained. I/We further authorize the Assignee, its successors and assigns, or anyone it may properly designate, to apply for Letters Patent or similar legal protection, in its own name if desired, in the above named countries and jurisdictions and appoint Assignee the common representative in the above identified international application and any international application for the invention.

I/We represent to the Assignee, its successors and assigns, that I/we shall not execute any writing or do any act whatsoever conflicting with this Assignment. I/We, my/our executors or administrators, will at any time upon request, without additional consideration, but at the expense of the Assignee, its successors and assigns, execute and deliver to Assignee or its legal representatives such additional writings and do such additional acts as the Assignee, its successors and assigns, may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries and jurisdictions, including without limitation providing testimony in any related interference, litigation or proceeding. To the extent that I/we, my/our executors or administrators are unable or unavailable to execute and deliver to Assignee or its legal representatives such additional writings and do such additional acts as Assignee, its successors and assigns may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries and jurisdictions, I/we, my/our executors or administrators hereby authorize Assignee, its successors and assigns to act on my/our behalf/behalves.

If any provision(s) of this Assignment are held unenforceable or in conflict with the law of any jurisdiction, the validity of the remaining provisions will not be affected by such holding and the part held unenforceable in or in conflict with the law of one jurisdiction will remain in effect for other jurisdictions until held unenforceable or in conflict with the law of that jurisdiction.

Juhyung SON

(Inventor / Assignor)

June 20 2018

Date

PATENT
REEL: 058666 FRAME: 0004

Jinsam KWAK

(Inventor / Assignor)

June 11. 2018

Date

고 건 정

Geonjung KO

(Inventor / Assignor)

June 20 2018

Date

Woojin AHN

(Inventor / Assignor)

June 20 2018

Date

**PATENT**
**REEL: 058666 FRAME: 0005**

**RECORDED: 01/14/2022**