# EXHIBIT 4

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5931749

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| JUHYUNG SON | 06/05/2019 |
| JINSAM KWAK | 06/07/2019 |
| GEONJUNG KO | 06/05/2019 |
| WOOJIN AHN | 06/05/2019 |

### RECEIVING PARTY DATA

| Name: | WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. |
| --- | --- |
| Street Address: | 5F 216 HWANGSAEUL-RO BUNDANG-GU SEONGNAM-SI |
| City: | GYEONGGI-DO |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 13595 |
| Name: | SK TELECOM CO., LTD. |
| Street Address: | 65, EULJI-RO JUNG-GU |
| City: | SEOUL |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 04539 |

### PROPERTY NUMBERS Total: 1

| Property Type | Number |
| --- | --- |
| Application Number: | 16731031 |

### CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
**Email:**          la_mail@la.ladas.com
**Correspondent Name:**   LADAS & PARRY LLP
**Address Line 1:**      4525 WILSHIRE BLVD., SUITE 240
**Address Line 4:**      LOS ANGELES, CALIFORNIA 90010

| ATTORNEY DOCKET NUMBER: | B-10010CON2 632450-9 |
| --- | --- |
| NAME OF SUBMITTER: | AZATUHI CHINARYAN |
| SIGNATURE: | /AZATUHI CHINARYAN/ |

| DATE SIGNED: | 01/27/2020 |
|---|---|

**Total Attachments: 3**
source=632112_Assignment_Signed#page1.tif
source=632112_Assignment_Signed#page2.tif
source=632112_Assignment_Signed#page3.tif

Client Ref: WILP-180004-US
Wilus Ref: FNHEWW-180001-US
Our Ref: B-10010CON 632112-9

## ASSIGNMENT

WHEREAS, I/we, Juhyung SON of Gyeonggi-do, Republic of Korea, Jinsam KWAK of Gyeonggi-do, Republic of Korea, Geonjung KO of Gyeonggi-do, Republic of Korea, and Woojin AHN of Gyeonggi-do, Republic of Korea ("Assignor"), am/are the inventor(s) of an invention entitled "WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET" that is the subject matter of: (check all that apply)

[ x ]    an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2017-0003147 filed on January 9, 2017,

[ x ]    an application for Letters Patent which claims the priority to Korean Patent Application No. 10-2017-0008927 filed on January 18, 2017,

[ x ]    an application made under the Patent Cooperation Treaty which is identifiable at WIPO by or claiming the benefit of or priority to Application No. PCT/KR2018/000443 filed on January 9, 2018,

[ x ]    an application for Letters Patent which is identifiable in the Patent Office of ___US___ by Application No. _16/505,664_ filed on _July 8, 2019_ ;

WHEREAS, (1) WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., an institute organized and existing under the laws of Republic of Korea, and having offices at 5F 216 Hwangsaeul-ro Bundang-gu Seongnam-si Gyeonggi-do 13595 Republic of Korea and (2) SK TELECOM CO., LTD., a corporation organized and existing under the laws of Republic of Korea ("Assignee"), and having offices at 65, Eulji-ro Jung-gu Seoul 04539, Republic of Korea, are desirous of acquiring the entire right, title and interest in and to the invention, the applications, and any and all Letters Patent or similar foreign or domestic legal protection

[ x ]    in the United States
[  ]    in all other countries or jurisdictions;

"NOW THEREFORE, for good and valuable consideration, the receipt and adequacy of which is hereby acknowledged,

a) Assignors agree to transfer, and
b) Assignors do hereby transfer,

to Assignee, its successors and assigns, effective as of January 9, 2017, nunc pro tunc, Assignors' entire right, title and interest in the above-named countries and jurisdictions in and to the following including the right to sue for past infringement: the invention, the above-identified applications, all applications from which any of the above-identified applications claim priority, corresponding U.S. and non-U.S. applications, any continuation, continuation-in-part, division, renewal, or substitute for the applications, all Letters Patent for the applications, any reissue, re-examination, or similar legal protection issuing related to the Letters Patent, and all rights and benefits under any applicable treaty or convention, and Assignors authorize the Director of the United States Patent and Trademark Office or foreign equivalent to issue the Letters Patent or similar legal protection to the Assignee.

Assignors authorize the U.S. attorneys handling the above application(s) or patent(s) for the invention and the Assignee, its successors and assigns, to insert in this instrument the filing date(s), and application and patent number(s) when ascertained, for the above applications and patents and to insert any necessary missing titles. Assignors further authorize the Assignee, its successors and assigns, or anyone it may properly designate, to apply for Letters Patent or similar legal protection in its own name if desired, in the above-named countries and jurisdictions and appoint Assignee the common representative in the above-identified international application and any international application for the invention.

-1-

**PATENT**
**REEL: 051636 FRAME: 0330**

Client Ref: WILP-180004-US
Wilus Ref: FNHEWW-180001-US
Our Ref: B-10010CON 632112-9

Assignors represent to the Assignee, its successors and assigns, that Assignors shall not execute any writing or do any act whatsoever conflicting with this Assignment. Assignors, its executors or administrators, will at any time upon request, without additional consideration, but at the reasonable expense of the Assignee, its successors and assigns, execute and deliver to Assignee or its legal representatives such additional writings and do such additional acts as the Assignee, its successors and assigns, may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries and jurisdictions, including without limitation providing testimony in any related interference, litigation or proceeding. To the extent that Assignors, its executors or administrators are unable or unavailable to execute and deliver to Assignee or its legal representatives such additional writings and do such additional acts as Assignee, its successors and assigns may deem desirable to perfect its enjoyment of this grant, and render all assistance in making application for and obtaining, maintaining, and enforcing the Letters Patent or similar legal protection on the invention in any and all countries and jurisdictions, Assignors, our executors or administrators hereby authorize Assignee, its successors and assigns to act on Assignors' behalf.

If any provision of this Assignment is held unenforceable or in conflict with the law of any jurisdiction, the validity of the remaining provisions will not be affected by such holding and the part held unenforceable in or in conflict with the law of one jurisdiction will remain in effect for other jurisdictions until held unenforceable or in conflict with the law of that jurisdiction.

Assignors and Assignee hereby irrevocably waive and agree not to assert in any suit, action, or proceeding, any claim that it is not personally subject to the jurisdiction of any such court, that such suit, action, or proceeding is brought in an inconvenient forum or that the venue of such suit, action or proceeding is improper. Each party hereby irrevocably waives personal service of process and consents to process being served in any such suit, action or proceeding by mailing a copy thereof (certified or registered mail, return receipt requested, or any foreign equivalent of such mail service if the address in effect for notices is in a foreign country or territory) to such party at the address in effect for notices to it under this assignment and agrees that such service shall constitute good and sufficient service of process and notice thereof. Nothing contained herein shall be deemed to limit in any way any right to serve process in any manner permitted by law.

Assignors agree not to take any action, or to assist or request any third party in challenging or opposing Assignee's rights granted hereunder. Assignors further acknowledge that Assignee's patent counsel does not represent Assignors personally and acknowledge that Assignors have the right to seek independent counsel.

Juhyung SON
_____
(Inventor / Assignor)

June 5 2019
_____
Date

-2-

PATENT
REEL: 051636 FRAME: 0331

Client Ref: WILP-180004-US
Wilus Ref: FNHEWW-180001-US
Our Ref: B-10010CON 532112-9

Jinsam KWAK

(Inventor / Assignor)

June 7, 2019

Date

Geonjung KO

(Inventor / Assignor)

June 5, 2019

Date

Woojin AHN

(Inventor / Assignor)

5 June 2019

Date

-3-

**PATENT**
**REEL: 051636 FRAME: 0332**

**RECORDED: 01/27/2020**