# EXHIBIT 6

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7700526

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | LICENSE |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| SK TELECOM CO., LTD. | 11/01/2022 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. |
| Street Address: | 5F 216 HWANGSAEUL-RO, BUNDANG-GU, SEONGNAM-SI |
| City: | GYEONGGI-DO |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 13595 |

### PROPERTY NUMBERS Total: 75

| Property Type | Number |
|---|---|
| Patent Number: | 9813210 |
| Patent Number: | 10256958 |
| Patent Number: | 10911196 |
| Patent Number: | 10313077 |
| Patent Number: | 10651992 |
| Patent Number: | 11128421 |
| Patent Number: | 10554370 |
| Patent Number: | 11018836 |
| Patent Number: | 10785795 |
| Patent Number: | 11375537 |
| Patent Number: | 11375538 |
| Patent Number: | 10764924 |
| Patent Number: | 11330629 |
| Patent Number: | 11330628 |
| Patent Number: | 10616819 |
| Patent Number: | 11122495 |
| Patent Number: | 11122496 |
| Patent Number: | 11129163 |
| Patent Number: | 10631335 |
| Patent Number: | 11272537 |

| Property Type | Number |
|---|---|
| **Patent Number:** | 11324039 |
| **Patent Number:** | 10623964 |
| **Patent Number:** | 11140556 |
| **Patent Number:** | 11153759 |
| **Patent Number:** | 10659196 |
| **Patent Number:** | 11196513 |
| **Patent Number:** | 11258543 |
| **Patent Number:** | 10880924 |
| **Patent Number:** | 11470643 |
| **Patent Number:** | 11445546 |
| **Patent Number:** | 10873973 |
| **Patent Number:** | 10491355 |
| **Patent Number:** | 11095416 |
| **Patent Number:** | 11405161 |
| **Patent Number:** | 11116035 |
| **Patent Number:** | 10966251 |
| **Patent Number:** | 10931396 |
| **Patent Number:** | 10536979 |
| **Patent Number:** | 10904927 |
| **Patent Number:** | 11368987 |
| **Patent Number:** | 10567047 |
| **Patent Number:** | 11159210 |
| **Patent Number:** | 11171695 |
| **Patent Number:** | 11284475 |
| **Application Number:** | 17155086 |
| **Application Number:** | 16181319 |
| **Application Number:** | 17113026 |
| **Application Number:** | 17113029 |
| **Application Number:** | 17383479 |
| **Application Number:** | 17383475 |
| **Application Number:** | 17408296 |
| **Application Number:** | 17239596 |
| **Application Number:** | 17827647 |
| **Application Number:** | 17715040 |
| **Application Number:** | 17395384 |
| **Application Number:** | 17227289 |
| **Application Number:** | 17714142 |
| **Application Number:** | 17481157 |

| Property Type | Number |
|---|---|
| Application Number: | 17567078 |
| Application Number: | 17879776 |
| Application Number: | 17879778 |
| Application Number: | 17873148 |
| Application Number: | 17970768 |
| Application Number: | 17851035 |
| Application Number: | 17185940 |
| Application Number: | 17185959 |
| Application Number: | 16375754 |
| Application Number: | 17157978 |
| Application Number: | 17157996 |
| Application Number: | 17742406 |
| Application Number: | 17494831 |
| Application Number: | 17670419 |
| Application Number: | 17670424 |
| Application Number: | 17979771 |
| Application Number: | 17979767 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Email:** | ykoo@la.ladas.com |
| **Correspondent Name:** | LADAS & PARRY, LLP |
| **Address Line 1:** | 4525 WILSHIRE BLVD. SUITE 240 |
| **Address Line 4:** | LOS ANGELES, CALIFORNIA 90010 |

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER:** | ASGN22/0004 |
| **NAME OF SUBMITTER:** | YOUNG SEOK KOO |
| **SIGNATURE:** | /Young Seok Koo/ |
| **DATE SIGNED:** | 12/18/2022 |

**Total Attachments: 12**
source=US_Exclusive License_SKT_signed_221128 (1)#page1.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page2.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page3.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page4.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page5.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page6.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page7.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page8.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page9.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page10.tif

source=US_Exclusive License_SKT_signed_221128 (1)#page11.tif
source=US_Exclusive License_SKT_signed_221128 (1)#page12.tif

**PATENT**
**REEL: 062152 FRAME: 0004**

## EXCLUSIVE LICENSE

SK TELECOM CO., LTD., having a business address at 65, Eulji-ro, Jung-gu, Seoul 04539, Republic of Korea ("Licensor") owns right, title, and interest in those patents and/or patent applications set forth in Schedule A hereto (all such patents and/or patent applications, whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like, collectively, the "Patents and Patent Applications"). Licensor and WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., having a business address at 5F 216 Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do 13595, Republic of Korea ("Licensee") entered into an agreement dated **November 1, 2022** ("Agreement"). In Agreement, in consideration of the good and valuable consideration received by Licensee from Licensor, Licensor granted to Licensee an exclusive license under the Patents and Patent Applications, all divisions, continuations, continuations-in-part, or other applications claiming priority or benefit directly or indirectly from the Patents and Patent Applications, and other similar rights which may be granted thereon, including reissues, reexaminations and extensions thereof to make, use, sell, offer to sell, and import products and methods embodying the invention thereof throughout the United States and its territories. This document is for record purposes with the United State of Patent and Trademark Office, and is not intended to create any legal obligations.

**SK TELECOM CO., LTD. ("Licensor")**

By: _Chanho Yun_

Name: Chanho Yun

Title: Director of IPR

Date: _Nov 28, 2022_

## Schedule A

| Patent No. | Issue Date of Patent | Application No. | Filing Date | Title |
|---|---|---|---|---|
| 9,813,210 | 11-07-2017 | 15/438,720 | 02-21-2017 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,256,958 | 04-09-2019 | 15/721,725 | 09-29-2017 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,911,196 | 02-02-2021 | 16/240,745 | 01-05-2019 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/155,086 | 01-22-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/979,771 | 11-03-2022 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,313,077 | 06-04-2019 | 15/854,662 | 12-26-2017 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR COEXISTENCE WITH LEGACY WIRELESS COMMUNICATION TERMINAL |
| 10,651,992 | 05-12-2020 | 16/396,635 | 04-27-2019 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR COEXISTENCE WITH LEGACY WIRELESS COMMUNICATION TERMINAL |
| 11,128,421 | 09-21-2021 | 16/835,305 | 03-31-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS |

PATENT
REEL: 062152 FRAME: 0006

| | | | | |
|---|---|---|---|---|
| | | | | COMMUNICATION TERMINAL FOR COEXISTENCE WITH LEGACY WIRELESS COMMUNICATION TERMINAL |
| 10,554,370 | 02-04-2020 | 15/898,226 | 02-15-2018 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL |
| 11,018,836 | 05-25-2021 | 16/721,908 | 12-19-2019 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL |
| 10,785,795 | 09-22-2020 | 15/953,404 | 04-14-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH-DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 11,375,537 | 06-28-2022 | 16/945,934 | 08-03-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH-DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 11,375,538 | 06-28-2022 | 16/945,937 | 08-03-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH-DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 10,764,924 | 09-01-2020 | 15/968,681 | 05-01-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH DENSITY ENVIRONMENT INCLUDING |

PATENT
REEL: 062152 FRAME: 0007

| | | | | |
|---|---|---|---|---|
| | | | | OVERLAPPED BASIC SERVICE SETS |
| 11,330,629 | 05-10-2022 | 16/942,765 | 07-30-2020 | HIGH DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 11,330,628 | 05-10-2022 | 16/942,764 | 07-30-2020 | HIGH DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| 10,616,819 | 04-07-2020 | 16/000,883 | 06-05-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTI-BASIC SERVICE IDENTIFIER SET |
| 11,122,495 | 09-14-2021 | 16/792,163 | 02-14-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTI-BASIC SERVICE IDENTIFIER SET |
| 11,122,496 | 09-14-2021 | 16/792,166 | 02-14-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTI-BASIC SERVICE IDENTIFIER SET |
| 11,129,163 | 09-21-2021 | 16/121,546 | 09-04-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN BASIC SERVICE SET OVERLAPPING WITH ANOTHER BASIC SERVICE SET |
| 10,631,335 | 04-21-2020 | 16/141,977 | 09-26-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING BASIC SERVICE SET IDENTIFICATION INFORMATION DETERMINATION OF RECEIVED FRAME |
| 11,272,537 | 03-08-2022 | 16/813,670 | 03-09-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS |

PATENT
REEL: 062152 FRAME: 0008

| | | | | COMMUNICATION TERMINAL USING BASIC SERVICE SET IDENTIFICATION INFORMATION DETERMINATION OF RECEIVED FRAME |
|---|---|---|---|---|
| 11,324,039 | 05-03-2022 | 16/813,675 | 03-09-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING BASIC SERVICE SET IDENTIFICATION INFORMATION DETERMINATION OF RECEIVED FRAME |
| 10,623,964 | 04-14-2020 | 16/141,973 | 09-26-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OF OVERLAPPED BASIC SERVICE SET |
| 11,140,556 | 10-05-2021 | 16/812,375 | 03-09-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OF OVERLAPPED BASIC SERVICE SET |
| 11,153,759 | 10-19-2021 | 16/813,660 | 03-09-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OF OVERLAPPED BASIC SERVICE SET |
| 10,659,196 | 05-19-2020 | 16/153,670 | 10-05-2018 | WIRELESS COMMUNICATION METHOD SUPPORTING MULTI-USER CASCADING TRANSMISSION AND WIRELESS COMMUNICATION TERMINAL USING SAME |

PATENT
REEL: 062152 FRAME: 0009

| 11,196,513 | 12-07-2021 | 16/851,078 | 04-16-2020 | WIRELESS COMMUNICATION METHOD SUPPORTING MULTI-USER CASCADING TRANSMISSION AND WIRELESS COMMUNICATION TERMINAL USING SAME |
|---|---|---|---|---|
| 11,258,543 | 02-22-2022 | 16/851,101 | 04-17-2020 | WIRELESS COMMUNICATION METHOD SUPPORTING MULTI-USER CASCADING TRANSMISSION AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 16/181,319 | 11-05-2018 | WIRELESS COMMUNICATION METHOD FOR TRANSMITTING ACK AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,880,924 | 12-29-2020 | 16/188,274 | 11-12-2018 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR RANDOM ACCESS-BASED UPLINK MULTI-USER TRANSMISSION |
| 11,470,643 | 10-11-2022 | 17/100,880 | 11-22-2020 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR RANDOM ACCESS-BASED UPLINK MULTI-USER TRANSMISSION |
| 11,445,546 | 09-13-2022 | 17/101,755 | 11-23-2020 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR RANDOM ACCESS-BASED UPLINK MULTI-USER TRANSMISSION |
| 10,873,973 | 12-22-2020 | 16/219,937 | 12-13-2018 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL |

PATENT
REEL: 062152 FRAME: 0010

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | FOR SPATIAL REUSE OPERATION |
|  |  | 17/113,026 | 12-05-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OPERATION |
|  |  | 17/113,029 | 12-05-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OPERATION |
| 10,491,355 | 11-26-2019 | 16/233,078 | 12-26-2018 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 11,095,416 | 08-17-2021 | 16/596,674 | 10-08-2019 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 11,405,161 | 08-02-2022 | 16/935,858 | 07-22-2020 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 11,116,035 | 09-07-2021 | 16/294,883 | 03-06-2019 | WIRELESS COMMUNICATION METHOD USING ENHANCED DISTRIBUTED CHANNEL ACCESS, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
|  |  | 17/383,479 | 07-23-2021 | WIRELESS COMMUNICATION METHOD USING ENHANCED DISTRIBUTED CHANNEL ACCESS, AND WIRELESS COMMUNICATION TERMINAL USING SAME |

PATENT
REEL: 062152 FRAME: 0011

| | | 17/383,475 | 07-23-2021 | WIRELESS COMMUNICATION METHOD USING ENHANCED DISTRIBUTED CHANNEL ACCESS, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
|---|---|---|---|---|
| | | 17/979,767 | 11-03-2022 | WIRELESS COMMUNICATION METHOD USING ENHANCED DISTRIBUTED CHANNEL ACCESS, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,966,251 | 03-30-2021 | 16/361,283 | 03-22-2019 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTIUSER EDCA OPERATION |
| 10,931,396 | 02-23-2021 | 16/449,132 | 06-21-2019 | AGGREGATED-MPDU, METHOD FOR TRANSMITTING RESPONSE FRAME THERETO, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,536,979 | 01-14-2020 | 16/452,448 | 06-25-2019 | WIRELESS COMMUNICATION METHOD USING OFDMA RANDOM ACCESS AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,904,927 | 01-26-2021 | 16/693,203 | 11-22-2019 | WIRELESS COMMUNICATION METHOD USING OFDMA RANDOM ACCESS AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 11,368,987 | 06-21-2022 | 17/127,008 | 12-18-2020 | WIRELESS COMMUNICATION METHOD USING OFDMA RANDOM ACCESS AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| 10,567,047 | 02-18-2020 | 16/505,664 | 07-08-2019 | WIRELESS COMMUNICATION METHOD AND WIRELESS |

**PATENT**
**REEL: 062152 FRAME: 0012**

| | | | | |
|---|---|---|---|---|
| | | | | COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| 11,159,210 | 10-26-2021 | 16/731,031 | 12-31-2019 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| 11,171,695 | 11-09-2021 | 16/798,197 | 02-21-2020 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| 11,284,475 | 03-22-2022 | 16/590,302 | 10-01-2019 | WIRELESS COMMUNICATION METHOD USING BSS IDENTIFIER AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/408,296 | 08-20-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR COEXISTENCE WITH LEGACY WIRELESS COMMUNICATION TERMINAL |
| | | 17/239,596 | 04-24-2021 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL |
| | | 17/827,647 | 05-27-2022 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH-DENSITY ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SET |
| | | 17/715,040 | 04-07-2022 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN HIGH DENSITY |

PATENT
REEL: 062152 FRAME: 0013

| | | | | |
|---|---|---|---|---|
| | | | | ENVIRONMENT INCLUDING OVERLAPPED BASIC SERVICE SETS |
| | | 17/395,384 | 08-05-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING MULTI-BASIC SERVICE IDENTIFIER SET |
| | | 17/227,289 | 04-10-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL IN BASIC SERVICE SET OVERLAPPING WITH ANOTHER BASIC SERVICE SET |
| | | 17/714,142 | 04-06-2022 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL USING BASIC SERVICE SET IDENTIFICATION INFORMATION DETERMINATION OF RECEIVED FRAME |
| | | 17/481,157 | 09-21-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OF OVERLAPPED BASIC SERVICE SET |
| | | 17/567,078 | 12-31-2021 | WIRELESS COMMUNICATION METHOD SUPPORTING MULTI-USER CASCADING TRANSMISSION AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/879,776 | 08-03-2022 | WIRELESS COMMUNICATION METHOD FOR TRANSMITTING ACK AND WIRELESS COMMUNICATION TERMINAL USING SAME |

PATENT
REEL: 062152 FRAME: 0014

| | | | | |
|---|---|---|---|---|
| | | 17/879,778 | 08-03-2022 | WIRELESS COMMUNICATION METHOD FOR TRANSMITTING ACK AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/873,148 | 07-26-2022 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR RANDOM ACCESS-BASED UPLINK MULTI-USER TRANSMISSION |
| | | 17/970,768 | 10-21-2022 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SPATIAL REUSE OPERATION |
| | | 17/851,035 | 06-28-2022 | WIRELESS COMMUNICATION METHOD USING TRIGGER INFORMATION, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/185,940 | 02-25-2021 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTIUSER EDCA OPERATION |
| | | 17/185,959 | 02-26-2021 | WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTIUSER EDCA OPERATION |
| | | 16/375,754 | 04-04-2019 | WIRELESS COMMUNICATION METHOD USING NETWORK ALLOCATION VECTOR AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/157,978 | 01-25-2021 | AGGREGATED-MPDU, METHOD FOR TRANSMITTING RESPONSE FRAME THERETO, AND |

PATENT
REEL: 062152 FRAME: 0015

| | | | | |
|---|---|---|---|---|
| | | | | WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/157,996 | 01-25-2021 | AGGREGATED-MPDU, METHOD FOR TRANSMITTING RESPONSE FRAME THERETO, AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/742,406 | 05-12-2022 | WIRELESS COMMUNICATION METHOD USING OFDMA RANDOM ACCESS AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/494,831 | 10-06-2021 | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| | | 17/670,419 | 02-11-2022 | WIRELESS COMMUNICATION METHOD USING BSS IDENTIFIER AND WIRELESS COMMUNICATION TERMINAL USING SAME |
| | | 17/670,424 | 02-12-2022 | WIRELESS COMMUNICATION METHOD USING BSS IDENTIFIER AND WIRELESS COMMUNICATION TERMINAL USING SAME |

**PATENT**
**REEL: 062152 FRAME: 0016**