AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| WILUS INSTITUTE OF STANDARDS AND TECHN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:24-cv-00752-JRG |
| HP INC., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., .

Date: 02/06/2026

/s/ Benjamin T. Wang
*Attorney's signature*

Benjamin T. Wang (SBN 228712)
*Printed name and bar number*

RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
*Address*

bwang@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print   Save As...   Reset