# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**UNOPPOSED MOTION TO AMEND TENTH AMENDED DOCKET CONTROL ORDER (Dkt. 218)**

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), files the Unopposed Motion to Amend Tenth Amended Docket Control Order and shows the Court as

1

follows:

Plaintiff has met and conferred with Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Askey Computer Corp., and Askey International Corp. (collectively "Defendants"), and the parties agree to extend the deadlines to exchange expert reports and complete expert discovery. The current deadline for the parties to exchange opening expert reports is January 22, 2026, the deadline to exchange rebuttal expert reports is February 12, 2026, and the current deadline to complete expert discovery is February 20, 2026. The Plaintiff respectfully request a one (1) day extension of both expert report deadlines up to and including January 23, 2026, for opening reports and February 13, 2026, for rebuttal expert reports.

This extension is requested due to the Microsoft services outage on January 22, 2026, during which time the Parties were unable to electronically serve opening reports and communicate with experts. The Microsoft services outage affected counsel's access to Microsoft Outlook, Teams, and other services.[1] This extension is not sought for purposes of delay, and Plaintiff does not anticipate this extension to affect any deadlines in this case.

A proposed order is attached herewith.

---

[1] *See, e.g.*, https://www.tomsguide.com/news/live/microsoft-down-live-updates-outage-jan-22-26 (accessed Jan. 28, 2026).

Dated: February 9, 2026                     Respectfully submitted,

*/s/ Neil A. Rubin*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

3

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

<em>/s/ Neil A. Rubin</em>

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

<em>/s/ Neil A. Rubin</em>