# EXHIBIT A

Director_PTABDecision_Review@uspto.gov  
571.272.7822

Paper 18  
Date: February 4, 2026

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE OFFICE OF THE UNDER SECRETARY OF COMMERCE
FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE
UNITED STATES PATENT AND TRADEMARK OFFICE

SAMSUNG ELECTRONICS CO., LTD.,
Petitioner,

v.

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,
Patent Owner.

IPR2025-00934 (Patent 11,159,210 B2)
IPR2025-00935 (Patent 11,129,163 B2)
IPR2025-00936 (Patent 11,700,597 B2)
IPR2025-01043 (Patent 11,116,035 B2)
IPR2025-01044 (Patent 11,516,879 B2)
IPR2025-01069 (Patent 10,313,077 B2)[1]

Before JOHN A. SQUIRES, *Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office.*

ORDER

---

[1] This order applies to each of the above-listed proceedings.

IPR2025-00934 (Patent 11,159,210 B2)
IPR2025-00935 (Patent 11,129,163 B2)
IPR2025-00936 (Patent 11,700,597 B2)
IPR2025-01043 (Patent 11,116,035 B2)
IPR2025-01044 (Patent 11,516,879 B2)
IPR2025-01069 (Patent 10,313,077 B2)

The Office received a request for Director Review of the Decision granting institution in each of the above-captioned cases and an authorized response to each request. *See* Papers 14, 15.[2]

Having considered the requests and responses, it is:

ORDERED that the requests for Director Review are denied.

---

[2] Citations are to the record in IPR2025-00934. The parties filed similar papers in IPR2025-00935, IPR2025-00936, IPR2025-01043, IPR2025-01044, and IPR2025-01069.

IPR2025-00934 (Patent 11,159,210 B2)
IPR2025-00935 (Patent 11,129,163 B2)
IPR2025-00936 (Patent 11,700,597 B2)
IPR2025-01043 (Patent 11,116,035 B2)
IPR2025-01044 (Patent 11,516,879 B2)
IPR2025-01069 (Patent 10,313,077 B2)

FOR PETITIONER:

W. Karl Renner
Jeremy J. Monaldo
Nicholas Stephens
Rishi Gupta
John C. Phillips
Usman A. Khan
Jonathan C. Driesslein
Jennifer Huang
Kim H. Leung
FISH & RICHARDSON P.C.
axf-ptab@fr.com
jjm@fr.com
nstephens@fr.com
rgupta@fr.com
phillips@fr.com
khan@fr.com
driesslein@fr.com
ptabinbound@fr.com
leung@fr.com

FOR PATENT OWNER:

Reza Mirzaie
Neil A. Rubin
Philip X. Wang
Linjun Xu
RUSS AUGUST & KABAT
rmirzaie@raklaw.com
nrubin@raklaw.com
pwang@raklaw.com
lxu@raklaw.com

3