# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## UNOPPOSED MOTION TO AMEND EXPERT DISCOVERY, DISPOSITIVE AND *DAUBERT* MOTION DEADLINES

1

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff"), files this Unopposed Motion to Amend Dispositive and *Daubert* Motion Deadlines and shows the Court as follows:

Plaintiff has met and conferred with Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Askey Computer Corp., and Askey International Corp. (collectively "Defendants"). Plaintiff seeks a one-week extension to the deadline to complete expert discovery, as well as a corresponding one-week extension to the deadlines to file dispositive motions and motions to strike expert testimony and responses thereto.

Good cause supports this request. The parties would benefit from an additional week of expert discovery in order to schedule depositions of expert witnesses, which is difficult to do under the current schedule in view of the number of experts whose depositions need to be scheduled. For example, prior to the current deadline to complete expert discovery (February 20, 2026), Plaintiff anticipates scheduling depositions for seven of its testifying expert witnesses; and Samsung defendants anticipate scheduling depositions for at least six experts. Plaintiff respectfully submits that, in order to ensure adequate time for the parties to fairly complete the anticipated expert discovery in this matter, the requested extension is appropriate and supported by good cause.

Further, as the requested extension would move the deadline to complete expert depositions to after the current deadline to file dispositive and *Daubert* motions, Plaintiff also respectfully requests a one-week extension to the deadlines to file dispositive motions and motions to strike expert testimony and responses thereto, to allow for the parties to file their dispositive and *Daubert* motions with the benefit of having completed expert depositions in this matter. Moreover, briefing dispositive and *Daubert* motions should conclude by early April, leaving more than four weeks before the April 29, 2026 pretrial conference.  These extensions are not sought for purposes of delay and the parties do not anticipate these extensions to affect any other deadlines in the case.

If granted, the parties' requested would change the deadlines in the Docket Control Order as follows:

| Current Deadline | Amended Date | Event |
|---|---|---|
| March 9, 2026 | March 16, 2026 | *Response to Dispositive Motions (including Daubert Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including Daubert Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |
| February 23, 2026 | March 2, 2026 | *File Motions to Strike Expert Testimony (including Daubert Motions) No motion to strike expert testimony (including a Daubert motion) may be filed after this date without leave of the Court. |
| February 23, 2026 | March 2, 2026 | *File Dispositive Motions No dispositive motion may be filed after this date without leave of the Court. Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| February 20, 2026 | February 27, 2026 | Deadline to Complete Expert Discovery |

A proposed order is attached herewith.

Dated: February 11, 2026                    Respectfully submitted,

*/s/ Marc A. Fenster*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Neil A. Rubin*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

*/s/ Neil A. Rubin*