# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC., <br><br>*Defendant*. | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP <br>(LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>*Defendants*. | CIVIL ACTION NO. 2:24-CV-00746-JRG <br>(MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>*Defendants*. | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br>(MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion to Extend Deadline to Respond to Samsung's Motion to Dismiss (Dkt. No. 220) (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Plaintiff"). (Dkt. No. 225.) In the Motion, Plaintiff seeks a seven-day extension of time to respond to the Motion to Dismiss (Dkt. No. 220). (Dkt. No. 225 at 2.) The requested extension would move the deadline from February 17, 2026, up to and including February 24, 2026. (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Plaintiff to respond to the Motion to Dismiss is **extended** up to and including February 24, 2026.

**So Ordered this**

**Feb 14, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE