# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |

**JOINT STIPULATION BETWEEN PLAINTIFF WILUS AND ASKEY DEFENDANTS**

████████████-

In *Wilus Institute of Standards and Technology v. Askey Computer Corp. and Askey International Corp.,* Case Nos. 2:24-cv-00753-JRG (E.D. Tex.) and 2:24-cv-00766-JRG (E.D. Tex.), the parties hereby stipulate as follows to streamline the issues as limited to those two actions only:

(1) The Askey Defendants will no longer pursue these two defenses set forth in the Defendants' Answer to Plaintiff's Complaint for Patent Infringement (Dkts. 59, 60): (a) First Defense - Non-infringement and (b) Second Defense - Invalidity; and

(2) Plaintiff Wilus will no longer seek any finding of willfulness.

As a result of the Askey Defendants' stipulation to infringement and validity of the asserted claims, neither party will be proffering expert reports on the issues of infringement or validity, respectively. And Plaintiff Wilus will have no burden to present—and will not be presenting—an infringement case at trial. Moreover, neither party will be pursuing any further discovery relating solely to infringement, validity, or willfulness. This stipulation also moots the parties' claim construction dispute regarding the claim term "wireless communication terminal."

Respectfully submitted,

Dated: December 12, 2025

/s/ Reza Mirzaie
Reza Mirzaie
  CA State Bar No. 246953
Marc A. Fenster
  CA State Bar No. 181067
Dale Chang
  CA State Bar No. 248657
Neil A. Rubin
  CA State Bar No. 250761
Adam Hoffman
  CA State Bar No. 218740
Jacob Buczko
  CA State Bar No. 269408

Dated: December 12, 2025

/s/ Trey Yarbrough

Trey Yarbrough
  TX State Bar No. 2213350
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  (903) 595-3111
Fax: (903) 595-0191
Email: trey@yw-lawfirm.com

Jonathan Ma
  CA State Bar No. 312773
Mackenzie R. Paladino
  NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: dchang@raklaw.com
Email: nrubin@raklaw.com
Email: ahoffman@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: mpaladino@raklaw.com

Matthew D. Aichele
State Bar No. VA Bar No. 77821
**RUSS AUGUST & KABAT**
800 Main Avenue, SW Suite 200
Washington, DC 20024
Telephone:   (202) 664-0623
Email:maichele@raklaw.com

Andrea L. Fair
  TX State Bar No. 24078488
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone:   (903) 757-6400
Facsimile:   (903) 757-2323
Email: andrea@millerfairhenry.com

*Attorneys for Plaintiff Wilus Institute of Standards and Technology Inc.*

Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

*Attorneys for Defendants Askey Computer Corp. and Askey International Corp.*

4


.

/s/ *Reza Mirzaie*
Reza Mirzaie

### CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System under seal, and served defendants with a copy via electronic mail.

/s/ *Reza Mirzaie*
Reza Mirzaie