# Exhibit A

**From:** Smyth, Jeffrey Jeffrey.Smyth@finnegan.com
**Subject:** RE: Wilus v. Askey: Equitable Defenses
**Date:** February 2, 2026 at 11:02 AM
**To:** Alexandra Easley aeasley@raklaw.com
**Cc:** ASKEY-Wilus ASKEY-Wilus@finnegan.com, Rak Wilus rak_wilus@raklaw.com, Benjamin Weed ben@bewlawyer.com

Hi Alexandra,

I'm not available this afternoon, but I am available tomorrow at 1 pm PT. Please send an invite if that time works for you.

Thanks,
Jeff

**Jeffrey D. Smyth**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6618 | fax 650.849.6666 | jeffrey.smyth@finnegan.com | www.finnegan.com

---

**From:** Alexandra Easley <aeasley@raklaw.com>
**Sent:** Monday, February 2, 2026 7:49 AM
**To:** Smyth, Jeffrey <Jeffrey.Smyth@finnegan.com>
**Cc:** ASKEY-Wilus <ASKEY-Wilus@finnegan.com>; Rak Wilus <rak_wilus@raklaw.com>; Benjamin Weed <ben@bewlawyer.com>
**Subject:** Re: Wilus v. Askey: Equitable Defenses

Hi Jeff,

I'm following up on my below email. Are you available for a meet and confer today at 2pm CST?

Best,
Alexandra


**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aeasley@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 30, 2026, at 3:18 PM, Alexandra Easley <aeasley@raklaw.com> wrote:

Hi Jeff,

I understand Askey's position that a proposed judgment as to liability is unnecessary in light of the parties' stipulation. That said, there are several additional issues the parties need to meet and confer on, as outlined below.

Are you available for a meet and confer Monday (2/2) at 2pm CST? If that time doesn't work for you, please let me know when you are available Monday to discuss the below items.

**1. Askey's Proposed Redactions to Dkt. 202**
During the meet and confer, we would appreciate Askey elaborating on the basis for its position that the terms of the stipulation are confidential. In particular, please confirm whether Askey contends that any of the following statements in the stipulation contain Askey's confidential or proprietary information:

- Askey is no longer pursuing the non-infringement defense set forth in its publicly filed Answer;
- Askey is no longer pursuing the invalidity defense set forth in its publicly filed Answer;
- Wilus is not seeking a finding of willfulness;
- Askey is not proffering expert reports on infringement or validity;
- Wilus is not proffering expert reports on infringement or validity; and
- Wilus has no burden to present an infringement case at trial.

**2. Confirmation Regarding Equitable Defenses**
I emailed you several times last week requesting confirmation that Askey is not pursuing any equitable defenses, but have not yet received a response. We would like to address this during the meet and confer.

**3. Motion for Injunctive Relief**
Wilus intends to seek a permanent injunction based on the parties' entered stipulation. During the meet and confer, we would like to discuss whether Askey intends to oppose that motion.

Best,
Alexandra

**Alexandra Easley**
Russ, August & Kabat

**Easley, Alexandra C. Raklaw**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aeasley@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 28, 2026, at 5:52 PM, Smyth, Jeffrey <Jeffrey.Smyth@finnegan.com> wrote:

Hi Alexandra,

As I noted below, without having more information about what you are proposing or a draft of what Wilus intends to file, we are not able to respond for Askey, and thus a meet and confer is premature. Please provide a draft of what you would like for us to consider and explain why you believe it is necessary to submit something now (in view of the stipulation the parties have already submitted) and we will consult with Askey. Then we can find a time to meet and confer.

Best,
Jeff

**Jeffrey D. Smyth**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6618 | fax 650.849.6666 |
jeffrey.smyth@finnegan.com | www.finnegan.com

**From:** Alexandra Easley <aeasley@raklaw.com>
**Sent:** Wednesday, January 28, 2026 3:20 PM
**To:** Smyth, Jeffrey <Jeffrey.Smyth@finnegan.com>
**Cc:** ASKEY-Wilus <ASKEY-Wilus@finnegan.com>; Rak Wilus <rak_wilus@raklaw.com>
**Subject:** Re: Wilus v. Askey: Equitable Defenses

Hi Jeff,

Please let me know your availability for a meet and confer tomorrow between 12-4pm CST. Once I hear back from you, I can circulate a dial-in that we can use for the call.

Thank you,
Alexandra


**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aeasley@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.


> On Jan 27, 2026, at 7:46 PM, Alexandra Easley <aeasley@raklaw.com> wrote:
>
> Hi Jeff,
>
> Thank you for the response. Please let me know your availability tomorrow or Thursday for a meet and confer to discuss.
>
> **Alexandra Easley**
> **Russ, August & Kabat**
> 12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
> Main +1 310 826 7474 | aeasley@raklaw.com | www.raklaw.com
> - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
> This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jan 27, 2026, at 3:37 PM, Smyth, Jeffrey <Jeffrey.Smyth@finnegan.com> wrote:

> Some people who received this message don't often get email from jeffrey.smyth@finnegan.com. Learn why this is important

Counsel,

We do not think submitting a proposed judgment is necessary or appropriate, as the parties are bound by the terms of the confidential stipulation they submitted to the Court. Additionally, without having more information or a draft of what Wilus intends to file, we are not able to respond for Askey.

Best,
Jeff

**Jeffrey D. Smyth**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
3300 Hillview Avenue, Palo Alto, CA 94304-1203
650.849.6618 | fax 650.849.6666 |
 jeffrey.smyth@finnegan.com |www.finnegan.com

---

**From:** Alexandra Easley <aeasley@raklaw.com>
**Sent:** Monday, January 26, 2026 10:22 PM
**To:** ASKEY-Wilus <ASKEY-Wilus@finnegan.com>
**Cc:** Rak Wilus <rak_wilus@raklaw.com>
**Subject:** Re: Wilus v. Askey: Equitable Defenses

Counsel,

We will be sending you a draft stipulated judgment as to liability that we intend to file this week. Please confirm by end of day today (1/27) that Askey will take part in the stipulation.

Best,

Alexandra

**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor |
Los Angeles, California 90025
Main +1 310 826 7474 |
aeasley@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Jan 21, 2026, at 8:00 PM, Alexandra Easley <aeasley@raklaw.com> wrote:
>
> Counsel,
>
> Please confirm by close of business tomorrow that Askey is not pursuing any equitable defenses. Askey failed to preserve any equitable defenses in its

discovery responses, and it is therefore our understanding that Askey is no longer maintaining any such defenses. If Askey contends that it is pursuing any equitable defenses, please explain the basis and provide your availability for a meet and confer.

Thank you,
Alexandra

**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 |
 aeasley@raklaw.com |www.raklaw.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.