# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

1

# DECLARATION OF JIN SAM KWAK

I, Jin Sam Kwak, do hereby declare the following:

## I. INTRODUCTION

1. I reside in South Korea.

2. I am over the age of eighteen years of age, and I am competent to testify to the matters set forth herein if I am called upon to do so.

3. I hereby declare that all statements made herein of my own knowledge are true and all statements made on information and belief are believed to be true and further are made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001.

## II. THE FORMATION OF WILUS

4. I am currently the Chief Executive Officer of Wilus Institute of Standards and Technology Inc. ("Wilus") and have been since the company was founded in 2012. Wilus is an independent, employee-owned research and development laboratory that is focused on creating and enhancing telecommunications, Wi-Fi, and multimedia technologies. Wilus is based in South Korea and consists of 20 engineers and inventors, most of whom hold M.S. or Ph.D. degrees. ███████████████████████████████████████████████.

5. Wilus was founded in 2012, and I was one of the original founders. We established Wilus based on a shared belief that, by combining our technical expertise and passion for innovation, we could meaningfully contribute to the development and evolution of the standard technologies that people around the world use every day. This vision has guided Wilus since its inception and continues to define our mission today.

2

### III.  WILUS' WORK AS A LEADING RESEARCH LABORATORY

6.  Wilus' research and development efforts are focused on the standardization space. Over the last 12 years, the team at Wilus has submitted more than 700 technical contributions to global standards bodies, many of which have been included in the final versions of the standards. Through its R&D work, Wilus has been able to meaningfully contribute to multiple technical standards such as 3GPP (for LTE, 5G, and 6G), IEEE 802.11 (for Wi-Fi 6, 7, 8 and beyond) and MPEG (for MPEG-H 3D Audio and Versatile Video Coding).

7.  Since its founding, Wilus has developed a wide range of core innovations that include the following:

- Advanced multi-user communication techniques, such as enhanced OFDMA resource allocation, uplink and downlink MU-MIMO scheduling, and multi-link operation designed to significantly increase network efficiency and reliability.

- Low-latency and reliable communication mechanisms, including improved contention control, backoff optimization, non-primary channel access, and trigger-based uplink enhancements for high-density environments.

- Ultra-low-power and massive IoT communication technologies, such as optimized wake-up scheduling, TWT-based power management, and ambient IoT, PHY/MAC innovations enabling long-life battery operation for massive IoT deployments.

- Next-generation immersive multimedia technologies, including binaural rendering for MPEG-H 3D Audio, enhanced spatial audio processing, and contributions to advanced video compression frameworks such as Versatile Video Coding, enabling high-quality UHD, and streaming services at reduced bandwidth.

3

Many of Wilus' innovations have been selected and incorporated into leading international standards across wireless, multimedia, and next-generation communication systems, reinforcing its reputation as a key contributor and technology leader in these rapidly evolving fields.

8. Wilus' standardization work and contributions have caused the company to become recognized as a leading innovator when it comes to the development of technical standards. As noted on Wilus' website, Wilus is considered a success story for Korean innovation in a field that has historically been dominated by multinational technology companies and state-funded research institutions.

9. Wilus' research and development efforts have also resulted in the company receiving various awards and accolades. For instance, Wilus was 1 of 104 companies and organizations that was selected for the Asia IP Elite 2025, following its recognition in the Asia IP Elite 2024, and it was also recently named Korea's most innovative small/medium-size enterprise by the Korean Intellectual Property Office. In addition, Wilus has received ministerial commendations from both the Ministry of Trade, Industry and Energy and the Ministry of Science and ICT for its achievements in SEP development, and it has also been awarded a commendation from the Presidential Council on Intellectual Property for its contributions to the advancement of national intellectual property.

## IV. WILUS' LICENSING OF ITS INTELLECTUAL PROPERTY

10. As a R&D center, Wilus was founded on the belief that companies who utilize its innovations will fairly compensate Wilus for the use of its property. This principle underlies Wilus' operations as Wilus relies on licensing revenue to fund its research work and participation in standards development. The continued success of Wilus therefore depends on it being able to license its intellectual property in the market.

11. Through its development of cutting age technologies, Wilus has been able to amass an intellectual property portfolio that includes more than 3,500 patents across 9 Standard Essential Patent portfolios. One of Wilus' portfolios relates to Wi-Fi 6, which is governed by the IEEE 802.11ax standard. This standard is widely used and recognized as the authoritative standard for Wi-Fi 6 communications. Wilus holds a number of patents that relate to Wi-Fi 6, including United States Patent Nos. 10,313,077; 10,651,992; 11,128,421; 10,305,638; 10,820,233; 10,931,396; and 11,664,926 (collectively, the "Asserted Patents"), which have been asserted against Askey in these actions. The Asserted Patents cover core functionality related to the Wi-Fi 6 standard and I understand that Askey has stipulated to infringement of these patents.

12. In 2022, Wilus joined Sisvel's Wi-Fi 6 Patent Pool as a founding member and licensor. Through its participation in the Sisvel pool, Wilus obtained independent validation that its patents are in fact essential to Wi-Fi 6. Wilus has since licensed its Wi-Fi 6 patents to more than 30 companies, including Cisco Systems, Inc. and Lenovo Group Ltd.

## V. LICENSING NEGOTIATIONS WITH ASKEY

13. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

14. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

## VI. THE EFFECTS OF ASKEY'S UNAUTHORIZED INFRINGEMENT

15. Askey's continued infringement of the Asserted Patents has caused and will continue to cause harm to Wilus. More specifically, Askey's delay in taking a license harms Wilus' research and development and licensing endeavors. As mentioned above, Wilus relies on licensing revenue to fund its R&D activities and thus Askey's refusal to take a license negatively impacts Wilus' ability to participate in its research work and to contribute to the development of global standards.

16. The licensing revenue Wilus receives is critical for supporting Wilus' operations including attendance at and participation in standardization meetings. Wilus' inability to participate in such meetings threatens the company's reputation as a leader in the standardization field and causes Wilus to lose out on key opportunities to contribute to the innovation of future standards. Askey's continued unauthorized infringement also forces Wilus to divert resources, including both time and money, to pursuing this litigation even though Askey has already acknowledged its need for a license to the Asserted Patents.

17. Askey's refusal to take a license also negatively impacts Wilus' licensing efforts because other potential licensees point to this pending litigation as a reason for delaying in taking a license to Wilus' Wi-Fi 6 patents. As long as Askey delays in taking a license and this litigation continues, Wilus will be forced to expend resources litigating these cases while simultaneously being denied the licensing revenue that it could otherwise be receiving from both Askey and other potential licensees.

18. Lastly, Askey's delay in taking a license sends the message to the public, including to other potential licensees, that Wilus' patents are either not applicable to Wi-Fi 6 or are not worth paying for. This messaging calls into question Wilus' reputation as a significant standards

contributor that has valuable intellectual property covering key Wi-Fi functionality. Askey's hold out behavior also conveys to others in the market that they too can infringe Wilus' patents without paying or, worst-case scenario, without having to pay for years.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on February 10, 2026.

/s/ *Jin Sam Kwak*<br>Jin Sam Kwak