# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § | |
| *Defendants*. | § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>HP INC.,<br><br>　　　　*Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG<br>(MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　*Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG<br>(MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br><br>　　　　*Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG<br>(MEMBER CASE) |

## ORDER

Before the Court is Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus") Unopposed Motion for Leave to Exceed Page Limits for Plaintiff's Motion for Entry of a Permanent Injunction (the "Motion"). (Dkt. No. 231). In the Motion, Wilus requests leave to exceed the 15-page limit for its Motion for Entry of a Preliminary Injunction (Dkt. No. 228) by three pages. Defendants Askey Computer Corp. and Askey International Corp (together, "Askey") do not oppose the Motion.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**.

**So ORDERED and SIGNED this 19th day of February, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE