# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00764-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP <br> (Member Case) |

**DECLARATION OF ADAM S. HOFFMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SAMSUNG 'S MOTION TO DISMISS FOR LACK OF STATUTORY STANDING UNDER 35 U.S.C. § 281**

I, Adam S. Hoffman, declare and state as follows:

1. I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Samsung's Motion to Dismiss for Lack of Statutory Standing Under 35 U.S.C. § 281.

2. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the deposition transcript of Jin Sam Kwak, Ph.D., taken on December 10, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Patent Assignment Agreement between Wilus and SK Telecom, Bates Numbers WILUS_0149628-641.

5. Attached hereto as **Exhibit C** is a true and correct copy of the June 20, 2024 Patent Assignment Cover Sheet, from the USPTO website at Reel 067790, Bates Numbers DELL_SAMSUNG_0000006-012.

6. Attached hereto as **Exhibit D** is a true and correct copy of the deposition transcript of Sung-Joon Choi, taken on February 12, 2026.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on February 24, 2026 in Los Angeles, California.

/s/ *Adam S. Hoffman*
Adam S .Hoffman

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System, and served defendants with a copy via electronic mail.

*/s/ Adam S. Hoffman*
Adam S. Hoffman