# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**DECLARATION OF ADAM S. HOFFMAN REGARDING MATERIALS CITED IN THE EXPERT OPINION OF DR. SANG JO JONG SUBMITTED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SAMSUNG 'S MOTION TO DISMISS FOR LACK OF STATUTORY STANDING UNDER 35 U.S.C. § 281**

I, Adam S. Hoffman, declare and state as follows:

1. I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration providing materials cited in The Expert Opinion of Dr. Sang Jo Jong Submitted in Support of Plaintiff's Opposition to Samsung's Motion to Dismiss for Lack of Statutory Standing Under 35 U.S.C. § 281. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit Jong-1** is a true and correct copy of February 23, 2026 Certificate of Translation and Declaration of Soomi Ko California State Certified Court Interpreter #300732 ("Translation Certification").

3. Attached hereto as **Exhibit Jong-2** is a true and correct copy of the relevant excerpt of Kwang Hyun Suk, Some Issues on Governing Law of International Contract, Hanyang Journal of Law, Vol. 16 (1999), in the original Korean and certified English translation, listed as "17. Suk" in the Translation Certification, and cited in Footnote 1 of the February 16, 2026 Expert Opinion of Dr. Sang Jo Jong ("Jong Op.").

4. Attached hereto as **Exhibit Jong-3** is a true and correct copy of Supreme Court 2020Da250585 (May 9, 2024) (S. Kor.), in the original Korean and certified English translation, listed as 14. in the Translation Certification, and cited in Footnote 2 of the Jong Op.

5. Attached hereto as **Exhibit Jong-4** is a true and correct copy of Supreme Court 2022Da243550 (Oct. 25, 2024) (S. Kor.), in the original Korean and certified English translation, in original and translation, listed as 15. in the Translation Certification, and cited in Footnote 3 of the Jong Op.

6. Attached hereto as **Exhibit Jong-5** is a true and correct copy of Supreme Court 2023Su643 (Oct. 31, 2023) (S. Kor.), in the original Korean and certified English translation, listed as 16. in the Translation Certification, and cited in Footnote 4 of the Jong Op.

7. Attached hereto as **Exhibit Jong-6** is a true and correct copy of Supreme Court 2019Da201662 (July 28, 2022) (S. Kor.), in the original Korean and certified English translation, listed as 12. in the Translation Certification, and cited in Footnote 5 of the Jong Op.

8. Attached hereto as **Exhibit Jong-7** is a true and correct copy of the Act on Private International Law (Korean Ministry of Government Legislation, 2022).

9. Attached hereto as **Exhibit Jong-8** is a true and correct copy of Seoul High Court 2007Na80093 (July 8, 2008) (S. Kor.), in the original Korean and certified English translation, listed as 9. in the Translation Certification, and cited in Footnote 9 of the Jong Op.

10. Attached hereto as **Exhibit Jong-9** is a true and correct copy of the relevant excerpt of Kwak Yun-jik & Kim Jae-hyung, General Provisions of Civil Law (9th ed., 2013), in the original Korean and certified English translation, listed as "1. Relevant Part Footnote 10" in the Translation Certification, and cited in Footnote 10 of the Jong Op.

11. Attached hereto as **Exhibit Jong-10** is a true and correct copy of Supreme Court 92Da42651 (Aug. 13, 1993) (S. Kor.), in the original Korean and certified English translation, listed as 8. in the Translation Certification, and cited in Footnote 11 of the Jong Op.

12. Attached hereto as **Exhibit Jong-11** is a true and correct copy of relevant excerpts of Kwak Bu-gyu, Onju Patent Act, Art. 99 (Dec. 20, 2017), in the original Korean and certified English translation, listed as "18. Relevant Part 1 - Coownership in Footnote 12" and "19. Relevant Part 2 - Standing to Sue in Footnote 12" in the Translation Certification, and cited in Footnote 12 of the Jong Op.

13. Attached hereto as **Exhibit Jong-12** is a true and correct copy of Supreme Court 2010Da87474 (May 10, 2012) (S. Kor.), in the original Korean and certified English translation, listed as 10. in the Translation Certification, and cited in Footnote 13 of the Jong Op.

14. Attached hereto as **Exhibit Jong-13** is a true and correct copy of Supreme Court 83DaKa1815 (Feb. 14, 1984) (S. Kor.), in the original Korean and certified English translation, listed as 7. in the Translation Certification, and cited in Footnote 14 of the Jong Op.

15. Attached hereto as **Exhibit Jong-14** is a true and correct copy of Seoul Central District Court 2019GaHap548861 (May 12, 2022) (S. Kor.), in the original Korean and certified English translation, listed as 13. in the Translation Certification, and cited in Footnote 15 of the Jong Op.

16. Attached hereto as **Exhibit Jong-15** is a true and correct copy of Seoul Central District Court 2013GaHap527718 (Mar. 27, 2014) (S. Kor.), in the original Korean and certified English translation, listed as 11. in the Translation Certification, and cited in Footnote 16 of the Jong Op.

17. Attached hereto as **Exhibit Jong-16** is a true and correct copy of relevant excerpts of Kim Yong-deok (ed.), Annotated Civil Law, Part 3: Claims, Ch. 2: Contracts (5th ed. 2021), in the original Korean and certified English translation, listed as "2. Footnote 17 - Consideration 0", "3. Footnote 17 - Consideration 1,", "4. Footnote 17 - Consideration 2", "5. Footnote 17 - Consideration 3" and "6. Footnote 17 - Consideration 4" in the Translation Certification, and cited in Footnote 17 of the Jong Op.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on February 24, 2026 in Los Angeles, California.

                                                  /s/ *Adam S. Hoffman*
                                                  Adam S. Hoffman