# Exhibit Jong - 1

# CERTIFICATION OF TRANSLATION

# and

# DECLARATION

State of California           )
                              )     S. S.
Los Angeles County            )

      I, Soomi Ko, the undersigned, declare that I am a duly certified Korean Court Interpreter approved by the United States District Courts, certified by the State of California and the Los Angeles County Superior Courts, with competent knowledge of Korean and English, and that I have truthfully and correctly translated 19 files listed below from Korean to English and that the said translation is, to the best of my knowledge and belief, a true and correct translation. I further declare that I am neither counsel for, related to, nor employed by any of the parties, and that I have no financial or other interest in the outcome of any action related to this translation. I declare that the foregoing is true and correct.

**Description of Translated Documents:**

1. Relevant Part Footnote 10
2. Footnote 17 - Consideration 0
3. Footnote 17 - Consideration 1
4. Footnote 17 - Consideration 2
5. Footnote 17 - Consideration 3
6. Footnote 17 - Consideration 4
7. 83DaKa1815
8. 92Da42651
9. 2007Na80093
10. 2010Da87474
11. 2013GaHap527718
12. 2019Da201662
13. 2019GaHap548861
14. 2020Da250585
15. 2022Da243550
16. 2023Su643
17. Suk
18. Relevant Part 1 - Coownership in Footnote 12
19. Relevant Part 2 - Standing to Sue in Footnote 12

Executed on February 23, 2026

_____
Soomi Ko
California State Certified Court Interpreter
#300732
(213) 999-7848(Cell)
soomi@komartin.com
www.komartin.com

Ko & Martin Certified Interpreters and Translators
Specializing in Korean and Chinese Languages