Exhibit Jong - 7

법령, 판례 등 모든 법령정보를 한 번에 검색 OK !

## ACT ON PRIVATE INTERNATIONAL LAW

[Enforcement Date 05. Jul, 2022.] [Act No.18670, 04. Jan, 2022., Whole Amendment]

법무부 (국제법무정책과)02-2110-4542

 법제처 국가법령정보센터

www.law.go.kr

2026.02.10

# ACT ON PRIVATE INTERNATIONAL LAW

[Enforcement Date 05. Jul, 2022.] [Act No.18670, 04. Jan, 2022., Whole Amendment]

법무부 (국제법무정책과) 02-2110-4542

## CHAPTER I GENERAL PROVISIONS
### SECTION 1 Purpose

**Article 1 (Purpose)** The purpose of this Act is to prescribe international jurisdiction and applicable law in relation to a legal relationship with a foreign element.

### SECTION 2 International Jurisdiction

**Article 2 (General Principles)** (1) The court of the Republic of Korea (hereinafter referred to as "court") shall have international jurisdiction where a party or a case in dispute has a substantial connection with the Republic of Korea. In determining whether any substantial connection exists, the court shall adopt reasonable principles, compatible to the ideology of the allocation of international jurisdiction, which aims to achieve impartiality between the parties, and appropriateness, speediness, and economy of adjudication.

(2) Where there is no provision regarding international jurisdiction in this Act or in any other statutes or regulations, or treaties of the Republic of Korea, the court shall determine whether it has international jurisdiction, in consideration of the provisions of the domestic laws on jurisdiction, but shall give full consideration to the special nature of international jurisdiction, in light of the purport of paragraph (1).

**Article 3 (General Jurisdiction)** (1) The court shall have international jurisdiction over a case involving a person who has habitual residence in the Republic of Korea. The same shall also apply where the habitual residence of a person does not exist in any country or cannot be identified, but the person has a residence in the Republic of Korea.

(2) The court shall have international jurisdiction over a lawsuit involving an ambassador, a minister and other citizens of the Republic of Korea who are exempted from the exercise of foreign jurisdiction, notwithstanding paragraph (1).

(3) The court shall have international jurisdiction over a lawsuit involving a corporation or organization with its principal office, place of business, statutory seat, or place of central administration located in the Republic of Korea or a corporation or organization established under the law of the Republic of Korea.

**Article 4 (Special Jurisdiction over Locations of Offices or Places of Business)** (1) For a person, corporation, or organization that has an office or place of business in the Republic of Korea, a lawsuit in

connection with the business affairs of such office or place of business may be filed with the court.

(2) For a person, corporation, or organization engaged in a continuous and systematic business or operating activities in or toward the Republic of Korea, a lawsuit in connection with such business or business activities may be filed with the court.

**Article 5 (Special Jurisdiction over Location of Property)** A lawsuit regarding property rights may be filed with the court, in any of the following cases:

1. Where the property which is the purpose of the claim or security is located in the Republic of Korea;

2. Where any seizable property of a defendant is located in the Republic of Korea: Provided, That the same shall not apply where a case in dispute is not, or slightly, related to the Republic of Korea, or where the value of such property is considerably low.

**Article 6 (Jurisdiction over Connected Cases)** (1) Where the court has international jurisdiction over one of multiple claims that are closely related to one another, a single lawsuit including such multiple claims may be filed with the court.

(2) Where the court has general jurisdiction under Article 3 over one of the co-defendants, and where there is a close connection between a claim against the defendant and another claim against the other co-defendants, a single lawsuit against the co-defendants may be filed with the court, only to avoid the risk of conflicting judgments.

(3) Where the court has international jurisdiction over the main claim of the following cases pursuant to Articles 56 through 61, a lawsuit involving claims incidental to the main claim, such as the designation of a person with parental authority or a caregiver for a child, and the payment of support may also be filed with the court:

1. Cases regarding a marital relationship;

2. Cases regarding a biological parental relationship;

3. Cases an adoptive relationship;

4. Cases regarding a parent-child relationship;

5. Cases regarding a support relationship;

6. Cases regarding guardianship.

(4) Where the court has international jurisdiction only over claims incidental to the main claim of a case under the subparagraphs of paragraph (3), no lawsuit on such main claim may be filed with the court.

**Article 7 (Jurisdiction over Counterclaims)** A defendant may file a counterclaim with the court in which the original claim is pending, for the purposes of the claim closely related to the manner the original claim is

filed or defense is adopted, where the court has international jurisdiction over the original claim and the legal proceedings are not considerably delayed thereby.

**Article 8 (Jurisdiction by Agreement)** (1) The parties may agree on international jurisdiction over a lawsuit arising from a specific legal relationship (hereafter in this Article referred to as "agreement"): Provided, That such agreement shall not be effective, in any of the following cases:

1. Where the agreement is no longer effective under the laws of a country to have international jurisdiction by agreement (including laws regarding the designation of the applicable law);

2. Where the parties to the agreement had no capacity to reach such agreement;

3. Where the lawsuit subject to an agreement pursuant to the statutes or regulations, or treaties of the Republic of Korea falls under the international jurisdiction of a country other than the country agreed upon by the parties;

4. Where the effects of the agreement, if recognized, are clearly contrary to good morals or other public order of the country in which such lawsuit is pending.

(2) An agreement shall be reached in writing (including electronic expression of intent exchanged via telegram, telex, facsimile, electronic mail, or any other means of communications).

(3) Jurisdiction determined by agreement shall be presumed to be exclusive.

(4) Where an agreement contains contract provisions between the parties, the effects of other provisions in the contract shall not affect the effects of the agreement's provisions.

(5) Where there is an exclusive jurisdiction agreement between the parties in favor of a foreign court regarding a lawsuit arising from a specific legal relationship, but where the lawsuit is filed with the court, the court shall dismiss the relevant lawsuit: Provided, That the same shall not apply in any of the following cases:

1. Where the agreement is not effective for falling under any subparagraph of paragraph (1);

2. Where jurisdiction by pleading under Article 9 arises;

3. Where the court of a country to have international jurisdiction by agreement decides not to review the case;

4. Where sufficient grounds exist to prevent the agreement from being properly fulfilled.

**Article 9 (Jurisdiction by Pleading)** Where a defendant does not challenge the court's lack of international jurisdiction, but instead pleads his or her case on the merits or makes statements on the date for preparatory pleading, the court shall have international jurisdiction over the case.

**Article 10 (Exclusive Jurisdiction)** (1) The following lawsuits may be filed with the court only:

1. A lawsuit regarding registration in the official books of the Republic of Korea: Provided, That excluded are lawsuits regarding transfer or other disposal under a contract between the parties seeking completion of registration;

2. A lawsuit regarding the annulment of the establishment of, or the dissolution of, a corporation or organization established under the statutes or regulations of the Republic of Korea, or the validity or invalidity of a resolution of such corporation or organization;

3. A lawsuit regarding real rights on immovable property in the Republic of Korea or a lawsuit regarding rights for the use of immovable property, which is recorded or registered in official books;

4. A lawsuit regarding the formation, validity or expiry of intellectual property rights, where the intellectual property rights created by registration or entrustment are registered or applied for registration in the Republic of Korea;

5. A lawsuit regarding the enforcement of judgment in the Republic of Korea.

(2) Articles 3 through 7, and 9 shall not apply to a lawsuit over which a foreign court has exclusive international jurisdiction in accordance with the principles of international jurisdiction under the statutes or regulations, or treaties of the Republic of Korea.

(3) Paragraph (1) shall not apply where matters falling under the exclusive jurisdiction of the court under the subparagraphs of paragraph (1) are preliminary questions to be settled in another lawsuit.

**Article 11 (International Litigation Concurrence)** (1) Where a lawsuit over the same case pending in a foreign court between the same parties is filed with the court, and where a judgment rendered by the foreign court is expected to be approved in the Republic of Korea, the court may, by decision, suspend the legal proceedings ex officio or upon the application of a party: Provided, That the same shall not apply in any of the following cases:

1. Where the court has international jurisdiction, in accordance with an agreement on exclusive international jurisdiction;

2. Where it is obvious that the court is more apt to render a judgment on the relevant case than its foreign counterpart.

(2) A party may file an immediate appeal against the court's suspension decision under paragraph (1).

(3) Where a judgment rendered by a foreign court meets the requirements for approval in accordance with the statutes or regulations, or treaties of the Republic of Korea, but where the same lawsuit between the same parties is filed with the court, the court shall dismiss such lawsuit.

(4) Where a foreign court fails to take measures necessary for rendering a judgment on the merits, or where a foreign court fails to or is not expected to pronounce a judgment on the merits within a reasonable period,

the court, upon the receipt of an application by the parties, may continue to review the suspended case under paragraph (1).

(5) Where a decision is made on whether to suspend the legal proceedings under paragraph (1), the order of lawsuits filed shall be determined based on the date of filing.

## Article 12 (Non-Exercise of International Jurisdiction)

(1) Even where the court has international jurisdiction under this Act, but where exceptional circumstances exist to make it inappropriate for the court to exercise such international jurisdiction and to make it more appropriate for a foreign court having international jurisdiction to resolve a dispute, the court, upon receipt of an application by the defendant, may, by decision, suspend the legal proceedings until the initial trial date or the date of pretrial hearing on the merits, or may dismiss such lawsuit: Provided, That the same shall not apply where the parties agree to confer such international jurisdiction on the court.

(2) In cases falling under the main clause of paragraph (1), the court shall provide the plaintiff with an opportunity to state his or her opinion before suspending the legal proceedings or dismissing the lawsuit.

(3) A party may file an immediate appeal against the court's suspension decision under paragraph (1).

## Article 13 (Exception from Application)

Articles 8 and 9 shall not apply to cases for which international jurisdiction is determined pursuant to Articles 24, 56 through 59, 61, 62, 76 (4), and 89.

## Article 14 (Jurisdiction over Interim Measures of Protection)

(1) The court shall have international jurisdiction over interim measures of protection, in any of the following cases:

1. Where the court has international jurisdiction over the merits;

2. Where the property subject to the interim measures of protection is located in the Republic of Korea.

(2) In cases of urgency, a party may file with the court an application for interim measures of protection, which are effective only in the Republic of Korea, notwithstanding paragraph (1).

## Article 15 (Jurisdiction over Non-Contentious Cases)

(1) Articles 2 through 14 shall apply mutatis mutandis to the international jurisdiction of non-contentious cases, unless contrary to the nature thereof.

(2) The international jurisdiction of non-contentious cases shall be governed, respectively, by the provisions as classified below:

1. Cases concerning the declaration of disappearance, etc.: Article 24;

2. Cases concerning a family relationship: Articles 56 through 61;

3. Cases concerning succession and wills: Article 76;

4. Cases concerning the limitation of liability of a shipowner, etc.: Article 89.

(3) Except as provided in the subparagraphs of paragraph (2) in this Act, Article 2 shall apply to jurisdiction over individual non-contentious cases.

## SECTION 3 Applicable Law

**Article 16 (Law of Nationality)** (1) Where a party having two or more nationalities is required to be governed by the law of the nationality, the law of the country most closely related to the party shall be the law of his or her nationality: Provided, That where the nationalities the party holds include the Republic of Korea, the law of the Republic of Korea shall be the law of nationality.

(2) Where a party has no nationality, or his or her nationality cannot be identified, the law of the country of his or her habitual residence (hereinafter referred to as "law of habitual residence") shall govern, and where the habitual residence cannot be identified, then the law of the country of his or her residence shall govern.

(3) Where a party has nationality of a country which has varying laws depending on the territorial unit, the law designated under the optional provisions of the law of the country shall govern and, in the absence of such provisions, the law of a territorial unit most closely related to the party shall govern.

**Article 17 (Law of Habitual Residence)** Where the law of habitual residence shall govern but the habitual residence of a party cannot be identified, the law of the country of the party's residence shall govern.

**Article 18 (Application of Foreign Law)** The court shall examine and apply, ex officio, the details of the foreign law determined to be the applicable law under this Act and may request a party's cooperation for the purpose.

**Article 19 (Scope of Applicable Law)** The provisions of a foreign law designated as the applicable law under this Act shall not be excluded simply because such provisions have the nature of public law.

**Article 20 (Mandatory Application of Law of Republic of Korea)** The mandatory provisions of the Republic of Korea to govern the corresponding legal relationship, irrespective of the applicable law, in light of the purpose of legislation, shall also apply where a foreign law is designated as the applicable law under this Act.

**Article 21 (Exception to Designation of Applicable Law)** (1) Where the applicable law designated under this Act is slightly related to the corresponding legal relationship and where the law of another country most closely related to such legal relationship obviously exists, the law of the other country shall govern.

(2) Paragraph (1) shall not apply if the parties choose the applicable law by agreement.

**Article 22 (Application of Law of the Republic of Korea under Foreign Law)** (1) Where a foreign law is designated as the applicable law under this Act, and where the law of the Republic of Korea shall apply under the law of that foreign country, the law of the Republic of Korea (excluding laws regarding the designation of the applicable law) shall govern.

(2) Paragraph (1) shall not apply in any of the following cases:

1. Where the parties choose the applicable law by agreement;

2. Where the law applicable to a contract is designated under this Act;

3. Where the law applicable to support is designated under Article 73;

4. Where the law applicable to the formality of a will is designated under Article 78 (3);

5. Where the law of registry of a ship is designated under Article 94;

6. Where the application of paragraph (1) is contrary to the purpose of designating the applicable law under this Act.

**Article 23 (Provisions of Foreign Law Contrary to Social Order)** Where a foreign law shall govern but the application of the provisions of the foreign law is clearly contrary to good morals and other public order of the Republic of Korea, the provisions shall not apply.

CHAPTER II PERSON
SECTION 1 International Jurisdiction

**Article 24 (Special Jurisdiction over Cases Such as Declaration of Disappearance)** (1) The court shall have international jurisdiction over cases concerning the declaration of disappearance, in any of the following cases:

1. Where an absentee is a national of the Republic of Korea;

2. Where the last habitual residence of an absentee is in the Republic of Korea;

3. Where the property of an absentee is located in the Republic of Korea or where there is any legal relationship to be governed by the law of the Republic of Korea: Provided, That this shall be limited to the part concerning the property and legal relationship;

4. Where other good causes exist.

(2) The court shall have international jurisdiction over cases concerning the management of an absentee's property, where the last habitual residence of the absentee or his or her property is located in the Republic of Korea.

**Article 25 (Special Jurisdiction over Lawsuit Regarding Members)** Where the court has international jurisdiction pursuant to Article 3 (3), the following lawsuits may be filed with the court:

1. Where a corporation or organization files a lawsuit against a current or former member of the corporation or organization, and the lawsuit arises out of the qualifications of the relevant member;

2. Where a current member of a corporation or organization files a lawsuit against another current or former member of the corporation or organization, and the lawsuit arises out of the qualifications of the relevant member;

3. Where a former member of a corporation or organization files a lawsuit against a current member of the corporation or organization, and the lawsuit arises out of the qualifications of the relevant member.

### SECTION 2 (Applicable Law)

**Article 26 (Legal Capacity)** The legal capacity of a person shall be governed by the law of his or her nationality.

**Article 27 (Disappearance and Absence)** (1) The declaration of disappearance and the management of the property of an absentee shall be governed by the law of the nationality of the missing person or absentee.

(2) Notwithstanding paragraph (1), the law of the Republic of Korea shall govern where the court renders a judgment on the declaration of disappearance of a foreigner, the revocation thereof, or the management of his or her property.

**Article 28 (Capacity to Act)** (1) A person's capacity to act shall be governed by the law of his or her nationality. The same shall also apply where the capacity to act is expanded after marriage.

(2) Once acquired, the capacity to act shall be neither lost nor restricted by the change of the nationality of a person.

**Article 29 (Protection of Transaction)** (1) Where a person who performs a juristic act and the other party are in the same country at the time such juristic act is established, and where the person is considered to be competent under the law of the country in which the act occurred, he or she may not claim his or her incompetency, although he or she may be regarded as incompetent under the law of his or her nationality: Provided, That the same shall not apply where the other party knew or could have known the person's incompetency at the time of the juristic act.

(2) Paragraph (1) shall not apply to juristic acts governed by family law or succession law and to juristic acts in relation to immovable property located in a country other than the one where such juristic act is

performed.

**Article 30 (Corporations and Organizations)** Corporations and organizations shall be governed by the law applicable to the establishment thereof: Provided, That where corporations or organizations established in foreign countries have their principal offices located in the Republic of Korea or conduct their principal business activities in the Republic of Korea, such corporations and other organizations shall be governed by the law of the Republic of Korea.

## CHAPTER III JURISTIC ACT

**Article 31 (Formalities of Juristic Act)** (1) The formalities of a juristic act shall be governed by the law applicable to such act.

(2) The formalities of a juristic act performed in accordance with the lex loci actus shall be valid, notwithstanding paragraph (1).

(3) Where the parties to a contract are in different countries at the time of the conclusion of the contract, the formalities of a juristic act determined by the law of one of such countries may govern such contract.

(4) Where a juristic act is performed by an agent, the lex loci actus shall be determined based on the country to which the agent belongs.

(5) Paragraphs (2) through (4) shall not apply to the formalities of a juristic act, to establish or dispose of real rights and other rights subject to registration.

**Article 32 (Agency in Fact)** (1) A principal-agent relationship shall be governed by the law applicable to the legal relationship between the parties.

(2) Whether the principal is liable to a third party for any act done by the agent shall be governed by the law of the country in which the agent's place of business is located, and where the agent has no place of business, or the third party cannot know the place even if such place exists, the law of the country in which an act is done by the agent shall govern.

(3) Where the agent who enters into an employment contract with the principal has no place of business, the principal place of business of the principal shall be regarded as the agent's place of business.

(4) The principal may choose the law applicable to agency, notwithstanding paragraphs (2) and (3): Provided, That the choice of the applicable law shall be effective only where such choice is stated in a document attesting to the agent's authority, or where the principal or the agent notifies the third party thereof in writing.

(5) Paragraph (2) shall apply mutatis mutandis to the relationship between an agent without authority and a third party.

## CHAPTER IV REAL RIGHTS

**Article 33 (Real Rights)** (1) Real rights, or other rights subject to registration, with regard to movable and immovable property, shall be governed by the lex situs of the subject matter.

(2) The acquisition or loss of, or changes in rights under paragraph (1) shall be governed by the lex situs of the subject matter at the time of the completion of the causal act or fact.

**Article 34 (Means of Transportation)** Real rights to an aircraft shall be governed by the law of a country to which the nationality of the aircraft belongs, and real rights pertaining to rolling stock shall be governed by the law of a country that permits the operation of such rolling stock.

**Article 35 (Bearer Securities)** The acquisition or loss of, or changes in rights to bearer securities shall be governed by the lex situs of the securities at the time of the completion of the causal act or fact.

**Article 36 (Objects in Transit)** The acquisition or loss of, or changes in real rights to any object in transit shall be governed by the law of the country to which the destination belongs.

**Article 37 (Consensual Security Rights to Bonds)** Consensual security rights to bonds, stocks, or other rights, or other securities representing such rights shall be governed by the law applicable to the rights subject to security: Provided, That Article 35 shall apply to consensual security rights to bearer securities.

## CHAPTER V INTELLECTUAL PROPERTY RIGHTS
### SECTION 1 International Jurisdiction

**Article 38 (Special Jurisdiction over Lawsuit Regarding Contract for Intellectual Property Rights)** (1) A lawsuit regarding a contract for the transfer of intellectual property rights, the establishment of a security right, permission for use, etc. may be filed with the court, in any of the following cases:

1. Where intellectual property rights are protected, used or exercised in the Republic of Korea;

2. Where intellectual property rights are registered in the Republic of Korea.

(2) Article 41 shall not apply to a lawsuit to which international jurisdiction under paragraph (1) applies.

**Article 39 (Special Jurisdiction over Lawsuit Regarding Infringement of Intellectual Property Rights)** (1) A lawsuit regarding the infringement of intellectual property rights may be filed with the court, in any of the following cases: Provided, That this shall be limited to the results which have occurred in the Republic of Korea:

1. Where such infringement has been committed in the Republic of Korea;

2. Where the results of such infringement have occurred in the Republic of Korea;

3. Where such infringement has been committed against the Republic of Korea.

(2) Article 6 (1) shall not apply where a lawsuit is filed pursuant to paragraph (1).

(3) Notwithstanding paragraphs (1) and (2), where a serious infringement of intellectual property rights is committed in the Republic of Korea, a lawsuit regarding all the results caused by the infringement, including the results that occur in a foreign country, may be filed with the court.

(4) Article 44 shall not apply where a lawsuit is filed pursuant to paragraphs (1) and (3).

### SECTION 2 Applicable Law

**Article 40 (Protection of Intellectual Property Rights)** The protection of intellectual property rights shall be governed by the law of the country in which such rights are infringed.

### CHAPTER VI CLAIMS
#### SECTION 1 International Jurisdiction

**Article 41 (Special Jurisdiction over Lawsuit Regarding Contract)** (1) A lawsuit regarding a contract may be filed with the court, if any of the following places is located in the Republic of Korea:

1. Place of delivery, in cases of a contract for the supply of goods;

2. Place of supply of service, in cases of a contract for the supply of services;

3. Place where the main part of the obligations is performed, in cases of a contract under which places of delivery and places of supply of services are multiple, or a contract, the purpose of which is to supply both goods and services.

(2) A lawsuit regarding a contract, other than the contracts prescribed in paragraph (1), may be filed with the court, where the parties to the contract agree that the obligations that formed the basis of the claim were or are to be performed in the Republic of Korea.

**Article 42 (Jurisdiction over Consumer Contracts)** (1) Where a consumer who has a habitual residence in the Republic of Korea concludes a contract for a purpose other than his or her occupation or business activities, he or she may file a lawsuit with the court against the other party to the contract (referring to a person who concludes a contract for his or her occupation or business activities; hereinafter referred to as "business entity") in any of the following cases:

1. Where a business entity engages in occupation or business activities, such as solicitation for transactions through advertising, before the conclusion of a contract in a country in which a consumer has a habitual residence (hereinafter referred to as "country of habitual residence") or where a business entity engages in occupation or business activities, such as solicitation for transactions through advertising in a territory not included in the consumer's country of habitual residence toward the country of habitual residence, and where the contract falls under the scope of the business entity's occupation or business activities;

2. Where a business entity receives an order from a consumer in the consumer's country of habitual residence;

3. Where a business entity encourages a consumer to place an order in a country other than his or her country of habitual residence.

(2) Where the habitual residence of a customer is in the Republic of Korea, a business entity may file a lawsuit over a contract under paragraph (1) (hereinafter referred to as "consumer contract") against the consumer in the court only.

(3) Where the parties to a consumer contract reach an agreement on international jurisdiction under Article 8, such agreement shall be effective only in any of the following cases:

1. Where an agreement on international jurisdiction is reached after the occurrence of a dispute;

2. Where an international jurisdiction agreement allows a consumer to file a lawsuit not only with the court, but also with a foreign court.

**Article 43 (Jurisdiction over Employment Contracts)** (1) Where an employee provides his or her labor habitually or provided such labor for the last time in the Republic of Korea, he or she may file a lawsuit against the employer with the court. The same shall also apply where the employee did not or does not habitually provide labor in the Republic of Korea, but the place of business in which the employer hired him or her existed or exists in the Republic of Korea.

(2) A lawsuit regarding an employment contract initiated by an employer against an employee may be filed with the court only, where the employee has a habitual residence in the Republic of Korea or where he or she habitually provides labor in the Republic of Korea.

(3) Where the parties to an employment contract reach an agreement on international jurisdiction under Article 8, such agreement shall be effective only in any of the following cases:

1. Where a dispute has already occurred;

2. Where an international jurisdiction agreement allows a consumer to file a lawsuit not only with the court, but also with a foreign court.

**Article 44 (Special Jurisdiction over Lawsuit Regarding Torts)** A lawsuit regarding torts may be filed with the court, where a tort is committed in or toward the Republic of Korea or where the consequences thereof occur in the Republic of Korea: Provided, That the same shall not apply where it is impossible to predict that the consequences of the torts occur in the Republic of Korea.

## SECTION 2 Applicable Law

**Article 45 (Party Autonomy)** (1) A contract shall be governed by the law chosen, explicitly or implicitly, by the parties: Provided, That the implicit choice shall be limited where reasonable recognition can be achieved, in consideration of the content of the contract and all other circumstances.

(2) The parties may choose the law applicable only to part of the contract.

(3) The parties may change, by agreement, the applicable law under this Article or Article 46: Provided, That any change in the applicable law following the conclusion of the contract shall not affect the validity of the contract type and the right of a third party.

(4) Where all the elements are related to one country only, but the parties choose the law of another country instead, the application of the mandatory provisions of the relevant country shall not be excluded.

(5) Article 49 shall apply mutatis mutandis to the establishment and validity of an agreement between the parties on the choice of the applicable law.

**Article 46 (Objective Connection to Determine Applicable Law)** (1) Where the parties to a contract do not choose the applicable law, the contract shall be governed by the law of the country most closely related to the contract.

(2) Where a party to a contract is to perform any of the following under the contract, the law of the country, in which the habitual residence of the party is located, at the time of the conclusion of the contract (the law of the country in which the principal office is located, where the party is a corporation or organization), shall be presumed to be most closely related: Provided, That where the contract is concluded in connection with the party's occupation or business activities, the law of the country, in which the place of business of the party is located, shall be presumed to be most closely related:

1. In cases of assignment contracts, the performance as the assignor;

2. In cases of use contracts, the performance as the party who provides objects or rights for use;

3. In cases of delegation contracts, outsourcing contracts, or other similar contracts for the provision of services, the performance of the services.

(3) In cases of a contract on the right to immovable property, the law of the country, in which the immovable property is located, shall be presumed to be most closely related.

## Article 47 (Consumer Contract) (1) Even where the parties to a consumer contract choose the applicable law, the protection given to the consumer pursuant to the mandatory provisions of the country in which the habitual residence of the consumer is located shall not be deprived.

(2) Where the parties to a consumer contract do not choose the applicable law, the law of the habitual residence of the consumer shall govern, notwithstanding Article 46.

(3) Notwithstanding Article 31 (1) through (3), the method of a consumer contract shall be governed by the law of the habitual residence of the consumer.

## Article 48 (Employment Contract) (1) Even where the parties to an employment contract choose the applicable law, the protection given to the employee pursuant to the mandatory provisions of the country of the applicable law designated under paragraph (2) shall not be deprived.

(2) Where the parties to an employment contract do not choose the applicable law, the employment contract shall be governed by the law of the country in which the employee habitually provides his or her labor, notwithstanding Article 46, and where the employee does not habitually provide his or her labor within one country, the law of the country, in which the place of business of the employer who hires the employee is located, shall govern.

## Article 49 (Establishment and Validity of Contract) (1) The establishment and validity of a contract, if the contract is to be valid, shall be determined by the law applicable under this Act.

(2) Where it is obviously unreasonable, in the light of all the circumstances, to judge the effect of the act of a party according to the applicable law under paragraph (1), the party may quote the law of his or her habitual residence for the purpose of claiming that he or she has not consented to the contract.

## Article 50 (Management of Affairs) (1) Management of affairs shall be governed by the law of the place where such management is done: Provided, That where the management of affairs is done based on the legal relationship between the parties, the management of affairs shall be governed by the law applicable to the legal relationship.

(2) Claims arising from the performance of the obligations of another person shall be governed by the law applicable to the obligations.

## Article 51 (Unjust Enrichment) Unjust enrichment shall be governed by the law of the place where such enrichment occurs: Provided, That where such enrichment arises from the performance of an obligation

based on the legal relationship between the parties, the law applicable to the legal relationship shall govern.

**Article 52 (Torts)** (1) A tort shall be governed by the law of the place where it is committed or the consequences thereof occur.

(2) Where the habitual residences of the tortfeasor and the injured party are in the same country while a tort is committed, the law of such country shall govern, notwithstanding paragraph (1).

(3) Where a tort violates an existing legal relationship between the tortfeasor and the injured party, the law applicable to such legal relationship shall govern, notwithstanding paragraphs (1) and (2).

(4) In cases of application of a foreign law under paragraphs (1) through (3), the right to claim compensation for damage resulting from a tort shall not be recognized, where the nature of such right is not evidently for the purpose of payment of due compensation to the injured party or where such right is exercised beyond the scope essentially necessary for the payment of due compensation to the injured party.

**Article 53 (Ex Post Facto Agreement on Applicable Law)** Notwithstanding Articles 50 through 52, the parties may choose, by agreement, the law of the Republic of Korea as the applicable law after the occurrence of management of affairs, unjust enrichment, or torts: Provided, That the right of a third party shall not be affected thereby.

**Article 54 (Assignment of Claims and Acceptance of Obligations)** (1) A legal relationship between an assignor and an assignee of a claim shall be governed by the law applicable to the contract between the parties: Provided, That the assignability of the claim and the effect of the assignment of the claim against a debtor and a third party shall be governed by the law applicable to the claim to be assigned.

(2) Paragraph (1) shall apply mutatis mutandis to the acceptance of obligations.

**Article 55 (Transfer of Claims under Statutes)** (1) The transfer of a claim pursuant to statutes shall be governed by the law applicable to the legal relationship between the old creditor and the new creditor, by which the transfer is made: Provided, That where the law applicable to the transferred claim has any provisions to protect the debtor, such provisions shall apply.

(2) Where any legal relationship under paragraph (1) does not exist, the law applicable to the transferred claim shall govern.

CHAPTER VII FAMILY
SECTION 1 International Jurisdiction

**Article 56 (Special Jurisdiction over Cases Regarding Marital Relationships)** (1) The court shall have international jurisdiction over cases regarding a marital relationship, in any of the following cases:

1. Where one of the spouses has his or her habitual residence in the Republic of Korea, and the last common habitual residence of the spouses was in the Republic of Korea;

2. Where a plaintiff, and all or some of the minor children have their habitual residence in the Republic of Korea;

3. Where both of the spouses are nationals of the Republic of Korea;

4. Where a plaintiff who has habitual residence in the Republic of Korea as a national of the Republic of Korea files a lawsuit only for the purpose of terminating the marital relationship.

(2) The court shall have international jurisdiction over a case regarding a marital relationship involving both of the spouses, in any of the following cases:

1. Where the habitual residence of one of the spouses is in the Republic of Korea;

2. Where one of the spouses is dead and the habitual residence of the surviving spouse is in the Republic of Korea;

3. Where both of the spouses are dead and the last habitual residence of one of the spouses was in the Republic of Korea;

4. Where both of the spouses are nationals of the Republic of Korea.

**Article 57 (Special Jurisdiction over Cases Regarding Biological Parental Relationships)** The court shall have international jurisdiction over cases regarding the establishment and termination of a biological parental relationship, in any of the following cases:

1. Where the habitual residence of a child is in the Republic of Korea;

2. Where a child and the parent, who is the defendant, are nationals of the Republic of Korea.

**Article 58 (Special Jurisdiction over Cases Regarding Adoptive Relationships)** (1) The court shall have international jurisdiction over cases regarding the establishment of adoption, where the habitual residence of a prospective adoptee or a prospective adoptive parent is in the Republic of Korea.

(2) Article 57 shall apply mutatis mutandis to cases to ascertain whether an adoptive parent-child relationship exists, or cases on disruption or dissolution of adoption.

**Article 59 (Special Jurisdiction over Cases Regarding Parent-Child Legal Relationship)** The court shall have international jurisdiction over cases regarding parental rights, and custody and visitation rights over a minor child, etc., in any of the following cases:

1. Where the habitual residence of a child is in the Republic of Korea;

2. Where one of the parents and his or her child are nationals of the Republic of Korea.

**Article 60 (Jurisdiction over Cases Regarding Support)** (1) The court shall have international jurisdiction over cases regarding support, where a person entitled to support has his or her habitual residence in the Republic of Korea.

(2) Even where the parties enter into an agreement on international jurisdiction over a case regarding support under Article 8, such agreement shall not be effective in any of the following cases:

1. Where a person entitled to support is a minor or a ward: Provided, That the same shall not apply where the person entitled to support, either a minor or a ward, is allowed to file a lawsuit not only with the court, but also with a foreign court under the relevant agreement;

2. Where a country designated by agreement is not or slightly related to the issue.

(3) Article 9 shall not apply, where a case regarding support falls under any of the following:

1. Where a person entitled to support is a minor or a ward;

2. Where the Republic of Korea is not or slightly related to the issue.

**Article 61 (Special Jurisdiction over Cases Regarding Guardianship)** (1) The court shall have international jurisdiction over cases regarding the guardianship of an adult ward, in any of the following cases:

1. Where the habitual residence of the ward (including a prospective ward; hereinafter the same shall apply) is in the Republic of Korea;

2. Where the ward is national of the Republic of Korea;

3. Where the property of the ward is located in the Republic of Korea and it is necessary to protect the ward.

(2) The court shall have international jurisdiction over cases regarding the guardianship of a minor, in any of the following cases:

1. Where the habitual residence of the minor is in the Republic of Korea;

2. Where the property of the minor is located in the Republic of Korea and it is necessary to protect the minor.

**Article 62 (Jurisdiction over Family Mediation Cases)** Where the court has international jurisdiction over a case pursuant to Articles 56 through 61, it shall also have international jurisdiction over the mediation case.

SECTION 2 Applicable Law

**Article 63 (Formation of Marriage)** (1) The requirements for the formation of a marriage shall be governed by the law of the nationality of each party.

(2) The form of marriage shall be governed by the law of the place where the marriage is to take place or by the law of the nationality of one of the parties: Provided, That where the marriage is to take place in the Republic of Korea, and either party to the marriage is a national of the Republic of Korea, the law of the Republic of Korea shall govern.

**Article 64 (General Effects of Marriage)** The general effects of marriage shall be governed by the laws in the following order:

1. The same law of the nationality of the spouses;

2. The same law of the habitual residence of the spouses;

3. The law of the place to which the spouses are most closely related.

**Article 65 (Matrimonial Property Regime)** (1) Article 64 shall apply mutatis mutandis to the matrimonial property regime.

(2) Where the spouses choose, by agreement, any of the following laws, the matrimonial property regime shall be governed by such law, notwithstanding paragraph (1): Provided, That the agreement shall be effective only in written form that includes the date of the agreement, and the names, seals, or signatures of the spouses:

1. The law of the nationality of one of the spouses;

2. The law of the habitual residence of one of the spouses;

3. The lex situs of the immovable property to govern the matrimonial property regime for the immovable property.

(3) The matrimonial property regime under a foreign law shall not be asserted against a third party acting in good faith, with respect to juristic acts performed in the Republic of Korea and the property located in the Republic of Korea. In such cases, where any foreign law cannot govern such matrimonial property regime, the matrimonial property regime with respect to the relationship with the third party shall be governed by the law of the Republic of Korea.

(4) Notwithstanding paragraph (3), a prenuptial agreement concluded under a foreign law and registered in the Republic of Korea may be asserted against a third party.

**Article 66 (Divorce)** Article 64 shall apply mutatis mutandis to divorce: Provided, That where one of the spouses is a national of the Republic of Korea, with his or her habitual residence in the Republic of Korea, the divorce shall be governed by the law of the Republic of Korea.

**Article 67 (Parent-Child Relationship in Marriage)** (1) The establishment of a parent-child relationship in marriage shall be governed by the law of the nationality of one of the spouses at the time of the birth of the child.

(2) In cases falling under paragraph (1), where the husband was dead before the birth of the child, the law of the nationality of the husband at the time of his death shall be regarded as the law of his nationality.

**Article 68 (Parent-Child Relationship out of Wedlock)** (1) The establishment of a relationship between parents and a child born out of wedlock shall be governed by the law of the nationality of the mother at the time of the birth of the child: Provided, That the establishment of the relationship between the father and the child may be governed by the law of the nationality of the father at the time of the birth of the child or by the law of the current habitual residence of the child.

(2) Except as provided in paragraph (1), paternity acknowledgment may be governed by the law of the nationality of the father at the time of paternity acknowledgment.

(3) In cases falling under paragraph (1), where a father was dead before the birth of his child, the law of the nationality of the father at the time of death shall be regarded as the law of his nationality, and in cases falling under paragraph (2), where a person to acknowledge paternity was dead before such acknowledgment, the law of his nationality at the time of death shall be regarded as the law of his nationality.

**Article 69 (Children Born out of Wedlock)** (1) Where the status of a child born out of wedlock is changed into that of a child born in wedlock, the law of the nationality of either the father or mother or the law of the habitual residence of the child at the time of the completion of the requirements shall apply.

(2) In cases falling under paragraph (1), where either the father or mother was dead prior to the completion of the requirements, the law of the nationality of either the father or mother at the time of his or her death shall be regarded as the law of his or her nationality.

**Article 70 (Adoption and Dissolution of Adoption)** Adoption and dissolution of adoption shall be governed by the law of the nationality of the adoptive parents at the time of the adoption.

**Article 71 (Consent)** With respect to the establishment of a parent-child relationship under Articles 68 through 70, where the law of the nationality of the child requires that consent or agreement be obtained

from the child or a third party, such requirement shall also be met.

**Article 72 (Parent-Child Legal Relationship)** Where both parents and a child have the same law of nationality, the parent-child legal relationship shall be governed by the same law of nationality, but in other cases, the law of the habitual residence of the child shall govern.

**Article 73 (Support)** (1) Support obligations shall be governed by the law of the habitual residence of a person entitled to support: Provided, That where the person entitled to support cannot obtain support from a person with support obligations under the relevant law, the law of the common nationality of the parties shall govern.

(2) Where a divorce is completed or approved in the Republic of Korea, the support obligations between the divorced parties shall be governed by the law under which the divorce is granted, notwithstanding paragraph (1).

(3) With respect to support obligations among collateral relatives by blood or relatives by marriage, the alleged obligor may contend, against the person who claims to be entitled to support, that he or she has no support obligations under the law of the common nationality of the parties, and where such law does not exist, he or she may contend that no support obligations arise under the law of his or her habitual residence.

(4) Where both a person with support obligations and a person entitled to support are nationals of the Republic of Korea, and where the habitual residence of the former is in the Republic of Korea, the law of the Republic of Korea shall govern.

**Article 74 (Other Kinship)** The establishment of kinship, and rights and obligations arising from such kinship shall be governed by the law of the nationality of each party, unless otherwise provided in this Act.

**Article 75 (Guardianship)** (1) Guardianship shall be governed by the law of the nationality of a ward.

(2) Where the court renders a judgment in a guardianship case involving a foreigner, either an adult or a minor, under Article 61, the law of the Republic of Korea shall govern, in any of the following cases, notwithstanding paragraph (1):

1. Where a cause for the commencement of guardianship for a ward arises under the law of the nationality of the ward, but there is no person to perform the affairs of guardianship, or where the affairs of guardianship cannot be performed even if there is a person to perform such affairs;

2. Where an adjudication on the commencement of guardianship (including an adjudication for the appointment of a supervisor of voluntary guardianship) has been or is made in the Republic of Korea;

3. Where the property of a ward is located in the Republic of Korea and it is necessary to protect the ward.

## CHAPTER VIII SUCCESSION
### SECTION 1 International Jurisdiction

**Article 76 (Jurisdiction over Cases Regarding Succession and Will)** (1) The court shall have international jurisdiction over cases regarding succession, in any of the following cases:

1. Where the habitual residence of the deceased is in the Republic of Korea at the time of death; The same shall also apply where the habitual residence of the deceased does not exist in any country or cannot be identified, or his or her last habitual residence is in the Republic of Korea;

2. Where the property devolved by succession is located in the Republic of Korea: Provided, That the same shall not apply where the value of such property is considerably low.

(2) Where the parties agree on international jurisdiction over a case regarding succession under Article 8, such agreement shall not be effective in any of the following cases:

1. Where a party is a minor or a ward: Provided, That the same shall not apply where the party, either a minor or a ward, is allowed to file a lawsuit not only with the court, but also with a foreign court under the relevant agreement;

2. Where a country designated by agreement is not or slightly related to the issue.

(3) Article 9 shall not apply where a case of succession falls under any of the following:

1. Where a party is a minor or a ward;

2. Where the Republic of Korea is not or slightly related to the issue.

(4) The court shall have international jurisdiction over a case regarding a will, where the habitual residence of a testator is in the Republic of Korea at the time of the will's making, or where the property subject to the will is located in the Republic of Korea.

(5) Where the court has international jurisdiction over a case pursuant to paragraph (1), it shall also have international jurisdiction over the mediation case.

### SECTION 2 Applicable Law

**Article 77 (Succession)** (1) Succession shall be governed by the law of the nationality of the deceased at the time of death.

(2) Where the deceased clearly designated one of the following laws by any form applicable to a will, succession shall be governed by the law, notwithstanding paragraph (1):

1. The law of the habitual residence of the deceased at the time of the designation: Provided, That such designation shall be effective only where the deceased had maintained the habitual residence in the relevant country until the time of his or her death;

2. The lex situs of the immovable property to govern the succession of the immovable property.

**Article 78 (Will)** (1) A will shall be governed by the law of the nationality of the testator at the time of the will's making.

(2) The amendment or revocation of a will shall be governed by the law of the nationality of the testator at the time the will is amended or revoked.

(3) The formalities of a will shall be governed by any of the following laws:

1. The law of the country of the testator's nationality at the time of the testator's will-making or death;

2. The law of the habitual residence of the testator at the time of the testator's will-making or death;

3. The lex loci actus at the time of the will's making;

4. The lex situs of the immovable property to govern the formalities of a will on the immovable property.

## CHAPTER IX NOTE AND CHECK
### SECTION 1 International Jurisdiction

**Article 79 (Special Jurisdiction over Lawsuit Regarding Note and Check)** A lawsuit regarding a note and check may be filed with the court, if the place of payment of the note and check exists in the Republic of Korea.

### SECTION 2 Applicable Law

**Article 80 (Capacity to Act)** (1) The capacity of a person to assume obligations under a bill of exchange, a promissory note, and a check shall be governed by the law of the nationality of the person: Provided, That where the law of the country stipulates that the law of another country governs, it shall be governed by the law of that country.

(2) Though not having capacity under paragraph (1), a person shall be deemed to have capacity to undertake obligations if he or she signs in another country and has capacity under the law of that country.

**Article 81 (Qualification for Drawee of Check)** (1) The qualification to be a drawee of a check shall be governed by the law of the place of payment.

(2) Even where a check is invalid because it is drawn on a person ineligible as a drawee under the law of the place of payment, the validity of obligations, arising from the signature made in another country in which

there are no corresponding provisions, shall not be affected thereby.

**Article 82 (Method)** (1) The method of performing an act on a bill of exchange, a promissory note, and a check shall be governed by the law of the place of the signature: Provided, That the method of an act on a check may be governed by the law of the place of payment.

(2) Where an act is invalid under the law prescribed in paragraph (1), but where such act is lawful under the lex loci actus, the invalidity of the previous act shall not affect the validity of the subsequent act.

(3) Even where the method of an act on a bill of exchange, a promissory note, and a check, performed by a national of the Republic of Korea in a foreign country, is invalid under the lex loci actus, but where the method is lawful under the law of the Republic of Korea, it shall be effective against other nationals of the Republic of Korea.

**Article 83 (Validity)** (1) The obligations of the acceptor of a bill of exchange and those of the drawer of a promissory note shall be governed by the law of the place of payment, and the obligations arising from a check shall be governed by the law of the place of signature.

(2) The obligations arising from a bill of exchange and a promissory note that belong to persons, other than those prescribed in paragraph (1), shall be governed by the law of the place of signature.

(3) The period for exercising a right of recourse on a bill of exchange, a promissory note and a check shall be governed by the law of the place of issuance with respect to all the signatories.

**Article 84 (Acquisition of Underlying Claim)** Whether the bearer of a bill may acquire the underlying claim shall be governed by the law of the place of the issuance of such bill.

**Article 85 (Partial Acceptance and Partial Payment)** (1) Whether the acceptance of a bill of exchange may be restricted to a portion of the amount of such bill, and whether the bearer is obligated to accept the partial payment shall be governed by the law of the place of payment.

(2) Paragraph (1) shall apply mutatis mutandis to the payment of a promissory note.

**Article 86 (Method of Act for Exercise and Preservation of Rights)** The method of a certificate of protest on a bill of exchange, a promissory note, or a check, the period for drawing the certificate of protest, and the method of other acts necessary for the exercise and preservation of rights on a bill of exchange, a promissory note, or a check, shall be governed by the law of the place where the certificate of protest is to be prepared or of the place where other acts are to be performed.

**Article 87 (Loss or Theft)** The procedures to be taken, in cases of the loss or theft of a bill of exchange, a promissory note, or a check, shall be governed by the law of the place of payment.

**Article 88 (Law of Place of Payment of Checks)** The following matters regarding a check shall be governed by the law of the place of payment of the check:

1. Whether a check needs to be payable at sight, whether a check may be drawn payable at a fixed period after sight, and the validity of a postdated check;

2. The period for the presentation of a check;

3. Whether a check can be accepted, guaranteed, confirmed or visaed, and the validity of such statement thereof;

4. Whether the bearer of a check may demand partial payment, and whether he or she is obligated to accept partial payment;

5. Whether a check may be crossed, and the validity of the expression "payable in account" or any equivalent expression on a check: Provided, That where the drawer or bearer of a check prohibits payment in cash by writing the expression "payable in account" or another equivalent expression on the check, the check shall have the validity of a generally crossed check where it is issued in a foreign country and is to be paid in the Republic of Korea;

6. Whether the bearer of a check has a special right on the check fund, and the nature of such right;

7. Whether a drawer may revoke the mandate for the payment of a check or take any procedures for suspending payment;

8. Whether the certificate of protest or any declaration of equivalent effect is necessary for the preservation of a right of recourse against an endorser, a drawer, or any other debtor.

## CHAPTER X MARITIME COMMERCE
### SECTION 1 International Jurisdiction

**Article 89 (Jurisdiction over Cases Regarding Limitation of Liability of Shipowners)** The court shall have international jurisdiction over cases regarding the limitation of the liability of a shipowner, charterer, ship manager, ship operator, and other ship employee (hereinafter referred to as "shipowner, etc."), only where any of the following places is located in the Republic of Korea:

1. The place of the registry of a ship to which a claim seeking to limit the liability of a shipowner, etc. occurred (hereinafter referred to as "limited claim");

2. The place where the general jurisdiction under Article 3 is recognized with respect to a shipowner, etc. who is an applicant;

3. The place of the accident (including the place where the results of the accident occurred);

4. The first place where the ship docked after the accident;

5. The place where a limited claim caused the property of the shipowner, etc. to be seized or provisionally seized (including the place where a security is furnished in lieu of seizure; hereinafter referred to as "place of seizure, etc.");

6. The place where a lawsuit was filed based on a limited claim against a shipowner, etc.

## Article 90 (Special Jurisdiction over Lawsuit Regarding Ship or Navigation) A lawsuit regarding a ship or navigation that involves a shipowner, etc. may be filed with the court, where the seizure, etc. of the ship occurs in the Republic of Korea.

## Article 91 (Special Jurisdiction over Lawsuit Regarding General Average) A lawsuit regarding general average may be filed with the court, if any of the following places is located in the Republic of Korea:

1. The location of the ship;

2. The first place where the ship docked after the accident;

3. The place of seizure, etc. of the ship.

## Article 92 (Special Jurisdiction over Lawsuit Regarding Collision of Ships) A lawsuit regarding the collision of ships or other accidents may be filed with the court, where any of the following places is located in the Republic of Korea:

1. The place of registry of the ship at fault or location thereof;

2. The place of the accident;

3. The first place where the damaged ship docked after the accident;

4. The place of seizure, etc. of the ship at fault.

## Article 93 (Special Jurisdiction over Lawsuit Regarding Salvage Operation) A lawsuit regarding a salvage operation may be filed with the court, if any of the following places is located in the Republic of Korea:

1. The place where the salvage operation occurred;

2. The first place where the salvaged ship docked;

3. The place of seizure, etc. of the salvaged ship.

SECTION 2 Applicable Law

**Article 94 (Maritime Commerce)** The law of the country of registry of a ship shall govern the following matters relating to maritime commerce:

1. The ownership and mortgage on a ship, the maritime lien, and other real rights on a ship;

2. The order of priority of security interests on a ship;

3. The scope of a shipowner's liability for any act performed by a shipmaster and crew;

4. Whether a shipowner, etc. may claim the limitation of his or her liability, and the scope of the limitation of such liability;

5. General average;

6. The agency right of a shipmaster.

**Article 95 (Collision of Ships)** (1) The liability resulting from a collision of ships at an open port or on a river or territorial waters shall be governed by the law of the place of the collision.

(2) The liability resulting from a collision of ships on the high seas shall be governed by the law of the country of registry if each of the ships has the same country of registry, but where each of the ships has a different country of registry, the law of the country of registry of the ship at fault shall govern.

**Article 96 (Salvage Operation)** The right to claim remuneration arising from a salvage operation shall be governed by the lex loci actus, where the salvage operation occurs on the territorial seas, and by the law of the country of registry of the ship engaged in such operation shall govern, where the salvage operation occurs on the high seas.