**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-0752-JRG-RSP |
| v. | |
| HP INC., | **LEAD CASE** |
| Defendant. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-00766-JRG-RSP |
| v. | |
| ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., | **MEMBER CASE** |
| Defendants. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-00753-JRG-RSP |
| v. | |
| ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., | **MEMBER CASE** |
| Defendants. | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH
TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY
OF A PERMANENT INJUNCTION**

Defendants, Askey Computer Corp. and Askey International Corp. (collectively "Askey"), file this unopposed motion for an extension of time in which to file their response to Plaintiff's motion for entry of a permanent injunction and respectfully show:

1.     Plaintiff filed its motion for entry of a permanent injunction on February 11, 2026, which exceeded, by three pages, the fifteen-page limit required by Local Rule CV-7(a)(2).  Doc. 228.  Plaintiff did not file a motion for leave to exceed the required page limit at that time, but did file such a motion on February 18, 2026.  Doc. 231. Askey did not oppose the motion for leave and it was filed as unopposed.  *See* Doc. 231. As recited in the motion for leave, Plaintiff and Askey agreed (subject to the Court's approval) that Askey's deadline to respond to Plaintiff's motion for the entry of a permanent injunction would be calculated from the date that Plaintiff filed its motion for leave to exceed page limits. *See* Doc. 231.

2.     As noted above, Plaintiff's motion for leave to exceed page limits was filed on February 18, 2026, making Askey's response to Plaintiff's motion for entry of a permanent injunction due March 4, 2026 under the Local Rules and if approved by the Court.

3.     Good cause exists for this extension in that Askey opposes Plaintiff's motion for the entry of a permanent injunction and Askey needs the extension in order to adequately and properly respond to Plaintiff's arguments.  The extension will not affect any remaining deadlines or the trial date.

4.     As noted in the caption and in the body of this motion, the parties, through counsel, have conferred regarding the subject matter of this motion and it is unopposed.

Wherefore, Defendants, Askey Computer Corp. and Askey International Corp., move for an extension of time in which to file Defendants' response to Plaintiff's motion for entry of a permanent injunction through March 4, 2026.

DATED:  February 26, 2026                    Respectfully submitted,


                                             */s/ Trey Yarbrough*
                                             Trey Yarbrough
                                             Bar No. 22133500
                                             trey@yw-lawfirm.com
                                             YARBROUGH WILCOX, PLLC
                                             100 E. Ferguson, Suite 1015
                                             Tyler, Texas 75702
                                             903-595-3111 office
                                             903-595-0191 fax

                                             Ming-Tao Yang (*pro hac vice*)
                                             Jeffrey D. Smyth (*pro hac vice*)
                                             **FINNEGAN, HENDERSON, FARABOW
                                               GARRETT & DUNNER, LLP**
                                             3300 Hillview Avenue, 2nd Floor
                                             Palo Alto, CA 94304
                                             Tel: (650) 849-6600
                                             Fax: (650) 849-6666
                                             Email: ming.yang@finnegan.com
                                             Email: jeffrey.smyth@finnegan.com

                                             *Attorneys for Defendants Askey Computer
                                             Corp. and Askey International Corp.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 26, 2026.


                                             */s/ Trey Yarbrough*
                                             Trey Yarbrough

## <u>CERTIFICATE OF CONFERENCE</u>

This is to certify that counsel for the Defendants and counsel for the Plaintiff conferred regarding the subject matter of this motion and it is unopposed.

*/s/ Trey Yarbrough*
Trey Yarbrough
