# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-0752-JRG-RSP |
| v. | **LEAD CASE** |
| HP INC., | |
| Defendant. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-00766-JRG-RSP |
| v. | **MEMBER CASE** |
| ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., | |
| Defendants. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| Plaintiff, | Civil Action No. 2:24-cv-00753-JRG-RSP |
| v. | **MEMBER CASE** |
| ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., | |
| Defendants. | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

Having considered the unopposed motion of Defendants, Askey Computer Corp. and Askey International Corp., for an extension of time in which to respond to Plaintiff's motion for entry of a permanent injunction, the Court finds that good cause exists and the motion should be granted.

It is, therefore, Ordered that Defendants, Askey Computer Corp. and Askey International Corp., have through March 4, 2026 in which to file a response to Plaintiff's motion for entry of a permanent injunction.