# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO TAKE DEPOSITION OUT OF TIME

On this date, the Court considered the Joint Motion for Leave to Take Deposition Out of Time filed by Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (altogether the "parties"). Based on the motion and the grounds set forth therein, and the agreement of the Parties in the motion, the Court finds that good cause has been established and the parties' joint motion for leave to take the deposition of Wilus's expert, Stephen Dell, out of time should be granted.

**THEREFORE, IT IS HEREBY ORDERED** that the parties' Joint Motion for Leave to Take Deposition Out of Time is **GRANTED**.

**IT IS SO ORDERED.**