# Exhibit 3

doc.: IEEE 802.11-15/0810

# HE PHY Padding and Packet Extension

**Date:** 2015-07-10

## Authors:

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Hongyuan Zhang | Marvell | 5488 Marvell Lane, Santa Clara, CA, 95054 | 408-222-2500 | hongyuan@marvell.com |
| Yakun Sun | | | | yakunsun@marvell.com |
| Lei Wang | | | | Leileiw@marvell.com |
| Liwen Chu | | | | liwenchu@marvell.com |
| Jinjing Jiang | | | | jinjing@marvell.com |
| Yan Zhang | | | | yzhang@marvell.com |
| Rui Cao | | | | ruicao@marvell.com |
| Bo Yu | | | | jiehuang@marvell.com |
| Sudhir Srinivasa | | | | sudhirs@marvell.com |
| Saga Tamhane | | | | sagar@marvell.com |
| Mao Yu | | | | my@marvel..com |
| Edward Au | | | | edwardau@marvell.com |
| Hui-Ling Lou | | | | hlou@marvell.com |

PRIOR_ART_00000460

**[DateTime]**                                    **doc.: IEEE 802.11-15/0810**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Albert Van Zelst | Qualcomm | Straatweg 66-S Breukelen, 3621 BR Netherlands | | allert@qti.qualcomm.com |
| Alfred Asterjadhi | | 5775 Morehouse Dr. San Diego, CA, USA | | aasterja@qti.qualcomm.com |
| Arjun Bharadwaj | | 5775 Morehouse Dr. San Diego, CA, USA | | arjunb@qti.qualcomm.com |
| Bin Tian | | 5775 Morehouse Dr. San Diego, CA, USA | | btian@qti.qualcomm.com |
| Carlos Aldana | | 1700 Technology Drive San Jose, CA 95110, USA | | caldana@qca.qualcomm.com |
| George Cherian | | 5775 Morehouse Dr. San Diego, CA, USA | | gcherian@qti.qualcomm.com |
| Gwendolyn Barriac | | 5775 Morehouse Dr. San Diego, CA, USA | | gbarriac@qti.qualcomm.com |
| Hemanth Sampath | | 5775 Morehouse Dr. San Diego, CA, USA | | hsampath@qti.qualcomm.com |
| Menzo Wentink | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | mwentink@qti.qualcomm.com |
| Richard Van Nee | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | rvannee@qti.qualcomm.com |
| Rolf De Vegt | | 1700 Technology Drive San Jose, CA 95110, USA | | rolfv@qca.qualcomm.com |
| Sameer Vermani | | 5775 Morehouse Dr. San Diego, CA, USA | | svverman@qti.qualcomm.com |
| Simone Merlin | | 5775 Morehouse Dr. San Diego, CA, USA | | smerlin@qti.qualcomm.com |
| Tevfik Yucek | | 1700 Technology Drive San Jose, CA 95110, USA | | tyucek@qca.qualcomm.com |
| VK Jones | | 1700 Technology Drive San Jose, CA 95110, USA | | vkjones@qca.qualcomm.com |
| Youhan Kim | | 1700 Technology Drive San Jose, CA 95110, USA | | youhank@qca.qualcomm.com |

PRIOR_ART_00000461

[DateTime]                                                                                doc.: IEEE 802.11-15/0810

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Robert Stacey | Intel | 2111 NE 25th Ave, Hillsboro OR 97124, USA | +1-503-724-893 | robert.stacey@intel.com |
| Eldad Perahia | | | | eldad.perahia@intel.com |
| Shahrnaz Azizi | | | | shahrnaz.azizi@intel.com |
| Po-Kai Huang | | | | po-kai.huang@intel.com |
| Qinghua Li | | | | quinghua.li@intel.com |
| Xiaogang Chen | | | | xiaogang.c.chen@intel.com |
| Chitto Ghosh | | | | chittabrata.ghosh@intel.com |
| Laurent cariou | | | | laurent.cariou@intel.com |
| Rongzhen Yang | | | | rongzhen.yang@intel.com |
| Ron Porat | Broadcom | | | **rporat@broadcom.com** |
| Matthew Fischer | | | | mfischer@broadcom.com |
| Sriram Venkateswaran | | | | |
| Andrew Blanksby | | | | |
| Matthias Korb | | | | |
| Tu Nguyen | | | | |
| Vinko Erceg | | | | |

PRIOR_ART_00000462

**[DateTime]**                                                    doc.: IEEE 802.11-15/0810

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| James Yee | Mediatek | No. 1 Dusing 1st Road, Hsinchu, Taiwan | +886-3-567-0766 | james.yee@mediatek.com |
| Alan Jauh | | | | alan.jauh@mediatek.com |
| Chingwa Hu | | | | chinghwa.yu@mediatek.com |
| Frank Hsu | | | | frank.hsu@mediatek.com |
| Thomas Pare | Mediatek USA | 2860 Junction Ave, San Jose, CA 95134, USA | +1-408-526-1899 | thomas.pare@mediatek.com |
| ChaoChun Wang | | | | chaochun.wang@mediatek.com |
| James Wang | | | | james.wang@mediatek.com |
| Jianhan Liu | | | | Jianhan.Liu@mediatek.com |
| Tianyu Wu | | | | tianyu.wu@mediatek.com |
| Russell Huang | | | | russell.huang@mediatek.com |
| Joonsuk Kim | Apple | | | joonsuk@apple.com |
| Aon Mujtaba | | | | mujtaba@apple.com |
| Guoqing Li | | | | guoqing_li@apple.com |
| Eric Wong | | | | ericwong@apple.com |
| Chris Hartman | | | | chartman@apple.com |

PRIOR_ART_00000463

[DateTime]                                    doc.: IEEE 802.11-15/0810

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Phillip Barber | Huawei | The Lone Star State, TX | | pbarber@broadbandmobiletech.com |
| Peter Loc | | | | peterloc@iwirelesstech.com |
| Le Liu | | F1-17, Huawei Base, Bantian, Shenzhen | +86-18601656691 | liule@huawei.com |
| Jun Luo | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | jun.l@huawei.com |
| Yi Luo | | F1-17, Huawei Base, Bantian, Shenzhen | +86-18665891036 | Roy.luoyi@huawei.com |
| Yingpei Lin | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | linyingpei@huawei.com |
| Jiyong Pang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | pangjiyong@huawei.com |
| Zhigang Rong | | 10180 Telesis Court, Suite 365, San Diego, CA  92121 NA | | zhigang.rong@huawei.com |
| Rob Sun | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | Rob.Sun@huawei.com |
| David X. Yang | | F1-17, Huawei Base, Bantian, Shenzhen | | david.yangxun@huawei.com |
| Yunsong Yang | | 10180 Telesis Court, Suite 365, San Diego, CA  92121 NA | | yangyunsong@huawei.com |
| Zhou Lan | | F1-17, Huawei Base, Bantian, SHenzhen | +86-18565826350 | Lanzhou1@huawei.com |
| Junghoon Suh | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | Junghoon.Suh@huawei.com |
| Jiayin Zhang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | +86-18601656691 | zhangjiayin@huawei.com |

PRIOR_ART_00000464

[DateTime]

doc.: IEEE 802.11-15/0810

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Hyeyoung Choi | LG Electronics | 19, Yangjae-daero 11gil, Seocho-gu, Seoul 137-130, Korea | | hy0117.choi@lge.com |
| Kiseon Ryu | | | | kiseon.ryu@lge.com |
| Jinyoung Chun | | | | jiny.chun@lge.com |
| Jinsoo Choi | | | | js.choi@lge.com |
| Jeongki Kim | | | | jeongki.kim@lge.com |
| Giwon Park | | | | giwon.park@lge.com |
| Dongguk Lim | | | | dongguk.lim@lge.com |
| Suhwook Kim | | | | suhwook.kim@lge.com |
| Eunsung Park | | | | esung.park@lge.com |
| HanGyu Cho | | | | hg.cho@lge.com |
| Thomas Derham | Orange | | | thomas.derham@orange.com |
| Bo Sun | ZTE | #9 Wuxingduan, Xifeng Rd., Xi'an, China | | sun.bo1@zte.com.cn |
| Kaiying Lv | | | | lv.kaiying@zte.com.cn |
| Yonggang Fang | | | | yfang@ztetx.com |
| Ke Yao | | | | yao.ke5@zte.com.cn |
| Weimin Xing | | | | xing.weimin@zte.com.cn |
| Brian Hart | Cisco Systems | 170 W Tasman Dr, San Jose, CA 95134 | | brianh@cisco.com |
| Pooya Monajemi | | | | pmonajem@cisco.com |

PRIOR_ART_00000465

[DateTime]

doc.: IEEE 802.11-15/0810

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Fei Tong | Samsung | Innovation Park, Cambridge CB4 0DS   (U.K.) | +44 1223 434633 | f.tong@samsung.com |
| Hyunjeong Kang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-31-279-9028 | hyunjeong.kang@samsung.com |
| Kaushik Josiam | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7437 | k.josiam@samsung.com |
| Mark Rison | | Innovation Park, Cambridge CB4 0DS   (U.K.) | +44 1223  434600 | m.rison@samsung.com |
| Rakesh Taori | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7470 | rakesh.taori@samsung.com |
| Sanghyun Chang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-10-8864-1751 | s29.chang@samsung.com |
| Yasushi Takatori | NTT | 1-1 Hikari-no-oka, Yokosuka, Kanagawa 239-0847 Japan | | takatori.yasushi@lab.ntt.co.jp |
| Yasuhiko Inoue | | | | inoue.yasuhiko@lab.ntt.co.jp |
| Yusuke Asai | | | | asai.yusuke@lab.ntt.co.jp |
| Koichi Ishihara | | | | ishihara.koichi@lab.ntt.co.jp |
| Akira Kishida | | | | kishida.akira@lab.ntt.co.jp |
| Akira Yamada | NTT DOCOMO | 3-6, Hikarinooka, Yokosuka-shi, Kanagawa, 239-8536, Japan | | yamadaakira@nttdocomo.com |
| Fujio Watanabe | | 3240 Hillview Ave, Palo Alto, CA 94304 | | watanabe@docomoinnovations.com |
| Haralabos Papadopoulos | | | | hpapadopoulos@docomoinnovations.com |

PRIOR_ART_00000466

**doc.: IEEE 802.11-15/0810**

# Overview

- HE PHY adopts 4x Numerology [1], mainly for: facilitate OFDMA design, facilitate outdoor channel support, increase PHY efficiency.

- **Area Penalty**: ~4x $N_{DBPS}$ compared with 11ac with same BW.
  - Lead to big area or implementation complexity concern, if SIFS time duration is unchanged.
    - ~4x processing speed is required for the last OFDM symbol, for Rx➔Tx turn-around within SIFS (FFT, MIMO-EQ, Decoding, MAC, Tx).
    - Especially at peak data rates (256AM).
- **Overhead Penalty**: on the other hand, increasing SIFS or equivalently adding long packet extension (PE) may offset the throughput gain of 4x numerology.

- **Tradeoff**s between Area and Overhead:
  - Challenging to optimize both at the same time.
  - Different options give different levels of tradeoffs, with different solution for either reducing area/complexity or reducing overhead.

PRIOR_ART_00000467

**doc.: IEEE 802.11-15/0810**

# Proposed HE Padding and Packet Extension

- The last $m_{STBC}$ symbol(s) have 4x duration like other data symbols (12.8us+GI).

- Apply a <span style="color:red">two-step padding method</span> in the last $m_{STBC}$ OFDM symbol(s), i.e.: "Pre-FEC" padding, and "post-FEC" padding.

  - Four possible pre-FEC padding segment boundaries ("$a$ –factor") are defined in the last OFDM symbol(s).

    - Based on number of excess info bits in the last symbol(s), pre-FEC pad <span style="color:red">(the same MAC/PHY padding as in 11ac)</span> toward the nearest boundaries in the last symbol(s).

  - For LDPC, if "LDPC extra symbol" is needed after puncturing, increment one segment (a = $a_{init}$+1), instead of one long symbol.

  - After FEC, insert post-FEC padding bits (no need to decode) to fill up the symbol(s).

    - Post FEC padding is adding by PHY and does not need to be decoded by the receiver

- A Packet Extension (PE) field is applied at the end of PPDU, and its duration is a function of the followings:

  1. The pre-FEC padding boundaries in the last $m_{STBC}$ OFDM symbols ("$a$ – factor").
  2. Receiving STA's capability on its required PE duration, for the current {BW, Nss, MCS} combination.

---

       Hongyuan Zhang,  Marvell, et. al.

PRIOR_ART_00000468

# Bit Stream Illustration



**Refer to Appendix for the Math**

PRIOR_ART_00000469

**[DateTime]**                                        doc.: IEEE 802.11-15/0810

# LDPC Encoding Illustration

- Use $a=1$ and LDPC case as an example.



where

$$N_{CBPS,short} = N_{SD,short} \cdot N_{SS} \cdot N_{BPSCS}$$

$$N_{DBPS,short} = N_{CBPS,short} \cdot R$$

Stream/Segment Parsers are all FIFO on the bits stream, therefore the info and pre-FEC padding bits are contained in the first $N_{SD.SHORT}$ tones before LDPC tone mapper

PRIOR_ART_00000470

**doc.: IEEE 802.11-15/0810**

# Processing Delay

- For LDPC:
  - 4x FFT →4x Tone Demapper → <span style="color:red">Only take the first $N_{SD.SHORT}$ tones</span> → FD processing (MIMO Equalizer, LDPC Decoder)→MAC processing.
  - Post-FEC padding bits are not processed.

- For BCC:
  - Almost all tones need to be processed due to interleaver.
  - However, we propose to disallow BCC in 80MHz and 160MHz. See [2] for more details.

PRIOR_ART_00000471

**[DateTime]**                                                    **doc.: IEEE 802.11-15/0810**

# Packet Extension Field

- PE durations for different pre-FEC padding boundaries (*a-factor* values).
    - Based on decoding capability of the device.
    - An Example where max PE duration is 16us:
        - $T_{PE1}$ = 4us, or ~¼ long symbol       (*a*=1)
        - $T_{PE2}$ = 8us , or ~1/2 long symbol    (*a*=2)
        - $T_{PE3}$ = 12us,  or ~3/4 long symbol  (*a*=3)
        - $T_{PE4}$ = 16us,  or ~1 long symbol     (*a*=4)
    - $T_{PE}$ values are multiple of 4us, for easier L-LENGTH signaling and legacy spoofing.

*a* = 4:



Duration 16us

- A non-zero signal with the same average power as the data  should be transmitted in PE field.
    - To avoid legacy receiver's early termination of CCA-Busy status, due to "carrier lost".

PRIOR_ART_00000472

[DateTime]                                                        doc.: IEEE 802.11-15/0810

# Packet Extension Field—cont'd

- Each STA may claim its PE Capability for receiving PPDUs for different {BW, Nss, MCS} combinations.

  - Defining two constellation thresholds per {BW, Nss} to split MCSs into 3 groups, corresponding to 0us, and two non-zero max PE durations (equivalent to max PE durations of 8us and 16us respectively).

    - To be clear, the 3 categories are:

      - "0us":  $T_{PE}$ = [0 0 0 0]us,  for a=1~4 respectively

      - "8us": $T_{PE}$ = [0 0 4 8]us, for a=1~4 respectively

      - "16us": $T_{PE}$ = [4 8 12 16]us, for a=1~4 respectively

- When STA indicates 80MHz capability or higher, 0µs PE is applied for RU<=20MHz

  - No capability indicated for RU <= 20MHz in this case

  - Otherwise, PE capability is indicated down to TBD RU sizes.

PRIOR_ART_00000473

**doc.: IEEE 802.11-15/0810**

# PE Capability—Illustration





PRIOR_ART_00000474

[DateTime]                                                    doc.: IEEE 802.11-15/0810

# Constellation Thresholds for PE Capability (i)

- HE device capability for determining PE duration is based on two constellation thresholds per {NSS, BW}

- If constellation $\geq threshold_{16}$ apply max PE 16μs mode, else if constellation $\geq threshold_{8}$ apply max PE 8μs mode, else no packet extension

- The encoding constellation thresholds:

| constellation | HE capability encoding |
|---|---|
| BPSK | 000 |
| QPSK | 001 |
| 16QAM | 010 |
| 64QAM | 011 |
| 256QAM | 100 |
| 1024QAM (TBD) | 101 |
| None | 111 |

- Example: max PE 8us for 64QAM, max PE 16us for 256QAM and 1024QAM (TBD)



PRIOR_ART_00000475

[DateTime]                                                    doc.: IEEE 802.11-15/0810

# Constellation Thresholds for PE Capability (ii)

- Some special cases are as follows:

  - If no PE is required both $threshold_8$ and $threshold_{16}$ are set to 111

  - If only max PE 8µs mode is used, set $threshold_{16}$ to be 111, and $threshold_8$ to be the constellation at which max PE 8µs mode starts

  - If only max PE 16µs mode is used, set $threshold_{16}$ to be the constellation at which max PE 16µs mode starts, and $threshold_8$ to be 111

PRIOR_ART_00000476

# Padding Parameters to Avoid MCS Exclusion

- If we strictly choose ¼ number of tones, for certain BW and MCS, $N_{CBPS,short}$ and $N_{DBPS,short}$ (or $N_{DBPS,Short}/N_{ES}$) are not integers.

- The simplest approach to avoid excluding MCS: define a <span style="color:red">compatible</span> $N_{SD.SHORT}$ for the last symbol.

  - Suggested $N_{SD,short}$ for each RU size as shown in the table below:
    - Integer $N_{CBPS,short}$, $N_{DBPS,short}$ and $N_{DBPS,short}/N_{ES}$ for 20MHz and below (≤242-RU )
    - Integer $N_{CPBS,short}$ and $N_{DBPS,short}$ for 40MHz and above (LDPC only).

  - The pre-FEC symbol segments become slightly uneven between a=1~3 and a=4 for some RU. But the performance difference should be very negligible.

  - Encoding procedure described in Appendix starts by:

$$N_{CBPS,short} = N_{SD,short} \cdot N_{SS} \cdot N_{BPSCS}$$
$$N_{DBPS,short} = N_{CBPS,short} \cdot R$$

| RU Size | $N_{SD,Short}$ |
|---------|----------------|
| 26 | 6 |
| 52 | 12 |
| 106 | 24 |
| 242 | 60 |
| 484 | 120 |
| 996 | 240 |
| 996x2 | 492 |

 Hongyuan Zhang,  Marvell, et. al.

PRIOR_ART_00000477

# DL-MU Padding Method (1)

- All user's data fields end at the same time in the DL-MU PPDU.

- All users share the same PE duration.

- All users share a common *a-factor* across all users, based on the user with the longest span.
  - Clean design, simple signaling, simple padding as in 11ac.
  - Minimize SIG field overhead, no per-user fields needed.
    - No per-user *a-factor* field.
    - As in 11ac DLMU, there is only 1 common bit needed for all users indicating "LDPC extra symbol", even if some users are doing BCC!

- Based on *a-factor* value and each user's PE capabilities, AP computes the PE duration for each user $T_{PE,u}$, and the PE duration of the whole DL-MU PPDU is $T_{PE} = \max_{u=0...,N_u-1}\left(T_{PE,u}\right)$ .

- For DL-MU, AP indicates common Nsym , *a-factor* , LDPC Extra Symbol indication, and $T_{PE}$ in the HE-SIG field for all users.

PRIOR_ART_00000478

doc.: **IEEE 802.11-15/0810**

# DL-MU Padding Method (2)

- Illustration (DL-OFDMA)



PRIOR_ART_00000479

**[DateTime]**                                                    doc.: IEEE 802.11-15/0810

# UL-MU Padding Method

- In UL-MU, AP does not have exact number of bytes in each user's buffer—hence cannot compute *a-factor* on a per user basis like SU and DL-MU. However, the STA can use pre-FEC padding to fill Nsym long symbols + a-factor short segments.

- Prefer a common *a-factor* design similar to DL-MU, i.e.

  – AP indicates common Nsym , *a-factor* , LDPC Extra Symbol indication, and $T_{PE}$ for all users, in the trigger frame.

  – BCC users always pre-FEC pad to the pre-determined *a-factor*.

  – LDPC users:

    - If LDPC Extra Symbol = 1, always pre-FEC pad to $a_{init} = a\text{-}1$ in the last symbol(s), and always apply LDPC extra symbol using the last symbol segment ($a=a_{init}+1$).

    - If LDPC Extra Symbol = 0, always pre-FEC pad to $a_{init} = a$ in the last symbol(s), and always do not apply LDPC extra symbol.

PRIOR_ART_00000480

**[DateTime]**                                                                **doc.: IEEE 802.11-15/0810**

# SIG Field Signaling (1)

- HE-SIG Field:
  - 2-bits for *a-factor* .
  - 1 bit for PE dis-ambiguity .
    - For receiver to derive correct $T_{PE}$ and $N_{SYM}$ without ambiguity.
- *a-factor* field definition:

| $a$ | $HE - SIG\ field\ Encoding$ |
|:---:|:---:|
| 1 | 01 |
| 2 | 10 |
| 3 | 11 |
| 4 | 00 |

PRIOR_ART_00000481

doc.: IEEE 802.11-15/0810

# SIG Field Signaling (2)

- Timing Parameters:

$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{PE}$$

where $T_{HE\_DATA} = T_{HE\_SYM} \times N_{SYM} = (12.8 + T_{GI}) \times N_{SYM}$

- L-SIG:

$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{PE}$$

$$L\_LENGTH = \left\lceil \frac{TXTIME - 20}{4} \right\rceil \times 3 - 3 + m, \ m = 1 \text{ or } 2$$

PRIOR_ART_00000482

**doc.: IEEE 802.11-15/0810**

# SIG Field Signaling (3)

- HE-SIG-A: "PE-Disambiguity" Field:
  - Tx: if the following is met, set this field to 1; otherwise, set to 0.

$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{SYM}$$

- Rx Side Computation:

$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) / T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

$$T_{PE} = \left\lfloor \frac{\left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$

Hongyuan Zhang, Marvell, et. al.

PRIOR_ART_00000483

doc.: **IEEE 802.11-15/0810**

# Simulations: LDPC Performance Sanity Check

- Simulate the same MCS for 11ax and 11ac.
- 80MHz, 4 Rx 3SS, LDPC, DNLOS channel.

- For sanity check purpose, we tried different packet sizes to trigger difference scenarios:
  - L=16K Bytes, MCS9-3SS.
    - 11ax padding Op4: 7 symbols, $a = 3$, no LDPC additional symbol;
    - 11ac: 28 symbols , no additional symbol.
  - L=15000 bits, MCS7-3SS
    - 11ax padding Op4: 2 symbols, $a = 1$, no LDPC additional symbol;
    - 11ac: 5 symbols , no LDPC additional symbol.
  - L= 5000 bits, MCS7-3SS
    - 11ax padding Op4: 1 symbols, $a = 3$, <span style="color:red">with LDPC additional symbol</span>;
    - 11ac: 3 symbols , <span style="color:red">with LDPC additional symbol</span>.
  - L= 3150 bits, MCS7-3SS
    - 11ax padding Op4: 1 symbols, $a = 3$, <span style="color:red">with LDPC additional symbol</span>;
    - 11ac: 2 symbols , <span style="color:red">with LDPC additional symbol</span>.

PRIOR_ART_00000484

**doc.: IEEE 802.11-15/0810**

# Results



PRIOR_ART_00000485

**doc.: IEEE 802.11-15/0810**

# Conclusions

- A HE PHY padding and Packet Extension method is proposed to address the area and overhead concern caused by 11ax 4x OFDM numerology.

- The two-step padding and variable PE duration properly addresses the tradeoff between implementation complexity and HE-PHY overhead.

- Further discussions on detailed padding parameters; PE capability definition; MU padding methods; and PHY signaling in HE-SIG.

PRIOR_ART_00000486

**doc.: IEEE 802.11-15/0810**

# Straw Poll #1

- Do you agree to add the following text into Section 3.4 HE Data Field of the current SFD:

  – An 11ax SU  PPDU should apply the MAC/PHY pre-FEC padding scheme as in 11ac, to pad toward the nearest of the four possible boundaries ("*a*" factor) in the last Data OFDM symbol(s), and then use post-FEC padding bits to fill up the last OFDM symbol(s).

  – Packet Extension (PE) field is defined at the end of 11ax PPDUs.
    - PE should have the same average power as data field.

Hongyuan Zhang,  Marvell, et. al.

PRIOR_ART_00000487

**[DateTime]**                                                    **doc.: IEEE 802.11-15/0810**

# Appendix: Example Math for SU Padding

PRIOR_ART_00000488

# Initiating Parameters

$$N_{CBPS,short} = N_{SD,short} \cdot N_{SS} \cdot N_{BPSCS}$$

$$N_{DBPS,short} = N_{CBPS,short} \cdot R$$

Where $N_{SD.short}$ is defined as in below table:

| RU Size | $N_{SD,Short}$ |
|---------|----------------|
| 26 | 6 |
| 52 | 12 |
| 106 | 24 |
| 242 | 60 |
| 484 | 120 |
| 996 | 240 |
| 996x2 | 492 |

PRIOR_ART_00000489

**doc.: IEEE 802.11-15/0810**

# Step-1

- **Compute <u>initial</u> number of payload symbols.**

  - **BCC:**

$$N_{SYM.init} = m_{STBC} \cdot \left\lceil \frac{8.APEP\_LENGTH + N_{Tail}.N_{ES} + N_{service}}{m_{STBC}.N_{DBPS}} \right\rceil$$

  - **LDPC:**

$$N_{SYM.init} = m_{STBC} \cdot \left\lceil \frac{8.APEP\_LENGTH + N_{service}}{m_{STBC}.N_{DBPS}} \right\rceil$$

PRIOR_ART_00000490

# Step-2

- Compute <u>initial</u> numbers of data bits and coded bits in the last symbol and <u>initial excess factor *a*</u> value, based on number of excess bits:

  - BCC:    $N_{\text{Excess}} = \text{mod}\left(8.\text{APEP\_LENGTH} + N_{Tail}.N_{ES} + N_{service}, \; m_{STBC}.N_{DBPS}\right)$

  - LDPC:    $N_{\text{Excess}} = \text{mod}\left(8.\text{APEP\_LENGTH} + N_{service}, \; m_{STBC}.N_{DBPS}\right)$

  - Initial *a-factor* value:

  If $0 < N_{\text{Excess}} \leq m_{STBC}.N_{DBPS.SHORT}$, then $a_{init} = 1$

  If $m_{STBC}.N_{DBPS.SHORT} < N_{\text{Excess}} \leq 2.m_{STBC}.N_{DBPS.SHORT}$, then $a_{init} = 2$

  If $2.m_{STBC}.N_{DBPS.SHORT} < N_{\text{Excess}} \leq 3.m_{STBC}.N_{DBPS.SHORT}$, then $a_{init} = 3$

  If $3.m_{STBC}.N_{DBPS.SHORT} < N_{\text{Excess}} \leq m_{STBC}.N_{DBPS}$, or $N_{\text{Excess}} = 0$, then $a_{init} = 4$

  $$N_{DBPS.LAST.init} = \begin{cases} a_{init}.N_{DBPS.SHORT}, & \text{if } a_{init} < 4 \\ N_{DBPS}, & \text{if } a_{init} = 4 \end{cases}$$

  $$N_{CBPS.LAST.init} = \begin{cases} a_{init}.N_{CBPS.SHORT}, & \text{if } a_{init} < 4 \\ N_{CBPS}, & \text{if } a_{init} = 4 \end{cases}$$

PRIOR_ART_00000491

doc.: IEEE 802.11-15/0810

# Step-3

- Compute number of (pre-FEC) MAC/PHY padding bits as below, and conduct MAC/PHY Padding as in 11ac.

  - BCC:

$$N_{PAD,PRE-FEC} = (N_{SYM.init} - m_{STBC}).N_{DBPS} + m_{STBC}.N_{DBPS.LAST.init}$$
$$- 8.APEP\_LENGTH - N_{Tail}.N_{ES} - N_{service}$$

  - LDPC:

$$N_{PAD,PRE-FEC} = (N_{SYM.init} - m_{STBC}).N_{DBPS} + m_{STBC}.N_{DBPS.LAST.init}$$
$$- 8.APEP\_LENGTH - N_{service}$$

Hongyuan Zhang,  Marvell, et. al.

PRIOR_ART_00000492

**[DateTime]**                                                            doc.: IEEE 802.11-15/0810

# Step-4

- **FEC coding and Compute final $N_{SYM}$ and $a$-factor:**

  - BCC:    $N_{SYM} = N_{SYM.init}, \quad a = a_{init}$

    - Then conduct regular BCC coding based on these parameters.

  - LDPC:    $N_{pld} = (N_{SYM.init} - m_{STBC}).N_{DBPS} + m_{STBC}.N_{DBPS.LAST.init}$

    $$N_{avbits} = (N_{SYM.init} - m_{STBC}).N_{CBPS} + m_{STBC}.N_{CBPS.LAST.init}$$

  - Compute LDPC encoding parameters $\{L_{LDPC}, N_{CW}, N_{shrt}, N_{punc}\}$ as in 802.11n (clause **20.3.11.7.5**) starting from $N_{avbits}$.

  - In step d) of clause **20.3.11.7.5**, if the condition for "LDPC Extra Symbol" is met, then

    $$N_{avbits} = \begin{cases} N_{avbits} + m_{STBC}.\left(N_{CBPS} - 3.N_{CBPS.SHORT}\right), & \text{if } a_{init} = 3 \\ N_{avbits} + m_{STBC}.N_{CBPS.SHORT}, & \text{otherwise} \end{cases}$$

    $$N_{punc} = \max\left(0, \left(N_{CW} \times L_{LDPC}\right) - N_{avbits} - N_{shrt}\right)$$

    $$\begin{cases} N_{SYM} = N_{SYM.init} + m_{STBC}, \text{ and } a = 1, & \text{if } a_{init} = 4 \\ N_{SYM} = N_{SYM.init}, \text{ and } a = a_{init} + 1, & \text{otherwise} \end{cases}$$

PRIOR_ART_00000493

**doc.: IEEE 802.11-15/0810**

# Step-4 (Cont'd)

- (LDPC Cont'd) if the above mentioned "LDPC Extra Symbol" condition is not met:

$$a = a_{init}, \quad N_{SYM} = N_{SYM.init}$$

- Conduct Regular LDPC encoding using these parameters.

  – Finally, update below:

$$N_{CBPS.LAST} = \begin{cases} a.N_{CBPS.SHORT}, & \text{if } a < 4 \\ N_{CBPS,} & \text{if } a = 4 \end{cases}$$

 Hongyuan Zhang, Marvell, et. al.

PRIOR_ART_00000494

**doc.: IEEE 802.11-15/0810**

# Step-5

- **Post-FEC padding and remaining Tx steps:**

$$N_{PAD,POST-FEC} = N_{CBPS} - N_{CBPS.LAST}$$

  – Pad $N_{PAD.POST-FEC}$ bits after encoded bits in each of the last $m_{STBC}$ OFDM symbols, and then continue with the following transmission steps

                                                                        Hongyuan Zhang, Marvell, et. al.

PRIOR_ART_00000495

[DateTime]                                                    doc.: IEEE 802.11-15/0810

# Step-6

- **Packet Extension Insertion:**
  - Insert Packet Extension Field at the end of the PPDU, according to *a-factor* value, the MCS, BW and Nss parameters used in the data field, and the PE capability of the intended recipient of the PPDU

PRIOR_ART_00000496

**doc.: IEEE 802.11-15/0810**

# References

[1]  11-15-0132-02-00ax-spec-framework

[2]  11-15-0580-01-00ax 11ax coding discussion

PRIOR_ART_00000497