# Exhibit 11

| | |
|---|---|
| **From:** | Alexandra Easley <aeasley@raklaw.com> |
| **Sent:** | Tuesday, February 17, 2026 1:35 PM |
| **To:** | Brendan McLaughlin |
| **Cc:** | Ralph A. Phillips; Rak Wilus; nrubin@raklaw.com; andrea@millerfairhenry.com; FISH SERVICE Samsung/Wilus; Lawrence Jarvis; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; j Hyland |
| **Subject:** | Re: Wilus Litigation (2:24-cv-00746) — Motion to Amend Answer and Counterclaims |

Hi Brendan,

I am available for a meet and confer today at 3:30pm CST. If that time works for you, will you please send an invite? Thank you.

**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aeasley@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

> On Feb 17, 2026, at 12:30 PM, Brendan McLaughlin <BMcLaughlin@fr.com> wrote:
>
> Alexandra,
>
> Thank you for your response.  Could you please provide your availability to meet and confer today regarding the motion to amend, pursuant to Local Rule CV-7?
>
> Regards,
> Brendan
>
> **Brendan F McLaughlin**
> Associate ■ Fish & Richardson P.C.
>
> **T:** 202 626 6438
> BMcLaughlin@fr.com | Bio | LinkedIn | fr.com
>
> 1000 Maine Avenue SW, Suite 1000, Washington, DC 20024

**From:** Alexandra Easley <aeasley@raklaw.com>
**Sent:** Tuesday, February 17, 2026 10:02 AM
**To:** Ralph A. Phillips <RPhillips@fr.com>
**Cc:** Rak Wilus <rak_wilus@raklaw.com>; nrubin@raklaw.com; andrea@millerfairhenry.com; FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; Lawrence Jarvis <jarvis@fr.com>; melissa@gillamsmithlaw.com; tom@gillamsmithlaw.com; j Hyland <jhyland@hilgerslaw.com>
**Subject:** Re: Wilus Litigation (2:24-cv-00746) — Motion to Amend Answer and Counterclaims

[This email originated outside of F&R.]

Counsel,

We oppose Samsung's motion for leave to amend its answer and counterclaims. While your email references Wilus' document productions and various depositions, we are not aware of anything in those materials that would justify amendment of Samsung's answer at this late stage, particularly given that discovery closed weeks ago.

Best,

Alexandra

**Alexandra Easley**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | aeasley@raklaw.com |www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Feb 11, 2026, at 3:04 PM, Ralph A. Phillips <RPhillips@fr.com> wrote:

Counsel,

Samsung intends to file a motion for leave to amend its answer and counterclaims in the -746 case to raise an additional defense of inequitable conduct and a corresponding counterclaim.  Samsung's basis for this amendment is Wilus's late document production and deposition testimony from Mr. Ko, Dr. Son, and Dr. Kwak regarding the '077 patent and knowledge of prior art which revealed information previously unknown to Samsung prior to December's depositions and production.  As a courtesy, Samsung's contemplated Second Amended Answer is attached for your consideration.  Note that the document is encrypted, the password will be sent under separate cover.

We point out that Samsung's Initial Disclosures, served on December 30, 2024, notified Wilus of Samsung's intent to raise equitable defenses including inequitable conduct, and Samsung's December Supplemental Response to Wilus's Interrogatory No. 7 provided additional details about this defense. Additionally, the opening report of Dr. Bims contains opinions for inequitable conduct.

Please let us know by Friday, February 13th whether you oppose Samsung's amendment

Regards,

Ralph


**Ralph A. Phillips ::** Fish & Richardson P.C. **::** +1-202-626-6382

```
*************************************************************************
***************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
*************************************************************************
***************************************************
```
<RAEO - Samsung Second Amended Answer  CCs (-746 case).pdf>

```
***********************************************************************************
**************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
***********************************************************************************
**************************************
```