# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>             Plaintiff, <br><br>     v. <br><br> HP INC., <br><br>             Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>             Plaintiff, <br><br>     v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>             Plaintiff, <br><br>     v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>             Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |

# **[PROPOSED] PARTIAL JUDGMENT**

Based upon the December 12, 2025 Joint Stipulation between Wilus Institute of Standards and Technology Inc. and Askey Computer Corp., and Askey International Corp. (ECF No. 202), and pursuant to Rule 54(b), it is now **ORDERED, ADJUDGED, AND DECREED** that:

1. Askey's sales and offers to sell the following Accused Products in the United States:

| |
|---|
| Wi-Fi 6 Dual-band Mesh Router (RT5703W) |
| Wi-Fi 6 Dual-band Router (RT5010W) |
| Wi-Fi 6 Dual-band Mesh Extender (AP5690W) |
| Outdoor 5G NR Router with Wi-Fi 6 (EAO2522P) |
| Indoor Enterprise AP (EAI2308P) |
| LTE + Wi-Fi 6 Dual-Band Enterprise Indoor Router (EAI2304P) |
| Askey RTL0310 5G NR CPE |
| Askey RTL0350 5G NR Mobile Hotspot |
| ASKEY AP5660W WiFi 6 Tri-Band Mesh Extender |
| Netflix UHD Android TV Box (STI6030) |
| UHD Android TV Dongle (STI6130) |
| Wi-Fi 6E Tri-band Mesh Router (RT5035W) |
| Wi-Fi 6E Tri-band Mesh Extender (AP5692W) |
| XGSPON Wi-Fi 7 Gateway (RTV7906VW) |

constitute infringement of the following patent claims asserted by Wilus:

- claims 1-3 and 5-6 of U.S. Patent No. 10,305,638;
- claims 1-2 and 6-8 of U.S. Patent No. 10,313,077;
- claims 1-5 of U.S. Patent No. 10,651,992;
- claims 1-4 and 6 of U.S. Patent No. 10,820,233;
- claims 1-4 and 6 of U.S. Patent No. 10,931,396;
- claims 1-5 of U.S. Patent No. 11,128,421; and
- claims 1 and 4-7 of U.S. Patent No. 11,664,926.

2. The patent claims asserted by Wilus as set forth above are not invalid.

3. There is no willful infringement and no finding of willfulness by Askey.

Dated: _____

                                                            _____
                                                            Honorable Rodney Gilstrap
                                                            United States District Judge
                                                            Eastern District of Texas