IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG <br> [Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG <br> [Member Case] |

**SAMSUNG'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS
FOR LACK OF STANDING (DKT. 220)**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") respectfully move the Court for a one-week extension of time to file a reply to Wilus' Opposition to Samsung's Motion to Dismiss for Lack of Standing (Dkt. 238, the "Opposition") from Wednesday, March 4 to Wednesday, March 11.  While the parties initially agreed that "neither party will seek an extension of time to file their reply and sur-re[p]ly briefs," Dkt. 225 at 2, Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") admitted in its Opposition that it failed to produce during fact discovery—which closed two months ago—a document Wilus discusses at length in the Opposition and relies upon to try to rebut Samsung's Motion to Dismiss for Lack of Statutory Standing Under 35 U.S.C. § 281.  Dkt. 238 at 9 (stating the document in question "was unintentionally not produced by Wilus's counsel previously in this case.").  Because this document was not produced during fact discovery, Wilus does not oppose this motion for an extension of time.  *Id.*[1]

Samsung represents that this extension is not sought for purposes of delay but rather so that justice may be served.  Counsel for Samsung met and conferred with counsel for Wilus, and counsel for Wilus indicated that they are unopposed to the relief sought in this Motion.

---

[1] Samsung strongly disagrees with Wilus's statement that "[t]he potential prejudice to Samsung from this late production has been mitigated by offering Samsung additional time and/or pages for its reply, or to refile its motion, to address the" new document.  Dkt. 238 at 9.

1

Dated: February 26, 2026                    Respectfully submitted,

*/s/ Ralph A. Phillips*
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.

2

1717 Main Street, Suite 5000  
Dallas, TX 78766  
Telephone: 214-747-5070  
Facsimile: 214-747-2091

Aleksandr Gelberg  
CA Bar No. 279989  
gelberg@fr.com  
John-Paul Fryckman  
CA Bar No. 317591  
fryckman@fr.com  
FISH & RICHARDSON, P.C.  
12860 El Camino Real, Ste. 400  
San Diego, CA 92130  
Telephone: 858-678-5070  
Facsimile: 858-678-5099

Bailey K. Benedict  
TX Bar No. 24083139  
benedict@fr.com  
FISH & RICHARDSON, P.C.  
909 Fannin Street, Ste. 2100  
Houston, TX 77010  
Telephone: 713-654-5300  
Facsimile: 713-652-0109

Lawrence R. Jarvis  
GA Bar No. 102116  
jarvis@fr.com  
FISH & RICHARDSON P.C.  
1180 Peachtree St. NE, Fl. 21  
Atlanta, GA 30309  
Telephone: 404-892-5005  
Facsimile: 404-892-5002

Melissa R. Smith  
Texas Bar No. 24001351  
melissa@gillamsmithlaw.com  
Andrew Thompson ("Tom") Gorham  
Texas Bar. No. 24012715  
tom@gillamsmithlaw.com  
GILLAM & SMITH, LLP  
303 South Washington Avenue  
Marshall, Texas 75670  
Telephone: 903-934-8450  
Facsimile: 903-934-9257

Jon B. Hyland
jhyland@hilgerslaw.com
HILGERS PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on February 26, 2026. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Ralph A. Phillips*
Ralph A. Phillips

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h), counsel for Samsung have conferred with counsel for Wilus and the relief requested in this motion is unopposed.

*/s/ Ralph A. Phillips*
Ralph A. Phillips
