# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  *Plaintiff*,<br><br>v.<br><br>HP INC.,<br><br>  *Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP<br>(LEAD CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  *Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  *Defendants*. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00746-JRG<br>(MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  *Plaintiff*,<br><br>v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br><br>  *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP<br>(MEMBER CASE) |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br>    *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>    *Defendants*. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>    *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Joint Motion for Leave to Take Deposition Out of Time (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") (altogether the "Parties"). (Dkt. No. 241.) In the Motion, the Parties seek leave to conduct the deposition of Plaintiff's expert Mr. Stephen Dell on February 28, 2026 (one day after the February 27, 2026 expert discovery deadline) due to scheduling conflicts. (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Parties may conduct the deposition of Mr. Dell on February 28, 2026.

**So Ordered this**

**Mar 1, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE