# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP |
| HP INC., | § § § | (LEAD CASE) |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § § | (MEMBER CASE) |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP <br> (MEMBER CASE) |

**ORDER**

Before the Court is Samsung's Unopposed Motion for Extension of Time to File Reply in Support of its Motion to Dismiss for Lack of Standing (Dkt. No. 220) (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). (Dkt. No. 245.) In the Motion, Samsung seeks a seven-day extension of time to file a reply in support of its Motion to Dismiss for Lack of Standing (the "Motion to Dismiss"). (*Id*. at 1.) The requested extension would move the deadline from March 4, 2026, up to and including March 11, 2026. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for Samsung to reply to the Motion to Dismiss is **extended** up to and including March 11, 2026.

**So Ordered this**

**Mar 1, 2026**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE