# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC. <br><br>*Defendant.* | Civil Action No. 2:24-cv-0752-JRG-RSP <br><br>**LEAD CASE** <br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP., <br><br>*Defendants* | Civil Action No. 2:24-cv-0753-JRG-RSP <br><br>(Member Case) <br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br>*Plaintiff*, <br><br>v. <br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br>*Defendants.* | Civil Action No. 2:24-cv-00746-JRG-RSP <br><br>(Member Case) <br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, <br><br>v. <br><br>HP INC. <br><br>*Defendant.* | Case No. 2:24-cv-00764-JRG-RSP <br><br>(Member Case) <br><br>**JURY DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>*Plaintiff*, | Case No. 2:24-cv-00765-JRG-RSP <br><br>(Member Case) <br><br>**JURY DEMANDED** |

|  |  |
|---|---|
| v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*<br>WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>*Plaintiff*,<br><br>v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.,<br><br>*Defendants*. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case)<br><br>**JURY DEMANDED** |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. NOTICE OF RULE 30(b)(6) DEPOSITION NOTICE OF DEFENDANTS ASKEY INTERNATIONAL CORP. AND ASKEY COMPUTER CORP.**

PLEASE TAKE NOTICE THAT, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff, Wilus Institute of Standards and Technology Inc. ("Wilus" or "Plaintiff") will take the deposition upon oral examination of Defendants, Askey Computer Corp. and Askey International Corp. (collectively, "Askey" or "Defendant"), by or through one or more of its officers, directors, managing agents, or other persons who consent to testify on Defendant's behalf. The deposition shall take place on December 3, 2025 at 10:00a.m. PST and at Russ, August, & Kabat, 12424 Wilshire Blvd, Los Angeles, California 90025 and shall continue day to day until completed. The deposition will be recorded by stenographic means, including the use of real time transcription (i.e., Live Note), sound and/or visual means (i.e., videotape). Defendant is directed to designate and produce, pursuant to Federal Rule of Civil Procedure 30(b)(6), one or more of its officers, directors, managing agents, or other designated persons to testify on its behalf as to the information known or reasonably available to the deponent concerning the matters set forth in Exhibit A attached hereto.

In addition, Defendant's Rule 30(b)(6) designees shall bring to this deposition all documents not previously produced by Defendant that were reviewed, relied upon, or consulted in preparation for this deposition. Defendant is requested to identify the designee of each topic to Plaintiff's counsel in writing at least five business days in advance of the Rule 30(b)(6) deposition. Defendant is further requested to make available to Defendant's witness(es) during their Rule 30(b)(6) depositions source code printouts it has produced in the above-captioned cases as well as a source code inspection computer containing the source code which Defendant has produced in the above-captioned cases.

The deposition shall be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of the United States District Court for the Eastern District of Texas. If more than one person is required to testify on a topic set forth in Exhibit A, different individuals shall be provided for each part of that topic.

Dated: November 3, 2025

Respectfully submitted,

By: /s/ Mackenzie Paladino

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob Buczko (CA SBN 269408)
jbuczko@raklaw.com
James Tsuei (CA SBN 285530)
jtsuei@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

**TOPIC NO. 38:**

Any design-arounds or non-infringing alternatives for the Accused Products that You intend to raise in this action, including the cost to implement such design-arounds or non-infringing alternatives, and the advantages and/or disadvantages of the design-around or non-infringing alternatives to the Accused Products from the time You began selling the Accused Products to present, including any study or analysis of cost, benefit/disadvantage, and availability as well as the reasons why You did not implement and/or have not implemented such alternative.

**TOPIC NO. 39:**

Your efforts to locate and produce documents in this action, including but not limited to the searches performed, the locations searched, and the custodians searched.

**TOPIC NO. 40:**

Any communication or other interaction between you, on the one hand, and Wilus, on the other, including any negotiations prior to the filing of the Complaint.

**TOPIC NO. 41:**

Any contentions You have, and the bases therefore, that any Source Code file or portion thereof for which printouts are provided to Plaintiff (excluding any alleged prior art source code) is non-infringing or otherwise non-practicing because it is not compiled, executed, run, enabled, operable, or activated.

**TOPIC NO. 42:**

For each of the Asserted Patents, the factual basis for your position regarding secondary considerations of non-obviousness such as, but not limited to, commercial success, long-felt need, industry recognition, copying by others, prior failure by others, licensing by others, or unexpected results.

**TOPIC NO. 43:**

The complete factual basis for each Affirmative Defenses and Counterclaim that You have raised or intend to raise in the course of this action, including detailed reasons for Your contentions and all documents identified by You as supporting Your contentions.

**TOPIC NO. 44:**

The source, location, chain of custody, and authenticity of documents produced by you in this litigation.

**TOPIC NO. 45:**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on November 3, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie