# Exhibit D

```
                                                              Page 1
```
Case 2:24-cv-00752-JRG   Document 251-4   Filed 03/02/26   Page 2 of 6 PageID #: 8359

Page 1

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TEXAS
                  MARSHALL DIVISION

WILUS INSTITUTE OF          ) Case No.
STANDARDS AND               ) 2:24-cv-00752-JRG-RSP
TECHNOLOGY INC.,            )    LEAD CASE
        Plaintiff,          ) JURY TRIAL DEMANDED
    v.                      )
HP INC.                     )
        Defendant.          )
----------------------------)
WILUS INSTITUTE OF          ) Case No.
STANDARDS AND               ) 2:24-cv-00753-JRG-RSP
TECHNOLOGY INC.,            )    (Member Case)
        Plaintiff,          )    JURY DEMANDED
    v.                      )
ASKEY COMPUTER CORP.,       )
ASKEY INTERNATIONAL         )
CORP.,                      )
        Defendants.         )
----------------------------)
WILUS INSTITUTE OF          ) Case No.
STANDARDS AND               ) 2:24-cv-00746-JRG-RSP
TECHNOLOGY INC.             )    (Member Case)
        Plaintiff,          )    JURY DEMANDED
    v.                      )
SAMSUNG ELECTRONICS         )
CO., LTD., SAMSUNG          )
ELECTRONICS AMERICA,        )
INC.                        )
        Defendants.         )
----------------------------)
WILUS INSTITUTE OF          ) Case No.
STANDARDS AND               ) 2:24-cv-00764-JRG-RSP
TECHNOLOGY INC.,            )    (Member Case)
        Plaintiff,          )    JURY DEMANDED
    v.                      )
HP INC.                     )
        Defendant.          )
----------------------------)
WILUS INSTITUTE OF          ) Case No.
STANDARDS AND               ) 2:24-cv-00765-JRG-RSP
TECHNOLOGY INC.,            )    (Member Case)
        Plaintiff,          )    JURY DEMANDED
    v.                      )
                            )
                            )
```



Page 2

```
 1                        )
       SAMSUNG ELECTRONICS   )
 2     CO., LTD., SAMSUNG    )
       ELECTRONICS AMERICA,  )
 3     INC.                  )
            Defendants.      )
 4     ---------------------)
       WILUS INSTITUTE OF    ) Case No.
 5     STANDARDS AND         ) 2:24-cv-00766-JRG-RSP
       TECHNOLOGY INC.,      )    (Member Case)
 6          Plaintiff,       ) JURY DEMANDED
            v.               )
 7     ASKEY COMPUTER CORP., )
       ASKEY INTERNATIONAL   )
 8     CORP.,                )
            Defendants.      )
 9
10
11
12     VIDEOTAPED DEPOSITION OF JIMMY CHEN, a deponent in
13     the above-entitled cause, taken remotely from Tiawan
14     before Susan Lozzi, Registered Professional Reporter
15     and Notary Public in and for the Commonwealth of
16     Massachusetts, pursuant to Rules 30(b)(1) and
17     30(b)(6) of the Federal Rules of Procedure on
18     Tuesday, December 16, 2025, commencing at 8:20 p.m.
19     EST.
20
21
22
23
24
25
```

Page 3

```
 1     APPEARANCES:
 2
 3     RUSS AUGUST & KABAT
          12424 Wilshire Boulevard - 12th Floor
 4        Los Angeles, California 90025
          (310) 826-7474
 5        For Wilus Institute of Standards
          and Technology, Inc.
 6        BY:  PHILIP X. WANG, ESQ.
               pwang@raklaw.com
 7             (via Zoom.)
 8
       FINNEGAN
 9        3300 Hillview Avenue - 2nd Floor
          Palo Alto, California 94304-1203
10        (650) 849-6600
          For Askey Computer Corp.
11        and Askey International Corp.
          BY:  MING-TAO YANG, ESQ.
12             ming.yang@finnegan.com
               (via Zoom.)
13
14
15
16
17     ALSO PRESENT (via Zoom):
          John Vitali, Videographer.
18        Lingling Martin, Interpreter, Ko & Martin,
          Certified Interpreters and Translators.
19        Karen Chang, Askey Representative.
          Hao Hua Ho, Askey Representative.
20        Gyan Hsu, Finnegan Paralegal.
          Sophia Ma, Finnegan Intern.
21
22
23
24
25
```

Page 4

```
 1                    INDEX
 2     JIMMY CHEN                            Page
 3     Direct Examination by Mr. Wang          7
 4              EXHIBITS
 5     No.       Description                 Page
 6     Exhibit 1  PLAINTIFF'S NOTICE OF DEPOSITION  16
                  PURSUANT TO FED. R. CIV. P.
 7                30(b)(1) TO JIMMY CHEN.
 8     Exhibit 2  PLAINTIFF WILUS INSTITUTE OF      19
                  STANDARDS AND TECHNOLOGY INC.
 9                NOTICE OF RULE 30(b)(6)
                  DEPOSITION NOTICE OF DEFENDANTS
10                ASKEY INTERNATIONAL CORP. AND
                  ASKEY COMPUTER CORP.
11
       Exhibit 3  E-mail correspondence,           22
12                six pages.
13     Exhibit 4  CONFIDENTIAL LICENSE AND         59
                  SETTLEMENT AGREEMENT, ASKEY_
14                WILUS_00009606 through ASKEY_
                  WILUS_00009628.
15
       Exhibit 5  Letter to Askey Computer         68
16                Corporation from Verizon, July
                  23, 2024, ASKEY_WILUS_00011828
17                and ASKEY_WILUS_00011829.
18     Exhibit 6  DEFENDANTS' ANSWER TO THE        73
                  COMPLAINT FOR PATENT
19                INFRINGEMENT, Document 59, 752
                  case, filed 01/16/25.
20
21     Exhibit 7  DEFENDANTS' ANSWER TO THE        73
                  COMPLAINT FOR PATENT
22                INFRINGEMENT, 752 case, filed
                  01/16/25.
23     Exhibit 8  Letter from Sisvel International 96
24                S.A. to Askey Computer Corp.,
                  August 24, 2022,
                  ASKEY_WILUS_00011046 through
25                ASKEY_WILUS_00011058.
```

Page 5

```
 1            EXHIBITS CONTINUED
 2     Exhibit 9   Sisvel's Wi-Fi 6 Pool Askey -    102
                   July 24, 2023,
 3                 ASKEY_WILUS_00010994 through
                   ASKEY_WILUS_00010998.
 4
       Exhibit 10  Wi-Fi 6 POOL LICENSE OFFER Askey 109
 5                 4 October 2024, ASKEY WILUS
                   00012065 through
 6                 ASKEY_WILUS_00012070.
 7     Exhibit 11  FIRST AMENDED COMPLAINT FOR      124
                   PATENT INFRINGEMENT.
 8
       Exhibit 12  JOINT NOTICE OF SETTLEMENT AND   127
 9                 MOTION TO STAY ALL DEADLINES.
10
11
12
13
14         *** Original exhibits retained
         by the court reporter and returned to Mr. Wang ***
15
16
17
18
19
20
21
22
23
24
```



2 (Pages 2 to 5)



```
                                                Page 6
 1              P-R-O-C-E-E-D-I-N-G-S
 2          THE VIDEOGRAPHER:  We are now on
 3   record.  This begins Videotape No. 1 in the
 4   deposition of Jimmy Chen in the matter of Wilus
 5   Institute of Standards and Technology Incorporated,
 6   vs. HP Incorporated.
 7          Today is Tuesday, December 16th, 2025.
 8   The time is 8:20 p.m. Eastern Time.  This deposition
 9   is being taken remotely at the request of Russ,
10   August & Kabat, LLP.
11          The videographer is John Vitali of
12   Magna Legal Services.  The court reporter is Susan
13   Lozzi of Magna Legal Services.  Will counsel and all
14   parties present please state their appearances and
15   whom they represent?
16          MR. WANG:  This is Philip Wang of the
17   law firm Russ, August & Kabat for the Plaintiff,
18   Wilus Institute of Standards and Technology Inc.
19          MR. YANG:  This is Ming Yang of
20   Finnegan, counsel for both Defendants, Askey.  Also
21   with me is Gyan Hsu, also with Finnegan, and Karen
22   Chang as well as Hao Hua Ho of Askey.
23          THE VIDEOGRAPHER:  Thank you.  We also
24   have Interpreter Lingling Martin present in the
25   meeting.  Will the court reporter please swear in
```

```
                                                Page 7
 1   the witness and the interpreter?
 2          (Interpreter sworn.)
 3          (Witness sworn.)
 4          COURT REPORTER:  Thank you.
 5          THE VIDEOGRAPHER:  Thank you.
 6   Counsel, proceed.
 7          JIMMY CHEN, having been sworn to tell
 8   the truth, testified as follows:
 9   DIRECT EXAMINATION BY MR. WANG:
10     Q.  Good morning, Mr. Chen.  My name is Philip
11   Wang and I represent the Plaintiff, Wilus, in this
12   case.  Can you please state and spell your name.
13     A.  Jimmy Chen, J-I-M-M-Y C-H-E-N.
14     Q.  Do you have a Taiwanese name, Mr. Chen?
15     A.  Yes.
16     Q.  Could you say that as well?
17     A.  Chen Chih Tsung.
18     Q.  Thank you, Mr. Chen.  Do you understand
19   that you are under oath today?
20     A.  I know.
21     Q.  Have you ever testified under oath before?
22     A.  No.
23     Q.  Do you understand that even though we're
24   conducting this deposition remotely through Zoom,
25   that the testimony you give under oath is subject to
```

```
                                                Page 8
 1   the same penalty of perjury as though you were
 2   testifying in a court of law?
 3     A.  I understand.
 4     Q.  Have you ever been deposed before?
 5     A.  No.
 6     Q.  Have you ever been involved in litigation
 7   before?
 8     A.  Are you referring to the company's
 9   litigation?
10     Q.  Yes.  I'm not asking about your -- your
11   personal life.
12     A.  The company in the past had litigation
13   before.
14     Q.  Have you been involved with your company's
15   litigations before?
16     A.  I helped handling with the company's
17   lawsuits.
18     Q.  Thank you, Mr. Chen.  Since we're at the
19   beginning of the deposition, I'm going to go through
20   some rules.  Is that okay?
21     A.  Okay.
22     Q.  I'm going to be asking you questions and
23   I'm going to assume that you understand my questions
24   unless you tell me that you don't understand them,
25   is that fair?
```

```
                                                Page 9
 1     A.  Okay.
 2     Q.  If -- if anything is unclear, you will
 3   need to ask me to clarify.
 4     A.  Okay.
 5     Q.  All right.  From time to time your counsel
 6   may object, but unless your counsel instructs you
 7   not to answer because it would reveal privileged,
 8   you must answer my questions regardless of your
 9   counsel's objections.
10     A.  I understand.
11     Q.  And you also do not need to comment on any
12   objections your attorney may or may not make.
13     A.  Okay.
14     Q.  If at any time during this deposition you
15   need to take a break, just let me know and we will
16   try to take a break about every hour.
17     A.  Okay.
18     Q.  I only ask that we don't take a break
19   while a question is pending.
20     A.  Okay.
21     Q.  Mr. Chen, is there anything that would
22   prevent you from thinking clearly and answering
23   truthfully today?
24     A.  No.
25     Q.  Mr. Chen, what is your position at Askey?
```



3 (Pages 6 to 9)



```
                                                              Page 74
 1       A.   Correct.
 2       Q.   Starting with Exhibit 6, do you see that
 3  in this answer on the first page it says that it's
 4  responding to the Complaint for three patents:  the
 5  '077 Patent, '992 Patent and the '421 Patent.
 6       A.   I see it.
 7       Q.   And then if we turn to Exhibit 7 and look
 8  on the first page, it lists -- the same area.  It
 9  lists four patents:  the '638 Patent, '233 Patent,
10  '396 Patent and '926 Patent.
11       A.   I see it.
12       Q.   So together that would be seven patents,
13  and you testified earlier to your understanding that
14  there's seven patents at issue in this case,
15  correct?
16       A.   Correct.
17       Q.   Thank you.  Let's turn back to Exhibit 6,
18  the first document, Mr. Chen.
19       A.   Okay.
20       Q.   Okay.  Can you please turn to Page 13 of
21  the document?
22       A.   Okay.
23       Q.   And do you see the -- the heading at the
24  top of Page 13 says "DEFENSES"?
25       A.   I see it.
```

```
                                                              Page 75
 1       Q.   Okay.  And the first defense is
 2  "NON-INFRINGEMENT."  Do you see that?
 3       A.   Can you read the text on there?
 4       Q.   Yes.  So it's the heading above
 5  Paragraph 94 and it says in capital letters bold
 6  "FIRST DEFENSE - NON-INFRINGEMENT."
 7       A.   I see it.
 8       Q.   Askey is no longer arguing
 9  non-infringement, right?
10       A.   Correct.
11       Q.   Do you see the second heading?  It says
12  "SECOND DEFENSE - PATENT INVALIDITY."
13       A.   I see it.
14       Q.   And Askey is no longer arguing patent
15  invalidity, correct?
16       A.   Correct.
17       Q.   Can you go down to Page 14?  And do you
18  see the heading for "THIRD DEFENSE - EQUITABLE
19  DOCTRINES"?
20       A.   I see it.
21       Q.   What equitable defenses is Askey arguing
22  in this case?
23       A.   Just as described in the text on here.
24       Q.   Do you have any factual basis or
25  information for any defense under Equit --
```

```
                                                              Page 76
 1  "EQUITABLE DOCTRINES"?
 2       A.   With regard to this question, I need to
 3  inquire with outside counsel in order to know.
 4       Q.   Sitting here, do you have any information
 5  about any of the things that are listed in
 6  Paragraph 100?
 7       A.   This touch upon laws outside Taiwan or
 8  overseas laws and I am not able to ascertain or
 9  provide the needed facts.
10       Q.   Do you know if Askey is continuing to
11  argue this third defense, "EQUITABLE DOCTRINES"?
12       A.   I do not know for sure.
13       Q.   Could you please look at the Fifth
14  Defense?  It says "LIMITATION ON DAMAGES AND
15  RECOVERY."
16       A.   I see it.
17       Q.   And do you see how it says, On information
18  and belief, Plaintiff's claims for damages, if any,
19  against Askey are statutory limited by, including
20  but not limited to, 35 U.S.C. Sections 271, 286 and
21  287 [as read]?
22       A.   I see it.
23       Q.   Do you have any factual basis or
24  information from Askey about this?
25       A.   This touch upon foreign laws and I'm not
```

```
                                                              Page 77
 1  able to ascertain whether I have any factual basis
 2  or not.
 3       Q.   Do you know if Askey is continuing to
 4  argue this Fifth Defense, "LIMITATION ON DAMAGES AND
 5  RECOVERY"?
 6       A.   I do not know for sure.
 7       Q.   Can you look at the next section, the
 8  paragraph that says "PRAYER FOR RELIEF."  And do you
 9  see at the end of the paragraph it says "Askey
10  respectfully requests:"?
11       A.   I see it.
12       Q.   Okay.  For A it says A judgment in
13  favor of Askey denying all relief Plaintiff
14  requested and dismissing Plaintiff's Complaint for
15  Patent Infringement on the merits and with
16  prejudice [as read].  Do you see that?
17       A.   I see it's written this way.
18       Q.   Askey's no longer asking for this, right?
19       A.   With regard to this, I would need to
20  inquire with outside counsel before I can answer.
21       Q.   Turn to B.  B is -- the second thing it
22  says, "A judgment declaring that Plaintiff is
23  precluded and/or estopped from asserting the
24  Patents-in-Suit against Askey."
25       A.   I see it.
```

20 (Pages 74 to 77)



```
                                             Page 134                                          Page 135
 1      ERRATA SHEET DISTRIBUTION INFORMATION          1   PLEASE ATTACH TO THE DEPOSITION OF JIMMY CHEN
 2        DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS   2   CASE:  WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY
 3                                                     3   INC. V. HP INC., et al.
 4                                                     4   DATE TAKEN: 12-16-25
 5         When the Errata Sheet has been completed by the   5
 6      Deponent and signed, a copy thereof should be  6           ERRATA SHEET
 7      delivered to each party of record and the ORIGINAL   7   Please refer to Page 134 for Errata Sheet
 8      forwarded to PHILIP X. WANG, ESQ., to whom the 8   instructions and distribution instructions.
 9      original deposition transcript was delivered.  9   PAGE      LINE      CHANGE      REASON
10                                                    10
11            INSTRUCTIONS TO DEPONENT                11
12                                                    12
13         After reading this volume of your deposition,  13
14      please indicate any corrections or changes to your   14
15      testimony and the reasons therefor on the Errata   15
16      Sheet supplied to you and sign it.  DO NOT make 16
17      marks or notations on the transcript volume itself.  17      I have read the foregoing transcript of my
18      Add additional sheets if necessary.  Please refer to  18   deposition, and except for any corrections or
19      the above instructions for Errata Sheet distribution  19   changes noted above, I hereby subscribe to the
20      information.                                  20   transcript as an accurate record of the statements
21                                                    21   made by me.
22                                                    22      Executed this     day of      , 2025.
23                                                    23
24                                                    24         _____
25                                                    25              JIMMY CHEN

                                             Page 136
 1          COMMONWEALTH OF MASSACHUSETTS
 2
 3
       I, SUSAN LOZZI, Registered Professional Reporter and
 4   Notary Public duly qualified in and for the
     Commonwealth of Massachusetts do hereby certify that
 5   the foregoing statement is a true and correct
     transcript of my original stenographic notes.
 6
 7   I further certify that I am neither attorney or
     counsel for, nor related to or employed by any of
 8   the parties to the action in which this deposition
     is taken; and furthermore, that I am not a relative
 9   or employee of any attorney or counsel employed by
     the parties hereto or financially interested in the
10   action.
11
     IN WITNESS WHEREOF, I have hereunto set my hand and
12   affixed my Notarial Seal this 19th day of December,
     2025.  Reading and signing of the transcript was not
13   requested.
14
15
16
17
18          SUSAN LOZZI
            NOTARY PUBLIC
19
     My Commission Expires:  March 20, 2031.
20
21
22
23
24
25
```



35 (Pages 134 to 136)

