# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>Defendant. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>Defendant. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**ORDER GRANTING PLAINTIFF WILUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ASKEY'S THIRD AFFIRMATIVE DEFENSE OF "EQUITABLE DOCTRINES**

Before the Courtis Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus") motion for partial summary judgment on Defendant Askey Computer Corp.'s and Askey International Corp.'s ("Askey") third affirmative defense of "Equitable Doctrines." The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Headwater's motion for partial summary judgment on Askey's third affirmative defense of "Equitable Doctrines" should be GRANTED.

Accordingly, Headwater's Motion is hereby GRANTED.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 2, 2026, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie
