# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**DECLARATION OF JACOB BUCZKO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS ASKEY COMPUTER CORP.'S AND ASKEY INTERNATIONAL CORP.'S FAILURE TO MARK DEFENSE**

I, Jacob Buczko, declare and state as follows:

1. I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Summary Judgment on Defendants Askey Computer Corp.'s and Askey International Corp.'s Failure to Mark Defense. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of Defendants Askey Computer Corp.'s and Askey International Corp.'s Initial and Additional Disclosures, dated December 20, 2024.

3. Attached as **Exhibit B** is a true and correct copy of Plaintiff Wilus' First Set of Common Interrogatories to all Defendant Groups, dated January 21, 2026.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from Defendant Askey Computer Corp.'s Supplemental Responses and Objections to Plaintiff Wilus' First Set of Common Interrogatories, dated September 24, 2025.

5. Attached as **Exhibit D** is a true and correct copy of the Order in *Salazar v. AT&T Mobility LLC et al.,* No. 2:20-cv-00004-JRG granting plaintiff's motion for partial summary judgement.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2026 in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie