# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br><br>Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case)<br><br>Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case)<br><br>Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |

**DECLARATION OF MACKENZIE PALADINO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SUSPENSION OF RAND COMMITMENT**

I, Mackenzie Paladion, declare and state as follows:

1. I am a member of the State Bar of New York and an attorney at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment on the Suspension of RAND Commitment. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of the 2014 IEEE Bylaws.

3. Attached as **Exhibit B** is a true and correct copy of the 2015 IEEE Bylaws.

4. Attached as **Exhibit C** is a true and correct copy of the Current IEEE Bylaws.

5. Attached as **Exhibit D** is a true and correct copy of Wilus' Accepted Letter of Assurance, produced with Bates Nos. WILUS_0030063-WILUS_0030066.

6. Attached as **Exhibit E** is a true and correct copy of the Rebuttal Expert Report of Paul Nikolich, served on February 13, 2026.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the Opening Report of Gustav Brismark, served on January 22, 2026.

8. Attached as **Exhibit G** is a true and correct copy of excerpts from the Opening Report of Gustav Briskmark served on January 22, 2026.

9. Attached as **Exhibit H** is a true and correct copy of Samsung's Accepted Letter of Assurance, beginning with Bates No. SAMSUNG_WILUS_00068935.

10. Attached as **Exhibit I** is a true and correct copy of the Published statement from USPTO, NIST, and DOJ, produced with Bates Nos. SISVEL-SAMSUNG-0002070- SISVEL-SAMSUNG-0002080.

11. Attached as **Exhibit J** is a true and correct copy of excerpts from Samsung's Responses to Wilus' Third Set of Requests for Admissions, served on December 22, 2025.

12. Attached as **Exhibit K** is a true and correct copy of excerpts from the Corrected Opening Report of Dave Djavaherian, served on January 27, 2026.

13. Attached as **Exhibit L** is a true and correct copy of excerpts from the Rebuttal Report of Dave Djavaherian, served on February 13, 2026.

14. Attached as **Exhibit M** is a true and correct copy of excerpts from the Rebuttal Report of Nisha Mody dated February 13, 2026.

15. Attached as **Exhibit N** is a true and correct copy of an April 8, 2022 Letter from Sisvel to Samsung re: License offer for WiFi 6 Patents, produced with Bates Nos. SAMSUNG_WILUS_00067566-SAMSUNG_WILUS_00067571.

16. Attached as **Exhibit O** is a true and correct copy of excerpts from the Opening Report of Dr. M. Ray Perryman, served on January 23, 2026.

17. Attached as **Exhibit P** is a true and correct copy of a translated version of a letter from Samsung to SKT, produced with Bates No. SAMSUNG-WILUS_00096983-SAMSUNG_WILUS_00096986.

18. Attached as **Exhibit Q** is a true and correct copy of an Email from Sisvel to Samsung produced with Bates Nos. SAMSUNG_WILUS_00100591-SAMSUNG_WILUS_00100597.

19. Attached as **Exhibit R** is a true and correct copy of Wilus' Amended Initial and Additional Disclosures to Askey, served on November 12, 2025.

20. Attached as **Exhibit S** is a true and correct copy of Wilus' Amended Initial and Additional Disclosures to Samsung, served on Novembre 12, 2025.

21. Attached as **Exhibit T** is a true and correct copy of IEEE Records of IEEE Standard Related-Patent Letters of Assurance for IEEE 802.11ax with Amendments.

22. Attached as **Exhibit U** is a true and correct copy of excerpts from the Opening Expert Report of Stephen M. Dell, served on January 23, 2026.

23. Attached as **Exhibit V** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Ray M. Perryman, served on February 13, 2026.

24. Attached as **Exhibit W** is a true and correct copy of excerpts from the Opening Expert Report of Stephen M. Dell, served on January 23, 2026.

25. Attached as **Exhibit X** is a true and correct copy of excerpts from the Rebuttal Expert Report of Gustav Brismark, served on February 13, 2026.

26. Attached as **Exhibit Y** is a true and correct copy of an April 8, 2022 Letter from Sisvel to Askey re: License offer for WiFi 6 Patents, produced with Bates Nos. WILUS_0030047-WILUS_0030052.

27. Attached as **Exhibit Z** is a true and correct copy of an Email exchange between Sisvel and Samsung, produced with Bates Nos. SISVEL-SAMSUNG-0001142- SISVEL-SAMSUNG-0001160.

28. Attached as **Exhibit AA** is a true and correct copy of the Judgment entered in *Sisvel v. Haier*, Case No. KZR 35/17 (Fed. Ct. Justice, Nov. 24, 2020).

29. Attached as **Exhibit BB** is a true and correct copy of the PowerPoint presentation provided to Samsung from Sisvel, produced with Bates Nos. SISVEL-SAMSUNG-0001817-SISVEL-SAMSUNG-0001832.

30. Attached as **Exhibit CC** is a true and correct copy of excerpts from the February 26, 2026 Rough Deposition Transcript of Nisha Mody.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2026 in New York, New York.

/s/ *Mackenzie Paladino*
Mackenzie Paladino
