**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**DECLARATION OF JAMES S. TSUEI IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY UNDER OBVIOUSNESS THEORIES**

I, James S. Tsuei, declare and state as follows:

1. I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion for Partial Summary Judgment of No Invalidity under Obviousness Theories. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct of the Corrected Opening Report of Dr. Harry Bims, dated January 28, 2026.

3. Attached as **Exhibit 2** is a true and correct of the Opening Expert Report of Dr. Stephen B. Wicker, dated January 23, 2026.

4. Attached as **Exhibit 3** is a true and correct of the Declaration of Dr. Harry Bims, dated December 22, 2026.

5. Attached as **Exhibit 4** is a true and correct of the Deposition of Dr. Harry Bims, taken February 20, 2026.

6. Attached as **Exhibit 5** is a true and correct of the Deposition of Harry Bims, Dr. Stephen B. Wicker, taken February 24, 2026.

7. Attached as **Exhibit 6** is a true and correct of the Rebuttal Expert Report of Todor Cooklev, dated February 13, 2026.

8. Attached as **Exhibit 7** is a true and correct of excerpts from the Corrected Expert Report of Erik De La Iglesia Regarding Validity, dated February 19, 2026.

9. Attached as **Exhibit 8** is a true and correct of the Rebuttal Expert Report of Paul Nikolich, dated February 13, 2026.

10. Attached as **Exhibit 9** is a true and correct of email correspondence between counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., and Plaintiff Wilus Institute of Standards and Technology Inc., dated March 2, 2026.

11. Attached as **Exhibit 10** is a true and correct of Samsung Defendants' Secondary Election of Prior Art, dated January 6, 2026.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2026 in Los Angeles, California.

/s/ James S. Tsuei
James S. Tsuei