# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> HP INC. <br><br>        Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br>        Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br>        Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. | |
| Plaintiff, | Civil Case No. 2:24-cv-00752-JRG-RSP |
| v. | |
| HP INC, | |
| Defendants. | |

### Declaration of Harry Bims, Ph.D.

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Dated:         December 22, 2026

_____
Harry Bims, Ph.D.

1

**Table of Contents**

I.    PROFESSIONAL BACKGROUND .................................................................. 3

II.   FACTUAL BACKGROUND ........................................................................... 7
      A.   The IEEE 802.11 Working Group, Task Groups, and the Standard Amendment
           Development Process ............................................................................ 7
      B.   Task Group ax ..................................................................................... 9
      A.   IEEE Xplore ....................................................................................... 12

III.  PUBLIC ACCESSIBILITY .......................................................................... 13
      A.   Awareness of IEEE and TGax by Interested Members of the Public ..................... 13
      B.   Public Accessibility of Documents Hosted on the IEEE Mentor Website ............... 16
      C.   Public Accessibility of the P802.11ax/D1.0 Draft ........................................ 58
           1.   **Option 1: Become a Working Group Voting Member** ........................... 63
           2.   **Option 2: Obtain the D1.0 Draft From a Voting Member** ..................... 65
      D.   Public Accessibility of IEEE 802.11-2012 and IEEE 802.11ac .............................. 67

I, Harry Bims, do hereby declare the following:

1.      I submit this Declaration at the request of Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") for consideration by the United States District Court for the Eastern District of Texas in Civil Case Nos. 2:24-cv-00746-JRG and 2:24-cv-00765-JRG, which I understand were consolidated for pre-trial proceedings with Civil Case No. 2:24-cv-00752-JRG against HP Inc.

2.      I reside in Menlo Park, California.

3.      I am over eighteen years of age, and I am otherwise competent to testify as to the matters set forth herein if I am called upon to do so.

4.      I am being compensated for my time at my standard consulting rate.  I am also being reimbursed for expenses that I incur during the course of this work.  My compensation is not contingent upon the results of my study and analysis, the substance of my testimony, or the outcome of any proceeding involving the challenged patent or patents.  I have no financial interest in the outcome of this matter or in any litigation involving the challenged patent or patents.

## I.      PROFESSIONAL BACKGROUND

5.      I understand that a copy of my curriculum vitae (CV) is attached as Appendix A.

6.      A summary of my educational background, career history, areas of professional focus, and other relevant qualifications is provided herein.  My curriculum vitae is attached as Appendix A to this declaration, and includes a listing of relevant industry experience, publications, and presentations.  A list of cases in which I have given testimony at trial or in deposition within the last four years is also included in Appendix A to this report.

7.      I have worked extensively in the field of digital wireless communications.  I have studied telecommunications and systems engineering since approximately 1981.  Further, I have

over 20 years of industry experience in computer network design, including the design of hardware and software for computer communications in a wireless context. During this period, I have participated in wireless standards development and designed and implemented wireless products based on wireless standards, that collectively involve technologies related to the subject matter of IEEE 802.11.

8.     I received a B.S. in Computer and Systems Engineering from Rensselaer Polytechnic Institute in 1985. In 1988, I received an M.S. in Electrical Engineering from Stanford University. In 1993, I received a Ph.D. in Electrical Engineering, also from Stanford University. As a graduate student at Stanford University, I studied the principles of digital communications theory, including data modulation and demodulation, error checking and correction algorithms, and the architecture and design of semiconductor circuits used for digital communications. My Ph.D. thesis at Stanford addressed the application of trellis coding and precoding to a digital cellular network, and was titled "Trellis Coding for Multi-Level, Partial Response Continuous Phase Modulation with Precoding."

9.     From 1992 to 1998, I was employed by Glenayre Technologies in San Jose, California, and was a member of technical staff and a manager at the Wireless Access Group. During this time, I designed and implemented a two-way pager test system for ReFLEX50 and ReFLEX25 protocols, which was used for performance testing of pagers from Wireless Access and Motorola. I also co-developed a wireless application protocol for sending and receiving encrypted email messages over the paging channel and led a team that deployed a software encryption module based on this protocol for government agencies.

10.     In 1999, I was a member of technical staff at T-SPAN Systems Corporation LLC in Palo Alto, California, where I designed a wireless home LAN protocol and built a PC-based technical demonstration platform.

11.     In January of 1999, I launched a technology consulting company, Protocomm Systems Inc., which focuses on the development of advanced wireless communications protocols and related software implementations for wireless product companies.

12.     From 1999 to 2001, I was also the Director of Software Architecture for Symmetry Communications System.  In this position, I was responsible for the software architecture for core SGSN (Serving GPRS Support Node) and GGSN (Gateway GPRS Support Node) products for the GPRS (Generic Packet Radio Services) market.  I also held management responsibility for the Firmware, Hardware, Performance, and Systems Engineering Groups.

13.     In 2001, I was an entrepreneur in residence at Bay Partners LLC in Cupertino, California.  There, I provided technical expert advice on a range of wireless and networking subjects, reviewed and developed business plans, and participated in various due diligence activities.

14.     Also, in 2001, I developed a business plan for building network infrastructure for Institute of Electrical and Electronics Engineers ("IEEE") 802.11 standard enterprise networks, and then later that year founded AirFlow Networks, Inc. where I invented and received eleven patents on a distributed antenna system design for wireless networks, based on the 802.11 wireless local area network ("WLAN") specification.

15.     I am currently the President of Protocomm Systems, LLC and Bims Laboratories, LLC, both of which I founded.  As the President of Bims Laboratories, I perform technical research in wireless technology standards, such as UMTS, LTE/4G, 5G, Wi-Fi, Bluetooth, and

other network communication protocols.  I am named as an inventor of twenty-five telecommunications-related patents, including a patent that addresses the problem of multiple wireless networks coexisting on the same channel frequency while transmitting and receiving packets using different wireless protocols.

16.     In addition, I am a named Technical Expert and former Vice-Chair and Secretary of the IEEE 802.16 Working Group, which develops technical standards for the wireless protocol commonly known as WiMAX.  I have also been a voting member of the IEEE 802.11 Working Group for more than 10 years, participating in and voting on several amendments and a series of IEEE 802.11 base standards.  I have also been a voting member of the IEEE 802.15 Working Group for more than 5 years (which develops standards for a variety of specialty wireless networks), participating in and voting on the development of its technical amendments.  Within the IEEE 802.15 Working Group, I am the technical editor for IEEE 802.15.16t, an amendment to the WiMAX standard that supports long-range wireless networks for the railroad industry. Within the IEEE 802.11 Working Group, I routinely participate and vote on discussions relating to the design of wireless communications, including packet prioritization, transmission, acknowledgment, and retransmission.  I am also a voting member of the IEEE 802.19 Working Group, which develops coexistence standards for unlicensed wireless devices, operating in a common frequency band while using different wireless standards.  I recently received an award at the November 2023 meeting for participation as a Technical Editor for the development of IEEE 802.11bb, an amendment to the Wi-Fi standard that enables Wi-Fi routers to transmit packets through the pulsating light of LED lightbulbs.

17.     I am a named inventor of 25 telecommunication related patents and an author of 9 technical publications.

II.      **FACTUAL BACKGROUND**

A.      **The IEEE 802.11 Working Group, Task Groups, and the Standard Amendment Development Process**

18.      The IEEE Standards Association ("IEEE-SA") is an operating unit within the IEEE that develops global standards across a wide range of industries and technologies. The IEEE-SA includes several "committees" tasked with developing standards.

19.      The IEEE-SA's "802" committee oversees multiple working groups that develop standards related to Local Area Networks and Metropolitan Area Networks (collectively, "LAN/MAN"). One of the IEEE 802 working groups—the 802.11 Working Group—is part of the IEEE-SA and is responsible for developing standards related to Wireless Local Area Networks ("WLANs"). The 802.11 Working Group forms and oversees "task groups." Each task group manages the standards development of amendments to the current IEEE 802.11 base standard. The process for creating an amendment to the base IEEE 802.11 standard is as follows.

20.      First, the 802.11 Working Group creates a "study group" to investigate a new feature or technology. Study group members make technical contributions and discuss/refine the features that a new task group with be tasked with developing. Then, the study group produces a Project Authorization Request ("PAR"). The PAR must be approved by the study group, the 802.11 Working Group, and IEEE Standards Association Board ("SASB") for a task group to be created. Once these steps have been completed, the new task group can begin meeting to develop the initial draft of an amendment to the 802.11 standard.

21.      One of the primary ways a task group develops technical features for inclusion in a standard amendment is by receiving, discussing, and voting on "technical submissions" or "technical contributions" from task group members. Task group members typically make

technical submissions to the task group by (1) uploading a document to the publicly available documents server, such as a Word document, or PowerPoint presentation, providing a written technical discussion of a technical issue, technical analysis, and/or a technical solution related to the standardization of an amendment, (2), requesting the task group chair to schedule the presentation of the submission on the meeting agenda, and (3) presenting the content of the submission to the task group during the schedule task group meeting. After the technical submission is presented to the working group, and in the event the submission includes proposed changes to the amendment draft, the voting members of the task group generally vote on a motion to approve or disapprove the incorporation of the proposal into the draft standard amendment.

22.    As a matter of course, once and initial draft has been created, the "letter ballot process begins in which one or more standard amendment drafts are created and submitted. These drafts are given an identifier in the form DX.X (*e.g.*, draft D1.0, D2.0, etc.). The task group editor creates each such draft—such as draft D1.0—once the task group votes to approve its creation by the task group editor. Draft D1.0 is considered the first official draft of the standard amendment. Note that while D1.0 is generally the first draft submitted for letter ballot voting, earlier drafts are often circulated among the task group for preliminary feedback on the progress of the standards work (*e.g.*, draft D0.5).

23.    The initial draft is circulated among the IEEE 802.11 Working Group members and a "letter ballot" is initiated whereby working group members can vote to approve or disapprove the draft, as well as provide comments. Each comment submitted by an 802.11 Working Group member is assigned a unique "comment identifier," or "CID" by the comment resolution group. Based on the results of the letter ballot vote, the standard amendment draft is

either (1) approved and forwarded to the broader 802.11 Working Group for approval, or (2) the task group iteratively improves the standard amendment by instructing the task group editor to update the draft to address comment resolutions, whereupon the task group recirculates a new draft in a subsequent letter ballot vote. Documents detailing amendments made in response to Working Group member comments are typically uploaded to the publicly available IEEE Mentor online document server.

24.     As described in the preceding paragraph, if a standard amendment draft is approved by the task group through a letter ballot vote, the draft is forwarded to the 802.11 Working Group for approval. If the draft standard amendment is approved by the 802.11 Working Group, it is forwarded to the IEEE SA for circulation in a sponsor ballot to all IEEE SA members who join the sponsor ballot group. Finally, if the draft standard amendment is approved by the IEEE SA sponsor ballot group, it is presented to the IEEE-SA's Standards Review Committee ("RevCom") for final approval. Upon RevCom's approval, the draft standard amendment becomes an official standard amendment.

**B.      Task Group ax**

25.     Task Group ax ("TGax") was formed in May 2014 to develop the IEEE 802.11ax standard amendment. PRIOR_ART_00060121 at 2, 101. TGax continued to meet until November of 2020. PRIOR_ART_00060121 at 2. During this time, I followed the activities of TGax, including reviewing and voting on some of the 802.11ax standard amendment drafts in letter ballots and sponsor ballots.

26.     Beginning in May 2014 and throughout the remainder of the time TGax was active, the 802.11 Working Group held meetings every two months, as well as teleconferences in between them. Specifically, the 802.11 Working Group held meetings in January, March, May, July, September, and November of each year. Three of the six meetings in any given year were

"plenary" meetings, *i.e.*, larger meetings across all IEEE 802 Working Groups.  The remaining

three 802.11 Working Group meetings in a given year were "interim" meetings, *i.e.*, the

members of the 802.11 Working Group and other wireless working groups (such as 802.15) met

separately from other IEEE 802 Working Groups.  In July 2014, around the time when TGax was

started, there were 533 members of the 802.11 Working Group, with 321 members having

"Voter" status.  PRIOR_ART_00058677 at 13.  Approximately 300 people would attend each

802.11 Working Group meeting.

27.    TGax meetings took place as part of these broader 802.11 Working Group

meetings—in other words, TGax met six times per year from May 2014 to November 2020 at

plenary and interim meetings, in addition to teleconferences.  PRIOR_ART_00060121 at 2.

TGax meeting attendees were generally engineers and researchers interested in WLAN

technology.  The 802.11ax standard amendment introduced a new physical layer ("PHY layer")

to the 802.11 base standard, and thus was considered a significant update. Consequently, a

majority of the roughly 300 802.11 Working Group meeting attendees would typically attend

each TGax meeting session.  Attendance at TGax meetings was not restricted only to members of

the 802.11 Working Group, however.  Any registrant to a plenary or interim 802.11 Working

Group meeting could attend the TGax meetings (*e.g.*, members of other IEEE 802 working

groups or any other interested member of the public who registered for the 802.11 Working

Group meeting).

28.    Beginning from May 2014, TGax participants could submit technical submissions

and present said submissions at TGax meetings once they were included on the agenda by the

Working Group chair.  These technical submissions generally included technical proposals for

the standard amendment draft.  In the ordinary course of its regularly conducted business

10

activities, and pursuant to its standard business practices, IEEE has made available technical submissions to the public through the IEEE Mentor website, which is publicly accessible. PRIOR_ART_00060232.  The timestamp on the IEEE Mentor website for a given document shows when that document was uploaded and became publicly available and accessible for viewing and/or downloading.

29.    After a given technical submission was presented, TGax members would generally vote on whether to instruct the technical editor to incorporate the submission into the current standard amendment draft.  *See, e.g.*, PRIOR_ART_00058697 at 7 (documenting vote on submission 802.11-16/0369r0 entitled "Management Ack").  If a technical submission was presented or voted on at a TGax meeting, it was normally uploaded to the IEEE Mentor website before the meeting.

30.    During development of the IEEE 802.11ax standard amendment, TGax created and submitted draft D1.0 (formal title "P802.11ax/D1.0") to letter balloting. PRIOR_ART_00059608.  Prior to the D1.0 draft, TGax circulated other standard amendment drafts, including drafts D0.1 (PRIOR_ART_00059011) and D0.5 (PRIOR_ART_00059232).

31.    TGax meetings were open to the public.[1]  PRIOR_ART_00059008 at 1.  Voting members were able to vote on technical submissions and letter ballots.  PRIOR_ART_00059008 at 1.

32.    During the relevant time period, the IEEE 802.11 Working Group published information about upcoming meetings on its website years in advance which, in my experience,

---

[1] Meeting attendees were required to pay a registration fee, but the fee could be waived for certain visitors, such as academics, professors, and students from educational institutes in the surrounding area.

was commonly visited by any interested member of the public. Indeed, IEEE 802 is a prominent

organization in the field and members of the public interested in wireless networking standards

development (*e.g.*, WLAN standards), including engineers in industry and academia, commonly

followed events and developments announced on the IEEE 802.11 website. As an example, a

February 5, 2016 archive of the 802.11 Working Group website includes a link to an "[a]genda

for WG11 meetings in the January 2016 session." PRIOR_ART_00060120. The link directs to

a spreadsheet with information about the dates, location, and agenda for the January 2016 802.11

Working Group meeting, including the times for TGax working sessions, which are designated

by a green "AX." PRIOR_ART_00058696 at "Agenda Graphic" tab. This indicates that the

802.11ax standard was discussed by members of the working group at least at the time blocks

labeled "AX" below in January 2016.





### A.    IEEE Xplore

33.    IEEE Xplore is the IEEE's "flagship digital platform for discovery and access to

scientific and technical content published by the IEEE . . . and its publishing partners."

PRIOR_ART_00063461.  Through IEEE Xplore, members of the public can purchase and/or download research articles, conference papers, books, and technical standards, among other resources.  PRIOR_ART_00063461.  The IEEE maintains the Xplore website as part its regularly conducted business activities and pursuant to its standard business practices.

### III.    PUBLIC ACCESSIBILITY

34.    In this section, I first explain how members of the interested public would have been aware of IEEE and TGax.  Then, I explain in detail how IEEE makes the following three categories of documents accessible to the interested public, namely (1) 802.11 Working Group documents and technical submissions housed on the IEEE Mentor website; (2) TGax standard amendment drafts, including the P802.11/D1.0 draft; and (3) published IEEE standards, including IEEE 802.11-2012 and 802.11ac-2013.

### A.    Awareness of IEEE and TGax by Interested Members of the Public

35.    I understand that Wilus is asserting the following patents against Samsung in this matter: U.S. Patent Nos. 10,313,077 ("the '077 patent"); 10,687,281 ("the '281 patent"); 11,470,595 ("the '595 patent"); 11,159,210 ("the '210 patent"); 11,129,163 ("the '163 patent"); 11,700,597 ("the '597 patent"); 11,116,035 ("the '035 patent"); and 11,516,879 ("the '879 patent") (collectively, the "Asserted Patents").  Based on my review of the Asserted Patents, the interested public with respect to the subject matter of the Asserted Patents would include individuals interested in the development and/or implementation of wireless networking standards (*e.g.*, WLAN standards), and individuals interested in research related to the same, including the IEEE 802.11 standard, which was and still is the world's leading WLAN standard.  Such subject matter would have been of interest to members of the public including, for example, persons of ordinary skill in the art (*e.g.*, a person who would have had a Bachelor's degree in electrical engineering, computer engineering, computer science, or a related field, and

13

3 years of experience in the research, design or development of wireless communication devices, systems, and/or networks, or the equivalent, as of June 29, 2015).  Such interested public members would have also included, for example, (1) individuals interested in understanding, utilizing, researching, or improving IEEE 802.11 network performance (*e.g.*, reliability, speed) in dense networking environments, (2) engineers and researchers working in the wireless communications industry as well as (3) academics, professors, and students in disciplines related to wireless communications.  Further, in my experience, many individuals and organizations in industry and academia were interested in continuously tracking development of the IEEE 802.11 standard to facilitate research and/or design of 802.11-based products on an ongoing basis.

36.    The interested public would certainly have been aware of the IEEE 802 committee and the 802.11 base standards and amendments it develops.  At the time of the Asserted Patents (*e.g.*, as early as June 29, 2015)—and still today—the 802.11 standard was one of the most widely used wireless communication standards in the world, including in the field of WLANs.

37.    Many members of the interested public would have already been members of IEEE.  Other members of the interested public would have subscribed to IEEE publications and/or other publications related to the wireless communications industry including, for example, IEEE Spectrum magazine.  Information about standards meetings and developments, including for the 802.11 working group were often highlighted in these publications.

38.    The IEEE 802.11ax project was discussed in various publicly disseminated articles such that a member of the interested public would have been aware of the project no later than early 2016.

14

39.    For example, in January 2015, The Beacon—the Wi-Fi Alliance's official blog—published an article by Craig Mathias entitled *Wi-Fi 2015: The Top-10 List*. PRIOR_ART_00060340.  Mr. Mathias noted "continued work on 802.11ax, which could reach . . . the magical 10 Gbps level of throughput . . . ."  PRIOR_ART_00060340 at 3.

40.    In September 2015, IEEE Spectrum magazine published an interview with 802.11 Working Group Vice Chair Dorothy Stanley.  PRIOR_ART_00060330.  When asked "What can we expect next-generation Wi-Fi standards to deliver?", Ms. Stanley noted "the 802.11ax amendment for high-efficiency wireless local area networks.  That looks for efficiency in dense deployments such as stadiums, shopping malls, and subways where you have a lot of people accessing the Wi-Fi system."  PRIOR_ART_00060330 at 4-5.

41.    The 802.11ax project was discussed extensively in a February 2016 article in the IEEE Wireless Communications magazine entitled *IEEE 802.11ax: High-efficiency WLANs*. PRIOR_ART_00060252.  As another example, a June 2016 article in the IEEE Vehicular Technology Magazine entitled *Exciting Projects for PHY and MAC Layers of IEEE 802.11* provided details on the 802.11ax project and described it as "the next major generation of Wi-Fi technology evolution after 802.11a . . . ." PRIOR_ART_00060061 at 2.  From these articles, a member of the interested public would have understood the general scope of TGax's work—namely, "improving the spectrum efficiency and system throughput per area in high-density scenarios of access points and stations in both indoor and outdoor deployments, such as crowded public spaces, public transportation, and dense apartment buildings."  PRIOR_ART_00060061 at 2.

42.    Moreover, the IEEE 802.11 Working Group maintains a public webpage entitled "Official IEEE 802.11 Working Group Project Timelines" where it publishes status information

about past and present 802.11 task groups and projects.  PRIOR_ART_00063463.  Information

about the 802.11ax project, including a predicted timeline, is listed on archived versions of the

webpage dating back to July 2, 2014.  PRIOR_ART_00060070.  Below table shows that the

project authorization request (PAR) was approved on March 25, 2014.  This means the 802.11ax

project had officially started at that time.

| IEEE Project and Final Document | Final Doc Type | Project Authorization Request (PAR) | Task Group and Activity | Documentation | | Current Status | PAR Approved, Modified, or Extended [Expires] | WG Letter Ballots | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Session End Snapshot | | | | Draft | Date | Result |
| | | | | Format & Version | Incorporated Baselines | | | Predicted Initial | | Predicted Recirc |
| IEEE Std P802.11ax | A | High Efficiency WLAN | TGax | None | 802.11REVmc 802.11ai 802.11ah 802.11ak 802.11aq 802.11aj | Actual | 2014-03-25 | | | |
| | | | | | | Predicted | C | Jul 2016 | | |

## B.    Public Accessibility of Documents Hosted on the IEEE Mentor Website

43.    IEEE 802 maintains a public website called IEEE Mentor that houses working

documents related to its various working groups and task groups.  PRIOR_ART_00063585.  As

discussed above, the IEEE Mentor website hosted TGax working documents and technical

submissions while the task group was active.  These TGax documents remain on the Mentor

website today.

44.    Many interested members of the public would have known how to access or

navigate to the IEEE Mentor website through their experience tracking activities of the IEEE

802.11 Working Group and tracking ongoing development of the 802.11 standard.  Other

interested members of the public would have readily located the IEEE Mentor website based on

information obtained from any number of public sources.  For example, the IEEE Mentor

webpage was directly linked to the 802.11 Working Group website through the "Document

Server" link, as corroborated by an archived version of the webpage from January 1, 2016.

PRIOR_ART_00060120.  As another example, the June 2016 article *Exciting Projects for PHY

and MAC Layers of IEEE 802.11*, referenced above, cites the Mentor webpage in footnotes.

PRIOR_ART_00060063 at 3. IEEE 802 websites, including Mentor, were also crawled by commercial search engines, thereby allowing interested members of the public to navigate to the websites by clicking on a link in a list of keyword-based search results. For example, today, a Google.com search for "IEEE 802.11 technical submissions" returns multiple links to the Mentor website in the top flight of search results. PRIOR_ART_00060066. Based on my experience, search engines such as Google would have similarly returned links to the Mentor website based on similar keyword searches by the earliest claimed priority date of the '262 Patent (*e.g.*, April 14, 2017). A member of the interested public seeking to stay up-to-date on TGax's development of the 802.11ax standard amendment would have been motivated to review the task group's working documents on the Mentor website.

45.     The 802.11 Working Group documents on the IEEE Mentor website—including documents related to TGax—were readily accessible. As described above, clicking on the "Document Server" link on the 802.11 Working Group website would take a user to the "IEEE 802.11 Documents" page on the IEEE Mentor website. This is corroborated by a January 1, 2016 archived version of the 802.11 Working Group website. PRIOR_ART_00060120.





46.     Alternatively, assuming one accessed the IEEE Mentor website directly (for example, after learning of the webpage through the June 2016 article discussed above or

elsewhere), the 802.11 Working Group documents would have been accessed by (1) opening the Mentor home page (PRIOR_ART_00063585), (2) selecting "LAN/MAN 802 Groups," which directs the user to the "IEEE 802 Working Groups" page (PRIOR_ART_00063584), and (3) selecting "IEEE 802.11 Wireless LAN (WLAN) Working Group," which directs the user to the "IEEE 802.11 Documents" page (PRIOR_ART_00063581). The Mentor website operated in the same manner during the time period that TGax was actively developing the 802.11ax standard amendment. This is confirmed by archived copies of the Mentor home page (PRIOR_ART_00060250), the "IEEE 802 Working Groups" page (PRIOR_ART_00060248), and the "IEEE 802.11 Documents" page (PRIOR_ART_00060242).



47.    The "IEEE 802.11 Documents" page provides a list of documents that have been uploaded related to 802.11 standard projects.  PRIOR_ART_00063581.  The webpage also includes identifying information for each document, including the created date, year, document control number (DCN), revision number, group (*e.g.*, TGax), document title, author and author affiliation (*e.g.*, employer), and the date and time the document was uploaded. PRIOR_ART_00063581.  The webpage also includes a "Download" link for each document. PRIOR_ART_00063581.  The "IEEE 802.11 Documents" page operated in the same manner during the time when TGax was active, including as of the earliest claimed priority date of the Asserted Patents (*e.g.*, June 29, 2015).  PRIOR_ART_00060242.

48.    Documents uploaded to the IEEE Mentor website are publicly accessible immediately after they are uploaded.  For instance, the screen capture below of the "IEEE 802.11 Documents" page was taken on December 22, 2025, and several documents that were uploaded to the website the same day are available for download.  PRIOR_ART_00063581.  The webpage operated in the same manner during the time when TGax was active, including as of the earliest claimed priority date of the Asserted Patents (*e.g.*, June 29, 2015).  PRIOR_ART_00060242 ("IEEE 802.11 Documents" page archive from June 13, 2015).



49.    The "Group" filter on the "IEEE 802.11 Documents" page can be used to filter the document list to only those documents related to TGax, as shown in the screenshot below.

PRIOR_ART_00063581.  The webpage operated in the same manner during the time TGax was

active, as confirmed by an archived version of the "IEEE 802.11 Documents" page from June 13,

2015.  PRIOR_ART_00060242.



50.     Upon accessing the IEEE Mentor website, a member of the interested public

would have been capable of downloading and reviewing any document of interest.  The

individual would have been capable of locating a document of interest by using the search bar to

search for particular documents by document control number ("DCN"), title, author, or

affiliation (*i.e.*, company or organization the author(s) are affiliated with).  In my experience,

sometimes persons interested in the development of particular standards would download all of

the files on the IEEE Mentor site and perform offline searches based on document content.  For

instance, I have personally used an FTP tool to download documents from the Mentor website

for offline searching.

51.     The Mentor website shows that Hongyuan Zhang et al. submission, *HE PHY*

*Padding and Packet Extension*, DCN IEEE 802.11-15/0810r0 ("Zhang 810") was uploaded to

and made publicly accessible via the Mentor website on July 13, 2015.  PRIOR_ART_00063549

(true and correct printout of the IEEE mentor website showing the date of Zhang 810's public

accessibility).  Based on my review, PRIOR_ART_00000460 is a true and accurate copy of

Zhang 810 obtained from the Mentor website.  As explained above, a member of the interested

public could have used the search functionality on the Mentor website to locate the Zhang 810

reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are

affiliated with).  For example, a member of the interested public looking to stay informed about

HE PHY padding and/or packet extension could have located the Zhang 810 reference by

searching "padding" or "packet extension."  PRIOR_ART_00063549 (true and correct printout

of the IEEE mentor website showing the date of Zhang 810's public accessibility);

PRIOR_ART_00063547 (same).  PRIOR_ART_00000460, PRIOR_ART_00063549,

PRIOR_ART_00063547 are copies of records of the regularly conducted activity within IEEE of

making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on

the foregoing, the Zhang 810 reference was publicly accessible to members of the interested

public as of July 13, 2015.

| 10-Jul-2015 ET | 2015 | 810 | 0 | TGax | HE PHY Padding and Packet Extension | Hongyuan Zhang (Marvell) | 13-Jul-2015 05:23:12 ET | Download |

52.    The Mentor website shows that Yasuhiko Inoue's submission, *IEEE 802.11 TGax

July 2015 Waikoloa Meeting Minutes*, DCN IEEE 802.11-15/0884r0 ("Inoue 0884") was

uploaded to and made publicly accessible via the Mentor website on July 30, 2015

PRIOR_ART_00063520 (true and correct printout of the IEEE mentor website showing the date

of Inoue 884's public accessibility).  Based on my review, PRIOR_ART_00060446 is a true and

accurate copy of Inoue 0884 obtained from the Mentor website.  As explained above, a member

of the interested public could have used the search functionality on the Mentor website to locate

the Inoue 0884 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the

author(s) are affiliated with).  For example, a member of the interested public looking to stay

informed about the events of the July 2015 TGax meeting could have located the Inoue 884

reference by searching "July" or "Meeting Minutes."  PRIOR_ART_00063520 (true and correct printout of the IEEE mentor website showing the date of Inoue 884's public accessibility); PRIOR_ART_00063527 (same).  PRIOR_ART_00060446, PRIOR_ART_00063520, and PRIOR_ART_00063527 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Inoue 0884 reference was publicly accessible to members of the interested public as of July 30, 2015.

| 13-Jul-2015 ET | 2015 | 884 | 0 | TGax | TGax July 2015 Waikoloa Meeting Minutes | Yasuhiko Inoue (NTT) | 30-Jul-2015 10:22:49 ET | Download |

53.    The Mentor website shows that Hongyuan Zhang et al. submission, *L-LENGTH Equation Update*, DCN IEEE 802.11-15/1372r1 ("Zhang 1372") was uploaded to and made publicly accessible via the Mentor website on November 10, 2015.  PRIOR_ART_00063524 (true and correct printout of the IEEE mentor website showing the date of Zhang 1372's public accessibility).  Based on my review, SAMSUNG_WILUS_00101277 is a true and accurate copy of Zhang 1372 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Zhang 1372 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of the L-LENTH equation could have located the Zhang 1372 reference by searching "L-LENGTH."  PRIOR_ART_00063524 (true and correct printout of the IEEE mentor website showing the date of Zhang 1372's public accessibility). SAMSUNG_WILUS_00101277 and PRIOR_ART_00063524 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through

the IEEE Mentor website. Thus, based on the foregoing, the Zhang 1372 reference was publicly accessible to members of the interested public as of November 10, 2015.



54.    The Mentor website shows that Robert Stacey's submission, *Comments on TGax/D1.0*, DCN IEEE 802.11-17/0010r0 ("Stacey 0010 Rev. 0") was uploaded to and made publicly accessible via the Mentor website on January 9, 2017. PRIOR_ART_00063497 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 0's public accessibility). Based on my review, SAMSUNG_WILUS_00101549 is a true and accurate copy of Stacey 0010 Rev. 0 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0010 Rev. 0 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about TGax member comments on the D1.0 draft could have located the Stacey 0010 Rev. 0 reference by searching "comment" or "D1.0." PRIOR_ART_00063497 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 0's public accessibility); PRIOR_ART_00063502 (same). SAMSUNG_WILUS_00101549, PRIOR_ART_00063497, and PRIOR_ART_00063502 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Stacey 0010 Rev. 0 reference was publicly accessible to members of the interested public as of January 9, 2017.

| 09-Jan-2017 ET | 2017 | 10 | 0 | TGax | Comments on TGax D1.0 | Robert Stacey (Intel) | 09-Jan-2017 13:54:21 ET | Download |

55.    The Mentor website shows that Robert Stacey's submission, *Comments on TGax/D1.0*, DCN IEEE 802.11-17/0010r5 ("Stacey 0010 Rev. 5") was uploaded to and made

publicly accessible via the Mentor website on January 16, 2017. PRIOR_ART_00063497 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 5's public accessibility). Based on my review, SAMSUNG_WILUS_00101550 is a true and accurate copy of Stacey 0010 Rev. 5 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0010 Rev. 5 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about TGax member comments on the D1.0 draft could have located the Stacey 0010 Rev. 5 reference by searching "comment" or "D1.0." PRIOR_ART_00063497 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 5's public accessibility); PRIOR_ART_00063502 (same). SAMSUNG_WILUS_00101550, PRIOR_ART_00063497, and PRIOR_ART_00063502 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Stacey 0010 Rev. 5 reference was publicly accessible to members of the interested public as of January 16, 2017.

| 16-Jan-2017 ET | 2017 | 10 | 5 | TGax | Comments on TGax D1.0 | Robert Stacey (Intel) | 16-Jan-2017 15:28:20 ET | Download |

56.    The Mentor website shows that Robert Stacey's submission, *Comments on TGax/D1.0*, DCN IEEE 802.11-17/0010r14 ("Stacey 0010 Rev. 14") was uploaded to and made publicly accessible via the Mentor website on October 3, 2017. PRIOR_ART_00063491 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 14's public accessibility). Based on my review, SAMSUNG_WILUS_00101551 is a true and accurate copy of Stacey 0010 Rev. 14 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website

to locate the Stacey 0010 Rev. 14 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about TGax member comments on the D1.0 draft could have located the Stacey 0010 Rev. 14 reference by searching "comment" or "D1.0." PRIOR_ART_00063491 (true and correct printout of the IEEE mentor website showing the date of Stacey 0010 Rev. 14's public accessibility); PRIOR_ART_00063502 (same). SAMSUNG_WILUS_00101551, PRIOR_ART_00063491, and PRIOR_ART_00063502 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Stacey 0010 Rev. 14 reference was publicly accessible to members of the interested public as of October 3, 2017.

| 03-Oct-2017 ET | 2017 | 10 | 14 | TGax | Comments on TGax D1.0 | Robert Stacey (Intel) | 03-Oct-2017 16:58:54 ET | Download |

57.    The Mentor website shows that John (Ju-Hyung) Son et al submission., *Discussions on Signaling for UL HE MU PPDU*, DCN IEEE 802.11-17/0110r0 ("Son 0110") was uploaded to and made publicly accessible via the Mentor website on January 17, 2017. PRIOR_ART_00063539 (true and correct printout of the IEEE mentor website showing the date of Son 0110's public accessibility). Based on my review, PRIOR_ART_00060632 is a true and accurate copy of Son 0110 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Son 0110 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed development of 802.11ax's UL HE MU PPDU could have located the Son 0110 reference by searching "MU PPDU." PRIOR_ART_00063539 (true and correct printout of the IEEE mentor website showing the date of Son 0110's public accessibility).

PRIOR_ART_00060632 and PRIOR_ART_00063539 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Son 0110 reference was publicly accessible to members of the interested public as of January 17, 2017.



58.     The Mentor website shows that John (Ju-Hyung) Son et al. submission, *CIDs on Signaling for UL HE MU PPDU*, DCN IEEE 802.11-17/0173r0 ("Son 0173") was uploaded to and made publicly accessible via the Mentor website on January 19, 2017.

PRIOR_ART_00063539 (true and correct printout of the IEEE mentor website showing the date of Son 0173's public accessibility).  Based on my review, PRIOR_ART_00060641 is a true and accurate copy of Son 0173 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Son 0173 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed development of 802.11ax's UL HE MU PPDU could have located the Son 0173 reference by searching "MU PPDU."  PRIOR_ART_00063539 (true and correct printout of the IEEE mentor website showing the date of Son 0173's public accessibility).

PRIOR_ART_00060641 and PRIOR_ART_00063539 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Son 0173 reference was publicly accessible to members of the interested public as of January 19, 2017.

| 19-Jan-2017 ET | 2017 | 173 | 0 | TGax | CIDs on Signaling for UL HE MU PPDU | John Son (WILUS) | 19-Jan-2017 14:03:18 ET | Download |

59.    The Mentor website shows that Yasuhiko Inoue's submission, *IEEE 802.11 TGax January 2017 Atlanta Meeting Minutes*, DCN IEEE 802.11-17/0126r0 ("Inoue 0126") was uploaded to and made publicly accessible via the Mentor website on February 2, 2017. PRIOR_ART_00063516 (true and correct printout of the IEEE mentor website showing the date of Inoue 0126's public accessibility). Based on my review, SAMSUNG_WILUS_00101552 is a true and accurate copy of Inoue 0126 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Inoue 0126 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the events of the January 2017 TGax meeting in Atlanta, Georgia could have located the Inoue 0126 reference by searching "January" or "Atlanta." PRIOR_ART_00063516 (true and correct printout of the IEEE mentor website showing the date of Inoue 0126's public accessibility); PRIOR_ART_00063478 (same). SAMSUNG_WILUS_00101552, PRIOR_ART_00063516, and PRIOR_ART_00063478 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Inoue 0126 reference was publicly accessible to members of the interested public as of February 2, 2017.

| 16-Jan-2017 ET | 2017 | 126 | 0 | TGax | tgax-january-2017-atlanta-meeting-minutes | Yasuhiko Inoue (NTT) | 02-Feb-2017 03:22:22 ET | Download |

60.    The Mentor website shows that John (Ju-Hyung) Son et al. submission, *Flexible Wider Bandwidth Transmission*, DCN IEEE 802.11-16/0045r1 ("Son 0045") was uploaded to and made publicly accessible via the Mentor website on January 19, 2016. PRIOR_ART_00063479 (true and correct printout of the IEEE mentor website showing the date

of Son 0045's public accessibility).  Based on my review, PRIOR_ART_00001219 is a true and

accurate copy of Son 0045 obtained from the Mentor website.  As explained above, a member of

the interested public could have used the search functionality on the Mentor website to locate the

Son 0045 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the

author(s) are affiliated with).  For example, a member of the interested public could have located

the Son 0045 reference by searching "bandwidth."  PRIOR_ART_00063479 (true and correct

printout of the IEEE mentor website showing the date of Son 0045's public accessibility).

PRIOR_ART_00001219 and PRIOR_ART_00063479 are copies of records of the regularly

conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE

Mentor website.  Thus, based on the foregoing, the Son 0045 reference was publicly accessible

to members of the interested public as of January 19, 2016.

| 19-Jan-2016 ET | 2016 | 45 | 1 | TGax | Flexible Wider Bandwidth Transmission | John Son (WILUS) | 19-Jan-2016 07:38:46 ET | Download |

61.    The Mentor website shows that Jinsoo Ahn et al. submission, *Efficient Wider

Bandwidth Operation in IEEE 802.11ax*, DCN IEEE 802.11-14/1437r1 ("Ahn 1437") was

uploaded to and made publicly accessible via the Mentor website on November 4, 2014.

PRIOR_ART_00063479 (true and correct printout of the IEEE mentor website showing the date

of Ahn 1437's public accessibility).  Based on my review, PRIOR_ART_00000134 is a true and

accurate copy of Ahn 1437 obtained from the Mentor website.  As explained above, a member of

the interested public could have used the search functionality on the Mentor website to locate the

Ahn 1437 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the

author(s) are affiliated with).  For example, a member of the interested public could have located

the Ahn 1437 reference by searching "bandwidth."  PRIOR_ART_00063479 (true and correct

printout of the IEEE mentor website showing the date of Ahn 1437's public accessibility).

PRIOR_ART_00000134 and PRIOR_ART_00063479 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Ahn 1437 reference was publicly accessible to members of the interested public as of November 4, 2014.

| 04-Nov-2014 ET | 2014 | 1437 | 1 | TGax | Efficient Wider Bandwidth Operation in IEEE 802.11ax | Jinsoo Ahn (Yonsei Univ.) | 04-Nov-2014 15:29:23 ET | Download |

62.    The Mentor website shows that Young Hoon Kwon et al. submission, *SIG Field Design Principle for 11ax*, DCN IEEE 802.11-15/0344r2 ("Kwon 0344") was uploaded to and made publicly accessible via the Mentor website on March 12, 2015.  PRIOR_ART_00063562 (true and correct printout of the IEEE mentor website showing the date of Kwon 0344's public accessibility).  Based on my review, PRIOR_ART_00000389 is a true and accurate copy of Kwon 0344 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Kwon 0344 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about SIG field design for 802.11ax could have located the Kwon 0344 reference by searching "SIG." PRIOR_ART_00063562 (true and correct printout of the IEEE mentor website showing the date of Kwon 0344's public accessibility).  PRIOR_ART_00000389 and PRIOR_ART_00063562 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Kwon 0344 reference was publicly accessible to members of the interested public as of March 12, 2015.

| 12-Mar-2015 ET | 2015 | 344 | 2 | TGax | SIG field design principle for 11ax | Young Hoon Kwon (Newracom) | 12-Mar-2015 09:09:03 ET | Download |

63.     The Mentor website shows that Sungho Moon et al. submission, *Supported Resource Allocations in SIG-B*, DCN IEEE 802.11-15/1304r1 ("Moon 1304") was uploaded to and made publicly accessible via the Mentor website on November 10, 2015. PRIOR_ART_00063557 (true and correct printout of the IEEE mentor website showing the date of Moon 1304's public accessibility). Based on my review, PRIOR_ART_00000536 is a true and accurate copy of Moon 1304 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Moon 1304 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about SIG or SIG-B field design for 802.11ax could have located the Moon 1304 reference by searching "SIG." PRIOR_ART_00063557 (true and correct printout of the IEEE mentor website showing the date of Moon 1304's public accessibility). PRIOR_ART_00000536 and PRIOR_ART_00063557 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Moon 1304 reference was publicly accessible to members of the interested public as of November 10, 2015.



64.     The Mentor website shows that Kaushik Josiam et al. submission, *HE-SIG-B Contents*, DCN IEEE 802.11-15/1066r0 ("Josiam 1066") was uploaded to and made publicly accessible via the Mentor website on September 13, 2015. PRIOR_ART_00063557 (true and correct printout of the IEEE mentor website showing the date of Josiam 1066's public accessibility). Based on my review, PRIOR_ART_00000511 is a true and accurate copy of Josiam 1066 obtained from the Mentor website. As explained above, a member of the interested

public could have used the search functionality on the Mentor website to locate the Josiam 1066 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about SIG or SIG-B field design for 802.11ax could have located the Josiam 1066 reference by searching "SIG." PRIOR_ART_00063557 (true and correct printout of the IEEE mentor website showing the date of Josiam 1066's public accessibility). PRIOR_ART_00000511 and PRIOR_ART_00063557 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Josiam 1066 reference was publicly accessible to members of the interested public as of September 13, 2015.

| 12-Sep-2015 ET | 2015 | 1066 | 0 | TGax | HE-SIG-B Contents | Kaushik Josiam (Samsung) | 13-Sep-2015 21:04:32 ET | Download |

65.    The Mentor website shows that Yunbo Li et al. submission, *BW Indication for Non-Contiguous Channel Bonding*, DCN IEEE 802.11-16/0635r2 ("Li 0635") was uploaded to and made publicly accessible via the Mentor website on May 17, 2016. PRIOR_ART_00063490 (true and correct printout of the IEEE mentor website showing the date of Li 0635's public accessibility). Based on my review, SAMSUNG_WILUS_00101358 is a true and accurate copy of Li 0635 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Li 0635 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about channel bonding in 802.11ax could have located the Li 0635 reference by searching "channel bonding." PRIOR_ART_00063490 (true and correct printout of the IEEE mentor website showing the date of Li 0635's public accessibility). SAMSUNG_WILUS_00101358 and

PRIOR_ART_00063490 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Li 0635 reference was publicly accessible to members of the interested public as of May 17, 2016.

| 17-May-2016 ET | 2016 | 635 | 2 | TGax | BW indication for Non-contiguous Channel Bonding | Yunbo Li (Huawei) | 17-May-2016 03:12:21 ET | Download |

66.    The Mentor website shows that Le Liu et al. submission, *HE-SIG-B Contents*, DCN IEEE 802.11-15/1335r2 ("Liu 1335") was uploaded to and made publicly accessible via the Mentor website on November 10, 2015. PRIOR_ART_00063513 (true and correct printout of the IEEE mentor website showing the date of Liu 1335's public accessibility). Based on my review, SAMSUNG_WILUS_00101209 is a true and accurate copy of Liu 1335 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Liu 1335 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's HE-SIG-B field could have located the Liu 1335 reference by searching "HE-SIG-B." PRIOR_ART_00063513 (true and correct printout of the IEEE mentor website showing the date of Liu 1335's public accessibility). SAMSUNG_WILUS_00101209 and PRIOR_ART_00063513 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Liu 1335 reference was publicly accessible to members of the interested public as of November 10, 2015.

| 10-Nov-2015 ET | 2015 | 1335 | 2 | TGax | HE-SIG-B Contents | Le Liu (Huawei) | 10-Nov-2015 09:37:38 ET | Download |

67.    The Mentor website shows that John (Hu-Hyung) Son et al. submission, *HE-SIG-B Signaling Discussions*, DCN IEEE 802.11-16/0397r2 ("Son 0397") was uploaded to and made publicly accessible via the Mentor website on March 16, 2016.  PRIOR_ART_00063513 (true and correct printout of the IEEE mentor website showing the date of Son 0397's public accessibility).  Based on my review, SAMSUNG_WILUS_00101324 is a true and accurate copy of Son 0397 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Son 0397 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's HE-SIG-B field could have located the Son 0397 reference by searching "HE-SIG-B."  PRIOR_ART_00063513 (true and correct printout of the IEEE mentor website showing the date of Son 0397's public accessibility).  SAMSUNG_WILUS_00101324 and PRIOR_ART_00063513 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Son 0397 reference was publicly accessible to members of the interested public as of March 16, 2016.



68.    The Mentor website shows that John (Hu-Hyung) Son et al. submission, *Discussions for Non-Continuous Channel Bonding*, DCN IEEE 802.11-16/0638r2 ("Son 0638") was uploaded to and made publicly accessible via the Mentor website on May 17, 2016.  PRIOR_ART_00063490 (true and correct printout of the IEEE mentor website showing the date of Son 0638's public accessibility).  Based on my review, PRIOR_ART_00001292 is a true and accurate copy of Son 0638 obtained from the Mentor website.  As explained above, a member of

the interested public could have used the search functionality on the Mentor website to locate the Son 0638 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's non-continuous channel bonding functionality could have located the Son 0638 reference by searching "channel bonding." PRIOR_ART_00063490 (true and correct printout of the IEEE mentor website showing the date of Son 0638's public accessibility). PRIOR_ART_00001292 and PRIOR_ART_00063490 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Son 0638 reference was publicly accessible to members of the interested public as of May 17, 2016.

| 17-May-2016 ET | 2016 | 638 | 2 | TGax | Discussions for Non-contiguous Channel Bonding | John Son (WILUS), Young Seok Oh (SK Telecom) | 17-May-2016 03:29:05 ET | Download |

69. The Mentor website shows that Yujin Noh et al. submission, *Diversity Mode in OFDMA*, DCN IEEE 802.11-15/1327r0 ("Noh 1327") was uploaded to and made publicly accessible via the Mentor website on November 9, 2015. PRIOR_ART_00063506 (true and correct printout of the IEEE mentor website showing the date of Noh 1327's public accessibility). Based on my review, PRIOR_ART_00060560 is a true and accurate copy of Noh 1327 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Noh 1327 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about efficient bandwidth utilization in 802.11ax could have located the Noh 1327 reference by searching "diversity." PRIOR_ART_00063506 (true and correct printout of the IEEE mentor website showing the date of Noh 1327's public accessibility). PRIOR_ART_00060560 and

PRIOR_ART_00063506 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Noh 1327 reference was publicly accessible to members of the interested public as of November 9, 2015.

| 07-Nov-2015 ET | 2015 | 1327 | 0 | TGax | Diversity Mode in OFDMA | Yujin Noh (Newracom) | 09-Nov-2015 01:41:28 ET | Download |

70.    The Mentor website shows that Laurent Cariou et al. submission, *Proposed Spec Text for MU EDCA Parameters*, DCN IEEE 802.11-16/1180r0 ("Cariou 1180 Rev 0") was uploaded to and made publicly accessible via the Mentor website on September 10, 2016. PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1180 Rev 0's public accessibility).  Based on my review, PRIOR_ART_00001470 is a true and accurate copy of Cariou 1180 Rev. 0 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Cariou 1180 Rev. 0 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Cariou 1180 Rev. 0 reference by searching "EDCA." PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1180 Rev 0's public accessibility).  PRIOR_ART_00001470 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Cariou 1180 Rev. 0 reference was publicly accessible to members of the interested public as of September 10, 2016.

| 10-Sep-2016 ET | 2016 | 1180 | 0 | TGax | Proposed text changes for MU EDCA parameters | laurent cariou (Intel) | 10-Sep-2016 22:33:27 ET | Download |

71.    The Mentor website shows that Laurent Cariou et al. submission, *Proposed Spec Text for MU EDCA Parameters*, DCN IEEE 802.11-16/1180r1 ("Cariou 1180 Rev 1") was uploaded to and made publicly accessible via the Mentor website on September 13, 2016. PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1180 Rev. 1's public accessibility). Based on my review, PRIOR_ART_00001477 is a true and accurate copy of Cariou 1180 Rev. 1 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Cariou 1180 Rev. 1 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Cariou 1180 Rev. 1 reference by searching "EDCA." PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1180 Rev. 1's public accessibility). PRIOR_ART_00001477 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Cariou 1180 Rev. 1 reference was publicly accessible to members of the interested public as of September 13, 2016.



72.    The Mentor website shows that Robert Stacey's submission, *Specification Framework for TGax*, DCN IEEE 802.11-15/0132r15 ("Stacey 0132 Rev. 15") was uploaded to and made publicly accessible via the Mentor website on January 28, 2016. PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 15's public accessibility). Based on my review, PRIOR_ART_00060345 is

a true and accurate copy of Stacey 0132 Rev. 15 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0132 Rev. 15 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's specification framework could have located the Stacey 0132 Rev. 15 reference by searching "spec" or "framework."  PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 15's public accessibility); PRIOR_ART_00063511 (same).  PRIOR_ART_00060345, PRIOR_ART_00063570 , and PRIOR_ART_00063511 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Stacey 0132 Rev. 15 reference was publicly accessible to members of the interested public as of January 28, 2016.



73.     The Mentor website shows that Robert Stacey's submission, *Specification Framework for TGax*, DCN IEEE 802.11-15/0132r16 ("Stacey 0132 Rev. 16") was uploaded to and made publicly accessible via the Mentor website on March 18, 2016. PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 16's public accessibility).  Based on my review, PRIOR_ART_00000229 is a true and accurate copy of Stacey 0132 Rev. 16 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0132 Rev. 16 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a

member of the interested public looking to stay informed about development of 802.11ax's specification framework could have located the Stacey 0132 Rev. 16 reference by searching "spec" or "framework." PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 16's public accessibility); PRIOR_ART_00063511 (same). PRIOR_ART_00060345, PRIOR_ART_00063570, and PRIOR_ART_00063511 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Stacey 0132 Rev. 16 reference was publicly accessible to members of the interested public as of March 18, 2016.

| 18-Mar-2016 ET | 2015 | 132 | 16 | TGax | Spec Framework | Robert Stacey (Intel) | 18-Mar-2016 14:58:19 ET | Download |

74.     The Mentor website shows that Robert Stacey's submission, *Specification Framework for TGax*, DCN IEEE 802.11-15/0132r17 ("Stacey 0132 Rev. 17") was uploaded to and made publicly accessible via the Mentor website on May 25, 2016. PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 17's public accessibility). Based on my review, PRIOR_ART_00000328 is a true and accurate copy of Stacey 0132 Rev. 17 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0132 Rev. 17 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's specification framework could have located the Stacey 0132 Rev. 17 reference by searching "spec" or "framework." PRIOR_ART_00063570 (true and correct printout of the IEEE mentor website showing the date of Stacey 0132 Rev. 17's public accessibility); PRIOR_ART_00063511 (same). PRIOR_ART_00000328,

PRIOR_ART_00063570, and PRIOR_ART_00063511 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Stacey 0132 Rev. 17 reference was publicly accessible to members of the interested public as of May 25, 2016.



75.    The Mentor website shows that Robert Stacey's submission, *Proposed TGax Draft Specification*, DCN IEEE 802.11-16/0024r1 ("Stacey 0024") was uploaded to and made publicly accessible via the Mentor website on March 2, 2016.  PRIOR_ART_00063575 (true and correct printout of the IEEE mentor website showing the date of Stacey 0024's public accessibility).  Based on my review, PRIOR_ART_00000880 is a true and accurate copy of Stacey 0024 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0024 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's specification framework could have located the Stacey 0024 reference by searching "specification."  PRIOR_ART_00063575 (true and correct printout of the IEEE mentor website showing the date of Stacey 0024's public accessibility).  PRIOR_ART_00000880 and PRIOR_ART_00063575 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Stacey 0024 reference was publicly accessible to members of the interested public as of March 2, 2016.

| 02-Mar-2016 ET | 2016 | 24 | 1 | TGax | Proposed draft specification | Robert Stacey (Intel) | 02-Mar-2016 23:56:10 ET | Download |

76.     The Mentor website shows that Laurent Cariou et al. submission, *2 Sets of EDCA Parameters*, DCN IEEE 802.11-16/0998r1 ("Cariou 0998") was uploaded to and made publicly accessible via the Mentor website on July 25, 2016.  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 0998's public accessibility). Based on my review, PRIOR_ART_00060584 is a true and accurate copy of Cariou 0998 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Cariou 0998 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA parameters could have located the Cariou 0998 reference by searching "EDCA."  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 0998's public accessibility).  PRIOR_ART_00060584 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Cariou 0998 reference was publicly accessible to members of the interested public as of July 25, 2016.



77.     The Mentor website shows that Jing Ma et al. submission, *EDCA Rules – Follow Up 2*, DCN IEEE 802.11-16/0963r3 ("Ma 0963") was uploaded to and made publicly accessible via the Mentor website on July 28, 2016.  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ma 0963's public accessibility).  Based on my review, PRIOR_ART_00001375 is a true and accurate copy of Ma 0963 obtained from the Mentor website.  As explained above, a member of the interested public could have used the

search functionality on the Mentor website to locate the Ma 0963 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA parameters could have located the Ma 0963 reference by searching "EDCA." PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ma 0963's public accessibility). PRIOR_ART_00001375 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Ma 0963 reference was publicly accessible to members of the interested public as of July 28, 2016.

| 28-Jul-2016 ET | 2016 | 963 | 3 | TGax | EDCA rules &#8211; follow up 2 | Jing Ma (NICT) | 28-Jul-2016 13:43:27 ET | Download |

78.     The Mentor website shows that Robert Stacey's submission, *Comments on TGax/D0.1*, DCN IEEE 802.11-16/0535r0 ("Stacey 0535") was uploaded to and made publicly accessible via the Mentor website on April 13, 2016. PRIOR_ART_00063500 (true and correct printout of the IEEE mentor website showing the date of Stacey 0535's public accessibility). Based on my review, PRIOR_ART_00001261 is a true and accurate copy of Stacey 0535 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Stacey 0535 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about TGax member comments on Draft D0.1 could have located the Stacey 0535 reference by searching "D0.1." PRIOR_ART_00063500 (true and correct printout of the IEEE mentor website showing the date of Stacey 0535's public accessibility). PRIOR_ART_00001261 and PRIOR_ART_00063500 are copies of records of the regularly conducted activity within IEEE of making IEEE documents

publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Stacey 0535 reference was publicly accessible to members of the interested public as of April 13, 2016.

| 13-Apr-2016 ET | 2016 | 535 | 0 | TGax | Comments on TGax D0.1 | Robert Stacey (Intel) | 13-Apr-2016 21:10:19 ET | Download |

79.    The Mentor website shows that Woojin Ahn et al. submission, *Clarification on Applying MU EDCA Parameter Set*, DCN IEEE 802.11-16/1425r2 ("Ahn 1425") was uploaded to and made publicly accessible via the Mentor website on November 9, 2016. PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ahn 1425's public accessibility).  Based on my review, PRIOR_ART_00060626 is a true and accurate copy of Ahn 1425 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Ahn 1425 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Ahn 1425 reference by searching "EDCA."  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ahn 1425's public accessibility). PRIOR_ART_00060626 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Ahn 1425 reference was publicly accessible to members of the interested public as of November 9, 2016.

| 09-Nov-2016 ET | 2016 | 1425 | 2 | TGax | Clarification on applying MU EDCA parameter set | Woojin Ahn (WILUS) | 09-Nov-2016 15:23:16 ET | Download |

80.    The Mentor website shows that Alfred Asterjadhi et al. submission, *Block Ack Generation and Selection Rules*, DCN IEEE 802.11-16/0616r2 ("Asterjadhi 0616") was uploaded to and made publicly accessible via the Mentor website on May 17, 2016.

PRIOR_ART_00063467 (true and correct printout of the IEEE mentor website showing the date of Asterjadhi 0616's public accessibility). Based on my review, PRIOR_ART_00001263 is a true and accurate copy of Asterjadhi 0616 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Asterjadhi 0616 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's acknowledgement rules could have located the Asterjadhi 0616 reference by searching "ack."

PRIOR_ART_00063467 (true and correct printout of the IEEE mentor website showing the date of Asterjadhi 0616's public accessibility). PRIOR_ART_00001263 and PRIOR_ART_00063467 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Asterjadhi 0616 reference was publicly accessible to members of the interested public as of May 17, 2016.



81.    The Mentor website shows that Woojin Ahn et al. submission, *Issue on the CWmax Value in MU EDCA*, DCN IEEE 802.11-16/1424r2 ("Ahn 1424") was uploaded to and made publicly accessible via the Mentor website on November 9, 2016.

PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ahn 1424's public accessibility). Based on my review, PRIOR_ART_00020748 is a true and accurate copy of Ahn 1424 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Ahn 1424 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the

author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Ahn 1424 reference by searching "EDCA."  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Ahn 1424's public accessibility). PRIOR_ART_00020748 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Ahn 1424 reference was publicly accessible to members of the interested public as of November 9, 2016.

| 09-Nov-2016 ET | 2016 | 1424 | 2 | TGax | Issue on the CWmax value in MU EDCA | Woojin Ahn (WILUS) | 09-Nov-2016 18:58:36 ET | Download |

82.    The Mentor website shows that Laurent Cariou et al. submission, *Follow-up Text Changes for MU EDCA Parameters*, DCN IEEE 802.11-16/1368r2 ("Cariou 1368") was uploaded to and made publicly accessible via the Mentor website on November 7, 2016 PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1368's public accessibility).  Based on my review, PRIOR_ART_00060617 is a true and accurate copy of Cariou 1368 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Cariou 1368 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Cariou 1368 reference by searching "EDCA."  PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 1368's public accessibility).  PRIOR_ART_00060617 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through

the IEEE Mentor website. Thus, based on the foregoing, the Cariou 1368 reference was publicly accessible to members of the interested public as of November 7, 2016.

| 07-Nov-2016 ET | 2016 | 1368 | 2 | TGax | Follow-up on MU EDCA parameters | laurent cariou (Intel) | 07-Nov-2016 19:00:03 ET | Download |

83. The Mentor website shows that Laurent Cariou's submission, *CR for MU EDCA Parameters – 27.2.3*, DCN IEEE 802.11-17/204r0 ("Cariou 204") was uploaded to and made publicly accessible via the Mentor website on February 2, 2017. PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 204's public accessibility). Based on my review, PRIOR_ART_00060645 is a true and accurate copy of Cariou 204 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Cariou 204 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's EDCA functionality could have located the Cariou 204 reference by searching "EDCA." PRIOR_ART_00063507 (true and correct printout of the IEEE mentor website showing the date of Cariou 204's public accessibility). PRIOR_ART_00060645 and PRIOR_ART_00063507 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Cariou 204 reference was publicly accessible to members of the interested public as of February 2, 2017.

| 30-Jan-2017 ET | 2017 | 204 | 0 | TGax | CID for 27.2.3 MU EDCA parameters | laurent cariou (Intel) | 02-Feb-2017 09:57:39 ET | Download |

84. The Mentor website shows that Geonjung Ko et al. submission, *BSS Color Settings for a Multiple BSSID Set*, DCN IEEE 802.11-16/0042r2 ("Ko 0042") was uploaded to and made publicly accessible via the Mentor website on January 19, 2016.

PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0042's public accessibility). Based on my review, PRIOR_ART_00001209 is a true and accurate copy of Ko 0042 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Ko 0042 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's BSS color functionality could have located the Ko 0042 reference by searching "BSS color." PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0042's public accessibility). PRIOR_ART_00001209 and PRIOR_ART_00063481 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Ko 0042 reference was publicly accessible to members of the interested public as of January 19, 2016.



| 19-Jan-2016 ET | 2016 | 42 | 2 | TGax | BSS Color Settings for a Multiple BSSID Set | Geonjung Ko (WILUS) | 19-Jan-2016 13:57:30 ET | Download |

85.     The Mentor website shows that Geonjung Ko et al. submission, *Issues on BSS Color Bits Collision*, DCN IEEE 802.11-16/0396r0 ("Ko 0396") was uploaded to and made publicly accessible via the Mentor website on March 14, 2016. PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0396's public accessibility). Based on my review, PRIOR_ART_00001243 is a true and accurate copy of Ko 0396 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Ko 0396 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about

development of 802.11ax's BSS color functionality could have located the Ko 0396 reference by searching "BSS color."  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0396's public accessibility).  PRIOR_ART_00001243 and PRIOR_ART_00063481 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Ko 0396 reference was publicly accessible to members of the interested public as of March 14, 2016.

| 13-Mar-2016 ET | 2016 | 396 | 0 | TGax | Issues on BSS Color Bits Collision | Geonjung Ko (WILUS) | 14-Mar-2016 00:53:47 ET | Download |

86.    The Mentor website shows that Geonjung Ko et al. submission, *BSS Color Collision*, DCN IEEE 802.11-16/0640r3 ("Ko 0640") was uploaded to and made publicly accessible via the Mentor website on May 18, 2016.  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0640's public accessibility).  Based on my review, SAMSUNG_WILUS_00101375 is a true and accurate copy of Ko 0640 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Ko 0640 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's BSS color functionality could have located the Ko 0640 reference by searching "BSS color."  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Ko 0640's public accessibility).  SAMSUNG_WILUS_00101375 and PRIOR_ART_00063481 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on

47

the foregoing, the Ko 0640 reference was publicly accessible to members of the interested public as of May 18, 2016.



87.    The Mentor website shows that Chuck Lukaszewski et al. submission, *Cost/Benefit Analysis of SR Techniques*, DCN IEEE 802.11-15/1083r3 ("Lukaszewski 1083") was uploaded to the Mentor website on September 16, 2015.  PRIOR_ART_00063577 (true and correct printout of the IEEE mentor website showing the date of Lukaszewski 1083's public accessibility).  Based on my review, SAMSUNG_WILUS_00101151 is a true and accurate copy of Lukaszewski 1083 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Lukaszewski 1083 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's spatial reuse functionality—commonly called "SR"—could have located the Lukaszewski 1083 reference by searching "SR."  PRIOR_ART_00063577 (true and correct printout of the IEEE mentor website showing the date of Lukaszewski 1083's public accessibility).  SAMSUNG_WILUS_00101151 and PRIOR_ART_00063577 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Lukaszewski 1083 reference was publicly accessible to members of the interested public as of September 16, 2015.



88.    The Mentor website shows that Alfred Asterjadhi et al. submission, *Identifiers in HE PPDUs for Power Saving*, DCN IEEE 802.11-15/1122r0 ("Asterjadhi 1122") was uploaded

to and made publicly accessible via the Mentor website on September 13, 2015.

PRIOR_ART_00063552 (true and correct printout of the IEEE mentor website showing the date of Asterjadhi 1122's public accessibility).  Based on my review, SAMSUNG_WILUS_00101191 is a true and accurate copy of Asterjadhi 1122 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Asterjadhi 1122 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's power save functionality could have located the Asterjadhi 1122 reference by searching "power."

PRIOR_ART_00063552 (true and correct printout of the IEEE mentor website showing the date of Asterjadhi 1122's public accessibility).  SAMSUNG_WILUS_00101191 and PRIOR_ART_00063552 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Asterjadhi 1122 reference was publicly accessible to members of the interested public as of September 13, 2015.

| 13-Sep-2015 ET | 2015 | 1122 | 0 | TGax | Identifiers in HE PPDUs for power saving | Alfred Asterjadhi (Qualcomm Inc.) | 13-Sep-2015 23:23:05 ET | Download |

89.     The Mentor website shows that Po-Kai Huang et al. submission, *NAV Consideration for UL MU Response Follow Up*, DCN IEEE 802.11-15/1326r2 ("Huang 1326") was uploaded to and made publicly accessible via the Mentor website on November 11, 2015.

PRIOR_ART_00063541 (true and correct printout of the IEEE mentor website showing the date of Huang 1326's public accessibility).  Based on my review, PRIOR_ART_00000551 is a true and accurate copy of Huang 1326 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website

to locate the Huang 1326 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's NAV functionality could have located the Huang 1326 reference by searching "NAV." PRIOR_ART_00063541 (true and correct printout of the IEEE mentor website showing the date of Huang 1326's public accessibility). PRIOR_ART_00000551 and PRIOR_ART_00063541 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Huang 1326 reference was publicly accessible to members of the interested public as of November 11, 2015.

| 11-Nov-2015 ET | 2015 | 1326 | 2 | TGax | NAV Consideration for UL MU Response Follow Up | Po-Kai Huang (Intel) | 11-Nov-2015 12:54:58 ET | Download |

90. The Mentor website shows that Yunbo Li et al. submission, *Discussion on Spatial Reuse Operations in 11ax*, DCN IEEE 802.11-16/0382r0 ("Li 0382") was uploaded to and made publicly accessible via the Mentor website on March 14, 2016. PRIOR_ART_00063565 (true and correct printout of the IEEE mentor website showing the date of Li 0382's public accessibility). Based on my review, SAMSUNG_WILUS_00101283 is a true and accurate copy of Li 0382 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Li 0382 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's spatial reuse functionality could have located the Li 0382 reference by searching "spatial reuse PRIOR_ART_00063565 (true and correct printout of the IEEE mentor website showing the date of Li 0382's public accessibility). SAMSUNG_WILUS_00101283 and PRIOR_ART_00063565 are copies of records of the

regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Li 0382 reference was publicly accessible to members of the interested public as of March 14, 2016.



| 13-Mar-2016 ET | 2016 | 382 | 0 | TGax | Discussion on Spatial Reuse Operations in 11ax | Yunbo Li (Huawei) | 14-Mar-2016 01:21:32 ET | Download |

91.    The Mentor website shows that Abhishek Patil et al. submission, *Proposed Resolution for CID 193 (BSS Color Disabled Indication)*, DCN IEEE 802.11-16/1413r8 ("Patil 1413") was uploaded to and made publicly accessible via the Mentor website on November 9, 2016.  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Patil 1413's public accessibility).  Based on my review, PRIOR_ART_00025447 is a true and accurate copy of Patil 1413 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Patil 1413 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's BSS color functionality could have located the Patil 1413 reference by searching "BSS color."  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Patil 1413's public accessibility).  PRIOR_ART_00025447 and PRIOR_ART_00063481 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Patil 1413 reference was publicly accessible to members of the interested public as of November 9, 2016.



| 09-Nov-2016 ET | 2016 | 1413 | 8 | TGax | CID193 BSS Color Disabled Indication | Abhishek Patil (Qualcomm) | 09-Nov-2016 11:15:01 ET | Download |

92.    The Mentor website shows that Chuck Lukaszewki et al. submission, *BSS Color Field Size Measurements*, DCN IEEE 802.11-15/1336r1 ("Lukaszewski 1336") was uploaded to

and made publicly accessible via the Mentor website on November 10, 2015.
PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Lukaszewski 1336's public accessibility).  Based on my review, SAMSUNG_WILUS_00101232 is a true and accurate copy of Lukaszewski 1336 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Lukaszewski 1336 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).  For example, a member of the interested public looking to stay informed about development of 802.11ax's BSS color functionality could have located the Lukaszewski 1336 reference by searching "BSS color."  PRIOR_ART_00063481 (true and correct printout of the IEEE mentor website showing the date of Lukaszewski 1336's public accessibility).

SAMSUNG_WILUS_00101232 and PRIOR_ART_00063481 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Lukaszewski 1336 reference was publicly accessible to members of the interested public as of November 10, 2015.



93.    The Mentor website shows that John (Ju-Hyung) Son et al. submission, *Further Considerations on Enhanced CCA for 11ax*, DCN IEEE 802.11-14/0847r1 ("Son 0847") was uploaded to and made publicly accessible via the Mentor website on July 15, 2014.
PRIOR_ART_00063486 (true and correct printout of the IEEE mentor website showing the date of Son 0847's public accessibility).  Based on my review, SAMSUNG_WILUS_00101139 is a true and accurate copy of Son 0847 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website

to locate the Son 0847 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about development of 802.11ax's clear channel assessment (CCA) functionality could have located the Son 0847 reference by searching "CCA." PRIOR_ART_00063486 (true and correct printout of the IEEE mentor website showing the date of Son 0847's public accessibility). SAMSUNG_WILUS_00101139 and PRIOR_ART_00063486 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Son 0847 reference was publicly accessible to members of the interested public as of July 15, 2014.

| 15-Jul-2014 ET | 2014 | 847 | 1 | TGax | Further Considerations on Enhanced CCA for 11ax | John Son (WILUS Institute) | 15-Jul-2014 16:24:23 ET | Download |

94.    The Mentor website shows that Eric Wong et al. submission, *TGax MAC Ad-hoc March 2016 Meeting Agenda*, DCN IEEE 802.11-16/0427r4 ("Wong 0427") was uploaded to and made publicly accessible via the Mentor website on March 16, 2016. PRIOR_ART_00063525 (true and correct printout of the IEEE mentor website showing the date of Wong 0427's public accessibility). Based on my review, SAMSUNG_WILUS_00101335 is a true and accurate copy of Wong 0427 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Wong 0427 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the outcomes of the March 2016 TGax meeting could have located the Wong 0427 reference by searching "March 2016." PRIOR_ART_00063525 (true and correct printout of the IEEE mentor website showing the date of Wong 0427's public

accessibility).  SAMSUNG_WILUS_00101335 and PRIOR_ART_00063525 are copies of

records of the regularly conducted activity within IEEE of making IEEE documents publicly

accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Wong 0427

reference was publicly accessible to members of the interested public as of March 16, 2016.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16-Mar-2016 ET | 2016 | 427 | 4 | TGax | MAC Ad-hoc March 2016 Meeting Agenda | Eric Wong (Apple) | 16-Mar-2016 05:11:33 ET | Download |

95.    The Mentor website shows that Brian Hart's submission, *Mar 2016 Macau TGax

MAC Ad Hoc Meeting Minutes*, DCN IEEE 802.11-16/0439r1 ("Hart 0439") was uploaded to

and made publicly accessible via the Mentor website on March 16, 2016

PRIOR_ART_00063534 (true and correct printout of the IEEE mentor website showing the date

of Hart 0439's public accessibility).  Based on my review, PRIOR_ART_00058697 is a true and

accurate copy of Hart 0439 obtained from the Mentor website.  As explained above, a member of

the interested public could have used the search functionality on the Mentor website to locate the

Hart 0439 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the

author(s) are affiliated with).  For example, a member of the interested public looking to stay

informed about the outcomes of the March 2016 TGax meeting could have located the Hart 0439

reference by searching "minutes PRIOR_ART_00063534 (true and correct printout of the IEEE

mentor website showing the date of Hart 0439's public accessibility).  PRIOR_ART_00058697

and PRIOR_ART_00063534 are copies of records of the regularly conducted activity within

IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus,

based on the foregoing, the Hart 0439 reference was publicly accessible to members of the

interested public as of March 16, 2016.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16-Mar-2016 ET | 2016 | 439 | 1 | TGax | Mar-2016-Macau-TGax-MAC-Ad-Hoc-Meeting-Minutes | Brian Hart (Cisco Systems) | 16-Mar-2016 05:33:17 ET | Download |

96.     The Mentor website shows that Eric Wong's submission, *TGax MAC and Spatial Reuse Ad-hoc* Agenda *May 2016 Meeting*, DCN IEEE 802.11-16/0698r4 ("Wong 0698") was uploaded to and made publicly accessible via the Mentor website on May 18, 2016. PRIOR_ART_00063472 (true and correct printout of the IEEE mentor website showing the date of Wong 0698's public accessibility). Based on my review, SAMSUNG_WILUS_00101389 is a true and accurate copy of Wong 0698 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Wong 0698 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the agenda for the May 2016 TGax meeting could have located the Wong 0698 reference by searching "agenda." PRIOR_ART_00063472 (true and correct printout of the IEEE mentor website showing the date of Wong 0698's public accessibility). SAMSUNG_WILUS_00101389 and PRIOR_ART_00063472 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Wong 0698 reference was publicly accessible to members of the interested public as of May 18, 2016.



97.     The Mentor website shows that Guido Hiertz et al. submission, *Combined Spatial Reuse & MAC Ad Hoc Group Meeting Minutes*, DCN IEEE 802.11-16/701r0 ("Hiertz 701") was uploaded to and made publicly accessible via the Mentor website on June 2, 2016. PRIOR_ART_00063534 (true and correct printout of the IEEE mentor website showing the date of Hiertz 701's public accessibility). Based on my review, SAMSUNG_WILUS_00101403 is a true and accurate copy of Hiertz 701 obtained from the Mentor website. As explained above, a

member of the interested public could have used the search functionality on the Mentor website to locate the Hiertz 701 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the outcomes of the May 2016 TGax meeting could have located the Hiertz 701 reference by searching "minutes." PRIOR_ART_00063534 (true and correct printout of the IEEE mentor website showing the date of Hiertz 701's public accessibility). SAMSUNG_WILUS_00101403 and PRIOR_ART_00063534 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Hiertz 701 reference was publicly accessible to members of the interested public as of June 2, 2016.

| 17-May-2016 ET | 2016 | 701 | 0 | TGax | Combined Spatial Reuse & MAC ad hoc group meeting minutes | Guido R. Hiertz (Ericsson) | 02-Jun-2016 06:52:39 ET | Download |

98.     The Mentor website shows that Reza Hedayat et al. submission, *TGax MAC Ad Hoc November 2016 Meeting Agenda*, DCN IEEE 802.11-16/1478r2 ("Hedayat 1478") was uploaded to and made publicly accessible via the Mentor website on November 10, 2016. PRIOR_ART_00063545 (true and correct printout of the IEEE mentor website showing the date of Hedayat 1478's public accessibility). Based on my review, SAMSUNG_WILUS_00101505 is a true and accurate copy of Hedayat 1478 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Hedayat 1478 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the agenda for the November 2016 TGax meeting could have located the Hedayat 1478 reference by searching "November 2016." PRIOR_ART_00063545 (true and correct printout of the IEEE mentor website showing the date of Hedayat 1478's public

accessibility). SAMSUNG_WILUS_00101505 and PRIOR_ART_00063545 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Hedayat 1478 reference was publicly accessible to members of the interested public as of November 10, 2016.

| 10-Nov-2016 ET | 2016 | 1478 | 2 | TGax | TGax MAC ad hoc November 2016 Meeting Agenda | Reza Hedayat (Newracom) | 10-Nov-2016 00:10:48 ET | Download |

99.    The Mentor website shows that Reza Hedayat's submission, *November 2016 TGax MAC Ad Hoc Meeting Minutes*, DCN IEEE 802.11-16/1480r1 ("Hedayat 1480") was uploaded to and made publicly accessible via the Mentor website on November 10, 2016. PRIOR_ART_00063545 (true and correct printout of the IEEE mentor website showing the date of Hedayat 1480's public accessibility). Based on my review, SAMSUNG_WILUS_00102129 is a true and accurate copy of Hedayat 1480 obtained from the Mentor website. As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Hedayat 1480 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with). For example, a member of the interested public looking to stay informed about the outcomes of the November 2016 TGax meeting could have located the Hedayat 1480 reference by searching "November 2016." PRIOR_ART_00063545 (true and correct printout of the IEEE mentor website showing the date of Hedayat 1480's public accessibility). SAMSUNG_WILUS_00102129 PRIOR_ART_00063545 are copies of records of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website. Thus, based on the foregoing, the Hedayat 1480 reference was publicly accessible to members of the interested public as of November 10, 2016.

| 10-Nov-2016 ET | 2016 | 1480 | 1 | TGax | TGax MAC ad hoc November 2016 Meeting Minutes | Reza Hedayat (Newracom) | 10-Nov-2016 00:12:05 ET | Download |

100.    The Mentor website shows that Matthew Fischer et al.'s submission, *CID 205 BSSID Color Bits*, DCN IEEE 802.11-13/1207r1 ("Fischer 1207") was uploaded to and made publicly accessible via the Mentor website on September 18, 2013.  Based on my review, PRIOR_ART_00020789 is a true and accurate copy of Fischer 1207 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Fischer 1207 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with).

PRIOR_ART_00020789 is a copy of a record of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Fischer 1207 reference was publicly accessible to members of the interested public as of September 18, 2013.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 18-Sep-2013 ET | 2013 | 1207 | 1 | TGah | PARTIAL_AID-color-bits | Matthew Fischer (Broadcom) | 18-Sep-2013 23:41:08 ET | Download |

### C.    Public Accessibility of the P802.11ax/D1.0 Draft

101.    A total of 6 drafts of the 802.11ax standard amendment were submitted to the 802.11 Working Group for letter ballot voting—D1.0, D2.0, D3.0, D4.0, D5.0, and D6.0.  PRIOR_ART_00060073 at 4-6.  Two additional 802.11ax standard amendment drafts—D7.0 and D8.0—were submitted to the broader IEEE SA for sponsor ballot voting.

102.    An interested member of the public keeping abreast of TGax developments would have been aware of P802.11ax/D1.0 ("draft D1.0"), of which PRIOR_ART_00059608 is a true and accurate copy.  For example, the IEEE, in the ordinary course of its regularly conducted business activities, and pursuant to its standard business practices, has maintained a public webpage with TGax status information and updates.  PRIOR_ART_00060121.  By October 13, 2016, the webpage stated that one of TGax's "Goals for November 2016" was to prepare draft

D1.0 and begin the related letter ballot process. PRIOR_ART_00060271 at 5. Moreover, interested members of the public already would have been aware of earlier 802.11ax standard amendment drafts, including D0.1 and D0.5, and they would expect new drafts to be created as the standard development process progresses.

**Goals for November 2016**
● **Continue with Comment Resolutions.**
● **Prepare draft D1.0 and start a WG LB**

103.    Draft D1.0 was also openly discussed at public TGax meetings such that those in attendance would have known about it, as demonstrated by meeting agendas created in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices, on or around the dates of the TGax meetings. For instance, target dates for drafting the D1.0 draft were discussed during the July 2016 and September 2016 TGax meetings. PRIOR_ART_00058706 at 27; PRIOR_ART_00058809 at 30. At the November 2016 TGax meeting in San Antonio, Texas, TGax members voted for the editor to prepare draft D1.0 of the 802.11ax standard amendment. This vote is documented on page 28 of PRIOR_ART_00058947, which is the meeting minutes from the November 2016 TGax meeting. Later, at the March 2017 TGax meeting, members discussed received comments related to draft D1.0 as well as proposed resolutions for such comments. PRIOR_ART_00058977 at 6. These meetings were open to the public. PRIOR_ART_00059010 at 1.

104.    Draft D1.0 was initially made available to voting members of the IEEE 802.11 Working Group by December 1, 2016, in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices. Specifically, on December 1, 2016, TGax Chair Osama Aboul-Magd sent an email to TGax members stating that "[d]raft D1.0 is

available in the member area." PRIOR_ART_00058640. This email is archived in the IEEE's public email archive.

105.    Also on December 1, 2016, in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices, Adrian Stephens—the Chair of the 802.11 Working Group—sent an email to the broader IEEE 802.11 Working Group informing working group members that "the 802.11 Working Group is officially beginning WG Technical Letter Ballot 225 (LB225), which is a Letter Ballot on the question 'Should P802.11ax D1.0 be forwarded to Sponsor Ballot?'" PRIOR_ART_00058638. The email included a link to instructions for completing letter ballot 225. PRIOR_ART_00060064. The instructions page featured a link to the draft D1.0 PDF, which was password protected. A voting member of the IEEE 802.11 Working Group could enter their credentials (*i.e.*, username and password) to access the document. This email is archived in the IEEE's public email archive.

106.    The IEEE 802.11 Working Group, in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices, also maintains a webpage that shows the status and results of current and past letter ballots related to 802.11 standard amendment drafts.  PRIOR_ART_00060073.  PRIOR_ART_00060096—an archived version of the letter ballot webpage dated May 21, 2017—shows that letter ballot number 225 entitled "Technical TGax Draft 1.00" opened on December 1, 2016 and closed on January 8, 2017.  The webpage shows the results for the draft D1.0 letter ballot, which received 145 "Approve" votes, 106 "Disapprove" votes, and 25 abstentions.  PRIOR_ART_00060096 at 1.  The webpage shows that 371 people were able to vote on the letter ballot (the "Pool").  PRIOR_ART_00060096 at 1. The webpage further includes a hyperlink to the "Draft P802.11ax_D1.0.pdf" document. PRIOR_ART_00060096 at 1.  Clicking the link would have prompted the user to enter their member login credentials.  After entry of the credentials, a voting member would have been able to access draft D1.0.

| 225 | TGax | Technical TGax Draft 1.00 | LB# 225 | Draft | Draft P802.11ax_D1.0.pdf | 2016-12-01 | 2017-01-08 | 38 | Pool | 371 |
| | | | | | | | | | Approve | 145 |
| | | | | Redlined Doc | N/A | | | | Disapprove | 106 |
| | | | | Resolution Doc | N/A | | | | Abstain | 25 |
| | | | | Comment | Template | | | | Return% | 74 |
| | | | | Pool | LB# 225 Voters | | | | Approve% | 58 |

107.    Credentials for any IEEE 802 working group—not just 802.11—can be used to access the "member area" of the IEEE 802 website for that working group.  For example, a credentialed member of the 802.15 Working Group, which develops standards related to Bluetooth technology, would have been able to access the D1.0 draft in the member area of the IEEE 802.15 website.  Therefore, I estimate that at least 300 802.11 Working Group members and at least 300 additional members of other IEEE 802 Working Groups had direct access to the D1.0 document through the IEEE website as of December 1, 2016, due to the fact that many

61

voting members of IEEE 802.15, including myself, are also voting members of the IEEE 802.11 Working Group.

108.    Although draft D1.0 was initially posted to a password-protected area of the IEEE website, this posting in fact would have served to make draft D1.0 accessible to a broad swath of the interested public.  As I explained above, many hundreds of individuals among the interested public were voting members in the IEEE 802 Working Group and would have had direct access to draft D1.0 from the member area website immediately upon its posting on December 1, 2016. As I describe in further detail below, any interested member of the public could become a voting member in the IEEE 802 Working Group by following a straightforward process prescribed by IEEE.  Furthermore, draft standard amendments posted to the member area were not closely held by voting members.  On the contrary, voting members commonly shared draft standard amendments like draft D1.0 with non-active participants in industry and academia, or other interested members of the public, upon their release on the members area of the IEEE website. There was, in practice, no expectation of confidentiality for draft standard amendments or other documents posted to the member area, and in my experience, voting members knew and expected that such documents would be shared with non-active participants for a variety of reasons.

109.    Below, I provide a description of how an interested member of the public—who was not already a voting member of the 802.11 Working Group—could have accessed draft D1.0, for example, by (1) following the straightforward process for becoming a voting member of the Working Group or (2) obtaining the document as a non-voting member.

### 1.    Option 1: Become a Working Group Voting Member

110.    First, any interested member of the public could obtain access to draft D1.0 by becoming a voting member in the 802.11 Working Group.  The process for becoming a voting member was well-defined and not onerous.

111.    In the relevant timeframe leading up to the earliest claimed priority date of the '210 Patent (*e.g.*, January 9, 2017), becoming a "voting member" simply required attending three meetings of the 802.11 Working Group, with at least two of these meetings being plenary sessions, and joining a letter ballot pool and casting a vote in 2 of the last 3 letter ballots, submitting a vote other than abstain due to lack of technical expertise or disapprove without comments on letter ballots.  PRIOR_ART_00059008 at 2.  As explained above, these meetings were generally held every two months and were open to the general public—no prior IEEE membership, special qualifications, or nomination were required to attend the meetings.  An interested member of the public could have registered to attend the 802.11 Working Group meetings through the 802.11 Working Group website.  Specifically, one could have registered for a working group meeting by (1) going to the IEEE 802.11 Working Group home page, (2) selecting "Session Info," which would open a drop-down menu, (3) select "Future Sessions," which would open the "IEEE 802.11 Future Session Plans" webpage, and (4) selecting "Registration" for a meeting for which registration was open.  This is confirmed by archived versions of the 802.11 Working Group website from January 2016.  PRIOR_ART_00060120; PRIOR_ART_00060261.



112.     Prospective 802.11 Working Group meeting attendees were required to pay a registration fee—for instance, between $375 and $975 for the January 2016 meeting in Atlanta, Georgia, depending on when the prospective attendee registered.  PRIOR_ART_00060261 at 1.  However, as explained above, the fee could be waived for certain visitors, such as academics, professors, and students from educational institutes in the surrounding area.

113.     Task group leadership tracked attendance at each TGax meeting via electronic sign-in, and upon meeting the requirements for becoming a voting member (*i.e.*, attending the requisite three meetings), participants were provided the login credentials for the "member area" of the IEEE-SA website where they could directly access draft standard amendments such as draft D1.0.  Voting member credentials would only be provided at plenary sessions.

114.     Login credentials for the "member area" are not unique to each voting member, and they are rarely changed (*e.g.*, the Chair can request a password change at his/her discretion, but rarely does so).  When login credentials are updated, voting members receive an automated

email from the Chair containing the new credentials.  Through the member area, voting members can access standard amendment drafts.

115.    Even if an interested member of the public did not become aware of TGax until the beginning of 2016—some one and a half years after the group began working on the 802.11ax standard amendment—they still could have attended any two plenary meetings and one interim meeting to gain "voting member" status before the earliest alleged priority date of the '210 Patent (*e.g.*, January 9, 2017).  For example, one could have attended meetings in March 2016 in Macau (plenary session); May 2016 in Waikoloa, Hawaii (interim session); July 2016 in San Diego, California (plenary session); September 2016 in Warsaw, Poland (interim session); and November 2016 in San Antonio, Texas (plenary session).  PRIOR_ART_00060265 at 2. After attending just two previous meetings, one of which was a plenary session, one would have been granted voting privileges and login credentials for the member area of the 802.11 Working Group website at the start of the third meeting (which must be a plenary meeting).

116.    A voting member would have been able to directly access draft D1.0 via the members area of the 802.11 Working Group website after the draft was uploaded to the site on December 1, 2016.

### 2.    Option 2: Obtain the D1.0 Draft From a Voting Member

117.    Even apart from obtaining direct access to draft D1.0 as a voting member, interested members of the public exercising reasonable diligence could access draft D1.0 by obtaining it indirectly from a voting member.

118.    In practice, IEEE imposed little if any restriction on the distribution of draft standard amendments like draft D1.0, despite nominally releasing them on the protected members area site.  For example, the cover of draft D1.0 states that "[p]ermission is hereby

granted for IEEE Standards Committee participants to reproduce this document for purposes of international standardization consideration." PRIOR_ART_00059608 at Cover. Further, the "Copyrights" section on page iii of Draft D1.0 states that the document "is made available for a wide variety of both public and private uses," including "the promotion of engineering practices and methods." PRIOR_ART_00059608 at iii. Voting members of the IEEE 802.11 Working Group understood the document sharing policy to allow free distribution of standard amendment drafts to persons involved and/or interested in standards development. Moreover, the "Updating of IEEE documents" section on page iii explains that IEEE standards are updated over time, providing interested members of the public with motivation to continually monitor the IEEE members area for new standards drafts. PRIOR_ART_00059608 at iii.

119.    Voting members of the IEEE 802.11 Working Group commonly shared standard amendment drafts with non-voting members, as well as individuals who did not attend 802.11 Working Group or task group meetings at all. For example, in my experience, it was common for voting members to share draft standards with academic colleagues or industry engineers from their respective companies who were not voting members and, in some instances, were not even IEEE members. Based on the roughly 600 IEEE 802 Working Group members with direct access to the document, I estimate that draft D1.0 would have been disseminated to thousands of additional interested members of the public apart from just voting members by the earliest claimed priority date of the '210 patent (e.g., January 9, 2017). In other words, there was not an expectation of confidentiality with respect to draft D1.0.

120.    The motivation for sharing standard drafts is simple—WLAN standardization impacts a broad range of stakeholders (manufacturers, researchers, inventors, etc.) that may not be able to actively participate in the standardization process. The standardization process is

meant to be open and collaborative, and the goals of WLAN standardization are (1) to create a high-quality technical specification and (2) garner support for the standard from key stakeholders. These goals can be most effectively achieved by soliciting input from stakeholders that are unable to actively participate in the standardization process. This understanding is reflected in the IEEE-SA's policy toward sharing drafts with non-active members. Many companies and other stakeholders also relied on just a single individual or a small number of individuals to represent their interests in 802.11 Working Group as a voting member, and those individuals would then share draft standard amendments and other developments to a much broader audience within their organizations.

121.    Based on the foregoing, P802.11ax/D1.0, otherwise known as draft D1.0, was publicly accessible to members of the interested public as of December 1, 2016.

### D.    Public Accessibility of IEEE 802.11-2012 and IEEE 802.11ac

122.    IEEE 802.11-2012, entitled *Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications* is currently available for download by the public on the IEEE Xplore website. PRIOR_ART_00063586. Based on my review, PRIOR_ART_00060668 is a true and accurate copy of IEEE 802.11-2012 obtained from the IEEE Xplore website. IEEE Xplore shows that IEEE 802.11-2012 was published on March 29, 2012. PRIOR_ART_00063586. This is consistent with my personal knowledge regarding the public release of IEEE 802.11-2012. Thus, based on the foregoing, IEEE 802.11-2012 was publicly accessible to members of the interested public as of March 29, 2012.

123.    IEEE 802.11ac-2013, entitled *Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications—Amendment 4:* Enhancements *for Very High* Throughput *for Operation in Bands Below 6 GHz* is currently available for download by the public on the IEEE Xplore website. PRIOR_ART_00063590. Based on my review,

PRIOR_ART_00063590 is a true and accurate copy of IEEE 802.11ac-2013 obtained from the IEEE Xplore website. IEEE Xplore shows that IEEE 802.11ac-2013 was published on December 18, 2013. PRIOR_ART_00063590. This is consistent with my personal knowledge regarding the public release of IEEE 802.11ac-2013. Thus, based on the foregoing, IEEE 802.11ac-2013 was publicly accessible to members of the interested public as of December 18, 2013.

124. The exhibits cited herein are true and correct copies of documents obtained from the IEEE website.

125. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

# APPENDIX A

**Dr. Harry V. Bims**
**Protocomm Systems, LLC**
**2665 Marine Parkway, Suite 1140**
**Mountain View, CA  94043**
**harrybims@me.com**
**650-283-4174**

# PROFESSIONAL SUMMARY

Harry Bims, PhD, EE, provides expert witness support services for telecommunications-related intellectual property litigation. These services include deposition and court testimony, expert reports, and infringement research, for patent, copyright, and trade secret litigation matters. He has 30+ years of telecommunications industry experience, and holds twenty-five US patents in network architecture and chip design for wireless communications.

# EMPLOYMENT HISTORY

12/2001 - 05/2004    **AirFlow Networks, Inc.  ●  Sunnyvale, California**

Position:    *CEO/CTO & Founder*

As the sole founder of the company, created the original business plan, raised venture capital, and hired the core engineering team.  Grew the company to 32 people and shipped products for revenue in the US and overseas.  Fifteen patents on the core technology have issued.  These patents, which relate to wireless network infrastructure based on the 802.11 specification, have been sold to Broadcom.

03/2001 - 12/2001    **Bay Partners LLC  ●  Cupertino, California**

Position:    *Entrepreneur in Residence*

Reported to the partners of this VC firm as a technology expert on a range of wireless and networking subjects.  Reviewed business plans and participated in due diligence activities related to several startups seeking funding.  Developed a business plan for a startup that builds network infrastructure for 802.11 enterprise networks.

09/1999 - 03/2001    **Symmetry Communications Systems Inc  ●  San Jose, California**

Position:    *Director, Software Architecture*

Reporting to the CEO, responsible for the software architecture of their core SGSN and GGSN products for the GPRS market.  Formulated a software technology roadmap, showing the evolution from 2.5G to 3G SGSN and GGSN products.  Management responsibility for Firmware, Hardware, Performance, and Systems Engineering Groups.  Provided management support of early field trials of the system on a global basis.

07/1999 - 09/1999   **T-SPAN Systems Corporation   ●   Palo Alto, California**

Position:   *Member of Technical Staff*

Designed a wireless home LAN protocol for the company.  Also designed and built a PC-based platform to demonstrate their technology.  Company is now publicly traded as Atheros Communications.

07/1992 - 12/1998   **Glenayre Technologies-Wireless Access Group   ●   San Jose, California**

Position:   *Member of Technical Staff; Sr. Member of Technical Staff; Manager of NOC Systems*

Employee #6 at the company, which was acquired by Glenayre Technologies, Nov 1997.  Designed and built a 4-channel ReFLEX50 pager demonstration in 1 week.  Participated in early field trials and feasibility studies, culminating in a Pioneer's Preference license award from the FCC to SkyTel Corporation for Narrowband PCS development.

Invented, designed, and built from concept through full implementation, a patented two-way pager test system for the ReFLEX50 and ReFLEX25 protocols.  This system was used throughout company operations for performance testing of the ReFLEX pager designs from Wireless Access, and Motorola.  Over 16 systems were deployed around the country for manufacturing tests, engineering protocol tests, antenna tests, and pager repair tests.

The project required technical skills in PC hardware design, C++, object-oriented programming, signal processing techniques, NT device driver development, Win32 user interface development, real-time, multi-threaded control, and proficiency with wireless communications lab equipment.  Three patents have been issued based on technical inventions in this capacity.

Co-developed a wireless application protocol for sending and receiving encrypted email messages over the paging channel.  Led the project team that deployed a software encryption module based on this protocol for government agencies.

10/2012 – Present   **BoughtStuff, Inc   ●   Palo Alto, California**

Position:   *Founder*

The company has developed a mobile application for storage and delivery of product information to smartphones over wireless networks.


# Bims Laboratories, Inc  Work History


6/2009 – 7/2009   **Eastman Kodak Company   ●   Rochester, NY**

Position:   *Technology Consultant*

Providing technology assessment on certain wireless communication patents.


10/2009 – 1/2017   **IEEE 802.16 Working Group**

Position:   *Task Group Secretary, Task Group Vice-Chair, Task Group Chair, Working Group Vice-Chair & Secretary, IEEE 802.16 Expert*

Served in several leadership capacities within this group that is working on improvements to the IEEE 802.16 standard, otherwise known as WiMAX.  The 802.16 Working Group entered hibernation on March 2018.  From that time until the present, I am on the roster of Experts designated by the Chair to answer questions and provide clarification about the 802.16 standards.


2/2014 – Present   **Access Network Protocol Development**

Position:   *Technical Lead Developer*

Developing a C++17-based DES of SDRs for wired and wireless network protocols, that includes IMT-2020 channel models. Implementations of the IEEE 802 and LTE protocol families, plus PTP, PPoE, IPv6, digital cable, Bluetooth, DSL, frame relay and many other managed node models for smart grid and vertical IoT applications.  Used for technical analysis of emerging wireless standards amendments.


# Protocomm Systems, LLC Consulting History

04/1999–07/1999   **Gigabit Wireless, Inc.   ●   San Jose, California**

Position:   *Technical Leader*

Technical leader for the Wireless MAC design group.  Responsible for

comparative analysis of competing wireless MAC protocol standards. Responsible for the creation of a proprietary MAC protocol specification document, simulation of the protocol, and implementation in a prototype. Participated in early 802.16 protocol standards.  This company was acquired by Intel Corporation.

3/2007 – 10/2009    **Apple, Inc.  ●  Cupertino, CA**

Position:    *Technology Consultant*

Participating in IEEE 802.16 standards meetings as an affiliate of the client.

7/2003 – Present    **Various expert witness engagements (see below)**

Position:    *Technical Expert Witness*

Testified as a wireless technology expert in patent infringement cases.  For a list of such cases, see below.

## Technical Expert Witness Experience

7/2025 – Present    **Client: Burr & Forman, LLP (representing SmartSky Networks)**

Case:    SmartSky Networks, LLC v. Gogo Business Aviation et. al.

Civil Action No: 3:24-cv-1087-FDW-DCK (W.D. N.C.)

Location:    UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Testifying expert in this patent case involving IEEE 802.11 wireless networks for business aviation.

Attorneys:    For Plaintiff:

For Defendant:   Burr & Forman

Status:    Case ongoing

7/2025 – Present    **Client: Fish & Richardson LLP (representing Ubiquiti)**

Case:    Intellectual Ventures I LLC v. Ubiquiti Inc.

Civil Action No: 1:23-cv-00865-GBW (D.Del.)

Location:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Testifying expert in this patent case involving IEEE 802.11 wireless networks.

Attorneys:   For Plaintiff:

For Defendant:   Burr & Forman

Status:   Case ongoing

5/2025 – Present   **Client: Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP (representing Samsung)**

Case:   Hannibal IP LLC v. Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc.

Case IPR2025-01190 - IPR Petition relating to Hannibal IP LLC v. Samsung Electronics Co., Ltd, and Samsung Electronics America, Inc.

Civil Action No: 4:25-cv-200-SDJ (E.D. Tex.)

Location:   UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this patent case involving 5G quasi co-location wireless communication.

July 29, 2025:     Declaration ISO Petition for IPR for US Patent 11,641,661

Attorneys:   For Plaintiff:

For Defendant:   Finnegan

Status:   Case ongoing

4/2025 – Present   **Client: Davis Polk & Wardwell LLP (representing Comcast)**

Case:   Comcast Cable Communications Management, LLC et. al. v. MaxLinear, Inc..

Civil Action No: 23-cv-04436-AKH (S.D. N.Y.)

Location:   UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Testifying expert in this patent case involving DOCSIS cable network amplifier technology.

Attorneys:
    For Plaintiff:

    For Defendant:  Davis Polk

Status:    Case ongoing

4/2025 – Present   **Client: Fish & Richardson (representing Lenovo)**

Case:    Collision Communications, Inc. v. Lenovo Group, Ltd.

    Civil Action No: 2:23-cv-00594-JRG (E.D. Tex.)

Location:    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS – MARSHALL DIVISION

    Testifying expert in this patent case involving multi-user detection and IEEE 802.11, 4G LTE, and 5G wireless networking technology.

    August 22, 2025  Opening Expert Report on Invalidity

    September 26, 2025 Rebuttal Expert Report on Non-infringement

Attorneys:
    For Plaintiff:    Caldwell, Cassady, and Curry

    For Defendant:  Fish & Richardson

Status:    Case settled

3/2025 – Present   **Client: Latham & Watkins LLP (representing Google)**

Case:    Advanced Coding Technologies LLC v. Google LLC

    IPR Petition relating to Advanced Coding Technologies LLC v. Google LLC

    Civil Action Nos: 2:24-cv-00353

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

    Testifying expert in this patent case involving encoding voice data for wireless communication.

    June 12, 2025:    Declaration ISO Petition for IPR for US Patent 7,804,891

Attorneys:
    For Plaintiff:

    For Defendant:  Latham & Watkins

Status:    Case ongoing

3/2025 – Present **Client: Fish & Richardson (representing Samsung)**

Case: Wilus Institute of Standards and Technology Inc. v. Samsung Electronics Co. Ltd, et. al.

Civil Action Nos: 2:24-cv-00746; 2:24-cv-00765; 2:25-cv-00070

Location: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

Testifying expert in this patent case involving WiFi packet technology

Attorneys:
For Plaintiff:

For Defendant:   Fish & Richardson

Status: Case ongoing


10/2024 – Present **Client: Fish & Richardson LLP (representing Apple)**

Case: Resonant Systems, Inc. d/b/a RevelHMI v. Apple Inc.

Civil Action No. 7:23-cv-00077-ADA

Location: UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION

Testifying expert in this patent case involving haptic technology

For Plaintiff:

For Defendant:    Fish & Richardson, LLP

Attorneys:

Status: Case ongoing


10/2024 – Present **Client: GreenbergTraurig (representing Samsung)**

Case: Samsung Electronics America, Inc. (Petitioner) v. GenghisComm Holdings, LLC (Patent Owner)

IPR Petition relating to GenghisComm Holdings, LLC v Samsung Electronics America, Inc. Civil Action No. 2:24-cv-00242 (E.D. Tex.)

Location: UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this patent case involving OFDM wireless technology

Expert Declarations:

March 28, 2025:  Declaration ISO Petition for IPR for US Patent 10,200,227

April 10, 2025:    Declaration ISO Petition for IPR for US Patent 11,424,792

April 7, 2025:    Declaration ISO Petition for IPR for US Patent 11,252,005

April 2, 2025:    Declaration ISO Petition for IPR for US Patent 11,075,786

April 1, 2025:    Declaration ISO Petition for IPR for US Patent 10,389,568

April 10, 2025:    Declaration ISO Petition for IPR for US Patent 11,223,508

July 24, 2025:    Declaration ISO Request for EPR for US Patent 11,381,285

October 10, 2025:  Declaration ISO Request for EPR for US Patent 11,075,786

October 22, 2025:    Declaration ISO Petition for IPR for US Patent 9,768,842

Attorneys:

    For Patent Owner:

    For Petitioner:  GreenbergTraurig

Status:  Case ongoing

10/2024 – Present  **Client: Fish & Richardson LLP (representing Apple)**

Case:  Resonant Systems, Inc. d/b/a RevelHMI v. Apple Inc.

    Civil Action No. 7:23-cv-00077-ADA

Location:  UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, MIDLAND-ODESSA DIVISION

    Testifying expert in this patent case involving haptic technology

    For Plaintiff:

    For Defendant:  Fish & Richardson, LLP

Attorneys:

Status:  Case ongoing

03/2024 – Present  **Client: Fish & Richardson, LLP (representing General Motors Company, and General Motors LLC ("GM"), Tesla Inc., and American Honda Motor Co., Inc., and Honda Development & Manufacturing of America, LLC**

**("Honda")**

**Client: DLA Piper LLP (representing Toyota Motor North America, Inc., Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Credit Corporation ("Toyota")**

**Client: Venable LLP (representing FCA US LLC)**

**Client: Brooks Kushman LLP (representing Ford Motor Co.)**

**Client: Jenner & Block LLP (representing Nissan North America Inc. and Nissan Motor Acceptance Corporation A/K/A Nissan Motor Acceptance Company LLC ("Nissan")**

|   |   |
|---|---|
| Case: | Neo Wireless, LLC v GM, Tesla, Honda, Toyota, FCA US LLC, Ford Motor Co., and Nissan. Civil Action No. 2:22-MD-03034-TGB (E.D. Mich) |
| Location: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION |

Testifying expert in this District Court matter involving 5G communications.

Expert Report:

| | |
|---|---|
| March 28, 2024 | Opening Expert Report on Invalidity |
| April 25, 2024 | Rebuttal Expert Report on Non-Infringement |
| May 23, 2024 | Expert Deposition |

|   |   |
|---|---|
| Attorneys: | For Plaintiff: |
| | For Defendant:   Fish & Richardson, LLP, DLA Piper LLP, Venable LLP, Broosk Kushman LLP, Jenner & Block LLP |
| Status: | Case ongoing |

|   |   |
|---|---|
| 3/2024 – Present | **Client: Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP (representing Motorola Mobility LLC)** |
| Case: | Lenovo (UNITED STATES) Inc. and Motorola Mobility LLC (Petitioners) v. Headwater Research LLC. (Patent Owner) |
| | IPR Petition relating to Headwater Research LLC v Motorola Mobility LLC and Lenovo (United States) Inc.  Case No. 4:23-cv-04496-JST (N.D. Cal.) |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |

Testifying expert in these matters involving application-level prioritization across

networks.

| August 8, 2024 | Expert Declaration for ISO IPR Petition regarding US Patent 10,749,700 |
| August 8, 2024 | Expert Declaration for ISO IPR regarding US Patent 9,198,076 |

Attorneys:  For Patent Owner:

For Petitioner:   Finnegan

Status:  Case ongoing

2/2024 – 4/2025   **Client: Bookoff McAndrews LLP (representing Motorola Mobility, LLC)**

Case:  Patent Litigation between Ericsson and Motorola/Lenovo in Colombia

Location  Testifying expert in these matters involving 5G networking technology.

Expert Declaration:

| March 4, 2024 | (COLOMBIA) Non-Essentiality and Non-Infringement Technical Opinion regarding CO38083 |
| March 20, 2024 | (COLOMBIA)  Invalidity Technical Opinion regarding CO38001 |
| March 27, 2024 | (COLOMBIA)  Non-Infringement Technical Opinion regarding CO38001 |
| March 27, 2024 | (COLOMBIA)  Non-Infringement Technical Opinion regarding CO36031 |
| March 27, 2024 | (COLOMBIA)  Non-Infringement Technical Opinion regarding CO37362 |
| April 16, 2024 | (COLOMBIA)  Non-Infringement and Non-Essentiality Technical Opinion regarding CO37550 |
| April 19, 2024 | (COLOMBIA) Non-Essentiality Technical Opinion regarding CO38002 |
| July 19, 2024 | (COLOMBIA) Invalidity Technical Opinion Regarding CO38457 |

Attorneys:  For Plaintiff:

For Defendant:   Bookoff McAndrews, LLP

Status:  Case settled

| 2/2024 – 5/2025 | **Client: Fish & Richardson, LLP (representing Lenovo (United States))** |
|---|---|
| Case: | Certain Cellular Base Station Communication Equipment, Components Thereof, and Products Containing Same<br>U.S. Int'l Trade Commission Inv. No. 337-TA-1388 |
| | U.S. Int'l Trade Commission Inv. No. 337-TA-1397 |
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Hon. Bryan F. Moore |

Testifying expert in this patent case involving 5G networking technology

| August 7, 2024 | Declaration Regarding Claim Construction |
|---|---|
| August 21, 2024 | Rebuttal Declaration Regarding Claim Construction |
| September 10, 2024 | Initial Expert Report Regarding Infringement and Domestic Industry |
| September 25, 2024 | Rebuttal Expert Report Regarding Validity |
| October 4, 2024 | Expert deposition testimony |
| December 9-10, 2024 | Live testimony at 1397 trial. |

| Attorneys: | For Plaintiff: |
|---|---|
| | For Defendant:  Fish & Richardson |
| Status: | ITC case settled |

| 2/2024 – Present | **Greenberg Traurig LLP (representing Samsung)** |
|---|---|
| Case: | Samsung Electronics Co., Ltd., (Petitioner) v. Asus Technology Licensing Inc. (Patent Owner), IPR2024-00614 |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |

Testifying expert in this patent case involving LTE networking technology

March 8, 2024:  PTAB Declaration ISO IPR petition

August 12, 2024: PTAB Declaration ISO IPR petition – US Patent 10,785,759

| Attorneys: | For Patent Owner: |
|---|---|
| | For Petitioner:  Greenberg Traurig LLP |
| Status: | Case ongoing |

| | |
|---|---|
| 7/2022 – Present | **Client: Fish & Richardson LLP (representing LG Electronics, Inc.)** |
| Case: | LG Electronics, Inc. v Invention Investment Fund I, L.P., Invention Investment Fund II, LLC, Intellectual Ventures I, LLC, and Intellectual Ventures II, LLC. Civil Action No. N22C-11-145-SKR-CCLD |
| Location: | SUPERIOR COURT FOR THE STATE OF DELAWARE |
| | Testifying expert in these matters relating to a breach of a License Agreement |
| | April 19, 2024:  Opening Expert Report |
| | October 10 – 15, 2024:    Live trial testimony |
| Attorneys: | For Plaintiff:    Fish & Richardson LLP |
| | For Defendant: |
| Status: | Jury award |

| | |
|---|---|
| 1/2024 – Present | **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Acceleration Bay, LLC.)** |
| Case: | Acceleration Bay, LLC v Amazon Web Services, Inc. |
| | Civil Action No.: 22:904-RGA-SRF |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Richard G. Andrews |
| | Testifying expert in this patent case involving internet data broadcasting. |
| | Expert Declaration: |
| | February 12, 2024:  Expert Report Regarding Technology Tutorial of Asserted Patents |
| | May 28, 2024    Live Deposition Testimony |
| | September 23, 2024   Live trial testimony |
| Attorneys: | For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP |
| | For Defendant:    Fisch Sigler LLP |
| Status: | Jury Award |

| | |
|---|---|
| 12/2023 – 4/2025 | **Kirkland & Ellis LLP (representing Motorola Mobility LLC & Lenovo)** |
| Case: | Certain Mobile Phones, Components Thereof, and Products Containing the Same U.S. Int'l Trade Commission Inv. No. 337-TA-1375 |

Certain Electronic Devices, including Mobile Phones, Tablets, Laptops, Components Thereof, and Products Containing the Same
U.S. Int'l Trade Commission Inv. No. 337-TA-1376

Telefonaktiebolaget LM Ericsson v Lenovo (United States), Inc.
Civil Action No. 5:23-cv-569 (E.D.N.C.)

Lenovo (United States) v Telefonaktiebolaget LM Ericsson
Civil Action No. 5:23-cv-570 (E.D.N.C.)

IPR Petition Lenovo (United States) Inc. (Petitioner) v Telefonaktiebolaget LM Ericsson (Patent Owner)

|  |  |
|---|---|
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION Administrative Law Judge Hon. MaryJoan McNamara |

Testifying expert in this patent case involving 5G networking technology.

| | |
|---|---|
| March 15, 2024 | IPR Declaration ISO Petition for IPR Review |
| April 30, 2024 | Expert Report on Invalidity |
| May 14, 2024 | Rebuttal Expert Report Regarding Non-Infringement |
| May 31, 2024 | Deposition Testimony |
| July 12-15, 2024 | Live Testimony at Trial |
| February 24, 2025 | IPR Declaration ISO Petitioner's Reply to Patent Owner's Response |
| May 25, 2025 | Deposition on IPR Declaration |

|  |  |
|---|---|
| Attorneys: | For Plaintiff: |
|  | For Defendant:  Kirkland & Ellis LLP |
| Status: | Decision pending |

|  |  |
|---|---|
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD Case IPR2024-TBD |

March 15, 2024:  Declaration in support of Petition for IPR

|  |  |
|---|---|
| Attorneys: | For Petitioner: Kirkland & Ellis LLP |
|  | For Patent Owner: |
| Status: | Case settled |

**12/2023 – Present**    **Fish & Richardson LLP (representing Reolink)**

| | |
|---|---|
| Case: | IPR Petition Shenzhen Reolink Technology Co., Ltd., Reolink Innovation Inc., Reolink Innovation Co., Ltd. (China) (Patent Owner) v Throughtek, Co., Ltd. (Patent Owner), Attorney Docket No. 52472-0005IP1 |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |

Testifying expert in this patent case involving establishing point-to-point connections between mobile devices.

January 29, 2024:  PTAB Declaration ISO IPR petition

| | |
|---|---|
| Attorneys: | For Patent Owner: |
| | For Petitioner:  Kirkland & Ellis LLP |
| Status: | Case ongoing |

| | |
|---|---|
| 7/2023 – Present | **Client: Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP (representing MediaTek)** |
| Case: | U.S. Int'l Trade Commission Inv. No. 337-TA-1367 |

Certain Electronic Devices and Semiconductor Devices having Wireless Communication Capabilities and Components Thereof

| | |
|---|---|
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Hon. Bryan F. Moore |

Testifying expert in this patent case involving IEEE 802.11 technology.

Expert Reports:

January 18, 2024        Rebuttal expert Report regarding Non-infringement

Videotaped Deposition:

February 15, 2024      Videotaped expert deposition

ITC Trial testimony:

March 24, 2024         Non-infringement witness statement

| | |
|---|---|
| Attorneys: | For Plaintiff: |
| | For Defendant:  Finnegan |
| Status: | ITC case ongoing |

| | |
|---|---|
| 8/2023 – Present | **Kirkland & Ellis LLP (representing TP-Link Technologies Co Ltd.)** |
| Case: | U.S. Int'l Trade Commission Inv. No. 337-TA-1361 |

In the Matter of Certain Wi-Fi Routers, Wi-Fi Devices, Mesh Wi-Fi Network Devices, and Hardware and Software Components Thereof

Location:   UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Doris Johnson Hines

Testifying expert in these matters involving base station and wireless mesh technology.

November 9, 2023: Expert report concerning Invalidity

November 30, 2023: Expert rebuttal report on Non-Infringement and Technical Domestic Industry

January 22, 2023:  Live testimony at ITC trial


Attorneys:   For Plaintiff:        LLP

For Defendant:  Kirkland & Ellis LLP

Status:   Trial verdict pending


**5/2023 – 9/2024    Client: Fish & Richardson LLP (representing Samsung Electronics, Co. Ltd.)**

Case:   In the Matter of an Arbitration Pursuant to the Rules of the International Court of Arbitration of the International Chamber of Commerce (ICC Case No. 27699/PDP)

Location:   INTERNATIONAL CHAMBER OF COMMERCE

Testifying expert in these matters involving international patent arbitration involving IEEE 802.11 technology, between Interdigital and Samsung.

January 8, 2024   Rebuttal expert report

June 18, 2024      Second expert report

Attorneys:   For Plaintiff:     Alston & Bird LLP

For Defendant:  Fish & Richardson LLP

Status:   Case settled


**10/2022 – 2/2023    Client: Finnegan, Henderson, Farabow, Garrett & Dunner LLP (representing Samsung Electronics Co. Ltd.)**

Case:   IPR Petition relating to Apex Beam Technologies, LLC v. Samsung Electronics, Co. Ltd., Civil Action No. 2:22-cv-00188)

Location:   UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in these matters involving smart antenna technology.

February 27, 2023:  Expert Declaration ISO petition for Inter Partes review

February 28, 2023: "Xia" Expert Declaration ISO petition for Inter Partes review

February 28, 2023: "Liu" Expert Declaration ISO petition for Inter Partes review

Attorneys:   For Patent Owner:

For Petitioner:   Finnegan, Henderson, Farabow, Garrett & Dunner LLP

Status:   Case settled

7/2022 – Present   **Client: Russ, August & Kabat LLP (representing Vivato, Inc.)**

Case:   XR Communications, LLC d/b/a Vivato Technologies v D-Link Systems, Inc., Civil Action No. 8:17-cv-00596-DOC(JDE)

Location:   UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA – Hon. David O. Carter

Testifying expert in these matters involving smart antenna technology.

Expert Declaration:

August 23, 2022:  Rebuttal Expert Report on Validity

August 31, 2022: Deposition testimony

Attorneys:   For Plaintiff:   Russ, August & Kabat LLP

For Defendant:

Status:   Case settled

6/2022 – 1/2024   **Client: Fish & Richardson LLP (representing Samsung Electronics, Co. Ltd.)**

Case:   G+ Communications, LLC v Samsung Electronics Co. Ltd. et. al, Civil Action No. 2:22-cv-78

Location:   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS – Hon. Rodney Gilstrap

Testifying expert in these matters involving smart antenna technology.

March 13, 2023: Expert Declaration ISO Samsung Defendants' Claim

Construction Proposals

June 28, 2023:  Opening Expert Report on Invalidity

December 18, 2023:  PTAB Declaration ISO IPR Petition

|  |  |  |
|---|---|---|
| Attorneys: | For Plaintiff: | Russ, August & Kabat LLP |
|  | For Defendant: | Fish & Richardson |
| Status: | Jury trial verdict | |

|  |  |
|---|---|
| 5/2022 – 6/2023 | **Client: Kilpatrick Townsend LLP (representing Apple, Inc.)** |
| Case: | IPR Petition relating to Apple, Inc. v. Mullen Industries LLC, Civil Action No. 6:22-cv-00145 |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |

Testifying expert in these matters involving remote notification devices.

August 8, 2022:  Expert Declaration

May 23, 2023:    Expert Deposition

|  |  |
|---|---|
| Attorneys: | For Patent Owner: Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. |
|  | For Petitioner:    Kilpatrick Townsend LLP |
| Status: | Case settled |

|  |  |
|---|---|
| 3/2022 – 9/2023 | **Client: Kirkland & Ellis LLP (representing Samsung Electronics Co. Ltd.)** |
| Case: | California Institute of Technology v Samsung Electronics Co. Ltd., Civil Action No. 2:21-cv-00446 |
| Location: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS – Hon. Rodney Gilstrap |

Testifying expert in these matters involving LDPC codes.

November 22, 2022:   Declaration regarding claim construction

December 20, 2022:   Rebuttal Declaration regarding claim construction

May 22, 2023:        Rebuttal expert report on non-infringement

May 31, 2023:        Deposition testimony

|  |  |
|---|---|
| Attorneys: | For Petitioner: Kirkland & Ellis LLP |
|  | For Plaintiff:    Mintz, Levin, Cohn, Ferris, Glovsky, and Popeo, P.C. |

Status:   Case settled

2/2022 – 12/2022   **Client: Fish & Richardson LLP (representing Apple, Inc.)**

Case:   Litigation between Ericsson and Apple in Belgium, Brazil, Germany, Netherlands, and Colombia, and US matters:

Ericsson Inc. et. al. v. Apple Inc., Civil Action No. 6:22-cv-00061-ADA

Ericsson Inc., et. al, v. Apple Inc., Civil Action No. 2:21-cv-00376

Apple Inc. v. Telefonaktiebolaget LM Ericsson, et. al., Civil Action No. 2:21-cv-00460

In the Matter of Certain Mobile Phones Tablet Computers, Smart Watches, Smart Speakers, and Digital Media Players, and Products Containing Same.

U.S. Int'l Trade Commission Inv. No. 337-TA-3596

Location:   UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION – Hon. Alan D. Albright

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

UNITED STATES INTERNATIONAL TRADE COMMISSION

Testifying expert in these matters involving 5G networking technology.

Expert Declaration:

May 18, 2022  COLOMBIA:  Invalidity and Non-Infringement Technical Opinion regarding certain Colombia patents

April 27, 2022  COLOMBIA:  Invalidity and Non-Infringement Technical Opinion regarding certain Colombia patents #1

April 27, 2022  COLOMBIA:  Invalidity and Non-Infringement Technical Opinion regarding certain Colombia patents #2

March 28, 2022  COLOMBIA:  Invalidity and Non-Infringement Technical Opinion regarding certain Colombia patents

March 9, 2022  BRAZIL:  Invalidity Technical Opinion regarding Brazil patents

May 26, 2022 BRAZIL:  Response to Ericsson Statement regarding Brazil patents

August 25, 2022 BRAZIL:  Live testimony before the Brazil Patent and Trademark Office regarding invalidity

November 15, 2022 (COLOMBIA)  Invalidity and Non-Infringement Technical Opinion regarding CO37550

|          |                     |
|----------|---------------------|
| Attorneys: | For Plaintiff:    |
|          | For Defendant:    Fish & Richardson, LLP |
| Status:  | Case settled        |


1/2022 – 3/2023    **Client: Finnegan LLP (representing Toyota Motor Corp., et. al.)**

| | |
|---|---|
| Case: | Intellectual Ventures I LLC, et. al. v. Toyota Motor Corp., et. al., Civil Action No. 2:21-cv-389 |
| | Toyota Motor Corp. (Petitioner) v. Intellectual Ventures II, LLC (Patent Owner) Case No. IPR2022-01355 |
| Location: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MARSHALL DIVISION – |
| | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |
| | Testifying expert in this District Court and PTAB matter involving IEEE 802.11 wireless networking. |
| | Expert Declaration: |
| | January 13, 2023: Marshall Division Declaration on Invalidity |
| | August 25, 2022:  PTAB Declaration ISO Petition for IPR |
| | April 8, 2024:  PTAB Declaration ISO Petition for IPR2022-00973 |
| Attorneys: | For Plaintiff: |
| | For Defendant/Petitioner:  Finnegan, LLP |
| Status: | Case settled |


9/2021 – 8/2025    **Client: Schulte, Roth & Zabel LLP (representing TrackThings LLC)**

| | |
|---|---|
| Case: | TrackThings LLC v. NETGEAR, Inc. Civil Action No. 22:981-RGA-JLH |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – |
| | Testifying expert in this District Court matter involving wireless network reconfiguration. |
| | July 9, 2024        Expert Rebuttal report regarding Validity of US Patent Nos. |

9,642,017, 9,332,442, and 10,107,893

| | |
|---|---|
| August 15, 2024 | Reply Expert Report regarding infringement |
| July 9, 2024 | Rebuttal Expert Report regarding Validity |
| October 17, 2024 | Deposition testimony |

Attorneys: For Plaintiff:   Schulte, Roth, and Zabel

For Defendant:   Quinn Emanuel

Status:   Case settled

**9/2021 – 10/2024**    **Client: Stroock LLP/Schulte, Roth & Zabel (representing TrackThings LLC)**

Case:   TrackThings LLC v. Amazon.com, Inc. and Amazon.com Services LLC, and eero LLC., Civil Action No. 6:21-cv-00720; Civil Action No. 6:23-cv-00133-ADA

Location:   UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION – Hon. Alan D. Albright

Testifying expert in this District Court matter involving wireless network reconfiguration.

| | |
|---|---|
| March 17, 2023: | Expert declaration ISO claim construction responses |
| February 24, 2023 | Rebuttal Expert report regarding Validity |
| January 25, 2024 | Expert report on Infringement |
| February 9, 2024 | Expert report regarding Infringement |
| March 8, 2024 | Rebuttal Expert report regarding Validity |
| March 29, 2024 | Live deposition testimony |
| October 7, 2024 | Live testimony at trial. |

Attorneys:   For Plaintiff: Schulte, Roth, and Zabel

For Defendant:   Quinn Emanuel

Status:   Jury verdict.

**12/2020 – Present**    **Client: BlankRome (representing Samsung Electronics Co., Ltd)**

Case:   TOT Power Control, S.L. v. Samsung Elecs. Co., Ltd and Samsung Elecs. Am. Inc., Civil Action No. 1:21-cv-01305-MN

IPR Petition relating to TOT Power Control, S.L. v. Samsung Elecs. Co., Ltd and

Samsung Elecs. Am. Inc., Civil Action No. 1:21-cv-01305-MN

Location:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE
– Hon. Maryellen Noreika

UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this district court and IPR proceeding involving power control methods in wireless systems.

| | |
|---|---|
| September 12,2022 | Expert Declaration regarding IPR for 865 patent |
| August 23, 2024 | Expert Report on Invalidity |
| October 1, 2024 | Expert report on Non-infringement |
| October 22, 2024 | Reply Expert Report on Invalidity |
| November 8, 2024 | Live deposition testimony |

Attorneys:    For Plaintiff:  DLA Piper

For Defendants:  Blank Rome


For Patent Owner: Hausfeld, LLP

For Petitioner:  Blank Rome

Status:    Case ongoing


5/2024 – Present    **Client: BlankRome (representing Samsung Electronics Co., Ltd)**

Case:    Secure Wi-Fi LLC v. Samsung Elecs. Co., Ltd and Samsung Elecs. Am. Inc., Civil Action No. 2:24-cv-00047


IPR Petition relating to TOT Power Control, S.L. v. Samsung Elecs. Co., Ltd and Samsung Elecs. Am. Inc., Civil Action No. 2:24-cv-00047

Location:    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS

Testifying expert in this IPR proceeding involving randomizing MAC addresses in Wi-Fi networks.

| | |
|---|---|
| September 3, 2024 | Expert Declaration regarding IPR for 384 patent |
| September 3, 2024 | Expert Declaration regarding IPR for 005 patent |
| September 3, 2024 | Expert Declaration regarding IPR for 552 patent |

| Attorneys: | For Petitioner: | Blank Rome, LLP |
|---|---|---|

| Status: | Case ongoing |
|---|---|

**10/2021 – 5/2022**   **Client: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP (representing MediaTek Inc.)**

| Case: | NXP USA, Inc. v. MediaTek Inc., et. al., Civil Action No. 2:21-cv-000318-JRG – Hon. Rodney Gilstrap |
|---|---|
| Location: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |

Testifying expert in this District Court matter involving 802.11n, 802.11ac, and 802.11ax chipsets.

Expert Report:

February 3, 2022        Declaration ISO Defendant's Claim Construction Brief

| Attorneys: | For Plaintiff: | Duane Morris, LLP |
|---|---|---|
| | For Defendant: | Finnegan, LLP |
| Status: | Case settled | |

**09/2021 – 9/2024**   **Client: Fish & Richardson, LLP (representing Samsung Electronics Co., Ltd., et. al.)**

| Case: | Smart Mobile Technologies, LLC v. Samsung Electronics Co., Ltd., et. al., Civil Action No. 6:21-cv-00701-ADA. Hon. Alan D. Albright |
|---|---|
| Location: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION |

Testifying expert in this District Court matter involving wireless voice and data transfer.

Expert Report:

June 8, 2022        Declaration ISO Defendant's Claim Construction Brief

| Attorneys: | For Plaintiff: | Hagens Berman Sobol Shapiro, LLP |
|---|---|---|
| | For Defendant: | Fish & Richardson, LLP |
| Status: | Case closed | |

05/2021 – 6/2021    **Client: Sidley Austin (representing HP Inc. and Microsoft Corporation)**

Case:   SynKloud Technologies, LLC v. HP Inc., Civil Action No. 1:19-cv-01360-RGA and Microsoft Corporation v. SynKloud Technologies, LLC, Civil Action No. 1:20-cv-00007-RGA

Location:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Testifying expert in this District Court matter involving wireless cloud storage.

Expert Report:

June 25, 2021    Declaration ISO Microsoft and HP's Claim Construction Brief

Attorneys:   For Plaintiff:

For Defendant:   Sidley Austin

Status:   Case settled

05/2021 – 5/2022    **Client: DLA Piper (representing Motorola Mobility LLC)**

Case:   U.S. Int'l Trade Commission Inv. No. 337-TA-1253

Certain LTE-Compliant Cellular Communication Devices

Motorola v. Evolved Wireless LLC.

Location:   UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Cameron R. Elliot

Testifying expert in this ITC matter involving LTE cellular device handover.

Expert Report:

November 16, 2021    Expert Report on NonInfringement and Lack of Technical Domestic Industry

Expert Testimony:

December 15, 2021    Deposition testimony

Attorneys:   For Plaintiff:    Nelson Bumgardner Albritton P.C.; Adduci, Mastriani & Schaumberg, LLP

For Defendant:   DLA Piper

Status:   Case settled

| | |
|---|---|
| 04/2021 – 6/2022 | **Client: Desmarais LLP (representing Google LLC and FitBit Inc.)** |
| Case: | Cellspin Soft, Inc. v. Fitbit, Inc., No. 4-17-cv-05928-YGR |
| Location: | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| | Hon. Yvonne Gonzalez Rogers |
| | Testifying expert in this patent case involving the distribution of real-time health data. |
| | Expert Testimony: |
| | October 29, 2021 Expert Report on NonInfringement |
| Attorneys: | For Plaintiff:     Garteiser Honea PLLC and Corcoran IP Law PLLC |
| | For Defendant:     Desmarais LLP |
| Status: | Case settled.  Summary Judgment for Non-Infringement. |

| | |
|---|---|
| 3/2021 – 9/2021 | **Client: Fish & Richardson (representing Samsung)** |
| Case: | U.S. Int'l Trade Commission Inv. No. 337-TA-1248 |
| | Certain Cellular Communications Infrastructure Systems, Components Thereof, and Products Containing Same |
| | U.S. Int'l Trade Commission Inv. No. 337-TA-DN-3525 |
| | Certain Cellular Communications Infrastructure Systems, Components Thereof, and Products Containing Same |
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION |
| | Testifying expert in this ITC matter regarding 3GPP technology. |
| Attorneys: | For Plaintiff:     Winston & Strawn, LLP |
| | For Defendant:     Desmarais, LLP |
| Status: | Case terminated in its entirety based on an Initial Determination. |

| | |
|---|---|
| 2/2021 – 11/2021 | **Client:  Fish & Richardson (representing Quectel)** |
| | **Client: Axinn, Veltrop & Harkrider LLP (representing Thales DIS AIS USA, LLC)** |
| | **Client: Pearl Cohen LLP (representing Telit)** |

| Case: | U.S. Int'l Trade Commission Inv. No. 337-TA-1240 |
|---|---|
| | Certain UMTS and LTE Cellular Communication Modules and Products Containing the Same |
| | Koninklijke Philips N.V. v Quectel Wireless Solutions Co. Ltd., Thales DIS AIS Deutschland GmbH, Thales S.A., Telit Wireless Solutions, Inc., Telit Communications PLC, CalAmp Corp, Xirgo Technologies, LLC, Laird Connectivity, Inc., Thales DIS AIS USA LLC |
| | Case No. 1:20-cv-1713 (D. Del) |
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Hon. David P. Shaw |
| | Testifying expert on 3GPP mobile device operation. |
| | Expert Testimony: |

| | July 21, 2021 | Expert Report on Invalidity |
|---|---|---|
| | August 6, 2021 | Deposition Testimony |
| | October 12, 2021 | Live Testimony before ALJ David P. Shaw |

| Attorneys: | For Plaintiff: | Mayer Brown LLP |
|---|---|---|
| | For Defendants: | Fish & Richardson; Axinn, Veltrop & Harkrider LLP |

| Status: | Case closed |
|---|---|

| 11/2020– 9/2025 | **Client: Orrick, Herrington & Sutcliffe LLP (representing PayPal Holdings, Inc.)** |
|---|---|
| Case: | IOENGINE LLC v PayPal Holdings, Inc. |
| | Civil Action No. 1:18-cv-00452-WCB |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |
| | Hon. William C. Bryson |
| | Testifying expert in this patent case involving peripheral device communication to remote servers. |
| | Expert Testimony: |

| | November 19, 2021 | Expert Report on Invalidity |
|---|---|---|
| | January 7, 2022 | Expert Report on Non-Infringement |
| | January 20-21, 2022 | Deposition Testimony on Invalidity and Non-Infringement |

| Status: | Case settled |
|---|---|

| | |
|---|---|
| 11/2020 – Present | **Client:  DLA Piper (representing Apple, Inc.)** |
| Case: | Maxell v. Apple Inc. In the Matter of Certain Mobile Electronic Devices and Laptop Computers |
| | U.S. Int'l Trade Commission Inv. No. 337-TA-1215 |
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Hon. Dee Lord |
| | Testifying expert on 3GPP mobile device operation. |
| | Expert Testimony: |
| | February 25, 2021: Opening Expert Report Regarding Invalidity |
| | March 11, 2021: Rebuttal Expert Report regarding NonInfringement and Lack of Technical Domestic Industry |
| | March 24, 2021: Videotaped deposition |
| Attorneys: | For Plaintiff:      Mayer Brown LLP |
| | For Defendant:    DLA Piper LLP |
| Status: | Case settled |

| | |
|---|---|
| 11/2020– 11/2020 | **Client:  Folio Law Group PLLC (representing Dali Wireless)** |
| Case: | Dali Wireless, Inc.  v. John Mezzalingua Associates, LLC d/b/a JMA Wireless and Teko Telecom SRL (an Italian Corporation) |
| | Civil Action No. 19-2367-RGA |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE |
| | Testifying expert in this patent case involving distributed antenna system networks. |
| | Expert Testimony: |
| | November 6, 2020:  Declaration Regarding Interpretation of Asserted Claims |
| Status: | Case closed |

| | |
|---|---|
| 8/2020– 8/2022 | **Client:  Folio Law Group PLLC (representing Dali Wireless)** |
| Case: | Dali Wireless, Inc.  v. Corning Optical Communications, LLC, |
| | Civil Action No. 3:20-cv-06469-EMC |
| Location: | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF |

TEXAS – Hon. Edward M. Chen

Testifying expert in this patent case involving distributed antenna system networks.

Expert Testimony:

February 12, 2021: Declaration Regarding Interpretation of Asserted Claims

June 29, 2022: Expert Report on Infringement

August 22, 2022:  Deposition Testimony

October 11, 2022: Supplemental Expert Report on Infringement

Status:     Case closed

3/2020– 8/2021     **Client:  Folio Law Group PLLC (representing Dali Wireless)**

Case:      Dali Wireless, Inc.  v. CommScope Technologies, LLC and CommScope Holding Company, Inc..

Civil Action No. 1:19-cv-00952-MN

Location:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Maryellen Noreika

Testifying expert in this patent case involving distributed antenna system networks.

Expert Testimony:

June 23, 2021: Expert report on infringement.

August 17, 2021: CORRECTED Reply Expert report on infringement of '338 Patent

Status:     Case closed

03/2020 – 8/2022     **Client: Sidley Austin LLP (representing Lenovo and Motorola)**

Case:      InterDigital Technology Corporation, IPR Licensing, Inc., InterDigital Communications, Inc., InterDigital Holdings, Inc., and InterDigital, Inc. v. Lenovo Holding Company, Inc., Lenovo (United States) Inc., and Motorola Mobility LLC

Civil Action No. 19-1590-LPS

Location:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

Hon. Leonard P. Stark

Testifying expert in this patent case involving 3G and 4G cellular standards.

Expert Testimony:

| | |
|---|---|
| April 16, 2022 | Expert report on Invalidity of '665 and '954 patents |
| June 16, 2022 | Expert Report on Invalidity of 8,675,612 and 9,456,449 patents |
| June 16, 2022 | Rebuttal Expert Report on Invalidity of 8,085,665 and 8,427,954 patents |
| July 17, 2022 | Rebuttal expert report regarding non-infringement of '612 and '449 patents |
| July 18, 2022 | Rebuttal expert report on non-infringement of '665 and '954 patents |
| August 8, 2022 | Rebuttal Expert Report on Invalidity of '612 and '449 patents |
| August 31, 2022 | Videotaped expert Deposition |

Status:    Case closed


3/2020– 5/2022    **Client:  Finnegan, Henderson, Farabow, Garrett & Dunner LLC (representing Google)**

Case:    IPR Petition Google LLC, v. Sonos, Inc., Case No. IPR2021-01563

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving wireless home speaker systems.

Expert Testimony:

September 27, 2021: Declaration ISO petition for Inter Partes Review

May 10, 2022: Supplemental declaration ISO petition for Inter Partes Review

June 29, 2022:  Videotaped deposition testimony

Status:    Case closed


08/2019 – 6/2021    **Client:  Fish & Richardson (representing Finjan, Inc.)**

Case:    Finjan, Inc. v. Cisco, Inc.

Civil Action No. 5:17-cv-00072-BLF-SVK

Location:    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA SAN DIEGO DIVISION – Hon. Susan Van Keulen

As a testifying expert, provided a technology tutorial in this patent case involving internet security technology.

Expert Testimony:

August 14, 2019        Tutorial expert report on network security technology.

September 4, 2019    Deposition Testimony

Attorneys:    For Plaintiff:      Fish & Richardson

For Defendant:

Status:    Case settled


8/2019 – 5/2020    **Client:  Fish & Richardson (representing LG Electronics, Inc.)**

Case:    Bell Northern Research, LLC v. LG Electronics, Inc., et. al.

USDC-SDCA Civil Action No. 18-cv-2864-CAB-BLM

Location:    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA – Hon. Cathy Ann Bencivengo, Magistrate Judge: Hon. Barbara L. Major

Testifying expert on wired/wireless communication in gaming systems.

Expert Testimony:

November 20, 2019   Declaration ISO motion for summary judgment

Attorneys:    For Plaintiff:        Skiermont Derby LLP

For Defendant:    Fish & Richardson

Status:    Case closed


7/2019 – 05/2021    **Client:  O'Melveny & Myers LLP (representing Apple Inc.)**

Case:    Maxell, Ltd. v. Apple Inc.,

Case No. 5:19-cv-00036-RWS.

Location:    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TEXARKANA DIVISION – Hon. Robert W. Schroeder III

Testifying expert on 3G cellular telephone technology.

Expert Testimony:

May 7, 2020:        Opening Expert Report Regarding Invalidity

June 4, 2020:        Rebuttal Expert Report on Non-Infringement

Deposition Testimony:  June 24, 2020

Attorneys:    For Plaintiff:        Mayer Brown LLP

|              | For Defendant:   | O'Melveny & Myers LLP |
|--------------|------------------|-----------------------|
| Status:      | Case settled.    |                       |

**4/2019 – Present**   **Client:  Perkins Coie (representing Nintendo of America, Inc.)**

| Case: | Genuine Enabling Technology LLC v. Nintendo Company Ltd., and Nintendo of America, Inc., W.D. Wash., |

Civil Action No. 2:19-cv-00351-RSM

Location:   UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON – Hon. Ricardo S. Martinez

Testifying expert on wired/wireless communication in gaming systems.

Expert Declarations:

| October 23, 2019 | Declaration ISO claim constructions |
| November 26, 2019 | Sur-reply declaration ISO claim constructions |
| January 23, 2020 | Declaration ISO motion for summary judgment |
| April 20, 2020 | Opening Expert Report Regarding Invalidity |

Expert Depositions:

December 19, 2019

Claim Construction Hearing Testimony:

| February 24, 2020 | Tutorial testimony on the technology of the Asserted Patents |

| Attorneys: | For Plaintiff: | Bayard, P.A. |
|------------|----------------|--------------|
|            | For Defendant: | Perkins Coie |
| Status:    | Case ongoing   |              |

**12/2019 – 12/2019**   **Client:  Erise IP (representing Apple Inc.), Haynes and Boone, LLP (representing Ericsson Inc)**

| Case: | Ericsson Inc. (Petitioner) v. Uniloc 2017, LLC (Patent Owner) |

Apple Inc. (Petitioner) v. Uniloc 2017, LLC (Patent Owner) Case No. IPR2020-00224

Location:   UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving ARQ data exchange on LTE networks.

Expert Declarations:

December 16, 2019     Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,075,917

Attorneys:    For Petitioner:        Erise IP; Haynes and Boone, LLP

For Patent Owner:

Status:    Case closed


6/2019 – 7/2020    **Client:  Fish & Richardson (representing Microsoft Corporation)**

Case:    Microsoft Corp. (Petitioner) v. Uniloc 2017, LLC (Patent Owner)

Uniloc 2017, LLC v. Microsoft Corp.

USDC Central District of California, Case Nos. 8:18-cv-2053, 8:18-cv-2054, 8:18-cv-2224; 8:19-cv-0428, 8:19-cv-0477, 8:19-cv-0196

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving 3GPP transport formats and channels.

Expert Declarations:

August 6, 2019        Declaration in support of claim construction

Attorneys:    For Plaintiff:        Feinberg Day LLP

For Defendant:    Fish & Richardson

Status:    Case settled


2/2019 – 5/2020    **Client:  Klarquist Sparkman, LLP (representing Microsoft Corporation)**

Case:    Uniloc 2017, LLC v. Microsoft Corp.

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving ARQ data exchange on LTE networks.

Expert Declarations:

April 14, 2019        Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,075,917

Attorneys:    For Plaintiff:

            For Defendant:    Klarquist LLP

    Status:    Case settled


10/2018 – 6/2021    **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

    Case:    Finjan, Inc. v. Eset, Inc.

            Civil Action No. 3:17-cv-00183-CAB-BGS

    Location:    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA SAN DIEGO DIVISION – Hon. Cathy Ann Bencivengo

            As a testifying expert, provided a technology tutorial in this patent case involving internet security technology.

            Expert Declaration:

            October 5, 2018    Tutorial expert report on network security technology.

            March 11, 2020    Jury trial testimony.

    Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

            For Defendant:

    Status:    Jury Trial Mistrial due to COVID-19.

            Case closed.


9/2018 – 6/2021    **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

    Case:    Finjan, Inc. v. Juniper, Inc.

            Civil Action No. 15-cv-03295-BLF-SVK

    Location:    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION – Hon. Beth L. Freeman

            As a testifying expert, provided a technology tutorial in this patent case involving internet security technology.

            Expert Declaration:

            September, 11, 2018    Tutorial expert report on network security technology.

            Videotaped Deposition:

            November 7, 2018

    Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:

Status:    Case closed

9/2017 – 9/2018   **Client: (Covington & Burling representing Huawei Device USA, Inc.)**

Case:    Optis Wireless Technology, LLC, et. al. v. Huawei Technologies Co. Ltd, et. al.

Civil Action No. 2:17-cv-123-JRG-RSP

Location:   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION – Hon. Roy S. Payne

Testifying expert regarding 3G and LTE technology.

Expert Declarations and Reports:

November 3, 2017:    Declaration regarding Claim Construction.

March 26, 2018:     Initial Expert Report Regarding Invalidity

April 23, 2018:     Rebuttal Expert Report on Non-Infringement

April 27, 2018:     Rebuttal Expert Report on Secondary Considerations

Videotaped Deposition:  May 10, 2018

May 14, 2018:     Declaration in support of Motion for Partial Summary Judgment

Jury Trial Testimony:  August 22, 2018 and August 23, 2018

Attorneys:

   For Plaintiff:    McKool Smith

   For Defendant:    Covington & Burling

Status:    Jury award

6/2017 – 4/2018   **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

Case:    Finjan, Inc. v. Symantec, Inc.

Civil Action No. 4:14-cv-02998-HSG

Location:   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA OAKLAND DIVISION

As a testifying expert, provided a technology tutorial in this patent case involving internet security technology.

Expert Declaration:

July 27, 2017    Tutorial expert report on security technology.

Videotaped Deposition:

August 29, 2017

Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:    Quinn Emmanuel

Status:    Case settled

5/2017 – 3/2018    **Client:  Barnes & Thornburg, LLP (representing Ooma, Inc.)**

Case:    Ooma, Inc. (Petitioner) v. Deep Green Wireless, LLC (Patent Owner)

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

As a testifying expert, provided a technology tutorial in this patent case involving voice and data communications over wireless networks.

Expert Declaration:

June 8, 2017 Expert report on prior art wireless network technology.

Videotaped Deposition:

February 15, 2018

Attorneys:    For Petitioner:    Barnes & Thornburg LLP

For Defendant:    Mischcon De Reya New York, LLP

Status:    Case closed

3/2017 – 6/2019    **Client: Fish & Richardson (representing Apple, Inc.) / Gibson, Dunn & Crutcher LLP (representing Compal Electronics, et. al.)**

Case:    Apple Inc. v. Qualcomm Inc.

Qualcomm Inc. v. Compal Electronics, Inc., et. al.

Civil Action No. 3:17-cv-00108 / Civil Action No. 3:17-cv-01010

Location:    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA – Hon. Gonzalo P. Curiel, Magistrate Judge: Hon. Mitchell D. Dembin

Testifying expert regarding LTE technology.

Expert Declaration:

December 11, 2017:  Declaration regarding Claim Construction.

Expert Report:

June 29, 2018:  Opening Expert Report regarding invalidity

August 3, 2018:  Expert Report on infringement

October 2, 2018: Rebuttal Expert Report on Invalidity

Videotaped Deposition:

October 25, 2018

None

| | | |
|---|---|---|
| Attorneys: | For Apple: | Fish & Richardson |
| | For Qualcomm: | Quinn Emanuel Urquhart & Sullivan LLP / Cravath, Swaine & Moore LLP |
| | For Compal Electronics, Inc., et. al:  Gibson, Dunn & Crutcher LLP | |
| Status: | Case settled. | |

**3/2017 – 1/2018**  **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

Case:   Finjan, Inc. v. Blue Coat Systems, LLC

Civil Action No. 15-cv-03295-BLF-SVK

Location:   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION – Hon. Beth L. Freeman

As a testifying expert, provided an opening technology tutorial at trial in this patent case involving internet security technology.

Expert Declaration:

March 29, 2017    Tutorial expert report on security technology.

Videotaped Deposition:

May 2, 2017

October 31 – November 2, 2017:  Jury Trial Testimony

January 8-10, 2018:  Jury Trial Testimony (retrial after mistrial):

Live Testimony on Network Security Technology Tutorial

| | | |
|---|---|---|
| Attorneys: | For Plaintiff: | Kramer Levin, Naftalis, & Frankel LLP |
| | For Defendant: | Morrison & Forrester & Quinn Emmanuel |
| Status: | Jury award | |

**1/2017 – 7/2017**  **Client:  Foster Pepper LLP (representing Dali Wireless)**

|            |                                                                                                      |
|------------|------------------------------------------------------------------------------------------------------|
| Case:      | Dali Wireless, Inc. (Petitioner) v. CommScope Technologies, LLC (Patent Owner)                       |
| Location:  | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD                    |

Testifying expert in this patent case involving RF transport networks.

Expert Reports:

4-26-17 Declaration ISO petition for IPR

6-30-17 Declaration ISO Opening claim construction brief

Videotaped Deposition:

July 24, 2017

| Status: | Case closed |
|---------|-------------|

1/2017 – 6/2019    **Client:  Dorsey & Whitney LLP (representing Dali Wireless)**

|            |                                                                                                      |
|------------|------------------------------------------------------------------------------------------------------|
| Case:      | CommScope Technologies, LLC (Plaintiff/Counterclaim Defendant) v. Dali Wireless, Inc. (Defendant/Counterclaim Plaintiff) |

Civil Action No.: 3:16-cv-477

| Location: | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION |
|-----------|--------------------------------------------------------------------------------|

– Hon. Barbara M. G. Lynn

Testifying expert in this patent case involving RF transport networks.

Expert Reports:

8-24-18 Expert Report regarding Invalidity of CommScope patents

8-24-18 Expert Report regarding Infringement of Dali Wireless patents

11-5-18 Expert Report regarding Validity of Dali Wireless patents

11-5-18 Expert Report regarding Non-Infringement of CommScope patents

1-9-19   Declaration ISO opposition to MSJ

1-18-19 Declaration ISO partial MSJ on Non-infringement and Invalidity

5-2-19   Declaration ISO Motion for Sanctions

Videotaped Deposition:

November 20, 2018

Live Testimony at Jury Trial:

June 10-13, 2019

| Attorneys: | For Plaintiff: | Dorsey & Whitney, LLC |
| | For Defendant: | Carlson Caspers, P.A. |
| Status: | Jury award. | |

| 11/2016 – 4/2019 | **Client:  Boies, Schiller & Flexner LLP (representing Apple Inc.)** |
| Case: | Evolved Wireless, LLC v. Apple, Inc. |
| | Civil Action No.: 1:15-cv-00542-SLR |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Sue L. Robinson |

Testifying expert in this patent case involving LTE wireless networks.

Expert Reports:

11-06-17 Declaration ISO Summary Judgment of Validity

10-05-17 Declaration ISO Summary Judgment of Non-Infringement

10-03-17 Supplemental Expert Report on Non-Infringement

07-24-17 Supplemental Expert Report on Secondary Considerations of Non-Obviousness

6-26-17 Expert Report on Non-Infringement

5-22-17 Expert Report on Invalidity

Videotaped Deposition:

August 11, 2017

Live Testimony at Jury Trial:

March 29 - April 1, 2019

| Attorneys: | For Plaintiff: | Boies, Schiller & Flexner LLP |
| | For Defendant: | Robins Kaplan LLP |
| Status: | Jury verdict of non-infringement. | |

| 7/2016 – 4/2018 | **Client:  Jackson Walker LLP (representing D&M Holdings, Inc.,** *et. al.***)** |
| Case: | Sonos, Inc., v. D&M Holdings, d/b/a The D+M Group, D&M Holdings U.S. Inc., and Denon Electronics (USA), LLC |
| | Civil Action No.: 16-0141-RGA |

|  | D&M Holdings Inc., d/b/a The D+M Group, D&M Holdings U.S. Inc. v. Sonos, Inc. |
|---|---|
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Richard G. Andrews |
|  | Testifying expert in this patent case involving wireless speaker networks. |
|  | Expert Testimony: |
|  | 9-11-17 Expert Report on Infringement |
|  | 6-29-22 Remote Videotaped Deposition |
| Attorneys: | For Plaintiff:      Jackson Walker LLP |
|  | For Defendant:   Potter Anderson & Corroon LLP |
| Status: | Case settled |

| 7/2016 – 1/2018 | **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)** |
|---|---|
| Case: | Palo Alto Networks, Inc. (Petitioner) v. Finjan, Inc. (Patent Owner) |
|  | Case IPR2015-02001, Case IPR2016-00157.  US Patent No. 8,225,408 B2 |
|  | Case IPR2015-01974 |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD |
|  | Testifying expert in this patent case involving wireless speaker networks. |
|  | Expert Declaration: |
|  | 8-9-16 Expert Declaration, Patent 7,647,633 |
|  | 8-9-16 Expert Declaration, Patent 8,225,408 |
|  | 8-30-16 Supplemental Expert Declaration, 7,647,633 |
| Status: | Case settled |

| 5/2016 – 7/2018 | **Client: (Winston & Strawn LLP representing Atlantic Broadband Group, LLC, et. al.)** |
|---|---|
| Case: | ChanBond LLC v. Atlantic Broadband Group, LLC, et. al. |
|  | Civil Action No:  15-842-RGA, 15-843-RGA, 15-844-RGA, 15-845-RGA, 15-846-RGA, 15-847-RGA, 15-848-RGA, 15-849-RGA, 15-850-RGA, 15-851-RGA, 15-852-RGA, 15-853-RGA, 15-854-RGA |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Richard G. Andrews |

Testifying expert regarding digital cable technology.

Expert Report:

10-24-17 Expert Report on Invalidity

Videotaped Deposition:

None

|  |  |  |
|---|---|---|
| Attorneys: | For Plaintiff: | Bayard, P.A. |
|  | For Defendant: | Winston & Strawn LLP |
| Status: | Case settled |  |

**5/2016 – 11/2019**    **Client: (Torys LLP representing Telus, Bell, and Rogers)**

Case:    Wi-LAN Inc. v Telus Communications Company, Rogers Communications Canada Inc., and Bell Mobility Inc.

Court File No. T-301-16; Court File No. T-303-16; Court File No. T-304-16

Location:    CANADIAN FEDERAL COURT – Hon. Mandy Aylen

Testifying expert regarding LTE technology.

Expert Report:

June 14, 2019  Expert Report regarding invalidity

Videotaped Deposition:

None

|  |  |  |
|---|---|---|
| Attorneys: | For Plaintiff: | Torys LLP |
|  | For Defendant: |  |
| Status: | Case settled |  |

**12/2015 – 4/2016**    **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Acceleration Bay, LLC.)**

Case:    Activision Blizzard, Inc., Electronic Arts Inc., Take-Two Interactive Software, Inc., 2K Sports, Inc., Rockstar Games, Inc., and Bungie, Inc., Petitioner v. Acceleration Bay, LLC, Patent Owner.

Case IPR2015-01951, Case IPR2015-01953, Case IPR2015-01964, Case IPR2015-01970, Case IPR2015-01996, Case IPR2016-00724, Case IPR2016-00747

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR patent case involving internet data broadcasting.

Expert Declaration:

January 4, 2017 Supplemental Declaration ISO Patent Owner's Response  -- Case IPR2016-00724

January 4, 2017 Supplemental Declaration ISO Patent Owner's Response  -- Case IPR2016-00747

December 7, 2016    Declaration ISO Patent Owner's Response – Case IPR2016-00724; Secondary Considerations of Non-Obviousness

December 7, 2016    Declaration ISO Patent Owner's Response – Case IPR2016-00747; Secondary Considerations of Non-Obviousness

July 17, 2016    Declaration ISO Patent Owner's Response – Patent 6,714,966; Secondary Considerations of Non-Obviousness

July 17, 2016    Declaration ISO Patent Owner's Response – Patent 6,829,634; Secondary Considerations of Non-Obviousness

July 17, 2016    Declaration ISO Patent Owner's Response – Patent 6,701,344; Secondary Considerations of Non-Obviousness

Videotaped Deposition:

February 7, 2017 and February 8, 2017

|  |  |  |
|---|---|---|
| Attorneys: | For Plaintiff: | Kramer Levin, Naftalis, & Frankel LLP |
|  | For Defendant: | Winston & Strawn |
| Status: | Cased closed | |

**4/2016 – Present**   **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Acceleration Bay, LLC.)**

Case:    Acceleration Bay, LLC v Activision Blizzard, Inc., Electronic Arts Inc., Take-Two Interactive Software, Inc.

Civil Action No.: 14-453 (RGA), 16-454 (RGA), 16-455 (RGA)

Location:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Richard G. Andrews

Testifying expert in this patent case involving internet data broadcasting.

Expert Declaration:

September 24, 2017:  Expert Report Regarding Technology Benefits of the Asserted Patents

Videotaped Deposition:  January 4, 2018

July 17, 2018:  Reply Report Regarding Technology Benefits of the Asserted Patents

April 29 – May 3, 2024    Live Tutorial Testimony at Trial about benefits of Asserted Patents

Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:    DLA Piper

Status:    Jury Award


12/2015 – 9/2016    **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

Case:    Finjan, Inc. v. Sophos, Inc.

Civil Action No. 3:14-cv-01197-WHO

Location:    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION – Hon. William H. Orrick

As a testifying expert, provided a technology tutorial in this patent case involving internet security technology.

Expert Declaration:

December 21, 2015    Tutorial expert report on network security technology.

Videotaped Deposition:

February 22, 2016

September 5 – 9, 2016 Jury Trial:

Live Testimony at Jury Trial regarding tutorial on network security

Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:    DLA Piper

Status:    Jury Trial


9/2015 – 2/2016    **Client:  Brinks Gilson & Lione (representing LifeWatch Services, Inc., and Card Guard Scientific Survival, Ltd.)**

Case:    Card Guard Scientific Survival Ltd.

Reexam Control No. 12/706,541

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE

Provided testimony in this Patent Office re-examination appeal.


**Last Update: November 13, 2025**                                        Page A-41

Expert Declaration:

November 13, 2015    Declaration under 37 C.F.R §1.132.

February 13, 2016    Declaration ISO petition for IPR.

Attorneys:    For Plaintiff:    Brinks Gilson & Lione

Status:    Re-examination appeal decision invalidated the patent.


9/2015 – 1/2017    **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

Case:    Finjan, Inc. v. Proofpoint, Inc. and Armorize Technologies, Inc.

Civil Action No. 13:cv-03999-BLF

Location:    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION – Hon. Howard R. Lloyd, Hon. Haywood S. Gilliam, Jr.

As a testifying expert, provided an opening technology tutorial report in this patent case involving internet security technology.

Expert Declaration:

October 7, 2015    Tutorial expert report on network security technology.

Videotaped Deposition:

November 6, 2015

Attorneys:    For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:    Quinn Emanuel

Status:    Case settled


8/2015 – 12/2015    **Client:  Brinks Gilson LLP (representing ZTE Corporation and ZTE (USA), Inc.)**

Case:    Inter-System Handover of a Mobile Terminal Operable with a First and a Second Radio Access Network

ZTE v. Vringo Infrastructure, Inc.

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving 3GPP cellular technology.


**Last Update: November 13, 2025**

Expert Declarations:

08-28-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,126,940

09-04-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,242,943

09-04-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,558,283

09-04-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 8,812,000

09-04-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,724,720

10-12-15 Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 7,242,933

Videotaped Deposition:

None

|  |  |
|---|---|
| Attorneys: | For Plaintiff: |
|  | For Defendant:    Brinks Gilson, LLP |
| Status: | Case settled. |

**11/2014 – 3/2024**    **Client:  Fish & Richardson (representing Regents of the University of Minnesota)**

Case:    Regents of the University of Minnesota v. AT&T Mobility, LLC, Sprint Solutions, Inc., T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless

Civil Action No. 14-cv-4666

Location:    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA – Hon. Tony N. Leung

Testifying expert on 3GPP error correction coding, precoding, and modulation.

| February 10, 2023 | Expert Report regarding Objective Indicia relating to Validity |
|---|---|
| May 12, 2023: | Expert Deposition |
| April 14, 2023: | Rebuttal Expert Report regarding Validity |
| September 25, 2024 | Supplemental Rebuttal Expert Report regarding Validity |
| October 2, 2024 | Expert Deposition |

Attorneys:    For Plaintiff: Fish & Richardson

For Defendant:

Status:   Case settled

10/2014 – 2/2015   **Client:  Alston & Bird (representing Microsoft Corporation)**

Case:   Microsoft Corporation. v. IPR Licensing, Inc.

Location:   UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving cellular technology.

Expert Declarations:

October 16, 2014   Supplemental Declaration ISO Petition for Inter Partes Review of U. S. Patent No. 8,380,244

September 25, 2024    Supplemental Rebuttal Expert Report regarding Validity

Attorneys:   For Plaintiff:   Fish & Richardson LLP

For Defendant:

Status:   Case settled

9/2014 – 4/2015   **Client:  Reed & Scardino, LLP (representing Mobile Telecommunications Technologies, LLC)**

Case:   Mobile Telecommunications Technologies LLC v. Amazon.com, Inc.

Civil Action No. 2:13-CV-883-JRG-RSP

Location:   UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION – Hon. Roy S. Payne

Testifying expert in this patent case involving package delivery notification systems and reliable delivery of wireless messages.

Expert Reports:

4-06-15 Second Supplemental Expert Report on Infringement

2-10-15 Expert Report on Infringement

2-24-15 Supplemental Expert Report on Infringement

Videotaped Deposition:

2-25-15

Declaration:

3-20-15  Declaration ISO Response to Opposition Motion

|         |                |                    |
|---------|----------------|--------------------|
| Attorneys: | For Plaintiff: | Reed & Scardino LLP |
|         | For Defendant: | Greenberg Traurig LLP |
| Status: | Case settled   |                    |

**5/2014 – 7/2015**   **Client:  Kramer Levin Naftalis & Frankel, LLP (representing Finjan, Inc.)**

Case:   Finjan, Inc. v. Blue Coat Systems, Inc.

Civil Action No. 3:13-cv-03999-BLF

Location:   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN JOSE DIVISION – Hon. Beth L. Freeman

As a testifying expert, provided an opening technology tutorial at trial in this patent case involving internet security technology.

Expert Declaration:

January 12, 2015    Tutorial expert report on security technology.

Videotaped Deposition:

March 18, 2015

Live Jury Trial Testimony:  July 20, 2015.

Live Bench Trial on Laches Testimony:  September 8, 2015

Attorneys:   For Plaintiff:    Kramer Levin, Naftalis, & Frankel LLP

For Defendant:    Wilson Sonsini

Status:   Jury award.

**4/2014 – 12/2014**   **Client:  Reed & Scardino, LLP (representing Mobile Telecommunications Technologies, LLC)**

Case:   Mobile Telecommunications Technologies LLC v. United Parcel Service, Inc.

Civil Action No. 1:12-cv-03222-AT

Location:   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION – Hon. Amy Totenberg

Testifying expert in this patent case involving package delivery notification systems.

Expert Reports:

7-3-14 Opening Expert Report regarding Infringement

8-11-14 Rebuttal Expert Report regarding Infringement

Videotaped Depositions:

10-7-14

Declaration:

11-24-14  Declaration ISO Response to MSJ


Attorneys:    For Plaintiff:      Reed & Scardino LLP

For Defendant:    Alston & Bird LLP

Status:    Case settled.


12/2013 – 9/2015    **Client:  Brinks Gilson & Lione LLP (representing ZTE Corp, and ZTE (USA), Inc.)**

Case:    ZTE Corporation and ZTE (USA) Inc. v. InterDigital Technology Corporation

Location:    UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD

Testifying expert in this IPR proceeding involving cellular technology.

Expert Declarations:

3-21-14   Declaration in support of the Petition for Inter Partes Review of U. S. Patent No. 8,380,244

Attorneys:    For Plaintiff:      Brinks Gilson & Lione

For Defendant:    Latham & Watkins, LLP

Status:    IPR Hearing before PTAB:  All disputed claims are unpatentable.


12/2013 – 4/2014    **Client:  Kramer Levin Naftalis & Frankel LLP (representing Sirius XM Radio Inc.)**

Case:    Catch a Wave Technologies, Inc. v. Sirius XM Radio Inc.

Case No. 3:12-cv-05791-WHA

Location:    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION – Hon. William Alsop

Testifying expert in this patent case involving satellite radio systems.

Expert Reports:

2-14-2014 Expert Report regarding non-infringement

| Attorneys: | For Plaintiff: | Freitas Tseng & Kaufman LLP |
| | For Defendant: | Kramer Levin LLP |
| Status: | Case settled | |

**2/2013 – 7/2016**   **Client:  Reed & Scardino, LLP (representing Mobile Telecommunications Technologies, LLC)**

Case:       Mobile Telecommunications Technologies LLC v. BlackBerry Corporation.

Civil Action No. 3:12-cv-1652-M

Location:  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION – Hon. Barbara M. G. Lynn

Testifying expert in this patent case involving package delivery notification systems.

Expert Reports:

9-3-15  Expert Report on Infringement

Videotaped Depositions:

November 18, 2015

Live Testimony at Jury Trial:  July 13, 2016.

| Attorneys: | For Plaintiff: | Baker Botts, LLP |
| | For Defendant: | Reed & Scardino LLP |
| Status: | Jury verdict of non-infringement. | |

**9/2013 – 1/2014**   **Client:  Reed & Scardino, LLP (representing Mobile Telecommunications Technologies, LLC)**

Case:       Mobile Telecommunications Technologies, LLC v Clearwire Corporation

Civil Action No. 2:12-CV-308

Location:  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION – Hon. Roy S. Payne

Testifying expert in this patent case involving wireless networking signals.

Expert Reports:

11-11-13 Rebuttal report regarding validity

Videotaped Depositions:

12-5-13

Declarations:

1-23-14 Declaration before the Patent Trial and Appeal Board in Case IPR2013-00306

|  | | |
|---|---|---|
| Attorneys: | For Plaintiff: | Reed & Scardino LLP |
| | For Defendant: | Shook, Hardy & Bacon, LLP |
| Status: | Case settled | |

|  | | |
|---|---|---|
| 10/2013 – 5/2015 | **Client:  Foley & Lardner, LLP (representing Motorola Mobility, LLC)** | |
| Case: | University of Florida Research Foundation Inc., and Rapid Mobile Technologies, Inc. v Motorola Mobility, LLC. | |
| | Case No. 13-cv-61120-KMM-EGT | |
| Location: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION – Hon. K. Michael Moore, Magistrate Judge: Hon. Edwin G. Torres | |

Testifying expert in this patent case involving mobile device testing systems.

Expert Reports:

None.

Declarations:

11-21-13 Declaration ISO Motorola's Responsive Claim Construction Brief

|  | | |
|---|---|---|
| Attorneys: | For Plaintiff: | Meltzer & Meksraitis |
| | For Defendant: | Foley & Lardner LLP |
| Status: | Case settled | |

|  | | |
|---|---|---|
| 7/2013 – 6/2015 | **Client: WilmerHale (representing Broadcom)** | |
| Case: | Inter Partes Review of US Patent 6,424,625; 6,772,215; and 6,466,568 owned by Ericsson | |
| | Docket No. 0111168-0240 | |
| Location: | UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE PATENT TRIAL AND APPEAL BOARD | |

Testifying expert in this Inter Partes Review regarding ARQ mechanisms.

Expert Declarations:

9-19-13 Declaration regarding US Patent 6,772,215

9-19-13 Declaration regarding US Patent 6,466,568

9-29-13 Declaration regarding US Patent 6,424,625

Videotaped Deposition:

5-29-14, and 5-30-14

|  |  |  |
|---|---|---|
| Attorneys: | For Plaintiff: | Meltzer & Mathis |
|  | For Defendant: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Status: | IPR Petition granted.  All claims invalidated | |

|  |  |
|---|---|
| 4/2013 – 4/2015 | **Client:  Kilpatrick Townsend & Stockton LLP (representing Google Inc. and Motorola Mobility LLC)** |
| Case: | Fujifilm Corporation v. Motorola Mobility LLC |
|  | Case No. 3:12-cv-03587 WHO |
| Location: | UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION – Hon. Richard Seeborg |

Testifying expert in this patent case involving smartphone technology and video codecs.

Expert Declarations:

4-23-14 Declaration ISO Motion for Protective Order

12-9-14 Declaration ISO MSJ

Expert Reports:

10-3-14   Opening Expert Report Regarding Invalidity

10-31-14 Rebuttal Expert Report on non-infringement

10-31-14 Appendix A to Rebuttal Report of Dr. Alan Bovik

Videotaped Deposition:

11-19-14, and 11-20-14

Trial Testimony:

April 28, 2015 Non-infringement and invalidity of '970 Patent

Attorneys:  For Plaintiff:      Morgan, Lewis & Bockius LLP

For Defendant:    Kilpatrick Townsend & Stockton LLP

Status:    Jury verdict: '970 Patent claims not infringed and invalid.

<br>

**2/2013 – 10/2013    Client:  Seyfarth Shaw LLP (representing Motorola Mobility LLC)**

Case:    University of Florida Research Foundation, Inc. and Rapid Mobile Technologies, Inc. v. Motorola Mobility LLC

Civil Action No. 13-cv-61120-KMM-EGT

Location:    UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA – Hon. K. Michael Moore, Magistrate Judge: Hon. Edwin G. Torres

Testifying expert in this employment law case involving mobile device testing systems.

Expert Reports:

3-1-13   Expert Report regarding Non-Infringement

4-1-13 Declaration in Opposition to Plaintiff's MSJ

Attorneys:  For Plaintiff:      Meltzer & Mathis

For Defendant:    Seyfarth Shaw LLP

Status:    Case settled

<br>

**5/2012 – 4/2013    Client:  Paul Hastings LLP (representing Apple, Inc.)**

Case:    SmartPhone Technologies, LLC v Research in Motion Corporation, et. al.

Case No. 6:10-cv-00074

Location:    UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love

Testifying expert in this patent case involving 3GPP technology.

Expert Reports:

12-31-12   Appendix A to Rebuttal Expert Report of Dr. David Wilson

3-13-13    Appendix A to Supplemental Expert Report of Dr. David Wilson

Attorneys:  For Plaintiff:      Mintz Levin Cohn Ferris Glovsky and Popeo PC

For Defendant:    Paul Hastings LLP

Status:    Case settled

| | |
|---|---|
| 8/2012 – 9/2013 | **Client:  Reed & Scardino, LLP (representing EON Corp. IP Holdings, LLC)** |
| Case: | EON Corp. IP Holdings, LLC v. SKYGUARD, LLC et. al. |
| | Case No. 6:11-cv-00015-LED |
| Location: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love |
| | Testifying expert in this patent case involving RF technology for WiFi networking. |
| | Expert Reports: |
| | 2-15-13   Expert Report regarding Infringement |
| | Videotaped Deposition: |
| | 4-09-13 |
| Attorneys: | For Plaintiff:  Reed & Scardino, LLP |
| | For Defendant:  K&L GATES LLP |
| Status: | Case settled |

| | |
|---|---|
| 5/2012 – 6/2014 | **Client:  Reed & Scardino LLP (representing Eon Corp. IP Holdings)** |
| Case: | Eon Corp. IP Holdings, LLC v. Landis+Gyr, Inc., et. al. |
| | Case No. 6:09-cv-00317-LED-JDL |
| Location: | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love |
| | Testifying expert in this patent case involving two-way wireless networks, before Judge Love. |
| | Expert Report: |
| | 7-8-13 Expert Report regarding Infringement by Silver Spring Networks, Inc. |
| | 7-8-13   Expert Report regarding Infringement by Itron, Inc. |
| | Videotaped Deposition: September 12, 2013 |
| | Live Testimony at Jury Trial:  June 2, 2014 – June 6-2014 |
| Attorneys: | For Plaintiff: Reed & Scardino LLP |
| | For Defendant:  Dentons, LLP |
| Status: | Jury award.  All patents found valid and infringed. |

| | |
|---|---|
| 3/2012 – 3/2014 | **Client:  Perkins Coie (representing Intel Corporation)** |

|  |  |
|---|---|
| Case: | Stragent LLC, et. al. v. Intel Corp., |
|  | Case No. 6:11-cv-421-LED (E.D. Tex.) |
| Location: | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. Timothy Dyk, Hon. John D. Love |

Testifying expert in this patent case involving the use of error detection technology in computer networking, before Judge Dyk.

Expert Reports:

08-23-13 Expert Report regarding Invalidity

09-23-13 Expert Report regarding Non-Infringement

Videotaped Deposition:

10-08-13, and 10-09-13

Jury trial testimony:

3-13-2014  Live trial testimony on non-infringement and invalidity before Judge Timothy Dyk

|  |  |
|---|---|
| Attorneys: | For Plaintiff:  Nelson, Bumgardner & Casto |
|  | For Defendant:  Perkins Coie |
| Status: | Jury verdict for non-infringement and invalidity |

|  |  |
|---|---|
| 2/2012 – 09/2015 | **Client:  Dewey & LeBoeuf LLP (representing Harris Corporation)** |
| Case: | Harris Corporation v. Ruckus Wireless, Inc. |
|  | Case No. 6:11-cv-00618-CEM-CRS |
| Location: | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION – Hon. Charlene Edwards Honeywell |

Testifying expert in this patent case involving RF technology for WiFi networking.

Expert Reports:

3-5-12 Expert Report regarding Infringement

3-6-12 Supplemental Expert Report regarding Infringement

4-6-12   Expert Report regarding Validity

Declarations:

5-30-12 Declaration ISO Claim Construction

6-18-12 Declaration ISO Markman Motion

1-23-15 Declaration ISO Responsive Markman Brief

3-6-15 Supplemental Expert Report regarding Infringement

4-3-15 Rebuttal Expert Report regarding Validity

Videotaped Deposition:

4-30-12

| | |
|---|---|
| Attorneys: | For Plaintiff:  Dewey & LeBeouf LLP |
| | For Defendant:  Lewis and Roca LLP |
| Status: | Case settled |

| | |
|---|---|
| 2/2012 – 2/2013 | **Client:  Common-Interest-Group (representing Nokia, Huawei, ZTE)** |
| Case: | InterDigital Communications LLC, et. al. v. Huawei Tech Co., LTD., et. al. |
| | Certain Wireless Devices With 3G Capabilities and Components Thereof |
| | U.S. Int'l Trade Commission Inv. No. 337-TA-800 |
| Location: | UNITED STATES INTERNATIONAL TRADE COMMISSION – Administrative Law Judge Hon. David P. Shaw and Administrative Law Judge Hon. Theodore R. Essex |

Testifying expert in this patent case involving 3G wireless, WiFi, and WCDMA technology.

Expert Reports:

11-30-12 Expert Report regarding Non-infringement

7-31-12   Expert Report regarding Invalidity

11-19-10  Rebuttal Expert Report regarding Validity

12-6-10    Supplemental Expert Report regarding Infringement

Videotaped Deposition:

12-14-12, 12-15-12

ITC Trial testimony:

2-6 through 2-15/13 Non-infringement and Invalidity witness statements, live testimony

| | |
|---|---|
| Attorneys: | For Plaintiff:  Latham & Watkins, LLP |
| | For Defendant:  Alston & Bird, Covington & Burling, Brinks Hofer |
| Status: | ITC hearing verdict:  All patents not infringed and invalid |

9/2010 – 4/2011 **Client:  Reed & Scardino LLP (representing Eon Corp. IP Holdings)**

Case: Eon Corp. IP Holdings, LLC v. Sensus USA, Inc., et. al.

Case No. 6:09-cv-00116-LED-JDL

Location: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love

Testifying expert in this patent case involving two-way wireless networks

Expert Report:

10-22-10 Expert Report regarding Infringement (Sensus USA, Inc)

11-7-10   Expert Report regarding Infringement (Bell Industries)

11-19-10  Rebuttal Expert Report regarding Validity

12-6-10    Supplemental Expert Report regarding Infringement

Declaration:

12-28-10, 1-18-11

Videotaped Deposition:

12-8-10, 2-3-11

Attorneys: For Plaintiff: Reed & Scardino LLP

For Defendant:  Jones Day

Status: Case settled


10/2009 – 2/2010 **Client:  White & Case LLP (representing Marvell)**

Case: Marvell Semiconductor, Inc., et. al. v. Commonwealth Scientific Industrial Research Organisation

Case No. 6:07-CV-204 (LED)

Location: UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. Leonard Davis

Testifying expert in this patent case involving wireless LAN protocols.

Expert Report:

11-24-09 Rebuttal Expert Report

Videotaped Deposition:

01-07-10

Attorneys: For Plaintiff: White & Case LLP

For Defendant:  Townsend and Townsend and Crew LLP

Status:  Case settled

9/2009 – 2/2010    **Client:  Perkins Coie Brown & Bain PA (representing Intel)**

Case:  Saxon Innovations, LLC v. Apple, Inc., et. al.

Case No. 6:08-cv-00265-LED

Location:  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love

Testifying expert in this patent case involving wireless technology.

Declarations:

12-04-09 Declaration Regarding Claim Construction

Videotaped Deposition:

01-19-10

Attorneys:  For Plaintiff: Susman Godfrey LLP

For Defendant:  Perkins Coie Brown & Bain LLP

Status:  Case settled

8/2008 – 10/2009    **Client:  Reed & Scardino LLP (representing Eon Corp. IP Holdings)**

Case:  Eon Corp. IP Holdings, LLC v. Verizon Clinton Center Drive Corp., et. al.

Case No. 6:08-cv-00385

Location:  UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. John D. Love

Testifying expert in this patent case involving two-way wireless networks

Expert Report:

06-22-10 Expert Report
08-16-10 Supplemental Expert Report

Videotaped Depositions:
08-18-10, 08-26-10

Attorneys:  For Plaintiff: Reed & Scardino LLP

For Defendant: Simpson Thacher & Bartlett LLP

Status:  Case settled

| | |
|---|---|
| 4/2008 – 3/2009 | **Client:  McDermott, Will & Emery LLP (representing GE Licensing)** |
| Case: | CIF Licensing, LLC d/b/a GE Licensing v. Agere Systems, Inc. |
| | Case No. 07-170 (JJF) |
| Location: | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE – Hon. Joseph. J. Farnan, Jr. |
| | Testifying expert in this patent case involving modem technology. |
| | Expert Report: |
| | 09-05-08 Rebuttal Expert Report |
| | Non-videotaped Depositions: 9-24-08,  9-26-08 |
| | Jury trial testimony: |
| | 2-04-09 |
| Attorneys: | For Plaintiff: McDermott, Will & Emery LLP |
| | For Defendant:  Townsend and Townsend and Crew LLP |
| Status: | Jury award.  2 patents infringed and valid, remaining 2 patents non-infringed |

| | |
|---|---|
| 2/2008 – 5/2010, 2/2011 – 4/2011 | **Client:  Simpson Thacher & Bartlett LLP (representing Cisco Systems, Inc.)** |
| Case: | Commil USA, LLC v. Cisco Systems, Inc., et. al. |
| | Case No. 2:07-CV-341-DF-CE |
| Location: | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS MARSHALL DIVISION – Hon. Charles Everingham IV |
| | Testifying expert on invalidity regarding short range communication protocols. |
| | Opening Expert Report |
| | 12-23-09 |
| | Videotaped Depositions: |
| | 02-09-10 |
| Attorneys: | For Plaintiff:  Sayles Werbner |
| | For Defendant:  Simpson Thacher & Bartlett LLP |
| Status: | Jury award for original trial and retrial:  patents found valid and infringed. |

| | |
|---|---|
| 6/2007 – 4/2009 | **Client:  Common Interest Group of Co-Defendants** |

| | |
|---|---|
| 11/2010 – 4/2012 | **Client:  Common Interest Group of Co-Defendants** |
| Case: | Commonwealth Scientific and Industrial Research Organisation v. Toshiba America Information Systems, Inc., et. al. |
| | Case No. 6:06-cv-00550-LED |
| | Case No. 6:09-CV-0399 (LED) |
| Location: | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS TYLER DIVISION – Hon. Leonard Davis |
| | Testifying expert in this patent case involving wireless LAN technology. |
| | Declarations: |
| | 06-05-08 Regarding claim construction |
| | 12-17-08 Supporting opposition to summary judgment |
| | 04-05-09 Supporting motion for reconsideration |
| | 02-24-12 Supporting opposition to summary judgment |
| | Expert Reports: |
| | 10-08-08 Rebuttal Expert Reports- Re: TI Chips, Re: Marvell Chips, Re: Airgo Chips, Re: Broadcom Chips, Re: Conexant Chips, Re: Ralink Chips, Re: Atheros Chips |
| | 01-27-12 Rebuttal Expert Reports- Re: TI Chips, Re: Broadcom Chips, Re: Ralink Chips, Re: Atheros Chips |
| | Videotaped Depositions: 11-1-08,  11-2-08, 02-14-12 |
| Attorneys: | For Plaintiff:  Townsend & Townsend  LLP |
| | For Defendant:  Keker & Van Nest, LLP |
| Status: | Jury trial:  patents found valid and infringed. |
| | |
| 10/2006 – 8/2009 | **Client:  Keker & Van Nest (representing Comcast Corporation)** |
| Case: | Rembrandt Technologies, Inc. v. Comcast Corporation |
| | Case No. 2-05-CV-000443 (TJW) |
| Location: | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS MARSHALL DIVISION – Hon. T. John Ward |
| | Testifying expert in this patent case involving physical layer and data link layer |

communication protocols for cable networks.

Declaration:

01-10-07 Support of Claim Construction Brief

Videotaped Deposition:

12-22-06 Regarding claim construction opinions

| | |
|---|---|
| Attorneys: | For Plaintiff:  McKool Smith |
| | For Defendant:  Keker & Van Nest |
| Status: | Case settled |

| | |
|---|---|
| 3/2007 – 5/2007 | **Client:  Niro, Scavone, Haller and Niro (representing MLR, LLC)** |
| Case: | MLR, LLC v. Kyocera Wireless Corporation and Novatel Wireless, Inc. |
| | Case No. 05-CV-0935 B (AJB) |
| Location: | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |

Testifying expert in this patent case involving cellular phone technology.

Expert Report:

04-20-07 Expert Report regarding infringement

| | |
|---|---|
| Attorneys: | For Plaintiff:  Niro, Scavone, Haller, and Niro |
| | For Defendant:  Hogan & Hartson, LLP |
| Status: | Case settled |

| | |
|---|---|
| 6/2006 – 10/2006 | **Client:  Thompson & Knight (representing Ericsson, Inc.)** |
| Case: | Fenner Investments, Ltd., v. Juniper Networks, Inc. et. al. Case No. 2:05–CV–05 JDL |
| Location: | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS MARSHALL DIVISION |

Testifying expert in this patent case involving wireless communications services.

Expert report regarding infringement and invalidity

5-23-06 Rebuttal expert report regarding infringement and invalidity

| | |
|---|---|
| Attorneys: | For Plaintiff:  Fulbright & Jaworski |
| | For Defendant Ericsson:  Thompson & Knight |

Status:   Case settled

12/2003 – 5/2006   **Client:  Howrey LLP/ Winston & Strawn LLP (representing McKesson Information Solutions, Inc.)**

Case:   McKesson Information Solutions, Inc. vs. Bridge Medical, Inc.
Case No. CIV S-02-2669 FCD KJM

Location:   UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA – Hon. Peter A. Nowinski

Testifying expert in this patent case involving a patient on a patient identification and verification system that incorporates wireless technology.

Inequitable Conduct Trial live testimony:
5-04-06

Markman Hearing live testimony:
6-29/30-05

Videotaped Depositions:
2-14-04,  6-3-05

Declarations:
12-1-03 Dec. in support of MISI's Opening/Opposition re Claim     Construction
12-24-04 Dec. in support of MISI's Motion for Preliminary Injunction
3-1-04 Dec. in support of Claim Construction
6-29-04 Dec. re meaning of "Communication"
7/15/05 Dec. in support of MISI's Opposition to Bridge's Motion for
Summary Judgment

Attorneys:   For Defendant:  Morrison & Foerster

For Plaintiff:  Howrey Simon, Winston & Strawn, Morgan Lewis

Status:   Bench trial on inequitable conduct:  Verdict found inequitable conduct.

07/2003–02/2006   **Client:  Heller Ehrman LLP (representing Texas Instruments, Inc.)**

Case:   Texas Instruments, Inc. and Stanford University vs. GlobespanVirata, Inc.

Provided discovery of evidence used at trial, concerning the structure and operation of Globespan's ADSL products, and supported litigators in depositions of Globespan engineers.

Attorneys:   For Plaintiff:  Heller Ehrman

For Defendant:  Covington & Burling, LLP

Status:   Jury award.

## Patents

| Patent Number | Date Issued | Title |
|---|---|---|
| 11,748,764 | September 5, 2023 | Light-based Data Entry for Personal Inventory and Product Support System |
| 10,332,121 | June 25, 2019 | Light-based Data Entry for Personal Inventory and Product Support System |
| 9,978,037 | May 22, 2018 | Personal inventory and product support system |
| 8,995,996 | March 31, 2015 | Methods and apparatus for performance optimization of heterogeneous wireless system communities |
| 8,935,580 | January 13, 2015 | Multimedia-aware quality-of-service and error correction provisioning |
| 8,468,426 | June 18, 2013 | Multimedia-aware quality-of-service and error correction provisioning |
| 8,189,538 | May 29, 2012 | Reconfiguration of a communication system |
| 8,144,640 | March 27, 2012 | Location tracking in a wireless communication system using power levels of packets received by repeaters |
| 8,064,380 | November 22, 2011 | Reconfiguration of a communication system |
| 8,027,637 | September 27, 2011 | Single frequency wireless communication system |
| 7,957,741 | June 7, 2011 | Token-based receiver diversity |
| 7,876,704 | January 25, 2011 | Tunneling protocols for wireless communications |
| 7,689,210 | March 30, 2010 | Plug-n-playable wireless communication system |
| 7,672,274 | March 2, 2010 | Mobility support via routing |
| 7,668,542 | February 23, 2010 | Token-based receiver diversity |
| 7,515,557 | Apr 7, 2009 | Reconfiguration of a communication system |
| 7,236,470 | Jun 26, 2007 | Tracking multiple interface connections by mobile stations |
| 7,149,196 | Dec 12, 2006 | Location tracking in a wireless communication system using power levels of packets received by repeater |
| 6,965,769 | Nov 15, 2005 | Testing Center |
| 6,862,448 | Mar 1, 2005 | Token-based receiver diversity |
| 6,788,658 | Sep 7, 2004 | Wireless communication system architecture having split MAC layer |

| 6,760,318 | Jul 6, 2004 | Receiver diversity in a communication system |
| 6,557,134 | Apr 29, 2003 | ARQ method for wireless communication |
| 6,259,911 | Jul 10, 2001 | Network operations center hardware and software design |

## Education

| Year | College/University | Degree |
|------|--------------------|--------|
| 1993 | Stanford University | PhD, Electrical Engineering<br>Thesis:  "Trellis Coding for Multi-Level, Partial-Response Continuous Phase Modulation with Precoding" |
| 1988 | Stanford University | MS, Electrical Engineering |
| 1985 | Rensselaer Polytechnic Institute | BS, Computer and Systems Engineering |

## Publications

Goldhamer, M., Grandblaise, D., Bims, H., Feng, S., Piggin, P., Sydor, J., and Wu, X.  "Coexistence between 802.16 Systems Operating in Shared Bands", *Radio Resource Management in WiMAX,* John Wiley & Sons, 2009.

Bims, Harry. "Surveying the Wireless LANdscape. Or Why Large Wi-Fi Networks Require Good Planning." Xchange. [Online] Available http://www.xchangemag.com/articles/391supsys1.html, September 1, 2003.

Bims, Harry. "Building Voice-Ready Wireless LANs" Wireless Week. [Online] Available http://www.wirelessweek.com/article/CA319429.html?spacedesc=Departments, September 1, 2003.

Bims, Harry.  "Enabling Voice over WLANs".  White Paper. [Online] Available.  **http://airflownetworks.com/solutions/pdf/vowlan_wp.pdf.**  September 2003.

Bims, Harry.  "Securing Enterprise WLANs".  White Paper.  [Online] Available. http://web.archive.org/web/20040303212529/airflownetworks.com/solutions/pdf/securing_wlans_wp.pdf. August 2003.

Bims, H. and Cioffi. J. "Trellis Coding for Full-Response CPM", *Third Generation Wireless Information Networks*, Kluwer Academic Publishers, 1992.

Bims, H. and Cioffi. J. "Trellis Coding for Full-Response CPM", *WINLAB WORKSHOP*, East Brunswick, NJ.  October 18-19, 1990.

Bims, H. and Cioffi, J. "Trellis Coding for Partial-Response CPM", *1991 International Symposium on Information Theory*, Budapest, Hungary.  June 24-28, 1991.

Bims, H. and Cioffi, J.  "Trellis Coding with M-ary MSK Constraints", *GLOBECOM '89*, Dallas TX.  Nov. 1989.

## Professional Associations and Achievements

- Jan 2009 – Present        Vice-Chair and Board of Directors, Menlo Park Chamber of Commerce
- Nov 2007 – Sep 2010  Vice-Chair and Secretary, IEEE 802.16h License Exempt Group
- Feb 2002 – Jan 2011   Member, City of Menlo Park Planning Commission (2006 Chairperson, 2005 Vice-Chairperson)
- Feb 2012 – Present      Senior Member, IEEE
- Jan 2000 – Dec 2000   Chair, IEEE Engineering Management Society – Silicon Valley Chapter
- Jun 1985 - Jun 1991    AT&T Bell Laboratories Cooperative Research Fellow