# Exhibit 9

**Monday, March 2, 2026 at 1:23:18 PM Pacific Standard Time**

| | |
|---|---|
| **Subject:** | RE: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer |
| **Date:** | Monday, March 2, 2026 at 10:14:32 AM Pacific Standard Time |
| **From:** | Ralph A. Phillips |
| **To:** | Neil Rubin, James Tsuei, Brendan McLaughlin, Rak Wilus, andrea@millerfairhenry.com |
| **CC:** | FISH SERVICE Samsung/Wilus, melissa@gillamsmithlaw.com, [ext] Ben Weed |
| **Attachments:** | image001.png |

Hi Neil,

With respect to Dr. Bims' Opening Report, Samsung withdraws the following §§102/103 invalidity grounds:

- '281 ground 1 ("Samsung Galaxy Tab S in Combination with Josiam")
- '281 ground 3 ("Bharadwaj 129 alone or in Combination with Chen")
- '595 ground 4 ("Josiam")

Regarding the related paragraphs you listed, Samsung agrees not to use these paragraphs for the purposes of §§102/103 invalidity grounds. Samsung, however, does not agree to completely strike these paragraphs because they are used for other purposes, e.g., for §101 analysis.

We will need additional time to consider the other issues you raise. To the extent you do not hear otherwise from us later today, please indicate Samsung opposes.

Regards,

Ralph


**Ralph A. Phillips :: ** Fish & Richardson P.C. **::** +1-202-626-6382


**From:** Neil Rubin <nrubin@raklaw.com>
**Sent:** Monday, March 02, 2026 1:17 AM
**To:** jtsuei@raklaw.com; Brendan McLaughlin <BMcLaughlin@fr.com>; Rak Wilus <rak_wilus@raklaw.com>; andrea@millerfairhenry.com
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; melissa@gillamsmithlaw.com; [ext] Ben Weed <ben@bewlawyer.com>
**Subject:** Re: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

Hi Ralph,

We understand from the conversation on Friday that Samsung is willing to withdraw certain prior art theories in the Bims and Wicker reports based upon the IPR *Sotera* stipulations,

but that you wanted us to identify specific paragraphs in the reports that this would apply to. Here are the paragraphs that we see as implicated by this issue and would ask that Samsung withdraw:

1. Bims '281 ground 3 ("Bharadwaj 129 alone or in Combination with Chen") and '595 ground 4 ("Josiam") are barred by the IPR stipulations and footnotes 1 and 3 of the January 6 secondary election of prior art. Accordingly, we believe the following paragraphs of Dr. Bims's corrected opening report should be withdrawn:

    335–344 (discussing purported prior art status of Bharadwaj 129 and of Chen)
    664–730 ('281 and Bharadwaj 129 combination with Chen)
    935–997 ('595 and Josiam)

2. Bims '281 ground 1 ("Samsung Galaxy Tab S in Combination with Josiam") is barred by statements in Samsung's opposition to discretionary denial (Paper 9 at 40) in IPR2025-00933 ('595 patent), as confirmed by the 2/23 email of Jeremy Monaldo to the Director. Accordingly, we believe the following additional paragraphs of Dr. Bims's corrected opening report should be withdrawn:

    345–350 (discussing purported prior art status of Josiam)
    538–594 ('281 and Samsung Galaxy Tab S in Combination with Josiam)

3. Wicker '163 grounds 7-8, '597 grounds 7-8, '879 grounds 1-3, and '035 grounds 1-3 are each barred by statements in Samsung's opposition to discretionary denial (Paper 10 at 41 ("none of the prior art asserted in the Petition will be used in the District Court proceeding")) in IPR2025-00934. Each of these grounds in Dr. Wicker's report involves the 802.11ax D1.0 reference, which is part of Grounds 1A and 1B in IPR2025-00934. Accordingly, we believe the following paragraphs of Dr. Wicker's opening report should be withdrawn:

    202-214 (802.11ax D1.0)
    275-288 ('163 and '597 grounds including 802.11ax D1.0)
    438-507 ('163 grounds 7-8)
    624-680 ('597 grounds 7-8)
    780-782 (802.11ax D1.0)
    815-822 ('879 and '035 grounds including 802.11ax D1.0)
    846-1023 ('879 grounds 1-3)
    1116-1169 ('035 grounds 1-3)

Please confirm that Samsung is withdrawing these paragraphs, or identify which of these paragraphs Samsung will withdraw. As you know we have a filing deadline on Monday, so

we would appreciate confirmation early enough that we can adjust our briefing if necessary.

Neil A. Rubin

RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | Direct +1 310 979 8252 | nrubin@raklaw.com | www.raklaw.com

---

**From:** James Tsuei <jtsuei@raklaw.com>
**Date:** Thursday, February 26, 2026 at 1:15 PM
**To:** Brendan McLaughlin <BMcLaughlin@fr.com>, Neil Rubin <nrubin@raklaw.com>, Rak Wilus <rak_wilus@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>, [ext] Ben Weed <ben@bewlawyer.com>
**Subject:** Re: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

Samsung team, please find below a current list of Wilus's potential motions to strike / *Daubert* motions. We may have additional issues to move on and will of course let you know so that we can confer on them as necessary. Please also send along Samsung's list so that we can prepare and efficiently meet and confer as planned.

Motion to Strike / Exclude Opinions of Dr. Wicker

- Prior art obviousness theories which violate Samsung's *Sotera*-type stipulation
- Unelected prior art combinations

Motion to Strike / Exclude Opinions of Dr. Bims

- Prior art obviousness theories which violate Samsung's *Sotera*-type stipulation

Motion to Strike / Exclude Opinions of Mr. Perryman

- Reliance on Samsung-Atlas agreement
- Reliance on Unified Consulting presentation
- New opinions elicited on redirect

Motion to Strike / Exclude Opinions of Mr. Djavaherian

- Opinions unsupported under FRE 702 regarding Samsung's supposed good faith negotiation under FRAND

--
James S. Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

---

**From:** Brendan McLaughlin <BMcLaughlin@fr.com>
**Date:** Thursday, February 26, 2026 at 1:57 AM
**To:** Neil Rubin <nrubin@raklaw.com>, Rak Wilus <rak_wilus@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Subject:** 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

# zoom

Hi there,

BMcLaughlin@fr.com is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Phone one-tap: | US: +16468769923,,87028622163# or +16699006833,,87028622163# |
| Meeting URL: | https://fish.zoom.com/j/87028622163 |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

US: +1 646 876 9923 or +1 669 900 6833 or +1 408 638 0968 or 888 475 4499 (Toll Free) or 877 853 5257 (Toll Free)

Meeting ID:    870 2862 2163

International numbers

### Join from an H.323/SIP room system

H.323:
144.195.19.161 (US West)
206.247.11.121 (US East)
221.122.88.195 (Mainland China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
159.124.15.191 (Amsterdam Netherlands)
159.124.47.249 (Germany)
159.124.104.213 (Australia Sydney)
159.124.74.212 (Australia Melbourne)
170.114.134.121 (Hong Kong SAR)
64.211.144.160 (Brazil)
159.124.168.213 (Canada Toronto)
159.124.196.25 (Canada Vancouver)
170.114.194.163 (Japan Tokyo)
147.124.100.25 (Japan Osaka)

Meeting ID:    870 2862 2163
SIP:    87028622163@zoomcrc.com

_____
**From:** Neil Rubin <nrubin@raklaw.com>
**Sent:** Thursday, February 26, 2026 1:39 AM
**To:** Brendan McLaughlin <BMcLaughlin@fr.com>; Rak Wilus <rak_wilus@raklaw.com>; andrea@millerfairhenry.com
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; melissa@gillamsmithlaw.com
**Subject:** Re: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

[This email originated outside of F&R.]

Hi Brendan,

Wilus is available at the proposed time. Can you circulate a dial-in?

Neil A. Rubin

RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | Direct +1 310 979 8252 | nrubin@raklaw.com | www.raklaw.com

---

**From:** Brendan McLaughlin <BMcLaughlin@fr.com>
**Date:** Wednesday, February 25, 2026 at 4:55 AM
**To:** Rak Wilus <rak_wilus@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Subject:** 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

Counsel,

In advance of Monday's deadline to file motions to strike, Samsung proposes that the parties meet and confer to discuss the issues on which they intend to move this Friday. Our team is available on Friday from 3 – 4pm ET. Please let us know if this timeframe works for you.

Regards,
Brendan

### Brendan F McLaughlin
Associate ■ Fish & Richardson P.C.

**T:** 202 626 6438
BMcLaughlin@fr.com | Bio | LinkedIn | fr.com
1000 Maine Avenue SW, Suite 1000, Washington, DC 20024

```
************************************************************************
************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
```

```
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
********************************************************************************
****************************************
```

```
********************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
********************************************************************************
****************************************
```

```
********************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.
********************************************************************************
****************************************
```