# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |

**DECLARATION OF NEIL RUBIN IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF DR. STEPHEN B. WICKER**

I, Neil Rubin, declare and state as follows:

1. I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Exclude Opinions of Dr. Stephen B. Wicker. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of excerpts from the Opening Report of Stephen B. Wicker, Ph.D. dated January 23, 2026.

3. Attached as Exhibit B is a true and correct copy of Defendants' P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contentions, dated February 13, 2025.

4. Attached as Exhibit C is a true and correct copy of excerpts from Samsungs' Invalidity Contentions, Exhibit E-17, Invalidity of '035 patent in view of IEEE 802.11-2012 and 802.11ac.

5. Attached as D is a true and correct copy of excerpts from Samsung's Invalidity Contentions, Exhibit F-17, Invalidity of '879 patent in view of IEEE 802.11-2012 and 802.11ac.

6. Attached as Exhibit E is a true and correct copy of excerpts from Samsung Invalidity Contentions, Exhibit G-23, Invalidity of '163 patent in view of IEEE 802.11ac.

7. Attached as Exhibit F is a true and correct copy of excerpts from Samsung Invalidity Contentions, Exhibit H-23, Invalidity of '597 patent in view of IEEE 802.11ac.

8. Attached as Exhibit G is a true and correct copy of Samsung Stipulation in IPR2025-00935, Exhibit 1022.

9. Attached as Exhibit H is a true and correct copy of Samsung Stipulation in IPR2025-00936, Exhibit 1022.

10. Attached as Exhibit I is a true and correct copy of the Samsung Stipulation in IPR2025-01043, Exhibit 1021.

11. Attached as Exhibit J is a true and correct copy of the Samsung Stipulation in IPR2025-01044, Exhibit 1021.

12. Attached as Exhibit K is a true and correct copy of excerpts from Samsung's Opposition to Request for Discretionary Denial in IPR2025-00935, Paper 11, dated September 2, 2025.

13. Attached as Exhibit L is a true and correct copy of excerpts from Samsung's Opposition to Request for Discretionary Denial in IPR2025-00936, Paper 11, dated September 2, 2025.

14. Attached as Exhibit M is a true and correct copy of excerpts from Samsung's Opposition to Request for Discretionary Denial in IPR2025-01043, Paper 9, dated September 17, 2025.

15. Attached as Exhibit N is a true and correct copy of excerpts from Samsung's Opposition to Request for Discretionary Denial in IPR2025-01044, Paper 9, dated September 17, 2025.

16. Attached as Exhibit O is a true and correct copy of the Samsung Stipulation in IPR2025-00934, Exhibit 1037.

17. Attached as Exhibit P is a true and correct copy of excerpts from Samsung's Opposition to Patent Owner's Request for Discretionary Denial in IPR2025-00934, Paper 10, dated September 10, 2025.

18. Attached as Exhibit Q is a true and correct copy of excerpts from excerpts from Samsung's Petition in IPR2025-00934, Paper 2, dated May 1, 2025.

19. Attached as Exhibit R is a true and correct copy of excerpts from Samsung Exhibit Ex. 1004 in IPR2025-00934.

20. Attached as Exhibit S is a true and correct copy of the Decision Referring the Petitions to the Board, IPR2025-00933, Paper 11, dated October 10, 2025.

21. Attached as Exhibit T is a true and correct copy of excerpts from the Opening Expert Report of Dr. Stephen B. Wicker, dated January 23, 2026.

22. Attached as Exhibit U is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Stephen B. Wicker, dated February 13, 2026.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 2, 2026 in Los Angeles, California.

/s/ *Neil Rubin*
Neil Rubin