# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:24-cv-00752-JRG<br>[Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Case No. 2:24-cv-00746-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.<br><br>Defendant. | Civil Case No. 2:24-cv-00764-JRG<br>[Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

## DEFENDANTS' P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS AND SUBJECT MATTER ELIGIBILITY CONTENTIONS

Pursuant to Docket Control Order (Dkt. No. 47) and Local Patent Rule 3-3, Defendants

Samsung Electronics Co., Ltd. and, Samsung Electronics America, Inc., and HP, Inc. (collectively,

1

"Defendants")[1] hereby provide their Invalidity Contentions, which include the accompanying claim charts concerning U.S. Patent Nos. 10,313,077 ("the '077 patent"); 11,159,210 ("the '210 patent"); 10,687,281 ("the '281 patent"); 11,470,595 ("the '595 patent"), 11,116,035 ("the '035 patent"), 11,516,879 ("the '879 patent"), 11,129,163 ("the '163 patent"), and 11,700,597 ("the '597 patent") (collectively, the "Asserted Patents") to Wilus Institute of Standards and Technology Inc. ("Plaintiff" or "Wilus"). Defendants also respectfully submit their subject matter eligibility contentions for the Asserted Claims of the Asserted Patent in accordance with the July 25, 2019 Standing Order Regarding Subject Matter Eligibility Contentions Applicable to All Patent Infringement Cases Assigned to Chief District Judge Rodney Gilstrap ("Standing Order").

The citation of prior art herein and the accompanying exhibits are not intended to reflect Defendants' claim construction contentions, which will be disclosed in due course in accordance with the Docket Control Order and may instead reflect Plaintiff's apparent (and potentially erroneous) claim constructions based on its Infringement Contentions.

## I.    Introduction

As disclosed in its P.R. 3-1 Infringement Contentions served on Defendants, Plaintiff asserts the following patents and claims:

| Patent | Claims |
|---|---|
| U.S. Patent No. 10,313,077 | **1**-7, **8**-14 |
| U.S. Patent No. 10,687,281 | 1-6, 8-13 |
| U.S. Patent No. 11,470,595 | **1**-6, **7**-12 |
| U.S. Patent No. 11,159,210 | **1**-5, **6**-9 |
| U.S. Patent No. 11,129,163 | **1**-8, **9**-16 |
| U.S. Patent No. 11,700,597 | **1**-8, **9**-16 |
| U.S. Patent No. 11,116,035 | **1**-5, **8**-10 |
| U.S. Patent No. 11,516,879 | **1**-5, **8**-10 |

---

[1] Defendants reserve the right to rely on any contentions served separately by Askey Computer Corp., and Askey International Corp.

2

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RA-1 | US 2016/0345202 to Bharadwaj ("Bharadwaj 202") | November 24, 2016 | May 19, 2016 |
| RA-2 | US 10,142,067 to Cao ("Cao 067") | November 27, 2018 | April 16, 2015 |
| RA-3 | IEEE P802.11 802.11-15/0810 "HE PHY Padding and Packet Extension" ("802.11-15/0810")[7] | July 2015 | N/A |
| RA-4 | US 2016/0286012 to Yu ("Yu 012") | September 29, 2016 | March 25, 2016 |
| RA-5 | IEEE 802.11ac[8] | December 2013 | N/A |
| RA-6 | US 2018/0102929 to Lin ("Lin 929") | November 24, 2016 | Dec. 7, 2017 |
| RA-7 | US 9,001,929 to Lee ("Lee 929") | April 7, 2015 | January 10, 2012 |
| RA-8 | US 10,044,476 to Cao ("Cao 476") | August 7, 2018 | April 16, 2015 |
| RA-9 | IEEE 802.11-2012 | March 2012 | N/A |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-A: Prior Art Systems and Inventions for the '077 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RA-10 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[9] | 2013 |
| RA-11 | HP Spectre 13 (2013 Model) | October 2013 |
| RA-12 | HP Envy 17 (2014 Model) | February 2014 |
| RA-13 | Samsung Galaxy S4 Smartphone | April 2013 |
| RA-14 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RA-15 | Samsung Galaxy Tab Pro | February 2014 |

[7] The IEEE references identified as prior art with respect to any Asserted Patents in instant Invalidity Contentions were published by the IEEE (Institute of Electrical and Electronics Engineers) as of the corresponding date of issue/publication at http://www.ieee802.org and/or http://www.ieee.org.

[8] IEEE 802.11ac is an amendment to IEEE 802.11-2012, as such IEEE 802.11ac incorporates IEEE 802.11-2012. Therefore, any reference in the instant document to IEEE 802.11ac should be interpreted to include IEEE 802.11-2012.

[9] The attached invalidity chart over IEEE 802.11ac (RA-5) demonstrates how the systems implementing IEEE 802.11ac, listed in this table, disclose each element of each asserted claim.

21

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RA-16 | Samsung Galaxy Tab S | July 2014 |
| RA-17 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RA-18 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

Discovery is ongoing, and Defendants may serve third parties with document subpoenas. One or more of these devices, along with related documentation, may be invalidating, and Defendants reserve the right to supplement these contentions accordingly.

In addition, Defendants identify, responsive to Plaintiff's infringement contentions, the following patents, publications, and systems as evidence of the state of the art as it relates to techniques for coexistence among legacy and non-legacy wireless communication terminals including techniques for receiving a non-legacy physical layer frame which includes a legacy signaling field, and determining the number of symbols of data of the non-legacy physical layer frame: [10]

- IEEE 802.11n

---

[10] Plaintiff reserves its right to rely on any unlisted patents, patent application publications, provisional applications that are related to the listed reference.

available during the course of this lawsuit. Furthermore, Defendants will make all such devices, software programs, or other products in Defendants' possession, custody, or control available for inspection by Plaintiff.

Consequently, Defendants reserve the right to amend, modify, or supplement these Invalidity Contentions should additional information become available to them through discovery.

### C.    U.S. Patent No. 11,159,210

Invalidity claim charts identifying disclosures in the references identified in Tables 1-B, 2-B, and 3-B as to the Asserted Claims of the '210 patent are provided in attached Exhibits B-01 through B-08 and Appendix B.[11]

**Table 1-B: Prior Art Patents and Printed Publications for the '210 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RB-1 | US 2017/0181136 ("Bharadwaj 136") | June 22, 2017 | December 21, 2016 |
| RB-2 | US 2018/0176066 ("Lim 066") | June 21, 2018 | December 7, 2017 |
| RB-3 | "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") | November 2016 | N/A |
| RB-4 | IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") | March 17, 2016 | N/A |
| RB-5 | IEEE 802.11ac | December 2013 | N/A |
| RB-6 | US 2017/0366310 ("Verma 310") | December 21, 2017 | June 14, 2017 |
| RB-7 | US 2016/0285526 ("Hedayat 526") | September 29, 2016 | March 28, 2016 |
| RB-8 | US 2017/0064718 to Bharadwaj ("Bharadwaj 718") | March 2, 2017 | August 23, 2016 |
| RB-9 | IEEE 802.11-2012 | March 2012 | N/A |
| RB-10 | IEEE 802.11-2016 | December 2016 | N/A |

---

[11] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

26

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RB-11 | IEEE P802.11ax/D0.5, "High Efficiency (HE) PHY specification" ("IEEE P802.11ax/D0.5") | October 2016 | |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-B: Prior Art Systems and Inventions for the '210 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RB-12 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[12] | 2013 |
| RB-13 | HP Spectre 13 (2013 Model) | October 2013 |
| RB-14 | HP Envy 17 (2014 Model) | February 2014 |
| RB-15 | Samsung Galaxy S4 Smartphone | April 2013 |
| RB-16 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RB-17 | Samsung Galaxy Tab Pro | February 2014 |
| RB-18 | Samsung Galaxy Tab S | July 2014 |
| RB-19 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RB-20 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

---

[12] The attached invalidity chart over IEEE 802.11ac (RB-5) demonstrates how the systems implementing IEEE 802.11ac, listed in this table, disclose each element of each asserted claim.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

obtaining, additional information regarding the dates by which the cited products and services were publicly disclosed, used, sold, or offered for sale, the circumstances under which the research, design, and development activities were conducted, and the identities of the particular individuals involved in such activities through publicly available patents, publications, and product literature. The actual dates, circumstances, and identities of individuals will be the subject of third party discovery during this lawsuit, which Defendants reserve the right to rely upon to corroborate the prior art status of the prior art identified herein. Defendants reserve the right to modify, amend, or supplement these contentions if additional information becomes available during the course of this lawsuit. Furthermore, Defendants will make all such devices, software programs, or other products in Defendants' possession, custody, or control available for inspection by Plaintiff.

Consequently, Defendants reserve the right to amend, modify, or supplement these Invalidity Contentions should additional information become available to them through discovery.

### D.    U.S. Patent No. 10,687,281

Invalidity claim charts identifying disclosures in the references identified in Tables 1-C, 2-C, and 3-C as to the Asserted Claims of the '281 patent are provided in attached Exhibits C1-C13[14] and Appendix C.

**Table 1-C: Prior Art Patents and Printed Publications for the '281 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RC-1 | US 2017/0181129A1 ("Bharadwaj 129") | Jun. 22, 2017 | Dec. 21. 2015 |
| RC-2 | US 2017/0094664A1 ("Lee") | Mar. 30, 2017 | Nov. 9, 2015 |
| RC-3 | US 2016/0353322A1 ("Li") | Dec. 1, 2016 | May 27, 2015 |

[14] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

31

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RC-4 | US 10,219,271B1 ("Hedayat") | Feb. 26, 2019 | Oct. 27, 2015 |
| RC-5 | US 2017/0064718A1 ("Bharadwaj 718") | Mar. 2, 2017 | Aug. 25, 2015 |
| RC-6 | US 2016/0330058A1 ("Chen") | Nov. 10, 2016 | Sep. 25, 2015 |
| RC-7 | JP 2015-165676A ("Kim") | Sep. 17, 2015 | Apr. 1, 2015 |
| RC-8 | US 2016/0330300A1 ("Josiam") | Nov. 10, 2016 | Sep. 10, 2015 |
| RC-9 | IEEE 802.11ac ("802.11ac")[15] | 2013 | N/A |
| RC-10 | IEEE 802.11-16/ 0045r1 | Jan. 19, 2016 | N/A |
| RC-11 | IEEE 802.11-15/ 0344r2 | Mar. 9, 2015 | N/A |
| RC-12 | IEEE 802.11-14/ 1437r1 | Nov. 4, 2014 | N/A |
| RC-13 | US 2016/0174200A1 ("Seok") | Jun. 16, 2016 | Dec. 10, 2015 |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-C: Prior Art Systems and Inventions for the '281 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RC-14 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[16] | 2013 |
| RC-15 | HP Spectre 13 (2013 Model) | October 2013 |
| RC-16 | HP Envy 17 (2014 Model) | February 2014 |
| RC-17 | Samsung Galaxy S4 Smartphone | April 2013 |
| RC-18 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RC-19 | Samsung Galaxy Tab Pro | February 2014 |
| RC-20 | Samsung Galaxy Tab S | July 2014 |
| RC-21 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RC-22 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available

---

[15] "802.11ac" is also known as "Wi-Fi 5," and is used interchangeably herein.
[16] The attached invalidity chart over IEEE 802.11ac (RC-9) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-C, disclose each element of each asserted claim.

32

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

available during the course of this lawsuit. Furthermore, Defendants will make all such devices, software programs, or other products in Defendants' possession, custody, or control available for inspection by Plaintiff.

Consequently, Defendants reserve the right to amend, modify, or supplement these Invalidity Contentions should additional information become available to them through discovery.

### E.    U.S. Patent No. 11,470,595

Invalidity claim charts identifying disclosures in the references identified in Tables 1-D, 2-D, and 3-D as to the Asserted Claims of the '595 patent are provided in attached Exhibits D1-D16[18] and Appendix D.

**Table 1-D: Prior Art Patents and Printed Publications for the '595 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RD-1 | US 2017/0181129A1 ("Bharadwaj 129") | Jun. 22, 2017 | Dec. 21. 2015 |
| RD-2 | US 2017/0094664A1 ("Lee") | Mar. 30, 2017 | Nov. 9, 2015 |
| RD-3 | US 2016/0353322A1 ("Li") | Dec. 1, 2016 | May 27, 2015 |
| RD-4 | US 10,219,271B1 ("Hedayat") | Feb. 26, 2019 | Oct. 27, 2015 |
| RD-5 | US 2017/0064718A1 ("Bharadwaj 718") | Mar. 2, 2017 | Aug. 25, 2015 |
| RD-6 | US 2016/0330058A1 ("Chen") | Nov. 10, 2016 | Sep. 25, 2015 |
| RD-7 | JP 2015-165676A ("Kim") | Sep. 17, 2015 | Apr. 1, 2015 |
| RD-8 | US 2016/0330300A1 ("Josiam") | Nov. 10, 2016 | Sep. 10, 2015 |
| RD-9 | US 2018/0205584A1 ("Lim") | Jul . 19 , 2018 | Dec . 4 , 2015 |
| RD-10 | US 2017/0070998A1 ("Wu") | Mar. 9, 2017 | Sep. 7, 2015 |
| RD-11 | IEEE 802.11ac ("802.11ac") | 2013 | N/A |
| RD-12 | IEEE 802.11-15/ 1304r1 | Nov. 9, 2015 | N/A |
| RD-13 | IEEE 802.11-14/ 1437r1 | Nov. 4, 2014 | N/A |
| RD-14 | IEEE 802.11-16/ 0045r1 | Jan. 19, 2016 | N/A |
| RD-15 | IEEE 802.11-15/ 1066r0 | Sep. 13, 2015 | N/A |
| RD-16 | US 2016/0174200A1 ("Seok") | Jun. 16, 2016 | Dec. 10, 2015 |

---

[18] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-D: Prior Art Systems and Inventions for the '595 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RD-17 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[19] | 2013 |
| RD-18 | HP Spectre 13 (2013 Model) | October 2013 |
| RD-19 | HP Envy 17 (2014 Model) | February 2014 |
| RD-20 | Samsung Galaxy S4 Smartphone | April 2013 |
| RD-21 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RD-22 | Samsung Galaxy Tab Pro | February 2014 |
| RD-23 | Samsung Galaxy Tab S | July 2014 |
| RD-24 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RD-25 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

Discovery is ongoing, and Defendants may serve third parties with document subpoenas. One or more of these devices, along with related documentation, may be invalidating, and Defendants reserve the right to supplement these contentions accordingly.

---

[19] The attached invalidity chart over IEEE 802.11ac (RD-11) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-D, disclose each element of each asserted claim.

E27[21] and Appendix E

**Table 1-E: Prior Art Patents and Printed Publications for the '035 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RE-1 | IEEE 802.11-16/1180r0 and r1, "Proposed spec text for MU EDCA parameters" ("Cariou 1180") | Sept. 1, 2016 | |
| RE-2 | US 9,585,166 ("Seok 166") | Feb. 28, 2017 | May 15, 2015 |
| RE-3 | Hybrid adaptation of the maximum contention window (CWmax) and minimum contention window (CWmin) for Enhanced Service Differentiation in IEEE 802.11 Wireless Ad-hoc Networks ("Takabi") | Dec. 30, 2006 | |
| RE-4 | IEEE 802.11-15/0132r17 "Wireless LANs Specification Framework for TGax" ("Stacey 0132") | March 17, 2016 | |
| RE-5 | IEEE 802.11-16/0024r1 "Proposed TGax draft specification" ("Stacey 0024") | March 2, 2016 | |
| RE-6 | IEEE 802.11-16/0998r1 "2 sets of EDCA parameter," ("Cariou 0998") | July 2016 | |
| RE-7 | IEEE 802.11-16/0963r3 "EDCA rules – follow up 2" ("Ma 0963") | July 28, 2016 | |
| RE-8 | US 2017/0245261 ("Cariouyea 261") | Aug. 24, 2017 | Dec. 28, 2016 (Appl. 62/296,827 filed on Feb. 18, 2016) |
| RE-9 | US 2016/0198500 ("Merlin 500") | July 7, 2016 | Jan. 6, 2016 |
| RE-10 | US 2018/0146476 A1 (Kim '476) | May 24, 2018 | May 20, 2016 |
| RE-11 | US 2016/0128102 A1 ("Jauh '102") | May 5, 2015 | Oct. 28, 2015 |
| RE-12 | US 2018/0352572 ("Carious 572") | Dec. 6, 2018 | June 30, 2016 |
| RE-13 | CN 102958185 ("Huawei 185") | June 8, 2016 | Aug. 17, 2011 |
| RE-14 | US 2011/0235596 ("Wentink 596") | Sept. 29, 2011 | Sept. 22, 2010 |
| RE-15 | US 2017/0325264 ("Cherian 264") | Nov. 9, 2017 | May 9, 2016 |
| RE-16 | US 2017/0223730 ("Jiang 730") | Aug. 3, 2017 | Feb. 2, 2017 (Appl. 62/290,184 filed on Feb. 2, 2016) |

---

[21] Plaintiff reserves its right to rely on patents or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RE-17 | IEEE 802.11ac ("802.11ac") [22] | Dec. 18, 2013 | |
| RE-18 | IEEE 802.11-2012 & 802.11-2016 Specification | March 29, 2012 Dec. 14, 2016 | |
| RE-19 | US 2017/0208625 ("Choi 625") | July 20, 2017 | Dec. 7, 2015 |
| RE-20 | IEEE 802.11-16/0535r0 "Comments on TGax/D0.1" ("Stacey 0535") | April 13, 2016 | |
| RE-21 | US 2017/0048048 ("Seok 048") | Feb. 16, 2017 | Aug. 15, 2016 |
| RE-22 | US 2017/0202023 ("Zhou 023") | July 13, 2017 | Jan. 12, 2017 (Appl. 62/278,268 filed on Jan. 13, 2016) |
| RE-23 | IEEE 802.11-16/1425r2 "Clarification on applying MU EDCA parameter set" ("Ahn 1425) | Nov. 9, 2016 | |
| RE-24 | US 2018/0034595 ("Kim 595") | Feb. 1, 2018 | Jan. 29, 2016 |
| RE-25 | IEEE 802.11-16/0616r2 "Block Ack Generation and Selection Rules" ("Asterjadhi 0616") | May 14, 2016 | |
| RE-26 | IEEE 802.11-16/1424r1 "Issue on the CWmax value in MU EDCA" ("Ahn 1424") | Nov. 9, 2016 | |
| RE-27 | IEEE P802.11ax/D1.0 ("802.11ax D1.0") | Nov. 2016 | |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-E: Prior Art Systems and Inventions for the '035 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RE-28 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[23] | 2013 |
| RE-29 | HP Spectre 13 (2013 Model) | October 2013 |
| RE-30 | HP Envy 17 (2014 Model) | February 2014 |
| RE-31 | Samsung Galaxy S4 Smartphone | April 2013 |

---

[22] IEEE 802.11ac is an amendment to IEEE 802.11-2012, as such IEEE 802.11ac incorporates IEEE 802.11-2012. Therefore, any reference in the instant document to IEEE 802.11ac should be interpreted to include IEEE 802.11-2012.
[23] The attached invalidity chart over IEEE 802.11ac (RE-17) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-F, disclose each element of each asserted claim.

44

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RE-32 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RE-33 | Samsung Galaxy Tab Pro | February 2014 |
| RE-34 | Samsung Galaxy Tab S | July 2014 |
| RE-35 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RE-36 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

Discovery is ongoing, and Defendants may serve third parties with document subpoenas. One or more of these devices, along with related documentation, may be invalidating, and Defendants reserve the right to supplement these contentions accordingly.

In addition, Defendants identify, responsive to Plaintiff's infringement contentions, the following patents, publications, and systems as evidence of the state of the art as it relates to switching of parameters for uplink multiuser transmission:[24]

- P802.11ax/D0.5
- US 11,019,660
- KR 10-1674631
- KR 2016-0045023
- EP 3,188,431

---

[24] Plaintiff reserves its right to rely on any unlisted patents, patent application publications, provisional applications that are related to the listed reference.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

### G.     U.S. Patent No. 11,516,879

Invalidity claim charts identifying disclosures in the references identified in Tables 1-F, 2-F, and 3-F as to the Asserted Claims of the '879 patent are provided in attached Exhibits F1-F27[25] and Appendix F

**Table 1-F: Prior Art Patents and Printed Publications for the '879 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RF-1 | IEEE 802.11-16/1180r0 and r1, "Proposed spec text for MU EDCA parameters" ("Cariou 1180") | Sept. 1, 2016 | |
| RF-2 | US 9,585,166 ("Seok 166") | Feb. 28, 2017 | May 15, 2015 |
| RF-3 | Hybrid adaptation of the maximum contention window (CWmax) and minimum contention window (CWmin) for Enhanced Service Differentiation in IEEE 802.11 Wireless Ad-hoc Networks ("Takabi") | Dec. 30, 2006 | |
| RF-4 | IEEE 802.11-15/0132r17 "Wireless LANs Specification Framework for TGax" ("Stacey 0132") | March 17, 2016 | |
| RF-5 | IEEE 802.11-16/0024r1 "Proposed TGax draft specification" ("Stacey 0024") | March 2, 2016 | |
| RF-6 | IEEE 802.11-16/0998r1 "2 sets of EDCA parameter," ("Cariou 0998") | July 2016 | |
| RF-7 | IEEE 802.11-16/0963r3 "EDCA rules – follow up 2" ("Ma 0963") | July 28, 2016 | |
| RF-8 | US 2017/0245261 ("Cariou 261") | Aug. 24, 2017 | Dec. 28, 2016 (Appl. 62/296,827 filed on Feb. 18, 2016) |
| RF-9 | US 2016/0198500 ("Merlin 500") | July 7, 2016 | Jan. 6, 2016 |
| RF-10 | US 2018/0146476 A1 (Kim '476) | May 24, 2018 | May 20, 2016 |
| RF-11 | US 2016/0128102 A1 ("Jauh '102") | May 5, 2015 | Oct. 28, 2015 |
| RF-12 | US 2018/0352572 ("Carious 572") | Dec. 6, 2018 | June 30, 2016 |
| RF-13 | CN 102958185 ("Huawei 185") | June 8, 2016 | Aug. 17, 2011 |
| RF-14 | US 2011/0235596 ("Wentink 596") | Sept. 29, 2011 | Sept. 22, 2010 |
| RF-15 | US 2017/0325264 ("Cherian 264") | Nov. 9, 2017 | May 9, 2016 |
| RF-16 | US 2017/0223730 ("Jiang 730") | Aug. 3, 2017 | Feb. 2, 2017 |

---

[25] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

50

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| | | | (Appl. 62/290,184 filed on Feb. 2, 2016) |
| RF-17 | IEEE 802.11ac ("802.11ac")[26] | March 29, 2012 Dec. 18, 2013 | |
| RF-18 | IEEE 802.11-2012 & 802.11-2016 Specification | March 29, 2012 Dec. 14, 2016 | |
| RF-19 | US 2017/0208625 ("Choi 625") | July 20, 2017 | Dec. 7, 2015 |
| RF-20 | IEEE 802.11-16/0535r0 "Comments on TGax/D0.1" ("Stacey 0535") | April 13, 2016 | |
| RF-21 | US 2017/0048048 ("Seok 048") | Feb. 16, 2017 | Aug. 15, 2016 |
| RF-22 | US 2017/0202023 ("Zhou 023") | July 13, 2017 | Jan. 12, 2017 (Appl. 62/278,268 filed on Jan. 13, 2016) |
| RF-23 | IEEE 802.11-16/1425r2 "Clarification on applying MU EDCA parameter set" ("Ahn 1425) | Nov. 9, 2016 | |
| RF-24 | US 2018/0034595 ("Kim 595") | Feb. 1, 2018 | Jan. 29, 2016 |
| RF-25 | IEEE 802.11-16/0616r2 "Block Ack Generation and Selection Rules" ("Asterjadhi 0616") | May 14, 2016 | |
| RF-26 | IEEE 802.11-16/1424r1 "Issue on the CWmax value in MU EDCA" ("Ahn 1424") | Nov. 9, 2016 | |
| RE-27 | IEEE P802.11ax/D1.0 ("802.11ax D1.0") | | |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-F: Prior Art Systems and Inventions for the '879 patent**

---

[26] IEEE 802.11ac is an amendment to IEEE 802.11-2012, as such IEEE 802.11ac incorporates IEEE 802.11-2012. Therefore, any reference in the instant document to IEEE 802.11ac should be interpreted to include IEEE 802.11-2012.

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RF-28 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[27] | 2013 |
| RF-29 | HP Spectre 13 (2013 Model) | October 2013 |
| RF-30 | HP Envy 17 (2014 Model) | February 2014 |
| RF-31 | Samsung Galaxy S4 Smartphone | April 2013 |
| RF-32 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RF-33 | Samsung Galaxy Tab Pro | February 2014 |
| RF-34 | Samsung Galaxy Tab S | July 2014 |
| RF-35 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RF-36 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

Discovery is ongoing, and Defendants may serve third parties with document subpoenas. One or more of these devices, along with related documentation, may be invalidating, and Defendants reserve the right to supplement these contentions accordingly.

---

[27] The attached invalidity chart over IEEE 802.11ac (RF-17) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-F, disclose each element of each asserted claim.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

IEEE 11-16-0916," TID value of ALL ACK signaling," https://mentor.ieee.org/802.11/dcn/16/11-16-0917-01-00ax-text-for-tid-value-of-all-ack-signaling.docx;    IEEE    11-16-1426,    "DL/UL indication    in    MU-RTS,"    https://mentor.ieee.org/802.11/dcn/16/11-16-1426-00-00ax-dl-ul-indication-in-mu-rts.pptx.  By virtue of their collaborations, one or more of the listed inventors was aware of the claimed subject matter invented by these collaborators.  *See* e.g., US 2017/0048048 ("Seok 048"); US 9,585166 ("Seok 166").

### H.     U.S. Patent No. 11,129,163

Invalidity claim charts identifying disclosures in the references identified in Tables 1-G, 2-G, and 3-G as to the Asserted Claims of the '163 patent are provided in attached Exhibits G1-G24[29] and Appendix G.

**Table 1-G: Prior Art Patents and Printed Publications for the '163 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RG-1 | US 2017/0223731 ("Lee 731") | Aug. 3, 2017 | Aug. 6, 2014 |
| RG-2 | WO 2016/021858 ("Lee 858") | Feb. 11, 2016 | Aug. 6, 2014 |
| RG-3 | IEEE P802.11 802.11-16/0024r1 "Proposed TGax draft specification" ("Stacey 0024") | Mar. 2, 2016 | N/A |
| RG-4 | IEEE 802.11-16/0042r2 "BSS Color Settings for a Multiple BSSID Set" ("Ko 0042") | Jan. 18, 2016 | N/A |
| RG-5 | Evgeny Khorov et al., *IEEE 802.11ax: How to Build High Efficiency WLANs*, 2015 Int'l Conf. on Eng'g & Telecomm. 14-19 (2015) ("Khorov") | Nov. 2015 | N/A |
| RG-6 | US 2016/0249397 ("Seok 397") | Aug. 25, 2016 | Feb. 23, 2016 |
| RG-7 | US 10,666,368 ("Barriac 368") | May 26, 2020 | Sept. 15, 2015 |
| RG-8 | US 10,321,485 ("Noh 485") | Jun. 11, 2019 | Dec. 14, 2015 |
| RG-9 | US 2016/0345258 ("Zhou 258") | Nov. 24, 2016 | May 22, 2015 |
| RG-10 | US 2021/0243787 ("Oteri 787") | Aug. 5, 2021 | Jan 14, 2016 |
| RG-11 | US 2017/0127352 ("Park '352") | May 4, 2017 | Feb. 26, 2015 |
| RG-12 | US 2017/0188306 ("Park 306") | June 29, 2017 | Feb. 6, 2015 |
| RG-13 | US 2015/0124744 ("Zhu 744") | May 7, 2015 | Oct. 29, 2014 |

---

[29] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RG-14 | WO 2017/031640 ("Du 640") | Mar. 2, 2017 | Aug. 21, 2015 |
| RG-15 | US 2017/0078887 ("Barriac 887") | Mar. 16, 2017 | Sept. 15, 2015 |
| RG-16 | IEEE 802.11-16/0396r0 "Issues on BSS Color Collision" ("Ko 0396") | Mar. 14, 2016 | N/A |
| RG-17 | US 2016/0330663 ("Zhou 663") | Nov. 10, 2016 | May 6, 2015 |
| RG-18 | EP 2986066A ("Nelson 066") | Feb. 17, 2016 | Feb. 23, 2001 |
| RG-19 | US 2019/082387 ("Kim 387") | Mar. 14, 2019 | Apr. 26, 2016 |
| RG-20 | US 2016/330685 ("Asterjadhi 685") | Nov. 10, 2016 | Oct. 20, 2015 |
| RG-21 | US 2017/257817 ("Itagaki 817") | Sept. 7, 2017 | Dec. 25, 2015 |
| RG-22 | IEEE 802.11-2012 ("802.11-2012") | 2012 | N/A |
| RG-23 | IEEE 802.11ac ("802.11ac") | 2013 | N/A |
| RG-24 | IEEE 802.11ax/D1.0 | 2016 | N/A |

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

## Table 2-G: Prior Art Systems and Inventions for the '163 patent

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RG-25 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[30] | 2013 |
| RG-26 | HP Spectre 13 (2013 Model) | October 2013 |
| RG-27 | HP Envy 17 (2014 Model) | February 2014 |
| RG-28 | Samsung Galaxy S4 Smartphone | April 2013 |
| RG-29 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RG-30 | Samsung Galaxy Tab Pro | February 2014 |
| RG-31 | Samsung Galaxy Tab S | July 2014 |
| RG-32 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RG-33 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have

---

[30] The attached invalidity chart over IEEE 802.11ac (RG-23) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-G, disclose each element of each asserted claim.

63

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Invalidity claim charts identifying disclosures in the references identified in Tables 1-H, 2-H, and 3-H as to the Asserted Claims of the '597 patent are provided in attached Exhibits H1-H24[32] and Appendix H.

**Table 1-H: Prior Art Patents and Printed Publications for the '597 patent**

| No. | Patent No. or Title (Primary Inventor/Author) | Date of Issue/ Publication | Filing Date |
|---|---|---|---|
| RH-1 | US 2017/0223731 ("Lee 731") | Aug. 3, 2017 | Aug. 6, 2014 |
| RH-2 | WO 2016/021858 ("Lee 858") | Feb. 11, 2016 | Aug. 6, 2014 |
| RH-3 | IEEE P802.11 802.11-16/0024r1 "Proposed TGax draft specification" ("Stacey 0024") | Mar. 2, 2016 | N/A |
| RH-4 | IEEE 802.11-16/0042r2 "BSS Color Settings for a Multiple BSSID Set" ("Ko 0042") | Jan. 18, 2016 | N/A |
| RH-5 | Evgeny Khorov et al., *IEEE 802.11ax: How to Build High Efficiency WLANs*, 2015 Int'l Conf. on Eng'g & Telecomm. 14-19 (2015) ("Khorov") | Nov. 2015 | N/A |
| RH-6 | US 2016/0249397 ("Seok 397") | Aug. 25, 2016 | Feb. 23, 2016 |
| RH-7 | US 10,666,368 ("Barriac 368") | May 26, 2020 | Sept. 15, 2015 |
| RH-8 | US 10,321,485 ("Noh 485") | Jun. 11, 2019 | Dec. 14, 2015 |
| RH-9 | US 2016/0345258 ("Zhou 258") | Nov. 24, 2016 | May 22, 2015 |
| RH-10 | US 2021/0243787 ("Oteri 787") | Aug. 5, 2021 | Jan 14, 2016 |
| RH-11 | US 2017/0127352 ("Park '352") | May 4, 2017 | Feb. 26, 2015 |
| RH-12 | US 2017/0188306 ("Park 306") | June 29, 2017 | Feb. 6, 2015 |
| RH-13 | US 2015/0124744 ("Zhu 744") | May 7, 2015 | Oct. 29, 2014 |
| RH-14 | WO 2017/031640 ("Du 640") | Mar. 2, 2017 | Aug. 21, 2015 |
| RH-15 | US 2017/0078887 ("Barriac 887") | Mar. 16, 2017 | Sept. 15, 2015 |
| RH-16 | IEEE 802.11-16/0396r0 "Issues on BSS Color Collision" ("Ko 0396") | Mar. 14, 2016 | N/A |
| RH-17 | US 2016/0330663 ("Zhou 663") | Nov. 10, 2016 | May 6, 2015 |
| RH-18 | EP 2986066A ("Nelson 066") | Feb. 17, 2016 | Feb. 23, 2001 |
| RH-19 | US 2019/082387 ("Kim 387") | Mar. 14, 2019 | Apr. 26, 2016 |
| RH-20 | US 2016/330685 ("Asterjadhi 685") | Nov. 10, 2016 | Oct. 20, 2015 |
| RH-21 | US 2017/257817 ("Itagaki 817") | Sept. 7, 2017 | Dec. 25, 2015 |
| RH-22 | IEEE 802.11-2012 ("802.11-2012") | 2012 | N/A |
| RH-23 | IEEE 802.11ac ("802.11ac") | 2013 | N/A |
| RH-24 | IEEE 802.11ax/D1.0 | 2016 | N/A |

---

[32] Plaintiff reserves its right to rely on patent or patent application publications that are in the same family as the charted references as well as other revisions of the charted IEEE documents.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Further, Defendants are actively searching for information regarding at least the following devices and inventions:

**Table 2-H: Prior Art Systems and Inventions for the '597 patent**

| No. | Name of System or Invention | Date of Sale / Offer for Sale / Public Use |
|---|---|---|
| RH-25 | Systems implementing IEEE 802.11ac ("Wi-Fi 5")[33] | 2013 |
| RH-26 | HP Spectre 13 (2013 Model) | October 2013 |
| RH-27 | HP Envy 17 (2014 Model) | February 2014 |
| RH-28 | Samsung Galaxy S4 Smartphone | April 2013 |
| RH-29 | Samsung Galaxy Note 3 Smartphone | October 2013 |
| RH-30 | Samsung Galaxy Tab Pro | February 2014 |
| RH-31 | Samsung Galaxy Tab S | July 2014 |
| RH-32 | Samsung ATIV Book 9 (2014 Edition) | May 2014 |
| RH-33 | Samsung ATIV Book 9 (2015 Edition) | December 2015 |

For each of the prior art devices identified above, Defendants have listed and produced one or more documents as evidence of the relevant features and functionality. Defendants have obtained or are in the process of obtaining the identified devices and will make them available for inspection. To the extent that one or more documents (*e.g.*, user manual) may be used to describe aspects of a particular device, that device is a single reference for prior art purposes under 35 U.S.C. § 102. Some or all of the corroborating references may also separately qualify as prior art publications under 35 U.S.C. § 102 and may be used as invalidating references under 35 U.S.C. §§ 102 and/or 103.

Discovery is ongoing, and Defendants may serve third parties with document subpoenas. One or more of these devices, along with related documentation, may be invalidating, and Defendants reserve the right to supplement these contentions accordingly.

---

[33] The attached invalidity chart over IEEE 802.11ac (RH-23) demonstrates how the systems implementing IEEE 802.11ac, listed in Table 2-H, disclose each element of each asserted claim.

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Date: February 13, 2025

Respectfully submitted,

*/s/ Ralph A. Phillips*

Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130

Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*


*/s/ Lawrence R. Jarvis*

Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON, P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

555

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

556

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.