# Exhibit C

**EXHIBIT E-17**

**Invalidity of U.S. Pat. No. 11,116,035 ("the '035 patent")
in View of IEEE Std 802.11-2012 ("IEEE 802.11-2012") and 802.11ac-2013 ("IEEE 802.11ac-2013")**

IEEE Std 802.11-2012 ("IEEE 802.11-2012") and 802.11ac-2013 ("IEEE 802.11ac-2013") qualify as prior art under at least 35 U.S.C. §§ 102 and/or 103 for the asserted claims of U.S. Pat. No. 11,116,035 ("the '035 patent"), as discussed in detail in the claim chart below, and the pleading cover.

The meaning of the terms in the claims has yet to be resolved by the Court. The support identified in the chart below is responsive to Plaintiff's infringement contentions, which Defendants disagree with. As such, nothing in Defendants' claim charts should be construed as an admission regarding infringement, either literally or under the doctrine of equivalents, or as an admission regarding Defendants' understanding of the proper scope of the asserted claims. Defendants reserve the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Wilus' infringement contentions, and/or information obtained during discovery as the case progresses.

Defendants also identify as least the following prior art systems and inventions which were sold, offered for sale, and/or available for public use before the '035 patent's asserted priority date: HP Spectre 13 Laptop's 2013 Model (released October 2013), HP Envy 17 Laptop's 2014 Model (released February 2014), Samsung Galaxy S4 Smartphone (released April 2013), Samsung Galaxy Note 3 Smartphone (released October 2013), Samsung Galaxy Tab Pro Tablet (released February 2014), Samsung Galaxy Tab S Tablet (released July 2014), Samsung ATIV Book 9 Laptop's 2014 Edition (released May 2014), Samsung ATIV Book 9 Laptop's 2015 Edition (released December 2015), and/or other systems implementing Wi-Fi 5 technology (released 2013). Additionally, Wilus derived the '035 patent's subject matter from other IEEE working group members. *See, e.g.*, Defendants' P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contenting Cover Pleading at Tables 1-E, 3-E.

To the extent Wilus alleges that IEEE 802.11-2012 and IEEE 802.11ac-2013 does not disclose any particular limitation of the asserted claims of the '035 patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '035 patent to modify IEEE 802.11-2012 and IEEE 802.11ac-2013 and/or to combine the teachings of IEEE 802.11-2012 and IEEE 802.11ac-2013 with other prior art references, including but not limited to the prior art references cited in the Cover Pleading and the relevant section(s) of claim charts for other prior art references for the '035 patent in a manner that would have rendered the asserted claims invalid as obvious.

Where Defendants cite a particular figure, such citation should be understood to encompass the caption and description of the figure and any text relating to the figure, in addition to the figure itself. Conversely, where a cited portion of text refers to a figure, the citation should be understood to include the figure as well.

**EXHIBIT E-17**

**Invalidity of U.S. Pat. No. 11,116,035 ("the '035 patent")
in View of IEEE Std 802.11-2012 ("IEEE 802.11-2012") and 802.11ac-2013 ("IEEE 802.11ac-2013")**

    Defendants reserve the right to amend or supplement this claim chart at a later date as more fully set forth in the Cover Pleading, based on, for example and without limitation, subsequent discovery, any amendments to the pleadings, or rulings from the Court.

**EXHIBIT E-17**

**Invalidity of U.S. Pat. No. 11,116,035 ("the '035 patent")
in View of IEEE Std 802.11-2012 ("IEEE 802.11-2012") and 802.11ac-2013 ("IEEE 802.11ac-2013")**

| '035 Patent | IEEE 802.11-2012 and IEEE 802.11ac-2013 |
|---|---|
| [1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising: | To the extent the preamble of claim 1 is found to be limiting, IEEE 802.11-2012 and IEEE 802.11ac-2013 disclose this limitation. *See, e.g.,* <br><br>**3.1 Definitions** <br><br>For the purposes of this standard, the following terms and definitions apply. The *IEEE Standards* <br><br>*Dictionary: Glossary of Terms & Definitions* should be referenced for terms not defined in this clause.10 <br><br>… <br><br>**station (STA):** A logical entity that is a singly addressable instance of a medium access control (MAC) and <br><br>physical layer (PHY) interface to the wireless medium (WM). <br><br>… <br><br>**wireless local area network (WLAN) system:** A system that includes the distribution system (DS), access <br><br>points (APs), and portal entities. It is also the logical location of distribution and integration service <br><br>functions of an extended service set (ESS). A WLAN system contains one or more APs and zero or more <br><br>portals in addition to the DS. <br><br>**wireless medium (WM):** The medium used to implement the transfer of protocol data units (PDUs) <br><br>between peer physical layer (PHY) entities of a wireless local area network (LAN). |

**EXHIBIT E-17**

**Invalidity of U.S. Pat. No. 11,116,035 ("the '035 patent")
in View of IEEE Std 802.11-2012 ("IEEE 802.11-2012") and 802.11ac-2013 ("IEEE 802.11ac-2013")**

| '035 Patent | IEEE 802.11-2012 and IEEE 802.11ac-2013 |
|---|---|
|  | Section 3.1 of IEEE Std 802.11-2012.<br><br>To the extent that this claim limitation is not disclosed, either explicitly or inherently, by IEEE 802.11-2012 and IEEE 802.11ac-2013, it is obvious in combination with the knowledge of one of skill in the art and/or it would have been obvious to one of skill in the art at the time of the '035 patent to combine this reference with any of the other references in Appendix E as charted for this claim limitation. The motivations to combine and the reasonable expectation of success in making combinations may come from the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| [1a] a transceiver; and | IEEE 802.11-2012 and IEEE 802.11ac-2013 disclose this limitation. *See, e.g.,*<br><br>**3.1 Definitions**<br><br>For the purposes of this standard, the following terms and definitions apply. The *IEEE Standards*<br><br>*Dictionary: Glossary of Terms & Definitions* should be referenced for terms not defined in this clause.10<br><br>…<br><br>**station (STA):** A logical entity that is a singly addressable instance of a medium access control (MAC) and<br><br>physical layer (PHY) interface to the wireless medium (WM).<br><br>…<br><br>**wireless local area network (WLAN) system:** A system that includes the distribution system (DS), access |