# Exhibit O



## SAMSUNG STIPULATION

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.
(collectively, "Samsung") have filed a petition for *inter partes* review (IPR) with
the Patent Trial and Appeal Board (PTAB) to address the patentability of claims in
the patent challenged in this proceeding.

Samsung hereby stipulates that, if the PTAB institutes review in this proceeding,
Samsung will not pursue in District Court litigation the specific grounds asserted in
*inter partes* review in this proceeding, or any other ground that could have been
reasonably raised in this proceeding (i.e., any ground that could have been raised
under §§ 102 or 103 on the basis of prior art patents or printed publications)." *See
Sotera Wireless, Inc. v. Masimo Corporation*, IPR2020-01019, Paper 12 (PTAB
Dec. 1, 2020). Samsung also stipulates that, if the PTAB institutes review in this
proceeding, Samsung will not pursue in District Court litigation combinations of
the prior art asserted in this proceeding with unpublished system prior art (or any
other type of prior art). *See Motorola Solutions, Inc. v. Stellar, LLC*, IPR2024-
01205, IPR2024-01206, IPR2024-01207 & IPR2024-01208, Paper 19 (PTAB Mar.
28, 2025).

Respectfully submitted,

/Jeremy J. Monaldo/
W. Karl Renner, Reg. No. 41,265
Jeremy J. Monaldo, Reg. No. 58,680
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
T: 202-783-5070
F: 877-769-7945