# Exhibit Q

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent of: | Juhyung Son, et al. | Attorney Docket No. 39843-0195IP1 |
| U.S. Patent No.: | 11,159,210 | |
| Issue Date: | October 26, 2021 | |
| Appl. Serial No.: | 16/731,031 | |
| Filing Date: | December 31, 2019 | |
| Title: | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET | |

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

# PETITION FOR *INTER PARTES* REVIEW OF UNITED STATES PATENT NO. 11,159,210 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

# TABLE OF CONTENTS

I. REQUIREMENTS FOR IPR ...................................................................................1
   A. Grounds for Standing..................................................................................1
   B. Challenge and Relief Requested.................................................................1
   C. Claim Construction .....................................................................................2
   D. Level of Ordinary Skill in the Art................................................................3

II. BACKGROUND OF THE TECHNOLOGY ...........................................................3
   A. 802.11ax_D1.0............................................................................................7
      1. The Specification Framework ..........................................................9
      2. 802.11ax_D0.1 ................................................................................11
      3. 802.11ax_D0.2 ................................................................................14
      4. 802.11ax_D0.3 & 802.11ax_D0.4 ..................................................15
      5. 802.11ax_D0.5 ................................................................................15
      6. Public Availability of 802.11ax_D1.0 ............................................17
   B. Bharadwaj .................................................................................................19
   C. Sun .............................................................................................................21

III. THE '210 PATENT.................................................................................................24
   A. The Prior Art Teaches the '210 Patent Claims .........................................24
   B. Prosecution History...................................................................................27

IV. THE CHALLENGED CLAIMS ARE UNPATENTABLE....................................32
   A. [GROUND 1A] – 802.11ax_D1.0 Renders Claims 6-9 Obvious ..........32
      1. Analysis – Claim 6 .........................................................................32
      2. Claim 7 ...........................................................................................48
      3. Claim 8 ...........................................................................................49
      4. Claim 9 ...........................................................................................51
   B. [GROUND 1B] – 802.11ax_D1.0 and Bharadwaj Render Claims 1-5 Obvious ......................................................................................................52
      1. The Predictable Combination of 802.11ax_D1.0 and Bharadwaj 52
      2. Reasons to Combine.......................................................................53
      3. Analysis – Claim 1 .........................................................................56
      4. Claim 2 ...........................................................................................59
      5. Claim 3 ...........................................................................................59
      6. Claim 4 ...........................................................................................60
      7. Claim 5 ...........................................................................................60
   C. [GROUND 2] – Bharadwaj and Sun Render Claims 1-9 Obvious ........61
      1. The Predictable Combination of Bharadwaj and Sun ....................61
      2. Reasons to Combine.......................................................................62

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

    3. Analysis – Claim 1 ................................................................................66
    4. Claim 2 .....................................................................................................74
    5. Claim 3 .....................................................................................................76
    6. Claim 4 .....................................................................................................77
    7. Claim 5 .....................................................................................................78
    8. Claim 6 .....................................................................................................79
    9. Claim 7 .....................................................................................................80
    10. Claim 8 .....................................................................................................80
    11. Claim 9 .....................................................................................................81
V. PTAB DISCRETION SHOULD NOT PRECLUDE INSTITUTION ..........81
VI. CONCLUSION AND FEES ........................................................................81
VII. MANDATORY NOTICES UNDER 37 C.F.R § 42.8(a)(1) .........................81
  A. Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1) ..............................81
  B. Related Matters Under 37 C.F.R. § 42.8(b)(2) .......................................81
  C. Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3) ...................82
  D. Service Information .................................................................................82

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

# EXHIBITS

| | |
|---|---|
| SAMSUNG-1001 | U.S. Patent No. 11,159,210 to Son, et al. ("the '210 Patent") |
| SAMSUNG-1002 | Excerpts from the Prosecution History of the '210 Patent ("the Prosecution History") |
| SAMSUNG-1003 | First Declaration and Curriculum Vitae of Dr. Christopher J. Hansen, Ph.D. |
| SAMSUNG-1004 | IEEE P802.11ax/D1.0 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements.  Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications.  Amendment 6: Enhancements for High Efficiency WLAN (November 2016) ("802.11ax_D1.0") |
| SAMSUNG-1005 | IEEE P802.11ax/D0.5 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements.  Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications.  Amendment 6: Enhancements for High Efficiency WLAN (September 2016) ("802.11ax_D0.5") |
| SAMSUNG-1006 | IEEE P802.11ax/D0.4 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements.  Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications.  Amendment 6: Enhancements for High Efficiency WLAN (August 2016) ("802.11ax_D0.4") |
| SAMSUNG-1007 | IEEE P802.11ax/D0.3 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements.  Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications.  Amendment 6: Enhancements for High Efficiency WLAN (August 2016) ("802.11ax_D0.3") |

Attorney Docket No. 39843-0195IP1<br>IPR Petition for U.S. 11,159,210

| | |
|---|---|
| SAMSUNG-1008 | IEEE P802.11ax/D0.2 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements. Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications. Amendment 6: Enhancements for high efficiency in frequency bands between 1GHz and 6 GHz (June 2016) ("802.11ax_D0.2") |
| SAMSUNG-1009 | IEEE P802.11ax/D0.1 Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements. Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications. Amendment 6: Enhancements for high efficiency in frequency bands between 1GHz and 6 GHz (March 2016) ("802.11ax_D0.1") |
| SAMSUNG-1010 | IEEE P802.11 Specification Framework for TGax, May 25, 2016 ("Stacey") |
| SAMSUNG-1011 | IEEE 802.11-16/0928r2 Proposed resolutions to comments on clause 26.3.9.8 (May 16, 2016) |
| SAMSUNG-1012 | IEEE 802.11-16/0915r2 Bit field finalization of HE-SIG-A in HE PPDU formats (July 25, 2016) |
| SAMSUNG-1013 | U.S. Pat. Pub. 2017/0181130 to Bharadwaj et al., filed on Dec. 21, 2016 ("Bharadwaj") |
| SAMSUNG-1014 | RESERVED |
| SAMSUNG-1015 | U.S. Pat. Pub. 2016/0204912 to Sun, et al., filed January 8, 2016 ("Sun") |
| SAMSUNG-1016 | RESERVED |
| SAMSUNG-1017 | Extended European Search Report |
| SAMSUNG-1018 | IEEE802.11ax_D0.5 (Partial) ("802.11ax_D0.5_IDS") |

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

| | |
|---|---|
| SAMSUNG-1019 | U.S. Provisional Application No. 62/270,562, filed on Dec. 21, 2015 ("Bharadwaj Provisional 1") |
| SAMSUNG-1020 | U.S. Provisional Application No. 62/299,554, filed on Feb. 24, 2016 ("Bharadwaj Provisional 2") |
| SAMSUNG-1021 | U.S. Provisional Application No. 62/328,602, filed on Apr. 27, 2016 ("Bharadwaj Provisional 3") |
| SAMSUNG-1022 | U.S. Provisional Application No. 62/344,374, filed on Jun. 1, 2016 ("Bharadwaj Provisional 4") |
| SAMSUNG-1023 | U.S. Provisional Application No. 62/365,329, filed on Jul. 21, 2016 ("Bharadwaj Provisional 5") |
| SAMSUNG-1024 | Complaint, *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., LTD., et al.*, 2-24-cv-00746 (EDTX) filed September 11, 2024 |
| SAMSUNG-1025 | Exhibit D (Infringement Chart for '210 Patent), *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., LTD., et al.*, 2-24-cv-00746 (EDTX) filed September 11, 2024 |
| SAMSUNG-1026 | Second Declaration and Curriculum Vitae of Dr. Christopher J. Hansen, Ph.D. |
| SAMSUNG-1027 | U.S. Pat. Pub. 2016/0380664 to Braun et al., filed on August 18, 2015, published on December 29, 2016 ("Braun") |
| SAMSUNG-1028 | IEEE 802.11 Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications, Amendment 4: Enhancements for Very High Throughput of Operation in Bands below 6 GHz ("802.11ac-2013") |
| SAMSUNG-1029 | Kim et al., IEEE 802.11-15/0821r2, HE-SIG-B Structure, 2015-07-11 |
| SAMSUNG-1030 | Josiam, et al., IEEE 802.11-15/1066r0, HE-SIG-B Contents, 2015-09-13 |
| SAMSUNG-1031 | Josiam, et al., IEEE 802.11-15/1315/r1, HE-SIG-B Mapping |

v

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

| | |
|---|---|
| | and Compression, 2015-11-09 |
| SAMSUNG-1032 | Liu et al., IEEE 802.11-15/1335r2, HE-SIG-B Contents, 2015-11-09 |
| SAMSUNG-1033 | Noh et al., IEEE 802.11-16/0040r0, Issues with Compressed SIG-B Mode, 2016-01-18 |
| SAMSUNG-1034 | Josiam, et al., IEEE 802.11-15/0349r1, HE-SIG-B Compression Mode, 2016-03-14 |
| SAMSUNG-1035 | Stacey, Comments on TGax, 2017-01-09 |
| SAMSUNG-1036 | Lim et al., IEEE 802.11-17/0299r0, Comment Resolutions on Clause 28.3.10.8.1, 2017-03-08 |
| SAMSUNG-1037 | *Fintiv* Stipulation |

Attorney Docket No. 39843-0195IP1
IPR Petition for U.S. 11,159,210

of any disclaimers, reexamination certificates, or IPR petitions addressing the '210 Patent.

### C. Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)

Petitioner provides the following designation of counsel.

| Lead Counsel | Backup counsel |
|---|---|
| W. Karl Renner, Reg. No. 41,265<br>Fish & Richardson P.C.<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>Email: IPR39843-0195IP1@fr.com | Jeremy J. Monaldo, Reg. No. 58,680<br>Nicholas Stephens, Reg. No. 74,320<br>Rishi Gupta, Reg. No. 64,768<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>PTABInbound@fr.com |

### D. Service Information

Please address all correspondence and service to the address listed above.

Petitioner consents to electronic service by email at IPR39843-0195IP1@fr.com (referencing No. 39843-0195IP1 and cc'ing PTABInbound@fr.com).

Respectfully submitted,

Dated 05/01/2025

/Nicholas W. Stephens/
W. Karl Renner, Reg. No. 41,265
Jeremy J. Monaldo, Reg. No. 58,680
Nicholas Stephens, Reg. No. 74,320
Rishi Gupta, Reg. No. 64,768
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
T: 202-783-5070
F: 877-769-7945

(Control No. IPR2025-00934)   *Attorneys for Petitioner*