# Exhibit R

IEEE P802.11ax/D1.0, November 2016
(amendment to IEEE P802.11REVmc™/D8.0
as amended by IEEE P802.11ai™/D10.0,
IEEE P802.11ah™/D9.0,
IEEE P802.11aq™/D3.0,
IEEE P802.11ak™/D2.0,
and IEEE P802.11aj™/D3.0)

# IEEE P802.11ax™/D1.0

Draft Standard for Information technology— Telecommunications and information exchange between systems Local and metropolitan area networks— Specific requirements

Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications

Amendment 6: Enhancements for High Efficiency WLAN

Prepared by the 802.11 Working Group of the

**LAN/MAN Standards Committee**
of the
**IEEE Computer Society**

Copyright © 2016 by the IEEE.
Three Park Avenue
New York, New York 10016-5997, USA
All rights reserved.

This document is an unapproved draft of a proposed IEEE Standard. As such, this document is subject to change. USE AT YOUR OWN RISK! Because this is an unapproved draft, this document must not be utilized for any conformance/compliance purposes. Permission is hereby granted for IEEE Standards Committee participants to reproduce this document for purposes of international standardization consideration. Prior to adoption of this document, in whole or in part, by another standards development organization permission must first be obtained from the IEEE Standards Activities Department (stds.ipr@ieee.org). Other entities seeking permission to reproduce this document, in whole or in part, must also obtain permission from the IEEE Standards Activities Department.

IEEE Standards Activities Department
445 Hoes Lane
Piscataway, NJ 08854, USA