# Exhibit T

**RESTRICTED – ATTORNEYS' EYES ONLY**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

**RESTRICTED – ATTORNEYS' EYES ONLY**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

OPENING EXPERT REPORT OF PROF. STEPHEN B. WICKER, PH.D.

Dated: January 23, 2026

_____
Dr. Stephen B. Wicker

relevant timeframe. As a faculty member at Georgia Tech and then Cornell University, I have conducted research, written a book, published and presented papers, and taught classes on cellular technology before, during and after this timeframe, and I am very familiar with the state of the art in the technological field of the Asserted Patents during the relevant time period.

77. Furthermore, although my industry experience occurred before the relevant timeframe, my prior work in telecommunications also informs my understanding of the knowledge and skill that a POSITA would have possessed, and further supports my familiarity with the state of the art in the technological field of the Asserted Patents.

### IV. CLAIM CONSTRUCTION

78. I understand that only a single term is at issue in claim construction for the '035 and '879 patents. I understand that the Court has issued an order construing the term as follows.

| Patent / Claim Term | Court's Construction |
|---|---|
| "set[ting] [a/the] . . . timer" ('035 Patent, Claims 1, 4, 5, 8; '879 Patent, Claims 1, 4, 5, 8) | "assign[ing] a duration to and start[ing] [a/the] . . . timer" |

79. I understand that the parties agreed that the following terms be given their plain and ordinary meaning.

| Patent / Claim Term | Agreed Construction |
|---|---|
| "intra-BSS" ('163 patent, cls. 2-3, 6, 10-11, 14; '597 patent, cls. 2-3, 6, 10-11, 14) (Dkts. 179-6, 179-7) | Plain and ordinary meaning; no further construction necessary 1. |

23

| Patent / Claim Term | Agreed Construction |
|---|---|
| "inter-BSS" ('163 patent, cls. 2, 10; '597 patent, cls. 2, 10) (*Id.*) 2. | Plain and ordinary meaning; no further construction necessary 3. |
| "intra-BSS PPDU" ('163 patent, cls. 2, 6, 10, 14; '597 patent, cls. 2, 6, 10, 14) (*Id.*) 4. | Plain and ordinary meaning; no further construction necessary 5. |
| "inter-BSS PPDU" ('163 patent, cls. 2, 10; '597 patents, cls. 2, 10) (*Id.*) | Plain and ordinary meaning; no further construction necessary 6. |
| "BSS color collision" ('163 patent, cls. 4, 5, 12, 13; '597 patent, cls. 4, 5, 12, 13) (Id.) | Plain and ordinary meaning; no further construction necessary |
| "valid signaling field of the MAC frame" ('163 patent, cls. 3, 11; '597 patent, cls. 3, 11) (Id.) | Plain and ordinary meaning; not indefinite |
| "when" ('035 patent, cls. 1,8; '879 patents, cls. 1, 8) (Dkts. 179-8, 179-9) | Plain and ordinary meaning; not indefinite |

80. The word "when" appears four times in claim 1 of the '879/'035 patent, indicated with brackets as follows:

> **[1]** [*when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response*], set a second parameter set timer for an access category of the MPDU **[2]** [**when the transmission of the trigger-based PPDU ends**],

24

**RESTRICTED – ATTORNEYS' EYES ONLY**

> **[3]** [*when the MPDU included in the trigger-based PPDU requests the immediate response*], set the second parameter set timer for the access category of the MPDU for which immediate response is received,
>
> **[4]** [*when the second parameter set timer expires*], terminate an application of the second parameter set

'035 Patent, Claim 1; '879 Patent, Claim 1.[2]

81. My understanding is that the parties agree that the first and third instance of "when" are not indefinite because the surrounding claim language (e.g., "when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response") makes clear the phrase describes a *conditional* limitation ("when the MPDU . . . requests the immediate response").

82. My understanding is that the parties agree that the term "when" in the second and fourth instance, the term is used to impose a *temporal* limitation.

## V.  BACKGROUND TECHNOLOGY

### A.  Wireless Communication Networks

83. Wireless networks are communications networks whereby information is transmitted between devices over a wireless medium, such as radio waves, as opposed to traditional mediums like physical cables. One type of wireless network, known as a Wireless Local Area Network ("WLAN"), are made up of at least one Access Point ("AP") that coordinate and facilitate wireless communications for a set of associated wireless devices, known as stations ("STAs") (*e.g.*, laptops). *See* SAMSUNG_WILUS_00204096, pp. 21-24. Wi-Fi networks are common type of WLAN. APs are often connected to broader networks, like the internet, and serve as a bridge for the STAs to this broader network. *Id*. In wireless networks, wireless

---

[2] Emphasis is added unless noted otherwise.