# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**DECLARATION OF NEIL RUBIN IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE OPINIONS OF SAMSUNG EXPERT DR. HARRY BIMS**

I, Neil Rubin, declare and state as follows:

1. I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Strike Opinions of Samsung Expert Dr. Harry Bims. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of the Corrected Opening Report of Dr. Harry Bims, dated Jan. 28, 2026.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of Defendants' P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contentions, dated February 13, 2025.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit A-05, Invalidity of '077 patent in view of IEEE 802.11ac.

5. Attached as **Exhibit D** is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit B-05, Invalidity of '210 patent in view of IEEE 802.11ac.

6. Attached as **Exhibit E** is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit C9, Invalidity of '281 patent in view of IEEE 802.11ac.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of Samsung's Invalidity Contentions, Exhibit D11, Invalidity of '595 patent in view of IEEE 802.11ac

8. Attached as **Exhibit G** is a true and correct copy of Samsung's Stipulation in IPR2025-00933, Exhibit 1023.

9. Attached as **Exhibit H** is a true and correct copy of Samsung's Stipulation in IPR2025-00934, Exhibit 1037.

10. Attached as **Exhibit I** is a true and correct copy of Samsung' Stipulation in IPR2025-00988, Exhibit 1051.

11. Attached as **Exhibit J** is a true and correct copy of Samsung' Stipulation in IPR2025-01069, Exhibit 1025.

12. Attached as **Exhibit K** is a true and correct copy of excerpts of Samsung's Opposition to Request for Discretionary Denial in IPR2025-00933, Paper 9.

13. Attached as **Exhibit L** is a true and correct copy of excerpts of Samsung's Opposition to Request for Discretionary Denial in IPR2025-00934, Paper 10.

14. Attached as **Exhibit M** is a true and correct copy of excerpts of Samsung's Opposition to Request for Discretionary Denial in IPR2025-00988, Paper 9.

15. Attached as **Exhibit N** is a true and correct copy of excerpts of Samsung's Opposition to Request for Discretionary Denial in IPR2025-01069, Paper 9.

16. Attached as **Exhibit O** is a true and correct copy of the Decision Referring the Petitions to the Board, IPR2025-00933, Paper 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2026, in Los Angeles, California.

/s/ *Neil Rubin*
Neil Rubin