# Exhibit D

Exhibit B-05

**Invalidity of U.S. Pat. No. 11,159,210 in View of IEEE 802.11ac**

IEEE 802.11ac, published December 2013, qualifies as prior art under at least 35 U.S.C. §§ 102 and/or 103 for the asserted claims of U.S. Pat. No. 11,159,210 ("the '210 patent"), as discussed in detail in the claim chart below, and the cover pleading. IEEE 802.11ac is an amendment to IEEE 802.11-2012, the claim chart includes citations to both.

The meaning of the terms in the claims has yet to be resolved by the Court. The support identified in the chart below is responsive to Plaintiff's infringement contentions, which Defendants disagree with. As such, nothing in Defendants' claim charts should be construed as an admission regarding infringement, either literally or under the doctrine of equivalents, or as an admission regarding Defendants' understanding of the proper scope of the asserted claims. Defendants reserve the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Wilus' infringement contentions, and/or information obtained during discovery as the case progresses.

Defendants also identify as least the following prior art systems and inventions which were sold, offered for sale, and/or available for public use before the '210 patent's asserted priority date: HP Spectre 13 Laptop's 2013 Model (released October 2013), HP Envy 17 Laptop's 2014 Model (released February 2014), Samsung Galaxy S4 Smartphone (released April 2013), Samsung Galaxy Note 3 Smartphone (released October 2013), Samsung Galaxy Tab Pro Tablet (released February 2014), Samsung Galaxy Tab S Tablet (released July 2014), Samsung ATIV Book 9 Laptop's 2014 Edition (released May 2014), Samsung ATIV Book 9 Laptop's 2015 Edition (released December 2015), and/or other systems implementing Wi-Fi 5 technology (released 2013). Additionally, Wilus derived the '210 patent's subject matter from other IEEE working group members. *See, e.g.*, Defendants' P.R. 3-3 and 3-4 Invalidity Contentions and Subject Matter Eligibility Contenting Cover Pleading at Tables 1-B, 3-B.

To the extent Wilus alleges that IEEE 802.11ac does not disclose any particular limitation of the asserted claims of the '210 patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '210 patent to modify IEEE 802.11ac and/or to combine the teachings of IEEE 802.11ac with other prior art references, including but not limited to the prior art references cited in the cover pleading and the relevant section(s) of claim charts for other prior art references for the '210 patent in a manner that would have rendered the asserted claims invalid as obvious.

Where Defendants cite a particular figure, such citation should be understood to encompass the caption and description of the figure and any text relating to the figure, in addition to the figure itself. Conversely, where a cited portion of text refers to a figure, the citation should be understood to include the figure as well.

Defendants reserve the right to amend or supplement this claim chart at a later date as more fully set forth in the cover pleading, based on, for example and without limitation, subsequent discovery, any amendments to the pleadings, or rulings from the Court.

**Invalidity of U.S. Pat. No. 11,159,210 in View of IEEE 802.11ac**

| '210 Patent Claims | IEEE 802.11ac |
|---|---|
| [1pre] 1. A wireless communication terminal, the terminal comprising: | To the extent the preamble is a limitation, IEEE 802.11ac discloses a wireless communication terminal. See, e.g., <br><br> **3.1 Definitions** <br><br> For the purposes of this standard, the following terms and definitions apply. The *IEEE Standards* <br><br> *Dictionary: Glossary of Terms & Definitions* should be referenced for terms not defined in this clause.10 <br><br> … <br><br> **station (STA):** A logical entity that is a singly addressable instance of a medium access control (MAC) and physical layer (PHY) interface to the wireless medium (WM). <br><br> … <br><br> **wireless local area network (WLAN) system:** A system that includes the distribution system (DS), access points (APs), and portal entities. It is also the logical location of distribution and integration service functions of an extended service set (ESS). A WLAN system contains one or more APs and zero or more portals in addition to the DS. <br><br> **wireless medium (WM):** The medium used to implement the transfer of protocol data units (PDUs) between peer physical layer (PHY) entities of a wireless local area network (LAN). <br><br> IEEE 802.11-2012, Section 3.1. |

**Invalidity of U.S. Pat. No. 11,159,210 in View of IEEE 802.11ac**

| '210 Patent Claims | IEEE 802.11ac |
|---|---|
| | **22.1.1 Introduction to the VHT PHY**<br><br>Clause 22 specifies the PHY entity for a very high throughput (VHT) orthogonal frequency division multiplexing (OFDM) system.<br><br>In addition to the requirements in Clause 22, a VHT STA shall be capable of transmitting and receiving PPDUs that are compliant with the mandatory PHY specifications defined in Clause 20.<br><br>The VHT PHY is based on the HT PHY defined in Clause 20, which in turn is based on the OFDM PHY defined in Clause 18. The VHT PHY extends the maximum number of space-time streams supported to eight and provides support for downlink multi-user (MU) transmissions. A downlink MU transmission supports up to four users with up to four space-time streams per user with the total number of space-time streams not exceeding eight.<br><br>NOTE—A VHT SU PPDU includes individually addressed and group addressed transmissions.<br><br>The VHT PHY provides support for 20 MHz, 40 MHz, 80 MHz, and 160 MHz contiguous channel widths and support for 80+80 MHz noncontiguous channel width.<br><br>The VHT PHY data subcarriers are modulated using binary phase shift keying (BPSK), quadrature phase shift keying (QPSK), 16-quadrature amplitude modulation (16-QAM), 64-QAM, and 256-QAM. Forward error correction (FEC) coding (convolutional or LDPC coding) is used with coding rates of 1/2, 2/3, 3/4, and 5/6.<br><br>IEEE 802.11ac, Section 22.1.1. |