# EXHIBIT A

**From:** Ralph A. Phillips RPhillips@fr.com
**Subject:** RE: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer
**Date:** March 2, 2026 at 1:53 PM
**To:** pwang@raklaw.com, Brendan McLaughlin BMcLaughlin@fr.com, FISH SERVICE Samsung/Wilus FISHSERVICESamsungWilus@fr.com, melissa@gillamsmithlaw.com, jtsuei@raklaw.com
**Cc:** nrubin@raklaw.com, Rak Wilus rak_wilus@raklaw.com, andrea@millerfairhenry.com, [ext] Ben Weed ben@bewlawyer.com

Philip,

Thank you for your email. We will, need to confer with our client before committing to dropping any of our additional defenses. We should be able to get back to you around 8pm ET / 7pm CT.

With regard to the fourth additional defense, is Wilus willing to drop its allegations of infringement under the doctrine of equivalents in exchange for Samsung agreeing to drop its defense of prosecution history estoppel?

Wilus pled infringement under the doctrine of equivalents in both its complaints (*See* -746 Complaint at ¶¶ 34, 57, 79, 102; -765 Complaint at ¶¶ 34, 55, 76, 99). Wilus has, however, adduced no evidence supporting this theory. By way of example, in his deposition, Mr. de la Iglesia confirmed that he did not provide DOE opinions. See Tr. at 60:3-7.

Subject to client approval, we can likely reach agreement to drop prosecution history estoppel from our fourth additional defense if Wilus drops its allegations of infringement under the doctrine of equivalents.

I further note, we consider it premature to drop the fourth additional defenses in its entirety—and in particular the defense of disclaimer—given that there are pending IPRs as to all of the patents in suit.

Regards,

Ralph

**Ralph A. Phillips ::** Fish & Richardson P.C. **::** +1-202-626-6382

---

**From:** Philip Wang <pwang@raklaw.com>
**Sent:** Monday, March 02, 2026 12:12 AM
**To:** Ralph A. Phillips <RPhillips@fr.com>; Brendan McLaughlin <BMcLaughlin@fr.com>; FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; melissa@gillamsmithlaw.com; jtsuei@raklaw.com
**Cc:** nrubin@raklaw.com; Rak Wilus <rak_wilus@raklaw.com>; andrea@millerfairhenry.com; [ext] Ben Weed <ben@bewlawyer.com>
**Subject:** Re: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

Ralph / Samsung Team,

Thanks for the meet and confer on Friday. As mentioned on the call, Samsung's operative and proposed answers (Dkts. 106, 107, 236) plead affirmative defenses for which it appears Samsung is no longer pursuing.

For purpose of MSJs, and to reduce unnecessary disputes and motion practice, will Samsung agree to withdraw the following affirmative defenses?

- **FIRST ADDITIONAL DEFENSE - "Failure to State a Claim"** (Dkt. 106 at 39; Dkt. 107 at 37; Dkt. 236 at 37)

- **FOURTH ADDITIONAL DEFENSE - "Prosecution History Estoppel and/or**

**Disclaimer**" (Dkt. 106 at 40; Dkt. 107 at 124; Dkt. 236 at 38)

- To the extent this defense is based on DOE, Samsung hasn't identified any infringement opinions under DOE; Wilus is willing to discuss a mutual stipulation on this point.

- **ELEVENTH ADDITIONAL DEFENSE - "License Express or Implied and/or Patent Exhaustion"** (Dkt. 106 at 44; Dkt. 107 at 42; Dkt. 236 at 138)

Samsung failed to pursue or adduce evidence for these defenses during discovery or in this case. This is shown by Samsung's answers, discovery responses, and deposition testimony. Further, these defenses are not asserted as counterclaims by Samsung.

Please let us know whether Samsung will withdraw these defenses that don't appear to be live issues for trial.

If Samsung intends to maintain any of these defenses, we ask that you please let us know as soon as possible and no later than Monday 3/2 at 2:00 pm Eastern. In the same correspondence, please provide the full legal and factual basis for maintaining the defense.

Thank you,

Philip

Philip Wang
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
pwang@raklaw.com

> On Feb 27, 2026, at 11:35 AM, Philip Wang <pwang@raklaw.com> wrote:
>
> Samsung team,
>
> We have an addition to the list below. For for Dr. Wicker and Dr. Bims, Wilus also intends to move to strike / exclude reliance on claim construction proceedings beyond the positions adopted by the Court.
>
> As you know, the Court construed one term in this case, and Samsung withdrew its claim construction arguments and positions for all other terms. Those terms (and all other unconstrued terms) carry their plain and ordinary meaning, as WIlus proposed.
>
> Even for the one construed term, the *Markman* order is clear as to the Court's rules (Dkt. 212 at 13-14):
>
>> "The Court **ORDERS** each party not to refer, directly or indirectly, to its own or any other party's claim-construction positions in the presence of the jury. Likewise, the Court **ORDERS** the parties to refrain from mentioning any part of this opinion, other than the actual positions adopted by the Court, in the presence of the jury. Neither party may take a position before the jury that contradicts the Court's reasoning in this opinion. Any reference to claim construction proceedings is limited to informing the jury of the positions adopted by the Court."
>
> Dr. Wicker and Dr. Bims offer various opinions/statements that violate this rule. Please confirm that Samsung will withdraw them.

Philip

Philip Wang
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
pwang@raklaw.com

On Feb 26, 2026, at 1:15 PM, James Tsuei <jtsuei@raklaw.com> wrote:

Samsung team, please find below a current list of Wilus's potential motions to strike / *Daubert* motions. We may have additional issues to move on and will of course let you know so that we can confer on them as necessary. Please also send along Samsung's list so that we can prepare and efficiently meet and confer as planned.

Motion to Strike / Exclude Opinions of Dr. Wicker

- Prior art obviousness theories which violate Samsung's *Sotera*-type stipulation
- Unelected prior art combinations

Motion to Strike / Exclude Opinions of Dr. Bims

- Prior art obviousness theories which violate Samsung's *Sotera*-type stipulation

Motion to Strike / Exclude Opinions of Mr. Perryman

- Reliance on Samsung-Atlas agreement
- Reliance on Unified Consulting presentation
- New opinions elicited on redirect

Motion to Strike / Exclude Opinions of Mr. Djavaherian

- Opinions unsupported under FRE 702 regarding Samsung's supposed good faith negotiation under FRAND

--
James S. Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the

that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

---

**From:** Brendan McLaughlin <BMcLaughlin@fr.com>
**Date:** Thursday, February 26, 2026 at 1:57 AM
**To:** Neil Rubin <nrubin@raklaw.com>, Rak Wilus <rak_wilus@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Subject:** 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

<image001.png>

Hi there,

BMcLaughlin@fr.com is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Phone one-tap: | US: +16468769923,,87028622163# or +16699006833,,87028622163# |
| Meeting URL: | https://fish.zoom.com/j/87028622163 |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
US: +1 646 876 9923 or +1 669 900 6833 or +1 408 638 0968 or 888 475 4499 (Toll Free) or 877 853 5257 (Toll Free)

| | |
|---|---|
| Meeting ID: | 870 2862 2163 |

International numbers

### Join from an H.323/SIP room system

| | |
|---|---|
| H.323: | 144.195.19.161 (US West) |
| | 206.247.11.121 (US East) |
| | 221.122.88.195 (Mainland China) |
| | 115.114.131.7 (India Mumbai) |
| | 115.114.115.7 (India Hyderabad) |
| | 159.124.15.191 (Amsterdam Netherlands) |
| | 159.124.47.249 (Germany) |
| | 159.124.104.213 (Australia Sydney) |

|  |  |
|---|---|
|  | 159.124.74.212 (Australia Melbourne) |
|  | 170.114.134.121 (Hong Kong SAR) |
|  | 64.211.144.160 (Brazil) |
|  | 159.124.168.213 (Canada Toronto) |
|  | 159.124.196.25 (Canada Vancouver) |
|  | 170.114.194.163 (Japan Tokyo) |
|  | 147.124.100.25 (Japan Osaka) |
| Meeting ID: | 870 2862 2163 |
| SIP: | 87028622163@zoomcrc.com |

---

**From:** Neil Rubin <nrubin@raklaw.com>
**Sent:** Thursday, February 26, 2026 1:39 AM
**To:** Brendan McLaughlin <BMcLaughlin@fr.com>; Rak Wilus <rak_wilus@raklaw.com>; andrea@millerfairhenry.com
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; melissa@gillamsmithlaw.com
**Subject:** Re: 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

[This email originated outside of F&R.]

Hi Brendan,

Wilus is available at the proposed time. Can you circulate a dial-in?

Neil A. Rubin

RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | Direct +1 310 979 8252 | nrubin@raklaw.com | www.raklaw.com

---

**From:** Brendan McLaughlin <BMcLaughlin@fr.com>
**Date:** Wednesday, February 25, 2026 at 4:55 AM
**To:** Rak Wilus <rak_wilus@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>
**Cc:** FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Subject:** 2:24-cv-00752-JRG Wilus Institute of Standards and Technology Inc., v. Samsung - Meet and Confer

Counsel,

In advance of Monday's deadline to file motions to strike, Samsung proposes

In advance of Monday's deadline to file motions to strike, Samsung proposes that the parties meet and confer to discuss the issues on which they intend to move this Friday. Our team is available on Friday from 3 – 4pm ET. Please let us know if this timeframe works for you.

Regards,
Brendan

### Brendan F McLaughlin

Associate ■ Fish & Richardson P.C.

**T:** 202 626 6438
BMcLaughlin@fr.com | Bio | LinkedIn | fr.com

1000 Maine Avenue SW, Suite 1000, Washington, DC 20024

```
****************************************************************************
*****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized
use or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
****************************************************************************
*****************************************************
```

```
****************************************************************************
*****************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized
use or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
****************************************************************************
*****************************************************
```

```
********************************************************************************************
*****************************████
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is prohibited. If
you are not the intended recipient, please contact the sender by reply email and destroy all
copies of the original message.
********************************************************************************************
*****************************
```