# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |

**ORDER GRANTING PLAINTIFF WILUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON SAMSUNG'S FIRST AND ELEVENTH AFFIRMATIVE DEFENSES**

Before the Court is Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus") motion for partial summary judgment on Defendants Samsung Electronics Co., Ltd. Samsung Electronics America, Inc.'s ("Samsung") First Affirmative Defense of "Failure to State a Claim" and Eleventh Affirmative Defense of "License Express or Implied and/or Patent Exhaustion." The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Wilus's motion for partial summary judgment on Samsung's first and eleventh affirmative defenses should be GRANTED.

Accordingly, Wilus's Motion is hereby GRANTED.