UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br>*Plaintiff,*<br>v.<br>HP INC.,<br>*Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case]<br><br>Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br>*Plaintiff,*<br>v.<br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>*Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case]<br><br>Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br>*Plaintiff,*<br>v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br>*Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case]<br><br>Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**EXHIBITS A-D, H-I, T, AND AA IN SUPPORT OF PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SUSPENSION OF RAND OBLIGATION**

Plaintiff Wilus Institute of Standards and Technology Inc. hereby submits the attached exhibits to its Motion for Partial Summary Judgment on the Suspension of RAND Obligation (Dkt. 263).

Dated: March 3, 2026                                     Respectfully submitted,

                                                                                   /s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)

(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 3, 2026, with a copy of this document via CM/ECF.

/s/ *Reza Mirzaie*
Reza Mirzaie

1