# Exhibit T

| Std No. | Patent Owner | Contact for License | Patent Serial No. (if indicated) | Letter Date | Licensing Assurance Received | Date record entered or revised (if known) |
|---|---|---|---|---|---|---|
| 802.11 | Renesas Mobile Corporation | Marja Liisa Autti-Senior IPR Manager, Patenting, Porkkalankatu 24, 00180 Helsinki, Finland, tel: +358405915095, fax: +358947892666, email: marjaliisa.autti@renesasmobile.com, URL: www.renesasmobile.com | not indicated | 2 Nov 2011 | yes | 3 Nov 2011 |
| 802.11 | Elektrobit Wireless Communications | Jorma Pakanen-Senior IPR Manager, IPR, Tutkijantie 8, 90590 Oulu, Finland, tel: +358403442000, fax: +3588343032, email: jorma.pakanen@elektrobit.com, URL: www.elektrobit.com | US 8064396, CA 2723106, GB 1018718.5, DE 112009001072.5 | 27 Apr 2012 | yes | 27 Apr 2012 |
| 802.11 | SRC Software Inc. | Hitoshi Morioka - CEO, 1-2-20 Fujimi, Nishi-ku, Fukuoka 819-0387, Japan, tel: +81-92-791-5766, email: hmorioka@src-soft.com, URL: www.src-soft.com | not specified | 25 May 2025 | yes | 31 May 2025 |
| 802.11-2012 | Koninklijke KPN N.V. | Koenraad M. Wuyts-Chief Intellectual Property Officer, Corporate Legal & Regulatory, Corporate Intellectual Property Office, Maanplein 55, 2516 CK The Hague, The Netherlands, tel: +31-(0)-704460091, fax: +31-(0)-703855437, email: koenraad.wuyts@kpn.com, URL: www.kpn.com | EP 0716797 | 8 Jan 2013 | yes | 10 Jan 2013 |
| 802.11-2012 | Koninklijke KPN N.V. | Koenraad Wuyts - Chief Intellectual Property Officer, CC/GCO/Corporate Intellectual Property Office KPN, Wilhelminakade 123, NL-3072 AP Rotterdam, The Netherlands, tel: +31-(0)-653767276, email: ipr@kpn.com, URL: www.kpn.com | CN101466085B | 20 Sep 2023 | NO | 21 Sep 2023 |
| 802.11 | Koninklijke KPN N.V. | K.M. Wuyts - Chief Intellectual Property Officer, CC/GCO/Corporate Intellectual Property Office KPN, Wilhelminakade 123, 3072 AP Rotterdam, The Netherlands, tel: +31-(0)-653767276, email: ipr@kpn.com, URL: www.kpn.com | US 9781743, US 14/297767, IN 461261, IN 201628012052 | 14 Aug 2025 | NO | 14 Aug 2025 |
| 802.11-2012 | Research In Motion, Ltd. | Jon M. Jurgovan - Director, Patent Strategy, 5000 Riverside Drive, Bldg 5 Flr 3, Irving TX 75039, tel: +1- 972-310-1197, email: jjurgovan@blackberry.com, URL: www.blackberry.com | not indicated | 5 Mar 2013 | yes | 6 Mar 2013 |
| 802.11-2012 | Intel Corporation | James A. Kovacs - Deputy Director, Licensing and Patent Acquisitions, Legal & Corporate Affairs, 2200 Mission College Blvd, MS: RNB-4-150, Santa Clara CA 95054-1549, tel: +1-408-765-1170, fax: +1-408-653-9703, email: standards.licensing@intel.com, URL: www.intel.com/standards/licensing.htm | not indicated | 23 May 2013 | yes | 2 Jul 2013 |
| 802.11 | Intel Corporation | Office of General Counsel, Standards Licensing, 2200 Mission College Blvd, Santa Clara CA 95052, tel: +1-408-765-1859, fax: +1-408-765-1125, email: standards.licensing@intel.com, URL: www.intel.com/standards/licensing.htm | not specified | 27 Mar 2015 | yes | 3 Apr 2015 |
| 802.11 | Intel Corporation | Office of General Counsel, Standards Licensing, 2200 Mission College Blvd, Santa Clara CA 95052, tel: +1-408-765-1859, fax: +1-408-765-1125, email: standards.licensing@intel.com, URL: www.intel.com/standards/licensing.htm | not specified | 6 Jul 2015 | yes | 17 Jul 2015 |
| 802.11-2012 | Sony Corporation | Hiroshi Kamitani, IP Alliance & Licensing Department, 1-7-1 Konan Minato-ku, Tokyo, 108-0075 Japan, tel: +81-3-6748-3505, fax: +81-3-6748-3544, email: Hiroshi.Kamitani@jp.sony.com | not indicated | 28 Jan 2014 | yes | 17 Feb 2014 |
| 802.11 | KDDI Corporation | Kazuyasu Yamashita, General Manager, Intellectual Property Department, R&D Strategy Division, Technology Sector, 3-10-10 Iidabashi, Chiyoda-ku, Tokyo, 102-8460 Japan, tel: +81-3-6678-0734, fax: +81-3-6678-0219, email: ka-yamashita@kddi.com URL: www.kddi.com/english | 2013-108475 (JP) | 28 Feb 2014 | yes | 3 Mar 2014 |
| 802.11 | Thomson Licensing | David W. Herring, Jr. - Director Licensing In, Intellectual Property and Licensing, 2 Independence Way, Suite 110, Princeton NJ 08540, tel: +1-609-734-6855, fax: +1-609-734-6885, email: david.herring@technicolor.com | 5,717,471 (US), 1997261 (EP), 5,563,915 (US), 7,899,404 (US), 8,320,305 (US) | 25 Jul 2014 | yes | 10 Oct 2014 |

| Std No. | Patent Owner | Contact for License | Patent Serial No. (if indicated) | Letter Date | Licensing Assurance Received | Date record entered or revised (if known) |
|---|---|---|---|---|---|---|
| 802.11 | Thomson Licensing | David W. Herring, Jr. - Director Licensing In, Intellectual Property and Licensing, 2 Independence Way, Suite 110, Princeton NJ 08540, tel: +1-609-734-6855, fax: +1-609-734-6885, email: david.herring@technicolor.com | 5,717,471 (US), 1997261 (EP), 5,563,915 (US), 7,899,404 (US), 8,320,305 (US) | 11 Aug 2014 | yes | 10 Oct 2014 |
| 802.11 | Thomson Licensing | David W. Herring, Jr. - Director Licensing In, Intellectual Property and Licensing, 2 Independence Way, Suite 110, Princeton NJ 08540, tel: +1-609-734-6855, fax: +1-609-734-6885, email: david.herring@technicolor.com | 5,717,471 (US), 1997261 (EP), 5,563,915 (US), 7,899,404 (US), 8,320,305 (US) | 10 Oct 2014 | yes | 10 Oct 2014 |
| 802.11 | AT&T Intellectual Property, Inc. | Joseph M. Sommer - Vice President, AT&T Intellectual Property, Room 5C217, 1 AT&T Way, Bedminster NJ 07921, tel: +1-908-234-5211, fax: +1-908-234-6547, email: js1893@att.com | not specified | 10 Mar 2015 | yes | 10 Mar 2015 |
| 802.11-2016 | Google LLC | Sarah Guichard - Patents Transactions Lead, Patent Transactions, Legal Department, 1600 Amphitheatre Parkway, Mountain View CA 94043, tel: +1-650-253-0000, email: patent-notices@google.com URL: www.google.com | US7492753, US7165205, CA2564395, CN1934789, CN102647193, EP1747613, EP2405581, ES2400950, IL177439, IN2012KN00029, IN2012KN00028, IN253220, JP4558037, KR100861893, PL1747613, TWI348831, US7143333, BRPI0514179, CN101032082, EP2387157, ES2421942, IN260932, JP4516602, KR100884698, PL2387157, RU2370886, US7236477, AR052021, US7493548 | 11 Mar 2020 | yes | 12 Mar 2020 |
| 802.11-2016 | NEC Corporation | Mr. Shigeki Wada - General Manager, Intellectual Property Management Division, 7-1, Shiba 5-chome, Minato-ku, Tokyo 108-8001, Japan, tel: +81-3-3798-5872, fax: +81-3-3798-6394, email: wada_shigeki@nec.com URL: www.nec.co.jp | not indicated | 28 Jan 2021 | yes | 28 Jan 2021 |
| 802.11-2016 | Panasonic Corporation | Isamu Yoshii, Operational Excellence Company, Intellectual Property Division, 8-21-1 Ginza, Chuo-ku, Tokyo, 104-0061, Japan, tel: +81-70-2917-5914, email: yoshii.isamu@jp.panasonic.com, URL: http://www.panasonic.com | EP3618495 | 17 Mar 2022 | NO | 18 Mar 2022 |
| 802.11-2016 | Panasonic Holdings Corporation | Isamu Yoshii, Panasonic Operational Excellence Co., Ltd., Intellectual Property Center, 8-21-1 Ginza, Chuo-ku, Tokyo, 104-0061, Japan, tel: +81-70-2917-5914, email: yoshii.isamu@jp.panasonic.com, URL: https://holdings.panasonic/ | EP3618495 | 5 Dec 2022 | yes | 5 Dec 2022 |
| 802.11 | InterDigital Holdings, Inc. | Christos Ioannidi - Senior Patent Executive, Patents, 200 Bellevue Parkway, Suite 300, Wilmington DE 19809, tel: +1-302-281-3655, email: christos.ioannidi@interdigital.com, URL: www.interdigital.com | not specified | 8 Dec 2022 | yes | 8 Dec 2022 |
| 802.11 | WILUS Institute of Standards and Technology Inc. | Kyung-rae Cho - Manager, Business Strategy / Licensing, 216, Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, Republic of Korea, tel: +82-31-712-0523, fax: +82-31-712-0524, email: licensing@wilusgroup.com, URL: www.wilusgroup.com | not indicated | 27 Dec 2022 | yes | 27 Dec 2022 |
| 802.11 | SK Telecom Co., Ltd. | Injoon Song - Project Leader, IPR Team, 65, Eulji-ro, Jung-gu, 04539 Seoul, Republic of Korea, tel: +82-2-6100-3458, fax: +82-2-6100-7826, email: ijsong@sk.com, www.sktelecom.com | not indicated | 28 Dec 2022 | yes | 28 Dec 2022 |
| 802.11 | Koninklijke Philips N.V. | K.J. Eleveld - Head of IP Licensing, Intellectual Property and Standards, High Tech Campus 52, 5656 AG Eindhoven, Netherlands, tel: +31-40-27-30500, fax: +31-40-79-80085, email: iplicensing@philips.com, URL: www.ip.philips.com | not indicated | 30 Dec 2022 | yes | 3 Jan 2023 |
| 802.11 | Hubei Xingji Meizu Group Co., Ltd. | Litong Han - Director of Licensing, Intellectual Property Department, No. B1345, Chuanggu Start-Up Area, Taizi Lake Cultural and Digital Creative Industry Park, No. 18 Shenlong Avenue, Wuhan Economic and Technological Development Zone, Wuhan, Hubei 430050 China, tel: +86-027-84851888, email: std@xjmz.com, URL: www.xjmz.com | not indicated | 16 May 2024 | yes | 17 May 2024 |

10 December 2025

| Std No. | Patent Owner | Contact for License | Patent Serial No. (if indicated) | Letter Date | Licensing Assurance Received | Date record entered or revised (if known) |
|---|---|---|---|---|---|---|
| 802.11 | **Sagemcom Broadband SAS** | Gabriel Bouvigne - Intellectual Property Director, Intellectual Property, 4 allee des Messageries, 92270 Bois-Colombes, France, tel: +33-157611000, email: ip.licensing@sagemcom.com | not specified | 12 Aug 2025 | yes | 14 Aug 2025 |
| 802.11 | **Calum Allan Macdonald** | 34 Bernisdale, Portree, Isle of Skye, UK, tel: +44-7887744007, email: calum@highlandwifi.com, URL: www.calumbugattimacdonald.com | not specified | 13 Nov 2025 | yes | 14 Nov 2025 |
| 802.11-1997, 802.11-1999, 802.11-2007, 802.11-2012, 802.11-2016 | **Huawei Technologies Co., Ltd.** | Patent Transactions, Legal Department, | not indicated | 25 Jul 2019 | yes | 25 Jul 2019 |
| 802.11 802.11a 802.11g | **Nokia Corp**, Keilalahoentie 2-4, FIN 02150, Espoo Finland | 1600 Amphitheatre Parkway, | 6,359,904 US 9,909,724 WO | 5 Aug 2004 | yes | 6 Aug 2004 |
| 802.11 [specific mention of 802.11a 802.11b 802.11e 802.11F 802.11g 802.11h 802.11i] | **Telefonaiebolaget L M Ericsson** Telefonvagen 30, SE-12625 Stockholm, Sweden | Mountain View CA 94043, | not indicated | 29 Jan 2003 | yes | 11 Feb 2003 |