# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>HP INC.,<br><br>  Defendant. | Case No. 2:24-cv-00764-JRG-RSP<br>**Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>  Defendants. | Case No. 2:24-cv-00765-JRG-RSP<br>**Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,<br><br>  Defendants. | Case No. 2:24-cv-00766-JRG-RSP<br>**Member Case** |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF DEFENDANTS ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP.'S OPPOSITION TO <u>PLAINTIFF WILUS' MOTION FOR ENTRY OF A PERMANENT INJUNCTION</u>**

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Opposition to Plaintiff Wilus' Motion for Entry of a Permanent Injunction. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2. Attached hereto as **Exhibit 1** is a true and correct copy of Defendants' Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated December 5, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of is a true and correct copy of an excerpt of the deposition of Jin Sam Kwak conducted on December 10, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Letter of Licensing Assurance for Essential Patent Claims, produced with Bates Number WILUS_0030063 to WILUS_0030066.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a Letter of Licensing Assurance for Essential Patent Claims, produced with Bates Number WILUS_00300593 to WILUS_0030062.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Appendix C to the Expert Report of Dr. Nisha Mody.

1

7. Attached hereto as **Exhibit 6** is a true and correct copy of an article titled "Lenovo signs WiFi 6 patent deal with Wilus" dated April 9, 2025, and accessed at https://www.sisvel.com/news/lenovo-signs-wifi-6-patent-deal-with-wilus/ on March 4, 2026.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an article titled "Sisvel Wi-Fi 6 patent pool hits major milestone" dated April 23, 2025, and accessed at https://www.sisvel.com/news/sisvel-wi-fi-6-patent-pool-hits-major-milestone/ on March 4, 2026.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an article titled "The patent licensing market of tomorrow" dated January 13, 2026 and accessed at https://www.sisvel.com/insights/the-licensing-market-of-tomorrow/ on March 4, 2026.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced with Bates Number ASKEY_WILUS_00010994 to ASKEY_WILUS_00010998.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced with Bates Number ASKEY_WILUS_00012065 to ASKEY_WILUS_00012070.

12. Attached hereto as **Exhibit 11** is a true and correct copy of email correspondence from September 17, 2024, to August 8, 2025, and produced with Bates Numbers ASKEY_WILUS_00031882 to ASKEY_WILUS_00031909.

13. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of the Expert Report of Stephen E. Dell, CVA, dated January 23, 2026.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an excerpt of the deposition of Stephen E. Dell conducted on February 23, 2026.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an excerpt of the deposition of David Muus of Sisvel International S.A. conducted on December 17, 2025.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 4th day of March 2026, at Palo Alto, California

By: /s/Jeffrey D. Smyth
Jeffrey D. Smyth
*Attorneys for Defendants*
*Askey Computer Corp. and*
*Askey International Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 4, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth