# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |

**DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.:

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Askey Computer Corp. and Askey International Corp. ("Defendants"; Askey) hereby offer to allow entry of judgment to be entered against Defendants in the above identified actions in the amount of $440,000.00 ("the Offer") in full and complete satisfaction of each and every claim for relief asserted or assertable by Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff") from its patent portfolio. For the avoidance of doubt, the sum of $440,000.00 shall be the total amount to be paid by Defendants, collectively, on account of and in full satisfaction of any liability claimed or claimable by Plaintiff from its patent portfolio, including all costs and fees that may otherwise be recoverable. Acceptance of this Offer will result in the automatic and immediate dismissal with prejudice of any and all of Plaintiff's claims and shall preclude any further relief, recovery, or award on Plaintiff's claims beyond the amount stated in this Offer, whether legal or equitable in nature.

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, acceptance of this Offer is due within fourteen (14) days from the service of this Offer of Judgment, and if the Judgment finally obtained by Plaintiff is not more favorable than the instant Offer, Plaintiff must pay the costs Defendants incurred after this Offer was made. Pursuant to Rule 68, this Offer will be deemed withdrawn after December 19, 2025, i.e., 14 days from the service date, unless Plaintiff serves a written notice of acceptance of the Offer.

This Offer of Judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in these actions, or that Plaintiff is entitled to recover any damages.

1

Dated:  December 5, 2025

Respectfully submitted,

/s/ *Ming-Tao Yang*

Trey Yarbrough
Bar No. 2213350
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  (903) 595-3111
Fax: (903) 595-0191
Email: trey@yw-lawfirm.com

Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW
 GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

*Attorneys for Defendants Askey Computer Corp.
and Askey International Corp.*

2

# CERTIFICATE OF SERVICE

I, Maria Butler, hereby certify that on December 5, 2025, a true and correct copy of the following document(s):

- **DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

was served by e-mail transmission to the person(s) at the address listed below:

| | |
|---|---|
| Marc Fenster<br>  mfenster@raklaw.com<br>Reza Mirzaie<br>  rmirzaie@raklaw.com<br>Dale Chang<br>  dchang@raklaw.com<br>Neil A. Rubin<br>  nrubin@raklaw.com<br>Jacob Buczko<br>  jbuczko@raklaw.com<br>Jonathan Ma<br>  jma@raklaw.com<br>Mackenzie Paladino<br>  mpaladino@raklaw.com<br>  rak_wilus@raklaw.com.<br>**RUSS AUGUST & KABAT**<br>12424 Wilshire Blvd. 12th Floor<br>Los Angeles, CA 90025<br>Telephone: 310-826-7474 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |
| Andrea L. Fair<br>  andrea@millerfairhenry.com<br>**MILLER FAIR HENRY, PLLC**<br>1507 Bill Owens Parkway<br>Longview, TX 75604<br>Telephone:    (903) 757-6400<br>Facsimile:    (903) 757-2323 | ☒ Via Email<br>☐ Via First Class Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Courier<br>☐ Via Facsimile |

*Attorneys for Plaintiff*
*Wilus Institute of Standards and Technology Inc.*

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed at Palo Alto, California, on December 5, 2025.

                                        */s/ Maria Butler*
                                        Maria Butler
                                        Litigation Paralegal II