# Exhibit 6




Home > Newsroom > News > Lenovo signs WiFi 6 patent deal with Wilus

# Lenovo signs WiFi 6 patent deal with Wilus

**CATEGORY**

Wi-Fi

**DATE**

April 09, 2025

**SHARE**




**Luxembourg, 10 April**: Sisvel is pleased to have supported Wilus in the negotiations that led to Lenovo taking a licence to the WiFi 6 standard essential patents created by the Korean R&D powerhouse.

This amicable agreement <u>was announced today</u> and is an important validation of the portfolio, which is available to license either bilaterally or through the Sisvel WiFi 6 patent pool. The latter was established in July 2022 and also features SEPs held by world class innovators including



Privacy - Terms



"We are proud to have assisted Wilus in securing this important deal with Lenovo, who we thank for their constructive and business-focused approach to the negotiation process," says Sisvel's Head of Strategy Nick Dudziak. "We also congratulate Wilus on this major milestone achievement. It is a significant validation of the WiFi 6 portfolio the firm has built."

## About Sisvel

Sisvel is driven by a belief in the importance of collaboration, ingenuity and efficiency to bridge the needs of patent owners and those who wish to access their technologies. In a complex and constantly evolving marketplace, our guiding principle is to create a level playing field with the development and implementation of flexible, accessible, commercialisation solutions.

## About Wilus

Wilus Inc. is a South Korea-based R&D company dedicated to developing next generation standards in the fields of wireless communications and multimedia technology. Since its founding in 2012, Wilus has consistently contributed cutting-edge innovations that enhance wireless connectivity and enable immersive multimedia experiences. Driven by the belief that the best way to predict the future is to invent it, Wilus actively participates in the development of key global standards, including 3GPP, IEEE 802.11, and MPEG.

Sisvel | We Power Innovation

## Media Contact

Giulia Dini
Communications Manager



Sisvel | Lenovo signs WiFi 6 patent deal with Wilus



# Stay informed

Get exclusive SEP news and insight

Subscribe

# Contact us

| Name |
|---|

| Surname |
|---|



Sisvel | Lenovo signs Wi-Fi 6 patent deal with Wilus

I'm interested in

Message

☐ Sisvel respects your right to privacy while using our websites. We take the protection of personal data very seriously and will only collect, process, and use any personal data that you provide in this contact form in accordance with our data Privacy Policy.

Send

Sisvel is a world leader in powering innovation by providing tailored licensing solutions and patent pools for the delivery of cutting-edge technologies

Sisvel | Lenovo signs Wi-Fi 6 patent deal with Wilus



3/4/26

## FOLLOW US

©2026 SISVEL INTERNATIONAL S.A

All rights reserved

Trademark policy      Privacy Policy

