# Exhibit 7

Sisvel Wi-Fi 6 patent pool hits major milestone



Home > Newsroom > News > Sisvel Wi-Fi 6 patent pool hits major milestone

# Sisvel Wi-Fi 6 patent pool hits major milestone

**CATEGORY**

Wi-Fi

**DATE**

April 23, 2025

**SHARE**

 

**Luxembourg, 24 April -** Sisvel has recently signed up the 30th licensee of its Wi-Fi 6 patent pool, following an amicable negotiation process.

The new licensee is the latest business to secure access to the IP available through the programme, which includes patents declared essential to the 802.11ax Wi-Fi 6 standard.

The Sisvel Wi-Fi 6 pool offers a one-stop licence to over 200 patent families recognised by certified independent evaluators as essential to the 802.11ax standard. The participating patent owners are currently Huawei, MediaTek, Mitsubishi Electric Corporation, Orange, Panasonic, Philips, SK Telecom and Wilus. All have played key roles in the development of this ubiquitous and fundamental technology.

The pool was founded in July 2022 and has seen a significant surge in interest over the last 18 months, with 20 new licensees coming on board since the start of Q4 2023.

According to the Licensable Market Penetration metric, which measures the proportion of licensed Wi-Fi 6 products on the market, entities currently


Privacy - Terms

"Securing 30 licensees in less than three years is a clear demonstration of the programme's attractiveness as a business tool for companies implementing Wi-Fi 6 technology," says Giorgia Varvelli, who manages the Sisvel Wi-Fi 6 pool. "The programme unlocks significant value for all stakeholders in the wireless networking ecosystem. We are proud to have developed a solution that meets the needs of every part of this growing market and look forward to welcoming more licensees during the rest of 2025."

**About Sisvel**

Sisvel is driven by a belief in the importance of collaboration, ingenuity and efficiency to bridge the needs of patent owners and those who wish to access their technologies. In a complex and constantly evolving marketplace, our guiding principle is to create a level playing field with the development and implementation of flexible, accessible, commercialisation solutions.

Sisvel | We Power Innovation

**Media Contact**

Giulia Dini
Communications Manager
Tel: +34 93 131 5570
giulia.dini@sisvel.com

# Stay informed

Get exclusive SEP news and insights

Subscribe

**RELATED NEWS**   SEE ALL →



Sisvel Wi-Fi 6 patent pool hits major milestone





WI-FI



WI-FI

| April 09, 2025

**Lenovo signs WiFi 6 patent deal with Wilus**

READ MORE →

| January 03, 2025

**Netgear becomes the latest licensee of the Sisvel Wi-Fi 6 pool**

READ MORE

## Contact us

Name

Surname

Email

I'm interested in



Sisvel respects your right to privacy while using our websites. We take the protection of personal data very seriously and will only collect, process, and use any personal data that you provide in this contact form in accordance with our data Privacy Policy.

Send



Sisvel is a world leader in powering innovation by providing tailored licensing solutions and patent pools for the delivery of cutting-edge technologies

About us     Licensing programmes     About Sisvel Tech     Newsroom

Insights     Careers

## FOLLOW US

©2026 SISVEL INTERNATIONAL S.A

All rights reserved

Trademark policy     Privacy Policy