**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| HP INC., | ) ) ) |
| Defendant. | ) ) ) |

Civil Action No. 2:24-cv-0752-JRG-RSP
**LEAD CASE**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 2:24-cv-00753-JRG-RSP
**Member Case**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) |
| Defendants. | ) ) ) |

Case No. 2:24-cv-00746-JRG-RSP
**Member Case**

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.,

            Plaintiff,

          v.

HP INC.,

            Defendant.

Case No. 2:24-cv-00764-JRG-RSP
**Member Case**

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.,

            Plaintiff,

          v.

SAMSUNG ELECTRONICS CO., LTD. and
SAMSUNG ELECTRONICS AMERICA, INC.,

            Defendants.

Case No. 2:24-cv-00765-JRG-RSP
**Member Case**

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.,

            Plaintiff,

          v.

ASKEY COMPUTER CORP. and ASKEY
INTERNATIONAL CORP.,

            Defendants.

Case No. 2:24-cv-00766-JRG-RSP
**Member Case**

**[PROPOSED] ORDER DENYING WILUS'S
MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

The Court having reviewed Plaintiff Wilus's Motion for Entry of a Permanent Injunction; Defendants Askey Computer Corp. and Askey International Corp.'s (collectively, "Askey") opposition thereto, and after hearing oral argument and good cause appearing therefore, IT IS HEREBY ORDERED THAT: Plaintiff's Motion is **DENIED**.