UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> HP INC., <br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**WILUS' UNOPPOSED MOTION TO EXPEDITE BRIEFING ON WILUS' MOTION TO STRIKE SAMSUNG'S *DAUBERT* AND SUMMARY JUDGMENT MOTIONS FOR VIOLATING THE LOCAL RULES**

Plaintiff, Wilus, respectfully moves to expedite briefing on its concurrently filed Motion to Strike Samsung's *Daubert* and Summary Judgment Motions for Violating the Local Rules (hereinafter, the "Motion to Strike").

Wilus' Motion to Strike concerns prejudicial violations of this Court's local rules in Samsung's recently filed *Daubert* and Summary Judgement motions. Due to these prejudicial violations, Wilus has moved to strike these motions, as discussed in Wilus' Motion to Strike filed herewith. The current deadline to respond to Samsung's defective *Daubert* and Summary Judgment motions is March 16, 2026.

Wilus respectfully seeks expedited briefing on its concurrently filed Motion to Strike Samsung's *Daubert* and Summary Judgment Motions. Samsung opposes the Motion to Strike but has agreed to an expedited briefing schedule. Accordingly, Wilus respectfully requests—and Samsung does not oppose—that the Court enter an Order shortening the briefing schedule as follows:

1. Samsung's opposition to Wilus' Motion to Strike is due on or before March 6, 2026.
2. No further briefing is permitted.

Dated: March 5, 2026

Respectfully submitted,

*/s/ James S. Tsuei*

Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko

CA State Bar No. 269408
Email: jbuczko@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino
NY State Bar No. 6039366
Email:  mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF, Wilus Institute of Standards and Technology Inc.**

## CERTIFICATE OF SERVICE

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on March 5, 2026.

*/s/ James S. Tsuei*
James S. Tsuei

## CERTIFICATE OF CONFERENCE

Counsel for Wilus conferred with counsel for Samsung on March 4, 2026 on this Motion to Expedite Briefing. Defendants do not oppose this motion.

*/s/ James S. Tsuei*
James S. Tsuei