# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> HP INC., <br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br> *Plaintiff,* <br> v. <br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

### ORDER GRANTING PLAINTIFF WILUS' UNOPPOSED MOTION TO EXPEDITE BRIEFING ON WILUS' MOTION TO STRIKE SAMSUNG'S DAUBERT AND SUMMARY JUDGMENT MOTIONS

Before the Court is Plaintiff's Unopposed Motion to Expedite Briefing on Plaintiff's Motion to Strike Samsung's Daubert and Summary Judgment Motions. The Court has considered the Motion and is of the opinion that it should be and hereby is GRANTED.

Accordingly, Samsung's opposition to Wilus' Motion to Strike Samsung's Daubert and Summary Judgment Motions is due on or before March 6, 2026. No further briefing is permitted.