# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>     *Plaintiff,*<br><br> v.<br><br>HP INC.,<br><br>     *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP<br>[Lead Case]<br><br>Case No. 2:24-cv-00764-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>     *Plaintiff,*<br><br> v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>     *Defendants.* | Case No. 2:24-cv-00746-JRG<br>[Member Case]<br><br>Case No. 2:24-cv-00765-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>     *Plaintiff,*<br><br> v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>     *Defendants.* | Case No. 2:24-cv-00766-JRG<br>[Member Case]<br><br>Case No. 2:24-cv-00753-JRG-RSP<br>[Member Case] |

**EXHIBITS B-D, IN SUPPORT OF PLAINTIFF WILUS'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER AND COUNTERCLAIMS IN THE -746 CASE**

Plaintiff Wilus Institute of Standards and Technology Inc. hereby submits the attached exhibits to its Opposition to Defendants' Motion for Leave to Amend their Answer and Counterclaims in the -746 case (Dkt. 283).

Dated: March 5, 2026                    Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

1

2

**ATTORNEYS FOR PLAINTIFF,**
**Wilus Institute of Standards and**
**Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 5, 2026, with a copy of this document via CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie