# Exhibit B

**Exhibit A-03**

**Invalidity of U.S. Pat. No. 10,313,077 in View of IEEE P802.11 802.11-15/0810**

IEEE P802.11 802.11-15/0810 "HE PHY Padding and Packet Extension" ("802.11-15/0810"), published July 2015, qualifies as prior art under at least 35 U.S.C. §§ 102 and/or 103 for the asserted claims of U.S. Pat. No. 10,313,077 ("the '077 patent"), as discussed in detail in the claim chart below, and the pleading cover.

The meaning of the terms in the claims has yet to be resolved by the Court. The support identified in the chart below is responsive to Plaintiff's infringement contentions, which Defendants disagree with. As such, nothing in Defendants' claim charts should be construed as an admission regarding infringement, either literally or under the doctrine of equivalents, or as an admission regarding Defendants' understanding of the proper scope of the asserted claims. Defendants reserve the right to rely on additional citations or sources of evidence that also may be applicable, or that may become applicable in light of claim construction, changes in Wilus' infringement contentions, and/or information obtained during discovery as the case progresses.

To the extent Wilus alleges that 802.11-15/0810 does not disclose any particular limitation of the asserted claims of the '077 patent, either expressly or inherently, it would have been obvious to a person of ordinary skill in the art as of the priority date of the '077 patent to modify 802.11-15/0810 and/or to combine the teachings of 802.11-15/0810 with other prior art references, including but not limited to the prior art references cited in the Cover Pleading and the relevant section(s) of claim charts for other prior art references for the '077 patent in a manner that would have rendered the asserted claims invalid as obvious.

Where Defendants cite a particular figure, such citation should be understood to encompass the caption and description of the figure and any text relating to the figure, in addition to the figure itself. Conversely, where a cited portion of text refers to a figure, the citation should be understood to include the figure as well.

Defendants reserve the right to amend or supplement this claim chart at a later date as more fully set forth in the Cover Pleading, based on, for example and without limitation, subsequent discovery, any amendments to the pleadings, or rulings from the Court.

| '077 Patent Claims | 802.11-15/0810 |
|---|---|
| [1pre] 1. A wireless communication terminal that communicates | To the extent the preamble is a limitation, 802.11-15/0810 discloses a wireless communication terminal that communicates wirelessly. See, e.g., |

**Exhibit A-03**

**Invalidity of U.S. Pat. No. 10,313,077 in View of IEEE P802.11 802.11-15/0810**

| '077 Patent Claims | 802.11-15/0810 |
|---|---|
| | See also Claim 1 at [1pre]-[1e].<br><br>To the extent that this claim limitation is not disclosed, either explicitly or inherently, by 802.11-15/0810, it is obvious in combination with the knowledge of one of skill in the art and/or it would have been obvious to one of skill in the art at the time of the '077 patent to combine this reference with any of the other references in Appendix A as charted for this claim limitation. The motivations to combine and the reasonable expectation of success in making combinations may come from the knowledge of the person of ordinary skill themselves, or from known problems and predictable solutions as embodied in these references, examples of which are discussed in the Cover Pleading. |
| [1g] determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,<br><br>$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$<br><br>where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non- | 802.11-15/0810 discloses that the processor is configured to determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,<br><br>$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$, where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame. See, e.g., |

22

**Exhibit A-03**

**Invalidity of U.S. Pat. No. 10,313,077 in View of IEEE P802.11 802.11-15/0810**

| '077 Patent Claims | 802.11-15/0810 |
|---|---|
| legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame, | July, 2015     doc.: IEEE 802.11-15/0810<br><br>**SIG Field Signaling (1)**<br><br>• HE-SIG Field:<br>  – 2-bits for *a-factor* .<br>  – 1 bit for PE dis-ambiguity .<br>    • For receiver to derive correct $T_{PE}$ and $N_{SYM}$ without ambiguity.<br>• *a-factor* field definition:<br><br>| $a$ | $HE-SIG\ field\ Encoding$ |<br>|---|---|<br>| 1 | 01 |<br>| 2 | 10 |<br>| 3 | 11 |<br>| 4 | 00 |<br><br>Submission     Slide 22     Hongyuan Zhang, Marvell, et. al. |

23

**Exhibit A-03**

**Invalidity of U.S. Pat. No. 10,313,077 in View of IEEE P802.11 802.11-15/0810**

| '077 Patent Claims | 802.11-15/0810 |
|---|---|
|  | July, 2015     doc.: IEEE 802.11-15/0810<br><br>**SIG Field Signaling (2)**<br><br>• Timing Parameters:<br>$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{PE}$$<br>where $T_{HE\_DATA} = T_{HE\_SYM} \times N_{SYM} = (12.8 + T_{GI}) \times N_{SYM}$<br><br>• L-SIG:<br>$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{PE}$$<br>$$L\_LENGTH = \left\lceil \frac{TXTIME - 20}{4} \right\rceil \times 3 - 3 + m,\ m = 1 \text{ or } 2$$<br><br>Submission     Slide 23     Hongyuan Zhang, Marvell, et. al. |

24

**Exhibit A-03**

**Invalidity of U.S. Pat. No. 10,313,077 in View of IEEE P802.11 802.11-15/0810**

| '077 Patent Claims | 802.11-15/0810 |
|---|---|
|  | **July, 2015**                 doc.: IEEE 802.11-15/0810<br><br>## SIG Field Signaling (3)<br><br>- HE-SIG-A: "PE-Disambiguity" Field:<br>  – Tx: if the following is met, set this field to 1; otherwise, set to 0.<br><br>$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{SYM}$$<br><br>- Rx Side Computation:<br><br>$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) / T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$<br><br>$$T_{PE} = \left\lfloor \frac{\left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$<br><br>Submission          Slide 24          Hongyuan Zhang, Marvell, et. al.<br><br>802.11-15/0810 at 22-24. |