# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HP INC.<br><br>　　　　Defendant. | Civil Case No. 2:24-cv-00752-JRG<br>[Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>　　　　Defendants. | Civil Case No. 2:24-cv-00746-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HP INC.<br>　　　　Defendant. | Civil Case No. 2:24-cv-00764-JRG<br>[Member Case] |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>       Defendants. | Civil Case No. 2:24-cv-00765-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>       Defendants. | Civil Case No. 2:24-cv-00766-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>       Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP<br>[Member Case] |

**DEFENDANTS' P.R. 3-3 AND 3-4 INVALIDITY CONTENTIONS**
**AND SUBJECT MATTER ELIGIBILITY CONTENTIONS**

Pursuant to Docket Control Order (Dkt. No. 47) and Local Patent Rule 3-3, Defendants

Samsung Electronics Co., Ltd. and, Samsung Electronics America, Inc., and HP, Inc. (collectively,

1

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

(1) the '077 patent claims priority to Korean Patent Application Nos. 10-2015-0092525 (the "'525 application"), filed on June 29, 2015 and 10-2015-0117434 (the "'434 application"), filed on August 20, 2015, and to PCT/KR2016/006976, filed on June 29, 2016;

(2) the '210 patent claims priority to Korean Patent Application Nos. 10-2017-0003147 (the "'147 application"), filed on January 9, 2017 and 10-2017-0008927 (the "'927 application"), filed on January 18, 2017, and to PCT/KR2018/000443, filed on January 9, 2018;

(3) the '281 patent claims priority to Korean Patent Application Nos. 10-2015-0186871 (the "'871 application"), filed on December 24 , 2015, 10-2016-0004471 (the "'471 application"), filed on  January 13 , 2016,10-2016-0005835 (the "'835 application"), filed on January 18, 2016, 10-2016-0026683 (the "'683 application"), filed on March 4, 2016, 10-2016-0030006 (the "'006 application"), filed on March 13, 2016, 10-2016-0059182 (the "'182 application"), filed on May 14, 2016, 10-2016-0062422 (the "'422 application"), filed on May 20, 2016, 10-2016-0083756 (the "'756 application"), filed on July 1, 2016.

(4) the '595 patent claims priority to Korean Patent Application Nos. 10-2015-0186871 (the "'871 application"), filed on December 24 , 2015, 10-2016-0004471 (the "'471 application"), filed on  January 13 , 2016,10-2016-0005835 (the "'835 application"), filed on January 18, 2016, 10-2016-0026683 (the "'683 application"), filed on March 4, 2016, 10-2016-0030006 (the "'006 application"), filed on March 13, 2016, 10-2016-0059182 (the "'182 application"), filed on May 14, 2016, 10-2016-0062422 (the "'422 application"), filed on May 20, 2016, 10-2016-0083756 (the "'756 application"), filed on July 1, 2016.

(5) the '035 patent issued from U.S. Patent Appl. No. 16/294,884 (the "'883 application") and claims priority to Korean Patent Application Nos. 10-2016-0114822 (the "'822 application"), filed on Sept. 7, 2016, 10-2016-0116877 (the "'877 application"), filed on Sept.10, 2016; 10-2016-

8

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

0116965, filed on Sept.12, 2016, 10-2016-0117898, filed on Sept. 13, 2016,[5] 10-2016-0122488, filed on Sept. 23, 2016, 10-2016-0147189, filed on Nov. 6, 2016, and 10-2017-0022227, filed on Feb. 20, 2017; and to PCT/KR2017/009841, filed on Sept. 2017.

(6) the '879 patent issued from U.S. Patent Appl. No. 17/383,479 ("'479 application") and claims priority to Korean Patent Application Nos. 10-2016-0114822 (the "'822 application"), filed on Sept. 7, 2016, 10-2016-0116877 (the "'877 application"), filed on Sept.10, 2016; 10-2016-0116965, filed on Sept.12, 2016, 10-2016-0117898, filed on Sept. 13, 2016, 10-2016-0122488, filed on Sept. 23, 2016, 10-2016-0147189, filed on Nov. 6, 2016, and 10-2017-0022227, filed on Feb. 20, 2017; and to PCT/KR2017/009841, filed on Sept. 2017.

(7) the '163 patent claims priority to Korean Patent Application No. 10-2016-0026684 (the "'684 application"), filed on March 4, 2016; and

(8) the '597 patent claims priority to the '684 application, filed on March 4, 2016.

For a patent to be entitled to the filing date of an earlier-filed patent application, all the limitations must be adequately supported by the specification of the earlier-filed patent application. Wilus has not met its burden of establishing that the claims of the Asserted Patents are entitled to the priority dates asserted in its infringement contentions. *See In re Magnum Oil Tools Int'l, Ltd.*, 829 F.3d 1364, 1376 (Fed. Cir. 2016) (A "patentee bears the burden of establishing that its claimed invention is entitled to an earlier priority date.").

As to the '077 patent, one or more priority specifications (including the '525 application's specification) fail to provide adequate support to at least the following asserted claim limitations. Thus, the alleged priority application(s) fail to support an earlier priority date for the claims containing those claim limitations, as well as any claims depending therefrom.

---

[5] The face of the '035 patent incorrectly lists the filing date as Sept. 23, 2016.

9

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| '077 Patent Term | Relevant Claim(s) |
|---|---|
| "obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field" / "obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field" | 1, 8 |
| "obtain[\ing] information other than [the] information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" | 1, 8 |
| "determine the number of symbols of data of the non-legacy physical layer frame according to a following equation, $$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$ where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame" | 1 |
| "determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation, $$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$ where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame," | 8 |
| "wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an | 1, 8 |

10

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

| '077 Patent Term | Relevant Claim(s) |
|---|---|
| increment of duration to set a value of the length information based on a duration of a symbol of [the] legacy physical layer frame" | |
| "The wireless communication terminal of claim 1, wherein the processor is configured to obtain a duration of a packet extension which is a padding of the non-legacy physical layer frame, according to a following equation, $$T_{PE} = \left\lfloor \frac{\left(\frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE}\right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$ where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes the value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $T_{HE\_PREAMBLE}$ denotes the duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes the duration of a symbol of the data of the non-legacy physical layer frame." | 2 |
| "obtaining a duration of a packet extension which is a padding of the non-legacy physical layer frame, according to a following equation, $$T_{PE} = \left\lfloor \frac{\left(\frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE}\right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$ where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes the value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $T_{HE\_PREAMBLE}$ denotes the duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes the duration of a symbol of the data of the non-legacy physical layer frame." | 9 |
| "wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame." | 3, 10 |

As to the '210 patent, one or more priority specifications (including the '147 application's specification application's specification) fail to provide adequate support to at least the following

11

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

asserted claim limitations. Thus, the alleged priority application(s) fail to support an earlier priority date for the claims containing those claim limitations, as well as any claims depending therefrom.

| '210 Patent Term | Relevant Claim(s) |
|---|---|
| "wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A" | 1, 6 |
| "wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation" | 1, 6 |
| "wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation." | 3, 8 |

As to the '281 patent, one or more priority specifications (including the '871 application's specification) fail to provide adequate support to at least the following asserted claim limitations. Thus, the alleged priority application(s) fail to support an earlier priority date for the claims containing those claim limitations, as well as any claims depending therefrom.

| '281 Patent Term | Relevant Claim(s) |
|---|---|
| obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet | 1, 8 |
| obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet | 1, 8 |
| decode the received packet based on the bandwidth information and the information of the unassigned resource unit | 1, 8 |
| wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B | 1, 8 |
| wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth | 1, 8 |

12

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Date: February 13, 2025                          Respectfully submitted,

/s/ Ralph A. Phillips

Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130

554

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*


*/s/ Lawrence R. Jarvis*

Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON, P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

555

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

556

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on February 13, 2025, to all counsel of record via e-mail.

/s/ Ralph A. Phillips

557

Case Nos. 2:24-cv-00752-JRG, -00746-JRG, -00764-JRG, -00765-JRG.