# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S REPLY IN SUPPORT OF MOTION FOR EXPEDITED ENTRY OF A PARTIAL FINAL JUDGMENT (ECF NO. 227)**

On February 11, 2026, Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") filed its Motion for Expedited Entry of Partial Final Judgment (the "Motion"). *See* ECF No. 227. Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") filed their Opposition (the "Opposition") on February 26, 2026. *See* ECF No. 244. For the reasons set forth below and in the Motion, Wilus respectfully requests that the Court grant the Motion and enter the proposed judgment attached hereto as Exhibit A.

Askey's Opposition largely concedes the propriety of the requested relief. For example, Askey admits that the parties' December 12, 2025 stipulation is "clear," "binding," and "narrow[s] and limit[s] the remaining disputes to damages/remedies[.]" *Id.* at 1. Yet, without explanation, Askey asserts that "there is no need for early entry of judgment." *Id.* As explained in Wilus' Motion, entry of partial judgment "is appropriate to promote judicial efficiency, clarify the posture of the case, and avoid unnecessary relitigating of resolved issues." ECF No. 227 at 2 (internal citation omitted).

The only concern Askey identifies is its assertion that Wilus's proposed judgment does not "encompass the full scope of the issues that have been resolved by the parties' joint stipulation[.]" ECF No. 244 at 1. To address that concern and facilitate entry of a judgment consistent with the parties' binding stipulation, Wilus attaches a proposed judgment as Exhibit A. The proposed judgment reflects the issues resolved by the stipulation and specifies the claims that will be resolved by entry of the judgment.

For these reasons, and those set forth in the Motion, Wilus respectfully requests that the Court enter the proposed partial judgment attached as Exhibit A on an expedited basis.

Dated: March 6, 2026

Respectfully submitted,

/s/ *Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc**

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 6, 2026, with a copy of this document via the Court's CM/ECF.

                                               */s/ Reza Mirzaie*
                                               Reza Mirzaie