# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |

### **[PROPOSED] PARTIAL JUDGMENT**

Based upon the December 12, 2025 Joint Stipulation between Wilus Institute of Standards and Technology Inc. ("Wilus") and Defendants Askey Computer Corp., and Askey International Corp. (collectively, "Askey") (ECF No. 202), and pursuant to Rule 54(b), it is hereby:

**ORDERED, ADJUDGED, AND DECREED** as follows:

1. Askey makes, uses, sells, offers for sale, and/or imports into the United States products that comply with the IEEE 802.11ax standard, including at least the representative products identified below (the "Accused Products"):

    a) Wi-Fi 6 Dual-band Mesh Router (RT5703W)
    b) Wi-Fi 6 Dual-band Router (RT5010W)
    c) Wi-Fi 6 Dual-band Mesh Extender (AP5690W)
    d) Outdoor 5G NR Router with Wi-Fi 6 (EAO2522P)
    e) Indoor Enterprise AP (EAI2308P)
    f) LTE + Wi-Fi 6 Dual-Band Enterprise Indoor Router (EAI2304P)
    g) Askey RTL0310 5G NR CPE
    h) Askey RTL0350 5G NR Mobile Hotspot
    i) Askey AP5660W WiFi 6 Tri-Band Mesh Extender
    j) Netflix UHD Android TV Box (STI6030)
    k) UHD Android TV Dongle (STI6130)
    l) Wi-Fi 6E Tri-band Mesh Router (RT5035W)
    m) Wi-Fi 6E Tri-band Mesh Extender (AP5692W)
    n) XGSPON Wi-Fi 7 Gateway (RTV7906VW)
    o) Askey Business Wi-Fi Extender (APM7210D)

2. The Accused Products, and any products that are not more than colorably different from the Accused Products, infringe one or more of the following asserted patent claims, which are valid:

    a) Claims 1-3 and 5-6 of U.S. Patent No. 10,305,638;
    b) Claims 1-2 and 6-8 of U.S. Patent No. 10,313,077;
    c) Claims 1-5 of U.S. Patent No. 10,651,992;
    d) Claims 1-4 and 6 of U.S. Patent No. 10,820,233;
    e) Claims 1-4 and 6 of U.S. Patent No. 10,931,396;
    f) Claims 1-5 of U.S. Patent No. 11,128,421; and
    g) Claims 1 and 4-7 of U.S. Patent No. 11,664,926.

3. There has been no finding of willful infringement by Askey.

4. For these reasons, a Partial Judgment of infringement is entered as follows:

    a) Counts 1-4 set forth in Wilus' Complaint filed in Case No. 2:24-cv-00766; and

    b) Counts 1-3 set forth in Wilus' Complaint filed in Case No. 2:24-cv-00753.

The Parties shall take no further action in these cases concerning:

    a) Askey's previously asserted non-infringement or invalidity defenses; or

    b) Wilus' previously asserted allegation of willful infringement.

5.    This Partial Judgment is not a Final Judgment within the meaning of Federal Rule of Civil Procedure 54(b).