# Exhibit 1

| | |
|---|---|
| **From:** | Ralph A. Phillips |
| **Sent:** | Wednesday, March 4, 2026 8:58 AM |
| **To:** | jtsuei@raklaw.com |
| **Cc:** | Rak Wilus; Benjamin Weed; andrea@millerfairhenry.com; nrubin@raklaw.com; rmirzaie@raklaw.com; Michael McKeon; FISH SERVICE Samsung/Wilus; melissa@gillamsmithlaw.com |
| **Subject:** | RE: Wilus v. Samsung, 2:24-cv-00752-JRG - Samsung's manipulation of brief formatting to violate Court rules; meet and confer request |
| **Attachments:** | 2026-03-02 Samsung MTS Brismark_As-Filed.docx |

James,

We did not provide the briefs because we explained how they have been formatted. Samsung has no obligation to share Word versions with Wilus. But to assuage your concerns, see attached for the as-filed Word version of Samsung's Motion to Exclude Under *Daubert* and Strike Certain Expert Testimony of Gustav Brismark, which appears to be the brief excerpted in your email below.

If you can share any orders or authority from this District striking briefs for using "exactly" 24-point spacing, we will consider them.

Regards,

**Ralph A. Phillips** :: Fish & Richardson P.C. :: +1-202-626-6382

---

**From:** James Tsuei <jtsuei@raklaw.com>
**Sent:** Tuesday, March 03, 2026 10:36 PM
**To:** Ralph A. Phillips <RPhillips@fr.com>; FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>; melissa@gillamsmithlaw.com
**Cc:** Rak Wilus <rak_wilus@raklaw.com>; Benjamin Weed <ben@bewlawyer.com>; andrea@millerfairhenry.com; nrubin@raklaw.com; rmirzaie@raklaw.com; Michael McKeon <McKeon@fr.com>
**Subject:** Re: Wilus v. Samsung, 2:24-cv-00752-JRG - Samsung's manipulation of brief formatting to violate Court rules; meet and confer request

Ralph, we can confer tomorrow at 11 a.m. Pacific / 2 p.m. Eastern. I'll include the dial-in at the end of this email.

A couple of notes in advance of our discussion: first, please provide the native Word documents as I requested in my earlier email, or explain why Samsung will not do so. Second, I trust we can agree, between our many years of experience in Federal Court, that it is certainly not the case that the lack of a rejection from the clerk for procedural reasons means the filing satisfies the Court's requirements. Third, briefs filed with 24-point font are stricken in this District as violating the double-spacing rule, just as they are in many other districts.

**Connection**
Join Zoom Meeting
https://zoom.us/j/91091346302?pwd=YhD5PlxDvYEhMbc1vSRpR16m2gWbQE.1

Meeting ID: 910 9134 6302

Passcode: 211838

---

One tap mobile

+16694449171,,91091346302#,,,,*211838# US

+16699006833,,91091346302#,,,,*211838# US (San Jose)

Join instructions

https://zoom.us/meetings/91091346302/invitations?signature=1y-W3V_FZTUxYIni9htZGy8dqZFdlFTG5BjBGsjZghE

--
James S. Tsuei
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
(310) 826-7474
jtsuei@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

---

**From:** Ralph A. Phillips <RPhillips@fr.com>
**Date:** Tuesday, March 3, 2026 at 6:27 PM
**To:** James Tsuei <jtsuei@raklaw.com>, FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>, melissa@gillamsmithlaw.com <melissa@gillamsmithlaw.com>
**Cc:** Rak Wilus <rak_wilus@raklaw.com>, Benjamin Weed <ben@bewlawyer.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>, Neil Rubin <nrubin@raklaw.com>, Reza Mirzaie <rmirzaie@raklaw.com>, mckeon@fr.com <mckeon@fr.com>
**Subject:** RE: Wilus v. Samsung, 2:24-cv-00752-JRG - Samsung's manipulation of brief formatting to violate Court rules; meet and confer request



James,

Samsung has not "manipulated" its "line spacing, character spacing, font size, and/or font selection" in violation of any Local Rule.

CV-10(a)(5) provides that pleadings shall "be double spaced and in a font no smaller than 12-point type."  If a party files a document deficient "as to format and form," such as outlined in CV-10(a)(5), "the clerk shall enter a notice on the docket that identifies the perceived deficiency."  CV-10(d).

Here, the clerk did not issue a notice of deficiency as to any of Samsung's filings last night.  *But see, e.g.,* March 3, 2026 Clerk Docket Entry regarding Dkt. No. 258 (noting that Wilus's filing did not comply with the Local Rules).  And the clerk did not issue a notice of deficiency to Samsung with good reason: Samsung's briefs comply with the Local Rules.  Samsung used double spacing -- specifically 12-point type set to "exactly"