# Exhibit 4

### line spacing

*120–145% of the point size*

*Line spacing* is the vertical distance between lines of text. Most writers use either double-spaced lines or single-spaced lines—nothing in between—because those are the options presented by word processors.

These habits are obsolete TYPEWRITER HABITS. Originally, a typewriter's platen could only move the paper vertically in units of a single line. Therefore, line-spacing choices were limited to one, two, or more lines at a time. Single-spaced typewritten text is dense and hard to read. But double-spacing is still looser than optimal.

*The traditional term for line spacing is* **leading** *(rhymes with* **bedding***), so named because traditional print shops put strips of lead between lines of type to increase vertical space. Sometimes you see this term in typesetting software.*

For most text, the optimal line spacing is between 120% and 145% of the point size. Most word processors, as well as CSS, let you define line spacing as a multiple. Or you can do the math—multiply your point size by the percentage. (The text in this paragraph has line spacing of 110%. It's too tight.)

For most text, the optimal line spacing is between 120% and 145% of the point size. Most word processors, as well as CSS, let you define line spacing as a multiple. Or you can do the math—multiply your point size by the percentage. (The text in this paragraph has line spacing of 135%. It looks fine.)

For most text, the optimal line spacing is between 120% and 145% of the point size. Most word processors, as well as CSS, let you define line spacing as a multiple. Or you can do the math—multiply your point size by the percentage. (The text in this paragraph has line spacing of 170%. It's too loose.)

Word processors have a bewildering number of ways to set line spacing. Don't be thrown off—it all comes back to the same thing.

#### HOW TO SET LINE SPACING

*If you prefer setting line height in inches rather than points, divide the point measurement by 72 (there are 72 points to an inch).*

**WORD**

*Right-click in the text and select ‹Paragraph› from the menu. Go to the menu under ‹Line spacing›. ‹Exactly› is best—enter a fixed measurement. ‹Single›, ‹1.5 lines›, and ‹Double› are equivalent to about 117%, 175%, and 233% line spacing, contrary to what their names suggest. Don't use these—they miss the target zone of 120–145%. ‹Multiple› is also acceptable— enter line spacing as a decimal. To get line spacing in the 120–145% range, use a ‹Multiple› value of 1.03–1.24. (Not 1.20–1.45—as noted above, Word uses peculiar line-spacing math.) Never use ‹At least›, because that gives Word permission to adjust your line spacing unpredictably.*

**PAGES**

*‹View› → ‹Show Toolbar› (or option + ⌘ + t) → ‹Format› button → ‹Style› pane → under ‹Spacing›, there's a popup menu. ‹Exactly› is best—enter a fixed measurement. You can also use the ‹Lines› option, but like Word, it adds extra space—about 17%. Therefore, to get line spacing in the 120–145% range, use a ‹Lines› value of 1.03–1.29. Avoid the other options.*

**CSS**

*Use the* `line-height` *property, preferably without units (here's why).*

#### BY THE WAY

→ Recall that different fonts set at the same point size may not appear the same size on the page. (See POINT SIZE for why.) A side effect is that fonts that run small will need less line spacing, and vice versa.

→ Line spacing affects the length of a document more than point size. If you need to fit a document onto a certain number of pages, try adjusting the line spacing first.