# Exhibit 6

Medium    🔍 Search    ⊞ Get app    ✎ Write    Sign up    Sign in

# Line Spacing, Explained

Or, How I Learned to Stop Worrying and Love Leading

Matt Samberg  (Follow)  5 min read · Sep 15, 2015

👏 223    💬 5    🔖 ⊙ ↥



https://pixabay.com/en/font-lead-set-book-printing-705667/

At some point, everybody has to format a document. And lawyers do this more than most people. And yet, very basic concepts about document formatting are poorly understood, and Microsoft doesn't do anybody any favors by making it easier. In my opinion, the first step in learning how to efficiently create nicer-looking documents is to understand exactly what you're doing. So, for anyone who has ever wondered, here's a short primer on font size and line spacing.

## Point Size

If you type documents in Word for a living, you probably use 12-point Times New Roman. What does that mean? One point is 1/72 of an inch. Thus, a 12-point font is 1/6 of an inch high, as measured from the lowest descender (the tails on letters such as g, j, and y) to the highest ascender (the top parts of letters such as b, d, and h).



Roughly 1/6 in. at 12 pt size

But even this is a bit simplified. In reality, a "12-point" font is what looks good with other "12-point fonts." Here are two letters, in Times New Roman and in Courier New, at the same font size (e.g., 12 pt), with line next to them that is exactly that length (e.g., 1/6 inch).



As you can see, the two fonts are not the same size, and neither one is a full 12-points high. "12-point" Times New Roman really takes up about 11 points of vertical space, and "12-point" Courier New really takes up about 10 point of vertical space. Nonetheless, they are both called "12-point" fonts, and that is important for how Word treats them.

## Leading

Leading (rhymes with "wedding") is the distance from one line of text to the next line; its name reflects the fact that typographers used to alter the line spacing by putting strips of lead between lines. Today, it's found as the "line spacing" option in the "Paragraph" formatting menu of Word:



The most common line spacings used are "Single" spacing and "Double" spacing. But even these are misnomers. Time for a brief (but important!) history lessson.

<history> Back in the old days of typewriters, line spacing was always 6 lines per inch (12 points per line). This was a mechanical feature of the type writer; it could not be changed. Your only real options for line spacing were to type single-spaced with 12 points per line, or to insert a carriage return between line to double-space the text at 24 points per line.

Double-spacing — 24 points per line or 3 lines per inch — became the norm in much writing, in particular legal writing. On a standard letter-sized page, one left a one-inch top margin and a half-inch bottom margin, leaving 9.5 inches of usable space. At 3 lines per inch, this left room for 28 lines per page. Old legal pleadings (and legal pleadings in jurisdictions that require pleading paper) thus have 28 numbered lines per page.

Get Matt Samberg's stories in your inbox

Join Medium for free to get updates from this writer.



But, the simple days are behind us. In Word, Times New Roman actually has about 2 points of extra white space *built in*. So, single spacing for a 12-point font is actually *14 points* per line, and double spacing is *28 points* per line. Combine that with standard word processor margins of one inch (top and bottom), and you're left with 23 lines per page. Even today, there is some confusion in the legal industry about whether "double-spaced" means 28 lines per page or 23 lines per page. </history>

## The Important Part: Multiple vs. Exactly

Enough with the history lesson. The important part about line spacing is knowing how to edit it.

When you go into the Paragraph formatting panel in Word, there are six settings: Single, 1.5 lines, Double, At least, Exactly, and Multiple. Single, 1.5 lines, Double, and Multiple are all straightforward: the line spacing is 14 points, 21 points, 28 points, or 14*x* points per line.

Where possible, *never* use the "Exactly" or "At Least" settings.

03/05/2026
https://medium.com/@mattsamberg/line-spacing-explained-9aecda41f48d

The "Exactly" setting seems like it should be straightforward. If you want 2 points of space between each line of 12-point text, set "Exactly" to 14 points. (I am ignoring the "at least" setting, for now.) Easy enough, right?

Wrong.

This being Microsoft Word, it has to go and complicate things. Here are two text samples. The first is set to "1.5 lines" (which is 21 points per line). The other is set to "Exactly" 21. See if you can spot the difference:



Yes, Microsoft in its infinite wisdom has different algorithms for how it spaces a given number of points per line, depending on whether you select "Exactly" or "Multiple."

In a "multiple" setting (Single, Double, etc.), all of the variation in white space occurs underneath the text:



In the "exactly" setting, Word adds space below *and* above the text, in a 20/80 ratio.

This is annoying for several reasons. The "exactly" setting adds most of the white space above the text, and I find it much easier to format a document effectively when the variations in white space are below the text. Particularly when you are dealing with multiple styles (headers, body text, block quotes, etc.), these features make "exactly" spaced text difficult to work with.

The math involved also means that at any "exactly" setting less than 15, Word is going to "clip" the bottom of the descenders.

This clipping *only* changes how the text appears in Word — i.e. it should print to PDF or paper correctly — but it is annoying nonetheless.

Typography    Documents    Word Processing

223    5

Written by Matt Samberg
181 followers  ·  61 following
Pittsburgh, Pennsylvania

Follow

## Responses (5)

Write a response

What are your thoughts?

**Faisal Nahri**
Mar 29, 2018

In "exactly" spaced lines, you said Word distributes the variable space below and above in 20:80 ratio, but the diagram suggests 10:90. Which one is correct? Thanks.

1    Reply

**Tree Langdon** ✓
Jul 24, 2020

**Is there a way to bring over half-space formatting from Google Docs or Word when you paste your work into the Medium editor?

Reply

**Eirik Kjeverud**
Jan 25, 2019

This is really helpful — I too would like to see Word allow the user to decide whether additional space goes below the line, is distributed between above and below, or goes above the line. But as with all tools, this is the only one most people have... more

Reply

See all responses

## More from Matt Samberg



Matt Samberg

**From Megiddo to Megiddo: A Brief History of the southern Levant**

Since I was a child , I have been fascinated by the history of the region that is today the...

Nov 20, 2023    22

Matt Samberg

**The Heirs of Charlemagne**

(Last updated July 7, 2018. Check back for updates!)

Jun 7, 2018    88    6



Matt Samberg

**Oh, Today We'll Merry, Merry Be**

https://pixabay.com/photos/purim-bakery-products-holiday-jews-3010454/

Feb 22

Matt Samberg

**White Flour and Wheat Flour — A Discussion**

I've been spending a lot of time lately trying to understand the chemistry of baking. Here's...

Jan 21, 2016    34    2

See all from Matt Samberg

