# Exhibit 7

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

## LOCAL RULES

Revised September 25, 2024

www.tnwd.uscourts.gov

## LR 5.2
### NON-ELECTRONIC FILING AND SERVICE FOR *PRO SE* PARTIES

(a) <u>Filing</u>.  If a party is exempt from Electronic Case Filing (ECF) by virtue of the Court's ECF Manual (APPENDIX A) or by Order of the Court, the original of all pleadings and papers (including memoranda of law) to be filed, other than proposed orders, shall be filed with the Clerk.  The original of a proposed order shall be delivered to the Clerk for transmission to the appropriate judge.

## LR 6.1
### TIME

(a) <u>Computation of Time</u>.  Fed. R. Civ. P. 6 shall apply in computing any period of time prescribed or allowed by these Local Rules.

## LR 7.1
### GENERAL FORMAT OF PAPERS PRESENTED FOR FILING

(a) All pleadings, motions, and other papers presented for filing shall be on 8-1/2 by 11 inch white paper, typewritten, with one-inch margins on all sides, and shall contain the name, address, telephone number, email address, if any, and the Board of Professional Responsibility number (or similar number, if any, from the attorney's state of licensure) of the attorney filing the document.  To the extent a *pro se* party does not have access to 8-1/2 by 11 paper and/or typewriting capabilities, such party is required to make every effort to comply with this rule as closely as possible.  Any handwritten documents must be in a form that is legible to the Clerk, the Court, and opposing counsel.

(b) Lines must be double-spaced, except that quotations may be indented and single-spaced and headings and footnotes may be single-spaced.  Font size (for footnotes as well as the body of the document) shall be no smaller than 12 point type.

(c) If demand for jury trial under Fed. R. Civ. P. 38(b) and (c) of the Federal Rules of Civil Procedure is made in the complaint or answer, such demand shall be contained in the last paragraph thereof.  The phrase "JURY DEMAND" shall appear immediately opposite the style of the case on the first page of the pleading and all subsequent filings.

(d) Page limitations imposed by these Local Rules do not include captions, signature lines, and certificates of service and/or consultation.