# Exhibit 8

# Local Rules of the United States District Court

# EASTERN DISTRICT OF CALIFORNIA



**Effective January 1, 2025**

## RULE 130 (Fed. R. Civ. P. 7)

## GENERAL FORMAT OF DOCUMENTS

**(a)** **Electronically-Filed Documents.** Documents electronically filed shall be created and formatted to comply, in appearance and presentation both in an electronic format and when printed, with the requirements for conventionally-filed paper documents.

**(b)** **Conventionally-Filed Documents and Courtesy Copies.** All documents presented for conventional filing or lodging and the chambers courtesy copies shall be on white, unglazed opaque paper of good quality with numbered lines in the left margin, 8-1/2" x 11" in size, and shall be flat, unfolded (except where necessary for presentation of exhibits), firmly bound at the top left corner, pre-punched with two (2) holes (approximately 1/4" diameter) centered 2-3/4" apart, 1/2" to 5/8" from the top edge of the document, and shall comply with all other applicable provisions of these Rules.  Matters contained thereon shall be presented by typewriting, printing, photographic or offset reproduction, or other clearly legible process, without erasures or interlining that materially defaces the document, and shall appear on one side of each sheet only.

**(c)** **Spacing.** Documents shall be double-spaced except for the identification of counsel, title of the action, category headings, footnotes, quotations, exhibits and descriptions of real property.  Quotations of more than fifty (50) words shall be indented.

**(d)** **Numbering.** Each page shall be numbered consecutively at the bottom and shall provide a brief description of the document on the same line.