# Exhibit 9

# UNITED STATES DISTRICT COURT
## Northern District of California
### CIVIL LOCAL RULES

# CONTENTS

1. TITLE; SCOPE; DEFINITIONS ............................................................................................. 1
    - 1-1. Title ............................................................................................................................. 1
    - 1-2. Scope, Purpose and Construction ............................................................................. 1
        - (a) Scope ............................................................................................................ 1
        - (b) Supplement to Federal Rules ...................................................................... 1
        - (c) Temporary Suspension of Local Rules ....................................................... 1
    - 1-3. Effective Date ............................................................................................................ 1
    - 1-4. Sanctions and Penalties for Noncompliance ............................................................ 1
    - 1-5. Definitions ................................................................................................................. 1
        - (a) Clerk ............................................................................................................. 1
        - (b) Court ............................................................................................................. 1
        - (c) Day ............................................................................................................... 1
        - (d) Ex parte ........................................................................................................ 1
        - (e) File ................................................................................................................ 2
        - (f) Fed. R. Civ. P .............................................................................................. 2
        - (g) Fed. R. Crim. P ........................................................................................... 2
        - (h) Fed. R. App. P ............................................................................................. 2
        - (i) Federal Rule ................................................................................................ 2
        - (j) General Orders ............................................................................................ 2
        - (k) General Duty Judge .................................................................................... 2
        - (l) Judge ............................................................................................................ 2
        - (m) Lodge ........................................................................................................... 2
        - (n) Meet and confer .......................................................................................... 2
        - (o) Standing Orders of Individual Judges ....................................................... 2
        - (p) Unavailability ............................................................................................. 2
3. COMMENCEMENT AND ASSIGNMENT OF ACTION ................................................. 3
    - 3-1. Regular Session ......................................................................................................... 3
    - 3-2. Commencement and Assignment of Action ............................................................ 3
        - (a) Civil Cover Sheet Required by Litigants Unrepresented by Counsel ("pro se") ............ 3
        - (b) Commencement of Action .......................................................................... 3
        - (c) Assignment to a Division ........................................................................... 3
        - (d) San Francisco and Oakland ........................................................................ 3
        - (e) San Jose ....................................................................................................... 3
        - (f) Eureka .......................................................................................................... 3
        - (g) Assignment of Action to the Eureka Division .......................................... 3
        - (h) Transfer of Actions and Proceedings ........................................................ 3
    - 3-3. Assignment of Action to a Judge ............................................................................. 4
        - (a) Assignment .................................................................................................. 4
        - (b) Multiple Filings ........................................................................................... 4
        - (c) Refiled Action ............................................................................................. 4

**3-3.   Assignment of Action to a Judge**

(a) **Assignment**. Immediately upon the filing of any civil action and its assignment to a division of the Court pursuant to Civil L.R. 3-2, the Clerk shall assign it to a Judge pursuant to the Assignment Plan of the Court (General Order No. 44). The Clerk may not make or change any assignment, except as provided in these local rules or in the Assignment Plan .

(b) **Multiple Filings**. Any single action filed in more than one division of this Court shall be transferred pursuant to Civil L.R. 3-2(h).

(c) **Refiled Action**. If any civil action or claim of a civil action is dismissed and subsequently refiled, the refiling party must file a Motion to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12. Upon a determination by a Judge that an action or claim pending before him or her is covered by this Local Rule, that Judge may transfer the refiled action to the Judge originally assigned to the action which had been dismissed. Any party who files an action in multiple divisions or dismisses an action and subsequently refiles it for the purpose of obtaining an assignment in contravention of Civil L.R. 3-3(b) shall be subject to appropriate sanctions.

**3-4.   Papers Presented for Filing**

(a) **First Page Requirements**. The first page of each paper presented for filing must set forth:

(1) The name, address, telephone number, email address, and state bar number of counsel (or, if pro se, the name, address, telephone number, and email address of the party) presenting the paper for filing. This information must appear in the upper left hand corner and must indicate the party represented by name as well as that party's status in the litigation (i.e., plaintiff, defendant, etc.). In multiparty actions or proceedings, reference may be made to the signature page for the complete list of parties represented;

**Cross Reference**
See Civil L.R. 3-9 "*Parties*"; Civil L. R. 3-11 *"Failure to Notify of Address Change;"*
and Civil L.R. 11-3(e) "*Appearances and Service on Local Co-Counsel*.

(2) If not proceeding pro se and if proceeding *pro hac vice* in conformity with Civil L.R. 11-3, following the information required in Civil L.R. 3-4(a)(1), the name, address, telephone and state bar number of the member of the bar of the Court who maintains an office within the State of California; and

(3) Commencing on the eighth line of the page (except where additional space is required for counsel identification) there must appear:

(A) The title of this Court, including the appropriate division or location;

(B) The title of the action;

(C) The case number of the action followed by the initials of the assigned District Judge or Magistrate Judge and, if applicable, the initials of the Magistrate Judge to whom the action is referred for discovery or other pretrial activity;

(D) A title describing the paper; and

(E) Any other matter required by Civil L.R. 3.

- **(4)** Any complaint or Notice of Removal of Action seeking review of federal agency determinations in immigration cases, Privacy Act cases, or Administrative Procedure Act cases must include, under the title of the document, whichever of the following is applicable: "Immigration Case," "Privacy Act Case," or "Administrative Procedure Act Case."

- **(5)** **Presentation of Class Action**. If any complaint, counterclaim or cross-claim is sought to be maintained as a class action, it must bear the legend "Class Action" on its first page below the title describing the paper as a complaint, counterclaim or cross-claim.

**(b)** **Caption for Consolidated Cases**. When filing papers in cases consolidated pursuant to Fed. R. Civ. P. 42, the caption of each paper must denote the lead case number above all consolidated case numbers. Duplicate originals, however, are not required for associated cases.

**(c)** **General Requirements**

- **(1)** **Paper**. Papers presented for manual filing must be on 8½ inch by 11 inch white paper with numbered lines, and must be flat, unfolded (unless necessary for the presentation of exhibits), without back or cover, and firmly bound.

- **(2)** **Written Text**. Text must appear on one side only and must be double-spaced with no more than 28 lines per page, except for the identification of counsel, title of the case, footnotes, and quotations. Unless a Judge's standing order or other instruction from the court requires otherwise, text, including footnotes and quotations, must be:

    - **(A)** in a standard, proportionally spaced font (e.g., Times New Roman or Century Schoolbook);
    - **(B)** in 12 point type or larger; and
    - **(C)** spaced no more than 10 characters per horizontal inch.

- **(3)** **Identification of Paper**. Except for exhibits, each paper filed with the Court must bear a footer on the lower margin of each page stating the title of the paper (e.g., "Complaint," "Defendant's Motion for Summary Judgment," etc.) or some clear and concise abbreviation. Once the Court assigns a case number to the action, that case number must be included in the footer.

**Commentary**

When a case is first filed, the footer on each page of the complaint need only bear the title of the paper (e.g., "Complaint"), but after assignment of a case number on filing, that number must be included in footers on any subsequently prepared papers (e.g., "Defendant's Motion for Summary Judgment – 21-cv-12345-ABC.")

**(d)** **Citation to Authorities**. Unless otherwise directed by the assigned Judge, citation to authorities in any paper must include:

- **(1)** In any citation to an Act of Congress, a parallel citation to the United States Code by title, section and date;

- **(2)** In any citation to U.S. regulations, a citation to the Code of Federal Regulations by title and section, and the date of promulgation of the regulation;

- **(3)** In any citation to a U.S. Supreme Court Case, a citation to United States Reports, Lawyers' Edition, or Supreme Court Reporter. If the case is not yet available in