# Exhibit 24

☰  WILUS

# ACER TAKES LICENSE TO WILUS PATENTS THROUGH SISVEL WI-FI 6 POOL

*Wed, 28 Aug 2024*  /  admin  /  📁

We are pleased to share that Acer has secured a license to WILUS' foundational portfolio of Wi-Fi 6 standard essential patents through a recent agreement with the Sisvel Wi-Fi 6 patent pool. The addition of Acer as a licensee represents a significant step forward for the Sisvel Wi-Fi 6 licensing program, in which WILUS is a founding patent owner.

This development brings an end to relevant litigation that had been pending between WILUS and Acer and underscores WILUS' commitment to amicable resolutions, with legal action as a last resort.

Related Links:
- Acer and Sisvel strike Wi-Fi 6 pool licence deal
- Acer deal is an important landmark for Sisvel's Wi-Fi 6 pool

Posted on Aug 28, 2024

## RECENT POST

WILUS NAMED AMONG THE ASIA IP ELITE 2024

ACER TAKES LICENSE TO WILUS PATENTS THROUGH SISVEL WI-FI 6 POOL

WILUS VIDEO EXPERT PRESENTS KEY VIDEO CODING TECHNOLOGIES AT WEBINAR HELD BY MPEG NEW MEDIA FORUM AND KIBME

WILUS WI-FI EXPERT PRESENTS ON WI-FI 8 STANDARDIZATION TRENDS AT KICS SUMMER CONFERENCE 2024

WILUS RECOGNIZED AS ONE OF ASIA'S IP ELITE



**STANDARDS**

5G LTE/NR Telecommunication
Next Generation Wireless LAN
Immersive Multimedia Codec

**SOLUTIONS**

Multi-AP Solutions
Wi-Fi Sensing Solutions

**COMPANY**

About WILUS
Careers
Contact Us

SAMSUNG_WILUS_00067192