# Exhibit 25







3 Year Protection Upgrade for Laptops (Accidental Damage Protection)
~~$189.99~~
**$170.99**
+ Add

Features | Features | **Specifications** | Reviews

### Operating System
| | |
|---|---|
| Operating System | Windows 11 Home in S Mode |

### Processor and Chipset
| | |
|---|---|
| Processor Manufacturer | Intel® |
| Processor Model | N100 |
| Processor Speed (turbo) | 3.40 GHz |
| Processor Core | Quad-core (4 Core™) |

### Memory
| | |
|---|---|
| Standard Memory | 4 GB |
| Memory Technology | LPDDR5 |

### Storage
| | |
|---|---|
| Flash Memory Capacity | 128 GB |

### Display and Graphics
| | |
|---|---|
| Display Screen Type | LCD |
| Screen Mode | Full HD |
| Screen Resolution | 1920 x 1080 |
| Graphics Controller Manufacturer | Intel® |
| Graphics Controller Model | UHD Graphics |
| Graphics Memory Accessibility | Shared |

### Audio
| | |
|---|---|
| Speakers | Yes |
| Number of Speakers | 2 |

### Network and Communication
| | |
|---|---|
| Wireless LAN | Yes |
| Wireless LAN Standard | IEEE 802.11 a/b/g/n/ac/ax |
| Ethernet Technology | Gigabit Ethernet |
| Bluetooth | Yes |
| Bluetooth Standard | Bluetooth 5.1 or above |

### Built-in Devices
| | |
|---|---|
| Webcam | Yes |
| Webcam Resolution (front) | 1280 x 720 |
| Microphone | Yes |

https://store.acer.com/en-us/aspire-go-15-laptop-ag15-31p-c1kn

SAMSUNG_WILUS_00067194





https://store.acer.com/en-us/aspire-go-15-laptop-ag15-31p-c1kn

SAMSUNG_WILUS_00067195