# Exhibit 1

Paul Nikolich — February 19, 2026

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION
        _____
 3                              )
                                )
    WILUS INSTITUTE OF          )
 4  STANDARDS AND               )
    TECHNOLOGY INC.,            )
 5                              )
             Plaintiff,         )  Case No.
 6                              )  2:24-cv-00746-JRG
         vs.                    )
 7                              )
    SAMSUNG ELECTRONICS         )
 8  CO., LTD., SAMSUNG          )
    ELECTRONICS AMERICA,        )
 9  INC.,                       )
                                )
10           Defendants.        )
        _____)
11

12

13

14

15

16          The virtual video-recorded deposition of

17  PAUL NIKOLICH, called by the Defendants for

18  examination, pursuant to stipulation, and pursuant

19  to the Rules of Civil Procedure for the United

20  States District Courts, taken stenographically by

21  Sandra L. Rocca, CSR, RMR, RDR, CRR, via Zoom, on

22  the 19th of February, 2026, at the hour of

23  10:02 a.m.

24

25  Certification No. 084-003435, 1245
```

Paul Nikolich - February 19, 2026

Page 2

```
1        APPEARANCES: (All parties appeared remotely)

2

3              RUSS AUGUST & KABAT LAW
               By: MACKENZIE R. PALADINO
4              12424 Wilshire Blvd, 12th Floor
               Los Angeles CA 90025
5              310.826.7474
               mpaladino@raklaw.com
6
                     appeared on behalf of the
7              Plaintiff;

8

9              FISH & RICHARDSON
               By: LAWRENCE R. JARVIS
10             1180 Peachtree Street NE, 21st Floor
               Atlanta GA 30309
11             404.879.7238
               jarvis@fr.com
12
                     -and-
13
               FISH & RICHARDSON
14             By: DAMIEN THOMAS
               1000 Maine Avenue SW, Suite 1000
15             Washington D.C. 20024
               202.626.7715
16             dthomas@fr.com

17                   appeared on behalf of
               the Samsung Defendants.
18

19

20       Also Present:

21
               Gus Phillips, Videographer
22

23

24

25
```

Paul Nikolich - February 19, 2026

Page 86

| | | |
|---|---|---|
| 12:58:02 | 1 | objectives of the other and trying to come to a |
| 12:58:07 | 2 | middle ground. |
| 12:58:08 | 3 | Q So if both parties -- go ahead.  Sorry. |
| 12:58:15 | 4 | A Both parties are communicating, right. |
| 12:58:17 | 5 | Q Sorry.  So if both parties are |
| 12:58:19 | 6 | communicating, you consider that good faith |
| 12:58:21 | 7 | negotiation? |
| 12:58:26 | 8 | A Communicating and converging on a middle |
| 12:58:30 | 9 | ground solution. |
| 12:58:39 | 10 | Q Do you consider yourself an expert in |
| 12:58:42 | 11 | licensing negotiations for Standard Essential |
| 12:58:45 | 12 | Patents? |
| 12:58:45 | 13 | A No. |
| 12:58:47 | 14 | Q Do you consider yourself an expert in FRAND |
| 12:58:51 | 15 | or RAND? |
| 12:58:52 | 16 | A Yes. |
| 12:58:53 | 17 | Q Do you consider yourself to be an expert in |
| 12:59:02 | 18 | assessing good faith negotiations? |
| 12:59:11 | 19 | A Yes. |
| 12:59:11 | 20 | Q In your -- okay, let me ask you this.  Why |
| 12:59:21 | 21 | do you consider yourself to be an expert in |
| 12:59:23 | 22 | assessing good faith negotiations? |
| 12:59:25 | 23 | A Because to me, it's a fairly common sense |
| 12:59:34 | 24 | way to enter into agreements. |
| 12:59:43 | 25 | Q Do you believe that if negotiations take |

Paul Nikolich - February 19, 2026

Page 114

```
1                    C E R T I F I C A T E

2

3          I, Sandra L. Rocca, CSR, RMR, RDR, CRR, a

4    Certified Court Reporter within and for the States

5    of Illinois and Florida, do hereby certify:

6          That PAUL NIKOLICH, the witness whose

7    deposition is hereinbefore set forth, was duly sworn

8    by me and that such deposition is a true record of

9    the testimony given by such witness.

10         I further certify that I am not related to

11   any of the parties to this action by blood or

12   marriage; and that I am in no way interested in the

13   outcome of this matter.

14         IN WITNESS WHEREOF, I have hereunto set my

15   hand this 20th of February, 2026.

16

17

18

19

20         Sandra L. Rocca, CSR, RMR, RDR, CRR

21

22

23   IL License 084-003435

24   Florida 1245

25   Illinois, D.C. and Florida Notary
```