# Exhibit 2

███████████████████████

**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

### **OPENING REPORT OF DR. HARRY BIMS (CORRECTED)**

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Date: January 28, 2026

_Harry Bims_
Harry Bims Ph.D.

2

TABLE OF CONTENTS

Page

I.   INTRODUCTION ...................................................................................................14

II.  SUMMARY OF OPINIONS .................................................................................16

     A.   Summary of Opinions on the '077 Patent............................................. 16

     B.   Summary of Opinions on the '281 Patent............................................. 17

     C.   Summary of Opinions on the '595 Patent............................................. 18

     D.   Summary of Opinions on the '210 Patent............................................. 19

III. QUALIFICATIONS...............................................................................................20

IV.  LEGAL STANDARDS .........................................................................................24

     A.   Person Of Ordinary Skill In The Art................................................... 24

     B.   Priority Date........................................................................................ 24

     C.   Effective Filing Date........................................................................... 25

     D.   Prior Art............................................................................................. 26

     E.   Anticipation........................................................................................ 28

     F.   Obviousness ....................................................................................... 28

     G.   Patent Eligible Subject Matter (Subject Matter Eligibility)................. 32

     H.   Written Description Requirement ........................................................ 33

     I.   Enablement Requirement .................................................................... 35

     J.   Improper Inventorship ........................................................................ 36

     K.   Inter Partes Review ............................................................................ 37

     L.   Inequitable Conduct ........................................................................... 37

     M.   Derivation .......................................................................................... 38

     N.   Non-Infringing Alternatives................................................................ 39

V.   LEVEL OF ORDINARY SKILL IN THE ART....................................................39

VI.   TECHNOLOGY BACKGROUND ...............................................40

    A.    Development of IEEE 802.11 .................................................. 40

    B.    IEEE 802.11 Concepts ........................................................... 42

    C.    Multicarrier Technology ......................................................... 43

    D.    Multiple Access Technology ................................................... 46

    E.    Multi-Antenna Transmission .................................................. 47

    F.    Development of IEEE 802.11a ................................................ 49

    G.    Development of IEEE 802.11n ................................................ 50

    H.    Development of IEEE 802.11ac ............................................... 51

    I.    Development of IEEE 802.11ax .............................................. 53

        1.    July 2015 ...................................................................... 54

        2.    December 2015 ............................................................. 54

        3.    December 2016 ............................................................. 55

VII. STATE OF THE ART ...............................................................56

    A.    Conventional, Well-Known Elements of the '077 Patent ..................................... 57

        1.    Wireless Device Components Including Processor and Transceiver........ 57

        2.    Receiving a Non-Legacy Physical Layer Frame, Obtaining a L-SIG, and Obtaining Length Information From a L_SIG.......................... 59

        3.    Determining the Format of a Physical Layer Frame................................ 59

        4.    Determining the Number of Data Symbols in a Frame ........................... 63

    B.    Conventional, Well-Known Elements of the '281 & '595 Patents ...................... 64

        1.    Wireless Device Components Including Processor and Communication Unit.................................................................... 64

        2.    Receiving Bandwidth Field of HE-SIG-A and RU Allocation Field HE-SIG-B, and Decoding Packet Based on This Information.................. 65

        3.    Providing Puncturing Information Via Bandwidth Field of HE-SIG-A .................................................................................... 65

4.    Providing Additional Puncturing Information Via RU Allocation Field of HE-SIG-B ........................................................... 66

5.    Signaling Center-26 RU Allocation for 80MHZ and 160MHz Bandwidth ................................................................... 66

C.    Conventional, Well-Known Elements of the '210 Patent ..................... 67

1.    Wireless Device Components Including Processor and Communication Unit ........................................................... 67

2.    High Efficiency Signaling Fields ........................................... 67

VIII. OVERVIEW OF THE ASSERTED PATENTS ............................................ 69

A.    The '077 Patent ............................................................. 69

1.    Overview ................................................................. 69

2.    File History ............................................................. 75

3.    IPR Status ............................................................... 75

4.    Asserted Claims .......................................................... 75

5.    Priority Dates of the Asserted Claims .................................... 78

B.    Overview of the '281 Patent ................................................ 86

1.    Overview ................................................................. 86

2.    File History ............................................................. 87

3.    IPR Status ............................................................... 89

4.    Asserted Claims .......................................................... 89

5.    Priority Dates of the Asserted Claims .................................... 91

C.    Overview of the '595 Patent ................................................ 91

1.    Overview ................................................................. 91

2.    File History ............................................................. 93

3.    IPR Status ............................................................... 95

4.    Asserted Claims .......................................................... 95

| | | 5. | Priority Dates of the Asserted Claims | 97 |

| | D. | | Overview of the '210 Patent | 97 |
| | | 1. | Overview | 97 |
| | | 2. | File History | 102 |
| | | 3. | IPR Status | 103 |
| | | 4. | Asserted Claims | 103 |
| | | 5. | Priority Dates of the Asserted Claims | 105 |

| IX. | | | CLAIM CONSTRUCTION OF THE ASSERTED PATENTS | 110 |

| X. | | | OVERVIEW OF PRIOR ART | 110 |
| | A. | | Samsung Galaxy Tab S | 110 |
| | | 1. | Prior Art Status | 110 |
| | | 2. | Overview of the Samsung Galaxy Tab S | 111 |
| | B. | | IEEE 802.11-2012 | 114 |
| | | 1. | Prior Art Status | 114 |
| | | 2. | Overview | 114 |
| | C. | | IEEE 802.11ac | 119 |
| | | 1. | Prior Art Status | 119 |
| | | 2. | Overview | 119 |
| | D. | | IEEE P802.11ax/D0.5 | 121 |
| | | 1. | Prior Art Status | 121 |
| | | 2. | Overview | 122 |
| | E. | | Zhang et al., "HE PHY Padding and Packet Extension," July 2015, ("Zhang 810") | 128 |
| | | 1. | Prior Art Status | 128 |
| | | 2. | Overview | 129 |
| | | 3. | Zhang's Supplemental Disclosure | 132 |

F.     U.S. Patent 9,001,929 ("Lee 929") ................................................................. 137

     1.    Prior Art Status................................................................. 137

     2.    Overview................................................................. 137

G.     U.S. Patent Pub. 2017/0366310 ("Verma 310") ................................................. 140

     1.    Prior Art Status................................................................. 140

     2.    Overview................................................................. 140

H.     U.S. Patent Pub. 2018/0102929 ("Lin 929") ................................................. 141

     1.    Prior Art Status................................................................. 141

     2.    Overview................................................................. 141

I.     U.S. Patent Pub. 2017/0181129A1 ("Bharadwaj 129")................................... 143

     1.    Prior Art Status................................................................. 143

     2.    Overview................................................................. 143

J.     U.S. Patent Pub. 2016/0330058A1 ("Chen")....................................................... 146

     1.    Prior Art Status................................................................. 146

     2.    Overview................................................................. 146

K.     U.S. Patent Pub. 2016/0330300A1 ("Josiam")....................................................... 147

     1.    Prior Art Status................................................................. 147

     2.    Overview................................................................. 147

L.     U.S. Patent Pub. 2017/0094664A1 ("Lee 664")....................................................... 150

     1.    Prior Art Status................................................................. 150

     2.    Overview................................................................. 150

M.     U.S. Patent Pub. 2017/0064718A1 ("Bharadwaj 718")................................... 151

     1.    Prior Art Status................................................................. 151

     2.    Overview................................................................. 151

N.     U.S. Patent Pub. US 2018/0176066 ("Lim 066") ................................................. 152

        1.    Prior Art Status............................................................................ 152

        2.    Overview........................................................................................ 152

    O.    U.S. Patent Pub. 2016/0353322A1 ("Li") .......................................... 153

        1.    Prior Art Status............................................................................ 153

        2.    Overview........................................................................................ 153

XI.    ANALYSIS OF THE '077 PATENT ..............................................................154

    A.    Opinions for the '077 Patent Based on Prior art .................................. 154

        1.    Samsung Galaxy Tab S in Combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac .............................. 154

        2.    Samsung Galaxy Tab S in Combination with Lin 929.......................... 192

    B.    The Asserted Claims of the '077 Patent Lack Written Description and Enablement Support........................................................................ 227

    C.    The Asserted Claims of the '077 Patent Do Not Recite Patent Eligible Subject Matter............................................................................ 232

        1.    The Asserted Claims of the '077 Patent are Directed to an Abstract Idea........................................................................................ 232

        2.    The Asserted Claims of the '077 Patent Do Not Recite an Inventive Concept ................................................................................ 234

XII.    ANALYSIS OF THE '281 PATENT ..............................................................245

    A.    Opinions for the '281 Patent Based on Prior art .................................. 245

        1.    Samsung Galaxy Tab S in Combination with Josiam............................ 245

        2.    Samsung Galaxy Tab S in Combination with Li.................................. 262

        3.    Bharadwaj 129 alone or in Combination with Chen.............................. 284

    B.    Asserted Claims of the '281 Patent Lack Written Description Support ............ 301

        1.    "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth" ................................. 301

C.     The Asserted Claims of the '281 Patent Do Not Recite Patent Eligible Subject Matter ................................................................................ 303

    1.     The Asserted Claims of the '281 Patent are Directed to an Abstract Idea ................................................................................ 304

    2.     The Asserted Claims of the '281 Patent Do Not Recite an Inventive Concept ................................................................................ 305

XIII. ANALYSIS OF THE '595 PATENT ...........................................................315

    A.     Opinions for the '595 Patent Based on Prior art ................................ 316

        1.     Samsung Galaxy Tab S in Combination with 802.11ac and Lee 664 ..... 316

        2.     Samsung Galaxy Tab S in Combination with Bharadwaj 718 and Lee 664 ................................................................................ 333

        3.     Samsung Galaxy Tab S in Combination with Li and Lee 664 ............... 346

        4.     Josiam ................................................................................ 363

    B.     Asserted Claims of the '595 Patent Lack Written Description Support ............. 383

        1.     "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz" ................................................................................ 383

    C.     The Asserted Claims of the '595 Patent Do Not Recite Patent Eligible Subject Matter ................................................................................ 384

        1.     The Asserted Claims of the '595 Patent are Directed to an Abstract Idea ................................................................................ 384

        2.     The Asserted Claims of the '595 Patent Do Not Recite an Inventive Concept ................................................................................ 386

XIV. ANALYSIS OF THE '210 PATENT ..........................................................398

    A.     Opinions for the '210 Patent Based on Prior art ................................ 398

        1.     Samsung Galaxy Tab S in Combination with Verma 310 ...................... 398

        2.     Samsung Galaxy Tab S in Combination with Lim 066 and IEEE P802.11ax/D0.5 ................................................................................ 428

B.     Asserted Claims of the '210 Patent Lack Written Description and Enablement Support ................................................................ 461

C.     The Asserted Claims of the '210 Patent Do Not Recite Patent Eligible Subject Matter .................................................................... 467

     1.     The Asserted Claims of the '210 Patent are Directed to an Abstract Idea ................................................................................ 467

     2.     The Asserted Claims of the '210 Patent Do Not Recite an Inventive Concept ............................................................................ 469

XV.  SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS ................................. 478

A.     Lack of Commercial Success ......................................................... 478

     1.     The Accused Products Do Not Demonstrate Commercial Success Tied to the Asserted Patents ................................................. 478

     2.     Wilus Did Not Have Demonstrated Commercial Success Tied to the Asserted Patents ........................................................... 479

B.     Lack of Success via Licensing ....................................................... 480

C.     No Industry Praise .......................................................................... 480

D.     No Long Felt Need or Failure of Others ........................................ 482

E.     No Copying ..................................................................................... 482

F.     No Unexpected Results ................................................................... 482

G.     No Skepticism by Experts ............................................................. 482

H.     No Teaching Away .......................................................................... 483

I.     Wilus's Lone '210 Patent Argument ............................................. 483

XVI.  IMPROPER INVENTORSHIP & DERIVATION ................................. 485

A.     '077 Patent ..................................................................................... 485

B.     '281 & '595 Patents ........................................................................ 487

     1.     Improper inventorship based on Wilus employee ................... 488

     2.     Improper inventorship based on other IEEE members' employees ........ 489

C.     '210 Patent ..................................................................................... 494

XVII. INEQUITABLE CONDUCT ...................................................................................498

    A.    Materiality........................................................................................... 498

    B.    Priority Claim Applications Cover Different Inventions ..................................... 500

    C.    Familiarity with Prior Art.................................................................... 502

        1.    Named Inventor – Ko......................................................... 502

        2.    Named Inventor – Kwak ..................................................... 506

        3.    Named Inventor – Son ....................................................... 507

XVIII. ALTERNATIVES TO THE WILUS PATENTS ..................................................508

    A.    Alternatives to the '077 Patent............................................................... 508

        1.    Alternatives That Do Not Obtain Information Other Than Information on the Duration of the Non-Legacy Physical Layer Frame Through a Remaining Value Obtained by Dividing the Length Information by a Data Size Transmittable by a Symbol of a Legacy Physical Layer Frame ................................................. 509

        2.    Alternatives That Do Not Determine the Number of Data Symbols of a Frame Using the "+ m" version of the $N_{SYM}$ Equation.................. 509

        3.    Additional Alternatives ....................................................... 512

    B.    Alternatives to the '281 Patent............................................................... 513

        1.    Alternatives That Do Not Signal Puncturing Information ..................... 513

        2.    Alternatives In Which Unassigned RU Is Not Indicated Via a Combination........................................................................ 513

        3.    Alternatives In Which RU Allocation Field Does Not Indicate Additional Puncturing Information............................................ 514

        4.    Additional Alternatives ....................................................... 514

    C.    Alternatives to the '595 Patent............................................................... 515

        1.    Alternatives That Do Not Signal Center-26 RU Assignment ................. 515

        2.    That Is Not Limited to Bandwidth of 80MHz or More ......................... 515

        3.    Additional Alternatives ....................................................... 516

D.    Alternatives to the '210 Patent ................................................................. 516

    1.    Alternatives That Do Not Use HE MU PPDU For Any SU MIMO Transmissions ............................................................................ 517

    2.    Additional Alternatives ............................................................... 517

XIX.    OTHER OPINIONS REGARDING ASSERTED PATENTS AND RELEVANT TECHNOLOGY ........................................................................... 518

A.    Accused Products & Functionality ....................................................... 518

B.    Samsung/Atlas Global Agreement ....................................................... 519

C.    Relative Importance of Wi-Fi ............................................................... 524

XX. CONCLUSION ............................................................................................. 528

## IX.    CLAIM CONSTRUCTION OF THE ASSERTED PATENTS

292.    I understand that the Court held a joint claim construction briefing and hearing for patents in the '746 litigation and '765 litigation. I understand that the Court construed one claim term in its Claim Construction Order, however that term pertains to a patent in the '765 litigation. It does not pertain to the Asserted Patents of this Report.

293.    I have applied the Court's construction in my invalidity analysis. For terms that were not defined by the Court, I have applied the plain and ordinary meaning as it would have been understood by a POSITA at the time of the alleged invention. In addition, I have also reviewed and considered Wilus's infringement contentions and have, in some instances, applied the interpretation Wilus used to allege infringement because it is my understanding the claims must be interpreted the same for both infringement and invalidity.

## X.    OVERVIEW OF PRIOR ART

294.    In this section, I provide a brief overview of prior art systems and references. Each of the following prior art systems and references are analogous art to the Asserted Patents because they are in the same technical field, namely, wireless communications.

### A.    Samsung Galaxy Tab S

#### 1.    Prior Art Status

295.    The Samsung Galaxy Tab S qualifies as prior art to each of the Asserted Patents because it was offered for sale and/or sold in the United States as early as July 2014.

---

**Samsung introduces Galaxy Tab S, a Super AMOLED tablet**

on June 13, 2014

**Summary:**

* Samsung Electronics announced the **Galaxy Tab S**, Samsung's thinnest and lightest tablet with WQXGA (2560×1600, 16:10) Super AMOLED display.

* The Galaxy Tab S comes in two sizes: 8.4-inch and 10.5-inch.

---

PRIOR_ART_00001931, p.1. See also Moten Dep. Tr.

296.    Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks.

### 2.    Overview of the Samsung Galaxy Tab S

297.    The Galaxy Tab S is a wireless device, specifically a wireless tablet. *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



PRIOR_ART_00001931, p, 5.

298. Samsung's press release identified the following specifications for the Galaxy Tab S.

| | |
|---|---|
| **Network** | LTE : 800/ 900/ 1800/ 2600+850/ 2100<br>3G : 850/ 900/ 1900/ 2100<br>2G : 850/ 900/ 1800/ 1900 |
| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
| **Display** | 8.4" 2560×1600(WQXGA) Super AMOLED |
| **OS** | Android Kitkat (4.4) |
| **Camera / Flash** | 8MP w/ LED Flash + 2.1MP Full HD |
| **Video** | H.263, H.264(AVC), MPEG4, VC-1, WMV7, WMV8, VP8<br>Recording : FHD(1920 x 1080) @ 30fps<br>Playback: WQHD (2560×1440) @ 30fps |
| **Audio** | MP3, AAC, AAC+, eAAC+, WMA, Vorbis, FLAC |
| **Content Services / Applications** | Papergarden, Professional pack, Multi-user mode, Sidesync 3.0, Gear & Gear fit manager |
| **Free Downloadable apps** | Group Play, S-Note, S Translator, Samsung Link, Scrapbook, Story Album, Video Editor,<br>Gear Manager, Gear Fit Manager, Samsung Smart Switch, Samsung Level, E-meeting, Kids Mode, Kids Piano(Ding Dong Tap), S-Console, Hanshow, Hancell, Hanwrite |
| **Google Mobile Services** | Chrome, Gmail, Google Search, Maps, Play Store, Voice Search, YouTube, Google+, Hangouts, Play books, Play Games, Play Newsstand, Play Movies & TV, Play Music, Drive, Google setting, Photos |
| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
| **GPS** | GPS, GLONASS, Beidou(not supported in USA, Canada) |
| **Sensor** | Accelerometer, Fingerprint Sensor, Gyro Sensor, Geomagnetic Sensor, Hall Sensor, RGB Sensor<br>*Proximity Sensor(only LTE ver) |

| | |
|---|---|
| **Memory** | 3GB (RAM) + 16/32GB internal memory microSD up to 128GB |
| **Dimension / Weight** | 125.6 x 212.8 x 6.6mm, 294g(Wifi) /298g(LTE) |
| **Battery** | 4,900mAh |

PRIOR_ART_00001931, pp. 6-7 (discussing specs for Galaxy Tab S 8.4-inch product); *see also id.*, pp. 8-10 (discussing specs for Galaxy Tab S 10.5-inch product).

### B.    IEEE 802.11-2012

#### 1.    Prior Art Status

299.    IEEE 802.11-2012, entitled *Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications* (PRIOR_ART_00021222, PRIOR_ART_00060668) is currently available for download by the public on the IEEE Xplore website. PRIOR_ART_00063586. IEEE Xplore shows that IEEE 802.11-2012 was published on March 29, 2012. PRIOR_ART_00063586. This is consistent with my personal knowledge regarding the public release of IEEE 802.11-2012. Thus, based on the foregoing, IEEE 802.11-2012 was publicly accessible to members of the interested public as of March 29, 2012. See Bims Declaration, ¶ 122. As such, IEEE 802.11-2012 qualifies as prior art to each of the Asserted Patents.

#### 2.    Overview

300.    IEEE 802.11-2012 defines MAC and PHY layer "specifications for wireless connectivity for fixed, portable, and moving stations (STAs) within a local area." IEEE 802.11-2012 at Section 1.1.

### 3.1 Definitions

For the purposes of this standard, the following terms and definitions apply. The *IEEE Standards*



FIG. 4A

Li at Figs. 4A; Li Provisional at Fig. 4A.

363.    Li discloses a "middle 26-tone RU" which "may not be allocated." Li at [0039];  Li Provisional at [0047]. Further, Li discloses a "RU 2 stream allocation" which is part of the HE-SIG-B common part and indicates whether the middle 26-tone RU is assigned to a device or not.

## XI.    ANALYSIS OF THE '077 PATENT

364.    As set forth in more detail in this section, it is my opinion that the Asserted Claims of the '077 Patent are invalid because they are rendered obvious by the prior art identified in this Report.

### A.    Opinions for the '077 Patent Based on Prior art

#### 1.    Samsung Galaxy Tab S in Combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac

365.    Samsung Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious claims 1, 3, 4, 5, and 8 of the '077 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

##### (a)    Motivation to Combine

###### (i)    *Samsung Galaxy Tab S in Combination with Zhang 810*

366.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Zhang 810's teachings for the following reasons.

367.    I note, as an initial matter, that Samsung Galaxy Tab S and Zhang 810 are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Zhang 810, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement the $N_{SYM}$ equation.

368.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Zhang 810 to take advantage of the benefits that Zhang 810's techniques provide such as "easier L-LENGTH signaling and legacy spoofing." Zhang 810 at 13 ("$T_{PE}$ values are multiple of 4us, for easier L-LENGTH signaling and legacy spoofing").

369.    A POSITA would have recognized that applying the techniques of Zhang 810 to the Galaxy Tab S, i.e., Zhang 810's L-LENGTH signaling and corresponding NSYM determination techniques, would have yielded predictable results such as "easier L-LENGTH signaling and legacy spoofing."  This combination of Galaxy Tab S and Zhang 810 represents a combination of known elements each performing the functions they had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Zhang 810 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the

Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Zhang 810's L-LENGTH signaling and corresponding NSYM determination techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Zhang 810.

### (ii)    Samsung Galaxy Tab S in Combination with Zhang 810 and Lee 929

370.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Zhang 810's teachings for the reasons I discussed above. Further, a POSITA would have been motivated to modify further Samsung Galaxy Tab S to incorporate Lee 929's teachings for the following reasons.

371.    I note, as an initial matter, that Samsung Galaxy Tab S and Lee 929 are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Lee 929, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code related to the Wi-Fi chip to make the minor changes needed to implement the Lee 929's L_LENGTH signaling technique.

372.    It would have been obvious to modify Samsung Galaxy Tab S based on Lee 929's L_LENGTH signaling technique to indicate different frame formats while maintaining compatibility with older devices (e.g., backwards compatibility / coexistence). See, e.g., Lee 929

at 7:7-53 (discussing the use of "-n" in L_LENGTH to signal the number of field repetitions in a frame), 1:62-64 ("The present invention provides extension of a service area while maintaining compatibility with a wireless transmitting apparatus").

373.    A POSITA would have recognized that applying the techniques of Lee 929 to the Galaxy Tab S, i.e., Lee 929's signaling technique to indicate different frame formats, would have yielded predictable results such as backwards compatibility and coexistence. This combination of Galaxy Tab S and Lee 929 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Lee 929 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Lee 929's signaling technique would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Lee 929.

> (iii)    *Samsung Galaxy Tab S in Combinations with IEEE 802.11-2012 and/or IEEE 802.11ac*

374.    As I discussed above, the Samsung Galaxy Tab S supports several wireless standards of the time including IEEE 802.11a/b/g/n/ac, and as such, includes features described in IEEE 802.11-2012 and IEEE 802.11ac. Nonetheless, each of the above-identified Samsung Galaxy Tab S combinations can be further combined with IEEE 802.11-2012 and/or IEEE 802.11ac if

needed. A POSITA would have been motivated to combine the Samsung Galaxy Tab S with IEEE 802.11-2012 and/or IEEE 802.11ac because of the indicated support.

    **(b)**    **Claim 1**

        **(i)**    ***[1pre] 1. A wireless communication terminal that communicates wirelessly, the terminal comprising:***

375.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

376.    The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold to and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



*Id.*, 5.

### (ii)    [1a] a transceiver; and

377.    In my opinion, the Samsung Galaxy Tab S includes a transceiver. The Galaxy Tab

S for example includes a transceiver capable of implementing certain features of 802.11a/b/g/n/ac.

| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069.

### (iii)    [1b] a processor,

378.    In my opinion, the Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|-----------|------------------------------------------------------------------------------------------------------|

PRIOR_ART_00001931, p. 6.

> **(iv)     [1c] wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,**

379.     In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver."

380.     The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. As I discussed above, a POSITA would have understood that implementing IEEE 802.11ac functionality includes the ability to receive non-legacy physical layer frames, as they are the fundamental unit of data transmission in 802.11 standards.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|-----------|------------------------------------------------------------------------------------------------------|
| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |

PRIOR_ART_00001931 at 6.

381.     Zhang 810 also discloses receiving a non-legacy physical layer frame. The frames disclosed in Zhang 810 are non-legacy for at least the reason that they pertain to a proposed amendment to IEEE 802.11.

**July, 2015**                                                                            doc.: IEEE 802.11-15/0810

# Proposed HE Padding and Packet Extension

- The last $m_{STBC}$ symbol(s) have 4x duration like other data symbols (12.8us+GI).
- Apply a *two-step padding method* in the last $m_{STBC}$ OFDM symbol(s), i.e.: "Pre-FEC" padding, and "post-FEC" padding.
  - Four possible pre-FEC padding segment boundaries ("$a$ –factor") are defined in the last OFDM symbol(s).
    - Based on number of excess info bits in the last symbol(s), pre-FEC pad (the same MAC/PHY padding as in 11ac) toward the nearest boundaries in the last symbol(s).
  - For LDPC, if "LDPC extra symbol" is needed after puncturing, increment one segment (a = $a_{init}$+1), instead of one long symbol.
  - After FEC, insert post-FEC padding bits (no need to decode) to fill up the symbol(s).
    - Post FEC padding is adding by PHY and does not need to be decoded by the receiver

- A Packet Extension (PE) field is applied at the end of PPDU, and its duration is a function of the followings:
  1. The pre-FEC padding boundaries in the last $m_{STBC}$ OFDM symbols ("$a$ – factor").
  2. Receiving STA's capability on its required PE duration, for the current {BW, Nss, MCS} combination.

Submission                                    Slide 9                          Hongyuan Zhang, Marvell, et. al.

Zhang 810 at 9.



Zhang 810 at 10.



Zhang 810 at 15.

> **(v)** **[1d] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,**

382.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame."

383.    As I discussed above, the Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. As such, a POSITA would have understood that implementing IEEE 802.11ac functionality includes the ability to obtain a legacy signaling field.

384.    Zhang 810 also discloses obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame. A POSITA would have recognized that Zhang 810's L-SIG is a legacy signaling field.



Zhang 810 at 23.

385.    The L-SIG has been designed to be backwards compatible with older devices. A POSITA would have also recognized that information in Zhang 810's L-SIG is decodable by a legacy wireless communication terminal. Indeed, this is consistent with Zhang 810's use of "legacy spoofing."



Zhang 810 at 13.

386.    In my opinion, Galaxy Tab S in combination with Zhang 810 and IEEE 802.11-2012 also renders obvious "[wherein the processor is configured to] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame." IEEE 802.11-2012 discloses the following for example.

> *HT-mixed format* **(HT_MF):** Packets of this format contain a preamble compatible with Clause 18 and Clause 19 receivers. The non-HT-STF (L-STF), the non-HT-LTF (L-LTF), and the non-HT SIGNAL field (L-SIG) are defined so they can be decoded by non-HT Clause 18 and Clause 19 STAs. The rest of the packet cannot be decoded by Clause 18 or Clause 19 STAs. Support for HT-mixed format is mandatory.

IEEE 802.11-2012 at Section 20.1.4. *See also id.*, Section 3.3.

> The elements of the PLCP packet are summarized in Table 20-5.

**Table 20-5—Elements of the HT PLCP packet**

| Element | Description |
|---------|-------------|
| L-STF | Non-HT Short Training field |
| L-LTF | Non-HT Long Training field |
| L-SIG | Non-HT SIGNAL field |
| HT-SIG | HT SIGNAL field |
| HT-STF | HT Short Training field |
| HT-GF-STF | HT-Greenfield Short Training field |
| HT-LTF1 | First HT Long Training field (Data) |
| HT-LTFs | Additional HT Long Training fields (Data and Extension) |
| Data | The Data field includes the PSDU |

IEEE 802.11-2012 at Section 20.3.2.

### 18.3.4 SIGNAL field

#### 18.3.4.1 General

The OFDM training symbols shall be followed by the SIGNAL field, which contains the RATE and the LENGTH fields of the TXVECTOR. The RATE field conveys information about the type of modulation and the coding rate as used in the rest of the packet. The encoding of the SIGNAL single OFDM symbol shall be performed with BPSK modulation of the subcarriers and using convolutional coding at R = 1/2. The encoding procedure, which includes convolutional encoding, interleaving, modulation mapping processes, pilot insertion, and OFDM modulation, follows the steps described in 18.3.5.6, 18.3.5.7, and 18.3.5.9, as used for transmission of data with BPSK-OFDM modulated at coding rate 1/2. The contents of the SIGNAL field are not scrambled.

The SIGNAL field shall be composed of 24 bits, as illustrated in Figure 18-5. The four bits 0 to 3 shall encode the RATE. Bit 4 shall be reserved for future use. Bits 5–16 shall encode the LENGTH field of the TXVECTOR, with the LSB being transmitted first.



**Figure 18-5—SIGNAL field bit assignment**

The process of generating the SIGNAL OFDM symbol is illustrated in L.1.4.

IEEE 802.11-2012 at Section 18.3.4.1.

> ### (vi)    [1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,

387.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field."

388.    As I discussed above, the Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. As such, a POSITA would have understood that implementing IEEE 802.11ac functionality includes the ability to obtain length information.

389.    Zhang 810 discloses obtaining length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field. For example, Zhang 810 discloses:



Zhang 810 at 23. A POSITA would have recognized that a transmitting station would use the above-identified L_LENGTH equation to set the L-SIG's length field.

390.    Zhang 810 discloses determining the number ($N_{SYM}$) of symbols of data of the non-legacy physical layer frame according to the following equation.



Zhang 810 at 24 (annotated). A POSITA would have recognized that on the "Rx Side" a receiving station would have to obtain length information (L_LENGTH) indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field (L-SIG) before computing $N_{SYM}$.

> ### (vii)    [1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,

391.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the

data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation.

392.    In Wilus's infringement contentions, Wilus implicated IEEE 802.11ax-2021 (WILUS_0060595), § 27.3.11.5:

$$\text{Length} = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$

where
| TXTIME | is defined in 27.4.3 (in µs) |
| $m$ | is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise |

*See* '746 Infringement Contentions, Exhibit A, pp. 3-5. I note that Equation 27-11 applies to the transmit-side, i.e., its value is used to set a field in the L-SIG according to IEEE 802.11ax-2021, rather than the receive-side. Wilus also cites to IEEE 802.11-2020, § 10.27.4 in its infringement contention. *Id*. However, this corresponds to IEEE 802.11-2012, Section 9.23.4:

### 9.23.4 L_LENGTH and L_DATARATE parameter values for HT-mixed format PPDUs

L_LENGTH and L_DATARATE determine the duration that non-HT STAs do not transmit, equal to the remaining duration of the HT PPDU or the L-SIG duration when L-SIG TXOP protection is used as defined in 9.23.5, following the non-HT portion of the preamble of the HT-mixed format PPDU.

The L_DATARATE parameter of the TXVECTOR shall be set to the value 6 Mb/s.

A STA that is transmitting a PPDU with the FORMAT parameter of the TXVECTOR equal to HT_MF and that is not operating by the L-SIG TXOP protection rules described in 9.23.5 shall set the value of the L_LENGTH parameter to the value (in octets) given by Equation (9-12):

$$L\_LENGTH = \left\lceil \frac{((TXTIME - Signal\ Extension) - (aPreambleLength + aPLCPHeaderLength))}{aSymbolLength} \right.$$
$$\left. \times N_{OPS} - \left\lceil \frac{aPLCPServiceLength + aPLCPConvolutionalTailLength}{8} \right\rceil \right\rceil$$
$$(9\text{-}12)$$

where
| $\lceil x \rceil$ | denotes the smallest integer greater than or equal to $x$ |
| TXTIME | is the duration (in microseconds) of the HT PPDU defined in 6.5.7 |
| Signal Extension | is 0 µs when TXVECTOR parameter NO_SIG_EXTN is true and is the duration of signal extension as defined by aSignalExtension in Table 20-25 of 20.4.4 when TXVECTOR parameter NO_SIG_EXTN is false |
| aSymbolLength | is the duration of a symbol (in microseconds), defined in 6.5.4 |
| (aPreambleLength + aPLCPHeaderLength) | is the duration (in microseconds) of the non-HT PLCP preamble and L-SIG, defined in 6.5.4 |
| $N_{OPS}$ | is the number of octets transmitted during a period of aSymbolLength at the rate specified by L_DATARATE |
| aPLCPServiceLength | is the number of bits in the PLCP SERVICE field, defined in 6.5.4 (PLME-CHARACTERISTICS.confirm) |
| aPLCPConvolutionalTailLength | is the number of bits in the convolutional code tail bit sequence, defined in 6.5.4 |

NOTE 1—The last term of the L_LENGTH definition corrects for the fact that non-HT STAs add the length of the SERVICE field and tail bits (assuming a single convolutional encoder) to the value communicated by the L_LENGTH field.

NOTE 2—For a Clause 20 PHY, this equation simplifies to $L\_LENGTH = \left\lceil \frac{((TXTIME - Signal\ Extension) - 20)}{4} \right\rceil \times 3 - 3$.

A STA that is operating under L-SIG TXOP protection shall set the L_LENGTH parameter according to rules described in 9.23.5.

A STA shall not transmit a PPDU with the FORMAT parameter set to HT_MF in TXVECTOR if the corresponding L_LENGTH value calculated with Equation (9-12) exceeds 4095 octets.

NOTE—The transmission of frames with L_LENGTH above 2332 octets (i.e., a data MPDU containing an unencrypted 2304 octet MSDU) might be accompanied by a protection mechanism (e.g., RTS/CTS or CTS-to-self protection) if it is determined that the use of L_LENGTH fails to effectively suppress non-HT transmissions. How this is determined is outside the scope of this standard.

IEEE 802.11-2012 at Section 9.23.4. Wilus's infringement contentions do not identify what it considers to be "information other than information on the duration of the non-legacy physical layer frame." Moreover, Wilus's infringement contentions do not identify what it considers to be "a remaining value obtained by dividing the length information by [3]."

393.    Zhang 810 renders obvious obtaining information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by 3 ("a data size transmittable by a symbol of a legacy physical layer frame" is defined as 3 octets in [1f]).

$$L\_LENGTH = \left\lceil \frac{TXTIME - 20}{4} \right\rceil \times 3 - 3 + m,\ m = 1\ or\ 2$$

Zhang 810 at 23.

394.    A POSITA would have recognized that the purpose of the "m" term in Zhang 810 is to signal different frame formats in 802.11ax, e.g., m = 1 or 2 would respectively correspond to a first or second frame type. For example, a zero value for the "m" term would indicate that it is a legacy frame type, whereas a non-zero value would indicate a non-legacy frame type. Moreover, Zhang 810 discloses formatting and L-LENGTH signaling. See Zhang 810 at 9, 13, 23. It would have been obvious to a POSITA to obtain information other than information on the duration of the non-legacy physical layer frame (e.g., legacy or non-legacy, and if the latter, identify which

non-legacy frame type) through a remaining value obtained by dividing the length information (L_LENGTH) by 3. Zhang 810's L_LENGTH equation combines a factor that is a multiple of 3 with the "m" term. Thus, a division operation is useful to ascertain the value of the "m" term from the length information as received. A POSITA would have found it obvious to divide Zhang 810's length information by 3 in the process of determining a remaining value (indeed the POSITA would have understood how the L_LENGTH was generated in Zhang 810 using a multiple of 3). A POSITA would have understood that signaling information can be extracted from the remaining value by, for example, using the remaining value as-is or by subtracting it from 3. A POSITA would consider such signaling information to be an example of "information other than information on the duration of the non-legacy physical layer frame." Further, it is my opinion that a POSITA would have reasonably expected success because the use of such operations for setting and extracting signaling information was well established in the prior art (e.g., Zhang 810, Lee 929, Lin 929, among others).

395.    That this would be obvious is further consistent with a POSITA's knowledge of 802.11. Without the m term, the above-identified equation in Zhang 810 is a simplified version of Equation 9-12 in IEEE 802.11-2012:

$$L\_LENGTH = \left\lceil \frac{((TXTIME - Signal\ Extension) - (aPreambleLength + aPLCPHeaderLength))}{aSymbolLength} \right\rceil \times N_{OPS} - \left\lceil \frac{aPLCPServiceLength + aPLCPConvolutionalTailLength}{8} \right\rceil \tag{9-12}$$

In the above equation, $N_{OPS} = 3$ when a data rate of the legacy physical layer frame is 6 Mbps. See IEEE 802.11-2012 at Section 9.23.4 ("The L_DATARATE parameter of the TXVECTOR shall be set to the value 6 Mb/s"; "$N_{OPS}$ is the number of octets transmitted during a period of aSymbolLength at the rate specified by L_DATARATE"). Further, "aSymbolLength is the duration

of a symbol (in microseconds)" and is 4 μs. *Id.* IEEE 802.11-2012 also provides the following simplification of Equation 9-12:

$$\text{NOTE 2—For a Clause 20 PHY, this equation simplifies to } L\_LENGTH = \left\lceil \frac{((TXTIME - Signal\ Extension) - 20)}{4} \right\rceil \times 3 - 3.$$

396.    As I discussed above, a POSITA would have recognized that the purpose of the "m" term in Zhang 810 is to signal different frame formats in 802.11ax, e.g., m = 1 or 2 would respectively correspond to a first or second frame type. A POSITA would have further recognized that if the L_LENGTH equation in 802.11 is modified by including the "m" term (as in Zhang 810 for example), the N$_{SYM}$ equation would have required a corresponding offset.

397.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation. As I discussed above, the Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. As such, a POSITA would have understood that implementing IEEE 802.11-2012 / IEEE 802.11ac functionality includes the ability to apply the appropriate data size. IEEE 802.11-2012 discloses for example, "The L_DATARATE parameter of the TXVECTOR shall be set to the value 6 Mb/s." IEEE 802.11-2012 at Section 9.23.4.

> (viii)    **[1g]    determine the number of symbols of data of the non-legacy physical layer frame according to a following**
> $$N_{SYM} =$$
> **equation,** $\left\lfloor \left( \left\lfloor \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right\rfloor \middle/ T_{SYM} \right) \right\rfloor - b_{PE\_Disambiguity}$
> **where $\lfloor x \rfloor$denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of**

*non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,*

398.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame" at least under Wilus's apparent claim interpretation.

399.    Zhang 810 renders obvious determining the number ($N_{SYM}$) of symbols of data of the non-legacy physical layer frame according to the $N_{SYM}$ equation recited in limitation [1g]. For example, Zhang 810 discloses:



Zhang 810 at 24 (annotated). A POSITA would have recognized that the $\lfloor x \rfloor$ in claim 1 is the standard floor operator. A POSITA would have also recognized that the $\lfloor x \rfloor$ in Zhang 810 is the same operator. To the extent that Zhang 810's equation for $N_{SYM}$ differs from the equation in limitation [1f], it would have been obvious to try other predictable values for $m$, including $m = -1$ or $-2$ (or change the sign of the "m" term in Zhang's $N_{SYM}$ equation, and use $m = 1$ or 2).

400.    Indeed, as I discussed in Section X.E.3, it was only a few months after Zhang 810 was published, that Hongyuan Zhang *et al.* submitted Zhang 1372 changing the signs of the m term in the L-LENGTH equation and the $N_{SYM}$ equation to comport with existing norms in 802.11-2012. See generally Zhang 1372 (SAMSUNG_WILUS_00101277); Bims Decl. 53. As I discussed in Section X.E.3, a POSITA would have recognized that the sign of the m term in the L-LENGTH equation and the $N_{SYM}$ equation of Zhang 810 should be changed based on existing 802.11-2012 language, which was well known to anyone reviewing Zhang 810 at the time of its publication.

401.    Zhang 810 discloses that L_LENGTH denotes the length information.

Zhang 810 at 23 (annotated).

402.   Zhang 810 renders obvious "m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation.[10] For example, Zhang 810 discloses:



Zhang 810 at 24. See also Zhang 810's definition for L_LENGTH (reproduced above). As discussed for [1f], it would have been obvious for a POSITA to use Zhang 810 to obtain a

---

[10] In its contentions, Wilus identified the $N_{SYM}$ equation in IEEE 802.11ax for limitation [1g]. *See* '746 Infringement Contentions, Ex. A, pp. 3-5. Wilus failed to identify a definition for "m" that "denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame" (based on the claim language, m is a value obtained by subtracting the remaining value from 3).

remaining value by dividing the length information by 3 (the data size transmittable by a symbol of the legacy physical layer frame). Zhang 810's L_LENGTH equation combines a factor that is a multiple of 3 with the "m" term. Thus, a division operation is useful to ascertain the value of the "m" term from the length information as received. A POSITA would have found it obvious to divide Zhang 810's length information by 3 in the process of determining a remaining value (indeed the POSITA would have understood how the L_LENGTH was generated in Zhang 810 using a multiple of 3). A POSITA would have understood that signaling information can be extracted from the remaining value by, for example, using the remaining value as-is or by subtracting it from 3. Given this finite choice, a POSITA would have found it obvious to try either one. As such, it is my opinion that it would have been obvious to obtain m by subtracting the remaining value from 3 (the data size transmittable by a symbol of the legacy physical layer frame).

403.    Zhang 810 discloses that "$b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field." Zhang 810 describes, for example:

| July, 2015 | doc.: IEEE 802.11-15/0810 |
|---|---|

**SIG Field Signaling (1)**

- HE-SIG Field:
  - 2-bits for *a-factor* .
  - 1 bit for PE dis-ambiguity .
    - For receiver to derive correct $T_{PE}$ and $N_{SYM}$ without ambiguity.

Zhang 810 at 22.



Zhang 810 at 24.

404.    Zhang 810 discloses that "$T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame." For example, Zhang 810 describes

Zhang 810 at 23 (annotated). Zhang 810 further discloses "$T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame."

---

**July, 2015**                                                    **doc.: IEEE 802.11-15/0810**

# SIG Field Signaling (3)

- HE-SIG-A: "PE-Disambiguity" Field:
  - Tx: if the following is met, set this field to 1; otherwise, set to 0.

$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{SYM}$$

- Rx Side Computation:

$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) / T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

$$T_{PE} = \left\lfloor \frac{\left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$

Submission                        Slide 24                    Hongyuan Zhang, Marvell, et. al.

---

PRIOR_ART_00000460 (Zhang 810) at 24 (annotated). Based on the use of $T_{SYM}$ in the equations and descriptions in Zhang 810 (alone or using a POSITA's knowledge of 802.11), a POSITA would have recognized that $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame.

405.    In my opinion, Galaxy Tab S in combination with Zhang 810 and Lee 929 also renders obvious limitation [1g].

406.    Lee 929 discloses a modified L_LENGTH equation (which is used to set a packet length value of the L-SIG field) to indicate a format of a physical layer frame in addition to the packet length. In particular, L_LENGTH is modified with an "- n" term, where n (being 0, 1, or 2) indicates the number of repetitions of a time or frequency field in a frame. A field replicated 0, 1, or 2 times amounts to different frame formats.

> As shown in Equation 1 below, a packet length value of the L-SIG field may be provided to be set (see Paragraph 9.13.4 of the IEEE 802.11n wireless LAN standard).

***

When a parameter value provided in the IEEE 802.11n wireless LAN standard is substituted, the packet length value of the L-SIG field may be simplified as shown in Equation 2 below.

$$L\_LENGTH = \left\lceil \frac{((TXTIME - \text{Signal Extension}) - 20))}{4} \right\rceil \times 3 - 3 \qquad \text{[Equation 2]}$$

Equation 2 above may be modified into Equation 3 below in order to determine the number of time field repetition times or the number of frequency field repetition times.

$$L\_LENGTH = \left\lceil \frac{((TXTIME - \text{Signal Extension}) - 20))}{4} \right\rceil \times 3 - 3 - n \qquad \text{[Equation 3]}$$

Herein, n as one value of 0, 1, and 2 indicates the number of time field repetition times or the number of frequency field repetition times. As one example, when n is 0, the number of time or frequency field repetition times may be set to 1, when n is 1, the number of time or frequency field repetition times may be set to 2, and when n is 2, the number of time or frequency field repetition times may be set to 4. Further, when the time field repetition technology is used, the same symbol may be transmitted repeatedly at $2n-1$ times and similarly, when the frequency field repetition technology is used, the same band may be duplicated and transmitted at $2n-1$ times.

Lee 929 at 7:7-53.

407. A POSITA would have recognized that to incorporate Lee 929's signaling technique (i.e., the use of "- n" in L_LENGTH to signal additional information), the appropriate offset at the receiver-side would be "+ n" in the $N_{SYM}$ equation. Also, the difference in variable name ("n" versus "m") is immaterial in my analysis.

408. That a POSITA would have used "+ n" in the $N_{SYM}$ equation based on "- n" in a modified L_LENGTH equation is further consistent with a POSITA's knowledge of 802.11. For

example, IEEE 802.11ac discloses an equation for determining the number of symbols of data of the non-legacy physical layer frame.

Following training and signal fields, the Data field shall be received. The number of symbols in the Data field is determined by Equation (22-104).

$$N_{STM} = \begin{cases} N_{STM} - 1, & \text{if Short GI = 1 and Short GI NSYM Disambiguation = 1} \\ N_{STM}, & \text{otherwise} \end{cases} \tag{22-104}$$

where

$$N'_{STM} = \left\lfloor \frac{RXTIME - \left( \begin{array}{c} T_{L\text{-}STF} + T_{L\text{-}LTF} + T_{L\text{-}SIG} + T_{VHT\text{-}SIG\text{-}A} + \\ T_{VHT\text{-}STF} + N_{LTF}T_{VHT\text{-}LTF} + T_{VHT\text{-}SIG\text{-}B} \end{array} \right)}{T_{STM}} \right\rfloor$$

$$RXTIME(\mu s) = \left\lceil \frac{LENGTH + 3}{3} \right\rceil \cdot 4 + 20 \tag{22-105}$$

NOTE—LENGTH in Equation (22-105) is the LENGTH field in L-SIG.

IEEE 802.11ac (PRIOR_ART_00063590), Section 22.3.21. A POSITA would have recognized that to incorporate Lee 929's signaling technique (i.e., the use of "- n" in L_LENGTH to signal additional information), an obvious offset would need to be applied to the RXTIME equation (22-105) to determine a largest integer less than or equal to the claimed x.

> **(ix)    [1h] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.**

409.    Samsung Galaxy Tab S in Combination with Zhang 810 renders obvious "wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation.

410.    First, Zhang 810 discloses setting a bit for PE Disambiguity in the PE Disambiguity field of the HE-SIG:



July, 2015                                                doc.: IEEE 802.11-15/0810

### SIG Field Signaling (1)

- HE-SIG Field:
  - 2-bits for *a-factor* .
  - 1 bit for PE dis-ambiguity .
    - For receiver to derive correct $T_{PE}$ and $N_{SYM}$ without ambiguity.

Zhang 810 at 22.

411.    Second, Zhang 810 further discloses setting a value of the PE-Disambiguity field

based on the following equation.

July, 2015                                                doc.: IEEE 802.11-15/0810

### SIG Field Signaling (3)

- HE-SIG-A: "PE-Disambiguity" Field:
  - Tx: if the following is met, set this field to 1; otherwise, set to 0.

$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{SYM}$$

- Rx Side Computation:

$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) / T_{SYM} \right\rfloor + b_{PE\_Disambiguity}$$

$$T_{PE} = \left\lfloor \frac{\left( \frac{L\_LENGTH - m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) - N_{SYM} \times T_{SYM}}{4} \right\rfloor \times 4$$

Submission                        Slide 24                        Hongyuan Zhang, Marvell, et. al.

Zhang 810 at 24 (annotated).

412.    The value for $b_{PE\_Disambiguity}$ is set to 1 if the following is met:

$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{SYM}$$

As I discussed above, $T_{SYM}$ denotes the duration of the entire PPDU frame. Zhang 810's $b_{PE\_Disambiguity}$ value is set based, for example, on whether this formula is satisfied, which itself is based on $T_{HE\_DATA}$, which is in turn based on the duration of a symbol of the data of the non-legacy physical layer frame ($T_{HE\_SYM} = 12.8us + T_{GI}$) times the number of non-legacy symbols, $N_{SYM}$. Zhang 810 at 9, 23-24.

413.    The "increment of duration" is represented by:

$$4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right)$$

Both $\left\lceil \frac{TXTIME-20}{4} \right\rceil$ and $\frac{TXTIME-20}{4}$ represent durations, and their difference is an increment of duration. *Id*. at 24.

414.    Based on this disclosure for example, a POSITA would have understood that both (1) the duration $T_{SYM}$ and (2) "increment of duration" as identified above in Zhang 810 can be used to set TXTIME as reported via L-LENGTH in the L-SIG, which can set based on a duration of a symbol of the legacy physical layer frame (i.e., 4).

**(c)    Claim 3: The wireless communication terminal of claim 1, wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame.**

415.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-

legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claim 1.

416.    As I discussed above, Zhang 810 discloses setting a value of the PE-Disambiguity field based on the following equation.

- HE-SIG-A: "PE-Disambiguity" Field:
  - Tx: if the following is met, set this field to 1; otherwise, set to 0.

$$T_{PE} + 4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right) \geq T_{STM}$$

Zhang 810 at 24 (annotated). Zhang 810 further discloses the limitation of claim 3.

417.    A POSITA would have recognized the "increment of duration" is represented by:

$$4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right)$$

*See id.*

418.    A value obtained by performing a ceiling operation ($\lceil x \rceil$) on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field ($TXTIME - 20$) by the duration of a symbol of the legacy physical layer frame (4) is given by

$$\left\lceil \frac{TXTIME - 20}{4} \right\rceil$$

*See id.*

419.    The value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field ($TXTIME - 20$) by the duration of a symbol of the legacy physical layer frame (4) is given by

182

$$\frac{TXTIME - 20}{4}$$

See id.

420.    Zhang 810 further discloses "wherein the increment of duration is a value obtained by multiplying a difference … by the duration of a symbol of the legacy physical layer frame" which is 4:

$$4 \times \left( \left\lceil \frac{TXTIME - 20}{4} \right\rceil - \left( \frac{TXTIME - 20}{4} \right) \right)$$

*See id.*

> **(d)    Claim 4: The wireless communication terminal of claim 1, wherein the processor is configured to determine a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information.**

421.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the processor is configured to determine a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claim 1.

422.    In Wilus's infringement contentions, Wilus implicated IEEE 802.11ax-2021:

For an HE TB PPDU, the LENGTH field is set to the TXVECTOR parameter L_LENGTH. For an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU, the LENGTH field is set to the value given by the Equation (27-11).

$$Length = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$

where
| | |
|---|---|
| TXTIME | is defined in 27.4.3 (in μs) |
| m | is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise |
| SignalExtension | is 0 μs if the TXVECTOR parameter NO_SIG_EXTN is true and is aSignalExtension as defined in Table 27-54 if the TXVECTOR parameter NO_SIG_EXTN is false |

*See* '746 Infringement Contentions, Exhibit A, pp. 21-22 (citing 802.11ax at Section 27.3.11.5). Wilus's infringement contentions do not identify what it considers to be "a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information."

Additionally, Equation 27-11 applies to the transmit-side, i.e., its value is used to set a field in the L-SIG according to IEEE 802.11ax-2021, rather than the receive-side.

423.    Zhang 810 renders obvious determining a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information. See, for example, my discussions above for limitation [1f]. Zhang 810 discloses for example:



Zhang 810 at 23 (annotated).

424.    Zhang 810 further discloses formatting and L-LENGTH signaling and legacy spoofing:



Zhang 810 at 9.



Zhang 810 at 13.

> **(e)    Claim 5: The wireless communication terminal of claim 4, wherein the processor is configured to determine whether the**

**non-legacy physical layer frame comprises a predetermined signaling field based on the length information.**

425.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the processor is configured to determine whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claims 1 and 4.

426.    In Wilus's infringement contentions, Wilus implicated IEEE 802.11ax-2021:

> For a HE TB PPDU, the LENGTH field is set to the TXVECTOR parameter L_LENGTH. For an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU, the LENGTH field is set to the value given by the Equation (27-11).
>
> $$\text{Length} = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$
>
> where
>
> TXTIME         is defined in 27.4.3 (in µs)
>
> $m$         is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise
>
> SignalExtension     is 0 µs if the TXVECTOR parameter NO_SIG_EXTN is true and
>                      is aSignalExtension as defined in Table 27-54 if the TXVECTOR parameter NO_SIG_EXTN is false

*See* '746 Infringement Contentions, Exhibit A, p. 22 (citing 802.11ax at Section 27.3.11.5).

> The format of the HE MU PPDU is defined as in Figure 27-9. This format is used for transmission to one or more users if the PPDU is not a response of a Trigger frame. In the HE MU PPDU, the HE-SIG-A field is not repeated. The HE-SIG-B field is present in this format.



**Figure 27-9—HE MU PPDU format**

*See* '746 Infringement Contentions, Exhibit A, p. 22 (citing 802.11ax at Section 27.3.4). Wilus's infringement contentions do not identify what it considers to be "a predetermined signaling field based on the length information." Additionally, Equation 27-11 applies to the transmit-side, i.e., its value is used to set a field in the L-SIG according to IEEE 802.11ax-2021, rather than the receive-side.

427.   Zhang 810 renders obvious determining whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information. See, for example, my discussions above for limitation [1f]. Frames with or without a predetermined signaling field represent different formats. A non-legacy frame can have a predetermined field associated with HE-SIG-A or HE-SIG-B, or for example have a field containing Zhang 810's "excess info bits", padding bits, or packet extension. Zhang 810 discloses for example:



Zhang 810 at 23.

428.   Zhang 810 further discloses formatting and L-LENGTH signaling and legacy spoofing:



Zhang 810 at 9.



Zhang 810 at 10.



Zhang 810 at 13.

(f)    **Claim 8:**

(i)    **[8pre] 8. An operation method of a wireless communication terminal that communicates wirelessly, the method comprising:**

429.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation. *See* Section XI.A.1.b.i.

(ii)    **[8a] receiving a non-legacy physical layer frame by using the transceiver,**

430.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "receiving a non-legacy physical layer frame by using the transceiver" at least under Wilus's apparent claim interpretation. *See* Sections XI.A.1.b.ii - .iv.

(iii)    **[8b] obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,**

431.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame" at least under Wilus's apparent claim interpretation. *See* Section XI.A.1.b.v.

> ***(iv)    [8c] obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field,***

432.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field" at least under Wilus's apparent claim interpretation. *See* Section XI.A.1.b.vi.

> ***(v)    [8d] obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and***

433.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation. *See* Section XI.A.1.b.vii.

> ***(vi)    [8e] determining the number of symbols of the data of the non-legacy physical layer frame according to a following***

equation,

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{THE\_PREAMBLE} \right) \bigg/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

**where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame**

434.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{THE\_PREAMBLE} \right) \bigg/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame" at least under Wilus's apparent claim interpretation. *See* Section XI.A.1.b.viii.

**(vii)    [8f] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame.**

435.    In my opinion, Galaxy Tab S in combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac renders obvious "wherein the PE Disambiguity field is set

based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame" at least under Wilus's apparent claim interpretation. *See* Section XI.A.1.b.ix.

## 2. Samsung Galaxy Tab S in Combination with Lin 929

436.    It is my opinion that Samsung Galaxy Tab S in combination with Lin 929 renders obvious claims 1, 3, 4, 5, and 8 of the '077 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

### (a) Motivation to Combine

437.    A POSITA would have been motivated to modify the Samsung Galaxy Tab S to incorporate Lin 929's features for the following reasons.

438.    I note, as an initial matter, that Samsung Galaxy Tab S Lin 929 are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology, such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Lin 929, rather than start from scratch. Updating with Lin 929 to add $b_{PE\_Disambiguity}$ would be a minor change.

439.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Lin 929 to take advantage of the benefits that Lin 929's techniques provide such as reduced overhead.

> According to the embodiments of the present invention, in a process of transmitting a physical layer protocol data unit PPDU, a length of an SE can be indicated by using few bits. By means of the embodiments of the present invention, not only a receive end can quickly complete data processing and state switching by using the SE, but also related information overheads can be further reduced.

Lin 929 at [0012].

440.    Lin 929 also discloses additional advantages. "Indication bits in an HE-SIG are saved, and a receive end can also learn a position that is in the last OFDM symbol carrying useful data and at which decoding needs to be stopped." *Id.*, [0056]. "When OFDM symbols of users are not aligned in multi-user transmission, the users can still learn respective decoding end positions." *Id.*, [0057]. "When a payload length of a user is not indicated, and a length of a signal extension is a function of transmission bandwidth, an MCS, a stream quantity, and a processing capability of the receive end, the receive end can correctly locate a position of the last OFDM symbol that carries useful data." *Id.*, [0058].

441.    A POSITA would have recognized that applying the techniques of Lin 929 to the Galaxy Tab S, i.e., Lin 929's L-LENGTH signaling techniques, would have yielded predictable results such as reduced overhead and correctly locating a position of the last OFDM symbol that carries useful data. This combination of Galaxy Tab S and Lin 929 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Lin 929 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Lin 929's L-LENGTH signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Lin 929.

**(b)**    **Claim 1**

**(i)**    **[1pre]  1.  A wireless communication terminal that communicates wirelessly, the terminal comprising:**

442.    In my opinion, to the extent the preamble of claim 1 is limiting, Galaxy Tab S in combination with Lin 929 renders obvious "a wireless communication terminal that communicates wirelessly."

443.    As I discussed above, a POSITA would have recognized the Galaxy Tab S as a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing."  *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



*Id.*, 5.

### *(ii)      [1a] a transceiver; and*

444.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious a transceiver. The Galaxy Tab S for example includes a transceiver capable of implementing certain features of 802.11a/b/g/n/ac.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069. Lin 929 also discloses a transceiver. *See*, *e.g.*, Lin 929 at [0028], Fig. 1.

### *(iii)      [1b] a processor,*

445.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious a processor. The Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

PRIOR_ART_00001931, p. 6.

> **(iv)    [1c] wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,**

446.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver" at least under Wilus's apparent claim interpretation. As I discussed above, the Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. As such, a POSITA would have understood that the Galaxy Tab S is configured to receive a non-legacy physical layer frame by using the transceiver at least for IEEE 802.11ac frames.

447.    Lin 929 also discloses receiving a non-legacy physical layer frame by using the transceiver. For example, Lin 929 describes:

> FIG. 2 is a structural diagram of ***a physical layer protocol data unit (PPDU)*** according to this implementation manner. The data unit occupies a bandwidth of 80 MHz. In other implementation manners, the data unit may occupy different bandwidths, for example a bandwidth of 20 MHz, 40 MHz, 120 MHz, 160 MHz, or any appropriate bandwidth. The data unit is suitable for a "hybrid mode" scenario. For example, when a WLAN 10 includes a station (for example, the conventional station 30-4), the station complies with a conventional protocol, but does not comply with an 802.11ax protocol. The data unit may also be used in another scenario.

It should be noted that the data unit in FIG. 2 is *a possible 802.11ax data unit*. To be compatible with an existing WLAN standard device, a header of 802.11ax data frame is a legacy preamble field that includes an L-STF (Legacy Short Training Field), an L-LTF (Legacy Long Training Field), and an L-SIG (Legacy Signaling Field). The legacy preamble field is followed by an RL-SIG (Repeated Legacy Signaling Field), *a high efficiency signaling field A (HE-SIGA), and an other high efficiency preamble field (Other HE Preamble)*. It should be noted that the other HE preamble refers to one field or a combination of multiple fields, and is not limited to a specific field. The other HE preamble field is followed by a data field (Data). In a future possible WLAN standard, a name of the standard, a field name, or the like may be replaced by any other name, and this should not be construed as a limitation on the protection scope of the present invention. In addition, descriptions of the data frame are also applicable to subsequent embodiments.

Lin 929 at [0029]-[0030] (emphasis added).



Lin 929 at Fig. 2.

448.    A POSITA would have recognized that the PPDUs being described in Lin 929 such as the one depicted in Fig. 2 correspond to a non-legacy physical layer frame. *See*, *e.g.*, Lin 929 at [0122]-[0129], [0029]-[0030], Fig. 2, Abstract, [0003]-[0006].

> *(v)    [1d] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,*

449.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "[wherein the processor is configured to] obtain a legacy signaling field including information

decodable by a legacy wireless communication terminal from the non-legacy physical layer frame"

at least under Wilus's apparent claim interpretation.

450.    Lin 929 discloses obtaining a legacy signaling field including information

decodable by a legacy wireless communication terminal from the non-legacy physical layer frame.

For example, Lin 929 describes:

> FIG. 2 is a structural diagram of ***a physical layer protocol data unit (PPDU)*** according to this implementation manner. The data unit occupies a bandwidth of 80 MHz. In other implementation manners, the data unit may occupy different bandwidths, for example a bandwidth of 20 MHz, 40 MHz, 120 MHz, 160 MHz, or any appropriate bandwidth. The data unit is suitable for a "hybrid mode" scenario. For example, when a WLAN 10 includes a station (for example, the conventional station 30-4), the station complies with a conventional protocol, but does not comply with an 802.11ax protocol. The data unit may also be used in another scenario.

> It should be noted that the data unit in FIG. 2 is a possible 802.11ax data unit. ***To be compatible with an existing WLAN standard device, a header of 802.11ax data frame is a legacy preamble field that includes*** an L-STF (Legacy Short Training Field), an L-LTF (Legacy Long Training Field), and ***an L-SIG (Legacy Signaling Field)***. The legacy preamble field is followed by an RL-SIG (Repeated Legacy Signaling Field), a high efficiency signaling field A (HE-SIGA), and an other high efficiency preamble field (Other HE Preamble). It should be noted that the other HE preamble refers to one field or a combination of multiple fields, and is not limited to a specific field. The other HE preamble field is followed by a data field (Data). In a future possible WLAN standard, a name of the standard, a field name, or the like may be replaced by any other name, and this should not be construed as a limitation on the protection scope of the present invention. In addition, descriptions of the data frame are also applicable to subsequent embodiments.

Lin 929 at [0029]-[0030] (emphasis added). *See* also Lin 929 at Figure 2, Abstract.

> ***(vi)***      ***[1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,***

451.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious

"[wherein the processor is configured to] obtain length information indicating information on a

duration of the non-legacy physical layer frame, from the legacy signaling field" at least under Wilus's apparent claim interpretation.

452.    Lin 929 discloses obtaining length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field. *See, e.g.*, Lin 929 at [0029]-[0030], [0043]-[0045], Figs. 2, 3, 4, 5. *See also* Lin 929 at [0067] ("transmission duration that is indicated by L-length") [0081] ("the value of L-LENGTH is included in a preamble of a PPDU"). As I discussed for [1d], Lin 929 discloses a legacy signaling field (L-SIG). A POSITA would have recognized that the L-SIG includes a length field which provides length information indicating information on a duration of the frame.

> *(vii)    [1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,*

453.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "[wherein the processor is configured to] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation.

454.    Lin 929 discloses obtaining information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by 3 ("a data size transmittable by a symbol of a legacy physical layer frame" is

defined as 3 octets in [1f]) at least under Wilus's apparent claim interpretation. *See, e.g.*, Lin 929 at [0085]-[0092], [0059]-[0071], [0122]-[0129].

455.    In Wilus's infringement contentions, Wilus implicated IEEE 802.11ax-2021, § 27.3.11.5:

$$Length = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$

where

| | |
|---|---|
| TXTIME | is defined in 27.4.3 (in µs) |
| $m$ | is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise |

*See* '746 Infringement Contentions, Exhibit A, pp. 3-5. I note that Equation 27-11 applies to the transmit-side, i.e., its value is used to set a field in the L-SIG according to IEEE 802.11ax-2021, rather than the receive-side. Wilus also cites to IEEE 802.11-2020, § 10.27.4 in its infringement contention. *Id*. However, this corresponds to IEEE 802.11-2012, Section 9.23.4:

**9.23.4 L_LENGTH and L_DATARATE parameter values for HT-mixed format PPDUs**

L_LENGTH and L_DATARATE determine the duration that non-HT STAs do not transmit, equal to the remaining duration of the HT PPDU or the L-SIG duration when L-SIG TXOP protection is used as defined in 9.23.5, following the non-HT portion of the preamble of the HT-mixed format PPDU.

The L_DATARATE parameter of the TXVECTOR shall be set to the value 6 Mb/s.

A STA that is transmitting a PPDU with the FORMAT parameter of the TXVECTOR equal to HT_MF and that is not operating by the L-SIG TXOP protection rules described in 9.23.5 shall set the value of the L_LENGTH parameter to the value (in octets) given by Equation (9-12):

$$L\_LENGTH = \left\lceil \frac{((TXTIME - Signal\ Extension) - (aPreambleLength + aPLCPHeaderLength))}{aSymbolLength} \right\rceil$$
$$\times N_{OPS} - \left\lceil \frac{aPLCPServiceLength + aPLCPConvolutionalTailLength}{8} \right\rceil$$
$$(9\text{-}12)$$

where

| | |
|---|---|
| $\lceil x \rceil$ | denotes the smallest integer greater than or equal to x |
| TXTIME | is the duration (in microseconds) of the HT PPDU defined in 6.5.7 |
| Signal Extension | is 0 μs when TXVECTOR parameter NO_SIG_EXTN is true and is the duration of signal extension as defined by aSignalExtension in Table 20-25 of 20.4.4 when TXVECTOR parameter NO_SIG_EXTN is false |
| aSymbolLength | is the duration of a symbol (in microseconds), defined in 6.5.4 |
| (aPreambleLength + aPLCPHeaderLength) | is the duration (in microseconds) of the non-HT PLCP preamble and L-SIG, defined in 6.5.4 |
| $N_{OPS}$ | is the number of octets transmitted during a period of aSymbolLength at the rate specified by L_DATARATE |
| aPLCPServiceLength | is the number of bits in the PLCP SERVICE field, defined in 6.5.4 (PLME-CHARACTERISTICS.confirm) |
| aPLCPConvolutionalTailLength | is the number of bits in the convolutional code tail bit sequence, defined in 6.5.4 |

NOTE 1—The last term of the L_LENGTH definition corrects for the fact that non-HT STAs add the length of the SERVICE field and tail bits (assuming a single convolutional encoder) to the value communicated by the L_LENGTH field.

NOTE 2—For a Clause 20 PHY, this equation simplifies to L_LENGTH = $\left\lceil \frac{((\text{TXTIME} - \text{Signal Extension}) - 20)}{4} \right\rceil \times 3 - 3$ .

A STA that is operating under L-SIG TXOP protection shall set the L_LENGTH parameter according to rules described in 9.23.5.

A STA shall not transmit a PPDU with the FORMAT parameter set to HT_MF in TXVECTOR if the corresponding L_LENGTH value calculated with Equation (9-12) exceeds 4095 octets.

NOTE—The transmission of frames with L_LENGTH above 2332 octets (i.e., a data MPDU containing an unencrypted 2304 octet MSDU) might be accompanied by a protection mechanism (e.g., RTS/CTS or CTS-to-self protection) if it is determined that the use of L_LENGTH fails to effectively suppress non-HT transmissions. How this is determined is outside the scope of this standard.

IEEE 802.11-2012 at Section 9.23.4. Wilus's infringement contentions do not identify what it considers to be "information other than information on the duration of the non-legacy physical layer frame." Moreover, Wilus's infringement contentions do not identify what it considers to be "a remaining value obtained by dividing the length information by [3]."

456.    Lin 929 renders obvious obtaining information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by 3 ("a data size transmittable by a symbol of a legacy physical layer frame" is defined as 3 octets in [1f]).

457.    For example, Lin 929 discloses setting, at a transmitting station, a value of L-LENGTH based on formula 7 (reproduced below).

[0085]    When $T_{SE}$ is considered, an L-LENGTH Rounding Error may be calculated by using the following solution:

[0086]    201. A transmit end learns an actual transmission time TXTIME.

$$TXTIME=T_{L\_PREAMBLE}+T_{HE\_PREAMBLE}+T_{HE\_DATA}+T_{SE} \qquad \text{formula 6}$$

[0087]    where,

[0088]    $T_{HE\_DATA}$=N·(12.8+$T_{GI}$), and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end;

[0089]    $T_{L\_PREAMBLE}$ refers to transmission duration of an L-preamble; and

[0090]    $T_{HE\_PREAMBLE}$ refers to transmission duration of an HE-preamble.

[0091]    202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 - 3 + m, m = 1 \text{ or } 2 \qquad \text{formula 7}$$

[0092]    where m is a remainder of L-LENGTH modulo **3**.

Lin 929 at [0085]-[0092]. See also Lin 929 at [0059]-[0071], [0126] ("a PPDU transmission apparatus ... includes: a processing unit, where the PPDU includes a signal extension SE field, the SE field is after the last [] OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a [] HE-SIG, the indication information I is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols, …; and a sending unit, configured to send the PPDU").

458.    Lin 929 further discloses receive side processing which includes receiving a PPDU (including a PPDU having a L-SIG length subfield based on formula 7) and parsing the PPDU to obtain a quantity M1 of OFDM symbols transmitted by the PPDU.

> At a receive end:
>
> 300. Receive a PPDU.
>
> 301. Parse the PPDU to obtain a quantity M1 of OFDM symbols transmitted by the PPDU.
>
> Optionally, if a value of indication information is a first value, a value of M1 remains unchanged; or if a value of indication information is a second value, 1 is subtracted from M1.

Lin 929 at [0122]-[0125]. See also Lin 929 at [0127]-[0128] ("a receiving unit, configured to receive a physical layer protocol data unit PPDU, where the PPDU includes a signal extension SE field, the SE field is after the last orthogonal frequency division multiplexing OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a high efficiency signaling field HE-SIG, the indication information is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols, …; and a processing unit, configured to: parse the PPDU, obtain, according to the indication information, a position at which decoding needs to be stopped, and stop decoding in the position at which decoding needs to be stopped.").

459.    A POSITA would have recognized that the "m" term in the formula 7 is used to signal additional information (different frame formats in 802.11ax, e.g., m = 1 or 2 would respectively correspond to a first or second frame type) in the length subfield of the L-SIG. For example, a zero value for the "m" term would indicate that it is a legacy frame type, whereas a non-zero value would indicate a non-legacy frame type.

460.    It would have been obvious to a POSITA to obtain information other than information on the duration of the non-legacy physical layer frame (e.g., legacy or non-legacy, and if the latter, identify which non-legacy frame type) through a remaining value obtained by dividing the length information (L_LENGTH) by 3. Lin 929's L_LENGTH equation, formula 7, combines a factor that is a multiple of 3 with the "m" term. Thus, a division operation is useful to ascertain the value of the "m" term from the length information as received. A POSITA would have found it obvious to divide Lin 929's length information by 3 in the process of determining a remaining value (indeed the POSITA would have understood how the L_LENGTH was generated in Lin 929 using a multiple of 3). A POSITA would have understood that signaling information can be extracted from the remaining value by, for example, using the remaining value as-is or by subtracting it from 3. A POSITA would consider such signaling information to be an example of "information other than information on the duration of the non-legacy physical layer frame." Further, it is my opinion that a POSITA would have reasonably expected success because the use of such operations for setting and extracting signaling information was well established in the prior art (e.g., Zhang 810, Lee 929, Lin 929, among others).

461.    To the extent the Wilus argues that modulus operation (mod 3) satisfies "a remaining value obtained by dividing the length information by 3," Lin 929 discloses that m is a remainder of L-LENGTH mod 3:

**[0091]**    202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \qquad\qquad\qquad \text{formula 7}$$

$$\left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 -$$

$$3 + m, m = 1 \text{ or } 2$$

**[0092]**    where m is a remainder of L-LENGTH modulo **3**.

Lin 929 at [0085]-[0092]. A POSITA would understood that "m" can be determined at the receive side by computing the length information (as set by the transmit side using formula 7) mod 3.

462.    Further it is my opinion that Galaxy Tab S in combination with Zhang 810 renders obvious "wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation. As I discussed above, the Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. As such, a POSITA would have understood that implementing IEEE 802.11-2012 / IEEE 802.11ac functionality includes the ability to apply the appropriate data size. IEEE 802.11-2012 discloses for example, "The L_DATARATE parameter of the TXVECTOR shall be set to the value 6 Mb/s." IEEE 802.11-2012 at Section 9.23.4.

>    *(viii)*    *[1g] determine the number of symbols of data of the non-legacy physical layer frame according to a following*
>
>    $$N_{SYM} =$$
>
>    *equation,*    $$\left\lceil \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \middle/ T_{SYM} \right\rceil - b_{PE\_Disambiguity}$$
>
>    *where ⌊x⌋ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer*

*frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,*

463.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "[wherein the processor is configured to] determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame" at least under Wilus's apparent claim interpretation.

464.    Lin 929 renders obvious determining the number ($N_{SYM}$) of symbols of data of the non-legacy physical layer frame according to the $N_{SYM}$ equation recited in limitation [1g]. For example, Lin 929 discloses receive side processing which includes receiving a PPDU and parsing the PPDU to obtain a quantity M1 of OFDM symbols transmitted by the PPDU.

At a receive end:

300. Receive a PPDU.

301. ***Parse the PPDU to obtain a quantity M1 of OFDM symbols transmitted by the PPDU***.

Optionally, if a value of indication information is a first value, a value of M1 remains unchanged; or if a value of indication information is a second value, 1 is subtracted from M1.

Lin 929 at [0122]-[0125] (emphasis added). See also Lin 929 at [0127]-[0128] ("a receiving unit, configured to receive a physical layer protocol data unit PPDU, where the PPDU includes a signal extension SE field, the SE field is after the last orthogonal frequency division multiplexing OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a high efficiency signaling field HE-SIG, the indication information I is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols, …; and a processing unit, configured to: parse the PPDU, obtain, according to the indication information, a position at which decoding needs to be stopped, and stop decoding in the position at which decoding needs to be stopped.").

465.    Further, Lin 929 discloses setting, at a transmitting station, a value of L-LENGTH based on formula 7 (reproduced below).

[0085]    When $T_{SE}$ is considered, an L-LENGTH Rounding Error may be calculated by using the following solution:

[0086]    201. A transmit end learns an actual transmission time TXTIME.

$$\text{TXTIME}=T_{L\_PREAMBLE}+T_{HE\_PREAMBLE}+T_{HE\_DATA}+T_{SE} \qquad \text{formula 6}$$

[0087]    where,

[0088]    $T_{HE\_DATA}=N\cdot(12.8+T_{GI})$, and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end;

[0089]    $T_{L\_PREAMBLE}$ refers to transmission duration of an L-preamble; and

[0090]    $T_{HE\_PREAMBLE}$ refers to transmission duration of an HE-preamble.

[0091]    202. A value of L-LENGTH obtained by using TXTIME is:

$$\text{L\_LENGTH}= \qquad \text{formula 7}$$
$$\left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 - $$
$$3 + m, m = 1 \text{ or } 2$$

[0092]    where m is a remainder of L-LENGTH modulo **3**.

Lin 929 at [0085]-[0092]. See also Lin 929 at [0059]-[0071], [0126] ("a PPDU transmission apparatus ... includes: a processing unit, where the PPDU includes a signal extension SE field, the SE field is after the last [] OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a [] HE-SIG, the indication information I is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols, …; and a sending unit, configured to send the PPDU"). As such, Lin 929 discloses that L_LENGTH denotes the length information.

466.    As discussed above, a POSITA would have recognized that the "m" term in the formula 7 is used to signal additional information (different frame formats in 802.11ax, e.g., m = 1 or 2 would respectively correspond to a first or second frame type) in the length subfield of the L-SIG. For example, a zero value for the "m" term would indicate that it is a legacy frame type, whereas a non-zero value would indicate a non-legacy frame type.

467.    A POSITA would have recognized that the presence of "m" in L_LENGTH of formula 7 requires an appropriate offset for TXTIME. See, e.g., Lin 929 at [0085]-[0096] (see use of "m" in TXTIME equations). And requires an appropriate offset at the receiver-side's determination of parameters such as RXTIME as well as the $N_{SYM}$ equation or Lin 929's "quantity M1" of symbols (Lin 929 at [0122]-[0125]). Moreover, for reasons similar to those discussed above for Zhang 810, there are two options for including "m" in the L_LENGTH equation, either "+ m" or "- m", and their offsets have the opposite sign in $N_{SYM}$ e.g., "- m" or "+ m" respectively. Given this finite choice, a POSITA would have found it obvious to try either one.

468.    That a POSITA would have included "+ m" in the $N_{SYM}$ equation based on "- m" in a modified L_LENGTH equation (modified formula 7) is further consistent with a POSITA's

knowledge of 802.11. For example, IEEE 802.11ac discloses an equation for determining the number of symbols of data of the non-legacy physical layer frame.

Following training and signal fields, the Data field shall be received. The number of symbols in the Data field is determined by Equation (22-104).

$$N_{STM} = \begin{cases} \mathcal{N}_{STM} - 1, \text{ if Short GI = 1 and Short GI NSYM Disambiguation = 1} \\ \mathcal{N}_{STM}, \text{ otherwise} \end{cases} \quad (22\text{-}104)$$

where

$$\mathcal{N}_{STM} = \left\lfloor \frac{\text{RXTIME} - \left(\begin{array}{c} T_{L\text{-STF}} + T_{L\text{-LTF}} + T_{L\text{-SIG}} + T_{VHT\text{-SIG-A}} + \\ T_{VHT\text{-STF}} + N_{LTF} T_{VHT\text{-LTF}} + T_{VHT\text{-SIG-B}} \end{array}\right)}{T_{STM}} \right\rfloor$$

$$\text{RXTIME}(\mu s) = \left\lceil \frac{\text{LENGTH} + 3}{3} \right\rceil \cdot 4 + 20 \quad (22\text{-}105)$$

NOTE—LENGTH in Equation (22-105) is the LENGTH field in L-SIG.

IEEE 802.11ac (PRIOR_ART_00063590), Section 22.3.21. A POSITA would have recognized that a modified L_LENGTH equation (modified formula 7) (i.e., the use of "- m" in L_LENGTH to signal additional information), an obvious offset would need to be applied to the RXTIME equation (22-105) to determine a largest integer less than or equal to the claimed x.

469.    Lin 929 renders obvious "m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation.[11] For example, Lin 929 discloses:

---

[11] In its contentions, Wilus identified the $N_{SYM}$ equation in IEEE 802.11ax for limitation [1g]. *See* '746 Infringement Contentions, Ex. A, pp. 3-5. Wilus failed to identify a definition for "m" that "denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame" (based on the claim language, m is a value obtained by subtracting the remaining value from 3).

**[0091]**  202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 - 3 + m, \ m = 1 \text{ or } 2 \qquad \text{formula 7}$$

**[0092]**  where m is a remainder of L-LENGTH modulo **3**.

Lin 929 at [0085]-[0092]. As discussed for [1f], it would have been obvious for a POSITA to use Lin 929 to obtain a remaining value by dividing the length information by 3 (the data size transmittable by a symbol of the legacy physical layer frame). Lin 929 L_LENGTH equation combines a factor that is a multiple of 3 with the "m" term. Thus, a division operation is useful to ascertain the value of the "m" term from the length information as received. A POSITA would have found it obvious to divide Lin 929 length information by 3 in the process of determining a remaining value (indeed the POSITA would have understood how the L_LENGTH was generated in Zhang 810 using a multiple of 3).

470.    To the extent the Wilus argues that modulus operation (mod 3) satisfies "a remaining value obtained by dividing the length information by 3," Lin 929 discloses that m is a remainder of L-LENGTH mod 3. See Lin 929 at [0085]-[0092]. A POSITA would understood that "m" can be determined at the receive side by computing the length information (as set by the transmit side using formula 7) mod 3.

471.    A POSITA would have understood that signaling information can be extracted from the remaining value by, for example, using the remaining value as-is or by subtracting it from 3. Given this finite choice, a POSITA would have found it obvious to try either one. As such, it is my opinion that it would have been obvious to obtain m by subtracting the remaining value from 3 (the data size transmittable by a symbol of the legacy physical layer frame).

472.    Lin 929 discloses that "$b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field." For example, Lin 929 describes that "the indication I may occupy one bit, and may also be referred to as an ambiguity indication I." *Id.*, [0064]. Lin 929 further describes:

[0059]    The last OFDM symbol of a PPDU may include a physical layer padding bit(PHY Padding). The last OFDM symbol is followed by a frame extension (FE or SE) field, so as to provide a receive end with some extra time for processing received data.

[0060]    At a transmit end:

[0061]    Step **101**: Generate a PPDU, where the PPDU includes a signal extension SE field, the SE field is after the last orthogonal frequency division multiplexing OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a high efficiency signaling field HE-SIG, and the indication information I is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols.

[0062]    Step **102**: Send the PPDU.

[0063]    Optionally, whether the current PPDU includes the SE may be determined according to BW, an MCS, a stream quantity, a coding scheme indication, or the like in the current HE-SIG.

[0064]    Specifically, the indication I may occupy one bit, and may also be referred to as an ambiguity indication I. How to efficiently set the ambiguity indication I is a focus of the following specific implementation manners.

[0065]    Generally, the transmit end obtains the ambiguity indication I according to a quantity N of OFDM symbols actually included in the PPDU and a quantity M of OFDM symbols obtained by the receive end.

[0066]    In a possible implementation manner, a value of the ambiguity indication I is determined by using the following formula:

[0067]    $T_{SE}$+L-LENGTH Rounding Error>(12,8+$T_{GI}$)us (formula 1) is satisfied, the ambiguity indication I is a first value; or when the foregoing formula 1 is not satisfied, the ambiguity indication I is a second value, where the L-Length rounding error is a difference between actual transmission duration and transmission duration that is indicated by L-length.

[0068]    In short, at the transmit end, when a difference is added to a length of the SE, the difference is a result

(L-Length rounding error) of subtracting the actual transmission duration from the transmission duration that is calculated according to L-Length. When a result of the adding is greater than one 4× OFDM symbol, the ambiguity indication I is set to 1.

[0069]    Specifically, in a general implementation manner, referring to FIG. **6**, an entire PPDU that includes an SE is considered, and a difference between actual duration of the entire PPDU and transmission duration indicated by L-length is an L-Length rounding error.

[0070]    In an implementation process, when the length of the SE is a multiple of a 1× OFDM length (four microseconds), referring to FIG. **7**, only a part that is of the PPDU and that does not include duration $T^{SE}$ of the SE may be considered, and a difference between actual duration of this part and transmission duration that does not include an L-length indication of the SE is denoted as an L-Length rounding error **1**. In this case, the L-Length rounding error **1** is essentially the same as the L-Length rounding error, but a calculation process of the L-Length rounding error **1** is simpler.

[0071]    Referring to the following Example 1, in the example, the L-LENGTH Rounding Error ($\Delta_{RE}$) is defined by using a formula.

Lin 929 at [0059]-[0071].



FIG. 6

Lin 929 at Fig. 6.



FIG. 7

212

Lin 929 at Fig. 7.

[0085] When $T_{SE}$ is considered, an L-LENGTH Rounding Error may be calculated by using the following solution:

[0086] 201. A transmit end learns an actual transmission time TXTIME.

$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} \qquad \text{formula 6}$$

[0087] where,

[0088] $T_{HE\_DATA} = N \cdot (12.8 + T_{GI})$, and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end;

[0089] $T_{L\_PREAMBLE}$ refers to transmission duration of an L-preamble; and

[0090] $T_{HE\_PREAMBLE}$ refers to transmission duration of an HE-preamble.

[0091] 202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \qquad \text{formula 7}$$
$$\left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 - 3 + m, m = 1 \text{ or } 2$$

[0092] where m is a remainder of L-LENGTH modulo **3**.

[0093] 203. A transmission time that is corresponding to a 1× symbol and calculated by using L-LENGTH is:

$$TXTIME' = \left\lceil \frac{L\_LENGTH - m + 3}{3} \right\rceil \times 4 + 20 \qquad \text{formula 8}$$
$$= \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} - 20}{4} \right\rceil \times 4 + 20$$

**[0094]**   204. Obtain an L-LENGTH Rounding Error ($\Delta_{RE}$).

$$\Delta_{RE} = TXTIME^* - TXTIME \qquad\qquad \text{formula 9}$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} + T_{SE} - 20 \end{array}}{4} \right\rceil \times 4 + 20 -$$

$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} - T_{SE} \end{array}}{4} \right\rceil \times 4 -$$

$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

**[0095]**   Alternatively, the foregoing step 201, 202, or 203 may be an optional step. That is, the L-LENGTH Rounding Error may be obtained by using only formula 9 in step 204. Certainly, when there is no conflict, any combination of step 201, 202, or 203 may be included.

**[0096]**   Preferably, to reduce calculation complexity, the L-LENGTH Rounding Error may be calculated not by simply using the formulas, but instead, the L-LENGTH Rounding Error ($\Delta_{RE}$) is obtained according to a stored table.

Lin 929 at [0085]-[0096]. See also Lin 929 at [0059]-[0071], [0126]. See also my discussion below for limitation [1h]. As can be seen from the foregoing disclosures, Lin 929 also discloses that "$T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame" as well as "$T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame."

> **(ix)**    **[1h] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.**

473.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "wherein the PE Disambiguity field is set based on a duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information

based on a duration of a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation.

474.    Lin 929 discloses that the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame. *See*, *e.g.*, Lin 929 at [0059]-[0067], [0085]-[0096], claims 13-16.

475.    First, Lin 929 discloses setting a bit for PE Disambiguity in the PE Disambiguity field (Lin 929's "ambiguity indication I") of the HE-SIG based on, for example, formula 1 in [0067].

[0059]    The last OFDM symbol of a PPDU may include a physical layer padding bit(PHY Padding). The last OFDM symbol is followed by a frame extension (FE or SE) field, so as to provide a receive end with some extra time for processing received data.

[0060]    At a transmit end:
[0061]    Step **101**: Generate a PPDU, where the PPDU includes a signal extension SE field, the SE field is after the last orthogonal frequency division multiplexing OFDM symbol that carries useful information, the PPDU includes indication information, the indication information is in a high efficiency signaling field HE-SIG, and the indication information I is generated based on a symbol length of the SE field and is used to indicate whether a receive end needs to adjust a calculated quantity of OFDM symbols.
[0062]    Step **102**: Send the PPDU.
[0063]    Optionally, whether the current PPDU includes the SE may be determined according to BW, an MCS, a stream quantity, a coding scheme indication, or the like in the current HE-SIG.
[0064]    Specifically, the indication I may occupy one bit, and may also be referred to as an ambiguity indication I. How to efficiently set the ambiguity indication I is a focus of the following specific implementation manners.

215

[0065]   Generally, the transmit end obtains the ambiguity indication I according to a quantity N of OFDM symbols actually included in the PPDU and a quantity M of OFDM symbols obtained by the receive end.

[0066]   In a possible implementation manner, a value of the ambiguity indication I is determined by using the following formula:

[0067]   $T_{SE}$+L-LENGTH Rounding Error>(12,8+$T_{GI}$)us (formula 1) is satisfied, the ambiguity indication I is a first value; or when the foregoing formula 1 is not satisfied, the ambiguity indication I is a second value, where the L-Length rounding error is a difference between actual transmission duration and transmission duration that is indicated by L-length.

Lin 929 at [0059]-[0067] (annotated).

476.    Lin 929's ambiguity indication is set based, for example, on whether formula 1 ([0067]) is satisfied, which itself is based on the duration of a symbol of the data of the non-legacy physical layer frame (12.8 + $T_{GI}$ μs). *Id.* Lin 929 describes 12.8 + $T_{GI}$ μs as a duration of a symbol of the data. Lin 929 at [0004] ("The 4× symbol length means that a data length is 12.8 μs in an OFDM (orthogonal frequency division multiplexing) symbol."), [0077] ("$T_{HE\_DATA}$ = N·(12.8+$T_{GI}$), and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end"), [0034], [0088], claim 1 ("$T_{GI}$ represents a transmission duration of a cyclic prefix length, wherein (12.8+$T_{GI}$) μs represents a transmission duration corresponding to a length of 4× OFDM symbol.").

477.    Lin 929's formula 1 ([0067]) is further based on a L-LENGTH Rounding Error. A POSITA would have recognized Lin 929's L-LENGTH Rounding Error as the claimed "increment of duration." In more detail, L-LENGTH Rounding Error is defined for example by formula 9 ([0094]):

**[0094]**    204. Obtain an L-LENGTH Rounding Error ($\Delta_{RE}$).

$$\Delta_{RE} = TXTIME^* - TXTIME \qquad \text{formula 9}$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} + T_{SE} - 20 \end{array}}{4} \right\rceil \times 4 + 20 -$$

$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} - T_{SE} \end{array}}{4} \right\rceil \times 4 -$$

$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

Lin 929 at [0094]. Both TXTIME* and TXTIME represent frame length durations, and their difference is an increment of frame length duration to correct for the ambiguity.

478.    The following disclosure of Lin 929 is relevant for terms of Lin 929's L-LENGTH Rounding Error.

**[0085]**    When $T_{SE}$ is considered, an L-LENGTH Rounding Error may be calculated by using the following solution:

**[0086]**    201. A transmit end learns an actual transmission time TXTIME.

$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} \qquad \text{formula 6}$$

**[0087]**    where,

**[0088]**    $T_{HE\_DATA} = N \cdot (12.8 + T_{GI})$, and N is a quantity of $4\times$ OFDM symbols that actually need to be transmitted by the transmit end;

**[0089]**    $T_{L\_PREAMBLE}$ refers to transmission duration of an L-preamble; and

**[0090]**    $T_{HE\_PREAMBLE}$ refers to transmission duration of an HE-preamble.

**[0091]**    202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 - 3 + m, m = 1 \text{ or } 2 \qquad \text{formula 7}$$

**[0092]**    where m is a remainder of L-LENGTH modulo **3**.

**[0093]**    203. A transmission time that is corresponding to a 1× symbol and calculated by using L-LENGTH is:

$$TXTIME = \left\lceil \frac{L\_LENGTH - m + 3}{3} \right\rceil \times 4 + 20$$

$$= \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} - 20}{4} \right\rceil \times 4 + 20 \qquad \text{formula 8}$$

**[0094]**    204. Obtain an L-LENGTH Rounding Error ($\Delta_{RE}$).

$$\Delta_{RE} = TXTIME - TXTIME \qquad \text{formula 9}$$

$$= \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 4 + 20 - (T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

$$= \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} - T_{SE}}{4} \right\rceil \times 4 - (T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

**[0095]**    Alternatively, the foregoing step 201, 202, or 203 may be an optional step. That is, the L-LENGTH Rounding Error may be obtained by using only formula 9 in step 204. Certainly, when there is no conflict, any combination of step 201, 202, or 203 may be included.

**[0096]**    Preferably, to reduce calculation complexity, the L-LENGTH Rounding Error may be calculated not by simply using the formulas, but instead, the L-LENGTH Rounding Error ($\Delta_{RE}$) is obtained according to a stored table.

Lin 929 at [0085]-[0096].

479.    Lin 929 describes that the duration of a symbol of the legacy physical layer frame, so-called "1× OFDM" frame, is 4 microseconds. Lin 929 at [0070] ("1× OFDM length (four microseconds)"), [0032] ("to improve transmission efficiency, a 4× symbol length is introduced into 802.11ax, and correspondingly, an 802.11a/n/ac symbol is referred to as a 1× symbol"). The duration of 4 microseconds is used in determining L-LENGTH. Lin at [0091] (see formula 7).

480.    Based on this disclosure for example, a POSITA would have understood that both (1) Lin 929's duration of a symbol of the data of the non-legacy physical layer frame and (2) L-LENGTH Rounding Error can be used to set TXTIME as reported via L-LENGTH in the L-SIG. For example, 12.8 + T$_{GI}$ μs is used in determining TXTIME via

[0086]    201. A transmit end learns an actual transmission time TXTIME.

$$\text{TXTIME} = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} \qquad \text{formula 6}$$

[0087]    where,

[0088]    T$_{HE\_DATA}$ = N·(12.8+T$_{GI}$), and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end;

Lin 929 at [0086]-[0088]. As discussed above, TXTIME is used in determining L-LENGTH. Lin at [0091] (see formula 7).

(c)    **Claim 3: The wireless communication terminal of claim 1, wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical**

**layer frame by the duration of a symbol of the legacy physical layer frame.**

481.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claim 1, limitations [1pre]–[1h].

482.    Lin 929 renders obvious "wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame" at least under Wilus's apparent claim interpretation.

483.    Lin 929 discloses setting a value of the PE-Disambiguity field based on the following equation.

**[0085]**    When $T_{SE}$ is considered, an L-LENGTH Rounding Error may be calculated by using the following solution:

**[0086]**    201. A transmit end learns an actual transmission time TXTIME.

$$TXTIME = T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} \qquad \text{formula 6}$$

**[0087]**    where,

**[0088]**    $T_{HE\_DATA} = N \cdot (12.8 + T_{GI})$, and N is a quantity of 4× OFDM symbols that actually need to be transmitted by the transmit end;

**[0089]**    $T_{L\_PREAMBLE}$ refers to transmission duration of an L-preamble; and

**[0090]**    $T_{HE\_PREAMBLE}$ refers to transmission duration of an HE-preamble.

**[0091]**    202. A value of L-LENGTH obtained by using TXTIME is:

$$L\_LENGTH = \qquad \text{formula 7}$$
$$\left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE} - 20}{4} \right\rceil \times 3 -$$
$$3 + m, m = 1 \text{ or } 2$$

**[0092]**    where m is a remainder of L-LENGTH modulo **3**.

**[0093]**    203. A transmission time that is corresponding to a 1× symbol and calculated by using L-LENGTH is:

$$TXTIME' = \left\lceil \frac{L\_LENGTH - m + 3}{3} \right\rceil \times 4 + 20 \qquad \text{formula 8}$$
$$= \left\lceil \frac{T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} - 20}{4} \right\rceil \times 4 + 20$$

**[0094]**    204. Obtain an L-LENGTH Rounding Error ($\Delta_{RE}$).

$$\Delta_{RE} = TXTIME^* - TXTIME \qquad\qquad \text{formula 9}$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} + T_{SE} - 20 \end{array}}{4} \right\rceil \times 4 + 20 - $$
$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

$$= \left\lceil \frac{\begin{array}{c} T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + \\ T_{HE\_DATA} - T_{SE} \end{array}}{4} \right\rceil \times 4 - $$
$$(T_{L\_PREAMBLE} + T_{HE\_PREAMBLE} + T_{HE\_DATA} + T_{SE})$$

**[0095]**    Alternatively, the foregoing step 201, 202, or 203 may be an optional step. That is, the L-LENGTH Rounding Error may be obtained by using only formula 9 in step 204. Certainly, when there is no conflict, any combination of step 201, 202, or 203 may be included.

**[0096]**    Preferably, to reduce calculation complexity, the L-LENGTH Rounding Error may be calculated not by simply using the formulas, but instead, the L-LENGTH Rounding Error ($\Delta_{RE}$) is obtained according to a stored table.

Lin 929 at [0085]-[0096]. See also Lin 929 at [0122]-[0129]. See also my discussion above for limitations [1g] and [1h].

> (d)    **Claim 4: The wireless communication terminal of claim 1, wherein the processor is configured to determine a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information.**

484.    In my opinion, Galaxy Tab S in combination with Lin 929 discloses "wherein the processor is configured to determine a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claim 1, limitations [1pre]–[1h].

485.    In Wilus's infringement contentions, Wilus implicated IEEE 802.11ax-2021:

For an HE TB PPDU, the LENGTH field is set to the TXVECTOR parameter L_LENGTH. For an HE SU PPDU, HE ER SU PPDU, and HE MU PPDU, the LENGTH field is set to the value given by the Equation (27-11).

$$\text{Length} = \left\lceil \frac{TXTIME - SignalExtension - 20}{4} \right\rceil \times 3 - 3 - m \qquad (27\text{-}11)$$

where

| | |
|---|---|
| TXTIME | is defined in 27.4.3 (in μs) |
| $m$ | is 1 for an HE MU PPDU and HE ER SU PPDU and 2 otherwise |
| SignalExtension | is 0 μs if the TXVECTOR parameter NO_SIG_EXTN is true and is aSignalExtension as defined in Table 27-54 if the TXVECTOR parameter NO_SIG_EXTN is false |

*See* '746 Infringement Contentions, Exhibit A, pp. 21-22 (citing 802.11ax at Section 27.3.11.5). Wilus's infringement contentions do not identify what it considers to be "a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information." Additionally, Equation 27-11 applies to the transmit-side, i.e., its value is used to set a field in the L-SIG according to IEEE 802.11ax-2021, rather than the receive-side.

486.    Lin 929 renders obvious determining a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information. See, for example, my discussions above for limitation [1f]. See also Lin 929 at [0029]-[0030], [0085]-[0096], [0122]-[0129].

> **(e)    Claim 5: The wireless communication terminal of claim 4, wherein the processor is configured to determine whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information.**

487.    In my opinion, Galaxy Tab S in combination with Lin 929 discloses "wherein the processor is configured to determine whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information" at least under Wilus's apparent claim interpretation. I incorporate my analysis above from claim 1, limitations [1pre]–[1h], and claim 4.

488.     Zhang 810 renders obvious determining whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information. See, for example, my discussions above for limitation [1f]. See also Lin 929 at [0029]-[0030], [0085]-[0096], [0122]-[0129]. Frames with or without a predetermined signaling field represent different formats. A non-legacy frame can have a predetermined field associated with HE-SIG-A or HE-SIG-B.

### (f)     Claim 8:

#### (i)     *[8pre] 8. An operation method of a wireless communication terminal that communicates wirelessly, the method comprising:*

489.     In my opinion, to the extent the preamble of claim 1 is limiting, Galaxy Tab S in combination with Lin 929 discloses "[a]n operation method of a wireless communication terminal that communicates wirelessly." *See* Section XI.A.2.b.i.

#### (ii)     *[8a] receiving a non-legacy physical layer frame by using the transceiver,*

490.     In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "receiving a non-legacy physical layer frame by using the transceiver" at least under Wilus's apparent claim interpretation. *See* Sections XI.A.2.b.ii - .iv.

#### (iii)     *[8b] obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,*

491.     In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame." at least under Wilus's apparent claim interpretation. *See* Section XI.A.2.b.v.

224

    **(iv)**    ***[8c] obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field,***

492.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field" at least under Wilus's apparent claim interpretation. *See* Section XI.A.2.b.vi.

    **(v)**    ***[8d] obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and***

493.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation. *See* Section XI.A.2.b.vii.

    **(vi)**    ***[8e] determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation,***

$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \middle/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

***where***

***[x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer***

> ***frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame***

494.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame" at least under Wilus's apparent claim interpretation. *See* Section XI.A.2.b.viii.

> ***(vii)    [8f] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame.***

495.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame" at least under Wilus's apparent claim interpretation. *See* Section XI.A.2.b.ix.

**B.    The Asserted Claims of the '077 Patent Lack Written Description and Enablement Support**

496.    As I discussed in Section VIII.A.5, the Asserted Claims of the '077 patent lack sufficient supporting disclosure in the earliest purported priority application ('525 application) to satisfy the written description and enablement requirements. It is my opinion that the subject matter recited in the asserted claims of the '077 patents are not sufficiently described in the specification of the earliest purported priority application to reasonably convey to those skilled in the art that the inventor had possession of the claimed subject matter as of the earliest purported priority date of the '077 patent.

497.    In my opinion, the Asserted Claims of the '077 patent also lack sufficient supporting disclosure in the specification of the '077 patent to satisfy the written description and enablement requirements for the additional reasons noted below.

**(a)    Claim 1**

498.    In my opinion, the '077 patent lacks written description and enablement support for claim 1.

*(i)    **Claim 1: [1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,***

499.    For example, it is my opinion that the specification of the '077 patent lacks written description and enablement support for limitation [1f] in claim 1 which recites "[wherein the processor is configured to] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size

transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps."

500.    For example, the specification of the '077 patent does not describe what "information other than information on the duration of the non-legacy physical layer frame" is or how it could be obtained. Moreover, the specification of the '077 patent does not describe what "a remaining value" is. Further, the specification of the '077 patent does not contain any disclosures pertaining to "a remaining value" or to any value "obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame."

501.    In my opinion, the specification of the '077 patent also does not enable claim 1 because limitation [1f] was not described in the specification in such a way as to enable a POSITA to make and/or use the claimed invention. It is not possible for a POSITA to make or use the claimed invention without undue experimentation. For example, the specification does not provide any direction regarding "information other than information on the duration of the non-legacy physical layer frame." The specification also does not provide any direction regarding how this "information" is obtained "through a remaining value." The open-ended language used in limitation [1f], *i.e.*, "obtain information *other than* information on the duration of the non-legacy physical layer frame," exacerbates these issues because it further burdens a POSITA to figure out the information that is to be obtained. That "information *other than* information on the duration of the non-legacy physical layer frame" is not used or referred to elsewhere in claim 1 compounds the burden.

 (b)    **Claim 3: The wireless communication terminal of claim 1, wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy**

**physical layer frame and the value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame by the duration of a symbol of the legacy physical layer frame.**

502.    In my opinion, the '077 patent lacks written description and enablement support for claim 3. Claim 3 is a dependent claim of claim 1. As such, the '077 patent lacks written description and enablement support for claim 3 for at least the reasons I discussed above for claim 1.

> **(c)    Claim 4: The wireless communication terminal of claim 1, wherein the processor is configured to determine a format of a non-legacy signaling field included in the non-legacy physical layer frame based on the length information.**

503.    In my opinion, the '077 patent lacks written description and enablement support for claim 4. Claim 4 is a dependent claim of claim 1. As such, the '077 patent lacks written description and enablement support for claim 4 for at least the reasons I discussed above for claim 1.

> **(d)    Claim 5:  The wireless communication terminal of claim 4, wherein the processor is configured to determine whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information.**

504.    In my opinion, the '077 patent lacks written description and enablement support for claim 5. Claim 5 is a dependent claim of claim 4, which is a dependent claim of claim 1. As such, the '077 patent lacks written description and enablement support for claim 5 for at least the reasons I discussed above for claims 1 and 4.

> **(e)    Claim 8**

505.    In my opinion, the '077 patent lacks written description and enablement support for claim 8.

> **(i)    Claim 8: [8d] obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the**

229

*data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and*

506.    For example, it is my opinion that the specification of the '077 patent lacks written description support for limitation [8d] in claim 8 which recites "obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps."

507.    For example, the specification of the '077 patent does not describe what "information other than information on the duration of the non-legacy physical layer frame" is or how it could be obtained. Moreover, the specification of the '077 patent does not describe what "a remaining value" is. Further, the specification of the '077 patent does not contain any disclosures pertaining to "a remaining value" or to any value "obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame."

508.    In my opinion, the specification of the '077 patent also does not enable claim 8 because limitation [8d] was not described in the specification in such a way as to enable a POSITA to make and/or use the claimed invention. It is not possible for a POSITA to make or use the claimed invention without undue experimentation. For example, specification of the '077 patent does not provide any direction regarding "information other than information on the duration of the non-legacy physical layer frame." The specification of the '077 patent also does not provide any direction regarding how this "information" is obtained "through a remaining value." The open-ended language used in limitation [8d], i.e., "obtaining information *other than* information on the duration of the non-legacy physical layer frame," exacerbates these issues because it further burdens a POSITA to figure out the information that is to be obtained. That "information *other*

230

***than*** information on the duration of the non-legacy physical layer frame" is not used or referred to elsewhere in claim 8 compounds the burden.

> **(ii)** **Claim 8: [8e] determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation,**
>
> $$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \middle/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$
>
> **where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame**

509. In my opinion, the specification of the '077 patent lacks written description support for limitation [8e] in claim 8 which recites "determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \middle/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame."

### C.    The Asserted Claims of the '077 Patent Do Not Recite Patent Eligible Subject Matter

510.    It is my opinion that the asserted claims of the '077 patent do not recite patent eligible subject matter. Rather, as discussed below, the asserted claims of the '077 patent recite patent-ineligible subject matter because they are directed to the abstract idea of determining an amount of received data, which is mere conversion of information from one transitory format to another via mathematical algorithms/formulas, and they do not recite an inventive concept sufficient to transform the abstract idea into patent eligible matter. More specifically, it is my opinion that the asserted claims are directed to the abstract idea of determining an amount of received data via mathematical algorithms/formulas for calculating the number of data symbols in a frame according to a straightforward mathematical relationship.

511.    It is further my opinion that, aside from the abstract idea of determining an amount of received data, the claim limitations, both individually and as a combination, do not provide an inventive concept but merely recite well understood, routine, and conventional components and activities for implementing the abstract idea that were well known in communications systems and to persons of ordinary skill in the art before the alleged priority date of the '077 patent.

512.    To the extent structure is claimed in any of the claims, that structure is nothing more than general purpose computer components performing general purpose computer functions. Such general purpose structure is insufficient to transform the nature of the claims into patent-eligible subject matter.

### 1.    The Asserted Claims of the '077 Patent are Directed to an Abstract Idea

513.    For the reasons discussed below, it is my opinion that the asserted claims of the '077 patent are directed to nothing more than the abstract idea of an algorithm for determining an amount of received data.

514.    I understand that the Court may analyze less than all asserted claims to determine patent ineligibility where the claims of the asserted patents are substantially similar in that they recite little more than the same abstract idea. Although I have analyzed the patent eligibility of all Asserted Claims, I have focused my discussion below on claim 1, which I believe is exemplary representative claim for the patent eligibility analysis applicable to all Asserted Claims. Asserted claim 1 recites:

[1pre] 1. A wireless communication terminal that communicates wirelessly, the terminal comprising:

[1a] a transceiver; and

[1b] a processor,

[1c] wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,

[1d] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,

[1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,

[1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and

[1g] determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,

$$N_{SYM} = \left\lfloor \left( \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{THE\_PREAMBLE} \right) \middle/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer

233

frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,

[1h] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.

515.    It is my opinion that the asserted claims are directed to the abstract idea of determining an amount of received data via mathematical algorithms/formulas for calculating the number of data symbols in a frame according to a straightforward mathematical relationship. The claims do not describe any improvement in technology that performs this abstract idea, but merely rely on generic technologies to perform this idea. Claim 1 recites "a wireless communication terminal," whose hardware, as recited in the claim language, comprise in its entirety (1) "a transceiver" and (2) "a processor" which is configured to perform certain functions. These functions consist of receiving, obtaining, and decoding data, using existing IEEE 802.11 procedures and functionality. See, e.g., Sections VI, VII, and VIII.

516.    It is further my opinion that, for the same reasons as claim 1 of the '077 patent, dependent claims 3-5 and independent claim 8 are patent ineligible because they, too, are directed to the same abstract idea, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

## 2.    The Asserted Claims of the '077 Patent Do Not Recite an Inventive Concept

517.    As shown below, the asserted claims of the '077 patent lack an inventive concept because, aside from the abstract idea of determining an amount of received data, the claim limitations, individually and in combination, merely recite well-understood, routine, and

conventional components and activities previously known in the field of IEEE 802.11 communications systems to persons skilled in the art before the '077 patent's alleged priority date.

(a)    **Claim 1**

(i)    *[1pre] 1. A wireless communication terminal that communicates wirelessly, the terminal comprising:*

518.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0033], [0034], [0042], and [0048]-[0086], Fig. 1, Fig. 3A, Fig. 8
- Bharadwaj 059 at [0034], [0035], [0043], [0049]-[0080], Fig. 1, Fig. 3A, Fig. 8
- US 10,142,067 to Cao ("Cao 067") at 3:23-45, 2:66-67, 4:17-5:40, 5:41-6:12, Fig. 1
- Zhang 810 at 9
- IEEE 802.11-2012 at Section 3.1, see also IEEE 802.11ac
- US 2016/0286012 to Yu ("Yu 012") at [0059], Fig. 1
- Provisional Application No. 62/138,294 ("Yu 294") at 16
- Provisional Application No. 62/145,428 ("Yu 428") at 2
- US 2018/0102929 to Lin ("Lin 929") at [0028], Fig. 1, Claims 13-16
- Lee 929 at 11:16-45, Fig. 12
- U.S. Patent 10,044,476 ("Cao 476") at 4:15-5:39

(ii)    *[1a] a transceiver; and*

519.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0078], [0080], Fig. 8
- Bharadwaj 059 at [0076], [0100], Fig. 8
- US 10,142,067 to Cao ("Cao 067") at 4:41-62, 5:28-40, Fig. 1
- IEEE 802.11-2012 at Section 3.1, Section 18.3.8.2
- US 2016/0286012 to Yu ("Yu 012") at [0059], [0064], Fig. 1
- Provisional Application No. 62/138,294 ("Yu 294") (PRIOR_ART_00002102) at 16-17
- Provisional Application No. 62/145,428 ("Yu 428") (PRIOR_ART_00002145) at 2
- US 2018/0102929 to Lin ("Lin 929") at [0028], Fig. 1
- Lee 929 at 11:16-45, Fig. 12
- U.S. Patent 10,044,476 ("Cao 476") at 4:15-5:39

### (iii)    [1b] a processor,

520.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0078], [0080], Fig. 8
- Bharadwaj 059 at [0076], [0100], Fig. 8
- US 10,142,067 to Cao ("Cao 067") at 4:41-62, 5:28-40, Fig. 1
- IEEE 802.11-2012 at Section 3.1, Section 18.3.8.2
- US 2016/0286012 to Yu ("Yu 012") at [0059], Fig. 1
- Provisional Application No. 62/138,294 ("Yu 294") at 16-17
- Provisional Application No. 62/145,428 ("Yu 428") at 2
- US 2018/0102929 to Lin ("Lin 929") at [0132], Fig. 9
- Lee 929 at 11:16-45, Fig. 12
- U.S. Patent 10,044,476 ("Cao 476") at 4:15-5:39

### (iv)    [1c] wherein the processor is configured to receive a non-legacy physical layer frame by using the transceiver,

521.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0042]-[0043], [0046]-[0047], Fig. 3A, Fig. 4A
- Bharadwaj 059 at [0043]-[0044], [0047]-[0048], Fig. 3A, Fig. 4A
- US 10,142,067 to Cao ("Cao 067") at 3:23-45, 5:28-40, 5:41-6:12, Fig. 2
- Zhang 810 at pp. 9, 10, 15
- US 2016/0286012 to Yu ("Yu 012") at [0059]-[0066], [0077]-[0084], Fig. 3
- Provisional Application No. 62/138,294 ("Yu 294") at 16-19
- Provisional Application No. 62/145,428 ("Yu 428") at 2-4
- IEEE 802.11-2012 at Section 18.3.8.2
- IEEE 802.11ac at Section 22.1.4, Section 22.3.2, Section 22.3.21, Fig. 22-36, Fig. 22-37, Table 22-1
- US 2018/0102929 to Lin ("Lin 929") at [0122]-[0129], [0029]-[0030], Fig. 2, Abstract, [0003]-[0006]
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 4:61-5:26

### (v)     *[1d] obtain a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,*

522.     The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0042]-[0043], [0046]-[0050], Fig. 3A, Fig. 4A, Fig. 4B
- Bharadwaj 059 at [0043]-[0044], [0047]-[0051], Fig. 3A, Fig. 4A, Fig. 4B
- US 10,142,067 to Cao ("Cao 067") at 5:41-6:12, 6:51-7:5, 7:19-47, Fig. 2, Fig. 3
- Zhang 810 at pp. 23, 13
- IEEE 802.11-2012 at Section 3.3, Section 18.3.4.1, Section 18.3.4.3, Section 9.23.4
- US 2016/0286012 to Yu ("Yu 012") at [0099]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.7.4, Section 22.3.2, Section 22.3.4.4, Section 22.3.8.2.4
- US 2018/0102929 to Lin ("Lin 929") at [0029]-[0030], Fig. 2, Abstract
- Lee 929 at 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33
- U.S. Patent 10,044,476 ("Cao 476") at 3:22-4:14, 7:18-46, 15:36-50, 23:15-26

> ### *(vi)    [1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,*

523.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0050], [0054]
- Bharadwaj 059 at [0051], [0055]-[0056]
- US 10,142,067 to Cao ("Cao 067") at 5:41-6:12, 6:51-7:5, 7:19-47, Fig. 2, Fig. 3
- Zhang 810 at pp. 23
- US 2016/0286012 to Yu ("Yu 012") at [0158]-[0165], Fig. 13
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.2, Section 22.3.4.4, Section 22.3.8.2.4, Section 22.3.21
- IEEE 802.11-2012 at Section 18.3.4.1, Section 18.3.4.3, Section 9.23.4
- US 2018/0102929 to Lin ("Lin 929") at [0029]-[0030], [0043]-[0045], Figs. 2-5
- Lee 929 at 3:52-4:15, 5:35-50, 7:7-8:33, Figs. 1-2
- U.S. Patent 10,044,476 ("Cao 476") at 15:36-50

> ### *(vii)    [1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,*

524.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- Prior art Wi-Fi devices, e.g., Samsung Galaxy Tab S
- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0050], [0054]-[0055]

- Bharadwaj 059 at [0051], [0055]-[0057]
- US 10,142,067 to Cao ("Cao 067") at 7:19-47, 15:38-52, 15:53-16:18, 12:54-65, Figure 3
- Zhang 810 at pp. 23
- IEEE 802.11-2012 at Section 9.23.4, Table 20-6
- US 2016/0286012 to Yu ("Yu 012") at [0099], [0232]-[0237], [0267],
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Fig. 22-36, Fig. 22-37
- US 2018/0102929 to Lin ("Lin 929") at [0085]-[0092], [0059]-[0071], [0122]-[0129]
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 15:36-16:16, 7:30-46

> **(viii)** **[1g] determine the number of symbols of data of the non-legacy physical layer frame according to a following equation,**
>
> $$N_{SYM} = \left\lfloor \left( \left\lfloor \frac{L\_LENGTH + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right\rfloor / T_{SYM} \right) \right\rfloor - b_{PE\_Disambiguity}$$
>
> **where $\lfloor x \rfloor$ denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame,**

525.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0032], [0048]-[0059], [0063], [0088], Figs. 4A, 4B
- Bharadwaj 059 at [0033], [0049]-[0060], [0063], [0082], Figs. 4A, 4B
- US 10,142,067 to Cao ("Cao 067") at 16:18-29, 15:38-52, 15:53-16:18, 10:5-46, 14:47-15:35
- Zhang 810 at pp. at 22-24
- US 2016/0286012 to Yu ("Yu 012") at [0099], [0232]-[0237], [0267]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Section 22.3.8.2.4, Section 22.3.1

- IEEE 802.11-2012 at Table 20-6, Section 9.23.4, Section 20.3.11, Section 9.3.8, Section 9.23.5.1
- US 2018/0102929 to Lin ("Lin 929") at Abstract, [0059]-[0071], Fig. 6, Fig. 7, [0085]-[0096], [0122]-[0129], Claims 13-16
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 14:46-15:35

> **(ix)** **[1h] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of the legacy physical layer frame.**

526.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0032], [0048], [0049]-[0059], [0063], [0088], Figs. 4A, 4B
- Bharadwaj 059 at [0033], [0050]-[0060], [0063], [0082], Figs. 4A, 4B
- US 10,142,067 to Cao ("Cao 067") 14:47-15:35
- Zhang 810 at pp. at 22-24
- US 2016/0286012 to Yu ("Yu 012") at [0232]-[0237], [0267], [0099]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Section 22.3.8.2.4, Section 22.3.1
- IEEE 802.11-2012 at Section 9.23.4, Section 9.3.8, Section 9.23.4, Section 9.23.5.1, Table 20-6
- US 2018/0102929 to Lin ("Lin 929") at [0085]-[0096], Claims 13-16
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 14:46-15:35

> **(b)** **Claim 3: The wireless communication terminal of claim 1, wherein the increment of duration is a value obtained by multiplying a difference between a value obtained by performing a ceiling operation on a value obtained by dividing the duration of the non-legacy physical layer frame after the legacy signaling field by the duration of a symbol of the legacy physical layer frame and the value obtained by dividing the**

**duration of the non-legacy physical layer frame after the legacy
signaling field by the duration of a symbol of the legacy physical
layer frame by the duration of a symbol of the legacy physical
layer frame.**

527.    The elements of this limitation would have been well-understood, routine, and
conventional to a POSITA at the time of the alleged invention. The claim employs well-known
components or functionality, as shown in the discussions above related to obviousness of the claim
in light of prior art. See for example, the following:

- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0053]
- Bharadwaj 059 at [0054]
- US 10,142,067 to Cao ("Cao 067") at 16:18-29, 15:38-52, 15:53-16:18, 10:5-46, 14:47-15:35
- Zhang 810 at pp. 22-24
- US 2016/0286012 to Yu ("Yu 012") at [0232]-[0237], [0267], [0099]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Section 22.3.8.2.4, Section 22.3.1
- IEEE 802.11-2012 at Table 20-6, Section 9.23.4, Section 20.3.11, Section 9.3.8, Section 9.23.5.1
- US 2018/0102929 to Lin ("Lin 929") at [0085]-[0096], [0122]-[0129],
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 10:12-11:8

    **(c)**    **Claim 4: The wireless communication terminal of claim 1,
wherein the processor is configured to determine a format of a
non-legacy signaling field included in the non-legacy physical
layer frame based on the length information.**

528.    The elements of this limitation would have been well-understood, routine, and
conventional to a POSITA at the time of the alleged invention. The claim employs well-known
components or functionality, as shown in the discussions above related to obviousness of the claim
in light of prior art. See for example, the following:

- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0042]-[0043], [0046], [0050], [0054], Fig. 3A
- Bharadwaj 059 at [0043]-[0044], [0047], [0051], [0055]-[0056], Fig. 3A
- US 10,142,067 to Cao ("Cao 067") at 5:41-6:12, 15:53-16:18, Fig. 2

- Zhang 810 at pp. 9, 23, 13
- US 2016/0286012 to Yu ("Yu 012") at [0232]-[0237], [0267], [0099]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Table 22-1
- IEEE 802.11-2012 at Section 9.23.4, Section 9.3.8, Section 9.23.5.1
- US 2018/0102929 to Lin ("Lin 929") at [0085]-[0096], [0029]-[0030], Fig. 2, [0122]-[0129]
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 11:66-12:40

> **(d)** **Claim 5: The wireless communication terminal of claim 4, wherein the processor is configured to determine whether the non-legacy physical layer frame comprises a predetermined signaling field based on the length information.**

529. The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2016/0345202 to Bharadwaj ("Bharadwaj 202") at [0050], Fig. 4A, Fig. 4B
- Bharadwaj 059 at [0051], Fig. 4A, Fig. 4B
- US 10,142,067 to Cao ("Cao 067") at 5:41-6:12, 15:53-16:18, Fig. 2
- Zhang 810 at pp. 9, 23, 13
- US 2016/0286012 to Yu ("Yu 012") at [0232]-[0237], [0267], [0099]
- Provisional Application No. 62/138,294 ("Yu 294") at 2-3, 9-11
- Provisional Application No. 62/145,428 ("Yu 428") at 12
- IEEE 802.11ac at Section 22.3.21, Table 22-1
- IEEE 802.11-2012 at Section 9.23.4
- US 2018/0102929 to Lin ("Lin 929") at [0029]-[0030], Fig. 2, [0122]-[0129],
- Lee 929 at Abstract, 3:52-4:15, Fig. 1, Fig. 2, 5:35-50, 7:7-8:33, 9:1-39, Fig. 6, Fig. 7, 6:10-22
- U.S. Patent 10,044,476 ("Cao 476") at 15:67-16:16

> **(e)** **Claim 8:**

> **(i)** **[8pre] 8. An operation method of a wireless communication terminal that communicates wirelessly, the method comprising:**

242

530.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.i.

### (ii)    [8a] receiving a non-legacy physical layer frame by using the transceiver,

531.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Sections XI.C.2.a.ii - .iv.

### (iii)    [8b] obtaining a legacy signaling field including information decodable by a legacy wireless communication terminal from the non-legacy physical layer frame,

532.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.v.

### (iv)    [8c] obtaining length information indicating information on a duration of the non-legacy physical layer frame after a legacy signaling field, from the legacy signaling field,

533.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.vi.

### (v)    [8d] obtaining information other than the information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a

243

**legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and**

534.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.vii.

    ***(vi)***   **[8e] determining the number of symbols of the data of the non-legacy physical layer frame according to a following equation,**

$$N_{SYM} = \left\lfloor \left( \frac{\text{L\_LENGTH} + m + 3}{3} \times 4 - T_{HE\_PREAMBLE} \right) \Big/ T_{SYM} \right\rfloor - b_{PE\_Disambiguity}$$

**where [x] denotes a largest integer less than or equal to x, L_LENGTH denotes the length information, m denotes a value obtained by subtracting the remaining value from the data size transmittable by a symbol of the legacy physical layer frame, $b_{PE\_Disambiguity}$ denotes a value of PE Disambiguity field, $T_{HE\_PREAMBLE}$ denotes a duration of non-legacy preamble of the non-legacy physical layer frame, $T_{SYM}$ denotes a duration of a symbol of the data of the non-legacy physical layer frame**

535.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.viii.

    ***(vii)***   **[8f] wherein the PE Disambiguity field is set based on the duration of a symbol of the data of the non-legacy physical layer frame and an increment of duration to set a value of the length information based on a duration of a symbol of legacy physical layer frame.**

536.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known

components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. *See* Section XI.C.2.a.ix.

## XII.    ANALYSIS OF THE '281 PATENT

537.    As set forth in more detail in this section, it is my opinion that the Asserted Claims of the '281 Patent are invalid because they are rendered obvious by the prior art identified in this Report.

### A.    Opinions for the '281 Patent Based on Prior art

#### 1.    Samsung Galaxy Tab S in Combination with Josiam

538.    It is my opinion that the combination of Samsung Galaxy Tab S and Josiam renders obvious claims 1-4 and 6 of the '281 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

##### (a)    Motivation to Combine

539.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Josiam's teachings for the following reasons.

540.    I note, as an initial matter, that Samsung Galaxy Tab S and Josiam are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Josiam, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement receiving channel nulling (puncturing) information.

541.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Josiam to take advantage of the benefits that Josiam's techniques provide such as such allowing non-continuous channel allocation by nulling (puncturing) channels. Josiam at [0196].

542.    A POSITA would have recognized that applying the techniques of Josiam to the Galaxy Tab S, i.e., Josiam's channel nulling (puncturing) techniques, would have yielded predictable results such allowing non-continuous channel allocation. This combination of Galaxy Tab S and Josiam represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Josiam are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Josiam's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Josiam.

          **(b)**    **Claim 1**

                **(i)**    *[1pre] A wireless communication terminal, the terminal comprising:*

543.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

544.    The Samsung Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931;

PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



Id., 5.

### (ii)    [1a] a processor; and

545.    In my opinion, the Samsung Galaxy Tab S includes a processor.

| | |
|---|---|
| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |

See PRIOR_ART_00001931, p. 6.

### (iii)    [1b] a communication unit,

546.    In my opinion, the Samsung Galaxy Tab S includes a communication unit. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood as including a communication unit, and is capable of implementing certain features of 802.11a/b/g/n/ac.

| | |
|---|---|
| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |

*See* PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069.

### (iv)    [1c] wherein the processor is configured to: receive a wireless packet through the communication unit,

547.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

548.    As I explained above, Samsung Galaxy Tab S discloses a processor and a communication unit. A POSITA would have understood that a wireless communication terminal receives a wireless packet through a communication unit to decode it via the processor. For example, Josiam's Provisional states that the STA receives and decodes a wireless packet. Josiam Provisional at 8, 10-11, 15, 31. Josiam's Provisional further provides that "[p]rocessing at the STA to interpret RU arrangement when non-contiguous channel bonding is used." Josiam Provisional

at 33. Based on these disclosures, a POSITA would have understood that a STA includes a processor that is configured to receive a wireless packet through the communication unit.

549.    In addition, it would have been obvious to a POSITA that the combination of Samsung Galaxy Tab S and Josiam includes a processor configured to: receive a wireless packet through the communication unit. Using a processor for decoding a wireless packet received through a communication unit was well known in the art and within the general knowledge of a POSITA.

> ### (v)    [1d] obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet,

550.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

551.    Josiam discloses that "[t]he size of the RU position index carried in the block of user allocation information varies according to the bandwidth information signaled in the HE-SIG-A." Josiam, [0132], Josiam Provisional, 1-3, 16, Fig. 2. A POSITA would have understood the bandwidth information signaled in the HE-SIG-A to be carried in a field inside the HE-SIG-A. See, e.g., Josiam Provisional, Fig. 2 (showing the Bandwidth field inside VHT-SIG-A1).

552.    In addition, a POSITA would have understood Josiam builds on the VHT-SIG fields in the IEEE 802.11ac standard. Josiam, [0102]; Josiam Provisional, 1-2. In particular, a POSITA would have known that the existing VHT-SIG-A field in the IEEE 802.11ac standard includes a bandwidth field to indicate the bandwidth of a PPDU, and would have found it obvious to use the bandwidth field in the HE-SIG-A. See Josiam Provisional, Fig. 2

553.    Further, including a bandwidth field in the HE-SIG-A was within the knowledge of a POSITA. For example, the 802.11ax Draft Specification Framework dated December 6, 2015 included a bandwidth field in HE-SIG-A, and thus a POSITA would have found it obvious that

the bandwidth field was also included in the PPDU disclosed by Josiam which is directed to IEEE

802.11ax.    IEEE    802.11ax    December    7,    2015    Draft    Specification    Framework

(PRIOR_ART_00000191); Josiam, [0003]; Josiam Provisional, 1, 7.

> ### (vi)    *[1e] obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and,*

554.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders

obvious this limitation.

555.    A POSITA would have understood that Josiam renders obvious "obtain information

of an unassigned resource unit via … the bandwidth field of the HE-SIG-A." As I explained above

for limitation [1d], a POSITA would have understood that Josiam discloses a bandwidth field of

HE-SIG-A that indicates the bandwidth of the PPDU (packet). Josiam, [0094], [0105], [0123],

[0132]; Josiam Provisional, 8-9, 13, 16. Josiam discloses that the information of an unassigned

resource can be obtained via the bandwidth field of HE-SIG-A. Josiam, [0130]-[0138], [0164]-

[0175], Figs. 11, 14-16, 29; Josiam Provisional, 11-12, 15-17, 24-29. In particular, Josiam explains

that the bandwidth field in HE-SIG-A indicates the total bandwidth of the PPDU, which provides

the total number of possible tones and the signaling format for HE-SIG-B. Josiam, [0130]-[0134],

[0164]-[0175], Figs. 14-16, 29; Josiam Provisional, 15-17, 24-29. A POSITA would have

understood that the number of content channels in HE-SIG-B, and the length of the common field

in each of the content channels depends on the bandwidth (provided in the bandwidth field of HE-

SIG-A). Josiam, [0156]-[0192]; Josiam Provisional, 22-30.

556.    A POSITA would have understood that Josiam renders obvious "obtain information

of an unassigned resource unit via … a subfield of HE-SIG-B of the received packet." Josiam

discloses that the information of an unassigned resource can be obtained via the resource unit

allocation index of HE-SIG-B. Josiam, [0130]-[0138], [0164]-[0175], Figs. 11, 14-16, 29; Josiam

Provisional, 11-12, 15-17, 24-29. For example, Josiam discloses that "[t]he STAs decode each HE-SIG-B in each 20MHz segment to identify which section carries information for them." Josiam, [0115]; Josiam Provisional, 11. Josiam further discloses that the station "uses the common information portion 2605 and the position of the STA's per-user allocation to unambiguously identify the RU including the STA's data." Josiam, [0157], Fig. 26; Josiam Provisional, 22-23. A POSITA would have also understood the common field as a subfield of HE-SIG-B. *Id.*; Josiam, [0105]-[0106], [0156]-[0157]; Josiam Provisional, 11, 23.

557.    Therefore, a POSITA would have understood that Josiam renders obvious "obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet."

> **(vii)    [1f] decode the received packet based on the bandwidth information and the information of the unassigned resource unit,**

558.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

559.    A POSITA would have understood that the information of the bandwidth information (provided via the bandwidth field in HE-SIG-A) is used to decode the received packet. As I explained above for limitation [1d], in Josiam, the bandwidth field in HE-SIG-A is used to determine the bandwidth of a PPDU. Josiam further explains that "[t]he header to both SU and MU PPDUs includes information necessary to decode the PPDU." Josiam, [0003]; Josiam Provisional, 1. A POSITA would have understood that a user device uses the PPDU bandwidth information to determine, among other things, (1) the number of 20 MHz channels used, (2) the tone plans, (3) and the number of HE-SIG-B content channels. *See* Josiam, [0095]-[0101], [0104], [0136]-[0138], [0156]- [0192]; Josiam Provisional, 7-12, 15-17, 23-30. Therefore, a POSITA

would have understood that the station decodes the received packet based on the PPDU bandwidth information, which is provided in the bandwidth field of HE-SIG-A.

560.    In addition, a POSITA would have also understood that the information of the unassigned resource unit is used to decode the received packet. For example, Josiam discloses that "[t]he STAs decode each HE-SIG-B in each 20MHz segment to identify which section carries information for them." Josiam, [0115]; Josiam Provisional, 11. Josiam further discloses that the station "uses the common information portion 2605 and the position of the STA's per-user allocation to unambiguously identify the RU including the STA's data." Josiam, [0157], Fig. 26; Josiam Provisional, 22-23. Based on these disclosures, a POSITA would have understood that in Josiam, information of an unassigned resource unit is used to determine that the STA does not need to decode the unassigned resource unit and to determine the position of the station's per-user allocation. A POSITA would have understood that a station uses the number of resource units to determine the length of the user-specific field of the HE-SIG-B, and based on that decodes the HE-SIG-B to obtain the station's assigned resource units and decode their data. Josiam, [0142], [0149], [0170]; Josiam Provisional, 18-19, 24.

561.    Based on these disclosures, a POSITA would have understood that Josiam renders obvious "decode the received packet based on the bandwidth information and the information of the unassigned resource unit."

> (viii)    *[1g] wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and*

562.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

563.     Josiam discloses that the information of an unassigned resource can be obtained via a combination of the bandwidth field of HE-SIG-A and the resource unit allocation index of HE-SIG-B. Josiam, [0130]-[0138], [0164]-[0175], Figs. 11, 14-16, 29; Josiam Provisional, 11-12, 15-17, 24-29. In particular, Josiam explains that the bandwidth field in HE-SIG-A indicates the total bandwidth of the PPDU, which provides the total number of possible tones and the signaling format for HE-SIG-B. Josiam, [0130]-[0134], [0164]-[0175], Figs. 14-16, 29; Josiam Provisional, 15-17, 24-29.

564.     For example, an 80 MHz PPDU includes 996 tones and HE-SIG-B includes two content channels containing resource unit allocation information for two segments of 242-tones corresponding to alternating 20 MHz channels. Josiam further provides that "[t]he size of the RU position index carried in the block of user allocation information varies according to the bandwidth information signaled in the HE-SIG-A." Josiam at [0132]; Josiam Provisional at pages 1-4; see also Josiam, [0135]-[0140], [0150]-[0155], Table 3, Figs. 17, 23, 29. As Josiam explains, "[g]iven the fixed location of the RUs in the OFDMA tone plan, the enumeration of possible RU arrangements over a specific bandwidth is specified and signaled." Josiam, [0135]-[0138], Fig. 17; Josiam Provisional, 16-17. Therefore, a STA can use these two fields to determine that a particular resource unit within the overall 80 MHz bandwidth is unassigned. *See* Josiam Figs. 16, 19, 29, Table 3; Josiam Provisional, 22, Figs 16, 19, 29.

565.     Therefore, a POSITA would have understood that Josiam renders obvious "wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B."

    **(ix) [1h] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates**

> *additional puncturing information for the unassigned resource unit within the bandwidth.*

566. In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

567. First, Josiam renders obvious "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth."

568. Josiam discloses that "FIG. 38 illustrates an example of RU nulling 3800 for non-contiguous channel bonding according to one or more embodiments of the present disclosure":



FIG. 38

Josiam at [0193], Fig. 38; Josiam Provisional at pages 31-33. Josiam further explains that:

> In this illustrative embodiment, **depending on the nulling indicated in HE-SIG-A, the RU arrangement for the channels that carry data indicates where the data are carried and the edge RUs that need to be ignored.** The process begins with the STA 111 determining whether a non-contiguous channel bonding field is set to indicate null channels (step 4105). For example, in step 4105, the STA 111 may identify the non-contiguous channel bonding field from the HE-SIG-A field in a packet header, such as the packet header 300 in FIG. 3.

Josiam at [0196] (emphasis added); Josiam Provisional at pages 1-4. This process if shown in Fig. 41:



Josiam at Fig. 41; Josiam Provisional at pages 37-39.

569.    In my opinion, a POSITA would have found it obvious to apply the nulling as thought by Josiam to implement the puncturing as described by the '281 patent.

570.    As I explained above in the Technical Background section, the concept of puncturing was used in early versions of IEEE 802.11 standard (PRIOR_ART_00024015). For example, IEEE 802.11n describes puncturing in the context of a PPDU process as "[o]mit (puncture) some of the encoder output string (chosen according to a puncturing pattern)" and "is performed by discarding parity bits." See 20.3.4 and 20.3.11.6.5; *see also* U.S. 2016/0174200 at [0056] (PRIOR_ART_00013684) (disclosing "The FEC encoder may include a Binary Convolutional Code (BCC) encoder followed by a puncturing device, or the FEC encoder may include a Low-Density Parity-Check (LDPC) encoder.").

571.    An example of this IEEE 802.11n puncturing procedure is shown below:



**Figure 20-11—Puncturing at rate 5/6**

802.11n at Fig. 20-11.

572.    A POSITA would consider it obvious to reuse this procedure, which omits certain bits in future amendments to IEEE 802.11 base standards and systems based on these standards, such as Josiam which builds on the VHT-SIG fields in IEEE 802.11ac. Josiam, [0102]; Josiam Provisional, 1-2. In particular, a POSITA would have known that the existing VHT-SIG-A field in the IEEE standard includes a bandwidth field to indicate the bandwidth of a PPDU, and would have found it obvious to use the bandwidth field in the HE-SIG-A. See Josiam Provisional, Fig. 2. Based on Josiam's disclosures that "nulling [information is] indicated in HE-SIG-A" (Josiam at [0196]; Josiam Provisional at pages 1-4.), a POSITA would have found it obvious for the bandwidth field of the HE-SIG-A indicating channel information to be punctured.

573.    Second, Josiam renders obvious "the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth." For example, Josiam disclose that:

> **For different channels being nulled, the common information including the RU arrangement may not be carried.** For those channels that carry data, common control and per-user signaling fields are mapped to their respective HE-SIG-B channels as per the mapping rules. Different types of channel bonding can be supported as illustrated in FIGS. 38-40.

Josiam at [0194] (emphasis added); Josiam Provisional at pages 31-33.

574.    As I explained above, a POSITA would have found it obvious to apply the nulling as thought by Josiam to implement the puncturing as described by the '281 patent. Therefore, a POSITA would have found it obvious that for the channels being punctured, the common information in the RU arrangement may not be carried—i.e., additional puncturing information.

575.    Therefore, a POSITA would have found it obvious that Josiam renders obvious "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth."

      **(c)    Claim 2:  The wireless communication terminal of claim 1, wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index.**

576.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

577.    I incorporate my analysis from limitations [1pre]–[1h] above.

578.    Josiam renders obvious this limitation. In particular, Josiam discloses that:

> Various embodiments of the present disclosure provide RU arrangement indexing. In one or more embodiments of the present disclosure, an arrangement index 905 of RU arrangements is transmitted in the HE-SIG. A combination of RUs, made up of different RU sizes that cumulatively span the bandwidth indicated is called an RU arrangement. For example, 9 RUs made up of 26 tones per RU arranged at locations indicated in FIG. 3 is a combination and spans 20 MHz. An RU arrangement also encodes positional information—e.g., in a 20 MHz PPDU, a [52 26 26 26 26 26 26 26] arrangement 910 is different from a [26 26 52 26 26 26 26 26] arrangement 915 as illustrated. **The different RU arrangements are indexed and the**

**index 905 of an arrangement is signaled in the common duplicated portion of SIG-B.** Using this index 905, the frequency domain arrangement of the RUs is indicated to the STAs receiving the packet containing the header with the HE-SIG. Using indexing of the RU arrangement, a common information for all users, embodiments of the present disclosure can save significant overhead compared to other methods of RU arrangement signaling which may indicate RU position per each STA scheduled in the PPDU. For 20 MHz bandwidth, there are a total of 25 different RU arrangements possible, each of which spans the bandwidth as illustrated in FIG. 9. Therefore, a total of 5 bits are used to index all RU arrangements for 20 MHz bandwidth. An index of 0 or 1 (as illustrated in FIG. 9) (e.g., depending on where the index starts) can indicate that all the RUs are made of 26 tone RUs.

Josiam at [0104] (emphasis added); Josiam Provisional at page 8.

579.    A POSITA would have found it obvious that Josiam's index of an arrangement signaled in the common portion of HE-SIG-B would be predetermined, and thus Josiam renders obvious "wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index."

        **(d)**        **Claim 3: The wireless communication terminal of claim 2, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit.**

580.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

581.    I incorporate my analysis from limitations [1pre]–[1h] above.

582.    Josiam renders obvious this limitation. In particular, Josiam discloses that:

242-tone RU including 234 data tones and 8 pilot tones as defined for the VHT 80 MHz mode in 802.11ac (possible locations of the 242-toneRUs are fixed as illustrated in FIG. 7 and FIG. 8 for 40 MHz and 80 MHz OFDMA PPDUs, respectively); and

484-tone RU including 468 data tones and 16 pilot tones as defined for the VHT 160 MHz mode in 802.11ac (possible locations of the 484-tone RUs are fixed as illustrated in FIG. 8 for 80 MHz OFDMA PPDUs).

Josiam at [0100]-[101]; Josiam Provisional at pages 16-17; Figs. 16-18.

In this illustrative embodiment, the RU arrangement indexing 1700 is extended given that 6 more RU arrangements that can be indicated to use up the 5 bit budget (i.e., 5 bits can signal 32 different possibilities) discussed above. The extended RU arrangement indexing 1800 indicates larger RU building blocks. As illustrated in FIG. 18, a 484 tone RU, 996 tone RU and a 2*996 (1992) tone RU can be signaled by transmitting an index 1805 that encodes the arrangement of an RU.

Josiam at [0138]; Josiam Provisional at pages 16-17; Figs. 16-18.

583.    Based on these disclosures, a POSITA would have found it obvious that "the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit."

> **(e)    Claim 4:  The wireless communication terminal of claim 1, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement.**

584.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.

585.    I incorporate my analysis from limitations [1pre]–[1h] above.

586.    Josiam discloses resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B. Josiam at [0104], [0106], [0194]; Josiam Provisional at pages 13-15, 31-33.

587.    Josiam further discloses that:

> A reserve STA-ID can indicate no allocation over a particular RU. For example, STA-ID 0 can indicate that the RU is left empty and no data is carried over the RU. The common information portion 1010 can be specific for each 20 MHz segment 1005 and different among each 20 MHz segments 1005 over which data is transmitted.

Josiam at [0107]; Josiam Provisional at pages 15.

588.    Based on these disclosures, a POSITA would have found it obvious that "wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement."

> **(f)    Claim 6: The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured.**

589.    In my opinion, the combination of Samsung Galaxy Tab S and Josiam renders obvious this limitation.[12]

590.    I incorporate my analysis from limitations [1pre]–[1h] above.

591.    As I explained above for limitation [1h], a POSITA would have found it obvious that in Josiam the bandwidth field of the HE-SIG-A indicates channel information to be punctured. In addition, Josiam discloses that in a 80MHz PPDU, "Non-contiguous channel bonding support may be provided when no preamble and data is transmitted in at least one 20 MHz secondary channel." Josiam at [0181]; Josiam Provisional at pages 23, 27, 31. Thus, a POSITA would have found it obvious that the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz.

592.    Josiam also discloses that:

---

[12] During prosecution of the '281 patent, the examiner considered claim 6 to be satisfied if one of the two indications of puncturing information was shown., and the Applicant did not dispute the examiner's interpretation of the claim. '281 Prosecution History, Sep. 27, 2019 Non-Final Rejection at 65-66, at Applicant's December 27, 2019 Response at 43-51.

> Various embodiments of the present disclosure provide for extending multiplexing support to a 160 MHz bandwidth allocation. In this illustrative embodiment, eight 20 MHz segments are mapped to 2 HE-SIG- B channels 3715 and 3720 that are duplicated per 40 MHz for a MU PPDU that spans 160 MHz. The 160 MHz tone plan is built as two concatenated 80 MHz tone plans that are not aligned with 20 MHz segments.

Josiam at [0188]; Josiam Provisional at pages 35-36. A POSITA would have found it obvious that the bandwidth field indicates puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz.

593.    Josiam discloses that "depending on the nulling indicated in HE-SIG-A, the RU arrangement for the channels that carry data indicates where the data are carried[.]" Josiam at [0196]; Josiam Provisional at pages 1-4. Josiam further discloses that "[f]or different channels being nulled, the common information including the RU arrangement may not be carried. For those channels that carry data, common control and per-user signaling fields are mapped to their respective HE-SIG-B channels as per the mapping rules." Josiam at [0194]; Josiam Provisional at pages 31-33. Based on these disclosures, a POSITA would have found it obvious that the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured.

594.    Therefore, a POSITA would have found the combination renders obvious "wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured."

## 2.    Samsung Galaxy Tab S in Combination with Li

595.    It is my opinion that the combination of Samsung Galaxy Tab S and Li renders obvious claims 1-4 and 6 of the '281 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

### (a)    Motivation to Combine

596.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Li's teachings for the following reasons.

597.    I note, as an initial matter, that Samsung Galaxy Tab S and Li are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Li, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement receiving the information about which subchannels within the total bandwidth are available.

598.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Li to take advantage of the benefits that Li's techniques provide such as such allowing non-continuous channel allocation by providing information about subchannels within the total bandwidth are available. Li at [0030]; Li Provisional at [0036].

599.    A POSITA would have recognized that applying the techniques of Li to the Galaxy Tab S, i.e., Li's techniques for providing information about subchannels within the total bandwidth are available, would have yielded predictable results such allowing non-continuous channel allocation. This combination of Galaxy Tab S and Li represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results.

Additionally, it is my opinion that Galaxy Tab S and Li are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Li's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Li.

### (b)    Claim 1

#### (i)    *[1pre] A wireless communication terminal, the terminal comprising:*

600.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

601.    The Samsung Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.*, p. 4. Additionally,

263

the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.*, 5-6.



Id., 5.

### (ii)    [1a] a processor; and

602.    In my opinion, the Samsung Galaxy Tab S includes a processor.

| | |
|---|---|
| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |

See PRIOR_ART_00001931, p. 6.

### (iii)     [1b] a communication unit,

603.     In my opinion, the Samsung Galaxy Tab S includes a communication unit. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood as including a communication unit, and is capable of implementing certain features of 802.11a/b/g/n/ac.

| | |
|---|---|
| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |

*See* PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069.

### (iv)     [1c] wherein the processor is configured to: receive a wireless packet through the communication unit,

604.     In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

605.     As I explained above, Samsung Galaxy Tab S discloses a processor and a communication unit. A POSITA would have understood that a wireless communication terminal receives a wireless packet through a communication unit to decode it via the processor. For example, Li discloses that:

> **Any of the user devices 120 (e.g., user devices 124, 126, 128), and AP 102 may include any suitable radio and/or transceiver for transmitting and/or receiving radio frequency (RF) signals in the bandwidth and/or channels corresponding to the communications protocols utilized by any of the user device(s) 120 and AP 102 to communicate with each other.** The radio components may include hardware and/or software to modulate and/or demodulate communications signals according to pre-established transmission protocols. The radio components may further have hardware and/or software instructions to communicate via one or more Wi-Fi and/or Wi-Fi direct protocols, as standardized by the Institute of Electrical and Electronics Engineers (IEEE) 802.11 standards. In certain example embodiments, the radio component, in cooperation with the communications antennas, may be configured to communicate via 2.4 GHz channels (e.g. 802.11b, 802.11g, 802.11n), 5 GHz channels (e.g. 802.11n, 802.11ac), or 60

GHZ channels (e.g. 802.11ad). In some embodiments, non-Wi-Fi protocols may be used for communications between devices, such as Bluetooth, dedicated short-range communication (DSRC), Ultra-High Frequency (UHF) (e.g. IEEE 802.11af, IEEE 802.22), white band frequency (e.g., white spaces), or other packetized radio communications. The radio component may include any known receiver and baseband suitable for communicating via the communications protocols. The radio component may further include a low noise amplifier (LNA), additional signal amplifiers, an analog-to-digital (A/D) converter, one or more buffers, and digital baseband.

Li at [0023] (emphasis added) (emphasis added); Li Provisional at [0027].

606.    Based on these disclosures, a POSITA would have understood that a user device includes a processor that is configured to receive a wireless packet through the communication unit.

607.    In addition, it would have been obvious to a POSITA that the combination of Samsung Galaxy Tab S and Li includes a processor configured to: receive a wireless packet through the communication unit. Using a processor for decoding a wireless packet received through a communication unit was well known in the art and within the general knowledge of a POSITA.

> (v)    [1d] obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet,

608.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

609.    Li discloses that "the total bandwidth or the available subchannels are known from the HE-SIG-A." Li at [0032];  Li Provisional at [0039]. Li further discloses that "the available subchannels may be indicated in the HE-SIG-A …. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available." Li at [0030];  Li Provisional at [0036]-[0039].

266

610.    Li also discloses that "[t]he HE-SIG-A may also contain an indication of the total bandwidth of the communication channel. The bandwidth and/or the available subchannels may be known by the user device from decoding the HE-SIG-A (or other fields)." Li at [0055];  Li Provisional at [0036]-[0039].

611.    In addition, a POSITA would have understood Li builds on the VHT-SIG fields in the IEEE 802.11ac standard. Li at [0023]; Li Provisional at [0027]. In particular, a POSITA would have known that the existing VHT-SIG-A field in the IEEE 802.11ac standard includes a bandwidth field to indicate the bandwidth of a PPDU, and would have found it obvious to use the bandwidth field in the HE-SIG-A. See Li at [0032];  Li Provisional at [0039]; see also Jiayin Zhang et al., Preamble Structure for 11ax System (Jan. 2015) IEEE 802.11-15/0101r1 (SAMSUNG_WILUS_00204678) ("[The] 11ax PPDU should also contain HE-SIG-A to carry some similar fields as in HT-SIG/VHT-SIG-A of 11n/ac, e.g., BW, GI.").

612.    Further, including a bandwidth field in HE-SIG-A was within the knowledge of a POSITA. For example, the 802.11ax Draft Specification Framework dated December 6, 2015 included a bandwidth subfield in HE-SIG-A, and thus a POSITA would have found it obvious that the bandwidth field was also included in the PPDU disclosed by Li which is directed to IEEE 802.11ax. IEEE 802.11ax December 7, 2015 Draft Specification Framework; Li, [0029]; Josiam Provisional [0033].

613.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet."

> *(vi)    [1e] obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and,*

614.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

615.    A POSITA would have understood that Li renders obvious "obtain information of an unassigned resource unit via … the bandwidth field of the HE-SIG-A." As I explained above for limitation [1d], a POSITA would have understood that Li discloses a bandwidth field of HE-SIG-A that indicates the bandwidth of the PPDU (packet). Li at [0030], [0032], [0055];  Li Provisional at [0036]-[0039]. For example, Li discloses that "[t]he HE-SIG-A may also contain an indication of the total bandwidth of the communication channel. The bandwidth and/or the available subchannels may be known by the user device from decoding the HE-SIG-A (or other fields)." Li at [0055];  Li Provisional at [0036]-[0039]. A POSITA would have understood that HE-SIG-A providing the available channels renders obvious obtaining the information of an unassigned resource can be obtained via the bandwidth field of HE-SIG-A.

616.    In addition, a POSITA would have understood that Li renders obvious "obtain information of an unassigned resource unit via … a subfield of HE-SIG-B of the received packet." For example, Li discloses that "HE-SIG-B 142 may contain resource allocation information for scheduled stations (e.g., user device(s) 120)." Li at [0025]; Li Provisional at [0029]. Li further discloses that:

617.    Li discloses that:

> In one embodiment, common part 444 of an HE-SIG-B field is illustrated in FIG. 4A. The frequency band may be partitioned based on the RU allocation 402. The RU allocation 402 may contain, at least in part, an index of bandwidth allocation pattern to be used by one or more user devices that may be serviced by an AP. The index may take about 5, 10, and 20 bits for contiguous 20, 40, and 80 MHz channels, respectively. … For non-contiguous channels in non-contiguous channel bonding, the numbers of required bits may be similar. The indexing for contiguous channel may be reused for non-contiguous channel. In this case, some 242-tone RU may be indicated as unavailable RU.

268

Li at [0032];  Li Provisional at [0038].



Li at Figs. 4A; Li Provisional at Fig. 4A.

618.    Li further discloses that:

In one embodiment, the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B. The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.

Li at [0036];  Li Provisional at [0043].

269



Li at Figs. 4B; Li Provisional at Fig. 4B.

619.    A POSITA would have understood that in Li system, the common part of the HE-SIG-B (a subfield of HE-SIG-B of the received packet) provides resource allocation information—i.e., identifying allocated and unallocated resource units (unassigned resource unit). Further, a POSITA would have found it obvious that the terminal obtains information of an unassigned resource unit from this resource allocation information included in HE-SIG-B.

620.    Therefore, a POSITA would have understood that the combination renders obvious "obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet."

> ### (vii)    [1f] decode the received packet based on the bandwidth information and the information of the unassigned resource unit,

621.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation. Li discloses decoding the packet based on the bandwidth information. For example, Li discloses:

> **Once the total bandwidth or the available subchannels are known from the HE-SIG-A or R-L-SIG fields, the number of bits in RU allocation 402 may be known**. RU allocation 402 may be protected by a channel code word encoded separately from the rest of the spatial stream allocation part. **Since the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known**. In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU.

Li at [0032] (emphasis added);  Li Provisional at [0039].

622.    Li discloses further decoding the packet based on the information of the unassigned resource unit. For example, Li discloses:

> In one embodiment, **the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field**. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B. The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.

Li at [0036] (emphasis added);  Li Provisional at [0043].

623.    Li discloses decoding the packet based on the bandwidth information. For example, Li discloses:

> **Once the total bandwidth or the available subchannels are known from the HE-SIG-A or R-L-SIG fields, the number of bits in RU allocation 402 may be known**. RU allocation 402 may be protected by a channel code word encoded separately from the rest of the spatial stream allocation part. **Since the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known**. In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU.

Li at [0032] (emphasis added);  Li Provisional at [0039].

624.    Li discloses further decoding the packet based on the information of the unassigned resource unit. For example, Li discloses:

271

In one embodiment, **the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field**. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B. The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.

Li at [0036] (emphasis added);  Li Provisional at [0043].

625.    Based on these disclosures, a POSITA would have understood that the combination renders obvious "decode the received packet based on the bandwidth information and the information of the unassigned resource unit."

>    *(viii)    [1g] wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and*

626.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

627.    As I explained above for limitation [1c], the bandwidth information is indicated via a bandwidth field included in the HE-SIG-A field. Li further discloses that "the available subchannels may be indicated in the HE-SIG-A …. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which

subchannels within the total bandwidth are available." Li at [0030]; Li Provisional at [0036]-[0039].

628.    Li discloses that "[o]nce the total bandwidth or the available subchannels are known from the HE-SIG-A …, the number of bits in RU allocation 402 may be known." Li at [0032]; Li Provisional at [0038]. Li further discloses that "[s]ince the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known." *Id.* "In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU." *Id.*



Li at Figs. 4A; Li Provisional at Fig. 4A.

629.    With respect to Fig. 4A, Li further explains that:

> In some embodiments, following the RU allocation 402, spatial stream allocation for each available RU may be specified (e.g., stream allocations 404, 406 and 408). … In the example of FIG. 4A, **RU 1 with 106 tones is depicted to 7 spatial streams (e.g., spatial streams SS1-SS7). The 7 streams may be allocated to three user devices 120 (e.g., STA1, STA2 and STA3)** such that STA1 has 2 spatial streams (e.g., spatial streams SS1 and SS2), STA2 having 2 spatial streams (e.g., spatial streams SS3 and SS4) and STA2 having three spatial streams

(e.g., spatial streams SS5, SS6 and SS7). **RU 2 with 26 tones may be unallocated, such that RU 2 may be indicated by stream set {0} meaning no stream is allocated. RU 3 with 106 tones may be allocated to two user devices (e.g., STA 4 and STA 5)**, where STA4 having 1 spatial stream (e.g., spatial streams SS1) and STA 5 having 4 spatial streams (e.g., spatial streams SS2, SS3, SS4 and SS5). In some scenarios, the number of high efficiency legacy training field (HE-LTF) symbols may be the same for all RUs. In that case, the number of HE-LTF symbols may be determined by the maximum stream number of all the RUs, which is 7 in this example. Further, the number of HE-LTF symbols may be selected from the feasible P-matrix sizes {1, 2, 4, 8} or {1, 2, 4, 6, 8}. Therefore, the number of HE-LTF symbols may be 8 for the example in FIG. 4A, which is the closest number greater than 7. Although the number of HE-LTF symbols may be specified explicitly (e.g., in HE-SIG-A, or common part of HE-SIG-B, or RU allocation 402 in FIG. 4A), by using the maximum number of the streams among all RUs, there may be no need to specify the number of HE-LTF symbols, which may result in a three bits saving in overhead.

Li at [0033] (emphasis added);  Li Provisional at [0040].

630.    Because the user device uses the bandwidth field (bandwidth field of HE-SIG-A) to determine the sizes and locations of all the available RUs in the band, and the common part of HE-SIG-B (a resource unit allocation field of the HE-SIG-B) provides which specific RUs are allocated or not allocated, a POSITA would find it obvious that the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B.

631.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B."

> **(ix)    [1h] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth.**

632.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

633.    First, Li renders obvious "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth." For example, Li discloses that:

> Referring to FIG. 3, in non-contiguous channel bonding mode, some 20 MHz subchannel may not be used such that the available subchannels may not be contiguous (e.g., subchannels 302 and 304). The RUs within or partially overlapping with the unavailable subchannel (e.g., RUs 306 and 308) may become unusable. In that case, available subchannels may be signaled before the HE-SIG-B field. **For example, the available subchannels may be indicated in the HE-SIG-A or R-L-SIG. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available.**

Li at [0030] (emphasis added); Li Provisional at [0036].

634.    In my opinion, a POSITA would have found it obvious to use the HE-SIG-A providing information about the total bandwidth and which subchannels within the total bandwidth are available or not as thought by Li to implement the puncturing as described by the '281 patent.

635.    As I explained above in the Technical Background section, the concept of puncturing was used in early versions of IEEE 802.11 standard. For example, IEEE 802.11n describes puncturing in the context of a PPDU process as "[o]mit (puncture) some of the encoder output string (chosen according to a puncturing pattern)" and "is performed by discarding parity bits." See 20.3.4 and 20.3.11.6.5; *see also* U.S. 2016/0174200 at [0056] (disclosing "The FEC encoder may include a Binary Convolutional Code (BCC) encoder followed by a puncturing device, or the FEC encoder may include a Low-Density Parity-Check (LDPC) encoder.").

636.    An example of this IEEE 802.11n puncturing procedure is shown below:



**Figure 20-11—Puncturing at rate 5/6**

802.11n at Fig. 20-11.

637.    A POSITA would consider it obvious to reuse this procedure, which omits certain bits in future amendments to IEEE 802.11 base standards and systems based on these standards, such as Li which builds on the VHT-SIG fields in IEEE 802.11ac. Li at [0023]; Li Provisional at [0027]. In particular, a POSITA would have known that the existing VHT-SIG-A field in the IEEE standard includes a bandwidth field to indicate the bandwidth of a PPDU, and would have found it obvious to use the bandwidth field in the HE-SIG-A. Based on Li's disclosures that HE-SIG-A provides information about "the total bandwidth (e.g., 20, 40, 80, or 160 MHz) … [and the] subchannels within the total bandwidth are available" (Li at [0030] (emphasis added); Li Provisional at [0036]), a POSITA would have found it obvious that the bandwidth subfield of HE-SIG-A indicates channel information to be punctured.

638.    Second, Li renders obvious "the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth." For example, Li disclose that:

> In one embodiment, **the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field**. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. **However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B.** The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. **Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.**

Li at [0036] (emphasis added);  Li Provisional at [0043].



Li at Figs. 4A; Li Provisional at Fig. 4A.

639.    With respect to Fig. 4A, Li further explains that:

In some embodiments, following the RU allocation 402, spatial stream allocation for each available RU may be specified (e.g., stream allocations 404, 406 and 408). … In the example of FIG. 4A, **RU 1 with 106 tones is depicted to 7 spatial streams (e.g., spatial streams SS1-SS7). The 7 streams may be allocated to three user devices 120 (e.g., STA1, STA2 and STA3)** such that STA1 has 2 spatial streams (e.g., spatial streams SS1 and SS2), STA2 having 2 spatial streams (e.g., spatial streams SS3 and SS4) and STA2 having three spatial streams (e.g., spatial streams SS5, SS6 and SS7). **RU 2 with 26 tones may be unallocated, such that RU 2 may be indicated by stream set {0} meaning no stream is allocated. RU 3 with 106 tones may be allocated to two user devices (e.g., STA 4 and STA 5)**, where STA4 having 1 spatial stream (e.g., spatial stream SS1) and STA 5 having 4 spatial streams (e.g., spatial streams SS2, SS3, SS4 and SS5). In some scenarios, the number of high efficiency legacy training field (HE-LTF) symbols may be the same for all RUs. In that case, the number of HE-LTF symbols may be determined by the maximum stream number of all the RUs, which is 7 in this example. Further, the number of HE-LTF symbols may be selected from the feasible P-matrix sizes {1, 2, 4, 8} or {1, 2, 4, 6, 8}. Therefore, the number of HE-LTF symbols may be 8 for the example in FIG. 4A, which is the closest number greater than 7. Although the number of HE-LTF symbols may be specified explicitly (e.g., in HE-SIG-A, or common part of HE-SIG-B, or RU allocation 402 in FIG. 4A), by using the maximum number of the streams among all RUs, there may be no need to specify the number of HE-LTF symbols, which may result in a three bits saving in overhead.

Li at [0033] (emphasis added);  Li Provisional at [0040].

In one embodiment, using a special index of stream allocation e.g. {0} for unallocated RU may reduce the overhead. Typically, it would have taken about 17 bits per unused RU. However, with one or more embodiments of the disclosure, this may take about 5.5 bits per unused RU on average. The zero stream allocation may also signal the unavailable subchannel. **Therefore, by assigning a zero stream to the 242-tone RU, the AP may signal the unavailability of the corresponding 20 MHz subchannel using the tone plan for contiguous channel.**

Li at [0034] (emphasis added); Li Provisional at [0041].

640.    As I explained above, a POSITA would have found it obvious to apply using HE-SIG-A to provide which subchannels are unavailable as thought by Li to implement the puncturing as described by the '281 patent. Further, a POSITA would have found it obvious that Li disclosing

278

HE-SIG-B providing which RU is allocated and/or that HE-SIG-B "signal[ing] the unavailability of the corresponding 20 MHz subchannel using the tone plan for contiguous channel," provides HE-SIG-B indicating additional puncturing information.

641.    Therefore, a POSITA would have found it obvious that the combination renders obvious "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth."

    **(c)**    **Claim 2: The wireless communication terminal of claim 1, wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index.**

642.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

643.    I incorporate my analysis from limitations [1pre]–[1h] above.

644.    Li further discloses that:

> In one embodiment, using a **special index of stream allocation e.g. {0}** for unallocated RU may reduce the overhead. Typically, it would have taken about 17 bits per unused RU. However, with one or more embodiments of the disclosure, this may take about 5.5 bits per unused RU on average. The zero stream allocation may also signal the unavailable subchannel. Therefore, by assigning a zero stream to the 242-tone RU, the AP may signal the unavailability of the corresponding 20 MHz subchannel using the tone plan for contiguous channel.

Li at [0034] (emphasis added);  Li Provisional at [0041].

645.    A POSITA would have understood that the special index discloses by Li is a predetermined index.

646.    Therefore, a POSITA would have found it obvious that the combination renders obvious "wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index."

> **(d)** **Claim 3: The wireless communication terminal of claim 2, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit.**

647.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

648.    I incorporate my analysis from limitations [1pre]–[1h] above.

649.    Li discloses that

> In one embodiment, common part 444 of an HE-SIG-B field is illustrated in FIG. 4A. The frequency band may be partitioned based on the RU allocation 402. The RU allocation 402 may contain, at least in part, an index of bandwidth allocation pattern to be used by one or more user devices that may be serviced by an AP. **The index may take about 5, 10, and 20 bits for contiguous 20, 40, and 80 MHz channels, respectively.** … For non-contiguous channels in non-contiguous channel bonding, the numbers of required bits may be similar. The indexing for contiguous channel may be reused for non-contiguous channel. In this case, **some 242-tone RU may be indicated as unavailable RU.** Once the total bandwidth or the available subchannels are known from the HE-SIG-A or R-L-SIG fields, the number of bits in RU allocation 402 may be known. RU allocation 402 may be protected by a channel code word encoded separately from the rest of the spatial stream allocation part. Since the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known. In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU.

Li at [0032] (emphasis added);  Li Provisional at [0039].

650.    Li further discloses that "by assigning a zero stream to the 242-tone RU, the AP may signal the unavailability of the corresponding 20 MHz subchannel using the tone plan for contiguous channel." Li at [0034] (emphasis added);  Li Provisional at [0041].

651.    Based on these disclosures, a POSITA would understand that Li discloses specific resource unit not assigned to a user is a 242-time resource unit—i.e., at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit. Further, Li discloses 40MHz

and 80 MHz channels, and thus a POSITA would have found it obvious that the specific resource unit not assigned to a user is a 484-tone resource unit and a 996-tone resource unit.

652.    Therefore, a POSITA would have found it obvious that the combination renders obvious "the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit."

> **(e)    Claim 4:  The wireless communication terminal of claim 1, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement.**

653.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

654.    I incorporate my analysis from limitations [1pre]–[1h] above.

655.    Li discloses "using null or dummy association ID (AID) in user device specific part." Li at [0026]; Li Provisional at [0030]. See also Li at [0034], Li Provisional at [0041]; Li at [0070]; Li Provisional at [0069].

656.    A POSITA would have understood that the "null or dummy association ID is a Null STA ID, which s in the under specific part of HE-SIG-B (contained in a user field corresponding to a specific resource unit in the resource unit arrangement).

657.    Therefore, a POSITA would have found the combination renders obvious that "the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement."

> **(f)    Claim 6:  The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of one**

> **of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured.**

658.    In my opinion, the combination of Samsung Galaxy Tab S and Li renders obvious this limitation.

659.    I incorporate my analysis from limitations [1pre]–[1h] above.

660.    As I explained above for limitation [1h], a POSITA would have found it obvious that in Li the bandwidth field of the HE-SIG-A indicates channel information to be punctured. In addition, Li discloses that:

> **Referring to FIG. 3, in non-contiguous channel bonding mode, some 20 MHz subchannel may not be used such that the available subchannels may not be contiguous (e.g., subchannels 302 and 304).** The RUs within or partially overlapping with the unavailable subchannel (e.g., RUs 306 and 308) may become unusable. In that case, available subchannels may be signaled before the HE-SIG-B field. For example, the available subchannels may be indicated in the HE-SIG-A or R-L-SIG. **Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available.**

Li at [0030] (emphasis added); Li Provisional at [0036].



Li at Fig. 3 (annotated); Li Provisional at Fig. 3.

661.    Figure 3 shows four 20MHz subchannels in a 80MHz channel. A POSITA would have found it obvious that the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz.

662.    In addition, as I explained above for limitation [1], a POSITA would have found it obvious that Li disclosing HE-SIG-B providing which RU is allocated and/or that HE-SIG-B "signal[ing] the unavailability of the corresponding 20 MHz subchannel using the tone plan for contiguous channel," provides HE-SIG-B indicating additional puncturing information. Therefore, a POSITA would have found it obvious that the resource unit allocation field indicates puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz.

663.     Therefore, a POSITA would have found the combination renders obvious "wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured."

### 3.     Bharadwaj 129 alone or in Combination with Chen

664.     It is my opinion that Bharadwaj 129 renders obvious claims 1-3, and 6 of the '281 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

665.     It is further my opinion that Bharadwaj 129 in view of Chen renders obvious claim 4 of the '281 patent.

### (a)     Motivation to Combine

666.     Bharadwaj 129 discloses indicating an unassigned resource unit using a Null Station ID in a user field corresponding to the resource unit not assigned to a station, as taught by Chen. Bharadwaj 129, [0101]-[0104], [0117], Figs. 3, 5; Bharadwaj 562 Provisional, [0051]-[0054], [0067], Fig. 3, 5; Chen, [0090]-[0093], Figs. 12-14. Bharadwaj 129 discloses that the resource unit allocation field partitions a specific 20MHz subchannel into multiple resource units. Bharadwaj 129 [0104], [0117]; Bharadwaj 562 Provisional, [0054], [0067]. A specific resource unit within the 20MHz subchannel may be indicated as an unassigned resource unit using a Null Station ID, as taught by Chen. Chen, [0090]-[0093], Fig. 13. 140. It would have been obvious to a POSITA to use a Null Station ID in the user field corresponding to a specific resource unit indicated by the resource unit allocation field. A POSITA would have been motivated to include a method of indicating additional unassigned resource units (e.g., RUs on the edge of a nulled channel) because such method would better utilize the bandwidth.

667.    A POSITA would have further understood that indicating an unassigned resource unit using a Null Station ID (taught by Chen) to be a predictable solution to indicate additional unassigned RUs (for example, edge RUs adjacent to a punctured busy channel). Chen, [0090]-[0093]. Therefore, a POSITA would have found it obvious to use Chen's teaching to further indicate information of an unassigned RU (for example, an RU adjacent to a busy channel). A POSITA would have had a reasonable expectation of success in combining Bharadwaj 129 with Chen, given that the known elements in the combination of the two perform the same functions and would have also found the combination to be predictable.

668.    Further, a POSITA would have understood that the combination Bharadwaj 129 and Chen entails the use of a known technique, i.e., Chen's indicating an unassigned RU using a Null Station ID in a user specific field corresponding to the unassigned RU, to improve Bharadwaj 129's similar method of indicating some channel puncturing via the bandwidth field of HE-SIG-A and the RU allocation field of HE-SIG-B, to implement an improved and predictable method for indicating information of an unassigned RU using a Null Station ID in a user field corresponding to the unassigned Resource Unit. Bharadwaj, [0101]-[0104], [0117], Figs. 3, 5; Bharadwaj Provisional, [0051]-[0054], [0067], Fig. 3, 5; Chen, [0090]-[0093], Figs. 12-14.

### (b)    Claim 1

#### (i)    [1pre] A wireless communication terminal, the terminal comprising:

669.    To the extent the preamble of claim 1 is limiting, Bharadwaj 129 discloses this limitation.

670.    Bharadwaj 129 discloses:

Another apparatus for wireless communication is described. The apparatus may include a processor, memory in electronic communication with the processor, and instructions stored in the memory. The instructions may be operable to cause the processor to identify a first indicator identifying a number of MU-MIMO stations associated with a first RU in a first

285

content channel of a transmission frame, generate a first common portion of a WLAN signaling field in the first content channel of the transmission frame, wherein the first common portion includes the first indicator, identify a second indicator identifying an absence of MU-MIMO stations associated with a second RU in a second content channel of the transmission frame, generate a second common portion of the WLAN signaling field in the second content channel of the transmission frame, wherein the second common portion includes the second indicator, and transmit the transmission frame that includes the WLAN signaling field.

Bharadwaj 129 at [0010]; Bharadwaj 562 Provisional at [0007].

671.    A POSITA would have understood that Bharadwaj 129's apparatus for wireless communication is a wireless communication terminal.

### (ii)    [1a] a processor; and

672.    Bharadwaj 129 discloses this limitation.

673.    Bharadwaj 129 discloses that "[t]he apparatus may include a processor, memory in electronic communication with the processor, and instructions stored in the memory." Bharadwaj 129 at [0010]; Bharadwaj 562 Provisional at [0007]. It further discloses that:

The processor 1305 is an intelligent hardware device, such as a central processing unit (CPU), a microcontroller, an application-specific integrated circuit (ASIC), etc. The processor 1305 processes information received through the transceiver(s) 1320 and information to be sent to the transceiver(s) 1320 for transmission through the antenna(s) 1325.

Bharadwaj 129 at [0182]; Bharadwaj 562 Provisional at [0085].

### (iii)    [1b] a communication unit,

674.    Bharadwaj 129 discloses this limitation.

675.    Bharadwaj 129 discloses an apparatus for wireless communication. Bharadwaj 129 at [0010]; Bharadwaj 562 Provisional at [0007].



FIG. 1

Bharadwaj 129 at Fig A; Bharadwaj 562 Provisional at Fig. A.

676.    A POSITA would have understood that Bharadwaj 129's apparatus for wireless communication (a wireless communication terminal) includes a communication unit.

> ***(iv)    [1c] wherein the processor is configured to: receive a wireless packet through the communication unit,***

677.    Bharadwaj 129 renders obvious this limitation.

678.    Bharadwaj 129 teaches receiving a "WLAN protocol data unit (PDU) 200 (e.g., a physical layer convergence PDU (PPDU)." Bharadwaj 129, [0024], [0090], [0092]-[0101]; Bharadwaj 562 Provisional, [0017], [0028], [0042]-[0051]. Figure 2 in Bharadwaj 129 shows a WLAN PDU



FIG. 2

Bharadwaj 129, Fig. 2; Bharadwaj 562 Provisional, Fig. 2. A. POSITA would have understood that a PPDU is a wireless packet. See, e.g., '281 patent, 34:11-13 ("the received wireless packet may be an HE MU PPDU").

679.    Bharadwaj 129 discloses that the WLAN PDU includes a high efficiency WLAN preamble:

> **The high efficiency WLAN preamble 215 includes any of: a repeated legacy WLAN field (e.g., an RL-SIG field), a first WLAN signaling field (e.g., a first HE WLAN signaling field such as HE-SIG-A), a second WLAN signaling field (e.g., a second HE WLAN signaling field such as HE-SIG-B)**, a WLAN STF (e.g., a HE WLAN STF), and at least one WLAN LTF (e.g., at least one HE WLAN LTF). The HE WLAN preamble **215** enables an AP to simultaneously transmit to multiple stations (e.g., MU-MIMO) and also enables an AP to allocate resources to multiple stations for uplink/downlink transmissions (e.g., SU-OFDMA). The HE WLAN preamble **215** uses a common signaling field and one or more dedicated (e.g., station-specific) signaling fields to schedule resources and to indicate the scheduling to other WLAN devices. A device uses the scheduling to determine which resource units associated with the frequency spectrum utilized by data field **220** have been allocated to the device for forthcoming communications.

Bharadwaj 129, [0101] (emphasis added); Bharadwaj 562 Provisional, [0051]-[0054], [0067].

Figure 3 in Bharadwaj 129 shows these fields:



FIG. 3

Bharadwaj 129, Fig. 3; Bharadwaj 562 Provisional, Fig. 3.

### (v)    [1d]  obtain  bandwidth  information  indicated  via  a bandwidth field of HE-SIG-A of the received packet,

680.    Bharadwaj 129 renders obvious this limitation.

681.    Bharadwaj 129 discloses that the HE-SIG-A field includes a bandwidth field (BW Field) that indicates "the bandwidth of PPDU." Bharadwaj 129, [0111]; Bharadwaj 562 Provisional, [0061].

682.    In addition, Bharadwaj 129 provides that the "BW field 410 may be used to indicate that the PPDU uses one of four different bandwidths … or example 40 MHz, 80 MHz, or 160 MHz." Bharadwaj 129, [0111]; Bharadwaj 562 Provisional, [0061]. Figure 4A shows the BW Field in HE-SIG-A:



FIG. 4A

Bharadwaj 129, Fig. 4A; Bharadwaj 562 Provisional, Fig. 4A

683.    A POSITA would have found it obvious that in Bharadwaj 129, the terminal obtains bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet. See, e.g., Bharadwaj 129, [0111]; Bharadwaj 562 Provisional, [0061].

> **(vi)    [1e] obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and,**

684.    Bharadwaj 129 renders obvious this limitation.

685.    In particular, Bharadwaj 129 renders obvious obtaining information of an unassigned resource unit via at least one of the BW Field (the bandwidth field) and resource allocation field in common block field (a subfield of HE-SIG-B). I have provided detailed explanation for limitation [1g] below.

> **(vii)    [1f] decode the received packet based on the bandwidth information and the information of the unassigned resource unit,**

686.    Bharadwaj 129 renders obvious this limitation.

687.    In particular, Bharadwaj renders obvious decoding the received PPDU (wireless packet) based on the PPDU bandwidth (bandwidth information) and the information of the unassigned resource unit.

688.    Bharadwaj 129 discloses that

> Transmissions to/from STAs 110 and APs 105 oftentimes include control information within a header that is transmitted prior to data transmissions. The information provided in a header is used by a device to decode the subsequent data. High efficiency (HE) WLAN preambles can be used to schedule multiple devices, such as STAs 110, for single-user simultaneous transmission (e.g., single-user orthogonal frequency division multiple access (SU-OFDMA)) and/or MU-MIMO transmissions (e.g., multiple-input/multiple-output MU-MIMO). In one example a HE WLAN signaling field is used to signal a resource allocation pattern to multiple receiving STAs 110. The HE WLAN signaling field includes a common user field that is decodable by multiple STAs 110, the common user field including a resource allocation field. The resource allocation field indicates resource unit distributions to the multiple STAs 110 and indicates which resource units in a resource unit distribution correspond to MU-MIMO transmissions and which resource units correspond to OFDMA single-user transmissions. The HE WLAN signaling field also includes, subsequent to the common user field, dedicated user fields that are assigned to certain STAs 110. The order in which the dedicated user fields are generated corresponds to the allocated resource units (e.g., the first dedicated user field corresponds to the first allocated resource unit). The HE WLAN signaling field is transmitted with a WLAN preamble to the multiple STAs 110.

Bharadwaj 129, [0097]; Bharadwaj 562 Provisional, [0047].

689.    In addition, Bharadwaj 129 discloses that "[a] device uses the scheduling [information] to determine which resource units associated with the frequency spectrum utilized by data field 220 have been allocated to the device for forthcoming communications." Bharadwaj 129, [0101]; Bharadwaj 562 Provisional, [0051].

690.    A POSITA would have understood that a station uses a the PPDU bandwidth to decode a received PPDU. For example, the PPDU bandwidth informs a receiving station "the frequency spectrum utilized by data field 220". Bharadwaj 129, [0101]; Bharadwaj 562 Provisional, [0051]. In addition, a POSITA would have understood that the PPDU bandwidth

indicates the length of the common field of HE-SIG-B, and would have further understood  that a station decodes the PPDU bandwidth to obtain scheduling information related to the resource units within the PPDU bandwidth. Bharadwaj 129, [0101], [0117], [0141]; Bharadwaj 562 Provisional, [0051], [0067], [0081]; U.S. Patent Publication No. US2017/0041171 (PRIOR_ART_00014911), [0034] ("[T]he common part only varies with the total bandwidth not total used bandwidth.").

691.    A POSITA would have further understood that a station decodes a received PPDU based on the information of an unassigned resource unit. For example, Bharadwaj 129 teaches that a station (STA) decodes a received PPDU based on its resource unit assignment: based on "which resource units associated with the frequency spectrum utilized by data field 220 have been allocated to the device for forthcoming communications". Bharadwaj 129, [0101], [0104]; Bharadwaj 562 Provisional, [0051], [0054].

692.    Bharadwaj 129 further discloses that a station determines its resource unit assignment by comparing the position of a user-field addressed to it with the resource unit arrangement provided by the resource allocation field:

> The second WLAN signaling field 310 includes high efficiency WLAN signaling information usable by a number of APs or stations identified to transmit or receive communications in the WLAN PDU 300. More specifically, the second WLAN signaling field 310 includes information usable by the number of APs or stations to transmit/encode or receive/decode data in the data field 220. The second WLAN signaling field 310 can be encoded separately from the first WLAN signaling field 305. The second WLAN signaling field 310 includes a common block field 340 that signals information to a group of devices, such as high efficiency STAs within range of an AP, and user blocks 345-*a* to 345-*c* that signal information specific to specific high efficiency STAs. The common block includes a resource allocation field 350 that signals to the high efficiency device how the data field 325 is partitioned amongst devices (e.g., partitions the data field into resource units), which of the resource units are associated with SU-OFDMA and which are associated with MU-MIMO. Furthermore, the order of the user blocks 345 provides a link between the device associated with the user block 345 and the resource unit that has been allocated to the device. As an example, the resource allocation field 350 partitions the data field into nine regions (e.g., 20 MHz data region is partitioned into nine sub-regions that each span 26 tones). The STA addressed in the first user block corresponds to the first 26

tones, the second STA addressed in the second user block corresponds to the next 26 tones, etc. The common block may also include other fields, such as a LTF.

Bharadwaj 129, [0104]; Bharadwaj 562 Provisional, [0054].

693.    As Bharadwaj 129 explains,  if a PPDU's length is greater than 40MHz, user fields are split between the HE-SIG-B content channels. Bharadwaj 129, [0117]; Bharadwaj 562 Provisional, [0067]. Bharadwaj 129 discloses that t when a resource unit is unassigned, no user fields are transmitted for the unassigned resource unit. Bharadwaj 129, [0141]-[0142] ("SIG-B duplicated structure may be maintained, while the dedicated content for punctured channels are not transmitted."); Bharadwaj 562 Provisional, [0081]-[0082]. Bharadwaj 129 further explains that a receiving station adjusts the alignment between its position in the user-specific field and the resource unit arrangement information based on the information of an unassigned resource unit when decoding a received PPDU. Bharadwaj 129, [0104]; Bharadwaj 562 Provisional, [0054].

> ### (viii)    [1g] wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and

694.    Bharadwaj 129 renders obvious this limitation.

695.    Bharadwaj 129 renders obvious that information of an unassigned resource unit is indicated via a combination of the BW Field (bandwidth field) of the HE-SIG-A  and a the resource allocation field in common block field (resource unit allocation field of the HE-SIG-B). Bharadwaj 129, [0130]-[0132], [0138]-[0142]; Bharadwaj 562 Provisional, [0076]-[0082].

696.    A POSITA would have understood that information of an unassigned resource unit is indicated via the channel puncturing information, as explained below for limitation [1h]. A POSITA would have understood that puncturing means that a certain subchannel within the PPDU bandwidth is not used, and thus the  resource unit corresponding to the punctured subchannel is nulled. Bharadwaj 129, [0130]-[0132], [0138]- [0142]; Bharadwaj 562 Provisional, [0076]-[0082].

697.    Further, a POSITA would have understood that informing an station that a subchannel is punctured indicates to the station that a 242-tone RU (20MHz) corresponding to the punctured subchannel is not assigned to the station. Bharadwaj 129, [0108]-[0109], Figs. 4B-C; Bharadwaj 562 Provisional, [0058]-[0059], Figs. 4B-C.

698.    In addition, Bharadwaj 129 renders obvious that the information of an unassigned resource unit corresponding to a punctured channel is indicated via a combination of the bandwidth field of HE-SIG-A and the resource allocation field in the HE-SIG-B. For example, Bharadwaj 129 renders obvious that: (1) a station determines the number and arrangement of the resource unit allocation fields based on the total PPDU bandwidth, and (2) the resource unit allocation field indicates a null 242-tone RU corresponding to a nulled channel within the total PPDU bandwidth. Bharadwaj 129, [0101], [0141]; Bharadwaj 562 Provisional, [0051], [0081].

699.    Bharadwaj also renders obvious that the bandwidth field of HE-SIG-A indicates the number of resource unit allocation fields of the HE-SIG-B content channels, which may contain a resource unit allocation field that indicates a null 242-tone resource unit corresponding to a nulled channel within the total PPDU bandwidth. Bharadwaj 129, [0111], [0130]-[0132], [0138]-[0142]; Bharadwaj 562 Provisional, [0061]; [0076]-[0081].

> (ix)    *[1h] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth.*

700.    Bharadwaj 129 renders obvious this limitation.

701.    Bharadwaj 129 discloses indicating puncturing of 20MHz subchannels using the HE-SIG-A and HE-SIG-B fields. Bharadwaj 129, [0130]-[0132], [0138]-[0142]; Bharadwaj 562 Provisional, [0076]-[0082].

702.    In particular, Bharadwaj 129 discloses that the HE-SIG-A may indicate that certain channels in the primary 80MHz bandwidth used for carrying the HE-SIG-B content channel 2 are punctured. Bharadwaj 129, [0131]-[0132], [0138]; Bharadwaj 562 Provisional, [0076]-[0078]. A station can then use this information to determine where an HE-SIG-B content channel 2 may be located. Id. Bharadwaj 129 further discloses that additional puncturing information for other 20MHz subchannels may be indicated through "a special or dedicated RU allocation bit sequence.," and in particular the indication may be made by adding an additional entry in an RU allocation table." Bharadwaj 129, [0139]-[0142]; Bharadwaj 562 Provisional, [0079]-[0082].

703.    Based on these disclosures, a POSITA would have understood that a resource unit allocation field indicates the RU allocation bit sequence, which provides resource unit allocation information using a bit sequence corresponding to a resource unit allocation table. Bharadwaj 129, [0124], Fig. 6; Bharadwaj 562 Provisional, [0070], Fig. 6.

704.    Further, a POSITA would have understood that the bandwidth field of HE-SIG-A contains an index value corresponding to the PPDU bandwidth and to whether the S20 or S40B subchannels are used. Bharadwaj 129, [0111], [0130]-[0132], [0138]-[0142]; Bharadwaj 562 Provisional, [0061]; [0076]-[0081]. Further, as Bharadwaj 129 explains, puncturing information for other channels may be indicated using the resource unit allocation field. Bharadwaj 129, [0141]-[0142]; Bharadwaj 562 Provisional, [0081]-[0082].

705.    For example, when the bandwidth field of HE-SIG-A indicates a total bandwidth of 80MHz and the HE-SIG-B content channel 2 is transmitted in S40B subchannel, it indicates to the station that the S20 subchannel is punctured. Bharadwaj 129, [0138]; Bharadwaj 562 Provisional, [0078]. Otherwise, a POSITA would have known that the HE-SIG-B content channel 2 would be read from the S20 subchannel. Bharadwaj 129, [0131]; Bharadwaj 562 Provisional,

[0076]. Therefore, a POSITA would have understood that the bandwidth field indicates information of a channel to be punctured.

706.    Further, the resource unit allocation field may indicate whether the S40A subchannel is punctured by providing a special RU allocation bit sequence in the resource unit allocation field corresponding to the S40A subchannel. Bharadwaj 129, [0139]-[0142]; Bharadwaj 562 Provisional, [0079]-[0082]. Therefore, a POSITA would have understood that the resource unit allocation field indicates additional puncturing information  for the unassigned resource unit within the total PPDU bandwidth—for example, the  null 242-tone resource unit corresponding to punctured channel.

707.    Therefore, a POSITA would have understood that Bharadwaj 129 renders this limitation obvious.

    **(c)**    **Claim 2:  The wireless communication terminal of claim 1, wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index.**

708.    Bharadwaj 129 renders obvious this limitation.

709.    I incorporate my analysis from limitations [1pre]–[1h] above.

710.    As I explained above for limitation [1h], Bharadwaj 129 renders obvious that the resource unit allocation field of HE-SIG-B "may be used to indicate that a 20 MHz channel is punctured" via "a special or dedicated RU allocation bit sequence." Bharadwaj 129, [0139]-[0142]; Bharadwaj 562 Provisional, [0079]-[0082]. In particular, "the indication may be made by adding an additional entry in an RU allocation table." Bharadwaj 129, [0139]-[0142]; Bharadwaj 562 Provisional, [0079]-[0082]. A POSITA would have understood that this "special or dedicated RU allocation bit sequence" in the RU allocation table (lookup table) indicates that a 242-tone

resource unit corresponding to the 20MHz subchannel is nulled, and therefore it is not assigned to a station.

711. Alternatively, a POSITA would have found it obvious to include special entries in the RU allocation table (lookup table) to indicate that a specific size RU is punctured. Bharadwaj 129 teaches that the lookup table may indicate RU allocations that span multiple 20MHz subchannels. Bharadwaj 129, [0104], [0124]; Bharadwaj 562 Provisional, [0054], [0070],.

| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Num of entries |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 26 | 26 | 26 | 26 | 106 | | | | 8 |
| 26 | 26 | 52 | | 26 | 106 | | | | 8 |
| 52 | | 26 | 26 | 26 | 106 | | | | 8 |
| 52 | | 52 | | 26 | 106 | | | | 8 |
| 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 106 | | | | 26 | 52 | | 52 | | 8 |
| 106 | | | | 26 | 106 | | | | 64 |
| 242 | | | | | | | | | 8 |
| 484 | | | | | | | | | 8 + 1 |
| 996 | | | | | | | | | 8 + 1 |
| 2*996 | | | | | | | | | 8 |

FIG. 6

Bharadwaj 129, Fig. 6; Bharadwaj 562 Provisional, Fig. 6.

712. A POSITA would have found it obvious to include special RU allocation entries to indicate that a specific resource unit of 242- tones or larger (i.e., 484-tine or 996-tone resource unit) is nulled, therefore providing that multiple 20MHz subchannels are punctured. A POSITA would have understood that a single RU allocation entry may indicate that more than one 20MHz subchannel is punctured.

713. Therefore, a POSITA would have understood that Bharadwaj 129 renders this limitation obvious.

> **(d)** **Claim 3: The wireless communication terminal of claim 2, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit.**

714.    Bharadwaj 129 renders obvious this limitation.

715.    I incorporate my analysis from limitations [1pre]–[1h] above.

716.    As I explained for claim 2 above, a POSITA would have understood that Bharadwaj 129 provides that the specific resource unit is a 242-tone resource unit, or alternatively, a POSITA would have found it obvious that the specific resource unit is a 242, 484, or 996-tone resource unit. Bharadwaj 129, [0104], [0124], [0141], Fig. 6; Bharadwaj 562 Provisional, [0054], [0070], [0081], Fig. 6.

717.    Therefore, a POSITA would have understood that Bharadwaj 129 renders this limitation obvious.

> **(e)** **Claim 4: The wireless communication terminal of claim 1, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement.**

718.    Bharadwaj 129 in view of Chen renders obvious this limitation.

719.    I incorporate my analysis from limitations [1pre]–[1h] above.

720.    Bharadwaj 129 in view of Chen renders obvious this limitation. Bharadwaj 129 teaches that:

> The second WLAN signaling field 310 includes a common block field 340 that signals information to a group of devices, such as high efficiency STAs within range of an AP, and user blocks 345-*a* to 345-*c* that signal information specific to specific high efficiency STAs. The common block includes a resource allocation field 350 that signals to the high efficiency device how the data field 325 is partitioned amongst devices (e.g., partitions the data field into resource units), which of the resource units are associated with SU-OFDMA and which are associated with MU-MIMO. Furthermore, the order of the user blocks 345 provides a link between the

> device associated with the user block 345 and the resource unit that has been
> allocated to the device. As an example, the resource allocation
> field 350 partitions the data field into nine regions (e.g., 20 MHz data region
> is partitioned into nine sub-regions that each span 26 tones). The STA
> addressed in the first user block corresponds to the first 26 tones, the second
> STA addressed in the second user block corresponds to the next 26 tones, etc.
> The common block may also include other fields, such as a LTF.

Bharadwaj 129, [0104]; Bharadwaj 562 Provisional, [0054].

721.    Chen discloses indicating an unassigned resource unit using the user fields of HE-

SIG-B. Chen, [0090]-[0093], Fig. 13. In particular, Chen discloses that:

> If one RU is not allocated or is skipped, AP 110 may assign a special (e.g.,
> blank or null) PAID6 which is not decodable by or known to any of the
> scheduled STA. As a result, all of the STAs 140 will skip that RU. FIG. 13
> depicts a datagram illustrating an example HE-SIG-B 1300 portion indicating
> a sequence of RU allocation information with an unallocated RU.

Chen, [0092].



Chen, Fig. 13.

722.    A POSITA would have found it obvious to use Chen's method of indicating an

unassigned resource unit using a null station ID in Bharadwaj 129's system. A POSITA would

have further found it obvious that information of an unassigned resource unit is obtained through

resource unit arrangement information indicated by the resource unit allocation field of the HE-

SIG-B and a Null STA ID (such as Chen's null PAID7) contained in a user field corresponding to

a specific resource unit in the resource unit arrangement. Chen, [0090]-[0093], Figs. 12-14;

Bharadwaj 129, [0101]-[0104], [0117], Figs. 3, 5; Bharadwaj 562 Provisional, [0051]-[0054], [0067], Fig. 3, 5.

723.    Therefore, a POSITA would have understood that the combination renders this limitation obvious.

> **(f)**    **Claim 6:  The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured.**

724.    Bharadwaj 129 renders obvious this limitation.

725.    I incorporate my analysis from limitations [1pre]–[1h] above.

726.    As I explained above for limitation [1h], a POSITA would have found it obvious that in Bharadwaj 129 the bandwidth field of the HE-SIG-A indicates channel information to be punctured.

> In a first example, illustrated in FIG. 11B, information/contents of the SIG-B that was found in the **secondary 20 MHz channel** may be transmitted on the primary 20 MHz channel. In such case an indication of the **puncturing of the 20 MHz channel may be signaled in the SIG-A field**, for example by including an indicator, which in some examples may be a 1 bit indicator.

Bharadwaj 129 at [0132] (emphasis added); Bharadwaj 562 Provisional at [0077].

> In a second example, for example for **an 80 MHz bandwidth as illustrated in FIG. 11A, or a 160 MHz bandwidth** containing duplicated SIG-B content, information and/or contents of the SIG-B filed that was found in the **punctured secondary 20 MHz channel** corresponding to the 2nd 20 MHz may be decoded from a 4th 20 MHz channel. In such case an indication of the SIG-B decoding may be signaled in the SIG-A field, for example by including an indicator in the SIG-A field. In this example, there may be a limitation that the 4th 20 MHz is not also punctured.

Bharadwaj 129 at [0138] (emphasis added); Bharadwaj 562 Provisional at [0078].

727.    Based on these disclosures, a POSITA would have found it obvious that the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz.

728.    A POSITA would have understood that Bharadwaj 129 discloses that if S40A is punctured, HE-SIG-B content channel 1's resource unit allocation field includes a special RU allocation bit sequence indicating that S40A is punctured; and conversely, if S40B is punctured, HE-SIG-B content channel 2's resource unit allocation field includes a special RU allocation bit sequence indicating that S40B is punctured. Bharadwaj 129, [0140]-[0142]; Bharadwaj 562 Provisional, [0080]-[0082].

729.    In addition, because Bharadwaj 129 discloses the user device knowing the total bandwidth of 160 MHz and knowing which subchannels within the total bandwidth are available, a POSITA would have found it obvious that the bandwidth field indicates puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz.

730.    Therefore, a POSITA would have understood that Bharadwaj 129 renders this limitation obvious.

### B.    Asserted Claims of the '281 Patent Lack Written Description Support

#### 1.    "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth"

731.    The '281 patent lacks adequate written description support for the limitation in claim 1 reciting "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth."

732.    In my opinion, the specification of the '281 patent does not provide written-description support for the claim limitation requiring that "the resource unit allocation field indicates **additional puncturing information for the unassigned resource unit within the bandwidth**." While the specification does disclose puncturing information conveyed via the bandwidth field of HE-SIG-A, it does not describe the RU allocation field as conveying puncturing information for an unassigned resource unit. The Technical Solution section explains that the bandwidth field "may indicate total bandwidth information through which the packet is transmitted, and channel information to be punctured within the total bandwidth," which a person of ordinary skill in the art would understand as signaling punctured channels at the channel or sub-channel level via HE-SIG-A. '281 patent at 3:50-52.

733.    By contrast, the specification consistently describes the resource unit allocation field of HE-SIG-B as indicating **resource unit allocation status**, not puncturing information associated with an unassigned RU. For example, the specification states that the resource unit allocation field "may indicate a specific resource unit not assigned to a user through a predetermined index," and that unassigned RUs may be identified using indices or Null STA IDs in corresponding user fields. '281 patent at 34:36-50.

734.    These disclosures describe how the receiver determines which RUs are assigned or unassigned, but they do not describe the RU allocation field as providing puncturing information, nor do they associate RU non-allocation itself with puncturing.

735.    Although the specification also discusses scenarios in which the resource unit allocation field may indicate which 20 MHz channels are punctured in secondary 40 MHz or secondary 80 MHz portions of a wideband transmission, those disclosures concern channel-level puncturing decisions, not unassigned resource units. '281 patent at 4:16-29.

736.    A person of ordinary skill in the art would understand these passages are describing how puncturing of channels is signaled, not how puncturing information is conveyed for a particular unassigned RU. The specification does not state that an unassigned RU is itself puncturing information, nor does it explain that the RU allocation field provides "additional puncturing information" specifically because an RU is unassigned.

737.    Accordingly, in my opinion, the specification does not demonstrate that the inventors possessed an invention in which the RU allocation field conveys "additional puncturing information for the unassigned resource unit." Instead, the specification discloses two separate concepts: (1) puncturing information conveyed via the HE-SIG-A bandwidth field, and (2) RU assignment or non-assignment conveyed via the HE-SIG-B resource unit allocation field. The claimed characterization of RU non-allocation as "additional puncturing information" appears only in the claim language and is not supported by the written description.

738.    In view of these omissions, the '281 patent does not satisfy the written description requirement of § 112.

**C.    The Asserted Claims of the '281 Patent Do Not Recite Patent Eligible Subject Matter**

739.    It is my opinion that the asserted claims of the '281 patent do not recite patent eligible subject matter. As discussed below, the asserted claims of the '281 patent recite patent-ineligible subject matter because they are directed to the abstract idea of identifying unused resources. It is further my opinion that, aside from the abstract idea of identifying unused resources, the claim limitations, both individually and as a combination, do not provide an inventive concept but merely recite well understood, routine, and conventional components and activities for implementing the abstract idea that were well known in communications systems and to persons of ordinary skill in the art before the alleged priority date of the '281 patent.

### 1.    The Asserted Claims of the '281 Patent are Directed to an Abstract Idea

740.    It is my opinion that the asserted claims of the '281 patent are directed to nothing more than the abstract idea of identifying unused resources.

741.    I understand that the Court may analyze less than all asserted claims to determine patent ineligibility where the claims of the asserted patents are substantially similar in that they recite little more than the same abstract idea. Although I have analyzed the patent eligibility of all Asserted Claims, I have focused my discussion below on claim 1, which I believe is an exemplary representative claim for the patent eligibility analysis applicable to all Asserted Claims.

742.    Claim 1 of the '281 patent recites:

1. A wireless communication terminal, the terminal comprising:

    a processor; and

    a communication unit,

    wherein the processor is configured to:

    receive a wireless packet through the communication unit,

    obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet,

    obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and

    decode the received packet based on the bandwidth information and the information of the unassigned resource unit,

    wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and

    wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth.

743.    Claim 1 is directed to the abstract idea of identifying unused resources. The claim do not describe any improvement in technology that performs this abstract idea, but merely rely

on generic technologies to perform this idea. Claim 1 recites "a wireless communication terminal," whose hardware, as recited in the claim language, comprise in its entirety (1) "a processor; and" (2) "a communication unit; wherein the processor is configured to" perform certain functions. These functions consist of receiving, obtaining, and decoding data, using existing IEEE 802.11 procedures and functionality.

744.    For example, the Background Art of the specification refers to the following existing IEEE standards: IEEE 802.11a, IEEE 802.11b, IEEE 802.11g, IEEE 802.11n, IEEE 802.11ac, IEEE 802.11ad. '281 patent at 1:39-59. I have provided details of the procedures and functionalities provided in IEEE 802.11 that were well-known in the art. In particular, claim 1 recites HE-SIG-A and HE-SIG-B fields, both of which existed in existing IEEE standards, and recites using these existing fields to obtain information identifying unused resources.

745.    It is further my opinion that, for the same reasons as claim 1 of the '281 patent, dependent claims 2-4, and 6 are patent ineligible because they, too, are directed to the abstract idea of identifying unused resources, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

### 2.    The Asserted Claims of the '281 Patent Do Not Recite an Inventive Concept

746.    As shown below, the asserted claims of the '281 patent lack an inventive concept because, aside from the abstract idea of identifying unused resources, the claim limitations, individually and in combination, merely recite well-understood, routine, and conventional components and activities previously known in the field of IEEE 802.11 wireless communications systems to persons skilled in the art before the '281 patent's alleged priority date. See discussion above in Section VII.B.

> ### (i)    [1pre] A wireless communication terminal, the terminal comprising:

747.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0010], [0062]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0007], [0042]
- US 2017/0094664A1 ("Lee") at [0098]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 2
- US 2016/0353322A1 ("Li") at [0002], [0060], [0078], [0079]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0060], [0016], [0017]
- US 10,219,271B1 ("Hedayat") (PRIOR_ART_00011881) at 6:61-7:7, Fig. 1
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") (PRIOR_ART_00009090 ) at pg. 2-4
- US 2017/0064718A1 ("Bharadwaj 718") at [0002], [0003]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0002]
- US 2016/0330058A1 ("Chen") at Abstract, Figure 1
- JP 2015-165676A ("Kim") (PRIOR_ART_00009595) at [0019]
- US 2016/0330300A1 ("Josiam") at [0003]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1
- IEEE Std 802.11ac-2013 ("802.11ac-2013") (PRIOR_ART_00002735) at Section 21.3.2
- IEEE Std 802.11-2012 ("IEEE Std 802.11-2012") at Section 3.1
- IEEE 802.11-16/ 0045r1 (PRIOR_ART_00001219) at Slide 3, Slide 4, Slide 8
- IEEE 802.11-15/ 0344r2 (PRIOR_ART_00000389) at Slide 5 Slide 10, Slide 13
- IEEE 802.11-14/ 1437r1 (PRIOR_ART_00000134) at Slide 2, Slide 19
- US 2016/0174200A1 ("Seok") (PRIOR_ART_00013684) at [0005], Figure 1

### (ii)    [1a] a processor; and

748.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0010], [0182], [0101]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0007], [0085], [0051]

- US 2017/0094664A1 ("Lee") at [0103]-[0106], Figure 2
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 3
- US 2016/0353322A1 ("Li") at [0002], [0020], [0064]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0023], [0064]
- US 10,219,271B1 ("Hedayat") at 7:34-51, Figure 2
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 3, Figure 1
- US 2017/0064718A1 ("Bharadwaj 718") at [0015], [0164]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0011], [0101],
- US 2016/0330058A1 ("Chen") at [0050], [0061], Figure 2
- JP 2015-165676A ("Kim") at [0019], [0029]
- US 2016/0330300A1 ("Josiam") at [0064]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1, Figure 41
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 21.3.2
- IEEE Standard 802.11-2012 ("IEEE Std 802.11-2012") at Section 3.1
- IEEE 802.11-16/ 0045r1 at Slide 3, Slide 4, Slide 8
- IEEE 802.11-15/ 0344r2 at Slide 5, Slide 10, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 2, Slide 19
- US 2016/0174200A1 ("Seok") at [0014], [0015], Figure 1

### (iii)    [1b] a communication unit,

749.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0010], [0182], [0101]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0007], [0085], [0051]
- US 2017/0094664A1 ("Lee") at [0103]-[0106], Figure 2
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 3
- US 2016/0353322A1 ("Li") at [0002], [0020], [0064]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0023], [0064]
- US 10,219,271B1 ("Hedayat") at 7:34-51, Figure 2
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 3, Figure 1
- US 2017/0064718A1 ("Bharadwaj 718") at [0015], [0164]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0011], [0101],
- US 2016/0330058A1 ("Chen") at [0050], [0061], Figure 2
- JP 2015-165676A ("Kim") at [0019], [0029]
- US 2016/0330300A1 ("Josiam") at [0064]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1, Figure 41
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 21.3.2

- IEEE Standard 802.11-2012 ("IEEE Std 802.11-2012") at Section 3.1
- IEEE 802.11-16/ 0045r1 at Slide 3, Slide 4, Slide 8
- IEEE 802.11-15/ 0344r2 at Slide 5, Slide 10, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 2, Slide 19
- US 2016/0174200A1 ("Seok") at [0014], [0015], Figure 1

### (iv)   [1c] *wherein the processor is configured to: receive a wireless packet through the communication unit,*

750.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- The support above for Claim [1b]
- US 2017/0181129A1 ("Bharadwaj 129") at [0101]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0051]
- US 2017/0094664A1 ("Lee") at [0105]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 3
- US 2016/0353322A1 ("Li") at [0023], [0025], [0030]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0027], [0029], [0036]
- US 10,219,271B1 ("Hedayat") at 7:34-51, 14:1-18, Figure 2
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 3, 8-9, Figure 1
- US 2017/0064718A1 ("Bharadwaj 718") at [0015], [0164]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0011], [0101]
- US 2016/0330058A1 ("Chen") at [0027], [0035]
- JP 2015-165676A ("Kim") at [0067]
- US 2016/0174200A1 ("Seok") at [0017]

### (v)    [1d] *obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet,*

751.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0062], [0101], [0112]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0042], [0051], [0062]
- US 2017/0094664A1 ("Lee") at [0173]-[0175], [0183], [0279], [0280]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7-10
- US 2016/0353322A1 ("Li") at [0025], [0032]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0039]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 45:14-36
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 8-9, 11
- US 2017/0064718A1 ("Bharadwaj 718") at [0058], [0063]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0049], [0054]
- US 2016/0330058A1 ("Chen") at [0022], [0034], [0035], [0061], [0102]
- JP 2015-165676A ("Kim") at [0033], [0052]
- US 2016/0330300A1 ("Josiam") at [0132], [0196]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-3, Figure 2
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 3.3, Section 21.3.2, Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE Standard 802.11-2012 ("IEEE Std 802.11-2012") at Section 3.1
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 8, Slide 14
- IEEE 802.11-15/ 0344r2 at Slide 3, Slide 4, Slide 8-9
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 14, Slide 19
- US 2016/0174200A1 ("Seok") at [0101], [0124], [0126]

> ### (vi)    [1e] obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and

752.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0062], [0101], [0111], [0112], [0125], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0042], [0051], [0061], [0062], [0071], [0081]
- US 2017/0094664A1 ("Lee") at [0235], [0236], [0309], [0329]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 8, pg. 12, pg. 17
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0038], [0039], [0043]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 46:39-54, 47:7-16, 52:33-45, 53:42-60

- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 8-9, 11, 15-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0035], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0094], [0132], [0196], Table 1
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 3.3, Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 8-9, Slide 10-11
- IEEE 802.11-15/ 0344r2 at Slide 2 – Slide 4, Slide 8, Slide 9, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 14, Slide 19
- US 2016/0174200A1 ("Seok") at [0101], [0161], [0251], [0253], [0254], [0257], [0258]

> ### (vii)    [1f] decode the received packet based on the bandwidth information and the information of the unassigned resource unit,

753.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0103], [0104], [0126]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0053], [0054], [0072]
- US 2017/0094664A1 ("Lee") at [0175], [0298], [0299]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7, 17
- US 2016/0353322A1 ("Li") at [0036], [0070]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0043], [0030]
- US 10,219,271B1 ("Hedayat") at 13:59-65, 38:1-28
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 11
- US 2017/0064718A1 ("Bharadwaj 718") at [0063], [0178]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at at [0054], [0174]
- US 2016/0330058A1 ("Chen") at [0070], [0076]
- JP 2015-165676A ("Kim") at [0037], [0038]
- US 2016/0330300A1 ("Josiam") at [0094], [0129]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4, 19, 26-34
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 22.3.8.3.3

- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 11
- IEEE 802.11-15/ 0344r2 at Slide 3, Slide 4, Slide 12, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 13
- US 2016/0174200A1 ("Seok") at [0123], [0124], [0272], [0273], [0275]

> **(viii)** **[1g] wherein the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and**

754.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0090], [0103], [0104], [0126], [0138], [0140], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0040], [0053], [0054], [0072], [0078], [0080], [0081]
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0038], [0039], [0043]
- US 10,219,271B1 ("Hedayat") at 46:39-54, 47:7-16, 52:33-45, 53:42-60
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 15-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0061], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0094], [0132], [0196], Table 1
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 11, Slide 15
- IEEE 802.11-15/ 0344r2 at Slide 3, Slide 4, Slide12, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 14, Slide 19
- US 2016/0174200A1 ("Seok") at [0101], [0124], [0126], [0251], [0253], [0254], [0257], [0258]

> **(ix)** **[1h] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates**

*additional puncturing information for the unassigned resource unit within the bandwidth.*

755.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0090], [0132], [0138], [0140], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0040], [0077], [0078], [0080], [0081]
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0039], [0043]
- US 10,219,271B1 ("Hedayat") at 46:39-54, 47:7-16, 52:33-45, 53:42-60
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 15-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0061], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0094], [0132], [0193], [0194], [0196], Table 1
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 22.310.10
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 11, Slide 15
- IEEE 802.11-15/ 0344r2 at Slide 3, Slide 4, Slide 8, Slide 9, Slide 12, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 13, Slide 16, Slide 17
  US 2016/0174200A1 ("Seok") at [0056], [0101], [0124], [0126], [0251], [0253], [0254], [0257], [0258]

    **(x)    [2] *The wireless communication terminal of claim 1, wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index.***

756.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0127]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0073]
- US 2017/0094664A1 ("Lee") at [0323]-[0325], Table 1 (Fig. 18), Tables 1-25, Figure 18
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 12, Table 1, Tables 2-6
- US 2016/0353322A1 ("Li") at [0032], [0034], [0037], [0038]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0038-0039], [0041], [0044], [0046]
- US 10,219,271B1 ("Hedayat") at 46:55-65
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 13-14
- US 2017/0064718A1 ("Bharadwaj 718") at [0116], [0117]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0114], [0115]
- US 2016/0330058A1 ("Chen") at [0093]
- US 2016/0330300A1 ("Josiam") at [0104]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 8
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 22.3.8.3.3
- IEEE 802.11-16/ 0045r1 at Slide 11, Slide 14, Slide 15
- IEEE 802.11-15/ 0344r2 at Slide 8, Slide 11 – Slide 13, Slide 18
- IEEE 802.11-14/ 1437r1 at Slide 8 - Slide 12, Slide 16, Slide 17
- US 2016/0174200A1 ("Seok") at [0243], [0244], Table II
- US 2017/0181129A1 ("Bharadwaj 129") at [0108]-[0109], [0119], [0124]

> **(xi)    [3] The wireless communication terminal of claim 2, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit.**

757.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0058]-[0059], [0069], [0070]
- US 2017/0094664A1 ("Lee") at [0016], [0017], [0233], [0284], Tables 1-25
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7, 12, Tables 1-6
- US 2016/0353322A1 ("Li") at [0032], [0034]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0038-0039], [0041]
- US 10,219,271B1 ("Hedayat") at 44:61-45:3
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 11
- US 2017/0064718A1 ("Bharadwaj 718") at [0063], [0117]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0054], [0115]

- US 2016/0330058A1 ("Chen") at [0034], [0086]
- US 2016/0330300A1 ("Josiam") at [0096], [0138]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 16-17 Figures 16-18
- IEEE Standard 802.11ac-2013 ("IEEE Std 802.11ac-2013") at Section 22.3.8.3.3
- IEEE 802.11-16/ 0045r1 at Slide 11, Slide 14, Slide 15
- IEEE 802.11-15/ 0344r2 at slide 8, Slide 11 – Slide 13, Slide 18
- IEEE 802.11-14/ 1437r1 at Slide 8 - Slide 12, Slide 17

> **(xii)**    **[4] The wireless communication terminal of claim 1, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement.**

758.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

The support above for Claim 1.
- US 2017/0094664A1 ("Lee") at [0019], [0241], [0309], [0329]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 8, 12, 17
- US 2016/0353322A1 ("Li") at [0026], [0034], [0070]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0030], [0041], [0069]
- US 2017/0064718A1 ("Bharadwaj 718") at [0107], [0108], [0109]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0098], [0099], [0100]
- US 2016/0330058A1 ("Chen") at [0093]
- US 2016/0330300A1 ("Josiam") at [0193], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 31-33
- IEEE 802.11-16/ 0045r1 at Slide 9, Slide 11, Slide 14, Slide 15
- IEEE 802.11-15/ 0344r2 at Slide 3, Slide 4, Slide 12, Slide 13
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 - Slide 13, Slide 19
- US 2016/0174200A1 ("Seok") AT [0096], [0229], [0311]

> **(xiii)**    **[6] The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at**

*least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured.*

759.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0040], [0077], [0078], [0080], [0081]
- US 2017/0094664A1 ("Lee") at [0251], [0259], [0498]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 10, 12, 32
- US 2017/0064718A1 ("Bharadwaj 718") at [0105], [0160]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0096], [0156]
- JP 2015-165676A ("Kim") at [0033], [0034], [0035], [0036]
- US 2016/0330300A1 ("Josiam") at [0159], [0181], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 23, 27, 31
- IEEE 802.11-16/ 0045r1 at Slide 3, Slide 5, Slide 8, Slide 13, Slide 15
- IEEE 802.11-15/ 0344r2 at Slide 12, Slide 13
- US 2016/0174200A1 ("Seok") AT [0133], [0149], [0180]-[0182], [0184], [0212], [0213], [0219], [0222]

760.    Thus, it is my opinion that claims 1-4, and 6 of the '281 patent are directed to the abstract idea of identifying unused resources, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

## XIII.  ANALYSIS OF THE '595 PATENT

761.    As set forth in more detail in this section, it is my opinion that the Asserted Claims of the '595 Patent are invalid because they are rendered obvious by the prior art identified in this Report.

### A.    Opinions for the '595 Patent Based on Prior art

#### 1.    Samsung Galaxy Tab S in Combination with 802.11ac and Lee 664

762.    It is my opinion that the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious claims 1-5 of the '595 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

#### (a)    Motivation to Combine

763.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate 802.11ac and Lee 664's teachings for the following reasons.

764.    I note, as an initial matter, that Samsung Galaxy Tab S , 802.11ac, and Lee 664 are in the same field of endeavor. For reasons explained above, all relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in 802.11ac and Lee 664, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement signaling center-26 tone resource unit allocation as taught by 802.11ac and by Lee 664.

765.    Further, a POSITA would have been motivated to combine Galaxy Tab S with 802.11ac to take advantage of the benefits that 802.11ac's techniques provide such as signaling bandwidth information in HE-SIG-A bandwidth field. 802.11ac at Section 22.3.8.3.3.

766.    A POSITA would have recognized that applying the techniques of 802.11ac to the Galaxy Tab S, i.e., 802.11ac's signaling, would have yielded predictable results such providing information about the bandwidth. This combination of Galaxy Tab S and 802.11ac represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and 802.11ac

are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform 802.11ac's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and 802.11ac.

767.    Similarly, a POSITA would have been motivated to combine the Galaxy Tab S-802.11ac combination with Lee 664 to take advantage of the benefits that Lee 664's techniques provide such as signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths, not for 20MHz and 40MHz bandwidths. Lee 664 at [0332]; Lee Provisional at page 18. A POSITA would have recognized that incorporating Lee 664's selective signaling approach into Galaxy Tab S- 802.11ac combination would optimize control signaling, avoid redundant or inapplicable signaling for narrower bandwidths, and align resource-unit signaling with the physical and architectural characteristics of wider channels.

768.    A POSITA would have recognized that applying the techniques of Lee 664 to the Galaxy Tab S-802.11ac combination, i.e., Lee 664's signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths techniques, would have yielded predictable results such use of known techniques to address known inefficiencies, and would have been understood as a routine design choice within the skill of a POSITA seeking to improve bandwidth-dependent resource-unit allocation.

317

769.    This combination of Galaxy Tab S-802.11ac and Lee 664 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S, 802.11ac, and Lee 664 are in the same field of endeavor, e.g., as I discussed above, all relate to wireless communication systems. Given that the Galaxy Tab S-802.11ac combination already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Lee 664's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S, 802.11ac, and Lee 664.

### (b)    Claim 1

#### (i)    *[1pre] A wireless communication terminal, the terminal comprising*

770.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

771.    The Samsung Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to

"quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.*, p. 4. Additionally,

the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.*, 5-6.



Id., 5.

> *(ii)    [1a] a processor; wherein the processor is configured to:*

772.    In my opinion, the Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

See PRIOR_ART_00001931, p. 6.

> **(iii)    [1b] receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,**

773.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

774.    802.11ac discloses that "The VHT-SIG-A field carries information required to interpret VHT PPDUs." Section 22.3.8.3.3. A POSITA would have understood a PPDU to be a wireless packet received by a communication terminal.

775.    In addition, 802.11ac discloses that:

> The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 22-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0.

802.11ac at Section 22.3.8.3.6. A POSITA would have understood that the terminal receives the HE-SIG-B.

776.    A POSITA would have found it obvious that the combination renders obvious "receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field."

> **(iv)    [1c] obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,**

777.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

778.    802.11ac discloses that "[t]he VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIGA field for the first part (VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19":



Figure 22-18—VHT-SIG-A1 structure

Table 22-12—Fields in the VHT-SIG-A field

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |

Section 22.3.8.3.3.

779.    Based on these disclosures, a POSITA would have understood that 802.11ac discloses the terminal obtaining bandwidth information from HE-SIG-A's bandwidth field.

780.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

### (v)    [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,

781.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

782.    802.11ac discloses that:

> The VHT-SIG-B field is one symbol and contains 26 bits in a 20 MHz PPDU, 27 bits in a 40 MHz PPDU, and 29 bits in 80 MHz, 160 MHz, and 80+80 MHz PPDUs for each user. The fields in the VHT-SIG-B field are listed in Table 22-14. For fields consisting of multiple bits, the LSB of the value occupies the lowest numbered bit of the field. For example, for an MU transmission using VHT-MCS 5 (0101 in binary) in 20 MHz bandwidth, the VHT-SIG-B field bits are set as follows: B16=1, B17=0, B18=1, and B19=0.

321

**Table 22-14—Fields in the VHT-SIG-B field**

| Field | VHT MU PPDU Allocation (bits) | | | VHT SU PPDU Allocation (bits) | | | Description |
|---|---|---|---|---|---|---|---|
| | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | 20 MHz | 40 MHz | 80 MHz, 160 MHz, 80+80 MHz | |
| VHT-SIG-B Length | B0-B15 (16) | B0-B16 (17) | B0-B18 (19) | B0-B16 (17) | B0-B18 (19) | B0-B20 (21) | Length of A-MPDU pre-EOF padding in units of four octets |
| VHT-MCS | B16-B19 (4) | B17-B20 (4) | B19-B22 (4) | N/A | N/A | N/A | |
| Reserved | N/A | N/A | N/A | B17-B19 (3) | B19-B20 (2) | B21-B22 (2) | All ones |
| Tail | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | B20-B25 (6) | B21-B26 (6) | B23-B28 (6) | All zeros |
| Total # bits | 26 | 27 | 29 | 26 | 27 | 29 | |

802.11ac at Section 22.3.8.3.6.

783.    In addition, Lee 664 discloses that "a transmitting device transmits resource allocation information as well as other control signaling information necessary for correct reception of data signals in one or more HE-SIG-B fields." Lee at [0235]; Lee Provisional at page 8. Lee 664 further discloses that:

> FIG. 12 illustrates a portion of a 20 MHz PPDU 1200 including an HE-SIG-B field 1204. The HE-SIG-B field 1204 includes a common control information (common block) field 1206 and one or more station-specific information (per-STA info) subfields 1208-1 to 1208-N. A payload region 1212 follows the HE-SIG-B field 1204. Some details of the HE-SIG-B field 1204 (such as Cyclic Redundancy Check (CRC) bits and tail bits) are omitted in the interest of brevity.

Lee at [0237]; Lee Provisional at page 8.

784.    A POSITA would have understood that the common control information field and station-specific information subfields are subfield included in the HE-SIG-B field, and are used to obtain information of a unassigned resource unit.

785.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

> **(vi)    [1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and**

322

786.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

787.    802.11ac discloses that "[t]he VHT-SIG-A field carries information required to interpret VHT PPDUs. The structure of the VHT-SIGA field for the first part (VHT-SIG-A1) is shown in Figure 22-18 and for the second part (VHT-SIG-A2) is shown in Figure 22-19":



Figure 22-18—VHT-SIG-A1 structure

Table 22-12—Fields in the VHT-SIG-A field

| Two parts of VHT-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
|  | B0-B1 | BW | 2 | Set to 0 for 20 MHz, 1 for 40 MHz, 2 for 80 MHz, and 3 for 160 MHz and 80+80 MHz |

Section 22.3.8.3.3.

788.    A POSITA would have understood that the bandwidth field is related to bandwidth over which a PPDU (wireless packet) is transmitted and received.

789.    In addition, a POSITA would have found it obvious that the bandwidth field is used to obtain the information of the unassigned resource unit. For example, Lee 664 discloses that:

> For MU-MIMO multiplexing of an RU having a bandwidth equal to or less than 20 MHz, all of the user control information regarding the RU is confined within one of an HE-SIG-B, HE-SIG-B1, or HE-SIG-B2 field transmitted in the same 20 MHz channel as the RU.

Lee at [0279]; Lee Provisional at page 10.

> However, for MU-MIMO multiplexing of an OFDMA RU having a bandwidth greater than 20 MHz (for example, a 484-tone RU having a bandwidth of 40 MHz, or an 996-tone RU having a bandwidth of 80 MHz), the user specific control information (the per-STA info) can be positioned in

any one of the HE-SIG-B1 and HE-SIG-B2 fields, because any RU having 484 or more tones will occupy at least one channel including the HE-SIG-B1 field and at least one other channel including the HE-SIG-B2 field.

Lee at [0280]; Lee Provisional at page 10.

790.    A POSITA reading these disclosures would have understood that that RU allocation is based on the bandwidth information, and thus would have found it obvious that the bandwidth field is used to obtain the information of the unassigned resource unit.

791.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit."

> **(vii)    *[1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,***

792.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

793.    Lee 644 discloses that:

> To prevent excessive consumption of WLAN resource by overhead, the L-SIG, HE-SIG-A, and HE-SIG-B fields have a limited number of bits and it is advantageous to encode them in the most compact form possible. **In a receiving STA, the symbols of these fields are decoded first in order to obtain vital information about the PSDU attributes and some MAC attributes.**

Lee at [0175] (emphasis added); Lee Provisional at page 7.

> In an embodiment, for the example shown in FIG. 16A, the RU allocation subfields of the HE-SIG-B1 field 1604A indicates 2 stations using the 484-tone RU RU5. **Stations decoding the HE-SIG-B1 field 1604A will understand that there will be two user specific subfields (STA-info subfields) related to the 484-tone RU RU5 in the HE-SIG-B1 field 1604A and that those subfields will have an MU type and be based on an MU subfield format**.

Lee at [0298] (emphasis added); Lee Provisional at page 17.

The RU allocation subfields of the HE-SIG-B2 field 1604B indicate a station using the 484-tone RU RU5. However, in an embodiment wherein RU allocation subfields are not capable of indicating a single-user MU RU, stations decoding just the HE-SIG-B2 field 1604B will not know if the user specific subfield related to the 484-tone RU RU5 (here, per-STA info subfield 1608-2-4) is of the SU type or the MU type. In such an embodiment, **if the station has correctly decoded all of the RU allocation subfields of the HE-SIG-B1 field 1604A and the HE-SIG-B2 field 1604B, the station can determine that, because the HE-SIG-B1 field 1604A indicates that that 484-tone RU RU5 is an MU RU, per-STA info subfield 1608-2-4 must be of the MU type.** However, the station may not be able to determine this when an error occurs in decoding the RU allocation subfields of the HE-SIG-B1 field 1604A.

Lee at [0299] (emphasis added); Lee Provisional at page 17.

794.    Based on these disclosures, a POSITA would have understood that the terminal (STA) decodes the data in a PPDU based on the information of the unassigned resource unit.

795.    In addition, Lee 664 discloses that:

For MU-MIMO multiplexing of an RU having a bandwidth equal to or less than 20 MHz, all of the user control information regarding the RU is confined within one of an HE-SIG-B, HE-SIG-B1, or HE-SIG-B2 field transmitted in the same 20 MHz channel as the RU.

Lee at [0279]; Lee Provisional at page 10.

However, for MU-MIMO multiplexing of an OFDMA RU having a bandwidth greater than 20 MHz (for example, a 484-tone RU having a bandwidth of 40 MHz, or an 996-tone RU having a bandwidth of 80 MHz), the user specific control information (the per-STA info) can be positioned in any one of the HE-SIG-B1 and HE-SIG-B2 fields, because any RU having 484 or more tones will occupy at least one channel including the HE-SIG-B1 field and at least one other channel including the HE-SIG-B2 field.

Lee at [0280]; Lee Provisional at page 10.

796.    Based on these disclosures, a POSITA would have found it obvious that the terminal (STA) decodes the data in a PPDU based on the bandwidth information.

797.    Therefore, a POSITA would have understood that the combination renders obvious "decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit."

> *(viii)    [1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and*

798.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

799.    As I explained above for limitation [1e], the bandwidth field is used to obtain the information of the unassigned resource unit. Further, as explained above for limitation [1d], the information of an unassigned resource unit via is obtained via at least one subfield included in the HE-SIG-B field.

800.    Lee 664 further discloses that:

> **When the HE PPDU 700 has a bandwidth of 40 MHz or more, the HE-SIG-B field 712 may be transmitted in first and second HE-SIG- B channels 1 and 2.** The HE-SIG-B field in the HE-SIG-B channel 1 is referred to as the HE-SIG-B1 field, and the HE-SIG-B field in the HE-SIG-B channel 2 is referred to as the HE-SIG-B2 field. The HE-SIG-B1 field and the HE-SIG-B2 field are communicated using different 20 MHz bandwidths of the HE PPDU 700, and may contain different information. Within this document, the term "HE-SIG-B field" may refer to an HE-SIG-B field of a 20 MHz PPDU, or to either of an HE-SIG-B1 field or HE-SIG-B2 field of a 40 MHz or more PPDU.

Lee at [0183] (emphasis added); Lee Provisional at page 9.

> For MU-MIMO multiplexing of **an RU having a bandwidth equal to or less than 20 MHz, all of the user control information regarding the RU is confined within one of an HE-SIG-B**, HE-SIG-B1, or HE-SIG-B2 field transmitted in the same 20 MHz channel as the RU.

Lee at [0279] (emphasis added); Lee Provisional at page 10.

> **However, for MU-MIMO multiplexing of an OFDMA RU having a bandwidth greater than 20 MHz (for example, a 484-tone RU having a**

> **bandwidth of 40 MHz, or an 996-tone RU having a bandwidth of 80 MHz), the user specific control information (the per-STA info) can be positioned in any one of the HE-SIG-B1 and HE-SIG-B2 fields**, because any RU having 484 or more tones will occupy at least one channel including the HE-SIG-B1 field and at least one other channel including the HE-SIG-B2 field.

Lee at [0280] (emphasis added); Lee Provisional at page 10.

801.    A POSITA would have understood that these disclosures render obvious that the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield.

802.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield."

> **(ix)    *[1h] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.***

803.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

804.    Lee 664 renders obvious this limitation. For example,

> The above embodiment **may use additional bits, other than the 8 bits used in the RU allocation table shown in Table 1, to signal the allocation of the special center 26 RU** (for example, 26-tone RU 1180 shown in FIG. 11) that is present in 80 MHz and 160 MHz PPDUs.

Lee at [0332] (emphasis added); Lee Provisional at page 18.

> Entries are provided in Table 2 to support indication of the allocation of **the special center 26 RU in 80 MHz and 160 MHz**, shown as column "S-RU" in Table 2. The NA in the S-RU column indicates **that there is no assignment of the special center 26 RU**. The special center 26 RU in 80 MHz is, for example, the 26-tone RU 1180 shown in FIG. 11.

Lee at [0334] (emphasis added); Lee Provisional at page 18.

> In another embodiment, states 83 to 165 in Table 3 are instead mapped to states 128 to 210, respectively. This is equivalent of having **a separate bit indication for the special central 26-tone RU** and using 7 bits to indicate the rest of the RU assignments in the 8 bit RU allocation unit.

Lee at [0338] (emphasis added); Lee Provisional at page 30.

> In embodiments where allocation state about the special center 26 RU is indicated using an RU allocation table value carried in an 8 bit field of RU allocation subfields of an HE-SIG-B1 field and an HE-SIG-B2 field, **8 bit fields of different RU allocation subfields may indicate the allocation state of the special center 26-tone RU for first and second 80 MHz bandwidths, respectively, of an 160 MHz transmission**.

Lee at [0339] (emphasis added); Lee Provisional at page 30.

805.    Based on these disclosures, a POSITA would have understood that the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz.

806.    In addition, Lee 664 discloses "us[ing] additional bits … to signal the allocation of the special center 26 RU … that is present in **80 MHz and 160 MHz PPDUs**." Lee 664 at [0332]; Lee 664 Provisional at page 18. A POSITA would have found it obvious that the C26 field is used only for  80 MHz and 160 MHz PPDUs—i.e., 80 MHs or more, not 20 MHz or 40 MHz.

807.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz."

> (c)    **Claim 2:  The wireless communication terminal of claim 1, wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz**

> respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2.

808.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

809.    I incorporate my analysis from limitations [1pre]–[1h] above.

810.    Lee 664 discloses "wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively." For example, Lee 664 discloses that:

> When the HE PPDU **700** has a bandwidth of 40 MHz or more, **the HE-SIG-B field 712 may be transmitted in first and second HE-SIG- B channels 1 and 2**. The HE-SIG-B field in the HE-SIG-B channel 1 is referred to as the HE-SIG-B1 field, and the HE-SIG-B field in the HE-SIG-B channel 2 is referred to as the HE-SIG-B2 field. **The HE-SIG-B1 field and the HE-SIG-B2 field are communicated using different 20 MHz bandwidths** of the HE PPDU 700, and may contain different information. Within this document, the term "HE-SIG-B field" may refer to an HE-SIG-B field of a 20 MHz PPDU, or to either of an HE-SIG-B1 field or HE-SIG-B2 field of a 40 MHz or more PPDU.

Lee 664 at [0183]; Lee Provisional at 9-12.

811.    In addition, Lee 664 discloses renders obvious "wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2." For example, Lee 664 discloses "embodiments where allocation state about the special center 26 RU is indicated using an RU allocation table value carried in an 8 bit field of RU allocation subfields of an HE-SIG-B1 field and an HE-SIG-B2 field." Lee 664 at [0339]; Lee Provisional at 18, 30-31.

812.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2."

> **(d)    Claim 3:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz.**

813.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

814.    I incorporate my analysis from Claim 2 above.

815.    In addition, Lee 664 discloses that:

> FIG. 14 illustrates a HE-SIG-B field of an 80 MHz PPDU 1400 including an HE-SIG-B1 field 1404A and an HE-SIG-B2 field 1404B. In an 80 MHz PPDU, the HE-SIG-B field includes the HE-SIG-B1 field 1404A and an HE-SIG-B2 field 1404B, and each of the HE-SIG-B1 field 1404A and an HE-SIG-B2 field 1404B is replicated twice in the frequency domain. A first copy of the HE-SIG-B1 field 1404A is transmitted in a first 20 MHZ channel A and a second copy of the HE-SIG-B1 field 1404A is transmitted in a third 20 MHZ channel C. A first copy of the HE-SIG-B2 field 1404B is transmitted in a second 20 MHZ channel B and a second copy of the HE-SIG-B2 field 1404B is transmitted in a fourth 20 MHZ channel D. This results in combined HE-SIG-B field that spans 80 MHz.

Lee 664 at [0258]; Lee Provisional at 9-12.

816.    Lee 664 also discloses embodiments that "use additional bits … to signal the allocation of the special center 26 RU (for example, 26-tone RU 1180 shown in FIG. 11) that is present in **80 MHz** and 160 MHz PPDUs." Lee 664 at [0332]; Lee Provisional at page 18.Lee 664 at [0342]; Lee Provisional at page 30. Further, Lee 664 discloses "embodiments where allocation state about the special center 26 RU is indicated using an RU allocation table value carried in an 8 bit field of RU allocation subfields of an HE-SIG-B1 field and an HE-SIG-B2 field." Lee 664 at [0339]; Lee Provisional at 18, 30-31.

817.    Therefore, a POSITA would have understood that combination renders obvious "wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both

330

of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz."

> **(e)     Claim 4:  The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1.**

818.     In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

819.     I incorporate my analysis from Claim 3 above.

820.     In addition, Lee 664 discloses that **"**[t]he HE-SIG-B1 field 1404A includes the first user specific field 1408-1 including zero or more per-STA info subfield." Lee 664 at [0266]; Lee Provisional at 8-12. A POSITA would have found it obvious that the HE-SIG-B1 field includes per-STA subfield (user specific field of the HE-SIG-B content channel 1) carrying the center-26 allocation field.

821.     Therefore, a POSITA would have understood that the combination renders obvious "wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1."

> **(f)     Claim 5:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2**

**indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth.**

822.    In my opinion, the combination of Samsung Galaxy Tab S, 802.11ac, and Lee 664 renders obvious this limitation.

823.    I incorporate my analysis from Claim 2 above.

824.    Lee 664 discloses that:

> In embodiments where allocation state about the special center 26 RU is indicated using an RU allocation table value carried in an 8 bit field of RU allocation subfields of an HE-SIG-B1 field and an HE-SIG-B2 field, 8 bit fields of different RU allocation subfields may indicate the allocation state of the special center 26-tone RU for first and second 80 MHz bandwidths, respectively, of an 160 MHz transmission.

Lee 664 at [0339]; Lee Provisional at page 30. Lee 664 further discloses that:

> Because both the special central 26 RUs can be indicated in either of HE-SIG-B1 or HE-SIG-B2, the user specification subfield for the special central 26 RU can be load balanced between HE-SIG-B1 and HE-SIG-B2 (i.e., can be signaled in either of the HE-SIG-B1 or HE-SIG-B2).

Lee 664 at [0342]; Lee Provisional at page 30.

825.    Therefore, a POSITA would have understood that the combination renders obvious "wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth."

### 2. Samsung Galaxy Tab S in Combination with Bharadwaj 718 and Lee 664

826. It is my opinion that the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious claims 1-5 of the '595 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

### (a) Motivation to Combine

827. A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Bharadwaj 718 and Lee 664's teachings for the following reasons.

828. I note, as an initial matter, that Samsung Galaxy Tab S , Bharadwaj 718, and Lee 664 are in the same field of endeavor. For reasons explained above, all relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Bharadwaj 718 and Lee 664, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement signaling center-26 tone resource unit allocation as taught by Bharadwaj 718 and by Lee 664.

829. Further, a POSITA would have been motivated to combine Galaxy Tab S with Bharadwaj 718 to take advantage of the benefits that Bharadwaj 718's techniques provide such as signaling center-26 tone resource unit allocation to make use of these resources. Bharadwaj 718 at [0105]; Bharadwaj 868 Provisional at [0096].

830. A POSITA would have recognized that applying the techniques of Bharadwaj 718 to the Galaxy Tab S, i.e., Bharadwaj 718's signaling center-26 tone resource unit allocation techniques, would have yielded predictable results such as allocating and using the center-26 tone

resource unit. This combination of Galaxy Tab S and Bharadwaj 718 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Bharadwaj 718 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Bharadwaj 718's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Bharadwaj 718.

831.    Similarly, a POSITA would have been motivated to combine the Galaxy Tab S-Bharadwaj 718 combination with Lee 664 to take advantage of the benefits that Lee 664's techniques provide such as signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths, not for 20MHz and 40MHz bandwidths. Lee 664 at [0332]; Lee Provisional at page 18. A POSITA would have recognized that incorporating Lee 664's selective signaling approach into Galaxy Tab S- Bharadwaj 718 combination would optimize control signaling, avoid redundant or inapplicable signaling for narrower bandwidths, and align resource-unit signaling with the physical and architectural characteristics of wider channels.

832.    A POSITA would have recognized that applying the techniques of Lee 664 to the Galaxy Tab S-Bharadwaj 718 combination, i.e., Lee 664's signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths techniques, would have yielded

predictable results such use of known techniques to address known inefficiencies, and would have been understood as a routine design choice within the skill of a POSITA seeking to improve bandwidth-dependent resource-unit allocation.

833.    This combination of Galaxy Tab S-Bharadwaj 718 and Lee 664 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S, Bharadwaj 718, and Lee 664 are in the same field of endeavor, e.g., as I discussed above, all relate to wireless communication systems. Given that the Galaxy Tab S-Bharadwaj 718 combination already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Lee 664's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S, Bharadwaj 718, and Lee 664.

### (b)    Claim 1

#### (i)    *[1pre] A wireless communication terminal, the terminal comprising*

834.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

835.    The Samsung Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a

device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.*, p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.*, 5-6.



Id., 5.

### (ii)    [1a] a processor; wherein the processor is configured to:

836.    In my opinion, the Samsung Galaxy Tab S includes a processor.

| | |
|---|---|
| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |

See PRIOR_ART_00001931, p. 6.

> ### *(iii) [1b] receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,*

837. In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

838. Bharadwaj 718 discloses a PPDU (a wireless packet) that includes HE-SIG-A and HE-SIG-B. For example, Bharadwaj 718 discloses that:

> In some examples of the method, apparatuses, or non-transitory computer-readable medium described herein, the common user field may include a resource allocation field indicating one or more communication resource units in an MU-PPDU, **the first WLAN signaling field may include a high efficiency signaling A (HE-SIG-A) field, and the second WLAN signaling field may include a high efficiency signaling B (HE-SIG-B) field**.

Bharadwaj 718 at [0022]; Bharadwaj 868 Provisional at [0049].

> In other aspects of the disclosure one or more indicators in a first HE WLAN signaling field may be used to determine a feature of a common user field in a second HE WLAN signaling field. In one example, an RU size indicator in **a high efficiency signaling A (HE-SIG-A) field** may be used to determine a feature of a common user field **in a high efficiency signaling B (HE-SIG-B) field**. The HE-SIG-B field may be part of a WLAN preamble for MU transmissions. These MU transmissions may be, for example, OFDMA transmissions, or MU-MIMO transmissions, or other MU transmissions.

Bharadwaj 718 at [0058]; Bharadwaj 868 Provisional at [0049].



Bharadwaj 718 at Fig. 2; Bharadwaj 868 Provisional at [0049]-[0080], Fig. 2.

839.    A POSITA would have known that the terminal receives the WLAN protocol data unit (a wireless packet) that includes HE-SIG-A and HE-SIG-B. Therefore, a POSITA would have understood that the combination renders obvious "receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field."

### (iv)    [1c] obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,

840.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664  renders obvious this limitation.

841.    Bharadwaj 718 that "[b]its indicating the bandwidth (BW) over which the PPDU is being transmitted is already included in the first WLAN signaling field (e.g. an HE-SIG-A field)[.]" Bharadwaj 718 at [0063]; Bharadwaj 868 Provisional at [0054]. Based on these disclosures, a POSITA would have known that Bharadwaj 718 discloses this limitation.

842.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

### (v)    [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,

843.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664  renders obvious this limitation.

844.    Bharadwaj 718 provides that HE-SIG-B includes resource allocation information, which a station uses to determine which resource unit(s) (RU) are assigned to the station. For example, Bharadwaj 718 discloses that "HE-SIG-B field 800 that supports resource allocation signaling in a high efficiency WLAN preamble[.]" Bharadwaj 718 at [0107]; Bharadwaj 868 Provisional at [0098]. Bharadwaj 718 further discloses that:

Various control information may be included in the HE-SIG-B field, such as information to specify a modulation and coding scheme (MCS), coding, spatial multiplexing or other information that may be used by a receiver to decode data sent in the WLAN frame. **The HE-SIG-B field may also include resource allocation information so that each STA scheduled to receive a MU transmission has information concerning which portions of the data to decode, e.g. which RU or RUs are meant to be decoded by that particular STA**.

Bharadwaj 718 at [0059] (emphasis added); Bharadwaj 868 Provisional at [0050].

845.    Bharadwaj 718 also discloses that:

FIGS. 6A and 6B illustrate examples of common and dedicated block signaling for an **HE-SIG-B field 600 that supports resource allocation signaling in a high efficiency WLAN preamble** in accordance with aspects of the present invention. HE-SIG-B field 600 may be an example of a second WLAN signaling field. In this example, HE-SIG-B field 600 **includes a common block 605, first dedicated content blocks 610-a associated with the first portion of a channel bandwidth, second dedicated content blocks 610-b associated with the second portion of the channel bandwidth, and a center dedicated content block 615 associated with a center tone resource unit**.



Bharadwaj 718 at [0103] , Figs. 6A-6B ; Bharadwaj 868 Provisional at [0094], Figs. 6A-6B.

846.    A POSITA would have understood that in Bharadwaj 718's system, a subfield in HE-SIG-B provides resource allocation information—i.e., subfields: "common block 605"; "first

dedicated content blocks 610-a"; "second dedicated content blocks 610-b"; and/or "a center dedicated content block 615." Further, a POSITA would have found it obvious that the terminal obtains information of an unassigned resource unit from this resource allocation information included in HE-SIG-B.

847.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

> ### (vi)    [1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and

848.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

849.    Bharadwaj 718 discloses "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted." As I explained above for limitation [1c], the bandwidth information is indicated via a bandwidth field included in the HE-SIG-A field. Bharadwaj 718 discloses that "[b]its indicating the bandwidth (BW) over which the PPDU is being transmitted is already included in the first WLAN signaling field (e.g. an HE-SIG-A field)[.]" Bharadwaj 718 at [0063]; Bharadwaj 868 Provisional at [0054]. Thus, a POSITA would have understood that the bandwidth field is related to the bandwidth over which the PPDU (wireless packet) is transmitted and received by the terminal.

850.    In addition, Bharadwaj 718 renders obvious "wherein the bandwidth field of HE-SIG-A is … used to obtain the information of the unassigned resource unit." As I explained above for limitation [1c], the bandwidth field of HE-SIG-A provides the bandwidth of the PPDU. Bharadwaj 718 further discloses that the terminal "may use the RU size indicator in combination with the indicated bandwidth to determine what is the size of the common block field in the

transmitted PPDU frame and what is the minimum RU size to be allocated (e.g. 242 tones, 484 tones, etc.)." Bharadwaj 718 at [0063]; Bharadwaj 868 Provisional at [0054]. Bharadwaj 718 further discloses that "the size of the common block field may be fixed to a certain size according to a presence of an RU size indicator, so that for a given bandwidth, the RU size may be different to maintain the fixed common block field size." *Id.* Because in Bharadwaj 718 the size of the common block field and the minimum RU size to be allocated depend on the bandwidth field, a POSITA would have found it obvious that the bandwidth field is used to obtain the information of the unassigned resource unit.

851.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit."

> ### *(vii)    [1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,*

852.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664  renders obvious this limitation.

853.    Bharadwaj 718 discloses decoding a PPDU data based on the bandwidth information. For example, Bharadwaj 718 discloses:

> Including an RU size indicator in the first WLAN signaling field at the access point may indicate to the receiving station that a different size of the common block field is being used, so that a transmitted PPDU may be successfully decoded by the station. Bits indicating the bandwidth (BW) over which the PPDU is being transmitted is already included in the first WLAN signaling field (e.g. an HE-SIG-A field), so that the receiving station has this information, and may use the RU size indicator in combination with the indicated bandwidth to determine what is the size of the common block field in the transmitted PPDU frame and what is the minimum RU size to be allocated (e.g. 242 tones, 484 tones, etc.).

Bharadwaj 718 at [0063]; Bharadwaj 868 Provisional at [0054].

854.    Bharadwaj 718 discloses decoding a PPDU data based on the information of the unassigned resource unit. For example, Bharadwaj 718 discloses:

> Various control information may be included in the HE-SIG-B field, such as information to specify a modulation and coding scheme (MCS), coding, spatial multiplexing or other information that may be used by a receiver to decode data sent in the WLAN frame. **The HE-SIG-B field may also include resource allocation information so that each STA scheduled to receive a MU transmission has information concerning which portions of the data to decode**, e.g. which RU or RUs are meant to be decoded by that particular STA.

Bharadwaj 718 at [0059] (emphasis added); Bharadwaj 868 Provisional at [0050].

855.    Therefore, a POSITA would have understood that the combination renders obvious "decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit."

> *(viii)    [1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and*

856.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664  renders obvious this limitation.

857.    As I explained above for limitation [1c], the bandwidth information is indicated via a bandwidth field included in the HE-SIG-A field. Bharadwaj 718 discloses that "[b]its indicating the bandwidth (BW) over which the PPDU is being transmitted is already included in the first WLAN signaling field (e.g. an HE-SIG-A field)[.]" Bharadwaj 718 at [0063]; Bharadwaj 868 Provisional at [0054].

858.    As I explained above for limitation [1d], HE-SIG-B provides resource allocations information via the following subfields: "common block 605"; "first dedicated content blocks 610-a"; "second dedicated content blocks 610-b"; and/or "a center dedicated content block 615."

Bharadwaj 718 at [0103]; Bharadwaj 868 Provisional at [0094]. These subfields are shown in Figures 6A and 6B below:



Bharadwaj 718 at Figs. 6A-6B; Bharadwaj 868 Provisional at Figs. 6A-6B.

859. Bharadwaj 718 further discloses different "mapping between the values of a RU size indicator in a first WLAN signaling field (e.g., HE-SIG-A bit) and a size of a common block field in a second WLAN signaling field (e.g., of an HE-SIG-B field) for a given bandwidth." Bharadwaj 718 at [0149]; Bharadwaj 868 Provisional at [0146]. A POSITA would have understood that these disclosures render obvious that the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield.

860. Therefore, a POSITA would have understood that the combination renders obvious "wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield."

> **(ix)    [1h] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the**

*received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.*

861.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and L33 664 renders obvious this limitation.

862.    Bharadwaj 718 also discloses

> FIG. 6B illustrates an example of the signaling in an HE-SIG-B field 600-b to indicate the center 26 tones of a resource allocation are allocated to a certain user for a wideband allocation. **For instance when the resource unit allocation is 80 MHz an extra 26 tone RU is available between two 40 MHz resource units.** The first common block 605-a is associated with the second and fourth 20 MHz resource units, while common block 605-b is associated with the first and third 20 MHz resource units. **The dedicated content for the 26 center tones is provided at the end of the primary 20 MHz channel in center dedicated content block 615-a.** The secondary 20 MHz channel includes a padding field 620 to compensate for the disparity in signaling between the secondary and primary 20 MHz channels.

Bharadwaj 718 at [0105] (emphasis added); Bharadwaj 868 Provisional at [0096].



Bharadwaj 718 at Figs. 6B; Bharadwaj 868 Provisional at 6B.

863.    To the extent Bharadwaj 718 does not disclose the negative limitation of "the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz," Lee 664 discloses that limitation. For example, Lee 664 discloses "us[ing] additional bits … to signal the allocation of the special center 26 RU … that is present in **80 MHz and 160 MHz PPDUs**." Lee 664 at [0332]; Lee 664 Provisional at page 18. A POSITA would have found it obvious to implement Bharadwaj 718's system without providing a C26 field indicating whether a user is allocated to a center 26-tone

resource unit in a 20MHz, and instead use the C26 field only for 80 MHz and 160 MHz PPDUs—i.e., 80 MHs or more, not 20 MHz or 40 MHz.

864.     Therefore, a POSITA would have understood that the combination renders obvious "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz."

> **(c)      Claim 2:  The wireless communication terminal of claim 1, wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2.**

865.     In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

866.     I incorporate my analysis from limitations [1pre]–[1h] above.

867.     See discussion above in Section XIII.A.1.(c) regarding claim 2.

> **(d)      Claim 3:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz.**

868.     In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

869.     I incorporate my analysis from Claim 2 above.

870.     See discussion above in Section XIII.A.1.(d) regarding claim 3.

> **(e)      Claim 4:  The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to**

the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1.

871.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

872.    I incorporate my analysis from Claim 3 above.

873.    See discussion above in Section XIII.A.1.(e) regarding claim 4.

> **(f)    Claim 5:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth.**

874.    In my opinion, the combination of Samsung Galaxy Tab S, Bharadwaj 718, and Lee 664 renders obvious this limitation.

875.    I incorporate my analysis from Claim 2 above.

876.    See discussion above in Section XIII.A.1.(f) regarding claim 5.

### 3.    Samsung Galaxy Tab S in Combination with Li and Lee 664

877.    It is my opinion that the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious claims 1-5 of the '595 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

### (a)    Motivation to Combine

878.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Li and Lee 664's teachings for the following reasons.

879.    I note, as an initial matter, that Samsung Galaxy Tab S , Li, and Lee 664 are in the same field of endeavor. For reasons explained above, all relate to wireless communications.

Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Li and Lee 664, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement signaling center-26 tone resource unit allocation as taught by Li and by Lee 664.

880.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Li to take advantage of the benefits that Li's techniques provide such as signaling center-26 tone resource unit allocation to make use of these resources. Li at [0041] (emphasis added);  Li Provisional at [0049].

881.    A POSITA would have recognized that applying the techniques of Li to the Galaxy Tab S, i.e., Li signaling center-26 tone resource unit allocation techniques, would have yielded predictable results such as allocating and using the center-26 tone resource unit. This combination of Galaxy Tab S and Li represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Li are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Li's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would

have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Li.

882.    Similarly, a POSITA would have been motivated to combine the Galaxy Tab S-Li combination with Lee 664 to take advantage of the benefits that Lee 664's techniques provide such as signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths, not for 20MHz and 40MHz bandwidths. Lee 664 at [0332]; Lee Provisional at page 18. A POSITA would have recognized that incorporating Lee 664's selective signaling approach into Galaxy Tab S- Li combination would optimize control signaling, avoid redundant or inapplicable signaling for narrower bandwidths, and align resource-unit signaling with the physical and architectural characteristics of wider channels.

883.    A POSITA would have recognized that applying the techniques of Lee 664 to the Galaxy Tab S-Li combination, i.e., Lee 664's signaling center-26 tone resource unit allocation for only for 80MHz and 160MHz bandwidths techniques, would have yielded predictable results such use of known techniques to address known inefficiencies, and would have been understood as a routine design choice within the skill of a POSITA seeking to improve bandwidth-dependent resource-unit allocation.

884.    This combination of Galaxy Tab S-Li and Lee 664 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S, Li, and Lee 664 are in the same field of endeavor, e.g., as I discussed above, all relate to wireless communication systems. Given that the Galaxy Tab S-Li combination already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S

to perform Lee 664's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S, Li, and Lee 664.

**(b)    Claim 1**

**(i)    *[1pre] A wireless communication terminal, the terminal comprising***

885.    In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.The Samsung Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



Id., 5.

> **(ii)   [1a] a processor; wherein the processor is configured to:**

886.   In my opinion, the Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

See PRIOR_ART_00001931, p. 6.

> **(iii)   [1b] receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,**

887.   In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

888.    Li discloses receiving data packets that include a preamble:

> When AP 102 establishes communication with one or more user devices 120 (e.g., user devices 124, 126, and/or 128), AP 102 may communicate in the downlink direction by sending data packets. The data packets may be preceded by one or more preambles that may be part of one or more headers. These preambles may be used to allow the user device to detect a new incoming data packet from the AP. A preamble may be a signal used in network communications to synchronize transmission timing between two or more devices (e.g., between the APs and user devices).

Li at [0024];  Li Provisional at [0028].

889.    Li further discloses the preamble including HE-SIG-A and HE-SIG-B:

> In one embodiment, and with reference to FIG. 1, an HEW preamble 140 may include one or more fields, such as, a legacy SIGNAL field (L-SIG), a repeated L-SIG (R-L-SIG), a high efficiency SIGNAL A (HE-SIG-A) field 141, a high efficiency SIGNAL B (HE-SIG-B) field 142 and/or any other fields representing OFDMA symbols. It is understood that the above acronyms may be different and not to be construed as a limitation as other acronyms maybe used for the fields included in an HEW preamble. In preamble 140, the HE-SIG-B 142 comes after HE-SIG-A 141 such that the HE-SIG-A may be received by a user device before the HE-SIG-B field. HE-SIG-B 142 may contain resource allocation information for scheduled stations (e.g., user device(s) 120).

Li at [0025];  Li Provisional at [0029].



FIG. 1

Li at Fig. 1;  Li Provisional at Fig. 1.

890.    Therefore, a POSITA would have understood that the combination renders obvious "receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field."

> **(iv)    [1c]  obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,**

891.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

892.    Li discloses that "the total bandwidth or the available subchannels are known from the HE-SIG-A." Li at [0032];  Li Provisional at [0039]. Lis further discloses that "the available subchannels may be indicated in the HE-SIG-A …. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available." Li at [0030];  Li Provisional at [0036]-[0039].

893.    Li also discloses that "[t]he HE-SIG-A may also contain an indication of the total bandwidth of the communication channel. The bandwidth and/or the available subchannels may be known by the user device from decoding the HE-SIG-A (or other fields)." Li at [0055];  Li Provisional at [0036]-[0039].

894.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

> **(v)    [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,**

895.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

896.    Li discloses that:

In one embodiment, common part 444 of an HE-SIG-B field is illustrated in FIG. 4A. The frequency band may be partitioned based on the RU allocation 402. The RU allocation 402 may contain, at least in part, an index of bandwidth allocation pattern to be used by one or more user devices that may be serviced by an AP. The index may take about 5, 10, and 20 bits for contiguous 20, 40, and 80 MHz channels, respectively. … For non-contiguous channels in non-contiguous channel bonding, the numbers of required bits may be similar. The indexing for contiguous channel may be reused for non-contiguous channel. In this case, some 242-tone RU may be indicated as unavailable RU.

Li at [0032];  Li Provisional at [0038].



Li at Figs. 4A; Li Provisional at Fig. 4A.

897.    Li further discloses that:

In one embodiment, the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B. The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated

allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.

Li at [0036];  Li Provisional at [0043].



Li at Figs. 4B; Li Provisional at Fig. 4B.

898.    A POSITA would have understood that in Li system, the common part of the HE-SIG-B (a subfield included in the HE-SIG-B field) provides resource allocation information—i.e., identifying allocated and unallocated resource units (unassigned resource unit). Further, a POSITA would have found it obvious that the terminal obtains information of an unassigned resource unit from this resource allocation information included in HE-SIG-B.

899.    Therefore, a POSITA would have understood that the combination renders obvious "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

*(vi)    [1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and*

900.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

901.    Li discloses "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted." As I explained above for limitation [1c], the bandwidth information is indicated via a bandwidth field included in the HE-SIG-A field. Li further discloses

that "the available subchannels may be indicated in the HE-SIG-A …. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available." Li at [0030]; Li Provisional at [0036]-[0039]. Thus, a POSITA would have understood that the bandwidth field is related to the bandwidth over which the PPDU (wireless packet) is transmitted and received by the terminal.

902.    In addition, Li renders obvious "wherein the bandwidth field of HE-SIG-A is … used to obtain the information of the unassigned resource unit." As I explained above for limitation [1c], the bandwidth field of HE-SIG-A provides the bandwidth of the PPDU.

903.    Li further discloses that:

> **Once the total bandwidth or the available subchannels are known from the HE-SIG-A or R-L-SIG fields, the number of bits in RU allocation 402 may be known**. RU allocation 402 may be protected by a channel code word encoded separately from the rest of the spatial stream allocation part. **Since the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known**. In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU.

Li at [0032] (emphasis added); Li Provisional at [0039].



Li at Figs. 4A; Li Provisional at Fig. 4A.

904.    Because in Li the terminals uses the bandwidth information to determine the number of bits in RU allocation, which it then uses to determine the sizes and locations of all the available RUs in the band, a POSITA would have found it obvious that the bandwidth field is used to obtain the information of the unassigned resource unit.

905.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit."

> ### (vii)    [1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,

906.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

907.    Li discloses decoding the packet based on the bandwidth information. For example, Li discloses:

> **Once the total bandwidth or the available subchannels are known from the HE-SIG-A or R-L-SIG fields, the number of bits in RU allocation 402**

**may be known**. RU allocation 402 may be protected by a channel code word encoded separately from the rest of the spatial stream allocation part. **Since the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known**. In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU.

Li at [0032] (emphasis added);  Li Provisional at [0039].

908.    Li discloses further decoding the packet based on the information of the unassigned resource unit. For example, Li discloses:

> In one embodiment, **the number of unallocated RUs may determine the structure of a common part 446 of a HE-SIG-B field**. Based on a predetermined threshold the structure of the HE-SIG-B common part may follow either the structure of common part 444 shown in FIG. 4A or the structure of common part 446 shown in FIG. 4B. It is understood that the predetermined threshold of unallocated RUs may be determined by the network, a system administrator, or other factors. For example, if there are only a few RUs (e.g. 1, 2, or 3) unallocated, the previous method using {0} stream indicator may be efficient. However, if there are many RUs unallocated, a one bit per RU may indicate whether the RU is allocated or not. A bit map for all the RUs may be placed after the RU allocation of FIG. 4A as shown in FIG. 4B. The length of the RU bit map can be determined by the RU allocation, more precisely the number of RUs in the indicated allocation pattern. Therefore, the RU allocation may be encoded separately with a known length. The RU bit map and the list of active RUs' stream allocations may be encoded and separated from the RU allocation. The RU bit map and the list of active RUs' stream allocations may be encoded together. Since the unallocated RUs are indicated by the RU bit map, only the stream allocations for the actually allocated RU may be in the list of active RU's stream allocations.

Li at [0036] (emphasis added);  Li Provisional at [0043].

909.    Therefore, a POSITA would have understood that the combination renders obvious "decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit."

> *(viii)    [1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and*

357

910.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

911.    As I explained above for limitation [1c], the bandwidth information is indicated via a bandwidth field included in the HE-SIG-A field. Li further discloses that "the available subchannels may be indicated in the HE-SIG-A …. Therefore, before decoding HE-SIG-B 142, a user device may already know the total bandwidth (e.g., 20, 40, 80, or 160 MHz) and know which subchannels within the total bandwidth are available." Li at [0030]; Li Provisional at [0036]-[0039].

912.    Li discloses that "[o]nce the total bandwidth or the available subchannels are known from the HE-SIG-A …, the number of bits in RU allocation 402 may be known." Li at [0032]; Li Provisional at [0038]. Li further discloses that "[s]ince the length of the RU allocation 402 may be known, a user device receiving the HE-SIG-B field may first decode this part so that the sizes and locations of all the available RUs in the band may be known." *Id.* "In the example of FIG. 4A, a contiguous 20 MHz channel may be used, which may be divided into a 106-tone RU, a 26-tone RU, and a 106-tone RU." *Id.*



FIG. 4A

Li at Figs. 4A; Li Provisional at Fig. 4A.

913.    With respect to Fig. 4A, Li further explains that:

> In some embodiments, following the RU allocation 402, spatial stream allocation for each available RU may be specified (e.g., stream allocations 404, 406 and 408).    …    In the example of FIG. 4A, **RU 1 with 106 tones is depicted to 7 spatial streams (e.g., spatial streams SS1-SS7). The 7 streams may be allocated to three user devices 120 (e.g., STA1, STA2 and STA3)** such that STA1 has 2 spatial streams (e.g., spatial streams SS1 and SS2), STA2 having 2 spatial streams (e.g., spatial streams SS3 and SS4) and STA2 having three spatial streams (e.g., spatial streams SS5, SS6 and SS7). **RU 2 with 26 tones may be unallocated, such that RU 2 may be indicated by stream set {0} meaning no stream is allocated. RU 3 with 106 tones may be allocated to two user devices (e.g., STA 4 and STA 5)**, where STA4 having 1 spatial stream (e.g., spatial streams SS1) and STA 5 having 4 spatial streams (e.g., spatial streams SS2, SS3, SS4 and SS5). In some scenarios, the number of high efficiency legacy training field (HE-LTF) symbols may be the same for all RUs. In that case, the number of HE-LTF symbols may be determined by the maximum stream number of all the RUs, which is 7 in this example. Further, the number of HE-LTF symbols may be selected from the feasible P-matrix sizes {1, 2, 4, 8} or {1, 2, 4, 6, 8}. Therefore, the number of HE-LTF symbols may be 8 for the example in FIG. 4A, which is the closest number greater than 7. Although the number of HE-LTF symbols may be specified explicitly (e.g., in HE-SIG-A, or common part of HE-SIG-B, or RU allocation 402 in FIG. 4A), by using the maximum number of the streams among all RUs, there may be no need to specify the number of HE-LTF symbols, which may result in a three bits saving in overhead.

Li at [0033] (emphasis added);  Li Provisional at [0040].

914.    Because the user device uses the bandwidth field to determine the sizes and locations of all the available RUs in the band, and the common part of HE-SIG-B (one subfield) provides which specific RUs are allocated or not allocated, a POSITA would find it obvious that the unassigned resource unit is explicitly indicated.

915.    Therefore, a POSITA would have understood that the combination renders obvious "wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield."

> **(ix)**    ***[1h] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.***

916.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

917.    Li discloses a "middle 26-tone RU" which "may not be allocated." Li at [0039];  Li Provisional at [0047]). Further, Li discloses a "RU 2 stream allocation" which is part of the HE-SIG-B common part and indicates whether the middle 26-tone RU is assigned to a device or not. Fig 4A shows the middle 26-tone RU (highlighted in red) and the  "RU 2 stream allocation" (highlighted in blue):



FIG. 4A

Li at Figs. 4A  (annotated); Li Provisional at Fig. 4A.

918.    Li explains that "RU 2 with 26 tones may be unallocated, such that RU 2 may be indicated by stream set {0} meaning no stream is allocated." Li at [0033];  Li Provisional at [0040]. Similarly, with respect to Fig. 5, Li provides that:

In the example for FIG. 5, there may be six user devices that may be served by an AP. Some of the user devices may follow a multiple user mode or a single user mode. In this example, **the middle 26-tone RU 2 may be allocated to a single user device (e.g., STA 4)**, while RU 1 and RU 3 are allocated for multiple user devices (e.g., STA1, STA2, STA3, STA5 and STA6). There may be one common part of an HE-SIG-B field that may be used for these user devices and there may be six specific parts for the six scheduled user devices.

Li at [0041] (emphasis added);  Li Provisional at [0049].

919.    Fig. 5 shows the "middle 26-tone RU" (highlighted in red) and the  "RU 2 stream allocation" (highlighted in blue):



FIG. 5

Li at Figs. 5  (annotated); Li Provisional at Fig. 5.

920.    To the extent Bharadwaj 718 does not disclose the negative limitation of "the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz," Lee 664 discloses that limitation. For example, Lee 664 discloses "us[ing] additional bits … to signal the allocation of the special center 26 RU … that is present in **80 MHz and 160 MHz PPDUs**." Lee 664 at [0332]; Lee 664 Provisional at page 18. A POSITA would have found it obvious to implement Bharadwaj 718's

361

system without providing a C26 field indicating whether a user is allocated to a center 26-tone resource unit in a 20MHz, and instead use the C26 field only for 80 MHz and 160 MHz PPDUs—i.e., 80 MHs or more, not 20 MHz or 40 MHz.

921. Therefore, a POSITA would have understood that the combination renders obvious "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz."

**(c)    Claim 2:  The wireless communication terminal of claim 1, wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2.**

922. In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

923. I incorporate my analysis from limitations [1pre]–[1h] above.

924. See discussion above in Section XIII.A.1.(c) regarding claim 2.

**(d)    Claim 3:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz.**

925. In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

926. I incorporate my analysis from limitations [1pre]–[1h] above.

927. See discussion above in Section

928. See discussion above in Section XIII.A.1.(d) regarding claim 3.

> **(e)**  **Claim 4:  The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1.**

929.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

930.    I incorporate my analysis from limitations [1pre]–[1h] above.

931.    See discussion above in Section XIII.A.1.(e) regarding claim 4.

> **(f)**  **Claim 5:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth.**

932.    In my opinion, the combination of Samsung Galaxy Tab S, Li, and Lee 664 renders obvious this limitation.

933.    I incorporate my analysis from limitations [1pre]–[1h] above.

934.    See discussion above in Section XIII.A.1.(f) regarding claim 5.

> **4.**  **Josiam**

935.    It is my opinion that Josiam renders obvious claims 1-5 of the '595 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

> **(a)**  **Claim 1**

> > **(i)**  **[1pre] A wireless communication terminal, the terminal comprising:**

936.    To the extent the preamble is limiting, Josiam discloses this limitation. Josiam discloses "high efficiency (HE) transmissions from an access point (AP) to a single station (STA)."

Josiam [0003]; Josiam Provisional, 1, 7-8. A POSITA would have understood that the STA is a wireless communication terminal.

### (ii)     [1a] a processor; wherein the processor is configured to:

937.    Josiam discloses that:

> The controller/processor 224 can include one or more processors or other processing devices that control the overall operation of the AP 101. For example, the controller/processor 224 could control the reception of forward channel signals and the transmission of reverse channel signals by the RF transceivers 209 a-209 n, the RX processing circuitry 219, and the TX processing circuitry 214 in accordance with well-known principles. The controller/processor 224 could support additional functions as well, such as more advanced wireless communication functions. For instance, the controller/processor 224 could support beam forming or directional routing operations in which outgoing signals from multiple antennas 204 a-204 n are weighted differently to effectively steer the outgoing signals in a desired direction. Any of a wide variety of other functions could be supported in the AP 101 by the controller/processor 224. In some embodiments, the controller/processor 224 includes at least one microprocessor or microcontroller.

Josiam at [0067]; Josiam Provisional at page 1, Fig. 41.

938.    Further, a POSITA would have understood that Josiam's STA require a processor. For example, Josiam's Provisional states that the STA receives and decodes a wireless packet. Josiam Provisional at 8, 10-11, 15, 31. Josiam's Provisional further provides that "[p]rocessing at the STA to interpret RU arrangement when non-contiguous channel bonding is used." Josiam Provisional at 33. Based on these disclosures, a POSITA would have understood that an STA necessarily includes a processor for decoding a received wireless packet.

939.    In addition, it would have been obvious to a POSITA that Josiam includes a processor. Using a processor for decoding a received wireless packet was well known in the art and within the general knowledge of a POSITA.

### (iii)     [1b] receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,

940.    Josiam renders obvious this limitation.

941.    Josiam discloses that "[t]he data packet transmitted is called a HE physical layer convergence procedure (PLCP) protocol data unit (PPDU)." Josiam, [0003]; Josiam Provisional, 1. Figure 5 in Josiam shows a PPDU:



FIG. 5

Josiam, Fig. 5; Josiam Provisional, 1-8, 16, Figs. 1-5. A POSITA would have understood that a PPDU is "a wireless packet."

### (iv)    *[1c] obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,*

942.    Josiam renders obvious this limitation.

943.    Josiam discloses that "[t]he size of the RU position index carried in the block of user allocation information varies according to the bandwidth information signaled in the HE-SIG-A." Josiam, [0132], Josiam Provisional, 16. A POSITA would have understood the bandwidth information signaled in the HE-SIG-A to be carried in a field inside the HE-SIG-A. See, e.g., Josiam Provisional, Fig. 2 (showing the Bandwidth field inside VHT-SIG-A1).

944.    In addition, a POSITA would have understood Josiam builds on the VHT-SIG fields in IEEE 802.11ac. Josiam, [0102]; Josiam Provisional, 1-2. In particular, a POSITA would have known that the existing VHT-SIG-A field in the IEEE standard includes a bandwidth field to indicate the bandwidth of a PPDU, and would have found it obvious to use the bandwidth field in the HE-SIG-A. See Josiam Provisional, Fig. 2; see also Jiayin Zhang et al., Preamble Structure for

11ax System (Jan. 2015) IEEE 802.11-15/0101r1 ("[The] 11ax PPDU should also contain HE-SIG-A to carry some similar fields as in HT-SIG/VHT-SIG-A of 11n/ac, e.g., BW, GI.").

945.     Further, including a bandwidth field in the HE-SIG-A was within the knowledge of a POSITA. For example, the 802.11ax Draft Specification Framework dated December 6, 2015 included a bandwidth field in HE-SIG-A, and thus a POSITA would have found it obvious that the bandwidth field was also included in the PPDU disclosed by Josiam which is directed to 802.11ax. IEEE 802.11ax December 7, 2015 Draft Specification Framework; Josiam, [0003]; Josiam Provisional, 1, 7.

### (v)     [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,

946.     Josiam renders obvious this limitation.

947.     Josiam discloses that the resource unit allocation information may include information of an unassigned resource unit. Josiam, [0104], [0111], [0154], [0159], [0167]-[0171], Table 3; Josiam Provisional, 8, 11, 21-22, 24. In particular, Josiam discloses that the unassigned resource unit may fall within a 242-tone segment corresponding to a 20MHz channel or may be one or more 26-tone resource units in an 80MHz or 160MHz bandwidth that does not fall within any 242-tone segment corresponding to a 20MHz channel ("Center 26 resource units"). *Id.* A POSITA would have understood the common field as a subfield of HE-SIG-B. Id.; Josiam, [0105]-[0106], [0156]-[0157]; Josiam Provisional, 11, 23.

948.     Josiam teaches another way for obtaining information about whether one or more Center 26 resource units are assigned to a user device. Josiam, [0118], [0165]-[0169], [0190]; Josiam Provisional, 11-12, 24, 29-30. Josiam discloses that the tone plans for 80MHz and 160MHz bandwidths are not aligned with 20MHz segments. Josiam, [0188]; Josiam Provisional, 24, 29.

949.    For example, an 80MHz bandwidth consists of 996 usable tones, out of which 968 tones can be broken into four 20MHz channels each containing 242-tones. The remaining 26-tone resource unit in the center of the 80MHz bandwidth is divided into 13 tones transmitted in one 20MHz channel and 13 tones transmitted in another 20MHz channel. This is shown in Josiam Figures 16:



FIG. 16

Josiam, Fig. 16 (annotated); Josiam Provisional, Fig. 16.

950.    Josiam discloses that the HE-SIG-B resource unit allocation information is carried in to two HE-SIG-B channels, one for channels A & C and one of for channels B & D. Josiam, [0158]-[0159], [0164]-[0170], [0187]-[0190], Figs. 27, 29, 37; Josiam Provisional, 23-25, 29-30, Figs. 27, 29, 37. This is shown in Josiam Figure 29:



Josiam, Fig.; Josiam Provisional, Figs. 27, 29.

951. Because the Center 26 resource unit falls between two 20MHz channels corresponding to two different HE-SIG-B content channels, a POSITA would have understood that allocation information for the entire Center 26 resource unit does not fall within the resource unit allocation for the 242-tones corresponding to either 20MHz channel. Josiam, [0118], [0165]-[0169], [0190]; Josiam Provisional, 11-12, 24, 29-30.



Josiam, Fig. 29 (annotated); Josiam Provisional, Figs. 27, 29. This issue is also identified in The 802.11ax Draft Specification Frame, which states that "[s]ignaling for the center 26 unit in 80MHz is TBD." IEEE 802.11ax December 7, 2015 Draft Specification Framework, 9.

952.     Josiam discloses including a bit in the common field of HE-SIG-B to indicate whether "the central 26 tone RU is assigned to a[] user or not." Josiam, [0169]; Josiam Provisional, 24. Josiam further explains that "[i]f the bit is set to 1, the per-user allocation information is carried at the end, after the user segments for A & C are carried." Josiam, [0169]; Josiam Provisional, 24. Based on these disclosures, a POSITA would have understood that, if this bit is set to 0, it indicates that the Center 26 resource unit is not assigned to the user device.

953.     Therefore, a POSITA would have understood that Josiam discloses obtaining information of an unassigned resource unit (e.g., an unassigned Center 26 resource unit) via at least one subfield of HE-SIG-B.

> (vi)     ***[1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and***

954.     Josiam renders obvious this limitation.

955.     Josiam discloses "wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted." As I explained above for limitation [1c], a POSITA would have understood that Josiam discloses a bandwidth field that indicates the bandwidth of the PPDU ("wireless packet"). Josiam, [0094], [0105], [0123], [0132]; Josiam Provisional, 8-9, 13, 16. A POSITA would have further understood the bandwidth of the PPDU to be related to the bandwidth over which the PPDU is transmitted.

956.     In addition, Josiam renders obvious "wherein the bandwidth field of HE-SIG-A is … used to obtain the information of the unassigned resource unit."  As I explained above for

limitation [1c], the bandwidth field of HE-SIG-A provides the bandwidth of the PPDU. Josiam further discloses that the number of content channels in HE-SIG-B, and the length of the common field in each of the content channels depends on the bandwidth (provided in the bandwidth field of HE-SIG-A). Josiam, [0156]-[0192]; Josiam Provisional, 22-30.

957.    For example, Josiam discloses that for an 80 MHz bandwidth, the information of an unassigned resource can be obtained via the bandwidth field of HE-SIG-A and the resource unit allocation index of HE-SIG-B. Josiam, [0130]-[0138], [0164]-[0175], Figs. 11, 14-16, 29; Josiam Provisional, 11-12, 15-17, 24-29. Josiam explains that the bandwidth field in HE-SIG-A indicates the total bandwidth of the PPDU, which provides the total number of possible tones and the signaling format for HE-SIG-B. Josiam, [0130]-[0134], [0164]-[0175], Figs. 14-16, 29; Josiam Provisional, 15-17, 24-29.

958.    For example, an 80 MHz PPDU includes 996 tones and HE-SIG-B includes two content channels containing resource unit allocation information for two segments of 242-tones corresponding to alternating 20 MHz channels. Josiam further provides that the RU allocation index for one or more of the four 242-tone segments may include a value indicating that a 26-tone resource unit (within the 242-tones corresponding to a particular 20 MHz segment) is not assigned to a station. Josiam, [0135]-[0140], [0150]-[0155], Table 3, Figs. 17, 23, 29. As Josiam explains, "[g]iven the fixed location of the RUs in the OFDMA tone plan, the enumeration of possible RU arrangements over a specific bandwidth is specified and signaled." Josiam, [0135]-[0138], Fig. 17; Josiam Provisional, 16-17. Therefore, a station can use these two fields to determine that a particular resource unit within the overall 80 MHz bandwidth is unassigned. See Josiam Figs. 16, 19, 29, Table 3; Josiam Provisional, 22, Figs 16, 19, 29.

959.    In addition, Josiam teaches that in an 80MHz PPDU, "[t]he common information portion 2905 of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is assigned" to a station or not. Josiam, [0169]; Josiam Provisional, 24. Josiam also teaches that in an 160MHz PPDU, "[t]wo 26 tone RUs are signaled using 1 bit separately. By convention, one in HE-SIG-B channel-1 3715 and the other in HE-SIG-B channel-2 3720." Josiam, [0190]; Josiam Provisional, 29-30. However, for the 20MHz and 40MHz PPDUs, Josiam discloses that no indication bit for a Center 26 resource unit is included. Compare Josiam, [0156]-[0163]; Josiam Provisional, 22-24, with Josiam, [0164]-[0192]; Josiam Provisional, 24-30.

960.    Based on these disclosures, a POSITA would have understood that the bandwidth (as provided by the bandwidth field of HE-SIG-A) affects the number of indication bits for one or more Center 26 resource units in the common part of HE-SIG-B, and as such, would have understood that the bandwidth field is used in Josiam to obtain the information of the allocation of the Center 26 resource unit (information of an unassigned resource unit).

961.    Therefore, a POSITA would have found it obvious that the bandwidth field of HE-SIG-A is used to obtain the information of the unassigned resource unit.

> ### (vii)    [1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,

962.    Josiam renders obvious this limitation.

963.    A POSITA would have also understood that the information of the bandwidth information is used to decode data of the received wireless packet. As I explained above for limitation [1c], in Josiam, the bandwidth field in HE-SIG-A is used to determine the bandwidth of a PPDU. Josiam further explains that "[t]he header to both SU and MU PPDUs includes information necessary to decode the PPDU." Josiam, [0003]; Josiam Provisional, 1. A POSITA would have understood that a user device uses the PPDU bandwidth information to determine (1)

the number of 20 MHz channels used, (2) the tone plans, (3) the number of HE-SIG-B content channels, and (4) the number of Center 26 resource units. *See* Josiam, [0095]-[0101], [0104], [0136]-[0138], [0156]-[0192]; Josiam Provisional, 7-12, 15-17, 23-30. Therefore, a POSITA would have understood that the user device decodes the data in a received wireless packet based on the PPDU bandwidth information, which is provided in the bandwidth field of HE-SIG-A.

964.    In addition, a POSITA would have also understood that the information of the unassigned resource unit is used to decode data of the received wireless packet. For example, Josiam discloses that "[t]he STAs decode each HE-SIG-B in each 20MHz segment to identify which section carries information for them." Josiam, [0115]; Josiam Provisional, 11. Josiam further discloses that the station "uses the common information portion 2605 and the position of the STA's per-user allocation to unambiguously identify the RU including the STA's data." Josiam, [0157], Fig. 26; Josiam Provisional, 22-23. Based on these disclosures, a POSITA would have understood that in Josiam information of an unassigned resource unit is used to determine that the station does not need to decode the unassigned resource unit and to determine the position of the station's per-user allocation. As an example, Josiam disclose that when the indication bit is 0, "[n]o per-STA information fields are sent for resources indicated to be unused in the resource allocation index." Josiam, [0154]; Josiam Provisional, 21-22. Josiam further explains that,

> The common information portion 2905 of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is assigned to an user or not. By convention, this indication may be carried in HE-SIG-B channel 1 2915 after the RU arrangements for segments are indicated and encoded together. If the bit is set to 1, the per-user allocation information is carried at the end, after the user allocations for segments A & C are carried.

Josiam, [0169]; Josiam Provisional, 24. Therefore, one or more resource units not being allocated to a user may change the length of the user-specific field of HE-SIG-B.

965.     A POSITA would have understood that a per-user allocation information would not be carried in the user-specific field if the indication bit for a Center 26 resource unit is set to 0. A POSITA would have further understood that a station uses the number of resource units to determine the length of the user-specific field of the HE-SIG-B, and based on that decodes the HE-SIG-B to obtain the station's assigned resource units and decode their data. Josiam, [0142], [0149], [0170]; Josiam Provisional, 18-19, 24. Based on these disclosures, a POSITA would have understood that Josiam renders obvious the information of an unassigned resource unit being used to decode data of the received PPDU.

> (viii)    *[1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and*

966.     Josiam renders obvious this limitation.

967.     The '595 patent explaining that "whether the center 26-tone RU [] is assigned may be implicitly identified" based on the nulling of nearby channels. '595 patent, 47:22-51. Based on these disclosures, a POSITA would have understood that the non-assignment of a resource unit may, in some circumstances be implicitly derived, based on other information.

968.     On the other hand, Josiam discloses the bandwidth field of HE-SIG-A and the common field of HE-SIG-B provide information indicating that a specific resource unit is unassigned. For example, Josiam discloses that:

> If the STA 111 determines that the non-contiguous channel bonding field is set to indicate null channels, the STA 111 then interprets the RU arrangement in the common information portion to have null RUs that are adjacent to the nulled channels and determines the number of per-STA fields based on the channel bonding field and the RU arrangement.

Josiam, [0193]-[0198], Josiam Provisional, 31-33.

969.    Josiam further discloses that "the RU allocation index can communicate indices that indicate unused resources and used resources" (Josiam, [0154]) and that "[t]he common information portion 2905 of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is assigned to an user or not" (Josiam, [0169]). Josiam Provisional, 11, 21-22. A POSITA would have understood that Josiam renders obvious that an unassigned resource unit is explicitly identified with the information of the unassigned resource unit when the RU allocation index is set to a value that indicates an unassigned resource unit in a 242-tone of the PPDU. Further, as I explained above for limitation [1e], the location of the unassigned RU within the overall PPDU is determined based on the bandwidth provided by the bandwidth field of HE-SIG-A. Therefore, a POSITA would have understood that Josiam renders obvious that an unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field of HESIG-A and the common field of HE-SIG-B.

970.    In addition, and as I explained above for limitation [1.#], Josiam teaches that the number of Center 26 resource units depends on the PPDU bandwidth—i.e., one Center 26 resource unit for 80 MHz PPDUs, two Center 26 resource units for 160MHz, but zero Center 26 resource units for 20MHz and 40 MHz PPDUs. Josiam, [0110], [0118], [0126], [0169], [0173], [0190], Figs. 10-11; Josiam Provisional, 9-11, 24-25, 29-30, Figs. 10-11. Based on these disclosures, a POSITA would have understood that Josiam renders obvious that an unassigned resource unit (a Center 26 resource unit) is explicitly identified with the information of the unassigned resource unit based the bandwidth field indicating a PPDU of 80MHz or 160MHz and one or more indication bits carried in the common field of HE-SIG-B indicating that one or more corresponding Center 26 resource units is not assigned to a station.

> **(ix)    [1h] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether**

***a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.***

971.    Josiam renders obvious this limitation.

972.    Josiam discloses that that the resource unit allocation information includes information of a C26 field indicating whether a user is allocated to a Center 26 resource unit of 80MHz by way of indication bits included in the common field of HE-SIG-B. Josiam, [0110], [0118], [0126], [0169], [0173], [0190], Figs. 10-11; Josiam Provisional, 9-11, 24-25, 29-30, Figs. 10-11.

973.    In addition, Josiam teaches that in an 80MHz PPDU "[t]he common portion 2905 of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is assigned to a[] user or not." Josiam, [0165]-[0169]; Josiam Provisional, 24. Josiam further teaches that in a 160MHz PPDU, "[t]wo 26 tone RUs are signaled using 1 bit separately. By convention, one in HE-SIG-B channel-1 3715 and the other in HE-SIG-B channel-2 3720." Josiam, [0190]; Josiam Provisional, 29-30. In contrast, Josiam teaches that no indication bit for a Center 26 resource unit is included in 20MHz and 40MHz PPDUs. Compare Josiam, [0156]-[0163]; Josiam Provisional, 22-24, with Josiam, [0164]-[0192]; Josiam Provisional, 24-30. Therefore, a POSITA would have understood that the indication bit used for signaling the use of a Center 26 resource unit is not required for 20MHz or 40MHz PPDUs because their respective tone plans do not include a 26-tone resource unit that falls between channels. Josiam, [0130]-[0134], Figs. 14-16; Josiam Provisional, 5-8.

974.    Josiam discloses that 20 MHz, 40 MHz, and 80 MHz PPDU's consist of one, two, and four 20 MHz channels, respectively. Josiam, [0095]-[0101], Figs. 6-8; Josiam Provisional, 5-7. Josiam further discloses that the smallest granularity for a single 20 MHz is a group of nine 26-

tone resource units (Josiam, [0130]- [0136], Fig. 14; Josiam Provisional, 8-9), a 40 MHz channel can support up to eighteen 26-tone resource units, including nine from each of its 20MHz channel comprising (Josiam, [0095]-[0101], Figs. 6-8; Josiam Provisional, 5-7), and an 80 MHz channel supports up to thirty-seven 26-tone resource unites (id.).

975.    Because resource allocation is sent in 20 MHz chunks, all resource units are signaled in a single field for each 20 MHz PPDU. Josiam, [0136]; Josiam Provisional, 16. In addition, because there are at most 18 resource units in a 40 MHz PPDU, nine are signaled for the first 20 MHz and nine are signaled for the second 20 MHz. Josiam, [0158]-[0159]; Josiam Provisional, 23. For an 80 MHz PPDU, however, there are at most 37 resource units across four 20 MHz channels. Josiam, [0095]-[0101], Figs. 6-8. 16; Josiam Provisional, 5-7 . The first and last channels each have at most nine 26-tone resource units, but the middle two 20 MHz channels are comprised of nine 26-tone resource units plus one half of the final center 26-tone resource units. Id. Therefore, the center 26-tone resource units is not wholly allocated to any 20 MHz channel, and this its allocated separately using a single bit. Josiam, [0110], [0118], [0126], [0169], [0173], [0190]; Josiam Provisional, 9-11, 24-25, 29-30, Figs. 10-11.

976.    Finally, A 160 MHz PPDU consists of two 80 MHz channels with the same tone plan as the 80 MHz channels. Josiam, [0187]; Josiam Provisional, 30. Therefore, a 160 MHz PPDU has two indicator bits.

977.    As such, signaling the allocation/non-allocation of resource units in 20MHz and 40 MHz PPDUs is handled using the RU allocation index alone, but for 80 MHz and 160 MHz PPDUs additional indicator bit(s) are required.

978.    Therefore, a POSITA would have understood that the indication bit disclosed in Josiam to be the claimed "C26 field." *See*, '595 patent 22:29-51 ("C26 field may consist of a 1-bit indicator before or after the [resource allocation] field in the common block field."); Fig. 15.

> **(b)    Claim 2:  The wireless communication terminal of claim 1, wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2.**

979.    Josiam renders obvious this limitation.

980.    Josiam discloses that the HE-SIG-B consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 and further discloses that they are each in units of 20MHz . Josiam, [0158]-[0159], [0164]-[0170], [0187]-[0190], Figs. 27, 29, 37; Josiam Provisional, 23-25, 29-30, Figs. 27, 29, 37. For example, Figure 29 in Josiam, "illustrates an example of HE-SIG-B multiplexing scheme 2900 for 80MHz including 2 channels, each carrying independent information per a 20MHz HE-SIG-B channel":



FIG. 29

Josiam, [0164], Fig. 29; Josiam Provisional, 24-25, Fig. 29.

981.    Josiam further discloses that:

> [T]he HE-SIG-B multiplexing scheme 2900 for an 80 MHz MU PPDU includes two channels 2915 and 2920 as illustrated in FIG. 29. Each HE-SIG- B channel 2915 and 2920 carries different information and the HE-SIG- B channels 2915 and 2920 are duplicated per 40 MHz i.e., HE-SIG-B Channel 1 2915 is carried in channel A & C of 80 MHz while HE-SIG-B Channel 2 2915 2920 is carried in B & D of 80 MHz as illustrated in FIG. 29. 80 MHz channel includes four 20 MHz segments identified as channels A, B, C and D in FIG. 29 and the multiplexing information used or required for decoding the PPDU for users scheduled in each of these segments have to be mapped to 2 HE-SIG-B channels duplicated per 40 MHz.

Josiam, [0165]; Josiam Provisional, 24-25, Fig. 29.

982.    In addition, Josiam renders obvious that the indication bit (the C26 field) is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2. Josiam, [0118], [0169], [0190]; Josiam Provisional, 11-12, 24, 30.Josiam provides that that an indication bit (C26 field) may be carried in both HE-SIG-B content channels: "[t]wo 26 tone RUs are signaled using 1 bit separately. By convention one in HE-SIG-B channel-1 [] and the other in HE-SIGB channel-2." Josiam, [0190]; Josiam Provisional, 29-30.

983.    It is further my opinion that claim 2 does not require the same C26 field to be carried in both HE-SIG-B content channel a and HE-SIG-B channel 2. But to the extent IV argues the claim requires the same C26 field to be carried in both HE-SIG-B content channels, a POSITA would have found it obvious based on the teachings of Josiam that including the same C26 field in both HE-SIG-B content channels.

**(c)    Claim 3: The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz.**

984.    Josiam renders obvious this limitation.

985.    Josiam discloses an 80MHz PPDU in which "[t]he common information portion []
of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is
assigned to a[] user or not." Josiam, [0169]; Josiam Provisional, 24. Josiam also discloses that "the
resource allocation for the 26 tone RU split around the DC tones of an 80MHz MU PPDU may be
indicated by an extra bit in either of the 20MHz segments or duplicated in both." Josiam, [0118];
Josiam Provisional, 11-12.



Josiam Fig. 11 (annotated); Josiam Provisional Fig. 11.

986.    A POSITA would have found it obvious to duplicate the indication bit (C26 field) in both HE-SIG-B content channel and HE-SIG-B content channel 2 in an 80MHz PPDU. *See, e.g.*, Josiam, [0118]; Josiam Provisional, 11-12. A POSITA would have been motivated to duplicate the indication bit (C26 field) in both HE-SIG-B content channel 1 and HE-SIG-B content channel 2 to load balance the signaling and reduce the need for padding in HE-SIG-B content channels. Josiam, [0159], [0179], [0181]; Josiam Provisional, 10, 23, 27.

987.    In addition, because the HE-SIG-B content channel 1 and HE-SIG-B content channel 2 should be equal in length, a POSITA would have found it obvious that duplicating the indication bit (C26 field) for a center-26 resource unit in both content channels would have been an obvious design choice. Josiam, [0159], [0179], [0181]; Josiam Provisional, 10, 23, 27.

988.    Further, duplicating the indication bit would have been a predictable solution in light of Josiam's disclosures that the indication bit for the center-26 resource unit in an 80 MHz PPDU may be duplicated in both 20 MHz channels carrying the center-26 resource unit and also the disclosures that the indication bits may be placed in both HE-SIG-B content channels for 160 MHz PPDUs. Josiam, [0118], [0187]; Josiam Provisional, 11-12, 30.

> **(d)**    **Claim 4:  The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1.**

989.    Josiam renders obvious this limitation.

990.    Josiam discloses that:

> The common information portion 2905 of one of the HE-SIG-B channels also includes 1 bit indicating whether the central 26 tone RU is assigned to an user or not. By convention, this indication **may be carried in HE-SIG-B channel 1 2915 after the RU arrangements for segments are indicated and encoded together. If the bit is set to 1, the per-user allocation information is carried at the end, after the user allocations for segments A & C are carried.**

Josiam, [0169] (emphasis added), Josiam Provisional, 24.



**FIG. 29**

Josiam [0165], Fig. 29, Josiam Provisional, Fig. 29, 26-27.

991.    A POSITA would have understood that the per-use allocation information (center 26-tone resource unit) is carried at the end of the user allocation for segments A & C (is carried in a user specific field of the HE-SIG-B content channel 1).

992.    Therefore, Josiam renders obvious this limitation.

**(e)    Claim 5:  The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth.**

993.    Josiam renders obvious this limitation.

994.    Josiam discloses "an example channel structure and duplication scheme 3700 for multiplexing control information in HE-SIG-B for 160MHz." Josiam, [0187]; Josiam Provisional, 30. Josiam further explains that "[t]he 160 MHz tone plan is built as two concatenated 80MHz tone plans." Josiam, [0188]; Josiam Provisional, 30. A POSITA would have understood Josiam's disclosure as rendering obvious the use of 80+80MHz bandwidths—i.e., an 80+80 MHz PPDU refers to a 160 MHz PPDU that is transmitted using two non-contiguous 80 MHz channels. See, e.g., EEE 802.11ac-2013 (PRIOR_ART_00002735), 31, 247, 260, 262-263, 268-269, 300-302

995.    Josiam further explains that "[t]wo 26 tone RUs are signaled using 1 bit separately. By convention, one in HE-SIG-B channel-1 3715 and the other in HE-SIG-B channel2 3720." Josiam, [0190]; Josiam Provisional, 30. A POSITA would have understood Josiam's indication bits (C26 fields) in HE-SIG-B content channel 1 and HE-SIG-B content channel 2 as indicating whether a device is allocated to center-26 resource units in the first and/or second 80MHz bandwidths, respectively.

996.    In addition, a POSITA would have found it obvious that Josiam's teachings for 160MHz PPDUs may be used for both contiguous 160MHz bandwidths and noncontiguous 80 + 80 MHz bandwidths because similar resource unit allocation techniques are used for both. Josiam, [0188] ("The 160MHz tone plan is built as two concatenated 80MHz tone plans that are not aligned with 20MHz segments.").

997.    Therefore, Josiam renders obvious this limitation.

### B.    Asserted Claims of the '595 Patent Lack Written Description Support

**1.    "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz"**

998.    In my opinion, the specification of '595 patent does not provide written-description support for the claim limitation requiring that information of an unassigned resource unit includes information of a C26 field only when the bandwidth indicated by the bandwidth field is "80 MHz or more, **not 20 MHz or 40 MHz**." This limitation affirmatively excludes 20 MHz and 40 MHz bandwidths from the scope of the claimed C26-field signaling. As a person of ordinary skill in the art, I would expect such an exclusion to be expressly described or necessarily implied in the specification if the inventors possessed that limitation at the time of filing.

999.    For example, the specification's discussion of a C26 field in the Technical Solution section, where it states: "When the packet is transmitted in a total bandwidth of 80 MHz or more, the non-contiguous channel allocation information may further include information of a field (C26 field) indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz." '595 patent, 4:35-39. This passage is permissive ("may further include") and describes an example of C26-field usage in wide-band transmissions. It does not state that C26-field signaling is excluded from, prohibited in, or incompatible with 20 MHz or 40 MHz transmissions.

1000.    The '595 specification explains how HE-SIG-B content channels scale with bandwidth in 20 MHz units and how signaling structures vary for different bandwidths, but it does not impose any restriction on the applicability of the C26 field based on bandwidth. *See, e.g.*, '595 patent at 4:35-5:3. Notably, the specification does not state that C26 fields are "not used" in 20 MHz or 40 MHz bandwidths, nor does it define the C26 field as exclusive to bandwidths of 80 MHz or more.

1001.  As a person of ordinary skill in the art, I would understand the absence of any discussion of C26 fields in 20 MHz or 40 MHz contexts as **silence**, not as an affirmative exclusion. The specification does not contain any disclaimer, definition, or technical explanation that would make the use of a C26 field in 20 MHz or 40 MHz transmissions impossible or inconsistent with the disclosed invention. Accordingly, in my opinion, the specification of the '595 patent does not demonstrate possession of an invention that excludes 20 MHz and 40 MHz bandwidths from the use of C26-field signaling. The negative limitation "not 20 MHz or 40 MHz" appears only in the claim language and lacks written-description support under 35 U.S.C. §112.

### C.    The Asserted Claims of the '595 Patent Do Not Recite Patent Eligible Subject Matter

1002.  It is my opinion that the asserted claims of the '595 patent do not recite patent eligible subject matter, and should therefore, be considered invalid under 35 U.S.C. § 101. As discussed below, the asserted claims of the '595 patent recite patent-ineligible subject matter because they are directed to the abstract idea of identifying unused resources. It is further my opinion that, aside from the abstract idea of identifying unused resources, the claim limitations, both individually and as a combination, do not provide an inventive concept but merely recite well understood, routine, and conventional components and activities for implementing the abstract idea that were well known in communications systems and to persons of ordinary skill in the art before the alleged priority date of the '595 patent.

#### 1.    The Asserted Claims of the '595 Patent are Directed to an Abstract Idea

1003.  It is my opinion that the asserted claims of the '595 patent are directed to nothing more than the abstract idea of identifying unused resources.

1004.  I understand that the Court may analyze less than all asserted claims to determine patent ineligibility where the claims of the asserted patents are substantially similar in that they

recite little more than the same abstract idea. Although I have analyzed the patent eligibility of all

Asserted Claims, I have focused my discussion below on claim 1, which I believe is exemplary

representative claim for the patent eligibility analysis applicable to all Asserted Claims.

1005.   Claim 1 of the '595 patent recites:

1. A wireless communication terminal, the terminal comprising:

> a processor;
>
> wherein the processor is configured to:
>
> receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,
>
> obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,
>
> obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,
>
> wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and
>
> decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,
>
> wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and
>
> wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.

1006.   Claim 1 is directed to the abstract idea of identifying unused resources. The claim

do not describe any improvement in technology that performs this abstract idea, but merely rely

on generic technologies to perform this idea. Claim 1 recites "a wireless communication terminal,"

whose hardware, as recited in the claim language, comprise in its entirety  "a processor; wherein

the processor is configured to" perform certain functions. These functions consist of receiving,

obtaining, and decoding data, using existing IEEE 802.11 procedures and functionality.

1007.  For example, the Background Art of the specification refers to the following existing IEEE 802.11 standards: IEEE 802.11a, IEEE 802.11b, IEEE 802.11g, IEEE 802.11n, IEEE 802.11ac, IEEE 802.11ad. '595 patent at 1:39-59. I have provided details of the procedures and functionalities provided in these standards that were well-known in the art. In particular, claim 1 recites HE-SIG-A and HE-SIG-B fields, both of which existed in existing IEEE standards, and recites using these existing fields to obtain information identifying unused resources.

1008.  It is further my opinion that, for the same reasons as claim 1 of the '595 patent, dependent claims 2-5 are patent ineligible because they, too, are directed to the abstract idea of identifying unused resources, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

### 2. The Asserted Claims of the '595 Patent Do Not Recite an Inventive Concept

1009.  As shown below, the asserted claims of the '595 patent lack an inventive concept because, aside from the abstract idea of identifying unused resources, the claim limitations, individually and in combination, merely recite well-understood, routine, and conventional components and activities previously known in the field of IEEE WiFi communications systems to persons skilled in the art before the '595 patent's alleged priority date. See discussion above in Section VII.B.

### (i) [1pre] A wireless communication terminal, the terminal comprising:

1010.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0010], [0101], [0062]

- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0002], [0007], [0042]
- US 2017/0094664A1 ("Lee") at [0098]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 2, pg. 3, pg. 4
- US 2016/0353322A1 ("Li") at [0002], [0060], [0078], [0079]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0011], [0013], [0060], [0016], [0017]
- US 10,219,271B1 ("Hedayat") at 6:61-7:7, Fig. 1
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 2-4
- US 2017/0064718A1 ("Bharadwaj 718") at [0002], [0003]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0002]
- US 2016/0330058A1 ("Chen") at Abstract, Figure 1
- JP 2015-165676A ("Kim") at [0019]
- US 2016/0330300A1 ("Josiam") at [0003]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1, 17, 21, 23
- US 2018/0205584A1 ("Lim") at [0007]
- US 2017/0070998A1 ("Wu") (PRIOR_ART_00015315) at [0029], [0031]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") (PRIOR_ART_00002014) at pg. 41
- IEEE Std 802.11ac-2013 ("802.11ac-2013") (PRIOR_ART_00002735) at Section 3.1, Section 21.3.2
- IEEE 802.11-14/ 1437r1 at Slide 2, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 3, Slide 4, Slide 8
- IEEE 802.11-15/ 1066r0 (PRIOR_ART_00000511) at Slide 17, Slide 19
- US 2016/0174200A1 ("Seok") at [0005], Fig. 1

### (ii)      *[1a] a processor; wherein the processor is configured to:*

1011.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0010], [0101], [0182],
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0007], [0009], [0010], [0085], [0051]
- US 2017/0094664A1 ("Lee") at [0103]-[0106], Figure 2
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 2, pg. 3, pg. 6.
- US 2016/0353322A1 ("Li") at [0002], [0020], [0064]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0023], [0064], [0075]-[0076]
- US 10,219,271B1 ("Hedayat") at 7:34-51, Fig. 2, 14:1-18

- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 3, 8-9, 10-11, Fig. 1.
- US 2017/0064718A1 ("Bharadwaj 718") at [0015], [0164]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0011], [0101]
- US 2016/0330058A1 ("Chen") at [0050], [0061], Figure 2
- JP 2015-165676A ("Kim") at [0019], [0029]
- US 2016/0330300A1 ("Josiam") at [0064], [0067]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 1, 8, Figure 41
- US 2018/0205584A1 ("Lim") at [0008]
- US 2017/0070998A1 ("Wu") at [0032], [0033]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 10, 34, 41
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 3.1, Section 21.3.2
- IEEE 802.11-14/ 1437r1 at Slide 2, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide3, Slide 4, Slide 8
- IEEE 802.11-15/ 1066r0 at Slide 17, Slide 19
- US 2016/0174200A1 ("Seok") at [0014], [0015], Fig. 1

### (iii)    [1b] receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field,

1012.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0003], [0062], [0086], [0101]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0001], [0042], [0007], [0009], [0010], [0051]
- US 2017/0094664A1 ("Lee") at [0174], [0175]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7-9, pg. 12, 17, 31-32.
- US 2016/0353322A1 ("Li") at [0002], [0023], [0025], [0030]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0001], [0027], [0029], [0036], [0075]-[0076]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 45:14-36
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 8-9, 11, 16-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0058], [0063]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0049], [0054]
- US 2016/0330058A1 ("Chen") at [0027], [0035]
- JP 2015-165676A ("Kim") at [0052]

- US 2016/0330300A1 ("Josiam") at [0094], [0132], [0196]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4, 9, 13-14
- US 2018/0205584A1 ("Lim") at [0007], [0107], [0113]
- US 2017/0070998A1 ("Wu") at [0006]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 2, 31, 33, 35, 36, 40, Abstract
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 3.1, Section 21.3.2
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 13, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 2, Slide 5, Slide 8 – Slide 11
- IEEE 802.11-15/ 1066r0 at Slide 8, Slide 11- Slide 15
- US 2016/0174200A1 ("Seok") at [0101]

### (iv)    [1c] obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field,

1013.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0062], [0101], [0112]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0010], [0011], [0042], [0051], [0062]
- US 2017/0094664A1 ("Lee") at [0173]-[0175], [0183], [0279], [0280]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7-10, pg. 12, pg. 17, pg. 31-32.
- US 2016/0353322A1 ("Li") at [0025], [0032]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0039], [0053], [0056]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 45:14-36
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 1-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0058], [0063]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0049], [0054]
- US 2016/0330058A1 ("Chen") at [0022], [0034], [0035], [0061], [0102]
- JP 2015-165676A ("Kim") at [0033], [0052]
- US 2016/0330300A1 ("Josiam") at [0132], [0196]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-3, Figure 2
- US 2018/0205584A1 ("Lim") at [0145], [0146]
- US 2017/0070998A1 ("Wu") at [0004], [0006]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg. 5, 6, 9, 31, 33, 36, 40

- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 3.1, Section 21.3.2, Section 3.3, Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 14, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 8, Slide 10, Slide 11
- IEEE 802.11-15/ 1066r0 at Slide 16 – Slide 19, Slide 25
- US 2016/0174200A1 ("Seok") at [0124], [0126]

### (v)    [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field,

1014.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0010], [0011], [0062], [0101], [0125], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0042], [0051], [0071], [0081]
- US 2017/0094664A1 ("Lee") at [0235]-[0236], [0309], [0329]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 8, pg. 12, pg. 17, pg. 31-32.
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0038], [0039], [0043]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 46:39-54, 47:7-16, 52:33-45, 53:42-60
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 1-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0035], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0142], [0154]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 19, 26-34
- US 2018/0205584A1 ("Lim") at [0009], [0012], [0151]
- US 2017/0070998A1 ("Wu") at [0004], [0006]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 9, 12, 13, 33, 40
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 3.3, Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 14, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 9 – Slide 11

- IEEE 802.11-15/ 1066r0 at Slide 8, Slide 11 – Slide 19, Slide 25
- US 2016/0174200A1 ("Seok") at [0101], [0161], [0251], [0253], [0254], [0257], [0258]

> ### (vi)   *[1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and*

1015.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0062], [0101], [0103], [0104], [0111], [0112]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0011], [0012], [0042], [0051], [0053], [0054], [0061], [0062]
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0038], [0039], [0043], [0054]
- US 10,219,271B1 ("Hedayat") at 14:1-18, 15:43-53, 46:39-54, 47:7-16, 52:33-45, 53:42-60
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 4, 8-9, 11, 15-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0058], [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0049], [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0035], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0132], [0142], [0154], [0196]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 1-4, 19, 26-34
- US 2018/0205584A1 ("Lim") at [0009], [0012], [0145], [0146], [0151]
- US 2017/0070998A1 ("Wu") at [0004], [0006]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 27, 28, 31-40
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 22.3.8.3.3
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 14, Slide 19
- IEEE 802.11-16/ 0045r1at slide 2, Slide 5, Slide 10, Slide 11, Slide 13, Slide 15
- IEEE 802.11-15/ 1066r0 at Slide 8 – Slide 10, Slide 13, Slide 18, Slide 19, Slide 25
- US 2016/0174200A1 ("Seok") at [0101], [0124], [0126], [0251], [0253], [0254], [0257], [0258]

> **(vii)**    ***[1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit,***

1016.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0103], [0104], [0126]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0053], [0054], [0072]
- US 2017/0094664A1 ("Lee") at [0175], [0298]-[0299]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 7, pg. 17
- US 2016/0353322A1 ("Li") at [0036], [0070]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0028], [0043], [0030]
- US 10,219,271B1 ("Hedayat") at 13:59-65, 38:1-28
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 11, 16-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0063], [0178]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0054], [0174]
- US 2016/0330058A1 ("Chen") at [0070], [0076]
- JP 2015-165676A ("Kim") at [0037], [0038]
- US 2016/0330300A1 ("Josiam") at [0084], [0094], [0129]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 1-4, 19, 26-34
- US 2018/0205584A1 ("Lim") at [0216]
- US 2017/0070998A1 ("Wu") at [0034], [0048], [0071]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 7, 8, 26
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 22.3.8.3.3
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 13
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 10, Slide 11, Slide 13, Slide 15
- IEEE 802.11-15/ 1066r0 at Slide 8 – Slide 10, Slide 13, Slide 19, Slide 25
- US 2016/0174200A1 ("Seok") at [0123], [0124], [0272], [0273], [0275]

> **(viii)**    ***[1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and***

1017.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known

components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0090], [0103], [0104], [0126], [0138], [0140], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0040], [0053], [0054], [0072], [0078], [0081]
- US 2016/0353322A1 ("Li") at [0025], [0030], [0032], [0036]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0029], [0036], [0038], [0039], [0043]
- US 10,219,271B1 ("Hedayat") at 46:39-54, 47:7-16, 52:33-45, 53:42-60
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 15-16, 18-19
- US 2017/0064718A1 ("Bharadwaj 718") at [0059], [0063], [0107], [0123], [0149]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0050], [0054], [0098], [0121], [0146]
- US 2016/0330058A1 ("Chen") at [0061], [0093]
- JP 2015-165676A ("Kim") at [0007], [0008], [0033], [0040], [0052]
- US 2016/0330300A1 ("Josiam") at [0084], [0132], [0142], [0154], [0196]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 1-4, 19, 26-34
- US 2018/0205584A1 ("Lim") at [0009], [0012], [0145], [0146], [0151]
- US 2017/0070998A1 ("Wu") at [0004], [0006]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg. 31-40
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 3.1, Section 21.3.2, Section 3.3, Section 22.3.8.3.3, Section 22.3.8.3.6
- IEEE 802.11-14/ 1437r1 at Slide 4, Slide 5, Slide 8 – Slide 12, Slide 14, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 5, Slide 11, Slide 15
- IEEE 802.11-15/ 1066r0 at Slide 8 – Slide 10, Slide 13, Slide 21, Slide 25
- US 2016/0174200A1 ("Seok") at [0101], [0124], [0126], [0251], [0253], [0254], [0257], [0258]

       **(ix)**     **[1h] *wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz.***

1018.    The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known

components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0090], [0138], [0140], [0141]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0040], [0078], [0080], [0081]
- US 2017/0094664A1 ("Lee") at [0332], [0334], [0338]-[0339]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 18, pg. 30
- US 2016/0353322A1 ("Li") at [0037], [0039], [0041]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at [0045], [0047], [0049]
- US 10,219,271B1 ("Hedayat") at 18:40-50, 21:21-34
- Provisional Application No. 62/247,123 ("Hedayat 123 Provisional") at pg. 12-16
- US 2017/0064718A1 ("Bharadwaj 718") at [0104], [0105], [0123]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0095], [0096], [0121]
- US 2016/0330058A1 ("Chen") at [0070]
- JP 2015-165676A ("Kim") at [0045], [0057], [0061]
- US 2016/0330300A1 ("Josiam") at [0110], [0154], [0169], [0173], [0190], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 19, 26-34
- US 2018/0205584A1 ("Lim") at [0194], [0195], [0196]
- US 2017/0070998A1 ("Wu") at [0007], [0017], [0018], [0043]- [0047]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at  pg. 24-29
- IEEE Std 802.11ac-2013 ("802.11ac-2013") at Section 22.3.8.3.6
- IEEE 802.11-14/ 1437r1 at Slide 8 – Slide 12, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 3- Slide 5, Slide 8- Slide 11
- IEEE 802.11-15/ 1066r0 at Slide 8, Slide 10 – Slide 20, Slide 25

> **(x)    [2] The wireless communication terminal of claim 1, wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2.**

1019.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0117]

- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at [0067]
- US 2017/0094664A1 ("Lee") at [0339], [0342]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 30
- US 2016/0353322A1 ("Li") at [0339], [0342]
- Provisional Application No. 62/167,088 ("Li 088 Provisional") at 30.
- US 2017/0064718A1 ("Bharadwaj 718") at [0105], [0160]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0096], [0156]
- JP 2015-165676A ("Kim") at [0027], [0033], [0046], [0045], [0057], [0061]
- US 2016/0330300A1 ("Josiam") at [0165], [0169], [0178], [0190], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 19, 26-34
- US 2018/0205584A1 ("Lim") at [0194], [0195], [0196]
- US 2017/0070998A1 ("Wu") at [0043]- [0047]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 24-29
- IEEE 802.11-14/ 1437r1 at Slide 8 – Slide 12, Slide 19
- IEEE 802.11-16/ 0045r1 at Slide 3, Slide 5, Slide 9 – Slide 11
- IEEE 802.11-15/ 1066r0 at Slide 8, Slide 10 – Slide 20, Slide 25
- US 2016/0174200A1 ("Seok") at [0133], [0149], [0180]-[0182], [0184], [0212], [0213], [0219], [0222]

> ***(xi)***     ***[3] The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz.***

1020. The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- JP 2015-165676A ("Kim") at [0027], [0033], [0046], [0045], [0057], [0061]
- US 2016/0330300A1 ("Josiam") at [0165], [0169], [0178], [0190], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg. 19, 26-34
- US 2018/0205584A1 ("Lim") at [0194], [0195], [0196]
- US 2017/0070998A1 ("Wu") at [0043]- [0047]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg. 24-29
- IEEE 802.11-16/ 0045r1 at Slide 3- Slide 5, Slide 9 – Slide 11
- IEEE 802.11-15/ 1066r0 at Slide 8, Slide 10 – Slide 20, Slide 25

- US 2016/0174200A1 ("Seok") at [0133], [0149], [0180]-[0182], [0184], [0212], [0213], [0219], [0222]

> **(xii)** **[4] The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1.**

1021.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0332], [0334], [0338]-[0339], [0342]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at pg. 18, pg. 30.
- US 2017/0094664A1 ("Lee") at [0332], [0334], [0338], [0339], [0342]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at Pg. 18, pg. 30
- JP 2015-165676A ("Kim") at [0027], [0033], [0046], [0045], [0057], [0061]
- US 2016/0330300A1 ("Josiam") at [0154], [0178], [0173], [0190], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 19, 26-34
- US 2018/0205584A1 ("Lim") at [0194], [0195], [0196]
- US 2017/0070998A1 ("Wu") at [0043]- [0047]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 24-29
- US 2016/0174200A1 ("Seok") at [0133], [0149], [0180]-[0182], [0184], [0212], [0213], [0219], [0222]

> **(xiii)** **[5] The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth.**

1022.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See also:

- US 2017/0181129A1 ("Bharadwaj 129") at [0332], [0334], [0388], [0339], [0342]
- Provisional Application No. 62/270,562 ("Bharadwaj 562 Provisional") at pg. 18, pg. 30
- US 2017/0094664A1 ("Lee") at [0332], [0334], [0338], [0339], [0342]
- Provisional Application No. 62/252,886 ("Lee 886 Provisional") at pg. 18, 30
- US 2017/0064718A1 ("Bharadwaj 718") at [0105], [0146], [0152]
- Provisional Application No. 62/209,868 ("Bharadwaj 868 Provisional") at [0096], [0143], [0149]
- JP 2015-165676A ("Kim") at [0027], [0033], [0046], [0045], [0057], [0061]
- US 2016/0330300A1 ("Josiam") at [0154], [0173], [0178], [0188], [0190], [0194]
- Provisional Application No. 62/216,514 ("Josiam 514 Provisional") at pg 19, 26-34
- US 2018/0205584A1 ("Lim") at [0194], [0195], [0196]
- US 2017/0070998A1 ("Wu") at [0043]- [0047]
- Provisional Application No. 62/215,054 ("Wu 054 Provisional") at pg 24-29
- US 2016/0174200A1 ("Seok") at [0133], [0149], [0180]-[0182], [0184], [0212], [0213], [0219], [0222]

1023.  Thus, it is my opinion that claims 1-5 of the '595 patent are directed to the abstract idea of identifying unused resources, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

## XIV.  ANALYSIS OF THE '210 PATENT

1024.  As set forth in more detail in this section, it is my opinion that the Asserted Claims of the '210 Patent are invalid because they are rendered obvious by the prior art identified in this Report.

### A.    Opinions for the '210 Patent Based on Prior art

#### 1.    Samsung Galaxy Tab S in Combination with Verma 310

1025.  It is my opinion that the Samsung Galaxy Tab S in combination with Verma 310 renders obvious claims 1-5 of the '210 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

##### (a)    Motivation to Combine

###### (i)    *Samsung Galaxy Tab S in Combination with Verma 310*

1026.  A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Verma 310's signaling techniques for the following reasons.

1027.  I note, as an initial matter, that Samsung Galaxy Tab S and Verma 310 are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Verma 310, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement Verma 310's transmission and reception of a compression indicator to determine whether a common field in a subsequent signal is present or absent.

1028.  Further, a POSITA would have been motivated to combine Galaxy Tab S with Verma 310 to take advantage of the benefits that Verma 310's signaling techniques provide such as high efficiency communications and/or efficient full bandwidth transmissions to multiple users. Verma 310 at [0029] ("an AP may use high efficiency multiple user PPDUs (HE MU PPDUs) to transmit data to multiple stations within a wireless local area network (WLAN)") and [0045] ("WLAN PPDU 200 may use WLAN signaling fields for efficient full bandwidth transmissions to multiple users.").

1029.  A POSITA would have recognized that applying the techniques of Verma 310 to the Galaxy Tab S, i.e., Verma 310's signaling techniques, would have yielded predictable results such as high efficiency communications and "efficient full bandwidth transmissions to multiple users." Verma 310 at [0029], [0045]. This combination of Galaxy Tab S and Verma 310 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Verma 310 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Verma 310's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Verma 310.

       *(ii)*   ***Samsung Galaxy Tab S in Combination with Verma 310 and IEEE P802.11ax/D0.5***

1030.  As I discussed above, the Samsung Galaxy Tab S supports several wireless standards of the time including IEEE 802.11a/b/g/n/ac, and as such, includes features described in IEEE 802.11-2012 and IEEE 802.11ac. Further, a POSITA would have been motivated to combine Galaxy Tab S with Verma 310 (discussed above) and further combine with P802.11ax/D0.5 to take advantage of the benefits that a next generation wireless technology provides.

1031.  Further given that Samsung Galaxy Tab S already implemented key wireless technology, such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in P802.11ax/D0.5, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement P802.11ax/D0.5's wireless protocols.

### (b)    Claim 1

#### (i)    [1pre] 1. A wireless communication terminal, the terminal comprising:

1032.  In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

1033.  The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display."  *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing."  *Id*., p. 4. Additionally,

the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.*, 5-6.



*Id.*, 5.

### (ii)     [1a] a communication unit; and

1034.   In my opinion, the Samsung Galaxy Tab S includes a communication unit. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood as including a communication unit, and is capable of implementing certain features of 802.11a/b/g/n/ac.

| | |
|---|---|
| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |

See PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069.

> ### *(iii)    [1b] a processor configured to process signals transmitted and received through the communication unit,*

1035.   In my opinion, the Samsung Galaxy Tab S includes "a processor configured to process signals transmitted and received through the communication unit."

1036.   First, the Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

See PRIOR_ART_00001931, p. 6.

1037.   Second, this processor is configured for wireless connectivity, for example, using certain features of IEEE 802.11 a/b/g/n/ac. *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. As I discussed above, a POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to transmit and receive signals such as those corresponding to PPDUs.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

See PRIOR_ART_00001931 at 6.

1038.   Verma 310 also discloses this limitation. See, e.g.,

> FIG. 12 shows a block diagram of a system 1200 including device 1205 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. Device 1205 may be an example of or include the components of station 115 as described with reference to FIG. 1. Device 1205 may include components for bi-directional voice and data communications including components for transmitting and receiving

communications, including station wireless communication manager 1215, processor 1220, memory 1225, software 1230, transceiver 1235, antenna 1240, and I/O controller 1245.

Verma 310 at [0109].

Processor 1220 may include an intelligent hardware device, (e.g., a general-purpose processor, a DSP, a CPU, a microcontroller, an ASIC, a FPGA, a programmable logic device, a discrete gate or transistor logic component, a discrete hardware component, or any combination thereof). In some cases, processor 1220 may be configured to operate a memory array using a memory controller. In other cases, a memory controller may be integrated into processor 1220. Processor 1220 may be configured to execute computer-readable instructions stored in a memory to perform various functions (e.g., functions or tasks supporting full bandwidth multicast indication to multiple users).

Verma 310 at [0110].

Transceiver 1235 may communicate bi-directionally, via one or more antennas, wired, or wireless links as described above. For example, transceiver 1235 may represent a wireless transceiver and may communicate bi-directionally with another wireless transceiver. Transceiver 1235 may also include a modem to modulate the packets and provide the modulated packets to the antennas for transmission, and to demodulate packets received from the antennas. In some cases, device 1205 may include a single antenna 1240. However, in some cases device 1205 may have more than one antenna 1240, which may be capable of concurrently transmitting or receiving multiple wireless transmissions.

Verma 310 at [0113].

1039.   See also, e.g., Verma 619 at 29-30, Fig. 12.

> **(iv)    [1c] wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU), and**

1040.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU)." As I discussed above, the Samsung Galaxy Tab S is configured to receive signals, e.g., it is configured to receive PPDUs.

1041.   Verma 310 discloses transmitting and receiving HE MU PPDU.

An access point (AP) may use different physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats for multiple user transmissions. For example, an AP may use high efficiency multiple user PPDUs (HE MU PPDUs) to transmit data to multiple stations within a wireless local area network (WLAN). Additionally, WLAN signaling fields within the PPDU may further include a number of fields for signaling information related to other fields in the PPDU. That is, a first WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-A field) may include a compression indicator for a second WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-B field), where the compression indicator may be used to indicate different types of transmissions, such as the indication of a full bandwidth multiple user multiple-input multiple-output (MU-MIMO) transmission.

Verma 310 at [0029].

FIG. 12 shows a block diagram of a system 1200 including device 1205 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. Device 1205 may be an example of or include the components of station 115 as described with reference to FIG. 1. Device 1205 may include components for bi-directional voice and data communications including components for transmitting and receiving communications, including station wireless communication manager 1215, processor 1220, memory 1225, software 1230, transceiver 1235, antenna 1240, and I/O controller 1245.

Verma 310 at [0109]. See also Verma 310 at [0092]-[0094], [0096]-[0102], [0109]-[0114], Figs. 9-

12.

At block 1505 the station 115 may receive a preamble of a multiple user transmission that includes a first WLAN signaling field followed by a second WLAN signaling field. The operations of block 1505 may be performed according to the methods described with reference to FIGS. 1 through 4. In certain examples, aspects of the operations of block 1505 may be performed by a station multiple user communications component as described with reference to FIGS. 9 through 12.

Verma 310 at [0128]. See also Verma 310 at Fig. 15.



Verma 310 at Fig. 2.



Verma 310 at Fig. 3.

1042.  See also, e.g., Verma 619 at 7-8, Fig. 2, Fig. 3. As discussed below in Section

XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> (v)      *[1d] wherein a preamble of the HE MU PPDU includes high efficiency signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B), and*

1043.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein a preamble of the HE MU PPDU includes high efficiency signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B)."

1044.   Verma 310 discloses that HE MU PPDU includes HE-SIG-A and HE-SIG-B.

> An access point (AP) may use different physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats for multiple user transmissions. For example, an AP may use high efficiency multiple user PPDUs (HE MU PPDUs) to transmit data to multiple stations within a wireless local area network (WLAN). Additionally, WLAN signaling fields within the PPDU may further include a number of fields for signaling information related to other fields in the PPDU. That is, *a first WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-A field)* may include a compression indicator for a second WLAN signaling field (e.g., *an IEEE 802.11ax HE SIG-B field*), where the compression indicator may be used to indicate different types of transmissions, such as the indication of a full bandwidth multiple user multiple-input multiple-output (MU-MIMO) transmission.

Verma 310 at [0029] (emphasis added).

> FIG. 2 illustrates an example of a WLAN PPDU 200 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN PPDU 200 illustrates aspects of a transmission between an AP 105 and a station 115, as described above with reference to FIG. 1. WLAN PPDU 200 may use WLAN signaling fields for efficient full bandwidth transmissions to multiple users.

Verma 310 at [0045].



406

Verma 310 at Fig. 2. See also Verma 310 at [0048] ("HE WLAN preamble 220 may include any of: a repeated legacy WLAN field (e.g., an RL-SIG field), *first WLAN signaling field 230 (e.g., a first high efficiency WLAN signaling field, including a SIG-A field such as HE-SIG-A)*, *second WLAN signaling field 235 (e.g., a second high efficiency WLAN signaling field, including a SIG-B field such as HE-SIG-B)*, WLAN HE-STF 240 (e.g., a high efficiency WLAN STF), and at least one WLAN LTF 245 (e.g., at least one high efficiency WLAN LTF)").

> FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 *may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field)*. WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].



Verma 310 at Fig. 3.

1045.   See also Verma 619 at 7-8, 13-15, Fig. 2, Fig. 3. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> ### (vi)    [1e] decode the received HE MU PPDU based on information obtained from the preamble,

1046.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "[wherein the processor is configured to] decode the received HE MU PPDU based on information obtained from the preamble."

1047.   Verma 310 for example discloses decoding the received HE MU PPDU based on information obtained from the preamble.

> Upon receiving the multiple user transmission, a station may identify the compression indicator and number of stations in the preamble of the multiple user transmission, as well as the spatial configuration indicator in the first and second WLAN signaling fields. The station may then determine a spatial decoding scheme to use for the multiple user transmission based on the spatial configuration indicator and the number of station identified in the preamble, and **decode the multiple user transmission**.

Verma 310 at [0006]. See also Verma 310 at [0052] ("Each of user-specific sub-fields 325 may include information for a station 115 to decode a received payload. For example, user-specific sub-fields 325 may include one or more spatial streams for stations 115 receiving a multiple user transmission to decode.").

> An access point (AP) may use different physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats for multiple user transmissions. For example, an AP may use high efficiency multiple user PPDUs (HE MU PPDUs) to transmit data to multiple stations within a wireless local area network (WLAN). Additionally, WLAN signaling fields within the PPDU may further include a number of fields for signaling information related to other fields in the PPDU. That is, a first WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-A field) may include a compression indicator for a second WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-B field), where the compression indicator may be used to indicate different types of transmissions, such as the indication of a full bandwidth multiple user multiple-input multiple-output (MU-MIMO) transmission.

Verma 310 at [0029].

> The value of the compression indicator may also affect additional fields within the first WLAN signaling field. For example, based on the compression indicator, an additional field within the first WLAN signaling field may indicate the number of symbols of a second WLAN signaling field or the number of users that will decode the information in the second WLAN signaling field. In such cases, if the value of the compression indicator is zero, then the number of symbols field indicates a number of symbols in the second WLAN signaling field, and when the compression indicator is one, the field indicates the number of stations to receive a multiple user transmission (e.g., the value indicates a number of MU-MIMO users minus one).

Verma 310 at [0041].

1048.  Verma 310 further discloses a "decoder 1040" which decodes a received HE MU PPDU.

> Decoder 1040 may determine a spatial decoding scheme for the multiple user transmission based on the identified spatial configuration indicator and the number of stations 115 and decode one or more spatial streams of the multiple user transmission based on the determined spatial decoding scheme for the multiple user transmission. In some examples, decoder 1040 may decode a first spatial stream of the multiple user transmission based on the determined spatial decoding scheme for the multiple user transmission, where the first spatial stream is a same spatial stream decoded by one or more other stations 115 receiving the multiple user transmission. Additionally or alternatively, decoder 1040 may decode a set of spatial streams of the multiple user transmission based on the determined spatial decoding scheme for the multiple user transmission. In such cases, the set of spatial streams may be decoded by one or more other stations 115 receiving the multiple user transmission. In some cases, decoder 1040 may be a processor. The processor may be coupled with memory and execute instructions stored in the memory that enable the processor to perform or facilitate the decoding features discussed herein.

Verma 310 at [0102]. See also Verma 310 at [0098] ("Station wireless communication manager 1015 may also include multiple user communications component 1025, signaling field component 1030, spatial configuration component 1035, and decoder 1040."), [0104], [0108], [0127]-[0131], Figs. 9-12, 15.

1049.   See also Verma 619 at 2, 7-8, 11-12. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> **(vii)     [1f] wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,**

1050.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A."

1051.   Verma 310, for example, discloses when a SIG-B compression field of the HE-SIG-A indicates full bandwidth MU-MIMO transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A.

> An access point (AP) may use different physical layer convergence procedure (PLCP) protocol data unit (PPDU) formats for multiple user transmissions. For example, an AP may use *high efficiency multiple user PPDUs (HE MU PPDUs)* to transmit data to multiple stations within a wireless local area network (WLAN). Additionally, WLAN signaling fields within the PPDU may further include a number of fields for signaling information related to other fields in the PPDU. That is, *a first WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-A field) may include a compression indicator for a second WLAN signaling field (e.g., an IEEE 802.11ax HE SIG-B field), where the compression indicator may be used to indicate different types of transmissions, such as the indication of a full bandwidth multiple user multiple-input multiple-output (MU-MIMO) transmission*.

Verma 310 at [0029] (emphasis added).

> The value of the compression indicator may also affect additional fields within the first WLAN signaling field. For example, ***based on the***

*compression indicator, an additional field within the first WLAN signaling field may indicate the number of symbols of a second WLAN signaling field or the number of users that will decode the information in the second WLAN signaling field*. In such cases, if the value of the compression indicator is zero, then the number of symbols field indicates a number of symbols in the second WLAN signaling field, and *when the compression indicator is one, the field indicates the number of stations to receive a multiple user transmission (e.g., the value indicates a number of MU-MIMO users minus one*).

Verma 310 at [0041] (emphasis added).

FIG. 2 illustrates an example of a WLAN PPDU 200 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN PPDU 200 illustrates aspects of a transmission between an AP 105 and a station 115, as described above with reference to FIG. 1. WLAN PPDU 200 may use WLAN signaling fields for efficient full bandwidth transmissions to multiple users.

Verma 310 at [0045].



Verma 310 at Fig. 2.

FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field). WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].

As described above, first WLAN signaling field 305 may include a number of fields that indicate the format of a transmission, as well as information regarding second WLAN signaling field 310. For example, *first WLAN signaling field 305 may include a compression field (e.g., a SIG-B compression field) that may indicate a full-bandwidth MU-MIMO transmission when the value of this field is set to one*. Furthermore, the compression field may indicate the number of symbols in second WLAN signaling field 310 (when the compression field value is zero) or a number of users minus one (when the compression field value is equal to one).

Verma 310 at [0051] (emphasis added).

As described above, *first WLAN signaling field 305 may include a compression indicator value of one for a full-bandwidth transmission, and may further indicate the number of MU-MIMO users in a user field*. The indicated number of users may also indicate the number of stations assigned to a full bandwidth multicast transmission. In such cases, *a value in the user field between 0 and 7 may indicate between 1 and 8 stations, respectively, and a value between 8 and 15 may be associated with a greater number of stations*.

Verma 310 at [0054] (emphasis added).



Verma 310 at Fig. 3.



Verma 310 at Fig. 15. See also Verma 310 at [0127]-[0131].

1052.  See also Verma 619 at 7-8, 11-13, Fig. 2, 15-16, Fig. 3. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> ### (viii)    [1g] wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and

1053.  In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation."

1054.  Verma 310 discloses when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation.

> When communicating with multiple stations, AP 105 may indicate the total number of MU-MIMO users in a first WLAN signaling field, and a second

WLAN signaling field may contain a user field for each station. ***The user fields for each station 115 may include a 4-bit spatial configuration subfield that includes an indication of the number of spatial streams that a station will decode in an MU-MIMO allocation***. An example of spatial configuration subfield encoding scheme is provided in Table 1.

Verma 310 at [0042] (emphasis added).

As illustrated in Table 1, ***the spatial configuration subfield for a given number of users indicates the number of spatial streams allocated to each station***. For instance, when four stations are receiving a downlink transmission from AP 105, a spatial configuration value (e.g., 0000-0011) may indicate that a first station 115 associated with a first number of spatial streams (space-time streams Nsts[1]) may receive one to four streams, a second station 115 may decode one space time stream (using Nsts[2]), and so on for the remaining stations 115. In some cases, all stations receiving the downlink multiple user transmission may all decode the same spatial stream, as illustrated in Table 1 by the spatial configuration indication where B0 . . . B3 is "1011", where all stations decode one spatial stream.

Verma 310 at [0043].

TABLE 1

| No. of Users | B0 . . . B3 | Nsts [1] | Nsts [2] | Nsts [3] | Nsts [4] | Nsts [5] | Nsts [6] | Nsts [7] | Nsts [8] | Total Nsts | No. of entries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0000-0011 | 1-4 | 1 | 1 | 1 | | | | | 4-7 | 11 |
| | 0100-0110 | 2-4 | 2 | 1 | 1 | | | | | 6-8 | |
| | 0111 | 3 | 3 | 1 | 1 | | | | | 8 | |
| | 1000-1001 | 2-3 | 2 | 2 | 1 | | | | | 7-8 | |
| | 1010 | 2 | 2 | 2 | 1 | | | | | 8 | |
| | 1011 | | | | | 1 | | | | | |
| | 1100-1111 | | | | | Reserved | | | | | |

Verma 310 at [0043], Table 1.

The value of the compression indicator may also affect additional fields within the first WLAN signaling field. For example, ***based on the compression indicator, an additional field within the first WLAN signaling field may indicate the number of symbols of a second WLAN signaling field or the number of users that will decode the information in the second WLAN signaling field***. In such cases, if the value of the compression indicator is zero, then the number of symbols field indicates a number of symbols in the second WLAN signaling field, and ***when the compression indicator is one, the field indicates the number of stations to receive a multiple user transmission (e.g., the value indicates a number of MU-MIMO users minus one***).

414

Verma 310 at [0041] (emphasis added).

> As described above, ***first WLAN signaling field 305 may include a compression indicator value of one for a full-bandwidth transmission, and may further indicate the number of MU-MIMO users in a user field***. The indicated number of users may also indicate the number of stations assigned to a full bandwidth multicast transmission. In such cases, ***a value in the user field between 0 and 7 may indicate between 1 and 8 stations, respectively, and a value between 8 and 15 may be associated with a greater number of stations***.

Verma 310 at [0054] (emphasis added).

1055.   As I discussed above, Verma 310 provides details regarding the user specific field of the HE-SIG-B and how it includes user fields for MU-MIMO allocation.

> FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field). WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].

> As described above, first WLAN signaling field 305 may include a number of fields that indicate the format of a transmission, as well as information regarding second WLAN signaling field 310. For example, first WLAN signaling field 305 may include a compression field (e.g., a SIG-B compression field) that may indicate a full-bandwidth MU-MIMO transmission when the value of this field is set to one. Furthermore, the compression field may indicate the number of symbols in second WLAN signaling field 310 (when the compression field value is zero) or a number of users minus one (when the compression field value is equal to one).

Verma 310 at [0051].

> Second WLAN signaling field 310 may include a plurality of common block fields 320 and user-specific sub-fields 325. Common block fields 320 may carry information used by multiple stations 115, such as a resource unit (RU) allocation. Each of user-specific sub-fields 325 may include information for a station 115 to decode a received payload. For example, user-specific sub-fields 325 may include one or more spatial streams for stations 115 receiving

a multiple user transmission to decode. In some cases, user-specific sub-fields 325 may include a single user field with a station identifier set to a predetermined address that identifies a plurality of stations 115 belonging to a multicast group.

In some cases, when the second WLAN signaling field is transmitted over multiple channels 315 (e.g., 20 MHz channels), where each channel 315 may include common block field 320 and one or more user-specific sub-fields 325. Multiple users transmissions may be scheduled such that user-specific sub-fields 325 are distributed over a plurality of channels 315. In some cases, an AP 105 may schedule pad 330 in the event the number of stations receiving a multiple user transmission is odd. For example, an AP 105 may transmit data to seven stations 115, and pad 330 may be used due to the odd number of stations. In some cases, transmitting to an even number of stations may reduce complexity by preventing the need for using pad 330 in the user-specific portion of second WLAN signaling field 310 (e.g., an HE-SIG-B field).

Verma 310 at [0052]-[0053].



Verma 310 at Fig. 3.

1056. See also Verma 619 at 12, 15-16. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> **(ix)** **[1h] wherein when the number of MU-MIMO users**
> **indicates a single user, the user specific field of the HE-**
> **SIG-B includes one user field for non-MU-MIMO**
> **allocation.**

1057.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders

obvious "wherein when the number of MU-MIMO users indicates a single user, the user specific

field of the HE-SIG-B includes one user field for non-MU-MIMO allocation."

1058.   Verma 310, for example, discloses when the number of MU-MIMO users indicates

a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO

allocation. Verma 310 discloses transmissions to a single station.

> The value of the compression indicator may also affect additional fields
> within the first WLAN signaling field. For example, **based on the**
> **compression indicator, an additional field within the first WLAN signaling**
> **field may indicate the number of symbols of a second WLAN signaling field**
> **or the number of users that will decode the information in the second**
> **WLAN signaling field**. In such cases, if the value of the compression
> indicator is zero, then the number of symbols field indicates a number of
> symbols in the second WLAN signaling field, and **when the compression**
> **indicator is one, the field indicates the number of stations to receive a**
> **multiple user transmission** (**e.g., the value indicates a number of MU-**
> **MIMO users minus one**).

Verma 310 at [0041] (emphasis added).

1059.   A POSITA would have recognized that the signaling of users described in [0041]

("e.g., the value indicates a number of MU-MIMO users minus one") allows for there to be one

user, because one (one user) minus one is zero, a number that still can be signaled in the field (as

opposed to a negative number). Indeed this is consistent with other disclosures in Verma 310 such

as:

> As described above, **first WLAN signaling field 305 may include a**
> **compression indicator value of one for a full-bandwidth transmission, and**
> **may further indicate the number of MU-MIMO users in a user field**. The
> indicated number of users may also indicate the number of stations assigned
> to a full bandwidth multicast transmission. In such cases, **a value in the user**
> **field between 0 and 7 may indicate between 1 and 8 stations, respectively,**

> *and a value between 8 and 15 may be associated with a greater number of stations*.

Verma 310 at [0054] (emphasis added).

1060.   Additionally or alternatively, Verma 310 discloses a single stream transmission in which multiple users receive the same stream, which is effectively a single user transmission.

> As illustrated in Table 1, ***the spatial configuration subfield for a given number of users indicates the number of spatial streams allocated to each station***. For instance, when four stations are receiving a downlink transmission from AP 105, a spatial configuration value (e.g., 0000-0011) may indicate that a first station 115 associated with a first number of spatial streams (space-time streams Nsts[1]) may receive one to four streams, a second station 115 may decode one space time stream (using Nsts[2]), and so on for the remaining stations 115. ***In some cases, all stations receiving the downlink multiple user transmission may all decode the same spatial stream, as illustrated in Table 1 by the spatial configuration indication where B0 . . . B3 is "1011", where all stations decode one spatial stream***.

Verma 310 at [0043] (emphasis added).

TABLE 1

| No. of Users | B0 . . . B3 | Nsts [1] | Nsts [2] | Nsts [3] | Nsts [4] | Nsts [5] | Nsts [6] | Nsts [7] | Nsts [8] | Total Nsts | No. of entries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0000-0011 | 1-4 | 1 | 1 | 1 | | | | | 4-7 | 11 |
| | 0100-0110 | 2-4 | 2 | 1 | 1 | | | | | 6-8 | |
| | 0111 | 3 | 3 | 1 | 1 | | | | | 8 | |
| | 1000-1001 | 2-3 | 2 | 2 | 1 | | | | | 7-8 | |
| | 1010 | 2 | 2 | 2 | 2 | | | | | 8 | |
| | 1011 | | | | | 1 | | | | | |
| | 1100-1111 | | | | Reserved | | | | | | |

Verma 310 at [0043], Table 1 (annotated). See also Verma 310 at [0052] ("user-specific sub-fields 325 may include a single user field with a station identifier set to a predetermined address that identifies a plurality of stations 115 belonging to a multicast group").

> When communicating with multiple stations, AP 105 may indicate the total number of MU-MIMO users in a first WLAN signaling field, and a second WLAN signaling field may contain a user field for each station. The user fields for each station 115 may include a 4-bit spatial configuration subfield that includes an indication of the number of spatial streams that a station will

decode in an MU-MIMO allocation. An example of spatial configuration subfield encoding scheme is provided in Table 1.

Verma 310 at [0042].

1061.  As I discussed above, Verma 310 provides details regarding the user specific field of the HE-SIG-B and how it includes user fields for MU-MIMO allocation.

> FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field). WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].

> As described above, first WLAN signaling field 305 may include a number of fields that indicate the format of a transmission, as well as information regarding second WLAN signaling field 310. For example, first WLAN signaling field 305 may include a compression field (e.g., a SIG-B compression field) that may indicate a full-bandwidth MU-MIMO transmission when the value of this field is set to one. Furthermore, the compression field may indicate the number of symbols in second WLAN signaling field 310 (when the compression field value is zero) or a number of users minus one (when the compression field value is equal to one).

Verma 310 at [0051].

> Second WLAN signaling field 310 may include a plurality of common block fields 320 and user-specific sub-fields 325. Common block fields 320 may carry information used by multiple stations 115, such as a resource unit (RU) allocation. Each of user-specific sub-fields 325 may include information for a station 115 to decode a received payload. For example, user-specific sub-fields 325 may include one or more spatial streams for stations 115 receiving a multiple user transmission to decode. In some cases, user-specific sub-fields 325 may include a single user field with a station identifier set to a predetermined address that identifies a plurality of stations 115 belonging to a multicast group.

> In some cases, when the second WLAN signaling field is transmitted over multiple channels 315 (e.g., 20 MHz channels), where each channel 315 may include common block field 320 and one or more user-specific sub-fields

419

325. Multiple users transmissions may be scheduled such that user-specific sub-fields 325 are distributed over a plurality of channels 315. In some cases, an AP 105 may schedule pad 330 in the event the number of stations receiving a multiple user transmission is odd. For example, an AP 105 may transmit data to seven stations 115, and pad 330 may be used due to the odd number of stations. In some cases, transmitting to an even number of stations may reduce complexity by preventing the need for using pad 330 in the user-specific portion of second WLAN signaling field 310 (e.g., an HE-SIG-B field).

Verma 310 at [0052]-[0053].

As described above, first WLAN signaling field 305 may include a compression indicator value of one for a full-bandwidth transmission, and may further indicate the number of MU-MIMO users in a user field. The indicated number of users may also indicate the number of stations assigned to a full bandwidth multicast transmission. In such cases, a value in the user field between 0 and 7 may indicate between 1 and 8 stations, respectively, and a value between 8 and 15 may be associated with a greater number of stations.

Verma 310 at [0054].

1062.   See also Verma 619 at 12, 15-16. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> **(c)    Claim 2: The wireless communication terminal of claim 1, wherein the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation, and wherein the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field.**

1063.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation, and wherein the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field." I incorporate my analysis above from claim 1.

1064.   Verma 310 discloses that "the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation". See, e.g.,

> Some examples of the method and apparatus described above may further include processes, features, means, or instructions for identifying a plurality of spatial streams for stations receiving the multiple user transmission to decode, wherein the spatial configuration indicator may be generated for the multiple user transmission based at least in part on the number of stations and the identified plurality of spatial streams. Some examples of the method and apparatus described above may further include processes, features, means, or instructions for including the spatial configuration indicator for the multiple user transmission in one or more station-specific user fields of the second WLAN signaling field.

Verma 310 at [0010].

> When communicating with multiple stations, AP 105 may indicate the total number of MU-MIMO users in a first WLAN signaling field, and a second WLAN signaling field may contain a user field for each station. The user fields for each station 115 may include a 4-bit spatial configuration subfield that includes an indication of the number of spatial streams that a station will decode in an MU-MIMO allocation. An example of spatial configuration subfield encoding scheme is provided in Table 1.

Verma 310 at [0042].

> As illustrated in Table 1, the spatial configuration subfield for a given number of users indicates the number of spatial streams allocated to each station. For instance, when four stations are receiving a downlink transmission from AP 105, a spatial configuration value (e.g., 0000-0011) may indicate that a first station 115 associated with a first number of spatial streams (space-time streams Nsts[1]) may receive one to four streams, a second station 115 may decode one space time stream (using Nsts[2]), and so on for the remaining stations 115. In some cases, all stations receiving the downlink multiple user transmission may all decode the same spatial stream, as illustrated in Table 1 by the spatial configuration indication where B0 . . . B3 is "1011", where all stations decode one spatial stream.

TABLE 1

| No. of Users | B0 . . . B3 | Nsts [1] | Nsts [2] | Nsts [3] | Nsts [4] | Nsts [5] | Nsts [6] | Nsts [7] | Nsts [8] | Total Nsts | No. of entries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0000-0011 | 1-4 | 1 | 1 | 1 | | | | | 4-7 | 11 |
| | 0100-0110 | 2-4 | 2 | 1 | 1 | | | | | 6-8 | |
| | 0111 | 3 | 3 | 1 | 1 | | | | | 8 | |
| | 1000-1001 | 2-3 | 2 | 2 | 1 | | | | | 7-8 | |
| | 1010 | 2 | 2 | 2 | 2 | | | | | 8 | |
| | 1011 | | | | | 1 | | | | | |
| | 1100-1111 | | | | | Reserved | | | | | |

Verma 310 at [0043]. See also Verma 619 at 4, 12.

1065.   Verma 310 discloses that "the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field." See for example:

> The value of the compression indicator may also affect additional fields within the first WLAN signaling field. For example, ***based on the compression indicator, an additional field within the first WLAN signaling field may indicate the number of symbols of a second WLAN signaling field or the number of users that will decode the information in the second WLAN signaling field***. In such cases, if the value of the compression indicator is zero, then the number of symbols field indicates a number of symbols in the second WLAN signaling field, and ***when the compression indicator is one, the field indicates the number of stations to receive a multiple user transmission (e.g., the value indicates a number of MU-MIMO users minus one***).

Verma 310 at [0041] (emphasis added).

1066.   A POSITA would have recognized that the signaling of users described in [0041] ("e.g., the value indicates a number of MU-MIMO users minus one") allows for there to be one user, because one (one user) minus one is zero, a number that still can be signaled in the field (as opposed to a negative number). Indeed this is consistent with other disclosures in Verma 310 such as:

> As described above, ***first WLAN signaling field 305 may include a compression indicator value of one for a full-bandwidth transmission, and may further indicate the number of MU-MIMO users in a user field***. The indicated number of users may also indicate the number of stations assigned to a full bandwidth multicast transmission. In such cases, ***a value in the user field between 0 and 7 may indicate between 1 and 8 stations, respectively,***

> *and a value between 8 and 15 may be associated with a greater number of
> stations*.

Verma 310 at [0054] (emphasis added).

    1067.    Additionally or alternatively, Verma 310 discloses a single stream transmission in

which multiple users receive the same stream, which is effectively a single user transmission.

> As illustrated in Table 1, *the spatial configuration subfield for a given
> number of users indicates the number of spatial streams allocated to each
> station*. For instance, when four stations are receiving a downlink
> transmission from AP 105, a spatial configuration value (e.g., 0000-0011)
> may indicate that a first station 115 associated with a first number of spatial
> streams (*space-time streams Nsts*[1]) may receive one to four streams, a
> second station 115 may decode one space time stream (using Nsts[2]), and so
> on for the remaining stations 115. *In some cases, all stations receiving the
> downlink multiple user transmission may all decode the same spatial
> stream, as illustrated in Table 1 by the spatial configuration indication
> where B0 . . . B3 is "1011", where all stations decode one spatial stream*.

Verma 310 at [0043] (emphasis added).

TABLE 1

| No. of Users | B0 . . . B3 | Nsts [1] | Nsts [2] | Nsts [3] | Nsts [4] | Nsts [5] | Nsts [6] | Nsts [7] | Nsts [8] | Total Nsts | No. of entries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0000-0011 | 1-4 | 1 | 1 | 1 | | | | | 4-7 | 11 |
| | 0100-0110 | 2-4 | 2 | 1 | 1 | | | | | 6-8 | |
| | 0111 | 3 | 3 | 1 | 1 | | | | | 8 | |
| | 1000-1001 | 2-3 | 2 | 2 | 1 | | | | | 7-8 | |
| | 1010 | 2 | 2 | 2 | 2 | | | | | 8 | |
| | 1011 | | | | | 1 | | | | | |
| | 1100-1111 | | | | | Reserved | | | | | |

Verma 310 at [0043], Table 1 (annotated). See also Verma 310 at [0052] ("user-specific sub-fields

325 may include a single user field with a station identifier set to a predetermined address that

identifies a plurality of stations 115 belonging to a multicast group").

> When communicating with multiple stations, AP 105 may indicate the total
> number of MU-MIMO users in a first WLAN signaling field, and a second
> WLAN signaling field may contain a user field for each station. The user
> fields for each station 115 may include a 4-bit spatial configuration subfield
> that includes an indication of the number of spatial streams that a station will

decode in an MU-MIMO allocation. An example of spatial configuration subfield encoding scheme is provided in Table 1.

Verma 310 at [0042]. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> **(d)    Claim 3: The wireless communication terminal of claim 1, wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation.**

1068.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 renders obvious "wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation." I incorporate my analysis above from claim 1.

1069.   Verma 310 discloses this limitation. See, e.g.,

> Transmissions to/from stations 115 and APs 105 oftentimes include control information within a header that is transmitted prior to data transmissions. The information provided in a header is used by a device to decode the subsequent data. High efficiency (HE) WLAN preambles can be used to schedule multiple devices, such as stations 115, for single-user simultaneous transmission (e.g., single-user (SU) orthogonal frequency division multiple access (SU-OFDMA)) and/or MU-MIMO transmissions (e.g., multiple input multiple output MU-MIMO). In one example, an HE WLAN signaling field is used to signal a resource allocation pattern to multiple receiving stations 115. The HE WLAN signaling field includes a common user field that is decodable by multiple stations 115, the common user field including a resource allocation field. The resource allocation field indicates resource unit distributions to the multiple stations 115 and indicates which resource units in a resource unit distribution correspond to MU-MIMO transmissions and which resource units correspond to OFDMA single-user transmissions. The HE WLAN signaling field also includes, subsequent to the common user field, dedicated user fields that are assigned to predetermined stations 115. The order in which the dedicated user fields are generated corresponds to the allocated resource units (e.g., the first dedicated user field corresponds to the first allocated resource unit). The HE WLAN signaling field is transmitted with a WLAN preamble to the multiple stations 115.

Verma 310 at [0039].

424

HE WLAN preamble 220 may include any of: a repeated legacy WLAN field (e.g., an RL-SIG field), first WLAN signaling field 230 (e.g., a first high efficiency WLAN signaling field, including a SIG-A field such as HE-SIG-A), second WLAN signaling field 235 (e.g., a second high efficiency WLAN signaling field, including a SIG-B field such as HE-SIG-B), WLAN HE-STF 240 (e.g., a high efficiency WLAN STF), and at least one WLAN LTF 245 (e.g., at least one high efficiency WLAN LTF). HE WLAN preamble 220 may enable an AP 105 to simultaneously transmit to multiple stations 115 (e.g., using MU-MIMO) and may further enable an AP to allocate resources to multiple stations for uplink/downlink transmissions (e.g., using SU-OFDMA). HE WLAN preamble 220 may use a common signaling field and one or more dedicated (e.g., station-specific) signaling fields to schedule resources and to indicate the scheduling to other WLAN devices. A device uses the scheduling to determine which resource units associated with the frequency spectrum utilized by data field 225 have been allocated to the device for forthcoming communications.

Verma 310 at [0048].

1070.    See also Verma 619 at 11, 14. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

> **(e)    Claim 4: The wireless communication terminal of claim 1, wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A.**

1071.    In my opinion, Samsung Galaxy Tab S in combination with Verma 310 discloses "wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A." I incorporate my analysis above from claim 1.

1072.    Verma 310 discloses this limitation. See, e.g.,

FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field). WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].

As described above, first WLAN signaling field 305 may include a number
of fields that indicate the format of a transmission, as well as information
regarding second WLAN signaling field 310. For example, first WLAN
signaling field 305 may include a compression field (e.g., a SIG-B
compression field) that may indicate a full-bandwidth MU-MIMO
transmission when the value of this field is set to one. Furthermore, the
compression field may indicate the number of symbols in second WLAN
signaling field 310 (when the compression field value is zero) or a number of
users minus one (when the compression field value is equal to one).

Verma 310 at [0051].

As described above, first WLAN signaling field 305 may include a
compression indicator value of one for a full-bandwidth transmission, and
may further indicate the number of MU-MIMO users in a user field. The
indicated number of users may also indicate the number of stations assigned
to a full bandwidth multicast transmission. In such cases, a value in the user
field between 0 and 7 may indicate between 1 and 8 stations, respectively,
and a value between 8 and 15 may be associated with a greater number of
stations.

Verma 310 at [0054].

1073.   See also Verma 619 at 15-16. As discussed below in Section XIV.A.2,

P802.11ax/D0.5 also discloses this limitation.

> **(f)      Claim 5: The wireless communication terminal of claim 1,
> wherein the HE-SIG-A includes the SIG-B compression field
> and the specific subfield, and wherein the SIG-B compression
> field indicates whether full bandwidth MU-MIMO transmission
> is used, and when the SIG-B compression field indicates full
> bandwidth MU-MIMO transmission, the specific subfield
> indicates the number of MU-MIMO users.**

1074.   In my opinion, Samsung Galaxy Tab S in combination with Verma 310 discloses

"wherein the HE-SIG-A includes the SIG-B compression field and the specific subfield, and

wherein the SIG-B compression field indicates whether full bandwidth MU-MIMO transmission

is used, and when the SIG-B compression field indicates full bandwidth MU-MIMO transmission,

the specific subfield indicates the number of MU-MIMO users." I incorporate my analysis above

from claim 1.

1075.   Verma 310 discloses this limitation. See, e.g.,

> FIG. 3 illustrates an example of WLAN signaling fields 300 that supports full bandwidth multicast indication to multiple users in accordance with aspects of the present disclosure. WLAN signaling fields 300 may be included in a WLAN PDU, such as WLAN PPDU 200, described with reference to FIG. 2. Accordingly, WLAN signaling fields 300 may include first WLAN signaling field 305 (e.g., an HE-SIG-A field) and second WLAN signaling field 310 (e.g., an HE-SIG-B field). WLAN signaling fields 300 may support the transmission of multicast or M-BA data to a number of users that exceed a threshold (e.g., more than eight users).

Verma 310 at [0050].

> As described above, first WLAN signaling field 305 may include a number of fields that indicate the format of a transmission, as well as information regarding second WLAN signaling field 310. For example, first WLAN signaling field 305 may include a compression field (e.g., a SIG-B compression field) that may indicate a full-bandwidth MU-MIMO transmission when the value of this field is set to one. Furthermore, the compression field may indicate the number of symbols in second WLAN signaling field 310 (when the compression field value is zero) or a number of users minus one (when the compression field value is equal to one).

Verma 310 at [0051].

> As described above, first WLAN signaling field 305 may include a compression indicator value of one for a full-bandwidth transmission, and may further indicate the number of MU-MIMO users in a user field. The indicated number of users may also indicate the number of stations assigned to a full bandwidth multicast transmission. In such cases, a value in the user field between 0 and 7 may indicate between 1 and 8 stations, respectively, and a value between 8 and 15 may be associated with a greater number of stations.

Verma 310 at [0054].

1076.   See also Verma 619 at 15-16. As discussed below in Section XIV.A.2, P802.11ax/D0.5 also discloses this limitation.

### 2.    Samsung Galaxy Tab S in Combination with Lim 066 and IEEE P802.11ax/D0.5

1077.    It is my opinion that the Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious claims 1-5 of the '210 patent—at least when applying the interpretation the Plaintiff applies to allege infringement.

### (a)    Motivation to Combine

#### (i)    *Samsung Galaxy Tab S in Combination with Lim 066*

1078.    A POSITA would have been motivated to modify Samsung Galaxy Tab S to incorporate Lim 066's signaling techniques for the following reasons.

1079.    I note, as an initial matter, that Samsung Galaxy Tab S and Lim 066 are in the same field of endeavor. For reasons explained above, both relate to wireless communications. Further given that Samsung Galaxy Tab S already implemented key wireless technology, such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in Lim 066, rather than start from scratch. This update to the Galaxy Tab S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement Lim 066's signaling techniques.

1080.    Further, a POSITA would have been motivated to combine Galaxy Tab S with Lim 066 to take advantage of the benefits that Lim 066's techniques provide such as "efficiently signaling user information specific to each STA in MU-MIMO based transmission in a wireless LAN system."  Lim 066 at [0005].

1081.    A POSITA would have recognized that applying the techniques of Lim 066  to the Galaxy Tab S, i.e., Lim 066's signaling techniques, would have yielded predictable results such as "efficiently signaling user information specific to each STA in MU-MIMO based transmission in

a wireless LAN system." Lim 066 at [0005]. This combination of Galaxy Tab S and Lim 066 represents a combination of known elements each performing the functions it had been known to perform to produce these predictable results. Additionally, it is my opinion that Galaxy Tab S and Lim 066 are in the same field of endeavor, e.g., as I discussed above, both relate to wireless communication systems. Given that Samsung Galaxy Tab S already implemented key wireless technology, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality rather than start from scratch. Modifying Galaxy Tab S to perform Lim 066's signaling techniques would have been well within the skill of a POSITA because the Galaxy Tab S implements its wireless connectivity with a configurable processor which allows for future system enhancements. As such, a POSITA would have had a reasonable expectation of success in making the combination. Given this, one of ordinary skill would have been driven to make the combination of Galaxy Tab S and Lim 066.

### (ii) Samsung Galaxy Tab S in Combination with IEEE P802.11ax/D0.5

1082.   As I discussed above, the Samsung Galaxy Tab S supports several wireless standards of the time including IEEE 802.11a/b/g/n/ac, and as such, includes features described in IEEE 802.11-2012 and IEEE 802.11ac. Further, a POSITA would have been motivated to combine Galaxy Tab S with P802.11ax/D0.5 to take advantage of the benefits that a next generation wireless technology provides.

1083.   Further given that Samsung Galaxy Tab S already implemented key wireless technology, such as IEEE 802.11ac, a POSITA would have started with existing wireless implementations such as the Galaxy Tab S to implement new, incremental functionality, such as what is described in P802.11ax/D0.5, rather than start from scratch. This update to the Galaxy Tab

429

S would have involved simply modifying the source code for the Wi-Fi chip to make the minor changes needed to implement P802.11ax/D0.5's wireless protocols.

**(b)    Claim 1**

**(i)    *[1pre] 1. A wireless communication terminal, the terminal comprising:***

1084.   In my opinion, to the extent the preamble of claim 1 is limiting, the Samsung Galaxy Tab S discloses this limitation.

1085.   The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*., p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id*., 5-6.



*Id.*, 5.

### (ii)     *[1a] a communication unit; and*

1086.   In my opinion, the Samsung Galaxy Tab S includes a communication unit. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood as including a communication unit, and is capable of implementing certain features of 802.11a/b/g/n/ac.

| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
| --- | --- |

*See* PRIOR_ART_00001931, p. 6. *See also* PRIOR_ART_00009062; PRIOR_ART_00009069.

### (iii)     *[1b] a processor configured to process signals transmitted and received through the communication unit,*

1087.   In my opinion, the Samsung Galaxy Tab S includes "a processor configured to process signals transmitted and received through the communication unit."

1088.   First, the Samsung Galaxy Tab S includes a processor.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

See PRIOR_ART_00001931, p. 6.

1089.   Second, this processor is configured for wireless connectivity, for example, using certain features of IEEE 802.11 a/b/g/n/ac. See PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. As I have discussed above, a POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to transmit and receive signals such as those corresponding to PPDUs.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|
| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, Bluetooth®4.0, IrLED |

See PRIOR_ART_00001931 at 6.

> **(iv)** **[1c] wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU), and**

1090.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU)." As I discussed above, the Samsung Galaxy Tab S is configured to receive signals, e.g., it is configured to receive PPDUs.

1091.   Lim 066 discloses that a wireless terminal receives a HE MU PPDU:

> An STA can receive a Physical Layer Convergence Protocol (PLCP) Packet Data Unit (PPDU). In this case, a PPDU frame format can be configured in a manner of including a Short Training Field (STF), a Long Training Field (LTF), a SIGnal (SIG) field, and a data field. In this case, as an example, the PPDU frame format can be configured based on a type of the PPDU frame format.

Lim 066 at [0107].

> FIG. 23A is a diagram illustrating an example of a high efficiency (HE) PPDU format. The HE PPDU format may be used on the IEEE 802.11ax system. As described above, since the type of the PPDU format may be set in various manners, the scope of the present invention is not limited to the HE PPDU of FIG. 23A. For convenience of description, although FIG. 23 illustrates a HE PPDU format set in a unit of 20 MHz on a bandwidth of 80 MHz, the HE PPDU may be transmitted on a bandwidth of 20 MHz, 40 MHz or 160 MHz.

Lim 066 at [0145].



Lim 066 at Fig. 23A.

> A method for receiving a signal by a station (STA) in a wireless LAN system according to an embodiment of the present invention comprises the steps of: receiving a multi-user (MU) frame including a SIG-A field, a SIG-B field and a short training field (STF), and a long training field (LTF) that provides training symbols; and performing blind-decoding of the SIG-B field using a group ID assigned to the STA, wherein the SIG-B field includes information on the number of streams assigned to each of multiple stations that receive the MU frame, and the starting position of a training symbol interval for the STA in the LTF is implicitly indicated by the number of streams assigned to each of other stations in the same group, which share the group ID with the STA, and the order in which the streams are assigned to the STA in the same group.

Lim 066 at Abstract.

> ***(v)    [1d] wherein a preamble of the HE MU PPDU includes
> high efficiency signal A field (HE-SIG-A) and high
> efficiency signal B field (HE-SIG-B), and***

1092.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE
P802.11ax/D0.5 renders obvious "wherein a preamble of the HE MU PPDU includes high
efficiency signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B)."

a.    <u>Lim 066</u>

1093.   Lim 066 discloses that a preamble of the HE MU PPDU includes a HE-SIG-A and
HE-SIG-B:

> A method for receiving a signal by a station (STA) in a wireless LAN system
> according to an embodiment of the present invention comprises the steps of:
> receiving a multi-user (MU) frame including a SIG-A field, a SIG-B field and
> a short training field (STF), and a long training field (LTF) that provides
> training symbols; and performing blind-decoding of the SIG-B field using a
> group ID assigned to the STA, wherein the SIG-B field includes information
> on the number of streams assigned to each of multiple stations that receive
> the MU frame, and the starting position of a training symbol interval for the
> STA in the LTF is implicitly indicated by the number of streams assigned to
> each of other stations in the same group, which share the group ID with the
> STA, and the order in which the streams are assigned to the STA in the same
> group.

Lim 066 at Abstract.

> FIG. 23A is a diagram illustrating an example of a high efficiency (HE)
> PPDU format. The HE PPDU format may be used on the IEEE 802.11ax
> system. As described above, since the type of the PPDU format may be set in
> various manners, the scope of the present invention is not limited to the HE
> PPDU of FIG. 23A. For convenience of description, although FIG. 23
> illustrates a HE PPDU format set in a unit of 20 MHz on a bandwidth of 80
> MHz, the HE PPDU may be transmitted on a bandwidth of 20 MHz, 40 MHz
> or 160 MHz.

> Referring to FIG. 23A, the HE PPDU includes L part (L-STF, L-LTF, L-SIG,
> RL-SIG) and HE part (HE-SIG-A, HE-STF, HE-LTF, HE-SIG-B). L-STF,
> L-LTF, L-SIG, RL-SIG, HE-SIG-A and HE-SIG-B may be set in a unit of 1x
> symbol (3.2us), and HE-STF, HE-LTF and Data may be set in a unit of 4x
> symbol (12.8us).

434

Lim 066 at [0145]-[0146] (emphasis added). See also Lim 066 at [0146]-[0148].



Lim 066 at Fig. 23A.

> In the L part, a legacy preamble is transmitted. The L part may be transmitted in a frequency domain in a unit of 20 MHz. If a bandwidth is greater than 20 MHz, the L part may be transmitted by duplication in a unit of 20 MHz. L-SIG includes packet length information. RL-SIG is a field where L-SIG is repeatedly transmitted to improve reliability of L-SIG.
>
> HE-SIG-A may be transmitted in a unit of 20 MHz in the same manner as the L part. If a bandwidth is greater than 20 MHz, HE-SIG-A may be transmitted by duplication in a unit of 20 MHz. HE-SIG-A may include common control information of multi-users. Contents of common control information included in HE-SIG-A may be determined depending on the type of the PPDU. For example, in case of SU PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM (dual carrier modulation) indicator, a UL/DL flag, a bandwidth, a payload GI (guard interval), a PE, a MCS, coding, LTE compression, NSTS (Number of Spatial Streams), STBC, beamforming, CRC (cyclic redundancy check), and a Tail field. In case of MU DL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, the number of HE-SIG-B field symbols, MCS of HE-SIG-B field, CRC and Tail field. Also, in case of MU UL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, CRC and Tail field. The aforementioned types of information of the HE-SIG-A field may be joint-encoded.

Lim 066 at [0147]-[0148].

> The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

Lim 066 at [0155].

435

FIG. 23C illustrates an encoding structure of HE-SIG-B according to one embodiment of the present invention. Referring to FIG. 23C, information on 2 users is joint-encoded per BCC block excluding the last BCC (Binary Convolution Code) in the user specific field. The joint-encoded information on the users may include, but not limited to, at least one of STA ID, information (e.g., NSTS, transmission beamforming, MCS and Coding) on single user allocation of RU, and each user information (e.g., Spatial Configuration field, MCS, Coding) on multi-user allocation of RU.

Lim 066 at [0158].

**FIG. 23C**



Lim 066 at Fig. 23C.

b.    P802.11ax/D0.5

1094.    IEEE P802.11ax/D0.5 discloses the HE MU PPDU frame format including the HE-SIG-A and HE-SIG-B.

The format of the HE MU PPDU is defined as in Figure 26-6 (HE MU PPDU format). This format is used for transmission to one or more users that is not a response of a Trigger frame.(#271) The HE-SIG-B field is present in this format.(#1839)



**Figure 26-6—HE MU PPDU format**

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 191.

*(vi)    [1e] decode the received HE MU PPDU based on information obtained from the preamble,*

436

1095.    In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "[wherein the processor is configured to] decode the received HE MU PPDU based on information obtained from the preamble."

1096.    Lim 066 discloses decoding the received HE MU PPDU based on information obtained from the preamble.

> A method for receiving a signal by a station (STA) in a wireless LAN system according to an embodiment of the present invention comprises the steps of: receiving a multi-user (MU) frame including a SIG-A field, a SIG-B field and a short training field (STF), and a long training field (LTF) that provides training symbols; and performing blind-decoding of the SIG-B field using a group ID assigned to the STA, wherein the SIG-B field includes information on the number of streams assigned to each of multiple stations that receive the MU frame, and the starting position of a training symbol interval for the STA in the LTF is implicitly indicated by the number of streams assigned to each of other stations in the same group, which share the group ID with the STA, and the order in which the streams are assigned to the STA in the same group.

Lim 066 at Abstract.

> FIG. 23A is a diagram illustrating an example of a high efficiency (HE) PPDU format. The HE PPDU format may be used on the IEEE 802.11ax system. As described above, since the type of the PPDU format may be set in various manners, the scope of the present invention is not limited to the HE PPDU of FIG. 23A. For convenience of description, although FIG. 23 illustrates a HE PPDU format set in a unit of 20 MHz on a bandwidth of 80 MHz, the HE PPDU may be transmitted on a bandwidth of 20 MHz, 40 MHz or 160 MHz.

Lim 066 at [0145]. See also Lim 066 at Fig. 23A.

> Hereinafter, in MU-MIMO based transmission of a WLAN system (e.g., IEEE 802.11ax), a method for reducing blind decoding complexity of STA that has received a signal and efficiently indicating user specific information will be described. For example, the user specific information may include streams assigned to the STA, information on LTF, etc.

Lim 066 at [0171].

1097.    Lim 066 provides additional decoding details, including the following:

The receiving STA may identify a channel of 20 MHz assigned thereto by decoding only a channel of 20 MHz CRC-masked with its GID without decoding all of channels of 20 MHz when a full bandwidth is 80 MHz, for example. Therefore, if the channel of 20 MHz assigned to the receiving STA is detected, the receiving STA does not perform blind-decoding for the other channels. That is, the receiving STA does not need to decode HE-SIG-B of all of channels of 20 MHz during MU-MIMO transmission.

Lim 066 at [0184].

Also, HE-SIG-B for each STA within the channel of 20 MHz may be transmitted in accordance with the order of streams assigned to each STA. The STA may identify information (e.g., number of stream) on the other STAs by performing decoding in the order of received HE-SIG-B within the channel of 20 MHz that may be decoded with its GID. Therefore, the STA may identify information on streams of the other STAs assigned prior to itself until the information (e.g., number of stream) on streams assigned thereto is identified through the channel of 20 MHz

Lim 066 at [0185].

> **(vii)** **[1f] wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,**

1098.  In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A."

a.    Lim 066

1099.  Lim 066 discloses that when a SIG-B compression field of the HE-SIG-A indicates full bandwidth MU-MIMO transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A.

The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

In more detail, the HE-SIG-B may include a common field and a user specific field. The common field may be prior to the user specific field. The common filed includes information on all of STAs designated to receive PPDU at a corresponding bandwidth. The common field may include resource unit allocation information. The same common field is applied between the odd type HE-SIG-Bs. Likewise, the same common field is applied between the even type HE-SIG-Bs. For example, when four 20 MHz channels constituting 80 MHz are divided into LL, LR, RL and RR, a common block for LL and RL may be included in the common field of the odd type HE-SIG-B, and a common block for LR and RR may be included in the common field of the even type HE-SIG-B.

The user specific field may include a plurality of sub fields. The sub fields may include information specific for individual STA designated to receive PPDU. The common field and the user specific field may be identified from each other in a unit of bit not OFDM symbol.

Lim 066 at [0155]-[0157].

As described above, in the case that a signal is transmitted or received using a wide bandwidth, for example, 40 MHz, 80 MHz, or 160 MHz, HE-SIG-A is transmitted by duplication per channel of 20 MHz. Also, HE-SIG-B that includes user specific information may be set differently per channel of 20 MHz.

As illustrated in FIG. 23a, the IEEE 802.11ax system is based on that specific information is transmitted to the STA through HE-SIG-B. However, *information of HE-SIG-B specific to the STA may be transmitted to the STA by being included in HE-SIG-A for common control information or through HE-SIG-B depending on the number of STAs, which transmit or receive a signal, for example, depending on transmission for a single STA or transmission of multiple STAs*.

Lim 066 at [0172]-[0173] (emphasis added).

For example, the transmitting STA may indicate a PPDU format such as SU-PPDU, MU-PPDU, OFDMA-PPDU or UL-PPDU(OFDMA and MU) by

using 2-bit HE-SIG-A, whereby the receiving STA may determine operation for MU-MIMO. As another method, the transmitting STA may indicate SU (single user) transmission or MU (multi user) transmission by using a 1-bit format indicator within HE-SIG-A, whereby the receiving STA may determine whether MU-MIMO is performed in HE-SIG-B. Meanwhile, title and size of the format indicator are intended for convenience of description, and may be set to another name and size.

The transmitting STA may mask CRC of user specific HE-SIG-B transmitted per 20 MHz with GID (Group ID) and transmit the masked CRC during MU-MIMO operation after indicating a format in HE-SIG-A as above. For example, the receiving STA may be configured to attempt blind-decoding of HE-SIG-B by using GID only if the format indicator indicates MU transmission. If the format indicator indicates SU transmission, since CRC of HE-SIG-B is not masked through GID, it is not required to perform blind-decoding of HE-SIG-B by using GID.

Lim 066 at [0182]-[0183].

The receiving STA may identify a channel of 20 MHz assigned thereto by decoding only a channel of 20 MHz CRC-masked with its GID without decoding all of channels of 20 MHz when a full bandwidth is 80 MHz, for example. Therefore, if the channel of 20 MHz assigned to the receiving STA is detected, the receiving STA does not perform blind-decoding for the other channels. That is, the receiving STA does not need to decode HE-SIG-B of all of channels of 20 MHz during MU-MIMO transmission.

Lim 066 at [0184].

HE-SIG-A may be transmitted in a unit of 20 MHz in the same manner as the L part. If a bandwidth is greater than 20 MHz, HE-SIG-A may be transmitted by duplication in a unit of 20 MHz. HE-SIG-A may include common control information of multi-users. Contents of common control information included in HE-SIG-A may be determined depending on the type of the PPDU. For example, in case of SU PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM (dual carrier modulation) indicator, a UL/DL flag, a bandwidth, a payload GI (guard interval), a PE, a MCS, coding, LTE compression, NSTS (Number of Spatial Streams), STBC, beamforming, CRC (cyclic redundancy check), and a Tail field. In case of MU DL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, *the number of HE-SIG-B field symbol*s, MCS of HE-SIG-B field, CRC and Tail field. Also, in case of MU UL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, CRC and Tail field. The aforementioned types of information of the HE-SIG-A field may be joint-encoded.

Lim 066 at [0148] (emphasis added).

b.    P802.11ax/D0.5

1100.   IEEE P802.11ax/D0.5 discloses that when a SIG-B compression field of HE-SIG-A indicates full bandwidth MU-MIMO transmission, a format of user field(s) included in a user specific field of HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of HE-SIG-A. See for example, the following: "The HE-SIG-A field carries information required to interpret HE PPDUs." IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 216. "The HE-SIG-A field of an HE MU PPDU contains the fields listed in Table 26-17 (HE-SIG-A field of an HE MU PPDU." *Id.* at p. 220.

Table 26-17—HE-SIG-A field of an HE MU PPDU(#Ed)

| Two Parts of HE-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| HE-SIG-A1 | B0 | UL/DL | 1 | Indicates whether the PPDU is sent UL or DL:<br>    Set to 0 for DL<br>    Set to 1 for UL(#2002)<br><br>This field indicates DL for TDLS, mesh and IBSS(#2864).<br><br>NOTE—The TDLS peer can identify the TDLS frame by To DS and From DS fields in the MAC header of the MPDU. |
| | B1-B3 | SIGB MCS | 3 | Indicates the MCS of the HE-SIG-B field:<br>    Set to 0 for MCS 0<br>    Set to 1 for MCS 1<br>    Set to 2 for MCS 2<br>    Set to 3 for MCS 3<br>    Set to 4 for MCS 4<br>    Set to 5 for MCS 5(#1616)<br>    The values 6 and 7 are reserved(#847) |
| | B4 | SIGB DCM | 1 | Set to 1 indicates that the HE-SIG-B is modulated with dual sub-carrier modulation for the MCS.<br>Set to 0 indicates that the HE-SIB-B is not modulated with dual sub-carrier modulation for the MCS.<br>DCM is only applicable to MCS0, MCS1, MCS3, and MCS4. |
| | B5-B10 | BSS Color | 6 | The BSS Color field is an identifier of the BSS |
| | B11-B14 | Spatial Reuse | 4 | Set to SR Disallowed to disallow SRP-based spatial reuse (see 25.9 (Spatial reuse operation) and 25.11a (TXVECTOR parameters SPATIAL_REUSE for an HE PPDU)).(#226)<br><br>NOTE—This part needs further development.(#2169) |
| | B15-B17 | Bandwidth | 3(#846) | Set to 0 for full 20 MHz<br>Set to 1 for full 40 MHz<br>Set to 2 for full 80 MHz<br>Set to 3 for full 160 MHz and 80+80 MHz(#Ed)<br>Set to 4 for preamble puncturing in 80 MHz, where in the preamble only the secondary 20 MHz is punctured<br>Set to 5 for preamble puncturing in 80 MHz, where in the preamble only one of the two 20 MHz sub-channels in secondary 40 MHz is punctured<br>Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble only the secondary 20 MHz is punctured<br>Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble the primary 40 MHz is present.(PHY Motion #161) |

| B18-B21 | Number Of HE-SIG-B Symbols Or MU-MIMO Users | 4 | If the SIGB Compression field is 0, indicates the number of OFDM symbols in the HE-SIG-B field minus 1.(#821)<br><br>If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1.(#296) |
|---|---|---|---|
| B22 | SIGB Compression | 1 | Set to 1 for full BW MU-MIMO.<br>Set to 0 otherwise. |
| B23-B24 | GI+LTF Size(#1420) | 3 | Indicates the GI duration(#1420) and HE-LTF size.<br>Set to 1 to indicate a 2x HE-LTF and 0.8 μs GI<br>Set to 2 to indicate a 2x HE-LTF and 1.6 μs GI<br>Set to 3 to indicate a 4x HE-LTF and 3.2 μs GI(#2005)<br>The value 0 is reserved(#Ed) |
| B25 | Doppler | 1 | Set to 0 if Doppler mode is not used<br>Set to 1 if Doppler mode is used(#2167) |

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 220-221. As shown in the table above, the HE-SIG-A contains a field for SIGB compression, where a "1" indicates full bandwidth MU-MIMO. *Id.* Further, the HE-SIG-A contains a field called "Number Of HE-SIG-B Symbols Or MU-MIMO Users" and according to Table 26-17: "If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1." *Id.* See also Section X.D.

> ***(viii)    [1g] wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and***

1101.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation."

a.    <u>Lim 066</u>

1102.   Lim 066 discloses for example,

> The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA

for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

Lim 066 at [0155].

> FIG. 23C illustrates an encoding structure of HE-SIG-B according to one embodiment of the present invention. Referring to FIG. 23C, information on 2 users is joint-encoded per BCC block excluding the last BCC (Binary Convolution Code) in the user specific field. The joint-encoded information on the users may include, but not limited to, at least one of STA ID, information (e.g., NSTS, transmission beamforming, MCS and Coding) on single user allocation of RU, and each user information (e.g., Spatial Configuration field, MCS, Coding) on multi-user allocation of RU.

Lim 066 at [0158].

### FIG. 23C



Lim 066 at Fig. 23C.

b. <u>P802.11ax/D0.5</u>

1103. IEEE P802.11ax/D0.5 provides the fields of the HE-SIG-B user field for a MU-MIMO allocation in Table 26-23.

> The HE-SIG-B user field for an STA in MU-MIMO allocation contain the subfields shown in Table 26-23 (Fields of the HE-SIG-B user field for an(#2817) MU-MIMO allocation(#2037)).

**Table 26-23—Fields of the HE-SIG-B user field for an(#2817) MU-MIMO allocation(#2037)**

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B0-B10 | STA-ID | 11 | The STA-ID refers to the AID described in 9.4.1.8 (AID field). The 11 LSBs of the AID field are used to address STAs in this field.(#1003) |
| B11-B14 | Spatial Con-figuration | 4 | Indication for the number of spatial streams for a STA in an(#2817) MU-MIMO allocation. See Table 26-24 (Spatial Configuration subfield encoding). |
| B15-B18 | MCS | 4 | Modulation and coding scheme.<br><br>Set to n for MCS$n$, where $n$ = 0, 1, 2,…..11<br>Values 12 to 15 are reserved |
| B19 | DCM | 1 | Indicates whether or not dual carrier modulation is used.<br>    Set to 1 to indicate that the payload of the HE MU PPDU is modulated with dual carrier modulation for the MCS.<br>    Set to 0 indicates that the payload of the PPDU is not modulated with dual carrier modulation for the MCS. |
| B20 | Coding | 1 | Indicates whether BCC or LDPC is used.<br>    Set to 0 for BCC<br>    Set to 1 for LDPC |

NOTE—Integer fields are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.(#1010)

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 240; *see also* PRIOR_ART_00007282, p. 88.

> ### (ix)    [1h] wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation.

1104.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation."

a.    Lim 066

1105.   Lim 066 discloses for example:

The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

Lim 066 at [0155].

FIG. 23C illustrates an encoding structure of HE-SIG-B according to one embodiment of the present invention. Referring to FIG. 23C, information on 2 users is joint-encoded per BCC block excluding the last BCC (Binary Convolution Code) in the user specific field. The joint-encoded information on the users may include, but not limited to, at least one of STA ID, information (e.g., NSTS, transmission beamforming, MCS and Coding) on single user allocation of RU, and each user information (e.g., Spatial Configuration field, MCS, Coding) on multi-user allocation of RU.

Lim 066 at [0158].

## FIG. 23C



Lim 066 at Fig. 23C.

b.    <u>P802.11ax/D0.5</u>

1106.   IEEE P802.11ax/D0.5 provides the fields of the HE-SIG-B user field for a non-MU-MIMO allocation in Table 26-22:

The HE-SIG-B user field for an(#916) SU allocation contain the subfields shown in Table 26-22 (Fields of the HE-SIG-B user field for an(#916) non-MU-MIMO(#1101) allocation(#2037)).

**Table 26-22—Fields of the HE-SIG-B user field for an(#916) non-MU-MIMO(#1101) allocation(#2037)**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B0-B10 | STA-ID | 11 | The STA-ID refers to the AID described in 9.4.1.8 (AID field). The 11 LSBs of the AID field are used to address the STAs in this field.(#1002)<br><br>For RUs that carry a broadcast allocation:<br><br>— For single BSS AP, the STAID for broadcast will be 0<br>— For Multiple BSS AP, the STAID for broadcast to a specific BSS will follow the group addressed AID assignment in the TIM according to the existing Multi-BSSID TIM operation<br>— For multiple BSS AP, the STAID for broadcast to all BSS of the AP is set to 2047(#2681)<br>— STAID value 2046 is used to indicate that the RU carries no data<br>— When a STA transmits on the uplink using the HE MU PPDU format, the STA-ID field is populated by the AID of the transmitter assigned by the AP |
| B11-B13 | NSTS | 3 | Number of spatial streams.<br><br>Set to the number of space time streams minus 1.(#Ed) |
| B14 | Tx Beam-forming | 1 | Use of transmit beamforming.<br><br>Set to 1 if a beamforming steering matrix is applied to the waveform in an SU transmission.<br>Set to 0 otherwise. |
| B15-B18 | MCS | 4 | Modulation and coding scheme<br><br>Set to $n$ for MCS$n$, where $n$ = 0, 1 ,2 …., 11<br>Values 12 to 15 are reserved |
| B19 | DCM | 1 | Indicates whether or not dual carrier modulation is used.<br>Set to 1 to indicate that the payload of the HE MU PPDU is modulated with dual carrier modulation for the MCS.<br>Set to 0 indicates that the payload of the PPDU is not modulated with dual carrier modulation for the MCS. |
| B20 | Coding | 1 | Indicates whether BCC or LDPC is used.<br>Set to 0 for BCC<br>Set to 1 for LDPC |
| NOTE—Integer fields are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.(#1010) | | | |

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 239-240; *see also* PRIOR_ART_00007282, pp. 86-88.

> **(c)** **Claim 2: The wireless communication terminal of claim 1, wherein the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation, and**

**wherein the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field.**

1107.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation, and wherein the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field." I incorporate my analysis above for claim 1.

a.      <u>Lim 066</u>

1108.   Lim 066 discloses for example:

> The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

Lim 066 at [0155].

> FIG. 23C illustrates an encoding structure of HE-SIG-B according to one embodiment of the present invention. Referring to FIG. 23C, information on 2 users is joint-encoded per BCC block excluding the last BCC (Binary Convolution Code) in the user specific field. The joint-encoded information on the users may include, but not limited to, at least one of STA ID, information (e.g., NSTS, transmission beamforming, MCS and Coding) on single user allocation of RU, and each user information (e.g., Spatial Configuration field, MCS, Coding) on multi-user allocation of RU.

Lim 066 at [0158].

**FIG. 23C**



Lim 066 at Fig. 23C.

       b.  <u>P802.11ax/D0.5</u>

  1109. IEEE P802.11ax/D0.5 discloses that "the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation." See for example the fields of the HE-SIG-B user field for a MU-MIMO allocation in Table 26-23. These fields include a spatial configuration field (see field at B11-B14) indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation.

**Table 26-23—Fields of the HE-SIG-B user field for an(#2817) MU-MIMO allocation(#2037)**

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B0-B10 | STA-ID | 11 | The STA-ID refers to the AID described in 9.4.1.8 (AID field). The 11 LSBs of the AID field are used to address STAs in this field.(#1003) |
| B11-B14 | Spatial Con-figuration | 4 | Indication for the number of spatial streams for a STA in an(#2817) MU-MIMO allocation. See Table 26-24 (Spatial Configuration subfield encoding). |
| B15-B18 | MCS | 4 | Modulation and coding scheme.<br><br>Set to n for MCS$n$, where $n = 0, 1, 2, \ldots .11$<br>Values 12 to 15 are reserved |
| B19 | DCM | 1 | Indicates whether or not dual carrier modulation is used.<br>    Set to 1 to indicate that the payload of the HE MU PPDU is modulated with dual carrier modulation for the MCS.<br>    Set to 0 indicates that the payload of the PPDU is not modulated with dual carrier modulation for the MCS. |
| B20 | Coding | 1 | Indicates whether BCC or LDPC is used.<br>    Set to 0 for BCC<br>    Set to 1 for LDPC |
| NOTE—Integer fields are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.(#1010) | | | |

IEEE  P802.11ax/D0.5  (PRIOR_ART_00059232)  at  p.  240  (annotated);  *see  also* PRIOR_ART_00007282, p. 88.

1110.   IEEE P802.11ax/D0.5 explains how the spatial configuration field (see field at B11-B14) indicates the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation.

A user field for an MU-MIMO allocation includes a Spatial Configuration subfield consisting of 4 bits that indicates the number of spatial streams for each STA and the total number of spatial streams in the MU-MIMO allocation. The subfield shown in Table 26-24 (Spatial Configuration subfield encoding) is constructed by using the entries corresponding to the value of number of users ($N_{user}$) multiplexed using MU-MIMO in an RU. When MU-MIMO is used in an RU of size less than or equal to 242 subcarriers(#310), the number of users ($N_{user}$) in an MU-MIMO allocation is equal to the number of user fields per RU signaled for the RU in the RU allocation subfield of an HE-SIG-B Common block field. When MU-MIMO is used in RUs of size greater than 242 subcarriers(#310), the number of users ($N_{user}$) in an MU-MIMO allocation is computed as the sum of the number of user-fields per RU indicated for the RU by the 8-bit RU allocation subfield in each HE-SIG-B content channel. For a given value of $N_{user}$(#2786), the four bits of the spatial configuration subfield are used as follows: A STA with a STA-ID that matches the 11-bit ID signaled in the user field for an MU-MIMO allocation derives the number of spatial streams allocated to it using the row corresponding to the signaled 4-bit spatial configuration subfield and the column corresponding to the position of the user field in the user-specific field. The starting stream index for the STA is computed by summing the Nsts in the columns prior to the column indicated by the STA's user-field position. In the case of load balancing for RUs of size greater than 242 subcarriers(#310) where user fields corresponding to the same MU-MIMO allocations are split into two HE-SIG-B content channels, the user-field positions are logically continuous with the first user field corresponding to the same RU(#310) in the second HE-SIG-B content channel updating its position (and therefore, column index) from that of the last user field in the first HE-SIG-B content channel.

**Table 26-24—Spatial Configuration subfield encoding**

| $N_{user}$ | B3...B0(#2035) | Nsts [1] | Nsts [2] | Nsts [3] | Nsts [4] | Nsts [5] | Nsts [6] | Nsts [7] | Nsts [8] | Total Nsts | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0000-0011 | 1-4 | 1 | | | | | | | 2-5 | 10 |
| | 0100-0110 | 2-4 | 2 | | | | | | | 4-6 | |
| | 0111-1000 | 3-4 | 3 | | | | | | | 6-7 | |
| | 1001 | 4 | 4 | | | | | | | 8 | |
| 3 | 0000-0011 | 1-4 | 1 | 1 | | | | | | 3-6 | 13 |
| | 0100-0110 | 2-4 | 2 | 1 | | | | | | 5-7 | |
| | 0111-1000 | 3-4 | 3 | 1 | | | | | | 7-8 | |
| | 1001-1011 | 2-4 | 2 | 2 | | | | | | 6-8 | |
| | 1100 | 3 | 3 | 2 | | | | | | 8 | |
| 4 | 0000-0011 | 1-4 | 1 | 1 | 1 | | | | | 4-7 | 11 |
| | 0100-0110 | 2-4 | 2 | 1 | 1 | | | | | 6-8 | |
| | 0111 | 3 | 3 | 1 | 1 | | | | | 8 | |
| | 1000-1001 | 2-3 | 2 | 2 | 1 | | | | | 7-8 | |
| | 1010 | 2 | 2 | 2 | 2 | | | | | 8 | |
| 5 | 0000-0011 | 1-4 | 1 | 1 | 1 | 1 | | | | 5-8 | 6 |
| | 0100-0101 | 2-3 | 2 | 1 | 1 | 1 | | | | 7-8 | |
| 6 | 0000-0010 | 1-3 | 1 | 1 | 1 | 1 | 1 | | | 6-8 | 4 |
| | 0011 | 2 | 2 | 1 | 1 | 1 | 1 | | | 8 | |
| 7 | 0000-0001 | 1-2 | 1 | 1 | 1 | 1 | 1 | 1 | | 7-8 | 2 |
| 8 | 0000 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 8 | 1 |

\*\*\*

The total number of spatial streams (total $N_{STS}$) is computed by summing all columns for the row signaled by the spatial configuration subfield and is indicated in Table 26-24 (Spatial Configuration subfield encoding) under the column Total Nsts(#311).

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 241-242 (annotated); *see also* PRIOR_ART_00007282, p. 88-90.

1111. IEEE P802.11ax/D0.5 further discloses "the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field." See for example the fields of the HE-SIG-B user field for a non-MU-MIMO allocation in Table 26-22. These fields include a number of space time streams (NSTS) field.

Table 26-22—Fields of the HE-SIG-B user field for an(#916) non-MU-MIMO(#1101) allocation(#2037)

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B0-B10 | STA-ID | 11 | The STA-ID refers to the AID described in 9.4.1.8 (AID field). The 11 LSBs of the AID field are used to address the STAs in this field.(#1002)<br><br>For RUs that carry a broadcast allocation:<br>— For single BSS AP, the STAID for broadcast will be 0<br>— For Multiple BSS AP, the STAID for broadcast to a specific BSS will follow the group addressed AID assignment in the TIM according to the existing Multi-BSSID TIM operation<br>— For multiple BSS AP, the STAID for broadcast to all BSS of the AP is set to 2047(#2681)<br>— STAID value 2046 is used to indicate that the RU carries no data<br>— When a STA transmits on the uplink using the HE MU PPDU format, the STA-ID field is populated by the AID of the transmitter assigned by the AP |
| B11-B13 | NSTS | 3 | Number of spatial streams.<br><br>Set to the number of space time streams minus 1.(#Ed) |
| B14 | Tx Beam-forming | 1 | Use of transmit beamforming.<br><br>Set to 1 if a beamforming steering matrix is applied to the waveform in an SU transmission.<br>Set to 0 otherwise. |
| B15-B18 | MCS | 4 | Modulation and coding scheme<br><br>Set to $n$ for MCS$n$, where $n$ = 0, 1 ,2 …., 11<br>Values 12 to 15 are reserved |

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 239-240; *see also* PRIOR_ART_00007282, pp. 86-88.

452

**(d)** **Claim 3: The wireless communication terminal of claim 1, wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation.**

1112.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 renders obvious "wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation." I incorporate my analysis above for claim 1.

1113.   As an initial matter, the '210 patent describes Fig. 13(d)-1 as depicting a user field for a MU-MIMO transmission, yet later refers to it as a non-MU-MIMO allocation

FIGS. **13(***d***)-1** and **13(***d***)-2** illustrate embodiments of the subfield configuration of the user field of the HE-SIG-B, respectively. FIG. **13(***d***)-1** illustrates a user field for an OFDMA transmission, and FIG. **13(***d***)-2** illustrates a user field for a MU-MIMO transmission. Each user field indicates a receiver AID of the corresponding resource unit. Exceptionally, when the HE MU PPDU is used for an uplink transmission, the user field may indicate a transmitter AID. When one user is allocated to one resource unit (i.e., non-MU-MIMO allocation), the user field includes a number of space time streams (NSTS) field, a TxBF field, an MCS field, a DCM field and a coding field as illustrated in FIG. **13(***d***)-1**. On the other hand, when a plurality of users are allocated to one resource unit (i.e., MU-MIMO allocation), the user field includes a spatial configuration field (SCF), an MCS field, a DCM field, and a coding field as illustrated in FIG. **13(***d***)-2**. Each STA that receives a PPDU through an MU-MIMO allocation should identify the location and number of spatial streams for it in the corresponding resource unit. To this end, the user field for the MU-MIMO transmission includes a spatial configuration field (SCF).

| Field | Bit | Descriptions |
|---|---|---|
| AID | 11 | STA ID |
| NSTS | 3 | # of Spatial Streams |
| TxBF | 1 | TxBF on/off |
| MCS | 4 | |
| DCM | 1 | |
| Coding | 1 | BCC/LDPC |
| Total | 21 | |

**(d)-1**

'210 patent at 20:35-36, and FIG. 13(d)-1.

### (i)    *Lim 066*

1114.  Lim 066 discloses for example:

> The HE-SIG-B may include user specific information. For example, the user specific information may include, but not limited to, at least one of station AID, resource allocation information (e.g., allocation size), MCS per STA for DL-OFDMA PPDU, NSTS, coding, STBC and transmission beamforming information.

Lim 066 at [0155].

### (i)    *P802.11ax/D0.5*

1115.  IEEE P802.11ax/D0.5 discloses "the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation." See for example, the following:

1116.  IEEE P802.11ax/D0.5 provides the fields of the HE-SIG-B user field for a non-MU-MIMO allocation in Table 26-22:

> The HE-SIG-B user field for an(#916) SU allocation contain the subfields shown in Table 26-22 (Fields of the HE-SIG-B user field for an(#916) non-MU-MIMO(#1101) allocation(#2037)).

████████████████████████

**Table 26-22—Fields of the HE-SIG-B user field for an(#916) non-MU-MIMO(#1101) allocation(#2037)**

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B0-B10 | STA-ID | 11 | The STA-ID refers to the AID described in 9.4.1.8 (AID field). The 11 LSBs of the AID field are used to address the STAs in this field.(#1002)<br><br>For RUs that carry a broadcast allocation:<br><br>— For single BSS AP, the STAID for broadcast will be 0<br>— For Multiple BSS AP, the STAID for broadcast to a specific BSS will follow the group addressed AID assignment in the TIM according to the existing Multi-BSSID TIM operation<br>— For multiple BSS AP, the STAID for broadcast to all BSS of the AP is set to 2047(#2681)<br>— STAID value 2046 is used to indicate that the RU carries no data<br>— When a STA transmits on the uplink using the HE MU PPDU format, the STA-ID field is populated by the AID of the transmitter assigned by the AP |
| B11-B13 | NSTS | 3 | Number of spatial streams.<br><br>Set to the number of space time streams minus 1.(#Ed) |
| B14 | Tx Beam-forming | 1 | Use of transmit beamforming.<br><br>Set to 1 if a beamforming steering matrix is applied to the waveform in an SU transmission.<br>Set to 0 otherwise. |
| B15-B18 | MCS | 4 | Modulation and coding scheme<br><br>Set to *n* for MCS*n*, where *n* = 0, 1 ,2 …., 11<br>Values 12 to 15 are reserved |
| B19 | DCM | 1 | Indicates whether or not dual carrier modulation is used.<br>Set to 1 to indicate that the payload of the HE MU PPDU is modulated with dual carrier modulation for the MCS.<br>Set to 0 indicates that the payload of the PPDU is not modulated with dual carrier modulation for the MCS. |
| B20 | Coding | 1 | Indicates whether BCC or LDPC is used.<br>Set to 0 for BCC<br>Set to 1 for LDPC |
| NOTE—Integer fields are transmitted in unsigned binary format, LSB first, where the LSB is in the lowest numbered bit position.(#1010) | | | |

IEEE    P802.11ax/D0.5    (PRIOR_ART_00059232)    at    pp.    239-240;    *see    also* PRIOR_ART_00007282, pp. 86-88. See also IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 129 ("HE DL MU operation allows an AP to transmit simultaneously to one or more non-AP STAs in DL OFDMA, DL MU-MIMO or both.").

(e)    **Claim 4: The wireless communication terminal of claim 1, wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A.**

1117.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 discloses "wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A." I incorporate my analysis above for claim 1.

### (i)    *Lim 066*

1118.   Lim 066 discloses for example:

> HE-SIG-A may be transmitted in a unit of 20 MHz in the same manner as the L part. If a bandwidth is greater than 20 MHz, HE-SIG-A may be transmitted by duplication in a unit of 20 MHz. HE-SIG-A may include common control information of multi-users. Contents of common control information included in HE-SIG-A may be determined depending on the type of the PPDU. For example, in case of SU PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM (dual carrier modulation) indicator, a UL/DL flag, a bandwidth, a payload GI (guard interval), a PE, a MCS, coding, LTE compression, NSTS (Number of Spatial Streams), STBC, beamforming, CRC (cyclic redundancy check), and a Tail field. In case of MU DL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, *the number of HE-SIG-B field symbols*, MCS of HE-SIG-B field, CRC and Tail field. Also, in case of MU UL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, CRC and Tail field. The aforementioned types of information of the HE-SIG-A field may be joint-encoded.

Lim 066 at [0148] (emphasis added).

### (ii)    *P802.11ax/D0.5*

1119.   IEEE P802.11ax/D0.5 discloses "wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A." See for example, the following: "The HE-SIG-A field carries information required to interpret HE PPDUs." IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 216. "The HE-SIG-A field of an HE MU PPDU contains the fields listed in Table 26-17 (HE-SIG-A field of an HE MU PPDU." *Id.* at p. 220.

**Table 26-17—HE-SIG-A field of an HE MU PPDU(#Ed)**

| Two Parts of HE-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| HE-SIG-A1 | B0 | UL/DL | 1 | Indicates whether the PPDU is sent UL or DL: Set to 0 for DL Set to 1 for UL(#2002) This field indicates DL for TDLS, mesh and IBSS(#2864). NOTE—The TDLS peer can identify the TDLS frame by To DS and From DS fields in the MAC header of the MPDU. |
| | B1-B3 | SIGB MCS | 3 | Indicates the MCS of the HE-SIG-B field: Set to 0 for MCS 0 Set to 1 for MCS 1 Set to 2 for MCS 2 Set to 3 for MCS 3 Set to 4 for MCS 4 Set to 5 for MCS 5(#1616) The values 6 and 7 are reserved(#847) |
| | B4 | SIGB DCM | 1 | Set to 1 indicates that the HE-SIG-B is modulated with dual sub-carrier modulation for the MCS. Set to 0 indicates that the HE-SIB-B is not modulated with dual sub-carrier modulation for the MCS. DCM is only applicable to MCS0, MCS1, MCS3, and MCS4. |
| | B5-B10 | BSS Color | 6 | The BSS Color field is an identifier of the BSS |
| | B11-B14 | Spatial Reuse | 4 | Set to SR Disallowed to disallow SRP-based spatial reuse (see 25.9 (Spatial reuse operation) and 25.11a (TXVECTOR parameters SPATIAL_REUSE for an HE PPDU)).(#226) NOTE—This part needs further development.(#2169) |
| | B15-B17 | Bandwidth | 3(#846) | Set to 0 for full 20 MHz Set to 1 for full 40 MHz Set to 2 for full 80 MHz Set to 3 for full 160 MHz and 80+80 MHz(#Ed) Set to 4 for preamble puncturing in 80 MHz, where in the preamble only the secondary 20 MHz is punctured Set to 5 for preamble puncturing in 80 MHz, where in the preamble only one of the two 20 MHz sub-channels in secondary 40 MHz is punctured Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble only the secondary 20 MHz is punctured Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble the primary 40 MHz is present.(PHY Motion #161) |

| B18-B21 | Number Of HE-SIG-B Symbols Or MU-MIMO Users | 4 | If the SIGB Compression field is 0, indicates the number of OFDM symbols in the HE-SIG-B field minus 1.(#821)<br><br>If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1.(#296) |
|---------|---------|---|---------|
| B22 | SIGB Compression | 1 | Set to 1 for full BW MU-MIMO.<br>Set to 0 otherwise. |
| B23-B24 | GI+LTF Size(#1420) | 3 | Indicates the GI duration(#1420) and HE-LTF size.<br>  Set to 1 to indicate a 2x HE-LTF and 0.8 μs GI<br>  Set to 2 to indicate a 2x HE-LTF and 1.6 μs GI<br>  Set to 3 to indicate a 4x HE-LTF and 3.2 μs GI(#2005)<br>  The value 0 is reserved(#Ed) |
| B25 | Doppler | 1 | Set to 0 if Doppler mode is not used<br>Set to 1 if Doppler mode is used(#2167) |

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 220-221. As shown in the table above, the HE-SIG-A contains a field for SIGB compression, where a "1" indicates full bandwidth MU-MIMO. *Id*. Further, the HE-SIG-A contains a field called "Number Of HE-SIG-B Symbols Or MU-MIMO Users" and according to Table 26-17: "If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1." *Id.*

**(f)    Claim 5: The wireless communication terminal of claim 1, wherein the HE-SIG-A includes the SIG-B compression field and the specific subfield, and wherein the SIG-B compression field indicates whether full bandwidth MU-MIMO transmission is used, and when the SIG-B compression field indicates full bandwidth MU-MIMO transmission, the specific subfield indicates the number of MU-MIMO users.**

1120.   In my opinion, Samsung Galaxy Tab S in combination with Lim 066 and IEEE P802.11ax/D0.5 discloses "wherein the HE-SIG-A includes the SIG-B compression field and the specific subfield, and wherein the SIG-B compression field indicates whether full bandwidth MU-MIMO transmission is used, and when the SIG-B compression field indicates full bandwidth MU-

458

MIMO transmission, the specific subfield indicates the number of MU-MIMO users." I incorporate my analysis above for claim 1.

### (i)    Lim 066

1121.    Lim 066 discloses for example:

> HE-SIG-A may be transmitted in a unit of 20 MHz in the same manner as the L part. If a bandwidth is greater than 20 MHz, HE-SIG-A may be transmitted by duplication in a unit of 20 MHz. HE-SIG-A may include common control information of multi-users. Contents of common control information included in HE-SIG-A may be determined depending on the type of the PPDU. For example, in case of SU PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM (dual carrier modulation) indicator, a UL/DL flag, a bandwidth, a payload GI (guard interval), a PE, a MCS, coding, LTE compression, NSTS (Number of Spatial Streams), STBC, beamforming, CRC (cyclic redundancy check), and a Tail field. In case of MU DL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, the number of HE-SIG-B field symbols, MCS of HE-SIG-B field, CRC and Tail field. Also, in case of MU UL PPDU, HE-SIG-A may include at least one of a format indicator, a TXOP duration, a BSS color field, a DCM indicator, CRC and Tail field. The aforementioned types of information of the HE-SIG-A field may be joint-encoded.

Lim 066 at [0148].

> The receiving STA may identify a channel of 20 MHz assigned thereto by decoding only a channel of 20 MHz CRC-masked with its GID without decoding all of channels of 20 MHz when a full bandwidth is 80 MHz, for example. Therefore, if the channel of 20 MHz assigned to the receiving STA is detected, the receiving STA does not perform blind-decoding for the other channels. That is, the receiving STA does not need to decode HE-SIG-B of all of channels of 20 MHz during MU-MIMO transmission.

Lim 066 at [0184].

### (ii)    P802.11ax/D0.5

1122.    IEEE P802.11ax/D0.5 discloses "wherein the HE-SIG-A includes the SIG-B compression field and the specific subfield, and wherein the SIG-B compression field indicates whether full bandwidth MU-MIMO transmission is used, and when the SIG-B compression field

indicates full bandwidth MU-MIMO transmission, the specific subfield indicates the number of

MU-MIMO users." See for example, the following: "The HE-SIG-A field carries information

required to interpret HE PPDUs." IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 216.

"The HE-SIG-A field of an HE MU PPDU contains the fields listed in Table 26-17 (HE-SIG-A

field of an HE MU PPDU." *Id*. at p. 220.

**Table 26-17—HE-SIG-A field of an HE MU PPDU(#Ed)**

| Two Parts of HE-SIG-A | Bit | Field | Number of bits | Description |
|---|---|---|---|---|
| HE-SIG-A1 | B0 | UL/DL | 1 | Indicates whether the PPDU is sent UL or DL:<br>Set to 0 for DL<br>Set to 1 for UL(#2002)<br><br>This field indicates DL for TDLS, mesh and IBSS(#2864).<br>NOTE—The TDLS peer can identify the TDLS frame by To DS and From DS fields in the MAC header of the MPDU. |
| | B1-B3 | SIGB MCS | 3 | Indicates the MCS of the HE-SIG-B field:<br>Set to 0 for MCS 0<br>Set to 1 for MCS 1<br>Set to 2 for MCS 2<br>Set to 3 for MCS 3<br>Set to 4 for MCS 4<br>Set to 5 for MCS 5(#1616)<br>The values 6 and 7 are reserved(#847) |
| | B4 | SIGB DCM | 1 | Set to 1 indicates that the HE-SIG-B is modulated with dual sub-carrier modulation for the MCS.<br>Set to 0 indicates that the HE-SIB-B is not modulated with dual sub-carrier modulation for the MCS.<br>DCM is only applicable to MCS0, MCS1, MCS3, and MCS4. |
| | B5-B10 | BSS Color | 6 | The BSS Color field is an identifier of the BSS |
| | B11-B14 | Spatial Reuse | 4 | Set to SR Disallowed to disallow SRP-based spatial reuse (see 25.9 (Spatial reuse operation) and 25.11a (TXVECTOR parameters SPATIAL_REUSE for an HE PPDU)).(#226)<br><br>NOTE—This part needs further development.(#2169) |
| | B15-B17 | Bandwidth | 3(#846) | Set to 0 for full 20 MHz<br>Set to 1 for full 40 MHz<br>Set to 2 for full 80 MHz<br>Set to 3 for full 160 MHz and 80+80 MHz(#Ed)<br>Set to 4 for preamble puncturing in 80 MHz, where in the preamble only the secondary 20 MHz is punctured<br>Set to 5 for preamble puncturing in 80 MHz, where in the preamble only one of the two 20 MHz sub-channels in secondary 40 MHz is punctured<br>Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble only the secondary 20 MHz is punctured<br>Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the primary 80 MHz of the preamble the primary 40 MHz is present.(PHY Motion #161) |

| B18-B21 | Number Of HE-SIG-B Symbols Or MU-MIMO Users | 4 | If the SIGB Compression field is 0, indicates the number of OFDM symbols in the HE-SIG-B field minus 1.(#821)<br><br>If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1.(#296) |
| B22 | SIGB Compression | 1 | Set to 1 for full BW MU-MIMO.<br>Set to 0 otherwise. |
| B23-B24 | GI+LTF Size(#1420) | 3 | Indicates the GI duration(#1420) and HE-LTF size.<br>   Set to 1 to indicate a 2x HE-LTF and 0.8 μs GI<br>   Set to 2 to indicate a 2x HE-LTF and 1.6 μs GI<br>   Set to 3 to indicate a 4x HE-LTF and 3.2 μs GI(#2005)<br>The value 0 is reserved(#Ed) |
| B25 | Doppler | 1 | Set to 0 if Doppler mode is not used<br>Set to 1 if Doppler mode is used(#2167) |

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at pp. 220-221. As shown in the table above, the HE-SIG-A contains a field for SIGB compression, where a "1" indicates full bandwidth MU-MIMO. *Id*. Further, the HE-SIG-A contains a field called "Number Of HE-SIG-B Symbols Or MU-MIMO Users" and according to Table 26-17: "If the SIGB Compression field is 1, indicates the number of MU-MIMO users minus 1." *Id*.

### B. Asserted Claims of the '210 Patent Lack Written Description and Enablement Support

1123. As I discussed in Section VIII.D.5, the Asserted Claims of the '210 patent lack sufficient supporting disclosure in the earliest purported priority application ('147 application) to satisfy the written description and enablement requirements. It is my opinion that the subject matter recited in the asserted claims of the '210 patents is not sufficiently described in the specification of the earliest purported priority application to reasonably convey to those skilled in the art that the inventor had possession of the claimed subject matter as of the earliest purported priority date of the '077 patent.

1124. In my opinion, the Asserted Claims of the '210 patent also lack sufficient supporting disclosure in the specification of the '210 patent to satisfy the written description and enablement requirements for the additional reasons noted below.

(a)    **Claim 1**

1125.   In my opinion, the '210 patent lacks written description and enablement support for claim 1.

(i)    *Claim 1: [1e] decode the received HE MU PPDU based on information obtained from the preamble,*

1126.   In my opinion, the specification of the '077 patent lacks written description and enablement support for the limitation in claim 1 reciting "[wherein the processor is configured to] decode the received HE MU PPDU based on information obtained from the preamble." For example, the specification does not describe decoding a received HE MU PPDU based on information obtained from the preamble, including the scenarios corresponding to limitations [1f], [1g] and [1h].

1127.   The '077 patent describes that the HE MU PPDU preamble includes HE-SIG-A and HE-SIG-B. HE-SIG-A has multiple subfields each with its own set of encodings: DL/UL Indication, bandwidth (BW) subfield, SIG-B compression, and Num of SIG-B Sym subfield.



(a)             (b)             (c)

See, e.g., '077 patent at 15:33-19:37 and Fig. 12. Moreover, as I discussed above, the Num of SIG-B Sym subfield field in HE-SIG-A can take on different meanings based on how another subfield is set (i.e., the compression subfield).

1128. Further, HE-SIG-B can have one or multiple subfields including an optional subfield.



See, e.g., '077 patent at Fig. 13(a). And those subfields can have multiple subfields as well.

463

| "non-MU-MIMO allocation" | "MU-MIMO allocation" |
|---|---|

| Field | Bit | Descriptions |
|---|---|---|
| AID | 11 | STA ID |
| NSTS | 3 | # of Spatial Streams |
| TxBF | 1 | TxBF on/off |
| MCS | 4 | |
| DCM | 1 | |
| Coding | 1 | BCC/LDPC |
| Total | 21 | |

| Field | Bit | Descriptions |
|---|---|---|
| AID | 11 | STA ID |
| SCF | 4 | Spatial Conf. Fields |
| | | |
| MCS | 4 | |
| DCM | 1 | |
| Coding | 1 | BCC/LDPC |
| Total | 21 | |

(d)-1 | (d)-2

'210 Patent, Fig. 13 | '210 Patent, Fig. 13

See also '077 patent at 19:45-21:5.

1129.   In sum, the number of different combinations of such subfields within the HE MU PPDU preamble is substantially greater than the few limited examples provided in the specification.

1130.   Limitation [1e], and generally claim 1 as a whole, is not limited to decoding a particular set of combinations. The specification does not disclose how to implement a wireless communication terminal that handles the vast range of HE MU PPDU possibilities. The '077 patent, for example, fails to disclose algorithms for decoding the various combinations of HE MU PPDU preamble fields, subfields, and optional subfields. As such, a POSITA would have to perform undue experimentation to enable the full breadth of claim 1.

> **(ii)    Claim 1: [1f] wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,**

1131.   In my opinion, the '077 patent lacks written description and enablement support for the limitation in claim 1 reciting "wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a

format of user field(s) included in a user specific field of HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A." The specification does not describe decoding a received HE MU PPDU based on information obtained from the preamble, including the scenarios corresponding to this limitation [1f] in view of limitations [1g] and [1h].

1132.   As discussed for limitation [1e], the '077 patent describes that the HE MU PPDU preamble includes HE-SIG-A and HE-SIG-B. HE-SIG-A has multiple fields each with its own set of encodings: DL/UL Indication, bandwidth (BW) subfield, SIG-B compression, and Num of SIG-B Sym subfield. See, e.g., '077 patent at 15:33-19:37 and Fig. 12. Moreover, the Num of SIG-B Sym subfield field in HE-SIG-A can take on different meanings based on how another field is set (i.e., the SIG-B compression field). *Id*. Further, HE-SIG-B can have one or multiple fields including an optional field. *Id*. at Fig. 13 and 19:45-21:5. The number of different combinations of such fields within the HE MU PPDU preamble is substantially greater than the few limited examples provided in the specification.

1133.   Moreover, the specification does not provide a mapping of each possible MU MIMO user count to the required HE SIG B field structure, any working examples of multi user formats beyond high level descriptions, or any algorithm enabling the terminal to correctly determine user field formats across the full combinatorial space.

1134.   As discussed above, claim 1 as a whole is not limited to decoding a particular set of combinations. The specification does not disclose how to implement a wireless communication terminal that handles the vast range of HE MU PPDU possibilities, even including when the SIG-B compression field indicates a full bandwidth MU-MIMO transmission. The '077 patent, for example, fails to disclose algorithms for decoding the various combinations of HE MU PPDU

preamble fields, subfields, and optional subfields. As such, a POSITA would have to perform undue experimentation to enable the full breadth of claim 1.

        ***(iii)***     ***Claim 1: [1g] wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and***

1135.   In my opinion, the '077 patent lacks written description and enablement support for the limitation in claim 1 reciting "wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation." As I discussed above for limitations [1e] and [1f], the specification of the '077 patent does not describe decoding a received HE MU PPDU based on information obtained from the preamble, including the scenarios recited in claim 1 including this limitation. For reasons similar to those discussed above for limitations [1e] and [1f], the '077 patent does not enable these decoding-based limitations.

        ***(iv)***     ***Claim 1: [1h] wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation.***

1136.   In my opinion, the '210 patent lacks written description and enablement support for the limitation in claim 1 reciting "wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation." As I discussed above for limitations [1e] and [1f], the specification of the '077 patent does not describe decoding a received HE MU PPDU based on information obtained from the preamble, including the scenarios recited in claim 1 including this limitation. For reasons similar to those discussed above for limitations [1e] and [1f], the '077 patent does not enable these decoding-based limitations.

(b)        **Dependent Claims 2-5**

1137.   In my opinion, the '210 patent lacks written description and enablement support for dependent claims 2-5 for at least reasons similar to those I discussed above for claim 1.

### C.    The Asserted Claims of the '210 Patent Do Not Recite Patent Eligible Subject Matter

1138.   It is my opinion that the asserted claims of the '210 patent do not recite patent eligible subject matter. As discussed below, the asserted claims of the '210 patent recite patent-ineligible subject matter because they are directed to the abstract idea of extracting data. It is further my opinion that, aside from the abstract idea of identifying unused resources, the claim limitations, both individually and as a combination, do not provide an inventive concept but merely recite well understood, routine, and conventional components and activities for implementing the abstract idea that were well known in communications systems and to persons of ordinary skill in the art before the alleged priority date of the '210 patent.

### 1.    The Asserted Claims of the '210 Patent are Directed to an Abstract Idea

1139.   For the reasons discussed below, it is my opinion that the asserted claims of the '210 patent are directed to nothing more than the abstract idea of an algorithm for extracting data.

1140.   I understand that the Court may analyze less than all asserted claims to determine patent ineligibility where the claims of the asserted patents are substantially similar in that they recite little more than the same abstract idea. Although I have analyzed the patent eligibility of all Asserted Claims, I have focused my discussion below on claim 1, which I believe is exemplary representative claim for the patent eligibility analysis applicable to all Asserted Claims. Asserted claim 1 recites:

1141.   Asserted claim 1 recites:

[1pre] 1. A wireless communication terminal, the terminal comprising:

[1a] a communication unit;  and

[1b] a processor configured to process signals transmitted and received through the communication unit,

[1c] wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU),

[1d] wherein a preamble of the HE MU PPDU includes high efficiency signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B), and

[1e] decode the received HE MU PPDU based on information obtained from the preamble,

[1f] wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,

[1g] wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and

[1h] wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation.

1142.  It is my opinion that the asserted claims are directed to the abstract idea of extracting data. That is, receiving and parsing data according to a set of rules. The claims do not describe any improvement in technology that performs this abstract idea, but merely rely on generic technologies to perform this idea. Claim 1 recites "a wireless communication terminal," whose hardware, as recited in the claim language, comprise in its entirety (1) "a communication unit" and (2) "a processor" which is configured to perform certain functions. These functions

consist of receiving and decoding data, using existing IEEE 802.11 procedures and functionality. See, e.g., Sections VI, VII, and VIII.

1143.  It is further my opinion that, for the same reasons as claim 1 of the '210 patent, dependent claims 2-5 are patent ineligible because they, too, are directed to the same abstract idea, and do not recite an inventive concept sufficient to transform the abstract idea into patent eligible subject matter.

## 2.    The Asserted Claims of the '210 Patent Do Not Recite an Inventive Concept

1144.  As shown below, the asserted claims of the '210 patent lack an inventive concept because, aside from the abstract idea of an algorithm for extracting data, the claim limitations, individually and in combination, merely recite well-understood, routine, and conventional components and activities previously known in the field of IEEE WiFi communications systems to persons skilled in the art before the '210 patent's alleged priority date.

### (a)    Claim 1

#### (i)    *[1pre] 1. A wireless communication terminal, the terminal comprising:*

1145.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") (PRIOR_ART_00015653) at [0093]-[0094], Figure 1, [0181]-[0182]
- US 2018/0176066 ("Lim 066") at [0001], [0209], Figure 30
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at p. 9
- IEEE 802.11-2012 at Section 3.1, *see also* IEEE 802.11-2016
- IEEE 802.11ac at Section 22.1.1

- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") (PRIOR_ART_00000229) at pg. 2–3
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- US 2017/0366310 ("Verma 310") at [0034], Figure 1
- U.S. Provisional Application No. 62/350,619 ("Verma 619") (PRIOR_ART_00002590) at [9], Fig. 1
- US 2016/0285526 ("Hedayat 526") (PRIOR_ART_00014033) at [0025], [0030]-[0038], [0041]- [0045], [0107]- [0116], [0119], cl. 1, Fig. 1, Fig. 2, Fig. 3A, Fig. 14A, Fig. 14B, Fig. 14C
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0110], [0111], Fig. 10.

### (ii)   [1a] a communication unit; and

1146.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0182], [0185], Figure 13A
- US 2018/0176066 ("Lim 066") at [0209]-[0211], Figure 30
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at 9
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11-2012 at Section 3.1, see also IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 2–3
- IEEE 802.11ac at Section 22.1.1.
- US 2017/0366310 ("Verma 310") at [0066]-[0067], [0092]-[0094], Fig. 9, [0109], [0113], Fig. 12
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 19, 25-26, Fig. 9, 29-30, Fig. 12
- US 2016/0285526 ("Hedayat 526") at  [0025], [0030]-[0038], [0041]-[0045], [0107]-[0116], [0119]
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0013], [0110], [0111], Fig. 10

### (iii)   [1b] a processor configured to process signals transmitted and received through the communication unit,

1147.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known

components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0182]-[0185], Figure 13A
- US 2018/0176066 ("Lim 066") at [0209]-[0211], Figure 30
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 9
- IEEE 802.11-2012 at Section 3.1,  see also IEEE 802.11-2016
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 2–3
- IEEE 802.11ac at Section 22.1.1
- US 2017/0366310 ("Verma 310") at [0109], [0110], [0113]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 29-30, Fig. 12
- US 2016/0285526 ("Hedayat 526") at cl. 1, [0025], [0030]-[0038], [0041] [0045], [0107]-[0116], [0119], Fig. 1, Fig. 2, Fig 3A, Fig. 14A, Fig. 14B, Fig. 14C
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0013], [0110], [0111], Fig. 10

> **(iv)** ***[1c] wherein the processor is configured to receive, through the communication unit, a high efficiency multi-user PHY protocol data unit (HE MU PPDU), and***

1148.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0098], [0182]-[0185], Figure 13A, [0187]-[0188]
- US 2018/0176066 ("Lim 066") at Abstract, [0107], [0145], Figure 23A
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 209, 240-241, 267
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 2–3, 4-5, 8-9
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at  Figure 22-4, Section 22.1.1, 22.3.2, 22.3.4.10, 22.1.4, 22.3.21, Fig. 22-37
- US 2017/0366310 ("Verma 310") at [0029], Fig. 2, Fig. 3
- U.S. Provisional Application No. 62/350,619 ("Verma 619")  at 7-8, Fig. 2, Fig. 3

- US 2016/0285526 ("Hedayat 526") at cl. 1, [0025], [0030]-[0038], [0041]-[0045], [0107]-[0116], [0119], Fig. 1, Fig. 2, Fig 3A, Fig. 14A, Fig. 14B, Fig. 14C
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0013], [0022], [0023], [0110], [0111], Fig. 10

> ### (v)    [1d] wherein a preamble of the HE MU PPDU includes high efficiency signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B), and

1149.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0102], Figure 2, [0103], Figure 3
- US 2018/0176066 ("Lim 066") at Abstract, [0145]-[0148], Figure 23A, [0155], [0158], Figure 23C
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 240-241, 267, 272, 285-286
- IEEE 802.11-2012, see also IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at  Figure 22-4, Section 22.3.2, 22.3.4.5, 22.3.4.8
- US 2017/0366310 ("Verma 310") at [0029], [0045], Fig. 2, [0050], Fig. 3
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 7-8, 13-15, Fig. 2, Fig. 3
- US 2016/0285526 ("Hedayat 526") at [0058], [0111]-[0116], cl. 1, cl. 2, cl. 3, Fig. 4
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0058], [0078], [0089]

> ### (vi)    [1e] decode the received HE MU PPDU based on information obtained from the preamble,

1150.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0098], Figure 1, [0103]-[0105], Figure 3
- US 2018/0176066 ("Lim 066") at Abstract, [0145], Figure 23A, [0171]

- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 272, 285-286, 364-366
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at Figure 22-18, Figure 22-19, Section 22.3.8.3.3, 22.3.21
- US 2017/0366310 ("Verma 310") at [0006], [0029], [0041]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 2, 7-8, 11-12
- US 2016/0285526 ("Hedayat 526") at [0058], [0111]-[0116], Fig. 4
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0091]

> **(vii)    [1f] wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,**

1151.  The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0162], Figure 15B, [0130]
- US 2018/0176066 ("Lim 066") at [0155]-[0157], [0172]-[0173], [0182]-[0183], [0184], [0148]
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at p. 238-239, 276-278, 298
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11ac at  Figure 22-18, Figure 22-19, Section 22.3.8.3.3, Table 22-12
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- US 2017/0366310 ("Verma 310") at [0029], [0041], [0045], Fig. 2, [0050], [0051], [0054], Fig. 3
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 7-8, 11-13, Fig. 2, 15-16, Fig. 3
- US 2016/0285526 ("Hedayat 526") at [0058], [0090], [0111]-[0116], cl. 5, cl. 6, Fig. 4

- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0062], [0070], [0141], [0154]

> **(viii)**    **[1g] wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and**

1152.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0162]. Figure 15B, [0152], Figure 9A, [0126]
- US 2018/0176066 ("Lim 066") at [0155], [0158], Figure 23C
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 293-294, 296
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11ac at Figure 22-4, Section 22.3.1, 22.3.8.3.6
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at 8-9, 10-12
- US 2017/0366310 ("Verma 310") at [0050], [0051], [0052]-[0053], [0054], [0042], [0043]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 12, 15-16
- US 2016/0285526 ("Hedayat 526") at [0058], [0078], [0090], [0111]-[0116], cl. 1, cl. 5, cl. 6, Fig. 4
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0099], [0109], Fig. 5D, Fig. 9

> **(ix)**    **[1h] wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation.**

1153.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0162], Figure 15B, [0152], Figure 9A, [0126], [0129]
- US 2018/0176066 ("Lim 066") at [0155], [0158], Figure 23C
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 293-294, 295-296
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at Figure 22-4, Section 22.3.1, 22.3.8.3.6
- US 2017/0366310 ("Verma 310") at [0050], [0051], [0052]-[0053], [0054], [0042], [0043]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 12, 15-16
- US 2016/0285526 ("Hedayat 526") at [0058], [0072], [0078], [0090], [0111]-[0116], cl. 1, cl. 5, cl. 6, Fig. 4
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0098], [0108], Fig. 5C, Fig. 8

> **(b)**   **Claim 2: The wireless communication terminal of claim 1, wherein the user field(s) for MU-MIMO allocation includes a spatial configuration field indicating the total number of spatial streams in an MU-MIMO allocation and the number of spatial streams for each terminal in the MU-MIMO allocation, and wherein the user field for non-MU-MIMO allocation includes a number of space time streams (NSTS) field.**

1154.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0126], Figure 7, [0129]
- US 2018/0176066 ("Lim 066") at [0155], [0158], Figure 23C, Claim 1
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 295, 296, 297-298, Claim 1
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12, 14, 16
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at Figure 22-18, Figure 22-19, Section 22.3.8.3.3, Table 22-12, 22.3.8.3.6, Claim 1

- US 2017/0366310 ("Verma 310") at [0010], [0042], [0043]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 4, 12
- US 2016/0285526 ("Hedayat 526") at [0072], [0078], Fig. 8, Fig. 10
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0108], [0109], Fig. 8, Fig. 9, Claim 1

> **(c)**      **Claim 3: The wireless communication terminal of claim 1, wherein the user field(s) for non-MU-MIMO allocation is a user field based on orthogonal frequency division multiple access (OFDMA) allocation.**

1155.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0098], [0102]
- US 2018/0176066 ("Lim 066") at [0155], Claim 1
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 162, 209, 240-241, 267, 285-286, Claim 1
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12, 16
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at  Figure 22-4, Section 22.3.1, 22.3.8.3.6, Claim 1
- US 2017/0366310 ("Verma 310") at [0039], [0048]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 11, 14
- US 2016/0285526 ("Hedayat 526") at [0022]- [0024], [0094], cl. 8, Fig. 11
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0108], Fig. 8, Claim 1

> **(d)**      **Claim 4: The wireless communication terminal of claim 1, wherein the number of MU-MIMO users is indicated by a number of HE-SIG-B symbols field in the HE-SIG-A.**

1156.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0162], Figure 15B, [0130]

- US 2018/0176066 ("Lim 066") at [0148], Claim 1
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 238-239, 276-278, 298, Claim 1
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- I IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at  Figure 22-18, Figure 22-19, Section 22.3.8.3.3, Table 22-12
- US 2017/0366310 ("Verma 310") at [0050], [0051], [0054]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 15-16
- US 2016/0285526 ("Hedayat 526") at [0058], [0096], Fig. 4
- US 2017/0064718 to Bharadwaj ("Bharadwaj 718") at [0022], [0058], [0077], [0136], [0189], Fig. 12A, Fig. 12B, Claim 1

> **(e)**    **Claim 5: The wireless communication terminal of claim 1, wherein the HE-SIG-A includes the SIG-B compression field and the specific subfield, and wherein the SIG-B compression field indicates whether full bandwidth MU-MIMO transmission is used, and when the SIG-B compression field indicates full bandwidth MU-MIMO transmission, the specific subfield indicates the number of MU-MIMO users.**

1157.   The elements of this limitation would have been well-understood, routine, and conventional to a POSITA at the time of the alleged invention. The claim employs well-known components or functionality, as shown in the discussions above related to obviousness of the claim in light of prior art. See for example, the following:

- US 2017/0181136 ("Bharadwaj 136") at [0162], Figure 15B, [0130]
- US 2018/0176066 ("Lim 066") at [0148], [0184], Claim 1
- "IEEE P802.11ax/D1.0 Enhancements for High Efficiency WLAN," ("IEEE P802.11ax/D1.0") at pg. 238-239, 276-278, 298, Claim 1
- IEEE 802.11-2012, *see also* IEEE 802.11-2016
- IEEE 802.11-15/0132r15 "Wireless LANs Specification Framework for TGax" ("IEEE 802.11-15/0132r15") at pg. 8-9, 10-12, Claim 1
- IEEE P802.11ax/D0.5 (EPO version) (PRIOR_ART_00007282) at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167
- IEEE 802.11ac at  Figure 22-4, Section 22.3.1, Section 22.3.8.3.6, Claim 1
- US 2017/0366310 ("Verma 310") at [0050], [0051], [0054]
- U.S. Provisional Application No. 62/350,619 ("Verma 619") at 15-16
- US 2016/0285526 ("Hedayat 526") at [0058], [0096], Fig. 4