# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
|---|---|
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | |
| Defendants. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | |
| Defendants. | |

OPENING EXPERT REPORT OF PROF. STEPHEN B. WICKER, PH.D.

Dated: January 23, 2026

Dr. Stephen B. Wicker

# TABLE OF CONTENTS

Page

I.    INTRODUCTION ................................................................................................ 1

    A.    Educational Background ........................................................................... 1

    B.    Career History ......................................................................................... 1

    C.    Publications and Patents ......................................................................... 2

    D.    Other Relevant Qualifications ................................................................. 3

    E.    Materials and Other Information Considered ........................................... 4

    F.    Prior Testimony ...................................................................................... 4

    G.    Compensation ......................................................................................... 6

II.    UNDERSTANDING OF THE LAW ................................................................ 7

    A.    Presumption of Validity ........................................................................... 7

    B.    Burden of Proof ....................................................................................... 7

    C.    Person Of Ordinary Skill In The Art ....................................................... 8

    D.    Effective Filing Date ............................................................................... 8

    E.    Prior Art ................................................................................................. 9

    F.    Anticipation ........................................................................................... 11

    G.    Obviousness ........................................................................................... 12

    H.    Secondary Considerations Relevant To Obviousness ............................ 15

    I.    Enablement ............................................................................................ 17

    J.    Written Description ................................................................................. 17

    K.    Conception ............................................................................................. 18

    L.    Subject Matter Eligibility ...................................................................... 18

    M.    Joint Inventorship .................................................................................. 20

    N.    Non-Infringing Alternatives ................................................................... 21

O.      Incorporation By Reference ................................................................... 21

III.    LEVEL OF ONE OF ORDINARY SKILL IN THE ART ................................. 21

IV.     CLAIM CONSTRUCTION ............................................................................ 23

V.      BACKGROUND TECHNOLOGY ................................................................. 25

        A.      Wireless Communication Networks ...................................................... 25

        B.      MPDUs and PPDUs .............................................................................. 26

        C.      Acknowledgement (ACK) Policy ......................................................... 28

        D.      BSS Color ............................................................................................. 29

        E.      Network Allocation Vector and Power Save/Doze State ..................... 30

        F.      Contention-Based Transmissions and Access Categories ................... 30

        G.      Trigger-Based Transmissions and UL-MU .......................................... 34

        H.      Multicarrier Modulation and OFDM .................................................... 38

        I.      OFDMA ................................................................................................. 44

        J.      OFDMA Random Access ...................................................................... 47

        K.      UL MU Mode ....................................................................................... 48

        L.      Beacon Frames ...................................................................................... 50

        M.      QoS Data Frame .................................................................................... 50

VI.     ASSERTED PATENTS ................................................................................... 51

        A.      U.S. Patent Nos. 11,129,163 and 11,700,597 ..................................... 51

                1.      Prosecution History ................................................................... 52

                2.      Asserted Claims ......................................................................... 56

        B.      U.S. Patent Nos. 11,516,879 and 11,116,035 ..................................... 57

                1.      Prosecution History ................................................................... 59

                2.      Asserted Claims ......................................................................... 63

VII.    OPINIONS RELATING TO '163 AND '597 PATENTS ................................. 66

A.      Effective Filing Date ................................................................................. 67

B.      Invalidating Prior Art ............................................................................... 72

        1.      Samsung Galaxy Tab S System Art ............................................ 72

        2.      IEEE P802.11ax/D1.0 ("D1.0") ................................................ 76

        3.      US 2016/0330663 ("Zhou 663") ................................................ 81

        4.      US 2016/330685 ("Asterjadhi 685") ......................................... 90

        5.      US 10,321,485 ("Noh 485") ...................................................... 92

        6.      US 2017/257817 ("Itagaki 817") .............................................. 96

C.      Invalidity Grounds .................................................................................... 97

D.      Motivations to Combine, Reasonable Expectation of Success, and
        Analogousness ......................................................................................... 99

        1.      Samsung Galaxy Tab S + Zhou 663 .......................................... 99

        2.      Samsung Galaxy Tab S + Zhou 663 + Noh 485 ...................... 100

        3.      Samsung Galaxy Tab S + Zhou 663 + Itagaki 817................... 102

        4.      Samsung Galaxy Tab S + Asterjadhi 685 ................................ 104

        5.      Samsung Galaxy Tab S + Asterjadhi 685 + Noh 485 .............. 106

        6.      Samsung Galaxy Tab S + Asterjadhi 685 + Itagaki 817......... 108

        7.      Samsung Galaxy Tab S + 802.11ax D1.0 ................................ 111

        8.      Samsung Galaxy Tab S + 802.11ax D1.0 + Itagaki 817......... 114

E.      '163 Patent Prior Art Grounds ................................................................ 116

        1.      Galaxy Tab S and Zhou 663 Render Obvious Claim 1 of the '163
                Patent ........................................................................................ 116

        2.      Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claims 2
                and 3 of the '163 Patent ........................................................... 126

        3.      Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims
                4 and 5 of the '163 Patent ........................................................ 137

4.  Galaxy Tab S and Asterjadhi 685 Render Obvious Claim 1 of the '163 Patent ........................................................... 143

5.  Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claims 2 and 3 of the '163 Patent ............................... 151

6.  Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent ............................ 161

7.  Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1-3 of the '163 Patent ...................................................... 168

8.  Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent ............................ 187

F.  '597 Patent Prior Art Grounds ........................................................... 194

1.  Galaxy Tab S and Zhou 663 Render Obvious Claims 1 and 9 of the '597 Patent ...................................................... 194

2.  Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claim 2 of the '597 Patent ..................................................... 202

3.  Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent .................................. 203

4.  Galaxy Tab S and Asterjadhi 685 Render Obvious Claims 1 and 9 of the '597 Patent ................................................. 206

5.  Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claim 2 of the '597 Patent ........................................... 213

6.  Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent ........................... 215

7.  Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1, 2, and 9 of the '597 Patent ........................................... 218

8.  Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent ........................... 227

G.  Written Description and Enablement ................................................... 229

1.  Cl. 3 of the '163 and '597 Patents: "Valid signaling field of the MAC frame" ...................................................... 229

H.  The Asserted Claims of the '163 and '597 Patents are not Patent-Eligible ........ 232

1.  Claim 9 of the '163 Patent is Representative ........................................... 232

2.     The Asserted Claims Recite an Abstract Idea.........................................233

3.     The Asserted Claims Do Not Recite An Inventive Concept..................234

I.     Alternative Designs.......................................................................................239

J.     Inventorship ...............................................................................................242

1.     "Not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed . . . wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated" ..................................................242

2.     "Wherein BSS color is an identifier of a BSS"....................................250

VIII.     OPINIONS RELATING TO '879 AND '035 PATENTS ................................252

A.     Effective Filing Date....................................................................................253

B.     Invalidating Prior Art...................................................................................266

1.     Samsung Galaxy S Tab System Art......................................................266

2.     IEEE P802.11ax/D1.0 ("D1.0")...........................................................266

3.     US 2017/0048048 A1 ("Seok 048") ...................................................267

4.     IEEE 802.11-16/0616r2 ("Asterjadhi 616") .........................................269

5.     US 2017/0245261 ("Cariou 261") .......................................................272

6.     Chinese Patent No. 102958185B ("Huawei 185") ...............................277

7.     IEEE 802.11-15/00132 "Wireless LANs Specification Framework for TGax" ("Stacey 0132") .....................................................................279

C.     Invalidity Grounds .......................................................................................280

D.     Motivations to Combine and Reasonable Expectation of Success ....................282

1.     Samsung Galaxy Tab S + D1.0..............................................................282

2.     Samsung Galaxy Tab S + D1.0 + Seok 048 or Asterjadhi 616 .............282

3.     Samsung Galaxy Tab S + Cariou 261 + Seok 048 ................................284

4.     Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Huawei 185.........290

5.       Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Stacey 0132.......... 293

E.    '879 Patent Prior Art Grounds ....................................................................... 295

    1.       The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of
the '879 patent......................................................................................... 295

    2.       The Galaxy Tab S in view of D1.0 and Seok 048 render obvious
claims 1–5 of the '879 patent................................................................... 348

    3.       The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render
obvious claims 1–5 of the '879 patent ..................................................... 353

    4.       The Galaxy Tab S in view of Cariou 261 and Seok 048 render
obvious claims 1–5 of the '879 patent ..................................................... 358

    5.       The Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei
185 render obvious claims 1–5 of the '879 patent................................... 385

    6.       The Galaxy Tab S in view of Cariou 261, Seok 048 and Stacey
0132 render obvious claims 1–5 of the '879 patent................................. 391

F.    '035 Patent Prior Art Grounds ....................................................................... 392

    1.       The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of
the '035 patent......................................................................................... 392

    2.       The Galaxy Tab S in view of D1.0 and Seok 048 render obvious
claims 1–5 of the '035 patent................................................................... 395

    3.       The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render
obvious claims 1–5 of the '035 patent ..................................................... 398

    4.       The Galaxy Tab S in view of Cariou 261 in view of Seok 048
render obvious claims 1–5 of the '035 patent.......................................... 402

    5.       The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and
Huawei 185 render obvious claims 1–5 of the '035 patent ..................... 403

    6.       The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and
Stacey 00132 render obvious claims 1–5 of the '035 patent ................. 405

G.    Written Description and Enablement................................................................ 405

    1.       Claims 1–5 of the '879 and '035 patents: "wherein the trigger
frame triggers a orthogonal frequency division multiple access
(OFDMA) uplink transmission of the wireless communication
terminal" ................................................................................................. 406

H.    The Asserted Claims of the '879/'035 Patents are not Patent-Eligible .............. 409

    1.    Claims 1-5 of the '879/'035 Patent are Representative of Claims 1–5 of the '035 Patent ................................................................... 409

    2.    The Asserted Claims Recite an Abstract Idea......................................... 413

    3.    The Asserted Claims Do Not Recite an Inventive Concept.................... 414

I.    Alternative Designs.......................................................................................... 423

J.    Joint Inventorship............................................................................................ 427

    1.    Conception of Various Claim Elements .................................................. 427

    2.    Unlisted Joint Inventors ......................................................................... 440

IX.    SECONDARY CONSIDERATIONS ............................................................... 448

X.    RIGHT TO SUPPLEMENT ............................................................................. 450

189.    I reserve the right to respond to Wilus's and/or its experts' new contentions regarding specific priority application disclosures allegedly supporting the '163 and '597 patents' claims.

**B.    Invalidating Prior Art**

**1.    Samsung Galaxy Tab S System Art**

190.    Galaxy Tab S is a Samsung tablet that was, at the time of its release, "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1; *see also* PRIOR_ART_00009062; PRIOR_ART_00009069. The Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6.

191.    Galaxy Tab S was an IEEE 802.11-based device. *See, e.g.*, PRIOR_ART_00001931. The source code is the only certain way to determine whether a particular IEEE 802.11 feature, for instance a feature of IEEE 802.11ac-2013 and 802.11-2012, is implemented in a device. However, a POSITA would have understood that certain 802.11 functionalities are foundational and thus implemented on all IEEE 802.11-based devices, including Galaxy Tab S.

192.    For example, a POSITA would have understood that the ability to send and receive PPDUs is fundamental to all 802.11-based devices because PPDUs are the basic data structure exchanged among 802.11-based devices. *See* SAMSUNG_WILUS_00204096 at pp. 166-69.

193.    Another foundational feature is the per-AC queuing mechanism that uses multiple access categories to prioritize traffic, operating as a "prioritized carrier sense multiple access with collision avoidance (CSMA/CA) access mechanism" and "defines four access categories (Acs) that provide support for the delivery of traffic with Ups at the STAs." 802.11-2007, §§ 3.51, 9.1.3.1; *see also* PRIOR_ART_00060668 at -1154-1184, -1148-29 (IEEE Std 802.11-2012).

194.    Yet another foundational feature is the exponential backoff contention process, which is the process by which a device contends for a channel resource.  More specifically, the process describes a "backoff timer," which sets a random integer between 0 and a state variable called contention window, CW[AC].  If the channel is idle, backoff timer decrements.  And when the backoff timer reaches zero, the STA attempts transmission. If the channel becomes busy during the countdown, indicating that the STA is currently not allowed to transmit, the timer is paused and resumes once the channel is idle again for a new AIFS period.  If the channel is busy when the backoff timer reaches zero, the CW[AC] value is set to (CW[AC]+1)x2-1 without exceeding Cwmax[AC].  Then, another random value is selected from the range between 0 and the new CW value, and the backoff timer is reset with the newly selected random value.

195.    IEEE 802.11-2012 describes the exponential backoff contention process as follows.

---

**9.19.2.5 EDCA backoff procedure**

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC].

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value $(CW[AC] + 1) \times 2 - 1$.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall remain unchanged for the remainder of any retries.

The backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0,CW[AC]] inclusive.

---

PRIOR_ART_00060668 at -1643–44 (IEEE 802.11-2012).

---

**9.19.2.3 Obtaining an EDCA TXOP**

Each channel access timer shall maintain a backoff function (timer), which has a value measured in backoff slots.

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

$AIFS[AC] = AIFSN[AC] \times aSlotTime + aSIFSTime.$

---

PRIOR_ART_00060668 at -1640 (IEEE 802.11-2012).

196.    In IEEE 802.11-2013 the process remains the same.

73

---

**9.19.2.5 EDCA backoff procedure**

*Change 9.19.2.5 as follows:*

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC].

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1)*2 − 1.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall remain unchanged for the remainder of any retries.

The backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0,CW[AC]] inclusive.

---

PRIOR_ART_00002735 at -917 (IEEE 802.11ac-2013); *see also*

PRIOR_ART_00002735 at -912 (making no changes to 802.11-2012's Section 9.19.2.3

Obtaining EDCA TXOP).

197.    In fact, this process remains unchanged in IEEE 802.11-2016 as well.

---

**10.22.2.2 EDCA backoff procedure**

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC], for that EDCAF's AC.

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1) × 2 − 1.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall be left unchanged.

---

When the backoff procedure is invoked, the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range 0 to CW[AC].

---

**10.22.2.4 Obtaining an EDCA TXOP**

Each EDCAF shall maintain a backoff timer, which has a value measured in backoff slots as described below.

When the backoff procedure is invoked, the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range 0 to CW[AC].

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

$$AIFS[AC] = AIFSN[AC] \times aSlotTime + aSIFSTime.$$

---

PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016).

198.    The same procedure existed as early as IEEE 802.11-1997:

### 9.2.4 Random backoff time

A STA desiring to initiate transfer of data MPDUs and/or management MMPDUs shall invoke the carrier sense mechanism (see 9.2.1) to determine the busy/idle state of the medium. If the medium is busy, the STA shall defer until the medium is determined to be idle without interruption for a period of time equal to DIFS when the last frame detected on the medium was received correctly, or after the medium is determined to be idle without interruption for a period of time equal to EIFS when the last frame detected on the medium was not received correctly. After this DIFS or EIFS medium idle time, the STA shall then generate a random backoff period for an additional deferral time before transmitting, unless the backoff timer already contains a nonzero value, in which case the selection of a random number is not needed and not performed. This process mini-mizes collisions during contention between multiple STAs that have been deferring to the same event.

Backoff Time = Random() × aSlotTime

where

Random()  = Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the MIB attributes aCWmin and aCWmax, aCWmin ≤ CW ≤ aCWmax. It is important that designers recognize the need for statistical independence among the random number streams among STAs.

aSlotTime  = The value of the correspondingly named MIB attribute.

The contention window (CW) parameter shall take an initial value of aCWmin. Every STA shall maintain a STA short retry count (SSRC) as well as a STA long retry count (SLRC), both of which shall take an initial value of zero. The SSRC shall be incremented whenever any short retry count associated with any MSDU is incremented. The SLRC shall be incremented whenever any long retry count associated with any MSDU is incremented. The CW shall take the next value in the series every time an unsuccessful attempt to transmit an MPDU causes either STA retry counter to increment, until the CW reaches the value of aCWmax. A retry is defined as the entire sequence of frames sent, separated by SIFS intervals, in an attempt to deliver an MPDU, as described in 9.7. Once it reaches aCWmax, the CW shall remain at the value of aCWmax until it is reset. This improves the stability of the access protocol under high load conditions. See Figure 50.

IEEE 802.11-1997 (SAMSUNG_WILUS_00201422) at 76; IEEE 802.11-1999 (SAMSUNG_WILUS_00201888) at 75 (same); IEEE 802.11-2007 (802.11-2007) at 260 (similar).

199.    10Accordingly, in my opinion, a POSITA would have understood that Samsung Galaxy Tab S implemented the above-referenced exponential backoff process as set forth in 802.11ac-2013 and 802.11-2012 (and unchanged in 802.11-2016) because the process is foundational, the concept dating back to IEEE 802.11-1997.

---

[11] https://ieeexplore.ieee.org/document/7558098/ (SAMSUNG_WILUS_00204564)

200.    The Galaxy Tab S was first offered for commercial sale and sold in the United States in August of 2014.  *See* Moten Rough Dep. Tr. at 30:22-31:7; PRIOR_ART_00001931 at 4.  Based on this, I understand that Galaxy Tab S is prior art to the '163 and '597 patents under the effective filing date alleged by Wilus—March 4, 2016.

201.    The Galaxy Tab S is analogous art to the '163 and '597 patents because it is in the same technical field, namely, wireless communications.

### 2.    IEEE P802.11ax/D1.0 ("D1.0")

202.    IEEE P802.11ax/D1.0 ("802.11ax D1.0" or "D1.0") is a draft version of 802.11ax specification published by IEEE Task Group AX.  *See* PRIOR_ART_00059608 (802.11ax D1.0). Dr. Harry Bims submitted a declaration in this matter, stating that the 802.11ax D1.0 was available to the interested public as of December 1, 2016.  *See* Decl. of Harry Bims, ¶ 104.  Based on this, I understand that 802.11ax D1.0 is prior art to the '163 and '597 patents if the effective filing date of the '163 and '597 patents is March 6, 2017.

203.    802.11ax D1.0 states on the front page that it is an amendment to IEEE P802.11REVmc™/D8.0 as amended by IEEE P802.11ai ™M/D10.0, IEEE P802.11ah™/D9.0, IEEE P802.11aq™/D3.0, IEEE P802.11ak™/D2.0, and IEEE P802.11aj™/D3.0.

IEEE P802.11ax™/D1.0, November 2016
(amendment to IEEE P802.11REVmc™/D8.0
as amended by IEEE P802.11ai™/D10.0,
IEEE P802.11ah™/D9.0,
IEEE P802.11aq™/D3.0,
IEEE P802.11ak™/D2.0,
and IEEE P802.11aj™/D3.0)

PRIOR_ART_00059608 (802.11ax D1.0) at i.

and "slave stations" may operate together as a Basic Service Set. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0006], [0065], Fig. 1. Itagaki 817 discloses that "the COLOR field in which the BSS COLOR is stored is finite" such that "the possible values of BSS COLOR are limited." *Id*. at [0073]. Given this limitation, and because "the BSS COLOR is decided uniquely by the master station (access point)," there is a possibility that BSS colors will "overlap," meaning that the BSS color of an OBSS matches the BSS color of the BSS to which the wireless device belongs. *Id*. at [0073], [0229], [0252], [0256], Fig. 14. In one embodiment, a "slave station detects the overlapping of the BSS COLOR and notifies the detection result to the master station." *Id*. at [0229]; *see also id*. at [0072], [0229], [0239], [0252].

235.    Itagaki 817 claims priority to PCT Application No. PCT/JP2015/086249, which was filed on December 25, 2015. Therefore, I understand Itagaki 817 to be prior art to the '163 and '597 patents.

236.    Itagaki 817 is analogous art to the '163 and '597 patents because it is in the same technical field, namely, wireless communications.

### C.    Invalidity Grounds

237.    Invalidating grounds for the '163 patent are as follows:

|  | Claim 1 | Claim 2 | Claim 3 | Claim 4 | Claim 5 |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + Zhou 663** | X |  |  |  |  |
| **Samsung Galaxy Tab S + Zhou 663 + Noh 485** | X | X | X |  |  |
| **Samsung Galaxy Tab S + Zhou 663 + Itagaki 817** | X |  |  | X | X |
| **Samsung Galaxy Tab S + Asterjadhi 685** | X |  |  |  |  |
| **Samsung Galaxy Tab S + Asterjadhi 685 + Noh 485** | X | X | X |  |  |

| | | | | | |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + Asterjadhi 685 + Itagaki 817** | X | | | X | X |
| **Samsung Galaxy Tab S + 802.11ax D1.0** | X | X | X | | |
| **Samsung Galaxy Tab S + 802.11ax D1.0 + Itagaki 817** | X | | | X | X |
| **Written Description** | | | X | | |
| **Enablement** | | | X | | |
| **Subject Matter Eligibility** | X | X | X | X | X |
| **Inventorship** | X | X | X | X | X |

238.    Invalidating grounds for the '597 patent are as follows:

| | **Claim 1** | **Claim 2** | **Claim 5** | **Claim 9** | **Claim 12** |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + Zhou 663** | X | | | X | |
| **Samsung Galaxy Tab S + Zhou 663 + Noh 485** | X | X | | X | |
| **Samsung Galaxy Tab S + Zhou 663 + Itagaki 817** | X | | X | X | X |
| **Samsung Galaxy Tab S + Asterjadhi 685** | X | | | X | |
| **Samsung Galaxy Tab S + Asterjadhi 685 + Noh 485** | X | X | | X | |
| **Samsung Galaxy Tab S + Asterjadhi 685 + Itagaki 817** | X | | X | X | X |
| **Samsung Galaxy Tab S + 802.11ax D1.0** | X | X | | X | |
| **Samsung Galaxy Tab S + 802.11ax D1.0 + Itagaki 817** | X | | X | X | X |

| Written Description | | | | | |
|---|---|---|---|---|---|
| Enablement | | | | | |
| Subject Matter Eligibility | X | X | X | X | X |
| Inventorship | X | X | X | X | X |

### D.    Motivations to Combine, Reasonable Expectation of Success, and Analogousness

#### 1.    Samsung Galaxy Tab S + Zhou 663

239.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine the Galaxy Tab S with Zhou 663 for several reasons.

240.    *First*, a POSITA would have understood that the Galaxy Tab S and Zhou 663 reference are in the same field of endeavor, namely, wireless communications. *See, e.g.*, PRIOR_ART_00001931;    PRIOR_ART_00014326    (Zhou    663)    at    [0005]-[0006]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0003]-[0004].    A POSITA would have further realized that the Galaxy Tab S and Zhou 663 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and Zhou 663 describes MAC and PHY layer technology (*i.e.*, spatial reuse techniques).    *See* PRIOR_ART_00001931; PRIOR_ART_00014326 (Zhou 663) at [0059]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0053].    As a result, a POSITA would have understood that Zhou 663's teachings could be easily integrated into the existing Galaxy Tab S networking stack.

241.    *Second*, a POSITA would have been motivated to combine the Samsung Galaxy Tab S with Zhou 663 to leverage the improvements taught by Zhou 663—namely, increasing channel reuse in dense networking environments—in a functioning wireless system.    *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0001] ("The present disclosure relates generally to

communication systems, and more particularly, to communication deferral policies to increase reuse."); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0039]-[0040]. This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Zhou 663) to a known problem (*i.e.*, networking congestion for wireless devices like the Galaxy Tab S). Further, this combination would provide predictable performance gains for the Galaxy Tab S, as taught by Zhou 663. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0001].

242.    ***Third***, a POSITA would have been motivated by market incentives to combine the Galaxy Tab S and Zhou 663. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Zhou 663's "OBSS reuse"/spatial reuse teachings to increase the Galaxy Tab S's networking efficiency. PRIOR_ART_00014326 (Zhou 663) at [0001] ("The present disclosure relates generally to communication systems, and more particularly, to communication deferral policies to increase reuse."), [0010]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0006], [0039]-[0040].

243.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Zhou 663's teachings include simple logic that could be readily implemented in software. Moreover, a POSITA would have recognized that both Galaxy Tab S and Zhou 663 are prior art, and their combination would lead to predictable results.

244.    Further motivations to combine Galaxy Tab S with Zhou 663 are provided as part of my obviousness analysis below.

### 2.    Samsung Galaxy Tab S + Zhou 663 + Noh 485

245.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine Galaxy Tab S, Zhou 663, and Noh 485. As explained in

Section VII.D.1, a POSITA would have been motivated to combine Galaxy Tab S and Zhou 663 to take advantage of Zhou 663's teachings related to "OBSS reuse"/spatial reuse management in a working physical system.  A POSITA would have been further motivated to combine Noh 485 with Galaxy Tab S and Zhou 663 for several reasons.

246.  *First*, a POSITA would have recognized that the Noh 485 reference is in the same field of endeavor as both Galaxy Tab S and Zhou 663, namely, wireless communications.  *See, e.g.*,  PRIOR_ART_00001931;  PRIOR_ART_00014326  (Zhou  663)  at  [0005]-[0006]; PRIOR_ART_00001718  (Zhou  898  Provisional  Specification)  at  [0003]-[0004]; PRIOR_ART_00011933 (Noh 485) at 1:18-22; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  A POSITA would have further realized that the Galaxy Tab S, Zhou 663, and Noh 485 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and MAC and PHY layer technologies are disclosed in Zhou 663 (*i.e.*, spatial reuse techniques) and Noh 485 (*i.e.*, NAV functionality).  *See* PRIOR_ART_00001931; PRIOR_ART_00014326 (Zhou 663)  at  [0059];  PRIOR_ART_00001718  (Zhou  898  Provisional  Specification)  at  [0053]; PRIOR_ART_00011933 (Noh 485) at 1:18-22; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.   As a result, a POSITA would have understood that Noh 485's teachings could be easily integrated into the existing Galaxy Tab S networking stack alongside the teachings of Zhou 663.

247.  *Second*, a POSITA would have been motivated to combine the Noh 485 with Galaxy Tab S and Zhou 663 to leverage the improvements taught by Noh 485—namely, dual NAV functionality—in a functioning wireless system.  PRIOR_ART_00011933 (Noh 485) at 1:62-2:2; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Noh 485) to a known problem (*i.e.*, lack of NAV distinction between inter-BSS PPDUs and intra-BSS PPDUs).  Further, this combination

would provide predictable performance gains for the Galaxy Tab S, as taught by Noh 485. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 18:49-56 (noting that Noh 485's embodiments can "improve WLAN performance"); PRIOR_ART_00006726 (Noh 214 Provisional) at 15.

248.    **Third**, a POSITA would have been motivated by market incentives to combine Noh 485 with Galaxy Tab S and Zhou 663. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Noh 485's dual NAV teachings alongside Zhou 663's "OBSS reuse"/spatial reuse teachings to increase the Galaxy Tab S's networking efficiency. PRIOR_ART_00014326 (Zhou 663) at [0001], [0010]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0006], [0039]-[0040]; PRIOR_ART_00011933 (Noh 485) at 1:62-2:2; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.

249.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Noh 485's teachings include simple logic that could be readily implemented in software alongside the teachings of Zhou 663. A POSITA would have recognized that Galaxy Tab S, Zhou 663, and Noh 485 are prior art, and their combination would lead to predictable results.

250.    Further motivations to combine Galaxy Tab S, Zhou 663, and Noh 485 are provided as part of my obviousness analysis below.

### 3.    Samsung Galaxy Tab S + Zhou 663 + Itagaki 817

251.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine Galaxy Tab S, Zhou 663, and Itagaki 817. As explained in Section VII.D.1, a POSITA would have been motivated to combine Galaxy Tab S and Zhou 663 to take advantage of Zhou 663's teachings related to "OBSS reuse"/spatial reuse management

in a working physical system. A POSITA would have been further motivated to combine Itagaki 817 with Galaxy Tab S and Zhou 663 for several reasons.

252. **First**, a POSITA would have recognized that the Itagaki 817 reference is in the same field of endeavor as both Galaxy Tab S and Zhou 663, namely, wireless communications. *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00014326 (Zhou 663) at [0005]-[0006]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0003]-[0004]; PRIOR_ART_00015876 (Itagaki 817) at [0001]-[0003]. A POSITA would have further realized that the Galaxy Tab S, Zhou 663, and Itagaki 817 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and MAC and PHY layer technologies are disclosed in Zhou 663 (*i.e.*, spatial reuse techniques) and Itagaki 817 (*i.e.*, BSS color collision detection). *See* PRIOR_ART_00001931; PRIOR_ART_00014326 (Zhou 663) at [0059]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0053]; PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257], Figs. 7, 14. As a result, a POSITA would have understood that Itagaki 817's teachings could be easily integrated into the existing Galaxy Tab S networking stack alongside the teachings of Zhou 663.

253. **Second**, a POSITA would have been motivated to combine the Itagaki 817 with Galaxy Tab S and Zhou 663 to leverage the improvements taught by Itagaki 817—namely, BSS color collision detection and signaling—in a functioning wireless system. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257], Figs. 7, 14. This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Itagaki 817) to a known problem (*i.e.*, overlapping basic service sets). Further, this combination would provide predictable performance improvements for the Galaxy Tab S, as taught

103

by Itagaki 817. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

254.    ***Third***, a POSITA would have been motivated by market incentives to combine Itagaki 817 with Galaxy Tab S and Zhou 663. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Itagaki 685's BSS color collision detection teachings alongside Zhou 663's "OBSS reuse"/spatial reuse teachings to increase the Galaxy Tab S's networking efficiency. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0001], [0010]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0006], [0039]-[0040]; PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

255.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Itagaki 817's teachings include simple logic that could be readily implemented in software alongside the teachings of Zhou 663. A POSITA would have recognized that Galaxy Tab S, Zhou 663, and Itagaki 817 are prior art, and their combination would lead to predictable results.

256.    Further motivations to combine Galaxy Tab S, Zhou 663, and Itagaki 817 are provided as part of my obviousness analysis below.

### 4.    Samsung Galaxy Tab S + Asterjadhi 685

257.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine the Galaxy Tab S with Asterjadhi 685 for several reasons.

258.    ***First***, a POSITA would have understood that the Galaxy Tab S and Asterjadhi 685 reference are in the same field of endeavor, namely, wireless communications. *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0002]-[0005];

PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0001]-[0002].  A POSITA would have further realized that the Galaxy Tab S and Asterjadhi 685 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and Asterjadhi 685 describes MAC and PHY layer technology (*i.e.*, power save management techniques).  *See* PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0005] ("To conserve power, a station may enter a power save mode (or use system resources for other purposes) when a received transmission is not intended for the station."), [0034], [0036] [0046]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061].  As a result, a POSITA would have understood that Asterjadhi 685's teachings could be easily integrated into the existing Galaxy Tab S networking stack.

259.    ***Second***, a POSITA would have been motivated to combine the Samsung Galaxy Tab S with Asterjadhi 685 to leverage the improvements taught by Asterjadhi 685—namely, effective power save management—in a functioning wireless system.  *See, e.g.*, PRIOR_ART_00014376 (Asterjadhi 685) at [0005], [0034], [0036], [0046]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0041], [0061]  This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Asterjadhi 685) to a known problem (*i.e.*, the need for devices like Galaxy Tab S to conserve power).  Further, this combination would provide predictable performance gains for the Galaxy Tab S, as taught by Asterjadhi 685.  *See, e.g.*, PRIOR_ART_00014376 (Asterjadhi 685) at [0005] (explaining that power save operations can conserve battery), [0034], [0036], [0046] (explaining that some power save techniques may cause a station to "miss a subsequently transmitted member WLAN protocol data unit"); PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061].

260.    **Third**, a POSITA would have been motivated by market incentives to combine the Galaxy Tab S and Asterjadhi 685. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Asterjadhi 685's power save teachings to increase the Galaxy Tab S's battery life while ensuring that the device does not inadvertently "miss" data transmitted from devices within its BSS. *See, e.g.*, PRIOR_ART_00014376 (Asterjadhi 685) at [0005] (explaining that power save operations can conserve battery), [0034], [0036], [0046] (explaining that some power save techniques may cause a station to "miss a subsequently transmitted member WLAN protocol data unit"); PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061].

261.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Asterjadhi 685's teachings include simple logic that could be readily implemented in software. Moreover, a POSITA would have recognized that both Galaxy Tab S and Asterjadhi 685 are prior art, and their combination would lead to predictable results.

262.    Further motivations to combine Galaxy Tab S and Asterjadhi 685 are provided as part of my obviousness analysis below.

### 5.    Samsung Galaxy Tab S + Asterjadhi 685 + Noh 485

263.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine Galaxy Tab S, Asterjadhi 685, and Noh 485. As explained in Section VII.D.4, a POSITA would have been motivated to combine Galaxy Tab S and Asterjadhi 685 to take advantage of Asterjadhi 685's teachings related to power save management techniques in a working physical system. A POSITA would have been further motivated to combine Noh 485 with Galaxy Tab S and Asterjadhi 685 for several reasons.

264.    *First*, a POSITA would have recognized that the Noh 485 reference is in the same field of endeavor as both Galaxy Tab S and Asterjadhi 685, namely, wireless communications. *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0002]-[0005]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0001]-[0002]; PRIOR_ART_00011933 (Noh 485) at 1:18-22; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  A POSITA would have further realized that the Galaxy Tab S, Asterjadhi 685, and Noh 485 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and MAC and PHY layer technologies are disclosed in Asterjadhi 685 (*i.e.*, power save management techniques) and Noh 485 (*i.e.*, NAV functionality).   *See* PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0005] ("To conserve power, a station may enter a power save mode (or use system resources for other purposes) when a received transmission is not intended for the station."), [0034], [0036] [0046]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061]; PRIOR_ART_00011933 (Noh 485) at 1:18-22; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  As a result, a POSITA would have understood that Noh 485's teachings could be easily integrated into the existing Galaxy Tab S networking stack alongside the teachings of Asterjadhi 685.

265.    *Second*, a POSITA would have been motivated to combine the Noh 485 with Galaxy Tab S and Asterjadhi 685 to leverage the improvements taught by Noh 485—namely, dual NAV functionality—in a functioning wireless system.  *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 1:62-2:2; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Noh 485) to a known problem (*i.e.*, lack of NAV distinction between inter-BSS PPDUs and intra-BSS PPDUs).  Further, this combination would provide predictable performance gains for the Galaxy Tab S, as taught by Noh

485.    *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 18:49-56 (noting that Noh 485's embodiments can "improve WLAN performance"); PRIOR_ART_00006726 (Noh 214 Provisional) at 15.

266.    ***Third***, a POSITA would have been motivated by market incentives to combine Noh 485 with Galaxy Tab S and Asterjadhi 685. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Noh 485's dual NAV teachings alongside Asterjadhi 685's power save teachings to increase the Galaxy Tab S's networking efficiency. *See, e.g.*, PRIOR_ART_00014376 (Asterjadhi 685) at [0005] (explaining that power save operations can conserve battery), [0034], [0036], [0046] (explaining that some power save techniques may cause a station to "miss a subsequently transmitted member WLAN protocol data unit"); PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061]; PRIOR_ART_00011933 (Noh 485) at 18:49-56 (noting that Noh 485's embodiments can "improve WLAN performance"); PRIOR_ART_00006726 (Noh 214 Provisional) at 15.

267.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Noh 485's teachings include simple logic that could be readily implemented in software alongside the teachings of Asterjadhi 685. A POSITA would have recognized that Galaxy Tab S, Asterjadhi 685, and Noh 485 are prior art, and their combination would lead to predictable results.

268.    Further motivations to combine Galaxy Tab S, Asterjadhi 685, and Noh 485 are provided as part of my obviousness analysis below.

## 6.    Samsung Galaxy Tab S + Asterjadhi 685 + Itagaki 817

269.    In my opinion, a POSITA at the effective filing date of the '163 and '597 patents would have been motivated to combine Galaxy Tab S, Asterjadhi 685, and Itagaki 817. As

explained in Section VII.D.4, a POSITA would have been motivated to combine Galaxy Tab S and Asterjadhi 685 to take advantage of Asterjadhi 685's teachings related to power save management techniques in a working physical system.  A POSITA would have been further motivated to combine Itagaki 817 with Galaxy Tab S and Asterjadhi 685 for several reasons.

270.    **First**, a POSITA would have recognized that the Itagaki 817 reference is in the same field of endeavor as both Galaxy Tab S and Asterjadhi 685, namely, wireless communications.  *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0002]-[0005]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0001]-[0002]; PRIOR_ART_00015876 (Itagaki 817) at [0001]-[0003].  A POSITA would have further realized that the Galaxy Tab S, Asterjadhi 685, and Itagaki 817 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and MAC and PHY layer technologies are disclosed in Asterjadhi 685 (*i.e.*, power save management techniques) and Itagaki 817 (*i.e.*, BSS color collision detection).  *See* PRIOR_ART_00001931; PRIOR_ART_00014376 (Asterjadhi 685) at [0005] ("To conserve power, a station may enter a power save mode (or use system resources for other purposes) when a received transmission is not intended for the station."), [0034], [0036] [0046]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061]; PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257].  As a result, a POSITA would have understood that Itagaki 817's teachings could be easily integrated into the existing Galaxy Tab S networking stack alongside the teachings of Asterjadhi 685.

271.    **Second**, a POSITA would have been motivated to combine the Itagaki 817 with Galaxy Tab S and Asterjadhi 685 to leverage the improvements taught by Itagaki 817—namely, BSS color collision detection and signaling—in a functioning wireless system.  *See, e.g.*,

PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257], Figs. 7, 14. This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Itagaki 817) to a known problem (*i.e.*, overlapping basic service sets). Further, this combination would provide predictable performance improvements for the Galaxy Tab S, as taught by Itagaki 817. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings)

272. ***Third***, a POSITA would have been motivated by market incentives to combine Itagaki 817 with Galaxy Tab S and Asterjadhi 685. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Itagaki 685's BSS color collision detection teachings alongside Asterjadhi 685's power save management teachings to increase the Galaxy Tab S's networking efficiency. *See* PRIOR_ART_00014376 (Asterjadhi 685) at [0005] (explaining that power save operations can conserve battery), [0034], [0036], [0046] (explaining that some power save techniques may cause a station to "miss a subsequently transmitted member WLAN protocol data unit"); PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0002], [0041], [0061]; PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

273. A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Itagaki 817's teachings include simple logic that could be readily implemented in software alongside the teachings of Asterjachi 685. A POSITA would have recognized that Galaxy Tab S, Asterjadhi 685, and Itagaki 817 are prior art, and their combination would lead to predictable results.

274.    Further motivations to combine Galaxy Tab S, Asterjadhi 685, and Itagaki 817 are provided as part of my obviousness analysis below.

### 7.    Samsung Galaxy Tab S + 802.11ax D1.0

275.    In my opinion, a POSITA as of March 6, 2017 (the filing date of PCT Application No. PCT/KR2017/002407) would have been motivated to combine Galaxy Tab S and 802.11ax D1.0.  For example, a POSITA would have been recognized that both Galaxy Tab S and 802.11ax D1.0 are in the same field of endeavor, namely, wireless communications.  *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00059608 (802.11ax D1.0) at p. i (entitled, in part, "Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications").

276.    Further, the technical overlap between Galaxy Tab S and 802.11ax D1.0's disclosures would have motivated a POSITA to consider combining them.  For instance, a POSITA would have understood that Galaxy Tab S is a wireless station.  Similarly, D1.0 discloses an "IEEE 802.11 HE STA":

**4.3.14a High efficiency (HE) STA**

The IEEE 802.11 HE STA operates in frequency bands between 1 GHz and 6 GHz.

In the 5 GHz band, the following apply:

— An HE AP is also a VHT AP

— An HE non-AP STA supporting 20 MHz, 40 MHz, 80 MHz, 160 MHz and 80+80 MHz is also a VHT non-AP STA

— An HE non-AP STA shall support operation in 20 MHz channel bandwidth only

In the 2.4 GHz band, the following apply:

— An HE non-AP STA is also an HT non-AP STA

— An HE non-AP STA shall support operation in 20 MHz channel bandwidth only

The main PHY features in an HE STA that are not present in VHT STA or HT non-AP STA are the following:

— Mandatory support for DL and UL OFDMA

— Mandatory support for 26-, 52-, 106-, 242-tone RUs in a 20 MHz channel

— Mandatory support for 26-, 52-, 106-, 242- and 484-tone RUs in a 40 MHz channel

— Mandatory support for 26-, 52-, 106-, 242-, 484- and 996-tone RUs in an 80 MHz channel

— Mandatory support for 26-, 52-, 106-, 242-, 484-, 996- and 2x996-tone RUs in a 160 MHz channel

— Mandatory support for DL MU-MIMO by an HE AP that supports 4 or more spatial streams when MU-MIMO is done on the entire PPDU bandwidth

— Optional support for 1024-QAM on 242-, 484- and 996-tone RUs

— Optional support for the HE sounding protocol to support beamforming

— Optional support for HE-MCSs 10 and 11

The main MAC features in an HE STA that are not present in VHT STA or HT non-AP STA are the following:

— Mandatory support for the basic trigger frame.

— Mandatory support for dynamic fragmentation level 0

— Optional support for Multi-STA BlockAck

— Optional support for target wake up time (TWT) operation

— Optional support for OFDMA-based random access

An HE AP uses the Trigger frame to initiate MU OFDMA or MU-MIMO transmissions in the UL direction. The Trigger frame identifies non-AP STAs participating in the MU UL transmissions and assigns transmission resources. Multi-STA BlockAck frames are used by the AP to acknowledge the transmissions from multiple non-AP STAs. Scheduled Trigger frames are sent by the AP to allow for non-AP STA power save. The Trigger frames schedule may be set between the non-AP STA and the AP using TWT operation.

PRIOR_ART_00059608 (802.11ax D1.0) at 9.

277.    Moreover, Galaxy Tab S is a 802.11-based device that implements certain features of IEEE 802.11ac-2013 and its predecessor IEEE 802.11-2012, both of which are

earlier-generation IEEE WLAN specifications relative to 802.11ax Draft 1.0. A POSITA would have viewed 802.11ax D1.0 as an incremental evolution of these predecessors, intended to refine and extend the existing 802.11ac/802.11-2012 framework rather than replace it wholesale.

278.    In that setting, a POSITA would have been motivated to modify an 802.11-based tablet such as the Galaxy Tab S to incorporate selected 802.11ax D1.0 features in order to obtain incremental improvements in efficiency and operation, while preserving interoperability with existing 802.11ac networks and devices. Because 802.11ax was developed as the next generation of the same family of standards and is backward-compatible with 802.11ac, applying its draft teachings to an 802.11ac platform would be seen as a routine, predictable update to a known system architecture.

279.    Moreover, 802.11ax D1.0 is a draft of the specification that would ultimately guide Wi-Fi chipset manufacturers in evolving products that already implement 802.11ac-2013 features, so it necessarily provides sufficient technical detail to enable those manufacturers to adjust their existing chip designs to support the new amendment. A POSITA would therefore have had a reasonable expectation of success in using 802.11ax D1.0 to modify the Galaxy Tab S's underlying 802.11ac-based implementation, expecting only incremental changes to the MAC/PHY behavior within a well-understood standard framework.

280.    Further, a POSITA would have been motivated to combine Galaxy Tab S and 802.11ax D1.0 to take advantage of 802.11ax D1.0's teachings related to BSS color—which allows for more efficient classification of PPDUs as inter- or intra-BSS PPDUs—in a functioning wireless system. *See, e.g.*, PRIOR_ART_00059608 (802.11ax D1.0) at 91-93, 95, 103-04, 149-50, 167-70, 196-97, 199, 206-07, 226, 273, 276, 278. This includes incorporating 802.11ax D1.0's BSS

color disabled functionality, which is intended to rectify issues such as BSS color collisions that are inherent to the BSS color functionality. *See, e.g.*, *id.* at 91-93, 196-97, 206.

281.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and 802.11ax D1.0's teachings include simple logic that could be readily implemented in software.  A POSITA would have recognized that the combination of Galaxy Tab S and 802.11ax D1.0 would lead to predictable results.

282.    Further motivations to combine Galaxy Tab S and 802.11ax D1.0 are provided as part of my obviousness analysis below.

### 8.    Samsung Galaxy Tab S + 802.11ax D1.0 + Itagaki 817

283.    In my opinion, a POSITA as of March 6, 2017 (the filing date of PCT Application No. PCT/KR2017/002407) would have been motivated to combine Galaxy Tab S, 802.11ax D1.0, and Itagaki 817.  As explained in Section VII.D.7, a POSITA would have been motivated to combine Galaxy Tab S and 802.11ax D1.0 to take advantage of 802.11ax D1.0's teachings related disabling BSS color and dual NAV management in a working physical system.  A POSITA would have been further motivated to combine Itagaki 817 with Galaxy Tab S and 802.11ax D1.0 for several reasons.

284.    ***First***, a POSITA would have recognized that the Itagaki 817 reference is in the same field of endeavor as both Galaxy Tab S and 802.11ax D1.0, namely, wireless communications.  *See, e.g.*, PRIOR_ART_00001931; PRIOR_ART_00059608 (802.11ax D1.0) at p. i (entitled, in part, "Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications"); PRIOR_ART_00015876 (Itagaki 817) at [0001]-[0003].  A POSITA would have further realized that the Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 are technologically complementary—the Galaxy Tab S includes a Wi-Fi chipset and firmware and MAC and PHY

layer technologies are disclosed in 802.11ax D1.0 and Itagaki 817 (*i.e.*, BSS color collision detection). *See* PRIOR_ART_00001931; PRIOR_ART_00059608 (802.11ax D1.0) at p. i (entitled, in part, "Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications"); PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257], Figs. 7, 14. As a result, a POSITA would have understood that Itagaki 817's teachings could be easily integrated into the existing Galaxy Tab S networking stack alongside the teachings of 802.11ax D1.0.

285. *Second*, a POSITA would have been motivated to combine the Itagaki 817 with Galaxy Tab S and 802.11ax D1.0 to leverage the improvements taught by Itagaki—namely, BSS color collision detection and signaling—in a functioning wireless system. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072], [0145]-[0169], [0229], [0239] [0249]-[0257], Figs. 7, 14. This combination amounts to the application of a known solution (*i.e.*, the methods disclosed in Itagaki 817) to a known problem (*i.e.*, overlapping basic service sets). Further, this combination would provide predictable performance improvements for the Galaxy Tab S, as taught by Itagaki 817. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

286. *Third*, a POSITA would have been motivated by market incentives to combine Itagaki 817 with Galaxy Tab S and 802.11ax D1.0. The Galaxy Tab S is a commercial product, and a POSITA would have recognized that a market advantage could be achieved by altering the Galaxy Tab S to employ Itagaki 685's BSS color collision detection teachings alongside 802.11ax D1.0's disabling BSS color and dual NAV functionalities to increase the Galaxy Tab S's networking efficiency. *See, e.g.*, PRIOR_ART_00059608 (802.11ax D1.0) at pp. 92, 150-52, 196-

97; PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

287.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Itagaki 817's teachings include simple logic that could be readily implemented in software alongside the teachings of 802.11ax D1.0.  A POSITA would have recognized that Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 are prior art, and their combination would lead to predictable results.

288.    Further motivations to combine Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 are provided as part of my obviousness analysis below.

### E.    '163 Patent Prior Art Grounds

#### 1.    Galaxy Tab S and Zhou 663 Render Obvious Claim 1 of the '163 Patent

##### a)    Claim 1

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

289.    Galaxy Tab S discloses this limitation.

290.    The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069.  Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1.  The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.* at 4.  Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6.



*Id.* at 5.

291.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1a] a transceiver; and**

292.    Galaxy Tab S discloses this limitation.

293.    Galaxy Tab S includes a transceiver.  Such transceiver is necessary to enable the connectivity functionality of features of 802.11a/b/g/n/ac within Galaxy Tab S.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931 at 6.

294.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a transceiver.  *See, e.g.*, Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

| [1a] a transceiver; and<br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor":<br><br>*See, e.g.*: |
|---|---|
| | Wi-Fi — Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br>Peak Speed: 5.8 Gbps<br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

295.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1b] a processor,**

296.    Galaxy Tab S discloses this limitation.

297.    The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of 802.11 a/b/g/n/ac.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

*See* PRIOR_ART_00001931 at 6.

298.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a processor.  *See, e.g.*, Infringement Contentions, Ex. A at 2 (citing Qualcomm specification).

| [1a] a transceiver; and<br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor":<br><br>*See, e.g.:*<br><br>Wi-Fi          Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br><br>                    Peak Speed: 5.8 Gbps<br><br>                    Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br><br>                    Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

299. Based on these disclosures, Galaxy Tab S discloses this claim limitation.

> **[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Processing Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed,**

300. Galaxy Tab S in view of Zhou 663 discloses this limitation.

301. Galaxy Tab S discloses a processor configured to receive a PPDU using a transceiver. Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. A POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to send and receive PPDUs, as PPDUs are the fundamental unit of data transmission in 802.11 standards.

302. Zhou 663 also discloses a processor configured to receive a PPDU using a transceiver. For example, Zhou 663 discloses a wireless device that has a configurable processor and a transceiver. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0147]-[0151] (describing a "wireless device," which may be a STA, that includes a processor and a transceiver); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00157]-[00161]. Zhou 663 also discloses that "an 11ax receiver may have configurable rules allowing the 11ax receiver to drop OBSS messages, which may be 11ax or legacy." PRIOR_ART_00014326 (Zhou 663) at [0136];

see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00141].  More specifically, a wireless device may implement a "deferral policy" that allows, or disallows, the device to "drop" received "OBSS 11ax packets" or "OBSS messages."  PRIOR_ART_00014326 (Zhou 663) at [0142]; see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  Zhou 663 also discloses that a "packet may comprise a physical layer convergence procedure (PLCP) protocol data unit."  PRIOR_ART_00014326 (Zhou 663) at [0152]; see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00162].  Further, in Zhou 663, "11ax messages are assumed to carry BSS color . . . ."  PRIOR_ART_00014326 (Zhou 663) at [0135]; see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00140].  Thus, a POSITA would have understood that Zhou 663 discloses a processor configured to receive PPDUs (i.e., "OBSS 11ax packets" or "OBSS messages") using a transceiver.

303.    For the reasons discussed below, Zhou 663 also discloses a processor configured not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed.

304.    *First*, Zhou 663 discloses signaling information indicating that an operation is not allowed.  For example, Zhou 663 discloses that an AP may send a "configuration message" containing a "communication deferral policy" to STAs in its BSS.    *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0142]; see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  As Zhou 663 explains extensively, "the communication deferral policy may instruct the group of STAs whether to allow OBSS reuse based on a set of conditions."  PRIOR_ART_00014326 (Zhou 663) at [0010]; see also PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0006].  Zhou 663 equates "OBSS reuse" with (1) "dropping packets" from another BSS (i.e., disregarding packets transmitted from said BSS) and

(2) "not deferring to OBSS transmissions." *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0139]–[0141] (discussing "dropping decision (*e.g.*, decision to reuse)"); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00145]–[00148].

305.    In one embodiment, the "configuration message may include an indicator that indicates whether OBSS messages may be dropped," (*i.e.*, whether OBSS reuse is allowed). PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  Further, Zhou 663 describes that the communication deferral policy "may be transmitted within an information element" that includes "a flag or bit indicator that indicates whether OBSS dropping (not deferring) is allowed (*e.g.*, when set to 1, OBSS dropping is allowed, but when set to 0, OBSS dropping is not allowed)." PRIOR_ART_00014326 (Zhou 663) at [0146]; *see also* PRIOR_ART_00014326 (Zhou 663), Fig. 13; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  One of ordinary skill would understand that Zhou 663's "configuration message" and "information element" are "signaling information" within the meaning of the '163 patent's claims.  Thus, Zhou 663 discloses signaling information (*i.e.*, a "configuration message" and/or "information element") indicating that an operation (*i.e.*, "OBSS reuse") is not allowed.

306.    ***Second***, in Zhou 663, "OBSS reuse" is an operation based on BSS color.  One of ordinary skill would understand that "OBSS reuse"—otherwise known as "spatial reuse"—is a procedure whereby a wireless device "re-uses" a wireless medium despite an ongoing transmission from a device in another BSS, known as an overlapped or overlapping basic service set, or OBSS. *See, e.g.*, PRIOR_ART_00000880 (Stacey 0024) at p. 48.  Zhou 663 also makes clear that BSS color may be used to determine whether a transmission is from a device's own BSS or an OBSS. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0071] ("The message also includes a BSSID

field, and the wireless device 210 may determine BSSID based on a value in the BSSID field (or color information field) included in the message. Based on the BSSID, the wireless device 210 may determine whether the message is associated with an OBSS or BSS."); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0075]. Moreover, Zhou 663 discloses that OBSS reuse may only be permitted for some BSSs and not others, and that BSS color is used to make this determination. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0142] ("The configuration message may include an indicator that indicates whether OBSS messages may be dropped, and if OBSS message may be dropped, which colors are acceptable to drop."); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150]. Thus, Zhou 663 discloses that "OBSS reuse" is an operation based on BSS color.

307.    ***Third***, Zhou 663 discloses not using BSS color when the signaling information (*i.e.*, the "configuration message" and/or "information element") indicates that an operation based on the BSS color (*i.e.*, "OBSS reuse") is not allowed. For example, as explained above, Zhou 663 explains that a wireless device may receive "OBSS 11ax packets" and that "11ax messages are assumed to carry BSS color . . . ." PRIOR_ART_00014326 (Zhou 663) at [0135], [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00140], [0150]. Moreover, in one embodiment, Zhou 663 discloses that the "configuration message may include an indicator that indicates whether OBSS messages may be dropped, and if OBSS message may be dropped, which colors are acceptable to drop." PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150]. Based on this disclosure, a POSITA would have understood that, in at least some configurations, the BSS color of a received PPDU may be checked only if OBSS reuse is allowed, as signaled by the "configuration element." For instance, in accordance with this embodiment, a wireless device

receiving a PPDU may, (1) check whether the most recent "configuration element" indicated that OBSS reuse was allowed; (2) if, and only if, OBSS reuse is allowed, check the BSS color of the incoming PPDU to determine whether the PPDU is associated with the device's BSS or an OBSS; and (3) if the PPDU is associated with an OBSS, compare the PPDU's BSS color with the BSS colors for which OBSS reuse is allowed, as indicated by the most recently received "configuration element." *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150]. Thus, Zhou 663 discloses that BSS color is not used when signaling information (*i.e.*, a "configuration message") indicates that an operation based on the BSS color (*i.e.*, "OBSS reuse") is not allowed.

308.    To the extent Wilus argues that Zhou 663 still "uses" BSS color, for example, for processes other than "OBSS reuse," it would have been obvious to a POSITA to modify Zhou 663's teachings such that BSS color is not used at all upon receiving Zhou 663's "configuration message." For example, at the time of the '163 and '597 patents, BSS color collisions were well-known in the art. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0073], [0229], [0252], [0256], Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005]; SAMSUNG_WILUS_00101151 (Lukascewski 1083) at 20. A POSITA would have appreciated that Zhou 663's methods could be leveraged as a solution to BSS color collisions such that Zhou 663's "configuration message" indicates that all operations based on the BSS color are not allowed. Upon receiving such an indication, the receiving station does not use BSS color. A POSITA would have found this configuration to be the combination of known prior art elements to achieve predictable results. Further, a POSITA would have had a reasonable expectation of success in making this combination because it involves simple logic that could be implemented in software.

123

309.    Based on these disclosures, Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

### [1d] wherein the BSS color is an identifier of a BSS,

310.    Galaxy Tab S in view of Zhou 663 discloses this limitation.  For example, Zhou 663 explicitly discloses "color bits" as an example of a BSS identifier.  *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0127] (disclosing "BSS identifier (*e.g.*, color bits or a compressed BSSID with a smaller number of bits)"), [0129] (disclosing "a BSS color field to indicate the BSS information"); *see also Id.* at [0130], [0143]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00131], [00133], [00134], [00152].

311.    Based on these disclosures, Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

### [1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.

312.    Galaxy Tab S in view of Zhou 663 discloses this limitation.

313.    ***First***, Zhou 663 discloses a base wireless communication terminal.  For example, Zhou 663 discloses that "there may be two types of devices: access points (Aps) and clients (also referred to as stations or 'STAs')."  PRIOR_ART_00014326 (Zhou 663) at [0031]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0024].  According to Zhou 663, "[a]n access point may also comprise, be implemented as, or known as a NodeB, Radio Network Controller (RNC), eNodeB, Base Station Controller (BSC), Base Transceiver Station (BTS), Base Station (BS), Transceiver Function (TF), Radio Router, Radio Transceiver, connection point, or some other terminology."  PRIOR_ART_00014326 (Zhou 663) at [0032]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0025].  Although the '163 patent's specification does not use the term "base wireless communication terminal," one of

ordinary skill would understand a base wireless communication terminal to be an access point. *See, e.g.*, WILUS_0007799 ('163 patent) at 743–53 ("Meanwhile, in the present invention, the AP is used as a concept including a personal BSS coordination point (PCP) and may include concepts including a centralized controller, a base station (BS), a node-B, a base transceiver system (BTS), and a site controller in a broad sense."). Thus, Zhou 663 discloses a base wireless communication terminal (*i.e.*, an access point).

314. *Second*, Zhou 663 describes a wireless device that is associated with a base wireless communication terminal. Specifically, Zhou 663 explains that an "AP . . . along with the STAs associated with the AP . . . and that use the AP . . . for communication may be referred to as a basic service set (BSS)." PRIOR_ART_00014326 (Zhou 663) at [0041]; *see also id.* at [0034] (explaining the meaning of "associate" and "association" for purposes of the disclosure); PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0027], [0034]. Thus, Zhou 663 describes a wireless device (*i.e.*, a "STA") that is associated with a base wireless communication terminal (*i.e.*, an "AP").

315. *Third*, Zhou 663 discloses that the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated. For instance, Zhou 663 discloses that an AP "determines whether devices associated with [it] should drop, not drop, or drop based on conditions" packets received from devices in other BSSs. PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150]. The Aps decision of whether to allow or disallow OBSS reuse is incorporated into a "communication deferral policy, which the . . . AP . . . may transmit to various STAs in the BSS . . . in a configuration message." PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150]. As

described above with respect to claim limitation 1[c], this "configuration message" is "signaling information" within the meaning of the '163 patent's claims. Thus, Zhou 663 discloses that the signaling information (*i.e.*, the "configuration message") is transmitted from a base wireless communication terminal (*i.e.*, an "AP") to which the wireless communication terminal (*i.e.*, the "STA") is associated (*i.e.*, the "STA" and "AP" are in the same BSS).

316.    Based on these disclosures, Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

### 2.    Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claims 2 and 3 of the '163 Patent

#### a)    Claim 2

**[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

317.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

318.    As described above in section VII.E.1.a, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 1 of the '163 patent. For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim 1 of the '163 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.

319.    Further, Zhou 663 discloses (1) transmitting Network Allocation Vector ("NAV") information as part of wireless communications and (2) a STA managing NAV timers. *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0059] (disclosing that "the wireless device 210 may cancel any network allocation vector set by a corresponding CTS message"), [0138] ("A legacy receiver may have a fixed legacy rules defer to all messages whose network allocation vector is

understandable by legacy devices."); *see also id.* at [0065], [0067], [0145], [0154]; PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [0053], [0060], [0143], [0156].

320.    Additionally, Noh 485 discloses setting an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU.  For example, in Noh 485, "a station maintains an Intra-BSS NAV, which may be referred to as $NAV_{intra\text{-}BSS}$, managed according to frames that are identified as intra-BSS frames . . . ."  PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  Further, in Noh 485, a station may determine that a frame is an "intra-BSS frame" when "[a]n RXVECTOR parameter BSS_COLOR of a received PPDU carrying the frame is the same as a BSS color announced by the AP to which the station is associated."  PRIOR_ART_00011933 (Noh 485) at 20:19–24; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 10-11.  Moreover, the "RXVECTOR parameter BSS_COLOR of the received PPDU" may be "determined according to a BSS Color indication in an HE-SIG-A field of that PPDU."  PRIOR_ART_00011933 (Noh 485) at 20:49–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 10-11 (disclosing that, for example, a "Color field" may be present in a "physical layer header").  Thus, Noh 485 discloses setting an Intra-BSS Network Allocation Vector (NAV) (*i.e.*, "$NAV_{Intra\text{-}BSS}$") by using the BSS color (*i.e.*, the "BSS Color" or "Color field") indicated by a signaling field of the PPDU (*i.e.*, "HE-SIG-A" or the "physical layer header").

321.    In addition to the motivations to combine discussed above, it would have been obvious to a POSITA to combine Zhou 663's "configuration messages" with Noh 485's intra-BSS NAV such that the "configuration message" signals whether STAs in a BSS are allowed to set an intra-BSS NAV using the BSS color indicated in a received PPDU.  For example, BSS color collisions were well known in the art at the time of the '163 and '597 patents.  *See, e.g.*,

PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14;

PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151

(Lukaszewski 1083) at 20. A POSITA would have understood that BSS color collisions may have

a negative impact on operations that rely on BSS color, such as NAV setting. A POSITA would

have understood that an obvious solution to the issue of BSS color collisions is to not use BSS

color during such a collision, instead leveraging other identifiers in a received PPDU for NAV

setting. *See, e.g.*, SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20 (suggesting use of

"PAID" as an alternative to BSS color during BSS color collision). Thus, a POSITA would have

been motivated to combine Zhou 663's "configuration message" teachings with the NAV

teachings of Noh 485 such that, upon receiving "configuration message" that indicates that Intra-

BSS NAV setting is not allowed, the receiving STA does not set "NAV$_{\text{Intra-BSS}}$" based on BSS

color. A POSITA would have further be motivated to combine the design based on disclosures of

Zhou 663 and Noh 485 with the system of Galaxy Tab S for the purposes of actual implementation

and operation within a commercial system. A POSITA would have had a reasonable expectation

of success in combining these references because Zhou 663's and Noh 485's teachings are basic

logic that could be implemented in Galaxy Tab S's configurable processor.

322. Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh

485 discloses this claim limitation.

> **[2a] wherein the Intra-BSS NAV is different from a Basic NAV
> and is a NAV which is set based on an Intra-BSS PPDU,**

323. Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

324. For example, in Noh 485, "[e]mbodiments include a station of an HE WLAN

system, wherein the station maintains two NAV values." PRIOR_ART_00011933 (Noh 485) at

13:55-56; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 1. The station maintains (1)

an "Intra-BSS NAV", called "NAV$_{\text{Intra-BSS}}$," which is "managed according to frames that are identified as intra-BSS frames," and (2) an "Inter-BSS NAV," called "NAVI$_{\text{Inter-BSS}}$," which is "managed according to frames that are identified as inter-BSS frames or that cannot be determined to be intra-BSS or inter-BSS frames." PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1. A POSITA would have understood that "managing" a NAV is the same as "setting" said NAV, and this understanding would have been further reinforced by Noh 485's disclosures related to NAV "setting." *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 2:34–38 ("In an embodiment, the method further comprises setting an inter-BSS network allocation vector (NAV) in response to determining that the second frame is an inter-BSS frame, and setting an intra-BSS NAV in response to determining that the second frame is an intra-BSS frame."); *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 6, 10–15. Additionally, Noh 485 makes clear that "PPDUs" are a type of "frame." *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 3:51-52 ("FIG. 6B shows a Table 1 disclosing additional properties of fields of the HE PPDU frame of FIG. 6A, according to an embodiment."); *see also id.* at 12:44–64, 13:33–50; PRIOR_ART_00006726 (Noh 214 Provisional) at 7. Thus, Noh 485 discloses that the Intra-BSS NAV (*i.e.*, "NAV$_{\text{Intra-BSS}}$") is different from a Basic NAV (*i.e.*, "NAV$_{\text{Inter-BSS}}$") and is a NAV which is set based on an Intra-BSS PPDU (*i.e.*, "Intra-BSS frames").

325.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

> **[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

326.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

327.    As described above with respect to claim limitation [2a], Noh 485 discloses that a station maintains an "Inter-BSS NAV," called "NAV$_{\text{Inter-BSS}}$," which is "managed according to

frames that are identified as inter-BSS frames or that cannot be determined to be intra-BSS or inter-BSS frames." PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1. Also as described above with respect to claim limitation [2b], Noh 485 makes clear that (1) "managing" a NAV is the same as "setting" said NAV, and (2) a PPDU is a type of "frame." Therefore, Noh 485 discloses that the Basic NAV (*i.e.*, "NAVInter-BSS") is set based on an Inter-BSS PPDU (*i.e.*, an "inter-BSS frame") or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU (*i.e.*, frames "that cannot be determined to be intra-BSS or inter-BSS frames").

328.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

> **b)    Claim 3**
>
> **[3pre] The wireless communication terminal of claim 2, wherein the PPDU includes a TXOP Duration field in the signaling field of the PPDU and a medium access control (MAC) frame which includes a duration field,**

329.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

330.    As described above in section VII.E.2.a, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim 2 of the '163 patent. I therefore incorporate here my analysis in Section VII.E.2.a.

331.    Further, Noh 485 discloses "TXOP duration" information "in a PHY header . . . ." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14. A POSITA would have understood that a "PHY header" is, or contains, a "signaling field of the PPDU." Thus, Noh 485 discloses that the PPDU includes a TXOP Duration field (*i.e.*, "TXOP duration") in the signaling field of the PPDU (*i.e.*, in the "PHY header").

332.    Noh 485 also discloses "TXOP duration in a . . . MAC header . . . ." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.  A POSITA would have understood that a "MAC header" is part of a MAC frame.  A POSITA would also have known that legacy WLAN technology employed a duration field in the MAC frame.  *See, e.g.*, PRIOR_ART_00060668 (IEEE 802.11-2012) at -1151-52 (describing the "Duration/ID field" of a MAC frame).  Thus, Noh 485 discloses a medium access control (MAC) frame (*i.e.*, a frame with a "MAC header") which includes a duration field (*i.e.*, "TXOP duration").

333.    It would have been obvious to a POSITA that a PPDU would contain TXOP duration information in both the PHY signaling field as well as the MAC header.  This is because a POSITA would have known that wireless communication frame formats often include overlapping information across PHY and MAC fields, with the PHY information being used for PHY-related software processes, and the MAC information being used for MAC-related software processes.  Indeed, in some instances, having overlapping information in both MAC and PHY headers can improve processing by ensuring the needed data is readily accessible during both MAC and PHY processing, respectively.  As just one example of overlapping data in MAC and PHY headers, and as disclosed by Noh 485, a POSITA would have understood that both the PHY signaling field and the MAC header include BSS information—the PHY signaling field includes "Color information," which is leveraged during PHY processing, and the MAC header includes address information "such as a MAC address," which is leveraged during MAC processing.  *E.g.*, PRIOR_ART_00011933 (Noh 485) at 19:2-10; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 10; PRIOR_ART_00011933 (Noh 485) at 15:41-42, 19:5-10 (describing "Color information" as "partial BSS information regarding which BSS a transmitted of a frame belongs

to" and "shortened BSS identifier"); PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Fig. 7, Fig. 14. A POSITA would therefore have been motivated to enable the Galaxy Tab S-Zhou 663 device to account for TXOP duration data in both the MAC and PHY headers, and would have had a reasonable expectation of success in doing so. Thus, Noh 485 discloses a PPDU that includes a TXOP Duration field (*i.e.*, "TXOP duration") in the signaling field of the PPDU (*i.e.*, in the "PHY header") and a medium access control (MAC) frame (*i.e.*, a frame with a "MAC header") which includes a duration field (*i.e.*, "TXOP duration").

334.    Moreover, as described above in Section VII.E.2.a in relation to claim 2, a POSITA would have been motivated to combine, and would have had a reasonable expectation of success in combining, the NAV teachings of Noh 485 with Galaxy Tab S's configurable processor and Zhou 663's "configuration messages." The same rationale applies with respect to claim 3.

335.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

### [3a] wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

336.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

337.    For example, Noh 485 discloses that "[w]hen the station that transmitted the first frame is determined to be in myBSS, the process . . . determines that the first frame is an intra-BSS frame and updates, using duration information indicated in the first or second frame, an intra-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14. Noh 485 further discloses that "[w]hen the station that transmitted the first frame is not determined to be in myBSS, the process . . . determines that the first frame is an inter-BSS frame and updates, using the duration information indicated in the first frame, an inter-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also*

PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14.  As discussed above with respect to claim limitation [3pre], Noh 485 discloses that said "TXOP duration" information may be "in a PHY header . . . ."  PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.  Therefore, Noh 485 discloses that the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "PHY header") indicates information used for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") and the Basic NAV (*i.e.*, the "inter-BSS NAV").

338.     Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

### [3b] wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

339.     Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

340.     For example, Noh 485 discloses that "[w]hen the station that transmitted the first frame is determined to be in myBSS, the process . . . determines that the first frame is an intra-BSS frame and updates, using duration information indicated in the first or second frame, an intra-BSS NAV."  PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14.  Noh 485 further discloses that "[w]hen the station that transmitted the first frame is not determined to be in myBSS, the process . . . determines that the first frame is an inter-BSS frame and updates, using the duration information indicated in the first frame, an inter-BSS NAV."  PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14.  As discussed above with respect to claim limitation [3pre], Noh 485 discloses that said "TXOP duration" information may be "in a . . . MAC header . . . ."  PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.  Therefore, Noh 485 discloses that the

duration field (i.e., the "TXOP duration" information in the "MAC header") indicates information used for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") and the Basic NAV (*i.e.*, the "inter-BSS NAV").

341.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

> **[3c] wherein the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame.**

342.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

343.    Noh 485 discloses that a wireless communication device may consider whether frame's "preamble is valid" before setting an intra-BSS NAV or an inter-BSS NAV using "duration information" in said preamble. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 17:53-67; *see also id.* at 18:46 (disclosing a "valid duration field"); PRIOR_ART_00006726 (Noh 214 Provisional) at 13-15. From Noh 485's disclosure, a POSITA would have known that a frame's "preamble" is, or is comprised of, signaling fields. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 12:49-55; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 7-8.

344.    Moreover, for the reasons described below, it would have been obvious to a POSITA to use Noh 485's "TXOP duration" information "in a . . . MAC header," when available and "valid," for setting the "intra-BSS NAV" and/or "inter-BSS NAV," as opposed to using "TXOP duration" information "in a PHY header" to set said NAVs. PRIOR_ART_00011933 (Noh 485) at 24:34–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.

345.    As described above with respect to claim limitation [3pre], a POSITA would have known that legacy WLAN technology employed a duration field in the MAC frame. *See, e.g.*, PRIOR_ART_00060668 (802.11-2012) at -1151-52 (describing the "Duration/ID field" of a MAC

frame). Also as described above with respect to claim limitation [3pre], a POSITA would have known that wireless communication frame formats often include overlapping information across PHY and MAC fields, with the PHY information being used for PHY-related software processes, and the MAC information being used for MAC-related software processes. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 19:2-10 (describing how both the PHY signaling field and the MAC header include BSS information, with the PHY signaling field including "Color information" and the MAC header including detailed address information "such as a MAC address"); *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 10; PRIOR_ART_00011933 (Noh 485) at 15:41-42, 19:5-10 (describing "Color information" as "partial BSS information regarding which BSS a transmitted of a frame belongs to" and "shortened BSS identifier"); PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Fig. 7, Fig. 14.

346. Moreover, a POSITA would have known that, when performing MAC processing, a device has additional context that can be used to effectively set the intra-BSS or inter-BSS NAV. For instance, BSS color collisions were well known in the art at the time of the '163 and '597 patents, and a POSITA would have understood that BSS color collisions may impact inter-/inter-BSS PPDU classification during PHY processing, which relies on BSS color. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20. A POSITA would have further understood that the MAC layer includes data that can be used to more effectively classify PPDUs as inter- or intra-BSS PPDUs, which leads to more effective inter- and intra-BSS NAV setting. *See, e.g.*, PRIOR_ART_00014475

(Zhou 258) at [0005], [0070], [0071]; PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Figs. 7, 14.

347.    With this understanding, it would have been obvious to a POSITA that, where a PPDU format includes "TXOP duration" information in both the "PHY header" and the "MAC header" (*see* claim limitation [3pre]), the device should use the duration field in the MAC header, when valid, to set the inter- and intra-BSS NAV so that the device can leverage the additional context available at the MAC layer for effective PPDU classification.  A POSITA would have had a reasonable expectation of success in implementing this method because it involves basic logic. Therefore, Noh 485 discloses a wireless device configured not to use the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "PHY header") for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") or the Basic NAV (*i.e.*, the "inter-BSS NAV") when the wireless communication terminal gets a valid signaling field of the MAC frame (*i.e.*, a valid "MAC header" containing "TXOP duration" information).

348.    With this understanding, it would have been obvious to a POSITA that, where a PPDU format includes "TXOP duration" information in both the "PHY header" and the "MAC header" (*see* claim limitation [3pre]), the device should use the duration field in the MAC header, when valid, to set the inter- and intra-BSS NAV so that the device can leverage the additional context available at the MAC layer for effective PPDU classification.  A POSITA would have had a reasonable expectation of success in implementing this method because it involves basic logic. Therefore, Noh 485 discloses a wireless device configured not to use the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "PHY header") for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") or the Basic NAV (*i.e.*, the "inter-BSS NAV") when the wireless

communication terminal gets a valid signaling field of the MAC frame (*i.e.*, a valid "MAC header" containing "TXOP duration" information).

349.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

### 3.    Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent

#### a)    Claim 4

**[4pre] The wireless communication terminal of claim 1, wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,**

350.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

351.    As described above in section VII.E.1.a, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 1 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 1 of the '163 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.

352.    Further, Itagaki 817 discloses that a wireless communication terminal may recognize that a BSS color collision has occurred and send a signal in response.  For example, Itagaki 817 discloses that a "master station," which is an access point, and "slave stations," which are wireless devices associated with the "master station," may operate as a Basic Service Set.  *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0006], [0065], Fig. 1.  In one embodiment, Itagaki 817 discloses that a "slave station detects the overlapping of the BSS COLOR and notifies the detection result to the master station."  *Id.* at [0229]; *see also id.* at [0072], [0229], [0239], [0252].  As described with respect to claim limitation [4a], one of ordinary skill would understand

"overlapping of the BSS COLOR" to be a BSS color collision within the meaning of claim 4. Thus, Itagaki 817 discloses a wireless communication terminal that recognizes that a BSS color collision (*i.e.*, "overlapping of the BSS COLOR") has occurred and send a signal (*i.e.*, "notif[ying] the detection result to the master station") in response.



*Id.*, Fig. 1.

353.    In addition to the motivations to combine discussed above, it would have been obvious to a POSITA to combine Zhou 663's "configuration messages" with Itagaki 817's BSS color collision detection and signaling functionality. For example, BSS color collisions were well known in the art at the time of the '163 and '597 patents. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20.

As described above with respect to claim 2, a POSITA would have recognized that one use of Zhou 663's "configuration messages" could be leveraged to signal to STAs in a BSS that operations based on BSS color are not allowed. Such signaling could be sent by an AP in response to the AP detecting a BSS color collision. It would have been further obvious to a POSITA that the STAs in a BSS could themselves be capable of detecting BSS color collisions and signaling the occurrence of such BSS color collisions to the AP, as described in Itagaki 817. A POSITA would have recognized that performance and efficiency of the wireless network could be improved by enabling all STAs in a BSS to scan for BSS color collisions, which provides a motivation to implement Itagaki 817's methods. A POSITA would have further be motivated to combine the design based on disclosures of Zhou 663 and Itagaki 817 with the system of Galaxy Tab S for the purposes of actual implementation and operation within a commercial system. A POSITA would have had a reasonable expectation of success in combining these references because Zhou 663's and Itagaki 817's teachings are basic logic that could be implemented in Galaxy Tab S's configurable processor.

354.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

> **[4a] wherein the BSS color collision represents that different BSSs correspond to one BSS color.**

355.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

356.    For example, Itagaki 817 discloses that "the COLOR field in which the BSS COLOR is stored is finite" such that "the possible values of BSS COLOR are limited." PRIOR_ART_00015876 (Itagaki 817) at [0073]. Given this limitation, and because "the BSS COLOR is decided uniquely by the master station (access point)," there is a possibility that BSS

colors will "overlap," meaning that the BSS color of an OBSS matches the BSS color of the BSS to which the wireless device belongs. *Id.* at [0073], [0229], [0252], [0256], Fig. 14. Based on Itagaki's disclosure, a POSITA would have understood that Itagaki's "overlapping BSS COLOR" is a BSS color collision within the meaning of the '163 patent. *See id.* at [0073], [0229], [0252], [0256], Fig. 14; *see also, e.g.*, WILUS_0007799 ('163 patent) at 13:7-9. Thus, Itagaki 817 discloses that a BSS color collision (*i.e.*, "overlapping BSS COLOR") represents that different BSSs (*i.e.*, the wireless device's BSS and an OBSS) correspond to one BSS color.

357.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

### b)    Claim 5

**The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

358.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

359.    As described above in section VII.E.3.a, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 4 of the '163 patent. I therefore incorporate here my analysis in Section VII.E.3.a.

360.    Further, Itagaki 817 discloses address fields of a medium access control (MAC) frame. For example, Itagaki 817 discloses that "Basic Service Set Identifier (BSSID) shall mean the network identifier of Media Access Control (MAC) layer . . . ." PRIOR_ART_00015876 (Itagaki 817) at [0072]. A POSITA would have understood Itagaki's disclosed "BSSID" to be an "address field[] of a medium access control (MAC) frame" within the meaning of the '163 patent's claims. *See, e.g.*, WILUS_0007799 ('163 patent) at 19:53-59 ("Specifically, the wireless

communication terminal may determine the BSS color collision based on the Address field of the MAC header. In a specific embodiment, if there are two or more MAC address fields in the MAC header, at least one of the MAC address fields corresponds to the BSSID of the Intra-BSS . . . .”). Therefore, Itagaki 817 discloses address fields of a medium access control (MAC) frame (*i.e.*, “BSSID”).

361.    Itagaki 817 further discloses determining that a BSS color collision has occurred based on address fields of a medium access control (MAC) frame.  As discussed with respect to claim limitation [4a] above, a POSITA would have understood that “overlapping BSS COLOR” in Itagaki 817 is a BSS color collision within the meaning of the ’163 patent.  Further, in Itagaki 817, Figure 14 is a “flowchart showing an example of processing procedure of COLOR overlapping detection processing performed by the information processing apparatus . . . .” PRIOR_ART_00015876 (Itagaki 817) at [0250]; *see also id.*, Fig. 14.  In this embodiment of Itagaki 817, the wireless communication device “determines that color overlapping occurs” when (1) a packet is received where “BSSID exists in MAC header of packet and BSSID is different from BSSID of BSS in question” (*i.e.* the device’s BSS), and (2) “color information exists in PLCP header of packet and color information matches color of BSS in question.” PRIOR_ART_00015876 (Itagaki 817), Fig. 14; *see also id.* at [0145]-[0169], [0249]-[0257], Fig. 7.  Thus, in Itagaki 817, a wireless device determines that a BSS color collision (*i.e.*, “overlapping BSS COLOR”) has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, “BSSID”).



PRIOR_ART_00015876 (Itagaki 817), Fig. 14 (annotated).

362.    As described above in Section VII.E.3.a in relation to claim 4, a POSITA would have been motivated to combine, and would have had a reasonable expectation of success in combining, the BSS color collision detection and signaling teachings of Itagaki 817 with Galaxy Tab S's configurable processor and Zhou 663's "configuration messages."  The same rationale applies with respect to claim 5.

363.    Additionally, given the Galaxy Tab S's disclosure of a configurable processor, a POSITA would have found it obvious that said processor could have been configured to perform the BSS color collision detection process disclosed in Itagaki.  Moreover, a POSITA would have

142

had a reasonable expectation of success in combining Galaxy Tab S's processor and Itagaki's BSS color collision functionality because said functionality comprises nothing more than simple computer processing steps (*e.g.*, comparing two data fields). Thus, Itagaki 817 discloses a processor (*i.e.*, Galaxy Tab S's configurable processor) configured to determine that BSS color collision (*i.e.*, "overlapping BSS COLOR") has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").

364. Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

### 4. Galaxy Tab S and Asterjadhi 685 Render Obvious Claim 1 of the '163 Patent

#### a) Claim 1

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

365. Galaxy Tab S discloses this limitation.

366. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.* at 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6.



*Id.* at 5.

367.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1a] a transceiver; and**

368.    Galaxy Tab S discloses this limitation.

369.    Galaxy Tab S includes a transceiver capable of implementing certain features of 802.11a/b/g/n/ac.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
| --- | --- |

*See* PRIOR_ART_00001931 at 6.

370.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a transceiver.  *See, e.g.*, Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

| [1a] a transceiver; and [1b] a processor, | The Accused Products include "a transceiver" and "a processor": *See, e.g.*: |
|---|---|
| | Wi-Fi    Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800 Peak Speed: 5.8 Gbps Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4 Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a |
| | (https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

371.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

### [1b] a processor,

372.    Galaxy Tab S discloses this limitation.

373.    The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of 802.11 a/b/g/n/ac.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

*See* PRIOR_ART_00001931 at 6.

374.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a processor.  *See, e.g.*, Infringement Contentions, Ex. A at 2 (citing Qualcomm specification).

| [1a] a transceiver; and | The Accused Products include "a transceiver" and "a processor": |
|---|---|
| [1b] a processor, | *See, e.g.:* |
| | Wi-Fi    Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800 |
| | Peak Speed: 5.8 Gbps |
| | Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4 |
| | Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a |
| | (https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

375.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

> **[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Processing Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed,**

376.    Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

377.    Galaxy Tab discloses a processor configured to receive a PPDUs using a transceiver. Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4. A POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to send and receive PPDUs, as PPDUs are the fundamental unit of data transmission in 802.11 standards.

378.    Asterjadhi 685 also discloses a processor configured to receive a PPDU using a transceiver. For example, Figure 4 of Asterjadhi 685 is a "block diagram . . . of an apparatus . . . for use in wireless communication, in accordance with various aspects of the present disclosure." PRIOR_ART_00014376 (Asterjadhi 685) at [0056]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0062]. The apparatus shown in Figure 4 of Adterjadhi 685 includes a "processor," "receiver," and "transmitter." PRIOR_ART_00014376 (Asterjadhi 685) at [0056]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0062]. The "processor" can be

configured to perform the various processes described in Asterjadhi 685's disclosure. PRIOR_ART_00014376 (Asterjadhi 685) at [0095]-[0097]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0104]-[0106]. Moreover, a POSITA would have understood that a transmitter and receiver can exist in a combined form as a transceiver. Further, in Asterjadhi 685, "[t]he receiver . . . and/or RF receiver may be used to receive various types of data and/or control signals (i.e., transmissions) over one or more communication links of a wireless communication system . . . ." PRIOR_ART_00014376 (Asterjadhi 685) at [0057]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0063]. Asterjadhi 685 also discloses a "WLAN protocol data unit . . . (e.g., a physical layer convergence protocol data unit (PPDU)) usable for communications between Aps and stations . . . ." PRIOR_ART_00014376 (Asterjadhi 685) at [0035]; *see also id.* at [0044]; PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0032]. Based on this disclosure, a POSITA would have understood that the device's in Asterjadhi 685's disclosure communicate by sending and receiving PPDUs. Thus, Asterjadhi 685 discloses a processor (*i.e.*, the "processor") configured to receive a PPDU using a transceiver (*i.e.*, the "transmitter" and "receiver").

379. For the reasons discussed below, Asterjadhi 685 also discloses a processor configured not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed.

380. *First*, Asterjadhi 685 discloses signaling information indicating that an operation is not allowed. Specifically, Asterjadhi 685 discloses "the AP may decide to forbid its stations from going to into a doze state during PPDUs that have the same value of its BSS identifier to prevent station from failing to receive transmitted frames due to the sleep mode." PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061]. Asterjadhi 685 further describes that "[t]he present disclosure describes identifiers that

may be included in the high efficiency WLAN signaling fields . . . ."  PRIOR_ART_00014376 (Asterjadhi 685) at [0006]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0003].  Based on these disclosures, it would have been obvious to a POSITA that Asterjadhi 685's instruction to "forbid . . . stations from going into a doze state" could be transmitted from Aps to STAs via a signaling field.  Thus, Asterjadhi 685 discloses signaling information (*i.e.*, "identifiers . . . in the high efficiency WLAN signaling fields") indicating that an operation is not allowed (*i.e.*, indicating that "doze state" is "forbidden").

381.  ***Second***, in Asterjadhi 685, "doze state" is an operation based on BSS color. Asterjadhi 685 describes the aforementioned "doze state" as a process whereby a wireless communication device enters "into a doze state during PPDUs that have the same value of its BSS identifier . . . ."  PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061].  Asterjhadi 685 further teaches that "[t]he identifier of the BSS may include a value of a COLOR field."  PRIOR_ART_00014376 (Asterjadhi 685) at [0042]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0040].  Thus, because the wireless device in Asterjadhi 685 only enters the "doze state" for received "PPDUs that have the same value of its BSS identifier," which may be "a value of a COLOR field," Asterjadhi discloses an operation based on BSS color.

382.  ***Third***, Asterjadhi 685 discloses not using BSS color when the signaling information indicates that an operation based on the BSS color is not allowed.  As described above, Asterjadhi 685 discloses that "the AP may decide to forbid its stations from going to into a doze state during PPDUs that have the same value of its BSS identifier to prevent station from failing to receive transmitted frames due to the sleep mode."  PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061].  A POSITA would have

understood from this disclosure that the described device could first check whether it has received signaling information indicating that it is "forbid[den] . . . from going into a doze state during PPDUs that have the same value of its BSS identifier," before checking the received PPDU's "BSS identifier" if it is allowed to enter the doze state. PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061]. Thus, Asterjadhi 685 discloses that BSS color is not used when signaling information (*i.e.*, "identifiers . . . in the high efficiency WLAN signaling fields") indicates that an operation based on the BSS color (*i.e.*, "doze state") is not allowed (*i.e.*, is "forbid[den]").

383.    To the extent Wilus argues that Asterjadhi 685 still "uses" BSS color, for example, for processes other than power save/doze state, it would have been obvious to a POSITA to modify Asterjadhi 685's teachings such that BSS color is not used at all upon receiving the signaling information. For example, at the time of the '163 and '597 patents, BSS color collisions were well-known in the art. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0073], [0229], [0252], [0256], Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005]; SAMSUNG_WILUS_00101151 (Lukascewski 1083) at 20. A POSITA would have appreciated that Asterjadhi 685's methods could be leveraged as a solution to BSS color collisions such that, instead of signaling that "doze state" is "forbid[den]," Asterjadhi 685's signaling information signals that all operations based on BSS color are forbidden. Upon receiving such signaling information, the receiving station does not use BSS color. A POSITA would have found this configuration to be the combination of known prior art elements to achieve predictable results. Further, a POSITA would have had a reasonable expectation of success in making this combination because it involves simple logic that could be implemented in software.

384.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1d] wherein the BSS color is an identifier of a BSS,**

385.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation. As described above with respect to claim limitation [1c], Asterjadhi 685 teaches that "[t]he identifier of the BSS may include a value of a COLOR field." PRIOR_ART_00014376 (Asterjadhi 685) at [0042]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0040]. Asterjadhi 685 thus discloses that BSS color (*i.e.*, "COLOR field") is an identifier of a BSS.

386.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

387.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

388.    As explained with respect to claim limitation [1c], Asterjadhi 685 discloses that "the AP may decide to forbid its stations from going to into a doze state during PPDUs that have the same value of its BSS identifier to prevent station from failing to receive transmitted frames due to the sleep mode." PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061]. Also as described with respect to claim limitation [1c], an AP may indicate that said "doze state" is forbidden through "identifiers . . . in the high efficiency WLAN signaling fields," which is signaling information. PRIOR_ART_00014376 (Asterjadhi 685) at [0006]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0003].

389.    Further, a POSITA would have understood that, from the perspective of an AP, "its stations" are the stations with which it is associated.  PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061].    This is consistent with the '163 patent's description of devices being "associated" with one another.  *See, e.g.*, WILUS_0007799 ('163 patent) at 7:43-57.

390.    Thus, Asterjadhi 685 discloses that the signaling information (i.e., "identifiers . . . in the high efficiency WLAN signaling fields" indicating that "doze state" is "forbid[den]") is transmitted from a base wireless communication terminal (i.e., an "AP") to which the wireless communication terminal is associated (i.e., from the perspective of the AP, the wireless device is one of "its stations").

391.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

### 5.    Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claims 2 and 3 of the '163 Patent

#### a)    Claim 2

**[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

392.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

393.    As described above in section VII.E.4, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim 1 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim 1 of the '163 patent, and I therefore incorporate here my analysis in Section VII.E.4.

394.    Additionally, Noh 485 discloses setting an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU.  For example, in Noh 485, "a station maintains an Intra-BSS NAV, which may be referred to as NAVintra-BSS, managed according to frames that are identified as intra-BSS frames . . . ." PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  Further, in Noh 485, a station may determine that a frame is an "intra-BSS frame" when "[a]n RXVECTOR parameter BSS_COLOR of a received PPDU carrying the frame is the same as a BSS color announced by the AP to which the station is associated." PRIOR_ART_00011933 (Noh 485) at 20:19–24; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 10-11.  Moreover, the "RXVECTOR parameter BSS_COLOR of the received PPDU" may be "determined according to a BSS Color indication in an HE-SIG-A field of that PPDU."  PRIOR_ART_00011933 (Noh 485) at 20:49–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 10-11 (disclosing that, for example, that a "Color field" may be present in a "physical layer header").  Thus, Noh 485 discloses setting an Intra-BSS Network Allocation Vector (NAV) (i.e., "NAVIntra-BSS") by using the BSS color (i.e., the "BSS Color" or "Color field") indicated by a signaling field of the PPDU (i.e., "HE-SIG-A" or the "physical layer header").

395.    In addition to the motivations to combine discussed above, it would have been obvious to a POSITA to combine Asterjadhi 685's signaling information indicating that "doze state" is "forbidden" with Noh 485's intra-BSS NAV such that the signaling information signals whether STAs in a BSS are allowed to set an intra-BSS NAV using the BSS color indicated in a received PPDU.  For example, BSS color collisions were well known in the art at the time of the '163 and '597 patents.  *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229],

[0239], [0252], [0256]. Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20.  A POSITA would have understood that BSS color collisions may have a negative impact on operations that rely on BSS color, such as NAV setting.  A POSITA would have understood that an obvious solution to the issue of BSS color collisions is to not use BSS color during such a collision, instead leveraging other identifiers in a received PPDU for NAV setting.  *See, e.g.*, SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20 (suggesting use of "PAID" as an alternative to BSS color during BSS color collision).  Thus, a POSITA would have been motivated to combine Asterjadhi 685's with the NAV teachings of Noh 485 such that, upon receiving signaling information indicating that Intra-BSS NAV setting is "forbidden," the receiving STA does not set "NAVIntra-BSS" based on BSS color.  A POSITA would have further be motivated to combine the design based on disclosures of Asterjadhi 685 and Noh 485 with the system of Galaxy Tab S for the purposes of actual implementation and operation within a commercial system.  A POSITA would have had a reasonable expectation of success in combining these references because Asterjadhi 685's and Noh 485's teachings are basic logic that could be implemented in Galaxy Tab S's configurable processor.

396.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### [2a] wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,

397.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

398.    For example, in Noh 485, "[e]mbodiments include a station of an HE WLAN system, wherein the station maintains two NAV values."  PRIOR_ART_00011933 (Noh 485) at 13:55-56; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  The station maintains (1)

an "Intra-BSS NAV", called "NAVIntra-BSS," which is "managed according to frames that are identified as intra-BSS frames," and (2) an "Inter-BSS NAV," called "NAVInter-BSS," which is "managed according to frames that are identified as inter-BSS frames or that cannot be determined to be intra-BSS or inter-BSS frames." PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1. A POSITA would have understood that "managing" a NAV is the same as "setting" said NAV, and this understanding would have been further reinforced by Noh 485's disclosures related to NAV "setting." *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 2:34–38 ("In an embodiment, the method further comprises setting an inter-BSS network allocation vector (NAV) in response to determining that the second frame is an inter-BSS frame, and setting an intra-BSS NAV in response to determining that the second frame is an intra-BSS frame."); *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 6, 10–15. Additionally, Noh 485 makes clear that "PPDUs" are a type of "frame." *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 3:51-52 ("FIG. 6B shows a Table 1 disclosing additional properties of fields of the HE PPDU frame of FIG. 6A, according to an embodiment."); *see also id.* at 12:44–64, 13:33–50; PRIOR_ART_00006726 (Noh 214 Provisional) at 7. Thus, Noh 485 discloses that the Intra-BSS NAV (i.e., "NAVIntra-BSS") is different from a Basic NAV (i.e., "NAVInter-BSS") and is a NAV which is set based on an Intra-BSS PPDU (i.e., "Intra-BSS frames").

399. Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

**[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

400. Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

154

401.    As described above with respect to claim limitation [2a], Noh 485 discloses that a station maintains an "Inter-BSS NAV," called "NAVInter-BSS," which is "managed according to frames that are identified as inter-BSS frames or that cannot be determined to be intra-BSS or inter-BSS frames."  PRIOR_ART_00011933 (Noh 485) at 13:56-62; *see also id.* at 24:34-51; PRIOR_ART_00006726 (Noh 214 Provisional) at 1.  Also as described above with respect to claim limitation [2b], Noh 485 makes clear that (1) "managing" a NAV is the same as "setting" said NAV, and (2) a PPDU is a type of "frame."  Therefore, Noh 485 discloses that the Basic NAV (i.e., "NAVInter-BSS") is set based on an Inter-BSS PPDU (i.e., an "inter-BSS frame") or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU (i.e., frames "that cannot be determined to be intra-BSS or inter-BSS frames").

402.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

> **b)      Claim 3**
>
> **[3pre] The wireless communication terminal of claim 2, wherein the PPDU includes a TXOP Duration field in the signaling field of the PPDU and a medium access control (MAC) frame which includes a duration field,**

403.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

404.    As described above in section VII.E.5.a, the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim 2 of the '163 patent.  I therefore incorporate here my analysis in Section VII.E.5.a.

405.    Further, Noh 485 discloses "TXOP duration" information "in a PHY header . . . ." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.  A POSITA would have understood that a "PHY header" is, or contains, a

"signaling field of the PPDU."  Thus, Noh 485 discloses that the PPDU includes a TXOP Duration

field (i.e., "TXOP duration") in the signaling field of the PPDU (i.e., in the "PHY header").

406.    Noh 485 also discloses "TXOP duration in a . . . MAC header . . . ."

PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214

Provisional) at 14.  A POSITA would have understood that a "MAC header" is part of a MAC

frame.  A POSITA would also have known that legacy WLAN technology employed a duration

field in the MAC frame.  *See, e.g.*, PRIOR_ART_00060668 (IEEE 802.11-2012) at -1151-52

(describing the "Duration/ID field" of a MAC frame).  Thus, Noh 485 discloses a medium access

control (MAC) frame (i.e., a frame with a "MAC header") which includes a duration field (i.e.,

"TXOP duration").

407.    It would have been obvious to a POSITA that a PPDU would contain TXOP

duration information in both the PHY signaling field as well as the MAC header.  This is because

a POSITA would have known that wireless communication frame formats often include

overlapping information across PHY and MAC fields, with the PHY information being used for

PHY-related software processes, and the MAC information being used for MAC-related software

processes.  Indeed, in some instances, having overlapping information in both MAC and PHY

headers can improve processing by ensuring the needed data is readily accessible during both

MAC and PHY processing, respectively.  As just one example of overlapping data in MAC and

PHY headers, and as disclosed by Noh 485, a POSITA would have understood that both the PHY

signaling field and the MAC header include BSS information—the PHY signaling field includes

"Color information," which is leveraged during PHY processing, and the MAC header includes

address information "such as a MAC address," which is leveraged during MAC processing.  *E.g.*,

PRIOR_ART_00011933 (Noh 485) at 19:2-10; *see also* PRIOR_ART_00006726 (Noh 214

Provisional) at 10; PRIOR_ART_00011933 (Noh 485) at 15:41-42, 19:5-10 (describing "Color information" as "partial BSS information regarding which BSS a transmitted of a frame belongs to" and "shortened BSS identifier"); PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Fig. 7, Fig. 14. A POSITA would therefore have been motivated to enable the Galaxy Tab S-Zhou 663 device to account for TXOP duration data in both the MAC and PHY headers, and would have had a reasonable expectation of success in doing so. Thus, Noh 485 discloses a PPDU that includes a TXOP Duration field (*i.e.*, "TXOP duration") in the signaling field of the PPDU (*i.e.*, in the "PHY header") and a medium access control (MAC) frame (*i.e.*, a frame with a "MAC header") which includes a duration field (*i.e.*, "TXOP duration").

408. As described above in Section VII.E.5.a in relation to claim 2, a POSITA would have been motivated to combine, and would have had a reasonable expectation of success in combining, the NAV teachings of Noh 485 with Galaxy Tab S's configurable processor and Asterjadhi 685's signaling techniques. The same rationale applies with respect to claim 3.

409. Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### [3a] wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

410. Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

411. For example, Noh 485 discloses that "[w]hen the station that transmitted the first frame is determined to be in myBSS, the process . . . determines that the first frame is an intra-BSS frame and updates, using duration information indicated in the first or second frame, an intra-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14. Noh 485 further discloses that "[w]hen the station that transmitted

the first frame is not determined to be in myBSS, the process . . . determines that the first frame is an inter-BSS frame and updates, using the duration information indicated in the first frame, an inter-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14.  As discussed above with respect to claim limitation [3pre], Noh 485 discloses that said "TXOP duration" information may be "in a PHY header . . . ." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.  Therefore, Noh 485 discloses that the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "PHY header") indicates information used for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") and the Basic NAV (*i.e.*, the "inter-BSS NAV").

412.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### [3b] wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

413.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

414.    For example, Noh 485 discloses that "[w]hen the station that transmitted the first frame is determined to be in myBSS, the process . . . determines that the first frame is an intra-BSS frame and updates, using duration information indicated in the first or second frame, an intra-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14.  Noh 485 further discloses that "[w]hen the station that transmitted the first frame is not determined to be in myBSS, the process . . . determines that the first frame is an inter-BSS frame and updates, using the duration information indicated in the first frame, an inter-BSS NAV." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also*

PRIOR_ART_00006726 (Noh 214 Provisional) at 13-14. As discussed above with respect to claim limitation [3pre], Noh 485 discloses that said "TXOP duration" information may be "in a . . . MAC header . . . ." PRIOR_ART_00011933 (Noh 485) at 24:46–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14. Therefore, Noh 485 discloses that the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "MAC header") indicates information used for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") and the Basic NAV (*i.e.*, the "inter-BSS NAV").

415.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

> **[3c] wherein the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame.**

416.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

417.    Noh 485 discloses that a wireless communication device may consider whether frame's "preamble is valid" before setting an intra-BSS NAV or an inter-BSS NAV using "duration information" in said preamble. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 17:53-67; *see also id.* at 18:46 (disclosing a "valid duration field"); PRIOR_ART_00006726 (Noh 214 Provisional) at 13-15. From Noh 485's disclosure, a POSITA would have known that a frame's "preamble" is, or is comprised of, signaling fields. *See, e.g.*, PRIOR_ART_00011933 (Noh 485) at 12:49-55; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 7-8.

418.    Moreover, for the reasons described below, it would have been obvious to a POSITA to use Noh 485's "TXOP duration" information "in a . . . MAC header," when available and "valid," for setting the "intra-BSS NAV" and/or "inter-BSS NAV," as opposed to using

"TXOP duration" information "in a PHY header" to set said NAVs. PRIOR_ART_00011933 (Noh 485) at 24:34–51; *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 14.

419.     As described above with respect to claim limitation [3pre], a POSITA would have known that legacy WLAN technology employed a duration field in the MAC frame. *See, e.g.*, PRIOR_ART_00060668 (802.11-2012) at -1151-52 (describing the "Duration/ID field" of a MAC frame). Also as described above with respect to claim limitation [3pre], a POSITA would have known that wireless communication frame formats often include overlapping information across PHY and MAC fields, , with the PHY information being used for PHY-related software processes, and the MAC information being used for MAC-related software processes. See, e.g., PRIOR_ART_00011933 (Noh 485) at 19:2-10 (describing how both the PHY signaling field and the MAC header include BSS information, with the PHY signaling field including "Color information" and the MAC header including detailed address information "such as a MAC address"); *see also* PRIOR_ART_00006726 (Noh 214 Provisional) at 10; PRIOR_ART_00011933 (Noh 485) at 15:41-42, 19:5-10 (describing "Color information" as "partial BSS information regarding which BSS a transmitted of a frame belongs to" and "shortened BSS identifier"); PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Fig. 7, Fig. 14.

420.     Moreover, a POSITA would have known that, when performing MAC processing, a device has additional context that can be used to effectively set the intra-BSS or inter-BSS NAV. For instance, BSS color collisions were well known in the art at the time of the '163 and '597 patents, and a POSITA would have understood that BSS color collisions may impact inter-/inter-BSS PPDU classification during PHY processing, which relies on BSS color. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14;

PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20. A POSITA would have further understood that the MAC layer includes data that can be used to more effectively classify PPDUs as inter- or intra-BSS PPDUs, which leads to more effective inter- and intra-BSS NAV setting. *See, e.g.*, PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; PRIOR_ART_00015876 (Itagaki 817) at [0145]-[0169], [0249]-[0257], Figs. 7, 14.

421.    With this understanding, it would have been obvious to a POSITA that, where a PPDU format includes "TXOP duration" information in both the "PHY header" and the "MAC header" (*see* claim limitation [3pre]), the device should use the duration field in the MAC header, when valid, to set the inter- and intra-BSS NAV so that the device can leverage the additional context available at the MAC layer for effective PPDU classification. A POSITA would have had a reasonable expectation of success in implementing this method because it involves basic logic. Therefore, Noh 485 discloses a wireless device configured not to use the TXOP Duration field (*i.e.*, the "TXOP duration" information in the "PHY header") for setting the Intra-BSS NAV (*i.e.*, the "intra-BSS NAV") or the Basic NAV (*i.e.*, the "inter-BSS NAV") when the wireless communication terminal gets a valid signaling field of the MAC frame (*i.e.*, a valid "MAC header" containing "TXOP duration" information).

422.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### 6.    Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent

#### a)    Claim 4

**[4pre] The wireless communication terminal of claim 1, wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless**

**communication terminal recognizes that a BSS color collision has occurred,**

423.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

424.    As described above in section VII.E.4, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim 1 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 1 of the '163 patent, and I therefore incorporate here my analysis in Section VII.E.4.

425.    Further, Itagaki 817 discloses that a wireless communication terminal may recognize that a BSS color collision has occurred and send a signal in response.  For example, Itagaki 817 discloses that a "master station," which is an access point, and "slave stations," which are wireless devices associated with the "master station," may operate as a Basic Service Set.  *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0006], [0065], Fig. 1.  In one embodiment, Itagaki 817 discloses "slave station detects the overlapping of the BSS COLOR and notifies the detection result to the master station."  *Id.* at [0229]; *see also id.* at [0072], [0229], [0239], [0252].  As described with respect to claim limitation [4a], one of ordinary skill would understand "overlapping of the BSS COLOR" to be a BSS color collision within the meaning of claim 4.  Thus, Itagaki 817 discloses a wireless communication terminal that recognizes that a BSS color collision (*i.e.*, "overlapping of the BSS COLOR") has occurred and send a signal (*i.e.*, "notif[ying] the detection result to the master station") in response.



*Id.*, Fig. 1.

426.    In addition to the motivations to combine discussed above, it would have been obvious to a POSITA to combine Asterjadhi 685's signaling information indicating that "doze state" is "forbidden" with Itagaki 817's BSS color collision detection and signaling functionality. For example, BSS color collisions were well known in the art at the time of the '163 and '597 patents. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20. As described above with respect to claim 2, a POSITA would have recognized that one use of Asterjadhi 685's signaling techniques could be leveraged to signal to STAs in a BSS that operations based on BSS color are not allowed. Such signaling could be sent by an AP in response to the AP detecting a BSS color collision. It

would have been further obvious to a POSITA that the STAs in a BSS could themselves be capable of detecting BSS color collisions and signaling the occurrence of such BSS color collisions to the AP, as described in Itagaki 817.  A POSITA would have recognized that performance and efficiency of the wireless network could be improved by enabling all STAs in a BSS to scan for BSS color collisions, which provides a motivation to implement Itagaki 817's methods.  A POSITA would have further be motivated to combine the design based on disclosures of Asterjadhi 685 and Itagaki 817 with the system of Galaxy Tab S for the purposes of actual implementation and operation within a commercial system.  A POSITA would have had a reasonable expectation of success in combining these references because Asterjadhi 685's and Itagaki 817's teachings are basic logic that could be implemented in Galaxy Tab S's configurable processor.

427.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

> **[4a] wherein the BSS color collision represents that different BSSs correspond to one BSS color.**

428.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

429.    For example, Itagaki 817 discloses that "the COLOR field in which the BSS COLOR is stored is finite" such that "the possible values of BSS COLOR are limited." PRIOR_ART_00015876 (Itagaki 817) at [0073].  Given this limitation, and because "the BSS COLOR is decided uniquely by the master station (access point)," there is a possibility that BSS colors will "overlap," meaning that the BSS color of an OBSS matches the BSS color of the BSS to which the wireless device belongs.  *Id.* at [0073], [0229], [0252], [0256], Fig. 14.  Based on Itagaki's disclosure, a POSITA would have understood that Itagaki's "overlapping BSS COLOR" is a BSS color collision within the meaning of the '163 patent.  *See id.* at [0073], [0229], [0252],

[0256], Fig. 14; *see also, e.g.*, WILUS_0007799 ('163 patent) at 13:7-9. Thus, Itagaki 817 discloses that a BSS color collision (*i.e.*, "overlapping BSS COLOR") represents that different BSSs (*i.e.*, the wireless device's BSS and an OBSS) correspond to one BSS color.

430.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

b)    **Claim 5**

**The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

431.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

432.    As described above in section VII.E.6.a, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 4 of the '163 patent. I therefore incorporate here my analysis in Section VII.E.6.a.

433.    Further, Itagaki 817 discloses address fields of a medium access control (MAC) frame. For example, Itagaki 817 discloses that "Basic Service Set Identifier (BSSID) shall mean the network identifier of Media Access Control (MAC) layer . . . ." PRIOR_ART_00015876 (Itagaki 817) at [0072]. A POSITA would have understood Itagaki's disclosed "BSSID" to be an "address field[] of a medium access control (MAC) frame" within the meaning of the '163 patent's claims. *See, e.g.*, WILUS_0007799 ('163 patent) at 19:53-59 ("Specifically, the wireless communication terminal may determine the BSS color collision based on the Address field of the MAC header. In a specific embodiment, if there are two or more MAC address fields in the MAC header, at least one of the MAC address fields corresponds to the BSSID of the Intra-BSS . . . .").

Therefore, Itagaki 817 discloses address fields of a medium access control (MAC) frame (i.e., "BSSID").

434. Itagaki 817 further discloses determining that a BSS color collision has occurred based on address fields of a medium access control (MAC) frame. As discussed with respect to claim limitation [4a] above, a POSITA would have understood that "overlapping BSS COLOR" in Itagaki 817 is a BSS color collision within the meaning of the '163 patent. Further, in Itagaki 817, Figure 14 is a "flowchart showing an example of processing procedure of COLOR overlapping detection processing performed by the information processing apparatus . . . ." PRIOR_ART_00015876 (Itagaki 817) at [0250]; *see also id.*, Fig. 14. In this embodiment of Itagaki 817, the wireless communication device "determines that color overlapping occurs" when (1) a packet is received where "BSSID exists in MAC header of packet and BSSID is different from BSSID of BSS in question" (*i.e.*, the device's BSS), and (2) "color information exists in PLCP header of packet and color information matches color of BSS in question." PRIOR_ART_00015876 (Itagaki 817), Fig. 14; *see also id.* at [0145]-[0169], [0249]-[0257], Fig. 7. Thus, in Itagaki 817, a wireless device determines that a BSS color collision (*i.e.*, "overlapping BSS COLOR") has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").



PRIOR_ART_00015876 (Itagaki 817), Fig. 14 (annotated).

435.    As described above in Section VII.E.6.a in relation to claim 4, a POSITA would have been motivated to combine, and would have had a reasonable expectation of success in combining, the BSS color collision detection and signaling teachings of Itagaki 817 with Galaxy Tab S's configurable processor and Asterjadhi 685's signaling techniques.  The same rationale applies with respect to claim 5.

436.    Additionally, given the Galaxy Tab S's disclosure of a configurable processor, a POSITA would have found it obvious that said processor could have been configured to perform the BSS color collision detection process disclosed in Itagaki.  Moreover, a POSITA would have

had a reasonable expectation of success in combining Galaxy Tab S's processor and Itagaki's BSS color collision functionality because said functionality comprises nothing more than simple computer processing steps (*e.g.*, comparing two data fields).  Thus, Itagaki 817 discloses a processor (*i.e.*, Galaxy Tab S's configurable processor) configured to determine that BSS color collision (*i.e.*, "overlapping BSS COLOR") has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").

437.  Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

### 7.  Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1-3 of the '163 Patent

#### a)  Claim 1

#### [1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:

438.  Galaxy Tab S discloses this limitation.

439.  The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069.  Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display."  *See* PRIOR_ART_00001931 at 1.  The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing."  *Id.* at 4.  Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality.  *See id.* at 5-6.



*Id.* at 5.

440.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1a] a transceiver; and**

441.    Galaxy Tab S discloses this limitation.

442.    Galaxy Tab S includes a transceiver capable of implementing certain features of 802.11a/b/g/n/ac.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931 at 6.

443.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a transceiver. *See, e.g.*, Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

| [1a] a transceiver; and [1b] a processor, | The Accused Products include "a transceiver" and "a processor": *See, e.g.*: |
|---|---|
| | Wi-Fi     Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br>Peak Speed: 5.8 Gbps<br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

444.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

### [1b] a processor,

445.    Galaxy Tab S discloses this limitation.

446.    The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of 802.11 a/b/g/n/ac.

| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931 at 6.

447.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a processor. *See, e.g.*, Infringement Contentions, Ex. A at 2 (citing Qualcomm specification).

| [1a] a transceiver; and<br><br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor":<br><br>*See, e.g.:*<br><br>Wi-Fi            Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br><br>                        Peak Speed: 5.8 Gbps<br><br>                        Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br><br>                        Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

448.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Processing Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed,**

449.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation, at least under Wilus's apparent view of the scope of the claims as evidenced by its infringement contentions.

450.    Galaxy Tab discloses a processor configured to receive a PPDUs using a transceiver.  Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac.  *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4.  A POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to send and receive PPDUs, as PPDUs are the fundamental unit of data transmission in 802.11 standards.

451.    Moreover, 802.11ax D1.0 teaches receiving a physical layer convergence procedure (PLCP) Processing Data Unit (PPDU) by using the transceiver.  For example, 802.11ax D1.0 discloses that "[t]he BSS Color is an identifier of the BSS and is used to assist a receiving STA in identifying the BSS from which a PPDU originates so that the STA can use the channel access rules as described in 27.9 (Spatial reuse operation) or reduce power consumption as

described in 27.14.1 (Intra-PPDU power save for HE non-AP STAs)."  PRIOR_ART_00059608 (802.11ax D1.0) at 196.  A POSITA would have understood a "receiving STA" in this disclosure to mean a STA receiving a PPDU, but 802.11ax D1.0 also explicitly discloses that BSS color is received in a PPDU.  *See, e.g., id.* ("An HE STA that received an HE PPDU with RXVECTOR parameter BSS_COLOR with a value between 1 and 63 may ignore the HE PPDU subject to the rules as described in 27.9 (Spatial reuse operation).").

452.    802.11ax D1.0 also teaches not using a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed.  As an example, 802.11ax D1.0 discloses a "BSS Color Disabled subfield" that is set to 1 "if the HE AP decides to disable the use of the BSS color for the BSS that it serves . . . ."  PRIOR_ART_00059608 (802.11ax D1.0) at 92; *see also id.* at 197 ("An HE AP that decides to discontinue the use of the BSS color for the BSS that it serves, for example, after detecting a BSS Color overlap with an OBSS shall set the value of BSS Color Disabled subfield in the HE Operation element to 1 to inform associated STAs that the BSS Color is disabled; otherwise the AP shall set the BSS Color Disabled subfield to 0.").  Further, 802.11ax D1.0 teaches that a station should not use BSS color for NAV setting and "doze state" operations when "BSS Color Disabled" bit in the most recently received HE Operation Element is set to 1.  *See* PRIOR_ART_00059608 (802.11ax D1.0) at 197; *see also id.* at 92.

> If the most recently received HE Operation element from the AP to which it is associated contained a value of 1 in the BSS Color Disabled subfield then:
> — A HE non-AP STA should use the A1, A2 and Duration/ID fields of the MPDUs contained in the received PPDUs instead of the BSS_COLOR and TXOP_Duration field in the HE-SIG-A field to determine whether the STA should update the Intra-BSS NAV.
> — A HE non-AP STA should use the A1, A2 of the MPDUs contained in the received PPDUs instead of the BSS_COLOR and STA_ID_LIST field in the HE SIG A field to determine whether the STA may go to doze state for the duration of that PPDU (see 27.14.1 (Intra-PPDU power save for HE non-AP STAs)).

PRIOR_ART_00059608 (802.11ax D1.0) at 197.

453.     As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 2–4 (citing IEEE 802.11ax-2021 §§ 26.17.3.1, 9.4.2.249, 26.2.2, and 26.17.3.3).

| [1c] wherein the processor is configured to receive a physical layer convergence procedure (PLC) Processing Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed, | In the Accused Products, the processor is configured to "receive a physical layer convergence procedure (PLC) Processing Data Unit (PPDU) by using the transceiver": **26.17.3 BSS color** **26.17.3.1 General** BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4. All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color. (IEEE 802.11ax-2021, § 26.17.3.1) In the Accused Products, the processor is configured to "not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed": |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | The BSS Color Information field is defined in Figure 9-788j.

Figure 9-788j—BSS Color Information field format

The BSS Color subfield is an unsigned integer whose value is the BSS Color of the BSS corresponding to the AP, IBSS STA, mesh STA or TDLS STA that transmitted this element and is set as defined in 26.17.3.

The Partial BSS Color subfield is set to 1 to indicate that an AID assignment rule based on the BSS color as defined in 26.17.4 is applied for the BSS. Otherwise, the Partial BSS Color subfield is set to 0.

The BSS Color Disabled subfield is set to 1 to disable the use of color for the BSS as described in 26.17.3.3; otherwise, it is set to 0.

(IEEE 802.11ax-2021, § 9.4.2.249)

If a STA determines that the BSS color is disabled (see 26.17.3.3), then the RXVECTOR parameter BSS_COLOR of a PPDU shall not be used to classify the PPDU.

(IEEE 802.11ax-2021, § 26.2.2) |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:
— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.
— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).

(IEEE 802.11ax-2021, § 26.17.3.3) |

Infringement Contentions, Ex. A at 2–4.

454.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1d] wherein the BSS color is an identifier of a BSS,**

455.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

456.    For example, 802.11ax D1.0 discloses that "[t]he BSS Color is an identifier of the BSS and is used to assist a receiving STA in identifying the BSS from which a PPDU originates so that the STA can use the channel access rules as described in 27.9 (Spatial reuse operation) or reduce power consumption as described in 27.14.1 (Intra-PPDU power save for HE non-AP STAs)." PRIOR_ART_00059608 (802.11ax D1.0) at 196.

457.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 4 (citing IEEE 802.11ax-2021 § 26.17.3.1).

| [1d] wherein the BSS color is an identifier of a BSS, | In the Accused Products, "the BSS color is an identifier of a BSS":<br><br>**26.17.3 BSS color**<br><br>**26.17.3.1 General**<br><br>BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4.<br><br>All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color.<br><br>(IEEE 802.11ax-2021, § 26.17.3.1) |

Infringement Contentions, Ex. A at 4.

458.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

459.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

460.    For example, 802.11ax D1.0 discloses that a station receives an "HE Operation element from the AP" which includes the "BSS Color Disabled" subfield. PRIOR_ART_00059608 (802.11ax D1.0) at 197.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here.  *See, e.g.*, Infringement Contentions, Ex. A at 4-5 (citing IEEE 802.11ax-2021 § 26.17.3.3).

| [1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated. | In the Accused Products, "the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated": |
|---|---|

| Issued Claim(s) | Public Documentation |
|---|---|
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:<br>— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.<br>— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).<br><br>(IEEE 802.11ax-2021, § 26.17.3.3) |

Infringement Contentions, Ex. A at 4-5.

461.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### b)    Claim 2

**[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

462.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

463.     As described above in section VII.E.7.a, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim 1 of the '163 patent.  I therefore incorporate here my analysis in Section VII.E.7.a.

464.     For example, 802.11ax D1.0 teaches that "[i]f the most recently received HE Operation element from the AP to which it is associated contained a value of 1 in the BSS Color Disabled subfield," then a station should use MAC address fields "instead of the BSS_COLOR . . . field in the HE-SIG-A field to determine whether the STA should update the Intra-BSS NAV." PRIOR_ART_00059608 (802.11ax D1.0) at 197; *see also id.* at 92.  Thus, 802.11ax D1.0 discloses not setting an Intra-BSS Network Allocation Vector (NAV) (*i.e.*, "update[ing]" the "Intra-BSS NAV") by using the BSS color indicated by a signaling field of the PPDU (*i.e.*, "the BSS_COLOR . . . field in the HE-SIG-A field" of the PPDU) when the signaling information (*i.e.*, the "BSS Color Disabled subfield" in the "most recently received HE Operation element") indicates that the operation based on the BSS color (*i.e.*, "update[ing]" the "Intra-BSS NAV") is not allowed. PRIOR_ART_00059608 (802.11ax D1.0) at 197; *see also id.* at 92.

465.     As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here.  *See, e.g.*, Infringement Contentions, Ex. A at 5 (citing IEEE 802.11ax-2021 § 26.17.3.3).

| 2. The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed, | In the Accused Products, "the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed": |
|---|---|
| | **IEEE 802.11ax-2021, May 2021** |
| | **26.17.3 BSS color** |
| | **26.17.3.3 Disabling BSS color** |
| | A non-AP HE STA may use the RXVECTOR parameter BSS_COLOR of an HE PPDU to determine whether it should update the intra-BSS NAV (see 26.2.4), and/or the STA may go to doze state for the duration of the PPDU (see 26.14.1) if the most recently received HE Operation element from the AP with which it is associated contained a value of 0 in the BSS Color Disabled subfield. |
| wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU, | In the Accused Products, "the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU": |
| wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to | |

Infringement Contentions, Ex. A at 5.

466. Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[2a] wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,**

467. Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

468. For example, 802.11ax D1.0 teaches that "An HE AP STA may maintain two NAV timers"—the "intra-BSS NAV" and the "Basic NAV." PRIOR_ART_00059608 (802.11ax D1.0) at 150. In 802.11ax D1.0, the "intra-BSS NAV" is "used to store NAV value, if needed, from a PPDU identified as intra-BSS." *Id.* A POSITA would have understood that "storing" a NAV value, as disclosed in 802.11ax D1.0, is the same as "setting" a NAV. *See, e.g., id.* at 150-52 (interchangeably discussing "storing," "setting," and "setting" the two NAVs). Thus, 802.11ax D1.0 discloses that the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU (*i.e.*, "stor[ing] [the] NAV value . . . from a PPDU identified as intra-BSS").

469. As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 5-6 (citing IEEE 802.11ax-2021 § 26.2.4).

| Issued Claim(s) | Public Documentation |
|---|---|
| 2. The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed, wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU, wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to | In the Accused Products, "the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed": <br><br> **IEEE 802.11ax-2021, May 2021** <br><br> **26.17.3 BSS color** <br> **26.17.3.3 Disabling BSS color** <br><br> A non-AP HE STA may use the RXVECTOR parameter BSS_COLOR of an HE PPDU to determine whether it should update the intra-BSS NAV (see 26.24), and/or the STA may go to doze state for the duration of the PPDU (see 26.14.1) if the most recently received HE Operation element from the AP with which it is associated contained a value of 0 in the BSS Color Disabled subfield. <br><br> In the Accused Products, "the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU": |

| Issued Claim(s) | Public Documentation |
|---|---|
| be identified as the Inter-BSS PPDU or the Intra-BSS PPDU. | **IEEE 802.11ax-2021, May 2021** <br><br> **26.2.4 Updating two NAVs** <br><br> A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. <br><br> In the Accused Products, "the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU": <br><br> **IEEE 802.11ax-2021, May 2021** <br><br> **26.2.4 Updating two NAVs** <br><br> A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. |

Infringement Contentions, Ex. A at 5-6.

470.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

> **[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

471.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

472.    For example, 802.11ax D1.0 teaches that the "Basic NAV" is "used to store NAV value, if needed, from a PPDU identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS." PRIOR_ART_00059608 (802.11ax D1.0) at 150.  As discussed above with respect to claim

178

limitation [3a], a POSITA would have understood that "storing" a NAV value, as disclosed in 802.11ax D1.0, is the same as "setting" a NAV. *See, e.g., id.* at 150-52 (interchangeably discussing "storing," "setting," and "setting" the two NAVs). Thus, 802.11ax D1.0 discloses that the Basic NAV is set (*i.e.*, a value is "stored" as the "Basic NAV") based on an Inter-BSS PPDU (*i.e.*, "a PPDU identified as inter-BSS") or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU (*i.e.*, "a PPDU [that] cannot be identified as intra-BSS or inter-BSS.").

473.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 5-6 (citing IEEE 802.11ax-2021 § 26.2.4).

| 2. The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed, | In the Accused Products, "the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed": |
|---|---|
| | **IEEE 802.11ax-2021, May 2021** |
| wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU, | **26.17.3 BSS color** |
| | **26.17.3.3 Disabling BSS color** |
| | A non-AP HE STA may use the RXVECTOR parameter BSS_COLOR of an HE PPDU to determine whether it should update the intra-BSS NAV (see 26.2.4), and/or the STA may go to doze state for the duration of the PPDU (see 26.14.1) if the most recently received HE Operation element from the AP with which it is associated contained a value of 0 in the BSS Color Disabled subfield. |
| wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to | In the Accused Products, "the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU": |



| Issued Claim(s) | Public Documentation |
|---|---|
| be identified as the Inter-BSS PPDU or the Intra-BSS PPDU. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br><br>A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2.<br><br>In the Accused Products, "the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU":<br><br>**IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br><br>A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. |

Infringement Contentions, Ex. A at 5-6.

474.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### c)    Claim 3

**[3pre] The wireless communication terminal of claim 2, wherein the PPDU includes a TXOP Duration field in the signaling field of the PPDU and a medium access control (MAC) frame which includes a duration field,**

475.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

476.    As described above in section VII.E.7.b, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim 2 of the '163 patent.  I therefore incorporate here my analysis in Section VII.E.7.b.

477.    For example, 802.11ax D1.0 discloses that a "TXOP Duration field is carried in the TXVECTOR parameter TXOP_DURATION of an HE PPDU and indicates duration information for NAV setting and protection of TXOP."   PRIOR_ART_00059608 (802.11ax D1.0) at 197.  802.11ax D1.0 further teaches that "TXOP Duration" is in the HE-SIG-A field of an HE PPDU, which a POSITA would have understood to be a signaling field of the PPDU.  *See, e.g.*, *id.* at 197

(disclosing the "TXOP_Duration field in the HE-SIG-A field"), 223, 274.  Thus, 802.11ax D1.0 discloses that the PPDU includes a TXOP Duration field (*i.e.*, "TXOP_Duration") in the signaling field of the PPDU (*i.e.*, "HE-SIG-A").

478.    802.11ax D1.0 also discloses that "[t]he duration information is indicated by a frame in a PSDU as follow . . . [i]f there is a Duration field in the frame, then the duration information is indicated by the Duration field."  PRIOR_ART_00059608 (802.11ax D1.0) at 150; *see also id.* at 114 ("[a] STA that receives at least one valid frame in a PSDU can update its NAV with the information from any valid Duration field in the PSDU.").  A POSITA would have understood from 802.11ax D1.0's disclosures that a "frame in a PSDU" is a "MAC frame," and that said frames are located within a PPDU.  *See, e.g., id.* at 151 (disclosing "Duration field in the PSDU of the PPDU carrying the RXVECTOR parameter TXOP_DURATION").  Thus, 802.11ax D1.0 discloses a medium access control (MAC) frame (*i.e.*, a "frame in a PSDU," which is in the PPDU) which includes a duration field (*i.e.*, "Duration field").

479.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here.  *See, e.g.*, Infringement Contentions, Ex. A at 6-9 (citing IEEE 802.11ax-2021 §§ 26.11.5, 10.3.2.4, 26.2.4).

| 3. The wireless communication terminal of claim 2, wherein the PPDU includes a TXOP Duration field in the signaling field of the PPDU and a medium access control (MAC) frame | In the Accused Products, "the PPDU includes a TXOP Duration field in the signaling field of the PPDU": |
|---|---|

| Issued Claim(s) | Public Documentation |
|---|---|
| which includes a duration field, <br><br> wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV, <br><br> wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV, <br><br> wherein the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame. | **IEEE 802.11ax-2021, May 2021** <br><br> **26.11.5 TXOP_DURATION** <br><br> The TXVECTOR parameter TXOP_DURATION of an HE PPDU indicates duration information for NAV setting and protection of the TXOP, except that the TXVECTOR parameter TXOP_DURATION is set to UNSPECIFIED to indicate no duration information. <br><br> NOTE 1—The value of TXVECTOR parameter TXOP_DURATION is converted to an indication in the TXOP field of the HE-SIG-A field as described in Table 27-18, Table 27-20, and Table 27-21. The indication in the TXOP field of the HE-SIG-A field is converted to the RXVECTOR parameter TXOP_DURATION as described in Table 27-1. <br><br> In the Accused Products, "a medium access control (MAC) frame which includes a duration field": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **IEEE 802.11ax-2021, May 2021** <br><br> **10.3.2.4 Setting and resetting the NAV** <br><br> An HE AP that is not a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met: <br> — The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED. <br> — The HE AP does not receive a frame with a Duration field in the PPDU. <br> — The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP. <br><br> An HE AP that is a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met: <br> — The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED. <br> — The HE AP does not receive a frame with a Duration field in the PPDU. <br> — The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP. <br> — The RXVECTOR parameter BSS_COLOR is not equal to the BSS color of the HE AP. <br><br> NOTE 2—A non-AP HE STA maintains two NAVs, but an HE AP might maintain only one NAV (see 26.2.4). <br><br> NOTE 3—If a STA receives an HE PPDU with the duration information indicated by both a frame with a Duration field and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored. |

---

> ## IEEE 802.11ax-2021, May 2021
>
> **26.2.4 Updating two NAVs**
>
> A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:
>
> — The frame is identified as intra-BSS according to the rule described in 26.2.2.
> — The indicated duration is greater than the current intra-BSS NAV value.
> — The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.
>
> A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:
>
> — The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.
> — The indicated duration is greater than the current basic NAV value.
> — The RA of the received frame is not the STA's MAC address.
>
> A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:
>
> — The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.
> — The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.
> — The STA does not receive a frame with a Duration field in the PPDU.
> — The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.
>
> A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:
>
> — The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.
> — The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.
> — The STA does not receive a frame with a Duration field in the PPDU.
> — The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

Infringement Contentions, Ex. A at 6-9.

480.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### [3a] wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

481.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

482.    For instance, 802.11ax D1.0 discloses that, when certain conditions are met, "[a] STA shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION," and when other conditions are met, "[a] STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION . . . ." PRIOR_ART_00059608 (802.11ax D1.0) at 151. Thus, 802.11ax D1.0 discloses that the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV.

483.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 10-11 (citing IEEE 802.11ax-2021 § 26.2.4).

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

| | |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br>A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:<br>— The frame is identified as intra-BSS according to the rule described in 26.2.2.<br>— The indicated duration is greater than the current intra-BSS NAV value.<br>— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.<br><br>A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:<br>— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.<br>— The indicated duration is greater than the current basic NAV value.<br>— The RA of the received frame is not the STA's MAC address.<br><br>A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:<br>— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.<br>— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.<br>— The STA does not receive a frame with a Duration field in the PPDU.<br>— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.<br><br>A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:<br>— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.<br>— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.<br>— The STA does not receive a frame with a Duration field in the PPDU.<br>— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA. |

Infringement Contentions, Ex. A at 10-11.

484.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### [3b] wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,

485.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

486.    For instance, 802.11ax D1.0 discloses that, when certain conditions are met, "[a] STA shall update the intra-BSS NAV with the duration information indicated by the received

frame in a PSDU," and when other conditions are met, "[a] STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU . . . ." PRIOR_ART_00059608 (802.11ax D1.0) at 150-51. As discussed above with respect to claim limitation [3pre], a POSITA would have understood that 802.11ax D1.0's "duration information indicated by the received frame in a PSDU" is the claimed "duration information" within the meaning of the '163 patent's claims. Thus, 802.11ax D1.0 discloses that the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV.

487.    As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 12-13 (citing IEEE 802.11ax-2021 § 26.2.4).

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

| | |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br>A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:<br>— The frame is identified as intra-BSS according to the rule described in 26.2.2.<br>— The indicated duration is greater than the current intra-BSS NAV value.<br>— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is a TXOP holder, and the received frame is a Trigger frame.<br><br>A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:<br>— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.<br>— The indicated duration is greater than the current basic NAV value.<br>— The RA of the received frame is not the STA's MAC address.<br><br>A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:<br>— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.<br>— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.<br>— The STA does not receive a frame with a Duration field in the PPDU.<br>— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.<br><br>A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:<br>— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.<br>— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.<br>— The STA does not receive a frame with a Duration field in the PPDU.<br>— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA. |

Infringement Contentions, Ex. A at 12-13.

488. Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[3c] wherein the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame.**

489. Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

490. For example, 802.11ax D1.0 teaches that a station may only "update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION" if "[t]he STA does not receive a frame with the duration information indicated by a Duration field in the PSDU of the PPDU carrying the RXVECTOR parameter TXOP_DURATION." PRIOR_ART_00059608 (802.11ax D1.0) at 151. Additionally, in 802.11ax D1.0, "[i]f a STA receives a frame with the duration information indicated by both a Duration field in the PSDU and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored." *Id.*

491. As relevant here, Wilus's infringement contentions cite portions of 802.11ax-2021 that are substantially similar to the portions of 802.11ax D1.0 referenced here. *See, e.g.*, Infringement Contentions, Ex. A at 14-15 (citing IEEE 802.11ax-2021 § 26.2.4).

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame.": |

Infringement Contentions, Ex. A at 14-15.

492.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### 8.    Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent

#### a)    Claim 4

**[4pre] The wireless communication terminal of claim 1, wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,**

493.    Samsung Galaxy Tab S in view of 802.11 D1.0 and Itagaki 817 discloses this limitation.

494.    As described above in section VII.E.7.a, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim 1 of the '163 patent.  For the same reasons, the combination

of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 1 of the '163 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.

495.    Further, Itagaki 817 discloses that a wireless communication terminal may recognize that a BSS color collision has occurred and send a signal in response.  For example, Itagaki 817 discloses that a "master station," which is an access point, and "slave stations," which are wireless devices associated with the "master station," may operate as a Basic Service Set.  *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0006], [0065], Fig. 1.  In one embodiment, Itagaki 817 discloses "slave station detects the overlapping of the BSS COLOR and notifies the detection result to the master station."  *Id.* at [0229]; *see also id.* at [0072], [0229], [0239], [0252].  As described with respect to claim limitation [4a], one of ordinary skill would understand "overlapping of the BSS COLOR" to be a BSS color collision within the meaning of claim 4.  Thus, Itagaki 817 discloses a wireless communication terminal that recognizes that a BSS color collision (*i.e.*, "overlapping of the BSS COLOR") has occurred and send a signal (*i.e.*, "notif[ying] the detection result to the master station") in response.



*Id.*, Fig. 1.

496.    In addition to the motivations to combine discussed above, it would have been obvious to a POSITA to combine 802.11ax D1.0's "BSS Color Disabled subfield" with Itagaki 817's BSS color collision detection and signaling functionality. For example, BSS color collisions were well known in the art at the time of the '163 and '597 patents. *See, e.g.*, PRIOR_ART_00015876 (Itagaki 817) at [0072]-[0073], [0229], [0239], [0252], [0256]. Fig. 14; PRIOR_ART_00014475 (Zhou 258) at [0005], [0070], [0071]; SAMSUNG_WILUS_00101151 (Lukaszewski 1083) at 20. As described above with respect to claim 1, 802.11ax D1.0 discloses a "BSS Color Disabled subfield" to signal to STAs in a BSS that operations based on BSS color are not allowed, for example, in the event of a BSS color collision. It would have been further obvious to a POSITA that the STAs in a BSS could themselves be capable of detecting BSS color

collisions and signaling the occurrence of such BSS color collisions to the AP, as described in Itagaki 817.  A POSITA would have recognized that performance and efficiency of the wireless network could be improved by enabling all STAs in a BSS to scan for BSS color collisions, which provides a motivation to implement Itagaki 817's methods.  A POSITA would have further be motivated to combine the design based on disclosures of 802.11ax D1.0 and Itagaki 817 with the system of Galaxy Tab S for the purposes of actual implementation and operation within a commercial system.  A POSITA would have had a reasonable expectation of success in combining these references because 802.11ax D1.0's and Itagaki 817's teachings are basic logic that could be implemented in Galaxy Tab S's configurable processor.

497.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this claim limitation.

**[4a] wherein the BSS color collision represents that different BSSs correspond to one BSS color.**

498.    Samsung Galaxy Tab S in view of 802.11 D1.0 and Itagaki 817 discloses this limitation.

499.    For example, Itagaki 817 discloses that "the COLOR field in which the BSS COLOR is stored is finite" such that "the possible values of BSS COLOR are limited." PRIOR_ART_00015876 (Itagaki 817) at [0073].  Given this limitation, and because "the BSS COLOR is decided uniquely by the master station (access point)," there is a possibility that BSS colors will "overlap," meaning that the BSS color of an OBSS matches the BSS color of the BSS to which the wireless device belongs.  *Id.* at [0073], [0229], [0252], [0256], Fig. 14.  Based on Itagaki's disclosure, a POSITA would have understood that Itagaki's "overlapping BSS COLOR" is a BSS color collision within the meaning of the '163 patent.  *See id.* at [0073], [0229], [0252], [0256], Fig. 14; *see also, e.g.*, WILUS_0007799 ('163 patent) at 13:7-9.  Thus, Itagaki 817

discloses that a BSS color collision (*i.e.*, "overlapping BSS COLOR") represents that different BSSs (i.e., the wireless device's BSS and an OBSS) correspond to one BSS color.

500.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this claim limitation.

> **b)    Claim 5**
>
> **The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

501.    Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this limitation.

502.    As described above in section VII.E.8.a, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 4 of the '163 patent.  I therefore incorporate here my analysis in Section VII.E.8.a.

503.    Further, Itagaki 817 discloses address fields of a medium access control (MAC) frame.  For example, Itagaki 817 discloses that "Basic Service Set Identifier (BSSID) shall mean the network identifier of Media Access Control (MAC) layer . . . ."  PRIOR_ART_00015876 (Itagaki 817) at [0072].  A POSITA would have understood Itagaki's disclosed "BSSID" to be an "address field[] of a medium access control (MAC) frame" within the meaning of the '163 patent's claims.  *See, e.g.*, WILUS_0007799 ('163 patent) at 19:53-59 ("Specifically, the wireless communication terminal may determine the BSS color collision based on the Address field of the MAC header. In a specific embodiment, if there are two or more MAC address fields in the MAC header, at least one of the MAC address fields corresponds to the BSSID of the Intra-BSS . . . .").  Therefore, Itagaki 817 discloses address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").

504.    Itagaki 817 further discloses determining that a BSS color collision has occurred based on address fields of a medium access control (MAC) frame.  As discussed with respect to claim limitation [4a] above, a POSITA would have understood that "overlapping BSS COLOR" in Itagaki 817 is a BSS color collision within the meaning of the '163 patent.  Further, in Itagaki 817, Figure 14 is a "flowchart showing an example of processing procedure of COLOR overlapping detection processing performed by the information processing apparatus . . . ." PRIOR_ART_00015876 (Itagaki 817) at [0250]; *see also id.*, Fig. 14.  In this embodiment of Itagaki 817, the wireless communication device "determines that color overlapping occurs" when (1) a packet is received where "BSSID exists in MAC header of packet and BSSID is different from BSSID of BSS in question" (*i.e.*, the device's BSS), and (2) "color information exists in PLCP header of packet and color information matches color of BSS in question." PRIOR_ART_00015876 (Itagaki 817), Fig. 14; *see also id.* at [0145]-[0169], [0249]-[0257], Fig. 7.  Thus, in Itagaki 817, a wireless device determines that a BSS color collision (*i.e.*, "overlapping BSS COLOR") has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").



PRIOR_ART_00015876 (Itagaki 817), Fig. 14 (annotated).

505.    As described above in Section VII.E.8.a in relation to claim 4, a POSITA would have been motivated to combine, and would have had a reasonable expectation of success in combining, the BSS color collision detection and signaling teachings of Itagaki 817 with Galaxy Tab S's configurable processor and 802.11ax D1.0's "BSS Color Disabled subfield."  The same rationale applies with respect to claim 5.

506.    Additionally, given the Galaxy Tab S's disclosure of a configurable processor, a POSITA would have found it obvious that said processor could have been configured to perform the BSS color collision detection process disclosed in Itagaki.  Moreover, a POSITA would have

had a reasonable expectation of success in combining Galaxy Tab S's processor and Itagaki's BSS color collision functionality because said functionality comprises nothing more than simple computer processing steps (*e.g.*, comparing two data fields).  Thus, Itagaki 817 discloses a processor (*i.e.*, Galaxy Tab S's configurable processor) configured to determine that BSS color collision (*i.e.*, "overlapping BSS COLOR") has occurred based on address fields of a medium access control (MAC) frame (*i.e.*, "BSSID").

507.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this claim limitation.

**F.    '597 Patent Prior Art Grounds**

**1.    Galaxy Tab S and Zhou 663 Render Obvious Claims 1 and 9 of the '597 Patent**

**a)    Claim 1**

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

508.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

509.    Claim 1[pre] of the '597 patent is identical to claim limitation [1pre] of the '163 patent.  As described above in Section VII.E.1.a.[1pre], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1pre].

510.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[1a] a transceiver; and**

511.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

512.    Claim limitation [1a] of the '597 patent is identical to claim limitation [1a] of the '163 patent.  As described above in Section VII.E.1.a.[1a], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1a] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1a].

513.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[1b] a processor,**

514.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

515.    Claim limitation [1b] of the '597 patent is identical to claim limitation [1b] of the '163 patent.  As described above in Section VII.E.1.a.[1b], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1b] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1b].

516.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,**

517.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

518.    Claim limitation [1c] of the '597 patent is substantially similar to claim limitation [1c] of the '163 patent.  As described above in Section VII.E.1.a.[1c], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1c] of the '163 patent.  For the same reasons,

the combination of Galaxy Tab S and Zhou 663 renders obvious the overlapping requirements in claim limitation [1c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1c].

519.    There are two differences in the '163 and '597 patents with respect to limitation [1c]—(1) the '597 patent recites a "physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)" as opposed to a "physical layer convergence procedure (PLCP) Processing Data Unit (PPDU)," and (2) the '597 patent specifies that the processor must be configured not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed."  *Compare* WILUS_0015827 ('597 patent), cl. 1 *with* WILUS_0007799 ('163 patent), cl. 1.  The combination of Galaxy Tab S and Zhou 663 render obvious these additional limitations.

520.    ***First***, Zhou 663 discloses a processor configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver.  The '163 and '597 patents share a specification, and said specification uses the term "PPDU" interchangeably to refer to a "PLCP protocol data unit" and a "PLCP processing data unit."  *See* WILUS_0015827 ('597 patent) at 3:31, 3:43, 4:42-43; WILUS_0007799 ('163 patent) at 3:21, 3:33, 4:33-34.  Zhou 663 discloses that a wireless device may implement a "deferral policy" that allows, or disallows, the device to "drop" received "OBSS 11ax packets" or "OBSS messages." PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  Zhou 663 also discloses that a "packet may comprise a physical layer convergence procedure (PLCP) protocol data unit." PRIOR_ART_00014326 (Zhou 663) at [0152]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00162]. A POSITA would have understood that when a wireless device with a transceiver "receives" a

packet, the packet is generally received using the transceiver.  Thus, Zhou 663 discloses a processor configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) (*i.e.*, "OBSS 11ax packets" that "may comprise a physical layer convergence procedure (PLCP) protocol data unit") by using the transceiver.

521.    ***Second***, Zhou 663 discloses a wireless device that implements a "deferral policy" that allows, or disallows, the device to perform "OBSS reuse" (*i.e.*, "drop[ping]" received "OBSS 11ax packets" or "OBSS messages").  PRIOR_ART_00014326 (Zhou 663) at [0142]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00150].  In Zhou 663, a "packet may comprise a physical layer convergence procedure (PLCP) protocol data unit." PRIOR_ART_00014326 (Zhou 663) at [0152]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00162].  Further, in Zhou 663, "11ax messages are assumed to carry BSS color . . . ." PRIOR_ART_00014326 (Zhou 663) at [0135]; *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00140].  Lastly, for the same reasons discussed with respect to claim limitation [1c] of the '163 patent, when the wireless device in Zhou 663 receives a "configuration message" indicating that "OBSS reuse" is not allowed, the device will not use the BSS color in the "11ax message."  Thus, Zhou 663 discloses not using a Basic Service Set (BSS) color indicated by the PPDU (*i.e.*, the "BSS color" in an "11ax message") when signaling information (*i.e.*, a "configuration message") indicates that an operation based on the BSS color (*i.e.*, "OBSS reuse") is not allowed.

522.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[1d] wherein the BSS color is an identifier of a BSS,**

523.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

524.    Claim limitation [1d] of the '597 patent is identical to claim limitation [1d] of the '163 patent.  As described above in Section VII.E.1.a.[1d], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1d] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1d].

525.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

526.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

527.    Claim limitation [1e] of the '597 patent is identical to claim limitation [1e] of the '163 patent.  As described above in Section VII.E.1.a.[1e], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1e] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1e] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.1.a.[1e].

528.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**b)    Claim 9**

**[9pre] A method of operating a wireless communication terminal communicating wirelessly, the method comprising:**

529.    Samsung Galaxy Tab S discloses this limitation.

530.    The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069.  Specifically, at the time of its release, the

Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.* at 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6. A POSITA would have understood from these disclosures that Galaxy Tab S is a wireless device that performs methods for communicating wirelessly.



*Id*. at 5.

531. Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[9a] receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU); and**

532.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

533.    Claim limitation [9a] of the '597 patent is substantively identical to the first portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)"), 9 (reciting "receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)").  As described above in Section VII.F.1.a.[1c], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1c] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [9a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.[1c].

534.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**[9b] not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,**

535.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

536.    Claim limitation [9b] of the '597 patent is substantively identical to the second portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed"), 9 (reciting "not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed").  As described above in Section VII.F.1.a.[1c], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1c] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663

renders obvious claim limitation [9b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.[1c].

537.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

### [9c] wherein the BSS color is an identifier of a BSS,

538.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

539.    Claim limitation [9c] of the '597 patent is identical to claim limitation [1d] of the '597 patent.  As described above in Section VII.F.1.a.[1d], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1d] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [9c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.[1d].

540.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

### [9d] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.

541.    Samsung Galaxy Tab S in view of Zhou 663 discloses this limitation.

542.    Claim limitation [9d] of the '597 patent is identical to claim limitation [1e] of the '597 patent.  As described above in Section VII.F.1.a.[1e], the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [1e] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Zhou 663 renders obvious claim limitation [9d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.[1e].

543.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 discloses this claim limitation.

**2.    Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claim 2 of the '597 Patent**

**a)    Claim 2**

**[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

544.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

545.    Claim 2 of the '597 patent is dependent on claim 1.  As described above in section VII.F.1.a, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 1 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim 1 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.

546.    Claim limitation [2pre] of the '597 patent is identical to claim limitation [2pre] of the '163 patent.  As described above in Section VII.E.2.a.[2pre], the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.2.a.[2pre].

547.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

**[2a] wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,**

548.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

549.    Claim limitation [2a] of the '597 patent is identical to claim limitation [2a] of the '163 patent.  As described above in Section VII.E.2.a.[2a], the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2a] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.2.a.[2a].

550.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

**[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

551.    Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this limitation.

552.    Claim limitation [2b] of the '597 patent is identical to claim limitation [2b] of the '163 patent.  As described above in Section VII.E.2.a.[2b], the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2b] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim limitation [2b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.2.a.[2b].

553.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Noh 485 discloses this claim limitation.

**3.    Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent**

**a)    Claim 5**

**The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

554.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

555.    Claim 5 of the '597 patent is dependent on claim 1 (via claim 4).  As described above in Section VII.F.1.a, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 1 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 1 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.a.

556.    Claim 5 of the '597 patent is dependent on claim 4.  Claim 4 of the '597 patent is identical to claim 4 of the '163 patent.  As described above in Section VII.E.3.a, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 4 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 4 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.3.a.

557.    Additionally, claim 5 of the '597 patent is identical to claim 5 of the '163 patent.  As described above in Section VII.E.3.b, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 5 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 5 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.3.b.

558.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

### b)    Claim 12

**[12pre] The method of claim 9, wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,**

559.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

560.    Claim 12 of the '597 patent is dependent on claim 9.  As described above in section VII.F.1.b, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 9 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim 9 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.1.b.

561.    Additionally, claim limitation [12pre] of the '597 patent is substantively identical to claim limitation [4pre] of the '163 patent.  *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred"); WILUS_0007799 ('163 patent), cl. 4 (reciting "wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred").  As described above in Section VII.E.3.a.[4pre], the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim limitation [4pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim limitation [12pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.3.a.[4pre].

562.    Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

**[12a] wherein the BSS color collision represents that different BSSs correspond to one BSS color.**

563.    Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this limitation.

564.    Claim limitation [12a] of the '597 patent is identical to claim limitation [4a] of the '163 patent.  *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the BSS color collision

represents that different BSSs correspond to one BSS color"); WILUS_0007799 ('163 patent), cl. 4 (reciting "wherein the BSS color collision represents that different BSSs correspond to one BSS color"). As described above in Section VII.E.3.a.[4a], the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim limitation [4a] of the '163 patent. For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Itagaki 817 renders obvious claim limitation [12a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.3.a.[4a].

565. Based on these disclosures, Samsung Galaxy Tab S in view of Zhou 663 and Itagaki 817 discloses this claim limitation.

### 4. Galaxy Tab S and Asterjadhi 685 Render Obvious Claims 1 and 9 of the '597 Patent

#### a) Claim 1

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

566. Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

567. Claim 1[1pre] of the '597 patent is identical to claim limitation [1pre] of the '163 patent. As described above in Section VII.E.4.a.[1pre], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1pre] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1pre].

568. Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

#### [1a] a transceiver; and

569. Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

570. Claim limitation [1a] of the '597 patent is identical to claim limitation [1a] of the '163 patent. As described above in Section VII.E.4.a.[1a], the combination of Galaxy Tab S and

Asterjadhi 685 renders obvious claim limitation [1a] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1a].

571.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1b] a processor,**

572.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

573.    Claim limitation [1b] of the '597 patent is identical to claim limitation [1b] of the '163 patent. As described above in Section VII.E.4.a.[1b], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1b] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1b].

574.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,**

575.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

576.    Claim limitation [1c] of the '597 patent is substantially similar to claim limitation [1c] of the '163 patent. As described above in Section VII.E.4.a.[1c], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1c] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious the overlapping

requirements in claim limitation [1c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1c].

577.    There are two differences in the '163 and '597 patents with respect to limitation [1c]—(1) the '597 patent recites a "physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)" as opposed to a "physical layer convergence procedure (PLCP) Processing Data Unit (PPDU)," and (2) the '597 patent specifies that the processor must be configured not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed."  Compare WILUS_0015827 ('597 patent), cl. 1 with WILUS_0007799 ('163 patent), cl. 1.  The combination of Galaxy Tab S and Asterjadhi 685 render obvious these additional limitations.

578.    ***First***, Asterjadhi 685 discloses a processor configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver.  Specifically, Asterjadhi 685 discloses "the AP may decide to forbid its stations from going to into a doze state during PPDUs that have the same value of its BSS identifier to prevent station from failing to receive transmitted frames due to the sleep mode."  PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061].  A POSITA would have understood from this disclosure that the device in Asterjadhi 685 receives said "PPDUs."  A POSITA would also have understood that when a wireless device with a transceiver "receives" a PPDU, the PPDU is generally received using the transceiver.  Thus, Asterjadhi 685 discloses a processor configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) (*i.e.*, "PPDU") by using the transceiver.

579.    ***Second***, Asterjadhi 685 discloses that its "power save" operation is based on the BSS color of the received PPDU.  Again, Asterjadhi 685 discloses "the AP may decide to forbid

208

its stations from going to into a doze state *during PPDUs that have the same value of its BSS identifier* to prevent station from failing to receive transmitted frames due to the sleep mode." PRIOR_ART_00014376 (Asterjadhi 685) at [0034]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0061]. Asterjadhi 685 also teaches that "[t]he identifier of the BSS may include a value of a COLOR field." PRIOR_ART_00014376 (Asterjadhi 685) at [0042]; *see also* PRIOR_ART_00000095 (Asterjadhi 080 Provisional) at [0040]. Thus, Asterjadhi 685 discloses not using a Basic Service Set (BSS) color indicated by the PPDU (*i.e.*, the "COLOR fieldr" in a received "PPDU") when signaling information (*i.e.*, the signaling that the AP sends to the STA) indicates that an operation based on the BSS color (*i.e.*, "power save") is not allowed (*i.e.*, is "forbid[den]").

580.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1d] wherein the BSS color is an identifier of a BSS,**

581.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

582.    Claim limitation [1d] of the '597 patent is identical to claim limitation [1d] of the '163 patent. As described above in Section VII.E.4.a.[1d], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1d] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1d].

583.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

**[1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

584.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

209

585. Claim limitation [1e] of the '597 patent is identical to claim limitation [1e] of the '163 patent. As described above in Section VII.E.4.a.[1e], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1e] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1e] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.4.a.[1e].

586. Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

      **b)**    **Claim 9**

      **[9pre] A method of operating a wireless communication terminal communicating wirelessly, the method comprising:**

587. Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

588. The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal." *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.* at 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6. A POSITA would have understood from these disclosures that Galaxy Tab S is a wireless device that performs methods for communicating wirelessly.



*Id.* at 5.

589.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

> **[9a] receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU); and**

590.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

591.    Claim limitation [9a] of the '597 patent is substantively identical to the first portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)"), 9 (reciting "receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)").  As described above in Section VII.F.4.a.[1c], the combination of

Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1c] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [9a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.[1c].

592.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

### [9b] not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,

593.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

594.    Claim limitation [9b] of the '597 patent is substantively identical to the second portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed"), 9 (reciting "not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed").  As described above in Section VII.F.4.a.[1c], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1c] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [9b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.[1c].

595.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

### [9c] wherein the BSS color is an identifier of a BSS,

596.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

597.    Claim limitation [9c] of the '597 patent is identical to claim limitation [1d] of the '597 patent. As described above in Section VII.F.4.a.[1d], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1d] of the '597 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [9c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.[1d].

598.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

> **[9d] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

599.    Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this limitation.

600.    Claim limitation [9d] of the '597 patent is identical to claim limitation [1e] of the '597 patent. As described above in Section VII.F.4.a.[1e], the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [1e] of the '597 patent. For the same reasons, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim limitation [9d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.[1e].

601.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 discloses this claim limitation.

### 5.    Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claim 2 of the '597 Patent

#### a)    Claim 2

> **[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

602.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

603.    Claim 2 of the '597 patent is dependent on claim 1.  As described above in section VII.F.4.a, the combination of Galaxy Tab S and Zhou 663 renders obvious claim 1 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Zhou 663, and Noh 485 renders obvious claim 1 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.

604.    Claim limitation [2pre] of the '597 patent is identical to claim limitation [2pre] of the '163 patent.  As described above in Section VII.E.5.a.[2pre], the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim limitation [2pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim limitation [2pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.5.a.[2pre].

605.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### [2a] wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,

606.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

607.    Claim limitation [2a] of the '597 patent is identical to claim limitation [2a] of the '163 patent.  As described above in Section VII.E.5.a.[2a], the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim limitation [2a] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious

claim limitation [2a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.5.a.[2a].

608.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

> **[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

609.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this limitation.

610.    Claim limitation [2b] of the '597 patent is identical to claim limitation [2b] of the '163 patent.  As described above in Section VII.E.5.a.[2b], the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim limitation [2b] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Noh 485 renders obvious claim limitation [2b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.5.a.[2b].

611.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Noh 485 discloses this claim limitation.

### 6.    Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent

#### a)    Claim 5

> **The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

612.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

613.    Claim 5 of the '597 patent is dependent on claim 1 (via claim 4).  As described in Section VII.F.4.a, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim 1 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 1 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.a.

614.    Claim 5 of the '597 patent is dependent on claim 4.  Claim 4 of the '597 patent is identical to claim 4 of the '163 patent.  As described above in Section VII.E.6.a, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 4 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 4 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.6.a.

615.    Additionally, claim 5 of the '597 patent is identical to claim 5 of the '163 patent.  As described above in Section VII.E.6.b, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 5 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 5 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.6.b.

616.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

**b)    Claim 12**

**[12pre] The method of claim 9, wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,**

617.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

618.    Claim 12 of the '597 patent is dependent on claim 9.  As described above in section VII.F.4.b, the combination of Galaxy Tab S and Asterjadhi 685 renders obvious claim 9 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim 8 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.4.b.

619.    Additionally, claim limitation [12pre] of the '597 patent is substantively identical to claim limitation [4pre] of the '163 patent.  *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred"); WILUS_0007799 ('163 patent), cl. 4 (reciting "wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred").  As described above in Section VII.E.6.a.[4pre], the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim limitation [4pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim limitation [12pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.6.a.[4pre].

620.    Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

### [12a] wherein the BSS color collision represents that different BSSs correspond to one BSS color.

621.    Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this limitation.

622.    Claim limitation [12a] of the '597 patent is identical to claim limitation [4a] of the '163 patent.  *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the BSS color collision

represents that different BSSs correspond to one BSS color"); WILUS_0007799 ('163 patent), cl. 4 (reciting "wherein the BSS color collision represents that different BSSs correspond to one BSS color"). As described above in Section VII.E.6.a.[4a], the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim limitation [4pre] of the '163 patent. For the same reasons, the combination of Galaxy Tab S, Asterjadhi 685, and Itagaki 817 renders obvious claim limitation [12a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.6.a.[4a].

623. Based on these disclosures, Samsung Galaxy Tab S in view of Asterjadhi 685 and Itagaki 817 discloses this claim limitation.

### 7. Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1, 2, and 9 of the '597 Patent

#### a) Claim 1

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

624. Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

625. Claim 1[pre] of the '597 patent is identical to claim limitation [1pre] of the '163 patent. As described above in Section VII.E.7.a.[1pre], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1pre] of the '163 patent. For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1pre].

626. Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1a] a transceiver; and**

627. Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

628.    Claim limitation [1a] of the '597 patent is identical to claim limitation [1a] of the '163 patent.  As described above in Section VII.E.7.a.[1a], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1a] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1a].

629.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1b] a processor,**

630.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

631.    Claim limitation [1b] of the '597 patent is identical to claim limitation [1b] of the '163 patent.  As described above in Section VII.E.7.a.[1b], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1b] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1b].

632.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,**

633.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation, at least under Wilus's apparent view of the scope of the claims as evidenced by its infringement contentions.

634.    Claim limitation [1c] of the '597 patent is substantially similar to claim limitation [1c] of the '163 patent.  As described above in Section VII.E.7.a.[1c], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1c] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious the overlapping requirements in claim limitation [1c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1c].

635.    There are two differences in the '163 and '597 patents with respect to limitation [1c]—(1) the '597 patent recites a "physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)" as opposed to a "physical layer convergence procedure (PLCP) Processing Data Unit (PPDU)," and (2) the '597 patent specifies that the processor must be configured not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed."  Compare WILUS_0015827 ('597 patent), cl. 1 with WILUS_0007799 ('163 patent), cl. 1.  The combination of Galaxy Tab S and 802.11ax D1.0 render obvious these additional limitations.

636.    *First*, 802.11ax D1.0 discloses a processor configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver.  For example, 802.11ax D1.0 discloses that "[t]he BSS Color is an identifier of the BSS and is used to assist a receiving STA in identifying the BSS from which a PPDU originates so that the STA can use the channel access rules as described in 27.9 (Spatial reuse operation) or reduce power consumption as described in 27.14.1 (Intra-PPDU power save for HE non-AP STAs)."  PRIOR_ART_00059608 (802.11ax D1.0) at 196.  A POSITA would have understood a "receiving STA" in this disclosure to mean a STA receiving a PPDU, but 802.11ax D1.0 also explicitly discloses that BSS color is received in a PPDU.  *See, e.g., id.* ("An HE STA that received an HE PPDU with RXVECTOR

parameter BSS_COLOR with a value between 1 and 63 may ignore the HE PPDU subject to the rules as described in 27.9 (Spatial reuse operation).").

637.    **Second**, the processes described in 802.11ax D1.0 are based on the BSS color of the received PPDU.  For instance, 802.11ax D1.0 teaches that a station should not use BSS color "contained in the received PPDUs" for NAV setting and "doze state" operations when "BSS Color Disabled" bit in the most recently received HE Operation Element is set to 1. PRIOR_ART_00059608 (802.11ax D1.0) at 197; *see also id.* at 92.

> If the most recently received HE Operation element from the AP to which it is associated contained a value of 1 in the BSS Color Disabled subfield then:
> — A HE non-AP STA should use the A1, A2 and Duration/ID fields of the MPDUs contained in the received PPDUs instead of the BSS_COLOR and TXOP_Duration field in the HE-SIG-A field to determine whether the STA should update the Intra-BSS NAV.
> — A HE non-AP STA should use the A1, A2 of the MPDUs contained in the received PPDUs instead of the BSS_COLOR and STA_ID_LIST field in the HE SIG A field to determine whether the STA may go to doze state for the duration of that PPDU (see 27.14.1 (Intra-PPDU power save for HE non-AP STAs)).

PRIOR_ART_00059608 (802.11ax D1.0) at 197.

638.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### [1d] wherein the BSS color is an identifier of a BSS,

639.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

640.    Claim limitation [1d] of the '597 patent is identical to claim limitation [1d] of the '163 patent.  As described above in Section VII.E.7.a.[1d], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1d] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1d].

641.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

642.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

643.    Claim limitation [1e] of the '597 patent is identical to claim limitation [1e] of the '163 patent.  As described above in Section VII.E.7.a.[1e], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1e] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1e] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.a.[1e].

644.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**b)    Claim 2**

**[2pre] The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,**

645.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

646.    Claim limitation [2pre] of the '597 patent is identical to claim limitation [2pre] of the '163 patent.  As described above in Section VII.E.7.b.[2pre], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2pre] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2pre] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.b.[2pre].

647.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[2a] wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,**

648.   Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

649.   Claim limitation [2a] of the '597 patent is identical to claim limitation [2a] of the '163 patent.  As described above in Section VII.E.7.b.[2a], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2a] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.b.[2a].

650.   Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[2b] wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.**

651.   Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

652.   Claim limitation [2b] of the '597 patent is identical to claim limitation [2b] of the '163 patent.  As described above in Section VII.E.7.b.[2b], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2b] of the '163 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [2b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.7.b.[2b].

653.   Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

c)   **Claim 9**

**[9pre] A method of operating a wireless communication terminal communicating wirelessly, the method comprising:**

654.   Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

655.   The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."   *See* PRIOR_ART_00001931;

223

PRIOR_ART_00009062; PRIOR_ART_00009069.   Specifically, at the time of its release, the

Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10)

Super AMOLED display."  *See* PRIOR_ART_00001931 at 1.  The Galaxy Tab S features "Quick

Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content

sharing."  *Id.* at 4.  Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n,

and 802.11ac functionality.  *See id.* at 5-6.   A POSITA would have understood from these

disclosures that Galaxy Tab S is a wireless device that performs methods for communicating

wirelessly.



*Id*. at 5.

656.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### [9a] receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU); and

657.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

658.    Claim limitation [9a] of the '597 patent is substantively identical to the first portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)"), 9 (reciting "receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)").  As described above in Section VII.F.7.a.[1c], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1c] of the '597 patent.  For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [9a] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.a.[1c].

659.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### [9b] not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed,

660.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

661.    Claim limitation [9b] of the '597 patent is substantively identical to the second portion of claim limitation [1c] of the '597 patent.  *See* WILUS_0015827 ('597 patent), cls. 1 (reciting "not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed"), 9 (reciting "not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates

that an operation based on the BSS color is not allowed"). As described above in Section VII.F.7.a.[1c], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1c] of the '597 patent. For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [9b] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.a.[1c].

662.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[9c] wherein the BSS color is an identifier of a BSS,**

663.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

664.    Claim limitation [9c] of the '597 patent is identical to claim limitation [1d] of the '597 patent. As described above in Section VII.F.7.a.[1d], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1d] of the '597 patent. For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [9c] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.a.[1d].

665.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

**[9d] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated.**

666.    Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this limitation.

667.    Claim limitation [9d] of the '597 patent is identical to claim limitation [1e] of the '597 patent. As described above in Section VII.F.7.a.[1e], the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [1e] of the '597 patent. For the same reasons, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim limitation [9d] of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.a.[1e].

668.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 discloses this claim limitation.

### 8.    Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent

#### a)    Claim 5

**The wireless communication terminal of claim 4, wherein the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame.**

669.    Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this limitation.

670.    Claim 5 of the '597 patent is dependent on claim 1 (via claim 4).  As described in Section VII.F.7.a, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim 1 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 1 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.a.

671.    Claim 5 of the '597 patent is dependent on claim 4.  Claim 4 of the '597 patent is identical to claim 4 of the '163 patent.  As described above in Section VII.E.8.a, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 4 of the '163 patent.  For the same reasons, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 4 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.8.a.

672.    Additionally, claim 5 of the '597 patent is identical to claim 5 of the '163 patent.  As described above in Section VII.E.8.b, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 5 of the '163 patent.  For the same reasons, the combination of

Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 5 of the '597 patent, and I therefore incorporate here my analysis in Section VII.E.8.b.

673.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this claim limitation.

<blockquote>

**b)    Claim 12**

**[12pre] The method of claim 9, wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,**

</blockquote>

674.    Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this limitation.

675.    Claim 12 of the '597 patent is dependent on claim 9.  As described above in section VII.F.7.c, the combination of Galaxy Tab S and 802.11ax D1.0 renders obvious claim 9 of the '597 patent.  For the same reasons, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim 9 of the '597 patent, and I therefore incorporate here my analysis in Section VII.F.7.c.

676.    Additionally, claim limitation [12pre] of the '597 patent is substantively identical to claim limitation [4pre] of the '163 patent.  *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred"); WILUS_0007799 ('163 patent), cl. 4 (reciting "wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred").  As described above in Section VII.E.8.a.[4pre], the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim limitation [4pre] of the '163 patent.  For the same reasons, the combination of

Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim limitation [12pre] of the '597

patent, and I therefore incorporate here my analysis in Section VII.E.8.a.[4pre].

677.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and

Itagaki 817 discloses this claim limitation.

> **[12a] wherein the BSS color collision represents that different
> BSSs correspond to one BSS color.**

678.    Samsung Galaxy Tab S in view of 802.11ax D1.0 and Itagaki 817 discloses this

limitation.

679.    Claim limitation [12a] of the '597 patent is identical to claim limitation [4a] of the

'163 patent. *See* WILUS_0015827 ('597 patent), cl. 12 (reciting "wherein the BSS color collision

represents that different BSSs correspond to one BSS color"); WILUS_0007799 ('163 patent), cl.

4 (reciting "wherein the BSS color collision represents that different BSSs correspond to one BSS

color"). As described above in Section VII.E.8.a.[4a], the combination of Galaxy Tab S, 802.11ax

D1.0, and Itagaki 817 renders obvious claim limitation [4pre] of the '163 patent. For the same

reasons, the combination of Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 renders obvious claim

limitation [12a] of the '597 patent, and I therefore incorporate here my analysis in Section

VII.E.8.a.[4a].

680.    Based on these disclosures, Samsung Galaxy Tab S in view of 802.11ax D1.0 and

Itagaki 817 discloses this claim limitation.

**G.    Written Description and Enablement**

**1.    Cl. 3 of the '163 and '597 Patents: "Valid signaling field of the MAC
frame"**

681.    The '163 and '597 patents recite "wherein the processor is configured not to use

the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless

communication terminal gets a valid signaling field of the MAC frame." WILUS_0007799 ('163

### B.    Invalidating Prior Art

#### 1.    Samsung Galaxy S Tab System Art

778.    I incorporate my discussion of Samsung Galaxy S Tab System Art above with respect to the '163 and '597 patent here.  *See* § VII.B.1.  As discussed above, the Galaxy Tab S was first offered for commercial sale and sold in the United States in August of 2014.  *See* Moten Rough Dep. Tr. at 30:22-31:7; PRIOR_ART_00001931 at 4.  Based on this, I understand that Galaxy Tab S is prior art to the '035 and '879 patents under even the effective filing date alleged by Wilus—September 7, 2016.

779.    Galaxy S Tab is a wireless communications device.  Thus, Galaxy S Tab is in the same field of endeavor as the '035/'879 patents.  *See* '035 Patent, 1:31-33 ("The present invention relates to wireless communication method and a wireless communication terminal using enhanced distributed channel access.").

#### 2.    IEEE P802.11ax/D1.0 ("D1.0")

780.    I incorporate my discussion of D1.0 above with respect to the '163 and '597 patent here.  *See* § VII.B.1.  As noted above, Dr. Harry Bims submitted a declaration stating D1.0 was publicly available as of December 1, 2016.  Based on this, I understand that D1.0 is prior art to the '035/'879 patents if the effective filing date of the '035/'879 patents is after December 1, 2016, such as February 20, 2017, which in my opinion is the earliest possible effective filing date of the '035/'879 patents.

781.    I understand that Wilus was a member of IEEE Task Group ax and made contributions to the development of certain portions of IEEE 802.11ax specification.  Thus, I understand that certain portions of D1.0, which is an early draft of IEEE 802.11ax specification, may be excepted from the prior art status.  However, it is also my understanding that Wilus was required to, but failed to, respond to Samsung's interrogatory asking for Wilus's responsive

'035/'879 patents.  *See* '035 Patent, 1:31-33 ("The present invention relates to wireless communication method and a wireless communication terminal using enhanced distributed channel access.").

811.    Stacey 0132's abstract provides:

This document provides the framework from which the draft TGax amendment will be developed. The document provides an outline of each of the functional blocks that will be a part of the final amendment. The document is intended to reflect the working consensus of the group on the broad outline for the draft specification. As such it is expected to begin with minimal detail reflecting agreement on specific techniques and highlighting areas on which agreement is still required. It may also begin with an incomplete feature list with additional features added as they are justified. The document will evolve over time until it includes sufficient detail on all the functional blocks and their inter-dependencies so that work can begin on the draft amendment itself.

Stacey 0132 at 1.

812.    Pertinent to this report, Stacey 0132 discloses "QoS data frame(s) sent in an HE trigger-based PPDU."  Stacey 0132 at 38.

| | |
|---|---|
| 36 | The ACK Policy of the QoS data frame(s) sent in an HE trigger-based PPDU shall be set to 00 (Normal |
| 37 | Ack or Implicit BAR) when the QoS data frame requires to be acknowledged (i.e., the Ack Policy cannot |
| 38 | be set to 11 (Block Ack)). |
| 39 | [MAC Motion 77, March 2016, see 16/361r0] |

Stacey 0132 at 38.

**C.    Invalidity Grounds**

813.    Invalidating grounds for the '879 patent are as follows:

| Reference Combination | Claim 1 | Claim 2 | Claim 3 | Claim 4 | Claim 5 |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + D1.0** | X | X | X | X | X |
| **Samsung Galaxy Tab S + D1.0 + Seok 048** | X | X | X | X | X |
| **Samsung Galaxy Tab S +D1.0 + Asterjadhi 616** | X | X | X | X | X |

| | | | | | |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048** | X | | X | | |
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Huawei 185** | X | | X | X | X |
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Stacey 0132** | X | X | X | | |
| **Written Description Support** | X | X | X | X | X |
| **Enablement** | X | X | X | X | X |
| **Subject Matter Eligibility** | X | X | X | X | X |
| **Inventorship** | X | X | X | X | X |

814.    Invalidating grounds for the '035 patent are as follows:

| Reference Combination | Claim 1 | Claim 2 | Claim 3 | Claim 4 | Claim 5 |
|---|---|---|---|---|---|
| **Samsung Galaxy Tab S + D1.0** | X | X | X | X | X |
| **Samsung Galaxy Tab S + D1.0 + Seok 048** | X | X | X | X | X |
| **Samsung Galaxy Tab S +D1.0 + Asterjadhi 616** | X | X | X | X | X |
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048** | X | | X | | |
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Huawei 185** | X | | X | X | X |
| **Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Stacey 0132** | X | X | X | | |
| **Written Description Support** | X | X | X | X | X |
| **Enablement** | X | X | X | X | X |
| **Subject Matter Eligibility** | X | X | X | X | X |

| Inventorship | X | X | X | X | X |
|---|---|---|---|---|---|

### D.    Motivations to Combine and Reasonable Expectation of Success

#### 1.    Samsung Galaxy Tab S + D1.0

815.    As I discussed above with respect to '163 and 597 patents here, a POSITA would have been motivated to combine Galaxy Tab S with D1.0.  I incorporate my discussion on the motivation to combine the Samsung Galaxy Tab S and D1.0 with respect to '163 and 597 patents here. *See* § VII.D.7. In my opinion, measured at the time of the effective filing date of the 035/879 patents, a POSITA would have been motivated to combine Galaxy Tab S and 802.11ax D1.0 for the same reasons.  I also incorporate my discussion below discussing the motivation to combine Samsung Galaxy Tab S + D1.0 + Seok 048 or Asterjadhi 616.

#### 2.    Samsung Galaxy Tab S + D1.0 + Seok 048 or Asterjadhi 616

816.    It is my opinion that a POSITA would have been motivated to combine the teachings of the Samsung Galaxy Tab S system art, the D1.0, and either (or both) Seok 048 or Asterjadhi 616. Each reference concerns the same field of wireless LAN (WLAN) communications and addresses directly overlapping technical problems relating to EDCA-based medium access, multi-user uplink (UL MU) transmission, trigger-based PPDU structures, and acknowledgment/response behavior. When considered together, these references present a coherent, predictable set of techniques for improving uplink performance and scheduling efficiency in IEEE 802.11-based systems.

817.    First, the Samsung Galaxy Tab S is a commercial IEEE 802.11-based wireless terminal released in 2014, well before the priority date of the '035/'879 patents. The device implements standard EDCA functionality and per-AC queueing, which I opined were foundational to any 802.11-based device. *See* § VII.B.1.

818.    A POSITA seeking to implement or refine the emerging UL MU features under consideration in the 802.11ax working group (as described in D1.0) would naturally examine widely-deployed commercial devices such as the Galaxy Tab S to understand existing hardware and MAC-layer implementations, including the use of EDCA contention mechanisms, backoff engines, A-MPDU aggregation, and multi-TID handling. Because draft amendments to the 802.11 standard must be engineered to interoperate with existing devices, the Galaxy Tab S provides relevant and practical context regarding baseline system behavior.

819.    Second, D1.0 provides an early public draft of the 802.11ax specification and reflects the ongoing development of UL MU operations, including the introduction of trigger frames, trigger-based PPDU transmission, and MU-EDCA-related adjustments. Because D1.0 reflects the broader consensus of the task group, it would have been an important and obvious reference for a POSITA implementing UL MU features. A POSITA would have viewed D1.0 as establishing the general framework for UL MU access, trigger-based scheduling, and new acknowledgment behaviors, even though the precise signaling and PHY/MAC formatting details were still evolving.

820.    Third, Seok 048 and Asterjadhi 616 each discloses detailed mechanisms directly relevant to UL MU operation, including A-MPDU formatting for UL MU responses, and specific rules governing the inclusion or exclusion of frames that solicit immediate responses. Seok 048 and Asterjadhi 616 also each discuss cases in which a UL MU responder may transmit aggregated frames with particular ACK-policy configurations, and how these choices affect the AP's UL MU scheduling. They each further describe scenarios in which a trigger frame may appear within an A-MPDU and where a UL MU responder's use of immediate-response versus no-response frames

influences subsequent AP behavior. These disclosures provide details that complement the higher-level UL MU architecture described in D1.0.

821.    A POSITA would have been motivated to combine the teachings of the Samsung Galaxy Tab S system art, the D1.0, and Seok 048 or Asterjadhi 616 because each provides different but complementary elements of the same technical solution space. The Galaxy Tab S supplies the practical framework of a commercial EDCA-based client device into which UL MU mechanisms must integrate. D1.0 supplies the emerging standard-level abstractions and terminology for trigger frames, trigger-based PPDUs, and MU-EDCA concepts. Seok 048 and Asterjadhi 616 each provide specific mechanisms for UL MU response formation and ACK-policy rules. Together, the references present a natural, predictable combination that would have been straightforward for a POSITA to implement, offering improved uplink efficiency without requiring inventive insight. This type of combination corresponds precisely to the type of incremental optimization and integration of evolving standard-drafting proposals with known commercial platforms that a POSITA would routinely undertake.

822.    Thus, in my opinion, a POSITA would have found it obvious to incorporate the UL MU and trigger-based PPDU behaviors described in Seok 048 or Asterjhadhi 616 and D1.0 into devices like the Galaxy Tab S, and would have expected the resulting system to function as intended using well-known WLAN mechanisms. The combination is technologically coherent, addresses a common problem, and yields predictable results in line with standard IEEE 802.11 MAC-layer design principles.

### 3.    Samsung Galaxy Tab S + Cariou 261 + Seok 048

823.    A POSITA would have been motivated to combine the teachings of the Samsung Galaxy Tab S system art with Cariou 261 for several independent and reinforcing reasons. First, the Galaxy Tab S is an 802.11-based wireless terminal that already implements EDCA and per-AC

contention engines with 802.11n/ac. *See* § VII.B.2.   As such, it provides a real-world, commercially deployed platform into which improved EDCA-management techniques—such as the dual-parameter-set mechanisms disclosed in Cariou 261—would naturally be incorporated. A POSITA implementing next-generation UL MU features (as disclosed in Carious 261) would look to an existing client architecture like the Galaxy Tab S as the baseline EDCA environment upon which more advanced scheduling and priority-control techniques could be realized.

824.    Second, Cariou 261 directly addresses limitations inherent in legacy EDCA operation when supporting uplink multi-user (UL-MU) transmissions. Specifically, Cariou 261 discloses providing stations with two EDCA parameter sets—legacy EDCA parameters for single-user (SU) operation and MU-EDCA parameters for UL-MU operation—along with clearly defined rules for switching between the two sets based on trigger-frame scheduling by the AP. These mechanisms are expressly designed to improve medium-access efficiency, reduce contention overhead, and better align STA behavior with MU scheduling decisions. A POSITA examining a commercial device implementing only legacy EDCA (such as the Galaxy Tab S) would recognize that integrating Cariou 261's dual-EDCA-parameter logic would directly enhance the device's performance in emerging UL-MU scenarios.

825.    Third, Galaxy Tab S and Cariou 261 address the same technical problem: how to manage channel access fairly and efficiently when both a station transmits both SU and MU transmissions. The Galaxy Tab S implements the underlying EDCA infrastructure required by Cariou 261—such as maintaining separate EDCAFs for each access category, using AIFS and contention window parameters, and adjusting the backoff window after failed transmissions. Because Cariou 261 proposes modifying only the parameter values and switching rules, and not the fundamental EDCA architecture, a POSITA would view a Galaxy Tab S-like device as an ideal

implementation target. The modification requires no unconventional hardware changes and only minimal software/firmware adjustments, making the combination both straightforward and expected.

826.    Fourth, a POSITA would have understood that emerging 802.11ax features were being developed for eventual deployment on devices such as the Galaxy Tab S. The Galaxy Tab S predates the finalization of the 802.11ax amendment but represents precisely the class of 802.11 client devices that chipset vendors and standard contributors—such as the inventors of Cariou 261—routinely use when designing or validating new MAC-layer mechanisms. Because Cariou 261 was authored by active IEEE Task Group ax contributors, the reference reflects the ongoing industry goal of improving UL-MU performance in a backward-compatible manner. Thus, a POSITA would have considered it obvious to integrate the proposed dual-EDCA logic into widely deployed devices like the Galaxy Tab S in preparation for 11ax-based enhancements.

827.    Fifth, Cariou 261 teaches performance-motivated improvements—namely that stations should adopt more restrictive MU-EDCA parameters when scheduled for UL-MU operation to reduce channel contention and ensure that the AP's UL-MU scheduler can operate efficiently. A POSITA implementing such improvements on the Galaxy Tab S would expect predictable benefits: lower collision rates, improved throughput during UL-MU periods, and more stable access behavior across access categories. These achievable and predictable gains provide a motivation to incorporate Cariou 261's methods into the Galaxy Tab S EDCA framework.

828.    In fact, the first-named inventor, referring to an IEEE submission by Laurent Carios, which had the similar disclosure as Cariou 261, agreed that "people with experience in wireless communications would have generally understood these motivations from looking at [such a] submission."

Q: What does it mean for EDCA parameters to be more restrictive?
. . .
THE WITNESS: **The motivation itself, as I mentioned earlier, is to reduce the channel access itself**.
THE CHECK INTERPRETER: By making it more restrictive.
THE WITNESS: By making it more restrictive.
Q: So why use restrictive EDCA parameters for MU mode?
. . .
THE WITNESS: In case of UL-OFDMA, it's not the case where the stations are competitively accessing, but rather—
. . .
THE WITNESS: But rather you would look at it as **additional opportunity so we are targeting to restrict the individual access**.
THE CHECK INTERPRETER: Check rendition: **For those in UL-OFDMA, it is not the case where stations are transmitting in competition, so you can consider the situation as having obtained additional opportunity. Therefore, when they are accessing individually, it is to reduce the chance of accessibility**.
BY MR. JARVIS:
Q: Any other reasons?
A: In my opinion, I think this is the only reason.
. . .
Q: I think I was asking a different question. Let me rephrase it. **You would agree that people with experience in wireless communications would have generally understood these motivations from looking at this submission; correct?**
. . .
**THE WITNESS: Yes, they can understand the motivation.**

Ahn Rough Dep. Tr. 49:11–51:17.

829.    Sixth, the combination is entirely consistent with how WLAN development typically progresses. Commercial devices like the Galaxy Tab S are frequently updated through firmware to incorporate draft or emerging standard features, especially when the hardware already supports the necessary PHY/MAC primitives. Cariou 261's dual-parameter-set EDCA logic involves only parameter-level modifications and decision-rules layered over EDCA—mechanisms that a Galaxy Tab S-type device is fully capable of supporting. Thus, a POSITA would have had a clear expectation of success when combining Cariou's teachings with the system architecture of the Galaxy Tab S.

287

830.    Finally, a POSITA would view Cariou 261 as offering generalizable teachings applicable to all IEEE 802.11-based devices implementing EDCA, including the Galaxy Tab S. The reference itself describes its methods in generic terms and presents them as broadly applicable to wireless stations that perform EDCA-based contention for uplink access. Nothing in Cariou 261 restricts its techniques to a specific hardware architecture; instead, its logic is expressly framed in terms of standard MAC-layer primitives (EDCAFs, ACs, AIFS, CWmin/CWmax, trigger-frame scheduling). As a result, a POSITA would conclude that the Galaxy Tab S provides all necessary EDCA functionality needed to implement Cariou's improvements and that integrating the two systems would have been a routine design choice.

831.    A POSITA would have further been motivated to combine the teachings of Seok 048 with the combination of the Samsung Galaxy Tab S and Cariou 261 for several additional and reinforcing reasons. Seok 048 is directed to improving uplink multi-user (UL-MU) operation in WLAN systems, including mechanisms for constructing UL-MU response frames, determining the MPDU contents of an A-MPDU in UL-MU transmissions, signaling sub-channel assignments, and specifying when certain frames that solicit immediate responses may or may not be included in a UL-MU response. These teachings address the same general technical challenges identified in Cariou 261—namely, coordinating UL-MU behavior, determining how uplink stations should react to trigger-frame scheduling, and regulating which response frames are appropriate under varying UL-MU contexts. Because Galaxy Tab S provides a legacy EDCA-based client platform and Cariou 261 supplies rules for dynamically selecting between legacy EDCA parameters and more restrictive MU-EDCA parameters during UL-MU scheduling, Seok 048 complements this combination by supplying concrete UL-MU response-frame construction rules and ACK-policy behaviors that directly affect how the AP schedules future UL-MU transmissions.

832.    A POSITA examining the combined teachings of Galaxy Tab S (which already supports EDCA, A-MPDU aggregation, TID-based queuing, and BlockAck procedures) and Cariou 261 (which teaches the use of dual EDCA parameter sets and switching in response to trigger-based scheduling) would have readily recognized that Seok 048 fills in important operational details for UL-MU response formation. For example, Seok 048 describes how a UL-MU responder may include a trigger frame in an A-MPDU, how the responder may select sub-channel assignment information, how the A-MPDU can include frames with different TIDs, and how the AP's UL-MU scheduling is influenced by the chosen ACK-policy or the inclusion of frames soliciting immediate responses. These UL-MU response rules naturally complement Cariou 261's EDCA parameter-selection rules: while Cariou 261 teaches when the device should operate under MU-EDCA parameters to promote scheduled uplink transmissions, Seok 048 teaches which UL-MU response behaviors will most effectively support that scheduling, including when immediate responses are appropriate and when they are prohibited. A POSITA would have recognized that integrating these disclosures yields a more complete and internally consistent UL-MU solution.

833.    Moreover, both Cariou 261 and Seok 048 arise from the same standardization context—each authored by active IEEE 802.11ax Task Group members—and both are directed toward improving UL-MU functionality in next-generation WLANs. Because standardization efforts frequently produce complementary contributions addressing different aspects of the same technical problem, a POSITA would have understood that Seok 048 provides operational clarifications that are expressly designed to be used alongside uplink scheduling rules such as those disclosed in Cariou 261. And because Galaxy Tab S represents the type of commercial 802.11-based device expected to implement such emerging features through software or firmware updates,

integrating Seok 048's UL-MU response-formation rules into Galaxy Tab S, in combination with Cariou 261's dual-parameter-set EDCA logic, would have been an obvious and routine engineering choice.

834.    Finally, the integration of Seok 048 with Galaxy Tab S and Cariou 261 would have offered predictable benefits and would not have required any unconventional hardware or untested MAC-layer behavior. A POSITA would have reasonably expected that incorporating Seok 048's specific constraints on A-MPDU contents and ACK-policy selection into a device already capable of EDCA operation (as in Galaxy Tab S) and already guided by Cariou 261's UL-MU EDCA-parameter selection rules would improve UL-MU efficiency, reduce unnecessary immediate-response transmissions, and produce a more robust and scheduler-friendly uplink mechanism. These gains follow directly from established 802.11 MAC principles—such as the use of Trigger frames, AC-based (or traffic identifier TID) queuing, and response-frame rules—and therefore would have provided a clear motivation for a POSITA to combine the references.

### 4.    Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Huawei 185

835.    In my opinion, a POSITA would have been further motivated to integrate Huawei 185 into the combination of the Samsung Galaxy Tab S, Cariou 261, and Seok 048, even though Huawei 185 does not address dual EDCA parameter sets. Huawei 185 provides contention-window update techniques and TXOP-handling rules that are broadly applicable to any EDCA-based wireless station regardless of how many parameter sets it uses. While Cariou 261 introduces enhanced EDCA behavior for uplink multi-user (UL-MU) scheduling and Seok 048 provides detailed rules for UL-MU response-frame construction and ACK-policy behavior, neither reference provides concrete guidance on how to update the contention window (CW) during actual transmission outcomes, or how the station should adjust CW to manage collisions, failed transmissions, or early TXOP termination. Huawei 185 squarely addresses this issue at the level

of basic EDCA operation, teaching CW-increase techniques and TXOP-update logic that improve fairness, reduce collision likelihood, and stabilize medium access across access categories. Because these improvements operate entirely within the standard EDCA framework, a POSITA would have understood them as directly compatible with the mechanisms disclosed in both Cariou 261 and Seok 048.

836.    A POSITA would further recognize that Huawei 185's CW-update logic is fully implementable on a Galaxy Tab S-type device, which already maintains per-AC EDCA state, including CWmin/CWmax values, backoff counters, and TXOP timing. Implementing Huawei 185's techniques requires only routine firmware updates to modify the arithmetic used in updating CW based on transmission state information and to evaluate whether an ongoing TXOP should be terminated early. These are standard software adjustments that would not require any new hardware, PHY changes, or non-standard MAC constructs. Because EDCA-based CW updates are already part of the Galaxy Tab S's operational model, a POSITA would reasonably expect successful integration without introducing interoperability issues or architectural incompatibilities.

837.    Moreover, the motivations for adopting Huawei 185 are independent of any dual-parameter system disclosed in Cariou 261. Even if the station were operating entirely with legacy EDCA parameters, Huawei 185's teachings on adjusting CW following failed transmissions or particular TXOP events would still be beneficial for reducing collisions and improving overall throughput. These advantages become even more relevant within the UL-MU framework of Seok 048, which relies on predictable and stable uplink behavior for efficient AP scheduling. For example, Seok 048 teaches rules limiting which immediate-response or data frames may be included in UL-MU responses, which requires the STAs to behave consistently in how they access the medium before and after trigger-scheduled UL-MU transmissions. Huawei

185 reinforces this stability by offering CW-update rules that are agnostic to whether the STA is in SU operation or participating in UL-MU. Thus, a POSITA would recognize that Huawei 185 supplies a generic EDCA stability mechanism that strengthens UL-MU performance without needing to address the specific dual-parameter environment introduced in Cariou 261.

838.    From a practical engineering standpoint, a POSITA designing UL-MU improvements for commercial 802.11-based devices, such as the Galaxy Tab S, would routinely incorporate known EDCA optimizations—including CW update policies—to ensure that new UL-MU features do not degrade overall QoS behavior. Huawei 185 represents such an optimization. Its CW-management techniques were designed within the context of IEEE 802.11 EDCA and TXOP-sharing operation and were intended to improve medium-access fairness and reduce unnecessary collisions. Because Cariou 261 and Seok 048 rely on the standard EDCA engine for channel access and UL-MU scheduling, adding Huawei 185's CW update rules would have been a straightforward way to improve the robustness of the combined system. The result would be predictable and beneficial: more stable contention behavior, fewer collision-induced delays, and more reliable UL-MU response timing.

839.    Finally, Huawei 185, Cariou 261, and Seok 048 all come from the same technical field—EDCA-based 802.11 MAC operation—and address complementary aspects of STA behavior. They do not conflict, teach away from one another, or impose mutually exclusive design requirements. Instead, each reference addresses a distinct dimension of EDCA-based channel access: Cariou 261 governs when the STA should adopt certain EDCA parameter sets (where applicable), Seok 048 governs what the STA may transmit in UL-MU responses, and Huawei 185 governs how the STA should adjust CW and handle TXOP conditions during ordinary EDCA operation. A POSITA would have recognized that incorporating Huawei 185 fills a remaining gap

by addressing contention-window dynamics that neither Cariou 261 nor Seok 048 address, yielding an overall system whose improved EDCA behavior during both SU and UL-MU transmissions is more stable, fair, and predictable.

### 5.    Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Stacey 0132

840.    In my opinion, a POSITA would have been further motivated to incorporate Stacey 0132 (TGax Specification Framework) into the combination of the Samsung Galaxy Tab S, Cariou 261, and Seok 048. Stacey 0132 sets out the high-level functional framework and feature taxonomy for the new IEEE 802.11ax specification, including the placement and interaction of trigger-based PPDUs, UL-MU mechanisms, and QoS/EDCA-related behaviors within the specification's architecture. While Cariou 261 provides specific methods for when and how a station should employ EDCA parameters in the presence of UL-MU trigger-based scheduling, and Seok 048 provides detailed UL-MU response-frame composition and ACK-policy rules, Stacey 0132 supplies the organizing scaffold that situates these mechanisms within the amendment's intended design space. A POSITA would recognize that aligning concrete techniques (Cariou 261 and Seok 048) with the TGax framework (Stacey 0132) is a standard engineering step to ensure that device-level implementations conform to the consensus feature set and interfaces expected of 802.11ax.

841.    A POSITA would also have viewed Stacey 0132 as a strong design incentive to harmonize the combined teachings with the "big-picture" 802.11ax structure. During standard development, the specification framework documents reflect the working consensus on which functional blocks are in scope, how they are expected to interoperate, and which behaviors (e.g., that HE trigger-based PPDUs can carry QoS data frames) should be supported as the draft matures. Incorporating Stacey 0132 into the analysis therefore reduces integration ambiguity and ensures that the dual-EDCA behaviors suggested by Cariou 261 and the UL-MU response rules from Seok

048 are realized in a manner consistent with the TGax roadmap. This is particularly important for commercial client devices—such as the Galaxy Tab S (an 802.11-based hardware)—where vendors routinely aim for forward-compatible MAC-layer designs that can be evolved via firmware to track emerging 11ax features. In this context, the framework serves as confirmation that the combined features are not isolated proposals but elements of a cohesive amendment plan, reinforcing a POSITA's expectation that integrating them is both appropriate and advantageous.

842.    From an implementation standpoint, Stacey 0132 does not demand non-standard primitives or new hardware. Rather, it catalogs the target functional areas and signals which behaviors will be core to TGax operation, including trigger-based uplink procedures and QoS-oriented data handling in HE transmissions. The Galaxy Tab S already provides an EDCA baseline, per-AC queues, A-MPDU aggregation, and BlockAck—mechanisms that Cariou 261 and Seok 048 leverage and refine at the MAC level. Adding Stacey 0132 to the mix gives a POSITA clear guidance on how those refinements fit within the HE/trigger-based PPDU context contemplated by TGax and thus reduces integration risk. The practical result is a firmware-level mapping: Cariou's parameter-selection and switching rules are applied in the circumstances that the framework identifies as MU/trigger-based operations, and Seok's response-formation constraints are applied to UL-MU responses that the framework recognizes as part of HE trigger exchanges. This alignment is the sort of routine system-engineering step that a POSITA would predictably take to ensure longevity and standards compliance of a design.

843.    The predictable benefits of incorporating Stacey 0132 further motivate the combination. By anchoring the device behaviors (from Cariou and Seok) to the TGax feature blocks (from Stacey 0132), a POSITA would expect improved interoperability, clearer division of

responsibilities between AP and STA in trigger-based exchanges, and a reduction in ambiguity (e.g., whether and when QoS data frames are carried in HE trigger-based PPDUs).

844.    Stacey 0132 represents a known framework in the same field that a POSITA would naturally consult when implementing the known techniques of EDCA parameter management and UL-MU response handling on a standard 802.11 client.  Nothing in Stacey 0132 teaches away from the combined teachings of Cariou 261 or Seok 048. To the contrary, it contemplates and supports the very HE/trigger-based operational context those references address. Accordingly, a POSITA would have had a clear expectation of success in harmonizing the Galaxy Tab S's EDCA baseline with Cariou 261s parameter-selection rules and Seok 048's UL-MU response rules under the TGax framework presented in Stacey 0132.

845.    Finally, the complementarity among the four references is clear. The Galaxy Tab S supplies the commercial EDCA-based client architecture. Cariou 261 provides rules for when and how the STA adopts EDCA behaviors in the presence of UL-MU triggers. Seok 048 delineates what the STA includes in UL-MU responses and how ACK policy should be applied to support AP scheduling. Stacey 0132 specifies where in the TGax architecture these functions reside and how they interrelate within HE trigger-based PPDUs and QoS data flows.  For these reasons, a POSITA would have been motivated to add Stacey 0132 to the Galaxy Tab S, Cariou 261, and Seok 048 combination.

    **E.**    **'879 Patent Prior Art Grounds**

        **1.**    **The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of the '879 patent**

            **a)**    **Claim 1**

                **(1)**    **[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

295

846.    To the extent the preamble is limiting, it is my opinion that The Galaxy Tab S discloses this limitation.

847.    The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069.  Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display."  *See* PRIOR_ART_00001931 at 1.  The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing."  *Id.* at 4.  Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality.  *See id.* at 5-6.



*Id*. at 5.

848.    Based on these disclosures, the Galaxy Tab S discloses this claim limitation.

### (2)    [1a] a transceiver; and

849.    It is my opinion that the Galaxy Tab S discloses this limitation.

850.    The Galaxy Tab S includes a transceiver capable of implementing certain features of 802.11a/b/g/n/ac.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

*See* PRIOR_ART_00001931 at 6.

851.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a transceiver.  *See*, e.g., Infringement Contentions, Ex. D at 2 (citing Qualcomm specification).

| [1a] a transceiver; and<br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor": |
|---|---|

| Issued Claim(s) | Public Documentation | |
|---|---|---|
| | Wi-Fi | Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800 |
| | | Peak Speed: 5.8 Gbps |
| | | Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4 |
| | | Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a |
| | (https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) | |

Infringement Contentions, Ex. D at 2 (citing Qualcomm specification).

852.    Based on these disclosures, the Galaxy Tab S discloses this claim limitation.

### (3)    [1b] a processor, wherein the processor is configured to:

853.    It is my opinion that The Galaxy Tab S discloses this limitation.

854.    The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of 802.11 a/b/g/n/ac. Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac.

*See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4.  A POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to send and receive PPDUs and frame, as they are the fundamental unit of data transmission in 802.11 standards.  *See, e.g.*, *See* SAMSUNG_WILUS_00204096 at pp. 166-69.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
|---|---|

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

*See* PRIOR_ART_00001931 at 6.

855.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a processor.  See, e.g., Infringement Contentions, Ex. D at 2 (citing Qualcomm specification).

| [1a] a transceiver; and [1b] a processor, | The Accused Products include "a transceiver" and "a processor": |
|---|---|

| Issued Claim(s) | Public Documentation | | |
|---|---|---|---|
| | Wi-Fi | Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800 | |
| | | Peak Speed: 5.8 Gbps | |
| | | Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4 | |
| | | Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a | |
| | (https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) | | |

Infringement Contentions, Ex. D at 2 (citing Qualcomm specification).

856.    Based on these disclosures, the Galaxy Tab S discloses this claim limitation.

> **(4)    [1c] receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal**

857.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

858.    D1.0 discloses a trigger frame that is sent by an AP to non-AP stations and further

discloses that such a trigger frame identifies non-AP stations that are being triggered by the trigger

frame for orthogonal frequency division multiple access (OFDMA) uplink transmissions.  For

example, D1.0 discloses that "An [High-Efficiency] HE [Access Point] AP uses the Trigger frame

to initiate [multi-user] MU [orthogonal frequency division multiple access] OFDMA . . . in the

[Uplink] UL direction." D1.0. at 9. D1.0 further discloses that "The Trigger frame identifies non-

AP STAs participating in the MU UL transmissions and assigns transmission resources." *Id.* D1.0

also discloses that "[a]n UL MU capable non-AP HE STA . . . receives a Basic Trigger frame that

contains a Per User Info field with the AID of the STA." D1.0. at 152.  D1.0 also discloses the

content of a trigger frame and discloses that "[t]he trigger frame solicits and allocates resources

for UL MU transmission" and that it "carries other information required by the responding STA

to send a HE trigger-based PPDU."  D1.0 at 41.  A POSITA would have understood that the

trigger-based PPDU is a type of an OFDMA uplink transmission.  See, e.g., D1.0 at 9 ("HE AP

uses the Trigger frame to initiate MU OFDMA . . . in the UL direction.").

| 60 | An HE AP uses the Trigger frame to initiate MU OFDMA or MU-MIMO transmissions in the UL direction. |
| 61 | The Trigger frame identifies non-AP STAs participating in the MU UL transmissions and assigns transmis- |
| 62 | sion resources. Multi-STA BlockAck frames are used by the AP to acknowledge the transmissions from |
| 63 | multiple non-AP STAs. Scheduled Trigger frames are sent by the AP to allow for non-AP STA power save. |
| 64 | The Trigger frames schedule may be set between the non-AP STA and the AP using TWT operation. |

D1.0 at 9.

| 8 | **27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs** |
| 9 | |
| 10 | An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field |
| 11 | with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger- |
| 12 | based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state |
| 13 | variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the |
| 14 | AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE |
| 15 | trigger-based PPDU. |
| 16 | |
| 17 | |

D1.0. at 152.

299

### 9.3.1.23 Trigger frame format

The Trigger frame solicits and allocates resources for UL MU transmissions a SIFS after the PPDU that carries the Trigger frame. The Trigger frame also carries other information required by the responding STA to send an HE trigger-based PPDU.

The frame format for the Trigger frame is as defined in Figure 9-52c (Trigger frame).



| | Frame Control | Duration | (RA) | TA | Common Info | User Info | ... | User Info | Padding | FCS |
|---|---|---|---|---|---|---|---|---|---|---|
| Octets: | 2 | 2 | 6 | 6 | 8 or more | 5 or more | | 5 or more | variable | 4 |

**Figure 9-52c—Trigger frame**

The Duration field is set as defined in 9.2.5 (Duration/ID field (QoS STA)).

The RA field of the Trigger frame is the address of the recipient STA.If the Trigger frame has one User Info field then the RA of the Trigger frame is the STA's MAC Address. If the Trigger frame has multiple User Info fields then the RA of the Trigger Frame is the broadcast address.If the Trigger Type field is GCR MU-BAR, the RA field is set to the MAC address of the group for which reception status is being requested.

D1.0 at 41.

859. A POSITA would have understood that an access point (AP), including the AP referenced in D1.0, is a base wireless communication terminal. For example, the specification expressly discloses that "AP 200 may also be referred to as a base wireless communication terminal." '879 Patent, 10:30-31.

860. A POSITA would have also understood that a station (STA), including the non-AP stations identified in the trigger frame, is a wireless communication terminal. For example, the specification discloses that "[t]he station (STA) is a predetermined device including medium access control (MAC) following a regulation of an IEEE 802.11 standard and a physical layer interface for a wireless medium, and includes both a non-access point (non-AP) station and an access point (AP) in a broad sense." '879 Patent, 7:12-16. The specification further discloses, for example, that the "term 'terminal' may be used to refer to a concept including a wireless LAN communication device such as non-AP STA, or an AP, or both terms." '879 Patent, 7:17-20.

861.    That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element.  For example, the first-named inventor Dr. Ahn testified as much:

> Q    Did you or WILUS conceive of
>      transmitting a trigger frame to a station?
>               . . .
>      THE WITNESS:  No.

Ahn Rough Dep. Tr. 113:21–114:1.

862.    As relevant here, Wilus's infringement contentions cite the portions of 802.11ax-2021 that are substantially similar to the portions of D1.0 that are reference here (because the above-referenced sections in D1.0 remained in the final version of 802.11ax specification).  *See, e.g.*, Infringement Contentions, Ex. D at 2–3 (citing IEEE 802.11ax-2021 §§ 26.2.7 & 4.3.15a).

| [1c] wherein the processor is configured to:<br><br>receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal, | In the Accused Products, the processor is configured to "receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>**(IEEE 802.11ax-2021, § 26.2.7)**<br><br>An HE AP sends a Trigger frame to initiate UL MU operation using UL OFDMA or UL MU-MIMO transmissions or a frame containing a TRS Control subfield to initiate UL OFDMA transmissions. The frame initiating these transmissions in the uplink direction is a triggering frame. The triggering frame identifies non-AP STAs participating in UL MU operation and assigns RUs and/or spatial streams to these STAs. Multi-STA BlockAck frames can be used by the AP to acknowledge the frames transmitted by multiple non-AP STAs. The scheduling of these Trigger frames can be set up between a non-AP STA and the AP using TWT operation to save power and reduce collisions. |
|---|---|

| Issued Claim(s) | Public Documentation |
|---|---|
|  | (IEEE 802.11ax-2021, § 4.3.15a) |

Infringement Contentions, Ex. D at 2–3.

863.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim limitation.

> **(5)    [1d] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver**

864.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

865.    D1.0 discloses a trigger-based (TB) physical layer protocol data unit (PPDU) and further discloses that such a TB PPDU is transmitted by a non-AP STA in response to the trigger frame.  For example, D1.0 discloses that "The UL MU operation allows an AP to solicit simultaneous immediate response frames from one or more non-AP STAs" and that "Non-AP STAs transmit their response frames using HE trigger-based PPDU format, in either UL OFDMA, UL MU-MIMO, or both, except when the Trigger frame is of type MU-RTS, in which case the response (CTS) is sent in a non-HT PPDU format (see 10.3.2.8a (MU-RTS/CTS procedure))." D1.0 at 163.  D1.0 also discloses the content of a trigger frame and discloses that "[t]he trigger frame . . . carries other information required by the responding STA to send a HE trigger-based PPDU," which suggests that the responding STA sends a TB PPDU in response to the trigger frame.  D1.0 at 41.  D1.0 also discloses "[a]n UL MU capable non-AP HE STA . . . receiving[ing] an immediate response from the AP for the transmitted Trigger-based PPDU," which suggests that the TB PPDU is sent by the non-AP HE STA to the AP. D1.0. at 152.

| 53 | **27.5.2 UL MU operation** |
| 54 | |
| 55 | |
| 56 | **27.5.2.1 General** |
| 57 | |
| 58 | The UL MU operation allows an AP to solicit simultaneous immediate response frames from one or more |
| 59 | non-AP STAs. Non-AP STAs transmit their response frames using HE trigger-based PPDU format, in either |
| 60 | UL OFDMA, UL MU-MIMO, or both, except when the Trigger frame is of type MU-RTS, in which case the |
| 61 | response (CTS) is sent in a non-HT PPDU format (see 10.3.2.8a (MU-RTS/CTS procedure)). |
| 62 | |
| 63 | |

D1.0 at 163.



**9.3.1.23 Trigger frame format**

The Trigger frame solicits and allocates resources for UL MU transmissions a SIFS after the PPDU that carries the Trigger frame. The Trigger frame also carries other information required by the responding STA to send an HE trigger-based PPDU.

The frame format for the Trigger frame is as defined in Figure 9-52c (Trigger frame).

| | Frame Control | Duration | (RA) | TA | Common Info | User Info | ... | User Info | Padding | FCS |
|---|---|---|---|---|---|---|---|---|---|---|
| Octets: | 2 | 2 | 6 | 6 | 8 or more | 5 or more | | 5 or more | variable | 4 |

**Figure 9-52c—Trigger frame**

The Duration field is set as defined in 9.2.5 (Duration/ID field (QoS STA)).

The RA field of the Trigger frame is the address of the recipient STA.If the Trigger frame has one User Info field then the RA of the Trigger frame is the STA's MAC Address. If the Trigger frame has multiple User Info fields then the RA of the Trigger Frame is the broadcast address.If the Trigger Type field is GCR MU-BAR, the RA field is set to the MAC address of the group for which reception status is being requested.

D1.0 at 41

| 8 | **27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs** |
| 9 | |
| 10 | |
| 11 | An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field |
| 12 | with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger- |
| 13 | based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state |
| 14 | variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the |
| 15 | AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE |
| 16 | trigger-based PPDU. |
| 17 | |

D1.0. at 152.

866.    That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element.  For example, the first-named inventor Dr. Ahn testified as much:

> Q    Dr. Ahn, so you or WILUS did not come
> up with transmitting a trigger-based PPDU using
> the transceiver; is that correct?
>          . . .
>           THE WITNESS:  Yes, that's correct.

Ahn Rough Dep. Tr. 146:9–13.

867.    As relevant here, Wilus's infringement contentions cite the portions of 802.11ax-2021 that are substantially similar to the portions of D1.0 that are reference here (because the

above-referenced sections in D1.0 remained in the final version of 802.11ax specification).  *See, e.g.*, Infringement Contentions, Ex. D at 3 (citing IEEE 802.11ax-2021 §§ 26.5.2.1).

| [1d] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver, | In the Accused Products, the processor is configured to "transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver":<br><br>**26.5.2 UL MU operation**<br><br>**26.5.2.1 General**<br><br>UL MU operation allows an AP to solicit simultaneous immediate response frames from one or more non-AP HE STAs. A non-AP HE STA shall follow the rules in this subclause for the transmission of response frames in an HE TB PPDU, unless the Trigger frame is an MU-RTS Trigger frame, in which case the response is a CTS frame sent in a non-HT PPDU (see 26.2.6).<br><br>A non-AP STA shall not send a triggering frame.<br><br>(IEEE 802.11ax-2021, § 26.5.2.1) |

Infringement Contentions, Ex. D at 3.

868.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim limitation.

> **(6)    [1e] switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal**

869.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

870.    D1.0 discloses switching a set of EDCA (Enhanced Distributed Channel Access) parameter (i.e., set of parameters used for channel access), such as CWmin[AC], CWmax[AC], and AIFSN[AC], from the existing values (i.e., first parameter set) to the values contained in the most recently received MU EDCA Parameter Set (i.e., second parameter set).

---

**27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs**

An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE trigger-based PPDU.

Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero.

NOTE 1—A non-AP STA that sends a frame to the AP with an OMI A-Control field containing a value of 1 in the UL MU Disable field does not participate in UL MU operation, as such it is exempt from updating its EDCA access parameters to the values contained in the MU EDCA Parameter Set element.

NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate response from the AP.

When the HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC] either to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP to which the STA is associated, or to the values contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received.

---

D1.0 at 152.

871.    As explained above, CWmin, CWmax, and AIFSN are known as EDCA parameters, which impact the priority of a station's access to a wireless channel. CWmin and CWmax define the minimum and maximum contention window sizes used in the random backoff process after the medium is sensed busy; a smaller CWmin reduces average backoff time and gives that AC a higher chance of transmitting sooner, while CWmax limits how large the window can grow after repeated collisions. AIFSN (Arbitration Inter-Frame Space Number) determines the length of the arbitration inter-frame space (AIFS) that a station must wait after the channel becomes idle before starting its backoff countdown; lower AIFSN values result in shorter wait times and higher priority. Together, these parameters are configured per access category (e.g., voice, video, best effort, background) to provide traffic differentiation, ensuring that latency-sensitive traffic receives preferential access to the channel over lower-priority traffic. Thus, a POSITA would have understood that CWmin[AC], CWmax[AC] and AIFSN[AC] are a set of parameters used for accessing a wireless channel.

872.    D1.0 further discloses that this switching occurs "based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the

wireless communication terminal)." A POSTA would have understood that a successful transmission of a "HE trigger-based PPDU" indicates the completion of the process for "trigger[ing] a multi-user uplink transmission participation of the wireless communication terminal." (But, transmission of a trigger-based PPDU is merely the result of a successful triggering process, not the triggering process itself.)

873. D1.0 discloses that when a non-AP station receives an immediate response to that HE Trigger-based PPDU, thereby indicating the successful end to the triggering process, the switching of the parameter occurs. For example, D1.0 discloses that "[a]n UL MU capable non-AP STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated for all the ACs from which QoS Data frame were transmitted in the HE trigger-based PPDU." D1.0 at 152.



D1.0 at 41.

| | |
|---|---|
| 60 | An HE AP uses the Trigger frame to initiate MU OFDMA or MU-MIMO transmissions in the UL direction. |
| 61 | The Trigger frame identifies non-AP STAs participating in the MU UL transmissions and assigns transmis- |
| 62 | sion resources. Multi-STA BlockAck frames are used by the AP to acknowledge the transmissions from |
| 63 | multiple non-AP STAs. Scheduled Trigger frames are sent by the AP to allow for non-AP STA power save. |
| 64 | |
| 65 | The Trigger frames schedule may be set between the non-AP STA and the AP using TWT operation. |

D1.0 at 9.

874.    At time of the potential effective filing dates, the process for "trigger[ring] a multi-user uplink transmission participation of the wireless communication terminal" has not been finalized by the IEEE Task Group ax.  Thus, a POSITA, in the absence of any further disclosure, would have not been able to implement "a base wireless communication terminal [that] triggers a multi-user uplink transmission participation of the wireless communication terminal."

875.    However, D1.0 discloses in detail one process for "trigger[ring] a multi-user uplink transmission participation of the wireless communication terminal."        Specifically, Section 27.5.2.2 of D1.0 sets forth the detailed rules by which an access point ("AP") solicits an uplink multi-user ("UL MU") transmission from stations ("STAs"), and it specifies the precise format, content, and operational role of the Trigger frame that initiates the transmission.  *See* D1.0 164–67.  The section explains that a Trigger frame must provide, in its Common Info and User Info fields, all of the parameters a station needs to construct a valid HE trigger-based PPDU, including the UL PPDU length, RU allocation, bandwidth, guard-interval and LTF type, MCS, spatial-stream count, coding method, target RSSI, and AP transmit power.  The AP is responsible for assigning each station a valid resource unit ("RU"), setting the station-specific PHY characteristics, and ensuring that sufficient time—MinTrigProcTime—exists for the station to process the Trigger frame and prepare the uplink transmission. The specification also describes scheduling rules governing MAC padding, SIFS timing, the requirements for identical Trigger frames within an A-MPDU, the use of the HE-variant A-Control subfield for UL MU response

scheduling, and the constraints on the RA and TA fields. Collectively, Section 27.5.2.2 provides a comprehensive definition of the AP-side procedures that make UL OFDMA operation possible.

876.    Section 27.5.2.3, in turn, prescribes the behavior required of a station in response to a Trigger frame and provides the corresponding MAC and PHY rules necessary to construct and transmit the HE trigger-based PPDU.  *See* D1.0 at 167–70.  Under this section, a station may transmit a UL OFDMA PPDU only when explicitly triggered and must parse the Trigger frame to determine the RU assignment, the required MCS and coding type, the number of spatial streams, the applicable bandwidth, and any DCM, STBC, or GI/LTF configuration parameters.  The section details how the STA must set its TXVECTOR parameters—including FORMAT, LENGTH, MCS, NSS, BW, DCM, and RU_ALLOCATION—so that the transmitted PPDU conforms exactly to the instructions in the Trigger frame. It further sets out the UL carrier-sense rules when the CS Required subfield is set, the conditions under which the STA must provide buffer-status, power-headroom, or bandwidth-query feedback, and the complete requirements for UL OFDMA random access (including OBO countdown, RU selection, and OCW behavior). In addition, the section specifies how the station must format any acknowledgement frames (Ack, BlockAck, or Multi-STA BlockAck) returned in response to the Trigger frame. Section 27.5.2.3 therefore supplies the full technical detail necessary for a station to produce a valid, standards-compliant UL OFDMA transmission upon receiving a Trigger frame.

877.    Together, Sections 27.5.2.2 and 27.5.2.3 define, in precise detail, both sides of the UL OFDMA triggering exchange: the AP-generated Trigger frame, with all fields and constraints required to solicit a multi-user uplink transmission, and the STA's mandatory behavior in parsing that Trigger frame, selecting the appropriate PHY/MAC parameters, and constructing the corresponding HE-TB PPDU.  This material underscores the extent of what is absent from the '879

patent: the patent discloses none of the AP-side triggering rules, none of the required Trigger frame fields or structures, none of the timing or scheduling logic, and none of the STA-side processing, parameter selection, or PPDU-construction requirements that the IEEE standard treats as essential to UL OFDMA operation.

878.    In addition to the UL MU triggering rules described above, D1.0 further remedies other critical omissions in the knowledge of a POSITA by providing the detailed resource-unit ("RU") allocation rules necessary for a station to determine where within the OFDMA spectrum it must transmit during a multi-user uplink transmission. At the MAC layer, the RU assignment appears explicitly in the User Info field of the Trigger frame, which includes an RU Allocation subfield specifying the RU index, size, and placement for each participating STA.  *See* D1.0 at 45 (§ 9.3.1.23 (Fig. 9-52e):



Figure 9-52e—User Info field

879.    At the PHY layer, the specification defines the structure and allowable configurations of RUs across the various channel widths (20, 40, 80, and 160 MHz) and codifies the manner in which OFDMA tones map to RUs. *See* D1.0 at 228–40 (§§ 28.3.3–28.3.3.10). These sections provide the only authoritative mapping between RU indices and physical subcarrier locations, and they establish the constraints on which combinations of RUs may be allocated, which must remain unused, and how STAs interpret the allocation instructions in the Trigger frame.

880.     D1.0 also discloses in detail the PHY-layer rules governing the construction of the HE trigger-based PPDU ("HE-TB PPDU"). These rules include the required composition and encoding of the L-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A, HE-SIG-B, HE-STF, HE-LTF, and Data fields for uplink OFDMA transmissions. *See* D1.0 at 249–55 (§§ 28.3.6–28.3.10). The specification further defines how PPDU parameters—such as the guard interval, LTF mode and count, spatial-stream configuration, coding method, packet-extension duration, and pre-correction requirements—must be set as a function of the values in the received Trigger frame. See D1.0 at 272–342 (§§ 28.3.10.7–28.3.14). These provisions ensure that every HE-TB PPDU aligns with the signaling, bandwidth, and RU allocations designated by the AP. Without these PHY-layer rules, a POSITA would be unable to construct even the preamble of an HE-TB PPDU, let alone generate a standards-compliant OFDMA uplink transmission.

881.     D1.0     additionally     defines     the     multi-user     timing,     sequencing,     and NAV-management rules that govern UL OFDMA operation. Section 27.5.2 sets out mandatory SIFS spacing, alignment requirements across users, STA processing deadlines, and the coordination between the Trigger frame, the subsequent HE-TB PPDUs, and the Multi-STA BlockAck responses. *See* D1.0 at 165–170 (§§ 27.5.2.2–27.5.2.3). The specification also prescribes how STAs must update NAVs, manage intra- and inter-BSS protection, and resolve contention for HE trigger-based transmissions. These mechanisms are essential for synchronizing multiple STAs in an OFDMA uplink and preventing collisions.

882.     D1.0 also sets forth the MAC-layer feedback and reporting mechanisms essential for UL MU operation, including Buffer Status Reports (BSR), UL Power Headroom reporting, Bandwidth Query Reports, and other Trigger-dependent feedback encoded in the HE-variant A-Control field. *See* D1.0 at 22–29 (§ 9.2.4.6.4), 171 (§ 27.5.2.5). These reports inform the AP's

scheduling decisions and directly affect RU allocation, MCS selection, and power-control behavior.

883.    Thus, D1.0 provides a complete and integrated architecture for UL OFDMA triggering—including the Trigger frame structure, RU-allocation rules, STA PPDU-construction logic, PHY-layer encoding requirements, timing and sequencing rules, random-access procedures, and mandatory feedback mechanism.

884.    Accordingly, D1.0's discloses that, upon receiving an immediate response from the AP for the transmitted Trigger-based PPDU (which is the result of a successful triggering process), the non-AP switches a set of EDCA (Enhanced Distributed Channel Access) parameter (i.e., set of parameters used for channel access), such as CWmin[AC], CWmax[AC], and AIFSN[AC], from the existing values (i.e., first parameter set) to the values contained in the most recently received MU EDCA Parameter Set (i.e., second parameter set).    Because D1.0 includes a voluminous details referenced above regarding how the triggering mechanism can be implemented—D1.0 includes an enabling disclosure on the claimed switching of parameters "based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal."

885.    That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element.  For example, the first-named inventor Dr. Ahn testified as much:

> **Q**    Of course. Did you or WILUS conceive of switching a parameter set that is used for channel access?
> . . .
> THE WITNESS:  Are you talking about MU-EDCA when you're saying switching parameter?
> BY MR. YOUNG:
> Q    Yes.
> A    ***Switching to the MU-EDCA parameter, the***

*actual concept itself has not been developed by*
*WILUS as I mentioned before*.

Ahn Rough Dep. Tr. 148:15–25.

> Q    And how do you know that?
> A    Laurent was the first person to suggest
> the initial concept, and he also led the project.
> THE CHECK INTERPRETER:  He also led the
> preparation of spec text.
> THE WITNESS:  Additionally --
> additionally, Laurent has uploaded this document
> and did a presentation on it.
> BY MR. YOUNG:
> **Q    You mentioned just now that Laurent was**
> **the first person to suggest the initial concept.**
> **What was that initial concept?**
> **A    But like the MU-EDCA, it's a concept**
> **using the two EDC parameters.**
> THE CHECK INTERPRETER:  No.
> **In regards to MU-EDCA, it's the concept**
> **of using two different parameters set for EDCA.**

Ahn Rough Dep. Tr. 109:18–110:9 (referring to Prior Art 00001470/Exhibit 12).

886.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim
limitation.

> **(7)    [1f] when a MAC protocol data unit (MPDU) included**
> **in the trigger-based PPDU does not request an immediate**
> **response, set a second parameter set timer for an access**
> **category of the MPDU when the transmission of the trigger-**
> **based PPDU ends**

887.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

888.    D1.0 discloses that "[a]n UL MU capable non-AP STA that receives a Basic
Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an
immediate response from the AP for the transmitted Trigger-based PPDU, shall update its
CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the
values contained in the most recently received MU EDCA Parameter Set element sent by the AP

312

to which the STA is associated for all the ACs from which QoS Data frame were transmitted in the HE trigger-based PPDU."  D1.0 at 152.

889.    In my opinion, HEMUEDCATimer[AC] is the second parameter set timer for an access category (identified by [AC]) of the MPDU.  HEMUEDCATimer[AC] is a timer because (1) it is named a "Timer," and (2) D1.0 discloses that it "uniformly count[s] down."

890.    Further, HEMUEDCATimer[AC] is a timer that is associated with the second parameter set. As discussed above, the second parameter is the EDCA parameters that are applied by the station in the event that the station is triggered for UL MU transmission—that is, the station received a trigger frame and responded to it with TB PPDU.  For example, D1.0 discloses that when the station is triggered for UL MU transmission, the station "update its CWmin[AC], CWmax[AC], AIFSN[AC] . . . state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated."  D1.0 at 152. Furthermore, D1.0 discloses that "HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC]," which would have been set to "the values contained in the most recently received MU EDCA Parameter Set element."  Thus, HEMUEDCATimer[AC]'s expiration terminates the application of the second parameter set for the access category identified by [AC].  In fact, D1.0 discloses that "The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, for which the provided MU EDCA parameters are used by an HE STA after reception of a Basic variant Trigger frame for the corresponding AC." D1.0 at 94.

| 62<br>63<br>64<br>65 | The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, for which the provided MU EDCA parameters are used by an HE STA after reception of a Basic variant Trigger frame for the corresponding AC. |
| --- | --- |

D1.0 at 94.

891.    In my opinion, when the station "updates" HEMUEDCATimer[AC], the station is setting the HEMUEDCATimer[AC].    "Updating" HEMUEDCATimer[AC] is equivalent to setting, which I understand the Court construed as both assigning a value to and starting, HEMUEDCATimer[AC] because D1.0 discloses that "Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero." D1.0 at 152. Thus, when HEMUEDCATimer[AC] is updated "to the value[] contained in the most recently received MU EDCA Parameter Set element," a POSITA would have understood that HEMUEDCATimer[AC] is started upon being assigned the value. Alternatively, in view of D1.0, a POSITA would have found it obvious to implment HEMUEDCATimer[AC] such that it starts upon being assigned a non-zero value.

892.    D1.0 discloses the timing of when HEMUEDCATimer[AC] is set. D1.0 discloses that "The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, for which the provided MU EDCA parameters are used by an HE STA after reception of a Basic variant Trigger frame for the corresponding AC." D1.0 at 94. Thus, a POSITA would have recognized that HEMUEDCATimer[AC] is "indicates" how long the MU EDCA Parameter Sets (i.e., "second parameter sets") are applied. Thus, for HEMUEDCATimer[AC] to "indicate" how long the MU EDCA Parameter Sets (i.e., "second parameter sets") are applied, HEMUEDCATimer[AC] must be set and the MU EDCA Parameter Sets (i.e., CWmin[AC], CWmax[AC], AIFSN[AC] updated to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP) at the same time.

893.    D1.0 discloses that the MU EDCA Parameter Sets (i.e., "second parameter sets") are applied are applied when the station receives "receives an immediate response from the AP for the transmitted Trigger-based PPDU." However, D1.0 also discloses that an MPDUs in the TB

PPDU may set its Ack policy to No Ack.  For example, D1.0 discloses that "[a]n HE STA may aggregate in a multi-TID A-MPDU QoS Data frames with multiple TIDs as defined in Table 9-425 (A-MPDU contents in the data enabled immediate response context) or Table 9-426 (A-MPDU contents in the data enabled no immediate response context)." D1.0 at 194; see also D1.0 at 111 (noting that the QoS Data Frame within an A-MPDU following Data Enabled No Immediate Response context may have its Ack policy field set to "Action No Ack").

894.    A Trigger-Based (TB) PPDU carries a PSDU that may include an A-MPDU aggregation of MPDUs (including QoS Data MPDUs).  See, e.g., D1.0 at 192 (suggesting A-MPDU in a TB PPDU).  The "A-MPDU contents" rules in D1.0's Table 9-425 and Table 9-426 govern the contents of the A-MPDU. In particular, when one or more QoS Data MPDUs within that A-MPDU have their Ack Policy set such that an immediate acknowledgement is not requested (e.g., "Action No Ack"), the A-MPDU is transmitted in the "Data Enabled No Immediate Response" context. Accordingly, a TB PPDU that carries an A-MPDU containing QoS Data MPDUs with Ack Policy set to "Action No Ack" is, by definition, a TB PPDU transmitted in a "no immediate response" context, meaning the transmitting STA does not request—and therefore would not expect—an immediate response from the AP.

---

**27.10.3 A-MPDU padding for an HE trigger-based PPDU**

A non-AP STA that transmits an HE trigger-based PPDU shall construct the PSDU carried in the HE trigger-based PPDU as described in this subclause.

The STA computes the PSDU_LENGTH based on the TXVECTOR parameters.

The STA may add A-MPDU subframes to the A-MPDU contained in the PSDU provided that the following constraints are fulfilled:

---

D1.0 at 192.

---

| | |
|---|---|
| 14<br>15<br>16<br>17<br>18 | An HE STA may aggregate in a multi-TID A-MPDU QoS Data frames with multiple TIDs as defined in Table 9-425 (A-MPDU contents in the data enabled immediate response context) or Table 9-426 (A-MPDU contents in the data enabled no immediate response context). |

D1.0 at 194.

| Table 9-426—A-MPDU contents in the data enabled no immediate response context | |
|---|---|
| **MPDU Description** | **Conditions** |
| Delayed BlockAcks | BlockAck frames for a TID for which an HT-delayed block ack agreement exists with the BA Ack Policy subfield equal to No Acknowledgment. |
| Delayed Block Ack data | QoS Data frames with a TID that corresponds to a Delayed or HT-delayed block ack agreement.<br>These have the Ack Policy field equal to Block Ack. |
| Data without a block ack agreement | QoS Data frames with a TID that does not correspond to a block ack agreement. These have the Ack Policy field equal to No Ack and the A-MSDU Present subfield equal to 0. |
| Action No Ack | Action No Ack frames. |
| Delayed BlockAckReqs | BlockAckReq frames with the BA Ack Policy subfield equal to No Acknowledgment and with a TID that corresponds to an HT-delayed block ack agreement. |
| Trigger | If the A-MPDU is transmitted by an AP, one or more Trigger frames where the Trigger Type field is Basic Trigger or BSRP.<br><br>See NOTE 1. |
| QoS Null frame with Ack Policy field set to No Acknowledgment | Zero or more QoS Null MPDUs with Ack Policy field set to No Acknowledgment sent by an HE STA. |
| NOTE 1—An AP including Trigger frame and BlockAck is not required to include QoS Data in that A-MPDU. | |

D1.0 at 111.

895.    In fact, the specification discloses the same situation for when an immediate response is not requested by an MPDU in a TB PPDU.  The specification states:

> The wireless communication terminal may aggregate one or more MPDUs of a QoS data frame, an action frame, and a control frame into one PSDU and transmit it to the A-MPDU. The A-MPDU including the QoS data frame may be classified into the context of Data Enabled Immediate Response (DEIR) or Data Enabled No Immediate Response (DENIR) depending on whether QoS data requests an Ack.

'879 Patent, 23:52-58.

> As described above, the wireless communication terminal may aggregate a plurality of MPDUs corresponding to a plurality of TIDs to generate a multi-TID A-MPDU. The immediate response context of the multi-TID A-MPDU may be classified as follows. . . . Also, if the multi-TID A-MPDU includes only a TID that does not request an ACK or a frame that does not have a TID, the immediate response context of the corresponding multi-TID A-MPDU is DENIR. . . . In the embodiment of FIG. 17(b), the A-MPDU includes an MPDU with a TID of 1, an MPDU with a TIDR of 2, an MPDU with a TID of 3, and an action No Ack frame. Each of an MPDU with a TID of 1, an MPDU with a TID of 2, and an

316

action frame requests an immediate response. All of an MPDU with a TID of 1, an MPDU with a TID of 2, an MPDU with a TID of 3, and an action No ACK frame do not request an immediate response. Therefore, the immediate response context of the A-MPDU is DENIR.

'879 Patent, 24:18-35.

896.    In fact, Dr. Ahn confirmed that Wilus did not invent the type of TB PPDU that did not always request an immediate response.

> Q    So certain trigger-based PPDU do not require an immediate response?
> . . .
>       THE WITNESS:  Correct.
>    BY MR. YOUNG:
>    Q    **Did you or anyone else at WILUS invent those types of trigger-based PPDU that do not require an immediate response?**
>    **. . .**
>    **THE WITNESS:  No**.

Ahn Rough Dep. Tr. 116:14–117:3.

897.    In view of this, a POSITA would have recognized that the station, in response to a trigger frame, may transmit a TB PPDU that does not include an MPDU requesting an immediate response (e.g., by setting the Ack Policy of the MPDU to "No Ack").  In such a case, a POSITA would have recognized that the station would not expect to receive an immediate response because it did not request one.  As such, in such a circumstance, the station would not have conditioned setting HEMUEDCATimer[AC] or updating CWmin[AC], CWmax[AC], and AIFSN[AC] upon the receipt of the immediate response.

898.    In fact, D1.0 confirms what would be independently apparent to a POSITA based on the above-referenced sections of D1.0—D1.0 states as a "Note" that "[a] non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate response from the AP." D1.0 at 152.

| 25 | NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access |
| 26 | parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate |
| 27 | response from the AP. |

D1.0 at 152.

899.    To that end, a POSITA would have recognized that there is a few, finite number of reasonable timing choices (if an immediate response is not requsetd by the TB PPDU) for setting HEMUEDCATimer[AC] and updating CWmin[AC], CWmax[AC], and AIFSN[AC] to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP: (1) right after receiving the trigger frame, (2) after Preparing TB PPDU / beginning of TB PPDU transmission, and (3) end of the transmission of the TB PPDU.  (The choices may further include a fixed amount of time after these timing choices, but the choices remain finite and few.)



My Illustration On Potential Timing choices for setting HEMUEDCATimer[AC]
and updating CWmin[AC]

900.    The first-named inventor Dr. Ahn identified the same potential starting points:

>    Q    Can you identify all of the possible
> choices for the starting point of the timeout?
>    A    It will be difficult to describe all.
> I could look for a strong possible candidate.
>    Q    Okay.  Well, the ones that you are
> aware of, could you identify those, please?
>    A    So for in case much pick a frame AP can
> be a starting point, but as UL-OFDMA sends the
> data frame, **the data frame itself can be the
> starting of the data frame or the end of the data
> frame can also be a strong candidate**.  And **when
> they're receiving the reply frame from the data
> frame, it could -- when the reply was requested,
> data itself -- reply was requested from the data
> frame, that reply frame itself can also mark the
> start and the end of that reply frame can be
> possible candidate for the timeout point**.

318

Q    Okay.  And when you say "data frame," are you referring to the trigger based PPDU?

A    Yes, **trigger based PPDU** is correct.

Ahn Rough Dep. Tr. 56:4–23.

Q    Is that something that -- strike that.

*You would agree it is possible for the time and choice for starting the timer could be at the beginning of a trigger-based PPDU, though; correct?*

. . .

THE WITNESS:  *It can be one.*

THE CHECK INTERPRETER:  *Of.  That could be one of the choice.*

BY MR. JARVIS:

Q    Okay.  *Could another of the choices be at the end of a trigger-based PPDU?*

*A    Yes, that's also a possible choice.*

Q    Are there any other choices that you're aware of?

A    As mentioned before, *the acknowledgment frame that responds to trigger-based PPDU can also work* as a -- or *starting point of that acknowledge frame or the end point can also be the timeout* point.

Q    Okay.  Anything else?

A    Well, *you can set a specific time point to activate it, but it's not really reasonable, so I think we've covered most of the reasonable choices that I can think of right now*.

Ahn Rough Dep. Tr. 58:4–59:6.

901.    More importantly, Dr. Ahn confirmed that there is a finite number of reasonable timing choices.

902.    While Dr. Ahn stated that there may be down-stream ramifications for these choices, an engineer knowledgeable about Wi-Fi (e.g., a POSITA) would have understood such ramification and the potential timing choices:

Q    Okay.  So there are only three reasonable choices for starting the timer?

THE CHECK INTERPRETER:  (Speaking

319

Korean.)

THE WITNESS:  Well, those three are the representative, but what's important is depending on which point we start from, it could have a very impactful extent or effect.

THE CHECK INTERPRETER:  Ramifications.

THE INTERPRETER:  Ramifications or -- or have a ripple effect.

THE CHECK INTERPRETER:  While those three are the representative points, but it would depend on where the starting point is.  And based on those starting points, the ramification effect can largely vary.

BY MR. JARVIS:

Q     What are these ramifications that you are referring to?

A     So when the trigger frame sent the AP but then it has into the been received or, for example, when -- when it's sent or even when it was received, trigger frame package an AP, a frame cannot transfer -- transmit or there are various other unsuccessful instances and then channel access would eventually decrease and those kind of instances can be possible ramification.

Q     Any other ramifications that you can think of?

THE CHECK INTERPRETER:  (Speaking Korean.)

THE WITNESS:  Due to the difference in timing, it would control how many --

THE INTERPRETER:  I'm sorry.  Let me reask the witness again for the answer.

THE WITNESS:  So depending on the timing, I mean, MU-EDCA stations that are connecting or -- to the main frame of MU-EDCA is affected, and it will also affect the traffic of the general network or overall network's complexity, and so degree of condition, so it could have those kind of effect if it doesn't get adjusted.

THE CHECK INTERPRETER:  Depending on the timing, there could be difference in number of the stations that participating in MU-EDCA.  So conclusively, because of the variance in that number, it could affect the congestion of the total network.

320

BY MR. JARVIS:

*Q    Did you or anyone at WILUS investigate these ramifications?*

*A    Well, it wasn't actually investigated.*

Q    Going back to the choices for starting the timer, *would you agree that an engineer or someone familiar with Wi-Fi reading this submission here at slide 17 would have understood these being choices for starting the timer*?

A    Don't understand that there are these choices -- certain choices, but I wouldn't think they'd understand to act -- why these choices have been set or these choices were made.

. . .

THE CHECK INTERPRETER:  Check rendition:  *They may understand that there are these choices, but they may not understand as to the reason why for these choices*.

BY MR. JARVIS:

Q    *And going back to the ramifications we were just discussing, are the ramifications something you are aware of as an engineer and someone familiar with Wi-Fi?*

THE CHECK INTERPRETER:  (Speaking Korean.)

THE WITNESS:  Yes, I understand it because I'm of my knowledge -- *because of my knowledge of Wi-Fi structure*.

THE CHECK INTERPRETER:  Correct.  That is based -- that is because *I know the structure of Wi-Fi well.  That is why I understand it.*

BY MR. JARVIS:

Q    Okay.  And previously you said that an engineer may not understand why the -- certain choices are made.

Do you recall that?

A    Yes.

Q    Do you mean that an engineer may not understand why one timing choice would be better or worse than another?

. . .

THE WITNESS:  *It's possible if that person is not knowledgeable -- not well familiarized with the Wi-Fi*.

Ahn Rough Dep. Tr. 59:7-62:25.

321

903.    Given this finite choice, after transmitting a TB PPDU with an MPDU that does not require an immediate acknowledgement from an access point, it would have been obvious to a POSITA to try and implement D1.0 in Galaxy Tab S such that the device's processor is configured to set HEMUEDCATimer[AC] and update CWmin[AC], CWmax[AC], and AIFSN[AC] to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP at the end of the transmission of the TB PPDU.   Such a change to D1.0 would have been merely an obvious design choice.

904.    That said, a POSITA would have recognized that the end of TB PPDU transmission provided certain advantages over other timing choices.  Switching a station's EDCA parameter to MU EDCA parameters to reduces the station's priority in its contention for the channel resources. A POSITA would have recognized that the lowering of the priority has a few rationales.  First, the lowering of the priority gives the AP more chances to seize the channel to send the next trigger frame.  See e.g., PRIOR_ART_00001405 (IEEE 802.11-16/0998r1) at 12 ("To ensure overall improved HE STAs performance, we need to ensure that the access delay for trigger frame transmissions is short and there are no collisions. This can be achieved by the combination of: Increasing AP channel access. Decreasing STAs EDCA access when scheduled."), 16 ("The rationale behind the proposed condition is for a STA . . . to operate with the MU EDCA parameters only when it can trust that the AP will efficiently schedule its traffic with UL MU and to be able to operate with the legacy EDCA parameters when the AP has not been informed and has not yet initiated UL MU scheduling."); see also Ahn Rough Dep. Tr. 49:21-51:17 ("Q: So why use restrictive EDCA parameters for MU mode? . . . Witness: For those in UL-OFDMA, it is not the case where stations are transmitting in competition, so you can consider the situation as having obtained additional opportunity . . . Q: You would agree that people with experience in wireless

communications would have generally understood these motivations from looking at this submission, correct? . . . Witness: Yes, they can understand the motivation."). Second, the lowering of the priority promotes fairness among different stations because the station scheduled for UL MU already has opportunity to send data through UL MU transmissions (i.e., through a TB PPDU) in addition to being able to send data through the EDCA contention process.  *See, e.g.*, PRIOR_ART_00001357 (IEEE 802.11-16/0963r3 ("Ma 0963")) ("AP broadcasts EDCA parameters to constrain associated STAs from accessing channel for a certain period.").

905.    Considering these rationales, a POSITA would have been motivated to select the end of the transmission of the TB PPDU as the time point for setting HEMUEDCATimer[AC] and updating CWmin[AC], CWmax[AC], and AIFSN[AC] to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP.   First, a POSITA would have recognized that this timing choice maximizes the AP's opportunity to seize the channel for the next trigger frame.  Second, a POSITA would have recognized that the transmission of the TB PPDU can fail.  For example, Clear Channel Assessment (CCA) may indicate that the medium is busy.  In that case, the station may miss the trigger opportunity, and in that circumstance, it would not be fair to the station to lower its priority for EDCA contention process because the station has not been able to utilize the scheduled UL MU communications.  Accordingly, while the timing choice for setting HEMUEDCATimer[AC] and updating CWmin[AC], CWmax[AC], and AISFN[AC] is merely a design choice with a finite number of reasonable choices, the end of TB PPDU transmission presents several benefits over other choices that a POSITA would have been able to recognize.

906.    A POSITA would have had a reasonable expectation of success in making this change to the implementation of D1.0 in Galaxy Tab S because the updating

HEMUEDCATimer[AC] itself is already specified by D1.0. The only change is when to update it. Moving the updating HEMUEDCATimer[AC] to the end of TB PPDU transmission is straightforward because implementation timing hooks (e.g., TXOP end) are already available in 802.11 MAC/PHY stacks. No new protocol element or PHY capability is required.

907.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim limitation.

### (8)    [1g ] when the MPDU included in the trigger-based PPDU requests an immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received

908.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

909.    As I explained above, HEMUEDCATimer[AC] is the second parameter set timer for an access category (identified by [AC]) of the MPDU. Further, D1.0 discloses that when "[a]n UL MU capable non-AP STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its . . . HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated for all the ACs from which QoS Data frame were transmitted in the HE trigger-based PPDU." D1.0 at 152. As I explained above, when the station "updates" HEMUEDCATimer[AC], the station is setting the HEMUEDCATimer[AC] because D1.0 discloses that HEMUEDCATimer[AC] starts when it is updated with a non-zero value.

910.    That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element. For example, the first-named inventor Dr. Ahn testified as much:

> Q    So that is talking about starting *the timer when the trigger-based PPDU does request a*

*new response*; correct?

. . .

THE WITNESS: *Yes, it looks that way*.

BY MR. YOUNG:

. . .

BY MR. YOUNG:

Q    *Did you or WILUS invent that concept*?

. . .

THE WITNESS: *No*.

Ahn Rough Dep. Tr. 166:6–25.

Q    What is an immediate response?

A    In Wi-Fi, immediate response means --
and specifically PDU when it's -- it's
transmitted, it's interface -- interface space
that have been transmitted on top of interface
that's called pix.

THE CHECK INTERPRETER:  Check
rendition:  (Speaking Korean.)

Immediate response is a general concept
that is being used in Wi-Fi where SIFs, S-I-F-S,
which is an interface pacing that is transmitted,
after the interface pacing, it's a frame within a
particular PPDU.  And that is referred to as
immediate response.

BY MR. YOUNG:

Q    *And, Dr. Ahn, you did not invent that
general concept; correct?*

A    *No.*

Q    *"No" that you did not invent the
general concept?*

A    *Right.  It's not something I invented.*

Q    *Did you or anyone at WILUS came up with
the idea that the trigger-based PPDU should send
an immediate response?*

A    *No.*

Ahn Rough Dep. Tr. 115:7–116:6.

911.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim

limitation.

**(9)    [1h] when the second parameter set timer expires,
terminate an application of the second parameter set**

912.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

913.    D1.0. discloses that when "HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC] either to the value that are contained in the most recently received EDCA Parameter Set element . . . or to the values contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received." D1.0. at 152.  Because the station had previously "update[d] its CWmin[AC], CWmax[AC], AIFSN[AC] . . . state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP," D1.0 at 152, updating "CWmin[AC], CWmax[AC], and AIFSN[AC] to different values terminates the application of the values in the MU EDCA Parameter Set element.  D1.0 at 152.

---

**27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs**

An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE trigger-based PPDU.

Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero.

NOTE 1—A non-AP STA that sends a frame to the AP with an OMI A-Control field containing a value of 1 in the UL MU Disable field does not participate in UL MU operation, as such it is exempt from updating its EDCA access parameters to the values contained in the MU EDCA Parameter Set element.

NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate response from the AP.

When the HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC] either to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP to which the STA is associated, or to the values contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received.

---

D1.0 at 152.

914.    That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element.  For example, the first-named inventor Dr. Ahn testified as much:

> Q    Going to the next sentence, ***When the second parameter set expires, terminate an application of the second parameter set.  Did you or WILUS invent that concept?***
>
> . .
>
> THE WITNESS:  ***No***.

Ahn Rough Dep. Tr. 167:2–8.

915.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim limitation.

> **(10)    [1i] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

916.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

917.    As explained above, CWmin[AC], CWmax[AC], AIFN[AC] are state variables used by a station for contending for channel access.   Thus, D1.0 discloses that a station accesses a channel according to the parameter set, which includes CWmin[AC], CWmax[AC], AIFN[AC]. See, D1.0 at 128–29 (Section 10.22.2.2. EDCA backoff procedure), 152 (Section 27.2.3. Obtaining an EDCA TXOP for UL MU capable STAs).

918.    Further, as explained above, D1.0 discloses that CWmin[AC], CWmax[AC], AIFN[AC] are specific to an access category (identified by [AD]) of an MPDU.  An access category of an MPDU is associated with the priority of the data included in the MPDU.  See, e.g., D1.0 at 49 (mentioning "higher priority ACs"), 134 (mentioning "AC of lower priority"), 142 (mentioning "the highest priority AC"), 194 (mentioning "AC that has a higher priority with respect to the primary AC").   Thus, by disclosing the use of CWmin[AC], CWmax[AC], AIFN[AC] state variables that are specific to an access category, D1.0 also discloses accessing a channel according to a priority of data to be transmitted to the base communication terminal.

The Preferred AC subfield indicates the AC that is recommended for aggregation of MPDUs of ACs belonging to the same AC as indicated or higher priority AC(s) within a multi-TID A-MPDU sent as a response to the Trigger frame (see 9.3.1.23 (Trigger frame format)). The encoding of the Preferred AC subfield is shown in Table 9-25i (Preferred AC subfield encoding).

**Table 9-25i—Preferred AC subfield encoding**

| Value | Description |
|-------|-------------|
| 0 | AC_VO |
| 1 | AC_VI |
| 2 | AC_BE |
| 3 | AC_BK |

D1.0 at 49.

**10.22.4.2.3 Procedure at non-AP STAs**

*Change the 8th paragraph as follows:*

The MPDUExchangeTime equals the time required to transmit the MPDU sequence. For the case of an MPDU transmitted with Normal Ack policy and without RTS/CTS protection, this equals the time required to transmit the MPDU plus the time required to transmit the expected response frame plus one SIFS. Frame exchange sequences for Management frames and the HE trigger-based PPDU are excluded from the used_ time update. If the used_time value reaches or exceeds the admitted_time value, the corresponding EDCAF shall no longer transmit QoS Data frames or QoS Null MPDUs using the EDCA parameters for that AC as specified in the QoS Parameter Set element. However, a STA may choose to temporarily replace the EDCA

parameters for that EDCAF with those specified for an AC of lower priority, if no admission control is required for those ACs.

D1.0 at 133–134.

For a STA using U-APSD, the AP transmits one BU destined for the STA from any AC that is not delivery-enabled in response to PS-Poll frame from the STA. The AP should transmit the BU from the highest priority AC that is not delivery-enabled and that has a buffered BU. When all ACs associated with the STA are delivery-enabled, the AP transmits one BU from the highest priority AC that has a BU.

D1.0 at 142.

— When any of the buffers is empty or when no more MPDUs can be aggregated in the A-MPDU from any of the TIDs that correspond to the primary AC then the A-MPDU may additionally contain one or more MPDUs with TIDs that do not correspond to the primary AC if the TIDs correspond to any AC that has a higher priority with respect to the primary AC and the addition of these MPDUs does not cause the STA to exceed the current TXOP duration

D1.0 at 194.

328

## 10.22 HCF

### 10.22.2 HCF contention based channel access (EDCA)

#### 10.22.2.2 EDCA backoff procedure

*Change the 2nd paragraph as follows:*

For the purposes of this subclause, transmission failure of an MPDU is defined as follows:

— After transmitting an MPDU (even if it is carried in an A-MPDU or as part of a VHT MU PPDU that is sent using TXVECTOR parameter NUM_USERS > 1) that requires an̶ one or more immediate response:

— The STA shall wait for a timeout interval of duration aSIFSTime + aSlotTime + aRxPHYStart-Delay, starting when the MAC receives a PHY-TXEND.confirm primitive. If a PHY-RXSTART.indication primitive does not occur during the timeout interval, the transmission of the MPDU has failed.

— If a PHY-RXSTART.indication primitive does occur during the timeout interval, the STA shall wait for the corresponding PHY-RXEND.indication primitive to recognize a̶ one or more valid response MPDU̲s (see Annex G) that either does not have a TA field or is sent by the̶ one or more recipients of the MPDU requiring a response. If anything else, including any other valid frame, is recognized, the transmission of the MPDU has failed.

— The nonfinal (re)transmission of an MPDU that is delivered using the GCR unsolicited retry retransmission policy (10.22.2.11.2 (Unsolicited retry procedure))) is defined to be a failure.

— In all other cases, the transmission of the MPDU has not failed.

*Change the last paragraph as follows:*

If the backoff procedure is invoked for reason c), d), e) or f) above, or the transmission failure of a non-initial frame by the TXOP holder], the value of CW[AC] shall be updated as follows before invoking the backoff procedure:

— If the QSRC[AC] or the QLRC[AC] has reached dot11ShortRetryLimit or dot11LongRetryLimit respectively, CW[AC] shall be reset to CWmin[AC].

— If dot11RobustAVStreamingImplemented is true and either the QSDRC[AC] or the QLDRC[AC] has reached dot11ShortDEIRetryLimit or dot11LongDEIRetryLimit, respectively, CW[AC] shall be reset to CWmin[AC].

— Otherwise,

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1) × 2 − 1.

— If CW[AC] is equal to CWmax[AC], CW[AC] shall be left unchanged.

— For an HE STA, if CW[AC] is greater than CWmax[AC], CW[AC] shall be set to CWmax[AC].

D1.0 at 128–29.

---

**27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs**

An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE trigger-based PPDU.

Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero.

NOTE 1—A non-AP STA that sends a frame to the AP with an OMI A-Control field containing a value of 1 in the UL MU Disable field does not participate in UL MU operation, as such it is exempt from updating its EDCA access parameters to the values contained in the MU EDCA Parameter Set element.

NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate response from the AP.

When the HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC] either to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP to which the STA is associated, or to the values contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received.

---

D1.0 at 152.

919.    As relevant here, Wilus's infringement contentions cite the portions of 802.11ax-2021 that are substantially similar to the portions of D1.0 that are reference here.  See, e.g., Infringement Contentions, Ex. D at 2–3 (citing IEEE 802.11ax-2021 §§ 26.2.7 & 10.23.2.2).

| [1i] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set. | In the Accused Products, the processor is configured to "access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set": |
|---|---|
| | A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.

The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment.

(IEEE 802.11ax-2021, § 26.2.7) |

330

| Issued Claim(s) | Public Documentation |
|---|---|
| | **10.23.2 HCF contention based channel access (EDCA)**<br><br>**10.23.2.2 EDCA backoff procedure**<br><br>(IEEE 802.11-2020, § 10.23.2.2) |

920.     That a prior art reference discloses this element is unsurprising given that Wilus or the listed inventors did not conceive of this element.  For example, the first-named inventor Dr. Ahn testified as much:

> Q    Just going to the last sentence, ***Access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and a parameter set***.
>          Do you see that sentence?
> A    **Yes**.
> Q    Did you or WILUS invent that concept?
>       . . .
> THE WITNESS:  **No**.

Ahn Rough Dep. Tr. 167:17–168:1.

921.     Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim limitation.

> **b)      Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.**

922.     It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

923.     D1.0 discloses that "[a]n UL MU capable non-AP STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP

to which the STA is associated for all the ACs from which **_QoS Data frame were transmitted in_**

**_the HE trigger-based PPDU_**." D1.0 at 152.

---

**27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs**

An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field
with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-
based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state
variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the
AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE
trigger-based PPDU.

Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero.

NOTE 1—A non-AP STA that sends a frame to the AP with an OMI A-Control field containing a value of 1 in the UL
MU Disable field does not participate in UL MU operation, as such it is exempt from updating its EDCA access
parameters to the values contained in the MU EDCA Parameter Set element.

NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access
parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate
response from the AP.

When the HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the
CWmin[AC], CWmax[AC] and AIFSN[AC] either to the values that are contained in the most recently
received EDCA Parameter Set element sent by the AP to which the STA is associated, or to the values
contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received.

---

D1.0 at 152.

924.     Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim

limitation.

> **c)     Claim 3: The wireless communication terminal of claim 1,
> wherein the processor is configured to receive a beacon frame from
> the base wireless communication terminal and obtain information
> indicating a period of the second parameter set timer from the beacon
> frame.**

925.     It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

926.     D1.0 discloses that "[a]n UL MU capable non-AP STA that receives a Basic

Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an

immediate response from the AP for the transmitted Trigger-based PPDU, shall update its

CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the

values contained in the most recently received MU EDCA Parameter Set element sent by the AP

to which the STA is associated for all the ACs from which QoS Data frame were transmitted in

332

the HE trigger-based PPDU."  D1.0 at 152.  D1.0 further discloses that "an HE AP may change

the EDCA access parameters for HE non-AP STAs that are UL MU capable, by including an MU

EDCA Parameter Set element in the ***Beacon frame***, Probe Response frame, and (Re-)Association

Response frame."  D1.0 at 113.

---

**27.2.3 Obtaining an EDCA TXOP for UL MU capable STAs**

An UL MU capable non-AP HE STA that receives a Basic Trigger frame that contains a Per User Info field with the AID of the STA, and that receives an immediate response from the AP for the transmitted Trigger-based PPDU, shall update its CWmin[AC], CWmax[AC], AIFSN[AC] and HEMUEDCATimer[AC] state variables to the values contained in the most recently received MU EDCA Parameter Set element sent by the AP to which the STA is associated, for all the ACs from which QoS Data frames were transmitted in the HE trigger-based PPDU.

Each HEMUEDCATimer[AC] shall uniformly count down to 0 when its value is nonzero.

NOTE 1—A non-AP STA that sends a frame to the AP with an OMI A-Control field containing a value of 1 in the UL MU Disable field does not participate in UL MU operation, as such it is exempt from updating its EDCA access parameters to the values contained in the MU EDCA Parameter Set element.

NOTE 2—A non-AP STA that sends a QoS Data frames with Ack policy set to No Ack updates its EDCA access parameters to the values contained in the MU EDCA Parameter Set element irrespective of receiving immediate response from the AP.

When the HEMUEDCATimer[AC] reaches zero, then the HE non-AP UL MU capable STA may update the CWmin[AC], CWmax[AC] and AIFSN[AC] either to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP to which the STA is associated, or to the values contained in the default dot11EDCATable if an EDCA Parameter Set element has not been received.

---

D1.0 at 152.

---

1
2      **10. MAC sublayer functional description**
3
4      **10.2 MAC architecture**
5
6      **10.2.4 Hybrid coordination function (HCF)**
7
8
9      **10.2.4.2 HCF contention based channel access (EDCA)**
10
11
12     ***Insert the following after the 4th paragraph (the 4th paragraph begins "The QoS AP shall announce the***
13     ***EDCA parameters..."):***
14
15     In addition, an HE AP may change the EDCA access parameters for HE non-AP STAs that are UL MU
16     capable, by including an MU EDCA Parameter Set element in the Beacon frame, Probe Response frame,
17     and (Re-)Association Response frame. An HE non-AP STA that receives an MU EDCA Parameter Set ele-
18     ment from its associated AP follows the rules defined in 27.2.3 (Obtaining an EDCA TXOP for UL MU
19     capable STAs).
20
21

---

D1.0 at 113.

927.    Based on these disclosures, Galaxy Tab S in view of D1.0 discloses this claim

limitation.

**d)      Claim 4**

**(1)    [4pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW)**

928.    It is my opinion that Galaxy Tab S and/or D1.0 discloses this limitation.

929.    First, Galaxy Tab S implements this limitation as described in IEEE 802.11-2012. As noted above, the source code is the only certain way to determine whether a particular feature of IEEE 802.11ac-2013 and/or 802.11-2012 is implemented in a device, especially if the feature is newly introduced in 802.11ac-2013.    *See* § VII.B.1.    However, a POSITA would have understood that certain portions of IEEE 802.11ac-2013 and 802.11-2012 are foundational and thus implemented on all Wi-Fi Alliance certified devices, including Galaxy Tab S.    *Id.*    As described above, one such process is the exponential backoff contention process. *Id.*

930.    IEEE 802.11-2012 describes the exponential backoff contention process as follows.

---

**9.19.2.5 EDCA backoff procedure**

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC].

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1)×2 − 1.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall remain unchanged for the remainder of any retries.

The backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0,CW[AC]] inclusive.

---

PRIOR_ART_00060668 at -1643–44 (IEEE 802.11-2012).

---

**9.19.2.3 Obtaining an EDCA TXOP**

Each channel access timer shall maintain a backoff function (timer), which has a value measured in backoff slots.

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

AIFS[AC] = AIFSN[AC] × aSlotTime + aSIFSTime.

---

PRIOR_ART_00060668 at -1640 (IEEE 802.11-2012).

931.    In IEEE 802.11ac-2013 the process remains the same.

---

**9.19.2.5 EDCA backoff procedure**

*Change 9.19.2.5 as follows:*

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC].

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1)*2 − 1.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall remain unchanged for the remainder of any retries.

The backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0,CW[AC]] inclusive.

---

PRIOR_ART_00002735 at -917 (IEEE 802.11ac-2013); *see also* PRIOR_ART_00002735 at -912 (making no changes to 802.11-2012's Section 9.19.2.3 Obtaining EDCA TXOP).

932.    Pertinent to this limitation, both IEEE 802.11-2012 and IEEE 802.11ac-2013 each discloses that "[t]he backoff timer is set to an integer value chosen ***randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive***."   PRIOR_ART_00060668 at -1643–44 (IEEE 802.11-2012); PRIOR_ART_00002735 at -917 (IEEE 802.11ac-2013).  CW[AC] refers to the contention window for the access category [AC].

933.    Accordingly, in my opinion, a POSITA would have understood that Samsung Galaxy Tab S implemented the above-referenced exponential back as set forth in 802.11ac-2013 and 802.11-2012 (and unchanged in 802.11-2016).

934.    Second, D1.0 also discloses this limitation based on the disclosure of IEEE 802.11-2016, which is incorporated by reference to D1.0. *See* § VII.B.2.  A POSITA would have recognized that the Galaxy Tab S could be modified to implement the exponential backoff contention process as described in 802.11-2016 (which is incorporated by reference in D1.0).  *See* § VII.B.2.

935.    IEEE 802.11-2016 discloses:

---

**10.22.2.2 EDCA backoff procedure**

Each EDCAF shall maintain a state variable CW[AC], which shall be initialized to the value of the parameter CWmin[AC], for that EDCAF's AC.

---

— If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1) × 2 − 1.
— If CW[AC] is equal to CWmax[AC], CW[AC] shall be left unchanged.

---

When the backoff procedure is invoked, the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range 0 to CW[AC].

---

**10.22.2.4 Obtaining an EDCA TXOP**

Each EDCAF shall maintain a backoff timer, which has a value measured in backoff slots as described below.

When the backoff procedure is invoked, the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range 0 to CW[AC].

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

AIFS[AC] = AIFSN[AC] × aSlotTime + aSIFSTime.

---

PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016).

936.    Pertinent to this limitation, IEEE 802.11-2016 discloses that "the backoff timer is set to an integer value chosen ***randomly with a uniform distribution taking values in the range [0, CW[AC]]***."   PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016).   CW[AC] refers to the contention window for the access category [AC].   Accordingly, in my opinion, a POSITA would have understood that D1.0 discloses this limitation.

937.    Third, to the extent D1.0 is considered to not incorporate by reference the content of IEEE 802.11-2016, D1.0 renders obvious this limitation.  D1.0 discloses an exponential backoff procedure for OFDMA Random Access.  D1.0 discloses that a OFDMA Backoff (OBO) counter is initialized to "***a random value in the range of 0 and OCWmin***." D1.0 at 173.  "If the HE trigger-based PPDU is not successfully transmitted in the randomly selected RU, the STA shall update its OCW to 2xOCW + 1 for every retransmission, until the OCW reaches the value of OCWmax."

336

D1.0 at 174. "Once the OCW reaches OCWmax for successive retransmission attempts, the OCW shall remain at the value of OCWmax until the OCW is reset." D1.0 at 174.

938.    It would have been obvious for a POSITA would adapt the OFDMA Random Access backoff procedure as the non-OFDMA EDCA procedure. D1.0 already discloses that the EDCA process for non-OFDMA Random Access already involves the use of CWmin[AC], CWmax[AC]. A POSITA would have recognized that CWmin[AC] and CWmax[AC] serve the same role as OCWmin and OCWmax, respectively, in that they impose an initial and a maximum value of the contention window. Thus, in view of D1.0's OFDMA Random Access procedure, a POSITA would have used the same process to set the contention window value based on CWmin[AC] and CWmax[AC].

939.    More specifically, it would have been obvious for a POSITA to use, for the non-OFDMA EDCA procedure, the backoff counter from the OFDMA Random Access procedure by initializing it to a random value in the range of 0 and CWmin[AC], instead of OCWmin. Then, if the HE trigger-based PPDU is not successfully transmitted in the randomly selected RU, it would have been obvious for a POSITA to update the contention window to 2xCW[AC] + 1 (instead of 2xOCW + 1) for every retransmission, until the 2xCW[AC] (instead of 2xOCW) reaches the value of CWmax[AC] (instead of OCWmax). Finally, it would have been obvious for a POSITA that once the CW[AC] (instead of OCW) reaches CWmax[AC] (instead of OCWmax) for successive retransmission attempts, the CW[AC] (instead of OCW) should remain at the value of CWmax[AC] (instead of OCWmax) until the CW[AC] (instead of OCW) is reset.

940.    A POSITA would have recognized that the resource element for OFDM is defined as a fixed number of carriers over a slot time. Thus, when the OFDMA Random Access is adapted for OFDM random access, the channel access would have been based on a slot time.

941.    A POSITA would have been motivated to make such a modification because it would have been obvious to try in view of both the non-OFDMA EDCA process and OFDMA Random Access procedure using contention windows and variables to set the initial and maximum values of such windows.  A POSITA would have also been motivated to make such a modification because the POSITA would have recognized such a procedure helps a network stay stable when more than one device is trying to talk at the same time.  After a collision, if every station immediately tried again using the same small timing range, many of them would pick similar retry moments and collide again, wasting airtime over and over.  Thus, by expanding the contention window after each failure, exponential backoff spreads retry attempts across a wider span of time, which makes repeated collisions much less likely.

942.    Further, a POSITA would have recognized the benefit of the exponential backoff procedure adapting to how crowded the channel is—when the network is quiet, devices usually succeed quickly and keep their contention windows small, so they don't wait long and latency stays low. When the network is busy and collisions happen, the contention windows grow, which reduces the collision rate and prevents the network from spiraling into a "collision storm" where throughput collapses because so much time is spent retransmitting.

**27.5.2.6.2 Random access procedure**

In this subclause, the random access procedure is described with respect to UL OFDMA contention parameters. The procedure is also illustrated in Figure 27-1 (Illustration of the UL OFDMA-based random access procedure). The OFDMA contention window (OCW) is an integer with an initial value of OCWmin.



**Figure 27-1—Illustration of the UL OFDMA-based random access procedure**

An HE AP indicates the values of OCWmin and OCWmax in the RAPS element in a Beacon or Probe Response frame for the random access operation. OCWmax is the upper limit of OCW.

For an initial HE trigger-based PPDU transmission or following a successful HE trigger-based PPDU transmission, when an HE STA obtains the value of OCWmin from the HE AP indicated in the RAPS element, it shall set the value of OCW to the OCWmin and shall initialize its OBO counter to a random value in the range of 0 and OCWmin.

For an HE STA, if the OBO counter is smaller than the number of RUs assigned to AID value 0 in a Trigger frame, then the HE STA shall decrement its OBO counter to zero. Otherwise, the HE STA decrements its OBO counter by a value equal to the number of RUs assigned to AID value 0 in a Trigger frame. For instance, as shown in Figure 27-1 (Illustration of the UL OFDMA-based random access procedure), HE STA 1 and HE STA 2 decrement their nonzero OBO counters by 1 in every RU assigned to AID value 0 for random access within the Trigger frame.

For an HE STA, if the OBO counter is 0 or if the OBO counter decrements to 0, then the STA randomly selects one of the RUs assigned to AID value 0If the selected RU is idle as a result of both physical and virtual carrier sensing as defined in subclause 27.5.2.4 (UL MU CS mechanism), the HE STA transmits its HE trigger-based PPDU in the randomly selected RU. If the selected RU is considered busy as a result of either physical or virtual carrier sensing, then the HE STA shall not transmit its HE trigger-based PPDU in the randomly selected RU and it randomly selects any one of the RUs that are assigned to AID value 0 in the subsequent Trigger frame. If the OBO counter is not zero and does not decrements to 0, the STA resumes with its OBO counter in the next Trigger frame with RUs assigned for random access.

If the HE trigger-based PPDU is successfully transmitted in the randomly selected RU, then the STA shall set its OCW to OCWmin.

NOTE—If the transmitted HE trigger-based PPDU does not solicit an immediate response, then the STA follows the OCW reset rule that applies to successful transmission.

The MU acknowledgment procedure for random access follows the procedure as defined in 10.3.2.10.3 (Acknowledgement procedure for an UL MU transmission).

D1.0 at 173.



The OCW Range field indicates the minimum and maximum values of the OCW (OFDMA contention window) derived from the fields defined in Figure 9-589cu (OCW Range field format).

**Figure 9-589cu—OCW Range field format**

The EOCWmin field indicates the minimum value of OCW for the initial HE trigger-based PPDU transmission using UL OFDMA-based random access. The OCWmin parameter is used by a STA either for an initial transmission or following a successful HE trigger-based PPDU transmission and is derived from the value in the EOCWmin field as

$$OCWmin = 2^{EOCWmin} - 1$$

The EOCW_max field indicates the maximum value of OCW for UL OFDMA-based random access. The OCW_max parameter used by a STA for its retransmission attempts of UL OFDMA-based random access is derived from the value in the EOCWmax field as

$$OCWmax = 2^{EOCWmax} - 1$$

D1.0 at 93.

943.    Accordingly, in my opinion, Galaxy Tab S in view of D1.0 discloses this limitation.

### (2)    [4a] set a backoff timer based on the random integer value

944.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

945.    As discussed above, in my opinion, the exponential backoff procedure as described in IEEE 802.11-2012 and 802.11ac-2013 are implemented in Galaxy Tab S.  See, § VII.B.1. Pertinent to this limitation, IEEE 802.11-2012 and IEEE 802.11ac-2013 each discloses that the "***backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range [0, CW[AC]] inclusive***." PRIOR_ART_00060668 at -1643–44 (IEEE 802.11-2012); PRIOR_ART_00002735 at -917 (IEEE 802.11ac-2013).  Thus, Galaxy Tab S discloses this limitation.

946.    Furthermore, as discussed above, the exponential backoff procedure as described in IEEE 802.11-2016 is incorporated by reference in D1.0. See, § VII.B.1.  Pertinent to this limitation, IEEE 802.11-2016 discloses that "***the backoff timer is set to an integer value chosen***

*randomly with a uniform distribution taking values in the range 0 to CW[AC].*"
PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016). Thus, D1.0 discloses this limitation.

947. In addition, as discussed above, it would have been obvious for a POSITA to modify D1.0 and/or Galaxy Tab S to implement as the non-OFDMA EDCA procedure the OFDMA Random Access process disclosed in D1.0. *See*, § VII.B.1. Pertinent to this limitation, D1.0 discloses that a station "*shall initialize its OBO counter to a random value in the range of 0 and OCWmin*." D1.0 at 173. Thus, in view of this disclosure, D1.0 renders obvious this limitation.

948. Accordingly, Galaxy Tab S in view of D1.0 discloses this limitation.

### (3)    [4b] access the channel based on the back off timer and a predetermined slot time

949. It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

950. As discussed above, in my opinion, the exponential backoff procedure as described in IEEE 802.11-2012 and 802.11ac-2013 are implemented in Galaxy Tab S. See, § VII.B.1. Pertinent to this limitation, IEEE 802.11-2012 and IEEE 802.11ac-2013 each discloses the "Obtaining an EDCA TXOP" section, which discloses accessing the channel based on the backoff timer ("backoff function (timer)") and slot time ("aSlotTime").

---

**9.19.2.3 Obtaining an EDCA TXOP**

Each channel access timer shall maintain a backoff function (timer), which has a value measured in backoff slots.

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

$$AIFS[AC] = AIFSN[AC] \times aSlotTime + aSIFSTime.$$

---

PRIOR_ART_00060668 at -1640 (IEEE 802.11-2012); *see also*
PRIOR_ART_00002735 at -912 (making no changes to 802.11-2012's Section
9.19.2.3 Obtaining EDCA TXOP).

951. Thus, Galaxy Tab S discloses this limitation.

952.    Furthermore, as discussed above, the exponential backoff procedure as described in IEEE 802.11-2016 is incorporated by reference in D1.0.  *See*, § VII.B.1.  Pertinent to this limitation, IEEE 802.11-2016 discloses "Obtaining an EDCA TXOP" section, which discloses accessing the channel based on the backoff timer ("backoff function (timer)") and slot time ("aSlotTime").

---

**10.22.2.4 Obtaining an EDCA TXOP**

Each EDCAF shall maintain a backoff timer, which has a value measured in backoff slots as described below.

When the backoff procedure is invoked, the backoff timer is set to an integer value chosen randomly with a uniform distribution taking values in the range 0 to CW[AC].

The duration AIFS[AC] is a duration derived from the value AIFSN[AC] by the relation

$$AIFS[AC] = AIFSN[AC] \times aSlotTime + aSIFSTime.$$

---

PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016).

953.    Thus, D1.0 discloses this limitation.

954.    In addition, as discussed above, it would have been obvious for a POSITA to modify D1.0 and/or Galaxy Tab S to implement as the non-OFDMA EDCA procedure the OFDMA Random Access process disclosed in D1.0.  See, § VII.B.1.  Pertinent to this limitation, D1.0 discloses that "if the OBO counter is 0 or if the OBO counter decrements to 0, then the STA randomly selects one of the RUs assigned to AID value." D1.0 at 173.  "If the selected RU is idle . . ., the HE STA transmits its HE trigger-ased PPDU in the randomly selected RU." *Id.*  The OBO would have been adapted for OFDM random access as a "backoff counter" and a POSITA would have recognized that the resource element for OFDM is defined as a fixed number of carriers over a slot time.  Thus, when the OFDMA Random Access is adapted for OFDM random access, the channel access would have been based on a slot time.  Thus, in view of this disclosure, D1.0 renders obvious this limitation.

955.    Accordingly, Galaxy Tab S in view of D1.0 discloses this limitation.

**(4)      [4c] wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW**

956.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

957.    As discussed above, in my opinion, the exponential backoff procedure as described in IEEE 802.11-2012 and 802.11ac-2013 are implemented in Galaxy Tab S.  See, § F.1.d.1. Pertinent to this limitation, IEEE 802.11-2012 and IEEE 802.11ac-2013 each discloses state variables CWmin[AC] and CWmax[AC].  PRIOR_ART_00060668 at -1643–44 (IEEE 802.11-2012); PRIOR_ART_00002735 at -917 (IEEE 802.11ac-2013).  Thus, Galaxy Tab S discloses this limitation.

958.    Furthermore, as discussed above, the exponential backoff procedure as described in IEEE 802.11-2016 is incorporated by reference in D1.0. See, § F.1.d.1.  Pertinent to this limitation, IEEE 802.11-2016 discloses state variables CWmin[AC] and CWmax[AC]. PRIOR_ART_00003160 at -4539–40 (IEEE 802.11-2016).

959.    Moreover, D1.0 itself also discloses the state variables CWmin[AC] and CWmax[AC]. *See* D1.0 at 129.

| 43 | *Change the last paragraph as follows:* |
|----|------|
| 44 | |
| 45 | |
| 46 | If the backoff procedure is invoked for reason c), d), e) or f) above, or the transmission failure of a non-ini- |
| 47 | tial frame by the TXOP holder], the value of CW[AC] shall be updated as follows before invoking the back- |
| 48 | off procedure: |
| 49 | |
| 50 | — If the QSRC[AC] or the QLRC[AC] has reached dot11ShortRetryLimit or dot11LongRetryLimit |
| 51 | respectively, CW[AC] shall be reset to CWmin[AC]. |
| 52 | |
| 53 | — If dot11RobustAVStreamingImplemented is true and either the QSDRC[AC] or the QLDRC[AC] |
| 54 | has reached dot11ShortDEIRetryLimit or dot11LongDEIRetryLimit, respectively, CW[AC] shall be |
| 55 | reset to CWmin[AC]. |
| 56 | |
| 57 | — Otherwise, |
| 58 | — If CW[AC] is less than CWmax[AC], CW[AC] shall be set to the value (CW[AC] + 1) × 2 − 1. |
| 59 | |
| 60 | — If CW[AC] is equal to CWmax[AC], CW[AC] shall be left unchanged. |
| 61 | = For an HE STA, if CW[AC] is greater than CWmax[AC], CW[AC] shall be set to |
| 62 | CWmax[AC]. |
| 63 | |

D1.0 at 129.

960.    In addition, as discussed above, it would have been obvious for a POSITA to modify D1.0 and/or Galaxy Tab S to implement as the non-OFDMA EDCA procedure the OFDMA Random Access process disclosed in D1.0.  *See*, § F.1.d.1.  Pertinent to this limitation, D1.0 discloses OCWmin and OCWmax, which may be adapted for non-OFDMA Random Access. D1.0 at 173.  Thus, in view of this disclosure, D1.0 renders obvious this limitation.

961.    Accordingly, Galaxy Tab S in view of D1.0 discloses this limitation.

### e)    Claim 5

#### (1)    [5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)

962.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VII.E.1.d.(1).

963.

#### (2)    [5a] set a backoff timer based on the random integer value

964.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VII.E.1.d.(2).

#### (3)    [5b] access the channel based on the back off timer and a predetermined slot time

965.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VII.E.1.d.(3).

#### (4)    [5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax

966.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.

967.    I incorporate my discussion with respect to [4c] here. See, § VII.E.1.d.(4).

968.    As discussed above, in my opinion, the exponential backoff procedure as described in IEEE 802.11-2012 and 802.11ac-2013 are implemented in Galaxy Tab S.  See, § VII.B.1. Furthermore, as discussed above, the exponential backoff procedure as described in IEEE 802.11-2016 is incorporated by reference in D1.0. See, § VII.B.1.  In addition, as discussed above, it would have been obvious for a POSITA to modify D1.0 and/or Galaxy Tab S to implement as the non-OFDMA EDCA procedure the OFDMA Random Access process disclosed in D1.0.  See, § VII.B.1. F.1.d.1.

969.    IEEE 802.11-2012, 802.11ac-2013, 802.11-2016, and D1.0's OFDMA Random Access Procedure do not disclose what happens to CW[AC] or OCW when it is *greater* than CWmax[AC] or OCWmax.  However, it would have been obvious to a POSITA to modify IEEE 802.11-2012, 802.11ac-2013, 802.11-2016, D1.0's OFDMA Random Access Procedure to cover the condition where CW[AC] (or OCW) is not exactly equal to CWmax[AC] (or OCWmax), but exceeds CWmax[AC] (or OCWmax).

970.    A POSITA would have been motivated to make such a modification because a POSITA would have recognized that it is good programming practice to ensure that all conditional possibilities are covered in its code, not just when the CW[AC] is smaller or equal to CWmax[AC]. While CW[AC] increases at a predictable rate (i.e., according to formula (CW[AC]+1)x2-1), CWmax[AC] is provided to the station by an AP, which is external to—and not within the control of—the station.  A POSITA would have recognized that when a station is dealing with a value obtained from an external system, good programming practice would have led the POSITA to account for the situation where the CW[AC] exceeds CWmax[AC], even if CW[AC] is not expected to exceed CWmax[AC].  For example, a POSITA would have recognized that the station may interface with an external access point that could have been programmed incorrectly (e.g.,

non-Wi-Fi Alliance certified access points) to send a beacon frame with the CWmax[AC] value

that falls outside the expected values of CW[AC].    *See, e.g.*, PRIOR_ART_00003160 at -3855

(IEEE 802.11-2016 Section 9.3.3.3 Beacon frame format specifying "EDCA Parameter Set"

element to send EDCA Parameters from AP to a station); PRIOR_ART_00060668 at -1184 (IEEE

802.11-2012 Section 8.3.3.2 Beacon frame format specifying "EDCA Parameter Set" element to

send EDCA Parameters from AP to a station).  In such a case, a POSITA would have recognized

that the station's CW[AC] would continue to grow exponentially beyond CWmax[AC]—an

undesirable result that would have been recognized by a POSITA.  To that end, given that

CWmax[AC] sets the upper limit for CWmax[AC], a POSITA would have programmed the station

to set the CW[AC] to CWmax[AC] when CW[AC] exceeds CWmax[AC].

971.    Additionally, or alternatively, a POSITA would have been motivated to make such

a modification because EDCA parameters—including CWmin and CWmax—are not fixed values

but are supplied by the AP in the EDCA Parameter Set element, which is carried in Beacon and

Probe Response frames. When the AP modifies any AC parameter, including CWmin or CWmax,

the EDCA Parameter Set Update Count is incremented to signal that a new EDCA parameter set

is in effect. See IEEE 802.11-2012 §8.4.2.29 (defining the EDCA Parameter Set element and its

CWmin/CWmax fields) and §7.3.1.17 (Update Count behavior). Stations are required to operate

using the current EDCA parameters, see §9.19.1, and therefore a station may begin a backoff stage

using an earlier CWmin/CWmax pair and subsequently receive a Beacon announcing a changed

CWmax during that same contention sequence. Under such conditions, the contention-window

value that was previously selected or increased under the earlier EDCA parameters may no longer

align with the newly applicable CWmax. A POSITA would have recognized that such a

mid-contention change could result in the contention window not landing exactly on CWmax,

because the already-selected CW may end up above or below the revised CWmax, or because the exponential growth path of that CW may no longer intersect the new CWmax value. Thus, a POSITA would have recognized that a rule requiring the contention window to be kept at CWmax only when CW happens to equal CWmax would allow CW to grow past the newly-applicable CWmax, and that additional logic would be needed to ensure compliance with the updated CWmax limit.

972. A POSITA would have recognized that only a finite number of straightforward approaches exist to prevent the contention window from exceeding CWmax. Under the exponential backoff procedure described in IEEE 802.11-2012 §9.19.2, each unsuccessful transmission attempt results in increasing the contention window, but §9.19.2 also makes clear that this increase must remain within the range defined by the EDCA parameters in effect. Because CWmax is one of those EDCA parameters—defined and signaled in the EDCA Parameter Set element at §8.4.2.29 and applied during EDCA operation per §9.19.1—a POSITA would have understood that if the mathematical increase of CW would result in a value beyond CWmax, the device must select one of the small number of available solutions: either maintaining the current window value or setting the window to CWmax so that it does not exceed the allowable range. Given this limited design space, it would have been obvious to adopt the practice of assigning CW the CWmax value whenever a backoff increase would otherwise produce a window larger than the permitted maximum.

973. Though not required to render obvious this limitation, Huawei 185 (filed in 2011) discloses this element, confirming that making such a modification was within the skill level of a POSITA. *See* § VIII.B.6 & § VIIIE.5.c.(4).

974. Accordingly, Galaxy Tab S in view of D1.0 discloses this limitation.

**2.    The Galaxy Tab S in view of D1.0 and Seok 048 render obvious claims 1–5 of the '879 patent**

975.    I corporate my discussion above with respect to the Galaxy Tab S in view of D1.0 ground for all elements.

### a)    Claim 1

**(1)    [1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

976.    To the extent the preamble is limiting, it is my opinion that The Galaxy Tab S discloses this limitation.  *See*, § VIII.E.1.(a).(1).

**(2)    [1a] a transceiver; and**

977.    It is my opinion that The Galaxy Tab S discloses this limitation. *See*, § VIII.E.1.(a).(2).

**(3)    [1b] a processor, wherein the processor is configured to:**

978.    It is my opinion that Galaxy Tab S discloses this limitation. *See*, § VIII.E.1.(a).(3).

**(4)    [1c] receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal**

979.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation.  *See*, § VIII.E.1.(a).(4).

**(5)    [1d] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver**

980.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. See, *See*, § VIII.E.1.(a).(5).

**(6)    [1e] switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a**

348

**second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal**

981.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See,* § VIII.E.1.(a).(6).

**(7)    [1f] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

982.    It is my opinion that Galaxy Tab S in view of D1.0 in view of Seok 048 discloses this limitation.

983.    I incorporate my discussion with respect to this limitation and Galaxy Tab S in view of D1.0 here. *See,* § VIII.E.1.(a).(7).

984.    While D1.0 disclose that a TB PPDU may or may not request an immediate response in some instances, Seok 048 makes that even clearer.  For example, Seok 048 discloses

> In one or more implementations, when a UL MU responder has an authority to select the contents of an A-MPDU carried in the UL MU response frame, UL MU scheduling at the access point (AP) may be affected by the A-MPDU contents. ***For example, if a UL MU responder transmits a frame of Data Enabled Immediate Response context, the AP needs to assign one or more sub-channel(s) to the previous UL MU responder in order to reply with the immediate response***. Accordingly, the UL MU scheduling algorithm utilized on the AP side may be affected by the A-MPDU contents carried in the UL MU response frame. ***In an aspect, A-MPDU contents may be included in a response frame to a trigger frame. In this regard, the present disclosure provides rules regarding whether a frame soliciting an immediate response can be included in the A-MPDU contents carried in the UL MU response frame***.

> Seok 048 at [0049].

> In one approach, when a UL MU response of a certain control frame type is solicited by a trigger frame (e.g., Multi-User Block Ack Request or Multi-User Beamforming Report Poll frame), the corresponding UL MU responder shall not include a frame soliciting an immediate response in the A-MPDU contents carried in the UL MU response frame. ***In other words, if a STA receives the trigger***

*frame for the Multi-User Block Ack Request, the UL MU response frame can include frames (e.g., Block Ack frame, Action No Ack management frame, DATA frame with the Ack Policy set to either No Ack or Block Ack) not soliciting an immediate response in the A-MPDU contents carried in the UL MU response frame.*

Seok 048 at [0361].

985.    In view of Seok 048's disclosure, a POSITA would have been motivated to implement D1.0 in Galaxy Tab S such that when the MPDU included in the TB PPDU does not request an immediate response the processor in Galaxy Tab S does not wait for the immediate response and instead update the HEMUEDCATimer[AC] (along with CWmin[AC], CWmax[AC], and AIFN[AC]) when the transmission of TB PPDU ends.    The same rationale discussed above with respect to the Galaxy Tab S in view of D1.0 ground applies here.  *See*, § VIII.E.1.(a).(7).

986.    Based on these disclosures, Galaxy Tab S in view of D1.0 and Seok 048 discloses this claim limitation.

> **(8)    [1g] when the MPDU included in the trigger-based PPDU requests an immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

987.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(a).(8).

> **(9)    [1h] when the second parameter set timer expires, terminate an application of the second parameter set**

988.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(a).(9).

> **(10)    [1i] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

989.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §

VIII.E.1.(a).(10).

>    **b)    Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.**

990.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §

VIII.E.1.(b).

>    **c)    Claim 3: The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame.**

991.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §

VIII.E.1.(c)

>    **d)    Claim 4**

>    **(1)    [4pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW)**

992.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §

VIII.E.1.(d).(1).

>    **(2)    [4a] set a backoff timer based on the random integer value**

993.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §

VIII.E.1.(d).(2).

>    **(3)    [4b] access the channel based on the back off timer and a predetermined slot time**

994.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(d).(3).

        **(4)    [4c] wherein the parameter set comprises a minimum
value (CWmin) of the CW and a maximum value (CWmax) of
the CW**

995.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(d).(4).

    **e)    Claim 5**

        **(1)    [5pre] The wireless communication terminal of claim 1,
wherein the processor is configured to calculate a random
integer value in a contention window (CW)**

996.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(e).(1).

        **(2)    [5a] set a backoff timer based on the random integer
value**

997.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(e).(2).

        **(3)    [5b] access the channel based on the back off timer and
a predetermined slot time**

998.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(e).(3).

        **(4)    [5c] if a value of the CW is greater than the maximum
value (CWmax) of the CW according to a priority of the data
to be transmitted, sets the value of the CW to the CWmax**

999.    It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(e).(4).

### 3. The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render obvious claims 1–5 of the '879 patent

1000.  I corporate my discussion above with respect to the Galaxy Tab S in view of D1.0 ground for all elements.

### a) Claim 1

#### (1) [1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:

1001.  To the extent the preamble is limiting, it is my opinion that The Galaxy Tab S discloses this limitation. *See*, § VIII.E.1.(a).(1).

#### (2) [1a] a transceiver; and

1002.  It is my opinion that The Galaxy Tab S discloses this limitation. *See*, § VIII.E.1.(a).(2).

#### (3) [1b] a processor, wherein the processor is configured to:

1003.  It is my opinion that Galaxy Tab S discloses this limitation. *See*, § VIII.E.1.(a).(3).

#### (4) [1c] receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal

1004.  It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(a).(4).

#### (5) [1d] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver

1005.  It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. See, *See*, § VIII.E.1.(a).(5).

#### (6) [1e] switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a

353

**second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal**

1006.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(a).(6).

> **(7)    [1f] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

1007.   It is my opinion that Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation.  I incorporate my discussion with respect to this limitation and Galaxy Tab S in view of D1.0 here. *See*, § VIII.E.1.(a).(7).

1008.   While D1.0 disclose that a TB PPDU may or may not request an immediate response in some instances, Asterjadhi 616 makes that even clearer.   For example, Asterjadhi 616 discloses that for an UL MU PPDU may have the "Ack Policy" set to "No Ack," in which case the AP provides "No Response."



May 2016                         doc.: IEEE 802.11-16/0616r2

### 3) UL MU PPDU | SIFS | DL SU response

| # of originators generating the UL MU PPDU | Content of the A-MPDU(s) carried in UL MU PPDU | Ack Policy setting [# originators] | Control response frame generated by the recipient (AP) | DL PPDU response format |
|---|---|---|---|---|
| ONE/MORE (non-AP STAs) | (A-)MPDU | No Ack [ALL] | No Response | N/A* |
| ONE/MORE | VHT Single MPDU | Normal Ack [> 0] | Ack [if 1 orig.] or M-BA [if >1 orig.] | SU** |
| ONE/MORE | A-MPDU | Implicit BAR [>0] | C-BA [if 1 orig.] or M-BA [if >1 orig.] | SU** |
| ONE/MORE | Multi-TID A-MPDU*** | Implicit BAR [>0] | M-BA frame [if > 0 orig.] | SU** |

*STAs cannot solicit response to UL MU PPDU if Trigger soliciting this UL MU PPDU was not Basic or was UL MU Response Sched. field.
**STAs can solicit a response to the UL MU PPDU if the Trigger that solicited this UL MU PPDU was a Basic Trigger.

- **Further considerations for the soliciting UL MU PPDU:**
  - An A-MPDU under these conditions*** may contain an Action Ack frame
    - By default the response to Multi-TID A-MPDU frames containing this MPDU is an M-BA
  - The # of TIDs carried in multi-TID A-MPDU cannot exceed the number of TIDs specified by the recipient [4]

Submission                    Slide 19                    A. Asterjadhi, et. al

Asterjadhi 616 at 19.

## 4) UL MU PPDU | SIFS | DL MU response

| # of originators generating the UL MU PPDU | Content of the A-MPDU(s) carried in the UL MU PPDU | Ack Policy setting [# originators] | Control response frame generated by the recipient (AP) | DL PPDU response format |
|---|---|---|---|---|
| ONE/MORE (non-AP STAs) | (A-)MPDU | No Ack [ALL] | No Response | N/A* |
| ONE/MORE | VHT Single MPDU | Normal Ack [> 0] | Ack [if 1 orig.] M-BA [if >1 orig.] | MU** |
| ONE/MORE | A-MPDU | Implicit BAR [>0] | C-BA [if 1 orig.] M-BA [if >1 orig.] | MU** |
| ONE/MORE | Multi-TID A-MPDU*** | Implicit BAR [>0] | M-BA frame [if > 0 orig.] | MU** |

*STAs cannot solicit response to UL MU PPDU if Trigger soliciting this UL MU PPDU was not Basic or was UL MU Response Sched. field.
**STAs can solicit a response to UL MU PPDU if the Trigger that solicited this UL MU PPDU was a Basic Trigger.

- **Further considerations for the soliciting UL MU PPDU:**
  - An A-MPDU under these conditions*** may contain an Action Ack frame
    - By underline the response to Multi-TID A-MPDU frames containing this MPDU is an M-BA
  - The # of TIDs carried in multi-TID A-MPDU cannot exceed the number of TIDs specified by the recipient [4]

Asterjadhi 616 at 20.

1009.   In view of Seok 048's disclosure, a POSITA would have been motivated to implement D1.0 in Galaxy Tab S such that when the MPDU included in the TB PPDU does not request an immediate response the processor in Galaxy Tab S does not wait for the immediate response and instead update the HEMUEDCATimer[AC] (along with CWmin[AC], CWmax[AC], and AIFN[AC]) when the transmission of TB PPDU ends.   The same rationale discussed above with respect to the Galaxy Tab S in view of D1.0 ground applies here.  *See*, § VIII.E.1.(a).(7).

1010.   Based on these disclosures, Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this claim limitation.

> **(8)     [1g] when the MPDU included in the trigger-based PPDU requests an immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

1011.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(a).(8).

> **(9)     [1h] when the second parameter set timer expires, terminate an application of the second parameter set**

1012.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(a).(9).

> **(10)    [1i] access a channel according to a priority of data to
> be transmitted to the base communication terminal by the
> wireless communication terminal and the parameter set.**

1013.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(a).(10).

> **b)    Claim 2: The wireless communication terminal of claim 1,
> wherein the MPDU included in the trigger-based PPDU is a QoS data
> frame.**

1014.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(b).

> **c)    Claim 3: The wireless communication terminal of claim 1,
> wherein the processor is configured to receive a beacon frame from
> the base wireless communication terminal and obtain information
> indicating a period of the second parameter set timer from the beacon
> frame.**

1015.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(c)

> **d)    Claim 4**
>
> **(1)    [4pre] The wireless communication terminal of claim 1,
> wherein the processor is configured to calculate a random
> integer value within a contention window (CW)**

1016.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, §
VIII.E.1.(d).(1).

> **(2)    [4a] set a backoff timer based on the random integer
> value**

1017.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(d).(2).

### (3)    [4b] access the channel based on the back off timer and a predetermined slot time

1018.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(d).(3).

### (4)    [4c] wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW

1019.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(d).(4).

### e)    Claim 5

### (1)    [5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)

1020.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(e).(1).

### (2)    [5a] set a backoff timer based on the random integer value

1021.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(e).(2).

### (3)    [5b] access the channel based on the back off timer and a predetermined slot time

1022.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.(e).(3).

> (4)    **[5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax**

1023.   It is my opinion that Galaxy Tab S in view of D1.0 discloses this limitation. *See,* § VIII.E.1.(e).(4).

### 4.    The Galaxy Tab S in view of Cariou 261 and Seok 048 render obvious claims 1–5 of the '879 patent

1024.   I incorporate into this section my discussion above with respect to Galaxy Tab S, D1.0, Seok 048, and/or Asterjadhi 616 grounds that are not specific to the ground (e.g., deposition testimony related to claim limitation, discussion related to Wilus's infringement contentions, POSITA's knowledge/motivation, etc.). *See* § VIII.E.1–3.

### a)    Claim 1

> (1)    **[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

1025.   To the extent the preamble is limiting, it is my opinion that the Galaxy Tab S in view of Cariou 261 discloses this limitation.  *See,* § VIII.E.1.a).(1).

1026.   Cariou 261 also discloses:

> In an 802.11 local area network (LAN), ***the entities that wirelessly communicate are referred to as stations (STAs)***. A basic service set (BSS) refers to a plurality of stations that remain within a certain coverage area and form some sort of association and is identified by the SSID of the BSS. In one form of association, the stations communicate directly with one another in an ad-hoc network. More typically, however, the stations associate with a central station dedicated to managing the BSS and referred to as an access point (AP). FIG. 1 illustrates a BSS that includes ***a station device 1100 associated with an access point (AP)*** 1110, where the AP 1110 may be associated with a number of other stations 1120. The device 1100 may be any type of device with functionality for connecting to a WiFi network such as a computer, smart phone, or a UE (user equipment) with WLAN access capability, the latter referring to terminals in a LTE (Long Term Evolution) network.

> Cariou 261 at [0009]; *see also* Cariou 827 at [0002] ("Embodiments pertain to wireless networks and wireless communications. Some embodiments relate to

wireless local area networks (WLANs) and Wi-Fi networks including networks operating in accordance with the IEEE 802.11 family of standards. Some embodiments relate to computer readable media, apparatuses, and methods for enhanced distributed channel access (EDCA) in wireless networks.") and [0009]–[0018] (discussing FIG. 1).



Cariou 261 at FIG. 1



Cariou 827 at FIG. 1

1027.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

### (2)    [1a] a transceiver; and

1028.   It is my opinion that Galaxy Tab S in view of Cariou 261 discloses this limitation.

*See*, § VIII.E.1.a).(2).

1029.   Cariou 261 also discloses:

> ***Each of the station devices include an RF (radio frequency transceiver) 1102*** and processing circuitry 1101 as shown by the depictions of devices 1100 and 1110. The processing circuitry includes the functionalities for WiFi network access via the RF transceiver as well as functionalities for processing as described herein. ***The RF transceivers of the station device 1100*** and access point 1110 may each incorporate one or more antennas. The RF transceiver 1100 with multiple antennas and processing circuitry 101 may implement one or more MIMO (multi-input multi-output) techniques such as spatial multiplexing, transmit/receive diversity, and beam forming. The devices 1100 and 1110 are representative of the wireless access points and stations described below.

Cariou 261 at [0009]; *see also* Cariou 827 at cls. 1, 7–8, 17–18 ("The apparatus of claim l, further comprising **transceiver circuitry** coupled to the processing circuitry."), FIG. 3, and [0019–26] ("The machine 300 may additionally include . . ., a network interface device 320. . . . The instructions 324 may further be transmitted or received over a communications network 326 using a transmission medium **via the network interface device 320**.").



Cariou 261 at FIG. 1



FIG. 3

Cariou 827 at FIG. 3.

1030.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

### (3)     [1b] a processor, wherein the processor is configured to:

1031.   It is my opinion that Galaxy Tab S in view of Cariou 261 discloses this limitation.

*See*, § VIII.E.1.a).(3).

1032.   Cariou 261 also discloses:

Each of the station devices include an RF (radio frequency transceiver) 1102 and ***processing circuitry 1101*** as shown by the depictions of devices 1100 and 1110. ***The processing circuitry includes the functionalities for WiFi network access via the RF transceiver as well as functionalities for processing as described herein***. The RF transceivers of the station device 1100 and access point 1110 may each incorporate one or more antennas. The RF transceiver 1100 with multiple antennas and processing circuitry 101 may implement one or more MIMO (multi-input multi-output) techniques such as spatial multiplexing, transmit/receive

diversity, and beam forming. The devices 1100 and 1110 are representative of the wireless access points and stations described below.

Cariou 261 at [0009]; *see also* Cariou 827 at cls. 1, 7–8, 17–18 ("An apparatus of a station comprising memory; and **processing circuitry** coupled to the memory."), FIG. 3, and [0019–26] ("The machine 300 may additionally include . . ., a network interface device 320. . . . In an example, the whole or part of one or more computer systems (e.g., a standalone, client or server computer system) or one or more **hardware processors** may be configured by **firmware or software** (e.g., instructions, an application portion, or an application) as a module that operates to perform specified operations.").



Cariou 261 at FIG. 1



FIG. 3

Cariou 827 at FIG. 3.

1033.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

>**(4)    [1c] receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal**

1034.   It is my opinion that Galaxy Tab S in view of Cariou 261 discloses this limitation.

1035.   Cariou 261 discloses that "the AP transmits a **Trigger** to STA1 and STA2" and that "the AP accesses the channel to send a **trigger frame** that triggers UL transmissions from multiple STAs":

>In single-user (SU) operations, STAs and APs are responsible for scheduling their own transmissions by contending for the medium in accordance with the DCF or EDCA mechanisms described above. In order to implement UL and DL MU

363

operations as defined by the 802.11ax standard, the AP is more involved than in previous generations of the standard in scheduling UL and DL data transfers. A STA in an 802.11ax network can also rely more on AP scheduling for its channel access. The current IEEE 802.11ax specification describes a multi-user (MU) protection procedure based on transmission of MU-RTS (which is a trigger frame subtype) by the AP to initiate simultaneous CTS responses from multiple STAs. The MU-RTS/CTS procedure allows a high-efficiency (HE) AP to protect its MU transmission for HE STAs. FIGS. 2 and 3 illustrate examples of this procedure. . . . FIG. 3 illustrates a similar procedure where the ***AP transmits a Trigger to STA1 and STA2*** after receiving the CTS responses transmitted from STA1 and STA2 in order to elicit uplink transmissions from those stations (labeled as HE-Trig PPDU to AP) to which the AP responds with a block acknowledgement (labeled as Multi-Sta Block Ack to STA1 and STA2).

***In the MU operations described above, the AP accesses the channel to send a trigger frame that triggers UL transmissions from multiple STAs***. The channel access function is thus entirely transferred to the AP side and managed by the AP EDCAF (EDCA function). STAs, however, have traditionally had an EDCAF to access the channel in the UL to send SU PPDUs to the AP. When HE STAs are UL MU capable, they can either access the channel with their EDCAF to send an SU PPDU to the AP, or be scheduled in UL MU by the reception of a trigger frame from the AP.

Cariou 261 at [0015]–[0016]; *see also* Cariou 827 at [0001] ("Some embodiments are in accordance with IEEE 802.1 l ax and provide for uplink (UL) multi-user (MU) operation, e.g. UL OFDMA and UL MU-MIMO. Under such operating mode, the ***AP accesses the channel to send a trigger frame that triggers UL transmissions from multiple STAs***, in accordance with some embodiments.").



Cariou 261 at FIG. 3 (annotated).

1036.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

**(5)    [1d] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver**

1037.   It is my opinion that Cariou 261 discloses this limitation.

1038.   Cariou 261 discloses that "the AP accesses the channel to send a trigger frame that triggers UL transmissions from multiple STAs":

> In single-user (SU) operations, STAs and APs are responsible for scheduling their own transmissions by contending for the medium in accordance with the DCF or EDCA mechanisms described above. In order to implement UL and DL MU operations as defined by the 802.11ax standard, the AP is more involved than in previous generations of the standard in scheduling UL and DL data transfers. A STA in an 802.11ax network can also rely more on AP scheduling for its channel access. The current IEEE 802.11ax specification describes a multi-user (MU) protection procedure based on transmission of MU-RTS (which is a trigger frame subtype) by the AP to initiate simultaneous CTS responses from multiple STAs. The MU-RTS/CTS procedure allows a high-efficiency (HE) AP to protect its MU transmission for HE STAs. FIGS. 2 and 3 illustrate examples of this procedure. . . . FIG. 3 illustrates a similar procedure where the AP transmits a Trigger to STA1 and STA2 after receiving the CTS responses transmitted from STA1 and STA2 in order to elicit uplink transmissions from those stations (labeled as HE-Trig PPDU to AP) to which the AP responds with a block acknowledgement (labeled as Multi-Sta Block Ack to STA1 and STA2).

> In the MU operations described above, the AP accesses the channel to send a trigger frame that *triggers UL transmissions from multiple STAs*. The channel access function is thus entirely transferred to the AP side and managed by the AP EDCAF (EDCA function). STAs, however, have traditionally had an EDCAF to access the channel in the UL to send SU PPDUs to the AP. When HE STAs are UL MU capable, they can either access the channel with their EDCAF to send an SU PPDU to the AP, or be scheduled in UL MU by the reception of a trigger frame from the AP.

Cariou 261 at [0015]–[0016]; *see also* Cariou 827 at [0001] ("Some embodiments are in accordance with IEEE 802.1 l ax and provide for uplink (UL) multi-user (MU) operation, e.g. UL OFDMA and UL MU-MIMO. Under such operating mode, the *AP accesses the channel to send a trigger frame that triggers UL transmissions from multiple STAs*, in accordance with some embodiments.").



Cariou 261 at FIG. 3 (annotated).

1039.   A POSITA would have recognized that "HE-TRIG PPDU" in FIG. 3 and "UL transmissions" from multiple STAs are PPDU sent in response to the trigger frame—that is, a "trigger-based" PPDU.

1040.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

> **(6)     [1d] switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal**

1041.   It is my opinion that Cariou 261 discloses this limitation.

1042.   Cariou 261 discloses that "switches to MU EDCA parameters only for that AC" and further that "MU EDCA parameters are defined to be more restrictive than legacy EDCA parameters in favoring MU operations":

> ***Methods and devices are described for providing wireless stations (STAs) with two sets of enhanced distributed channel access (EDCA) parameters.*** Legacy EDCA parameters that are for single user (SU) operations and may be used by both high-efficiency (HE) STAs and legacy STAs without multi-user (MU) capability. ***MU EDCA parameters are defined to be more restrictive than legacy EDCA parameters in favoring MU operations***. Embodiments are described that define sets of rules for regulating how STAs capable of both SU and MU uplink operations can use the different sets of EDCA parameters.

366

Cariou 261 at Abstract; *see also* Cariou 827 at [0005] ("***MU EDCA parameters are defined to be more restrictive than legacy EDCA parameters***, in accordance with some embodiments.").

1043.   Cariou 261 discloses:

> ***When the STA receives a trigger frame scheduling the STA for an AC, the STA switches to MU EDCA parameters only for that AC***. The STA then basically trusts that the AP will be able to schedule the STA efficiently for that particular AC traffic. The STA may cooperate by indicating regularly the evolution of its buffer status to the AP, e.g., by piggybacking this information with its data. The STA may then switch back to the legacy EDCA parameters for that particular AC when the STA has transmitted all MSDUs from that AC, for which the AP is aware of (via, e.g., a buffer status report, a more data bit indication, or a short resource request). In order to have a way out in case the AP is not efficient, the STA may switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined timeout period after the last time the STA was scheduled in UL MU.

Cariou 261 at [0019]; *see also* Cariou 827 at [0011] ("Condition to switch from legacy EDCA parameters to MU EDCA parameters: ***When the ST A receives a trigger frame scheduling the ST A for an AC, the ST A switches to MU EDCA parameters only for that AC***. The ST A then basically trusts that the AP will be able to schedule the ST A efficiently for that particular AC traffic. The STA cooperates by indicating regularly the evolution of its buffer status to the AP, especially by piggybacking this information with its data. "), [0061] ("the processing circuitry is to configure a particular STA to dynamically switch between MU EDCA parameters or legacy EDCA parameters").

1044.   Carious 261 also disclose "a trigger frame that ***triggers*** UL transmissions from multiple STAs" and FIG. 3 shows the transmission of "HE TRIG PPDU to AP" after the trigger frame is sent from the AP to STA1 and STA2.

> In the MU operations described above, the AP accesses the channel to send a trigger frame that ***triggers UL transmissions from multiple STAs***. The channel access function is thus entirely transferred to the AP side and managed by the AP EDCAF (EDCA function). STAs, however, have traditionally had an EDCAF to access the channel in the UL to send SU PPDUs to the AP. When HE STAs are UL MU capable, they can either access the channel with their EDCAF to send an SU PPDU to the AP, or be scheduled in UL MU by the reception of a trigger frame from the AP.

Cariou 261 at [0015]–[0016]; *see also* Cariou 827 at [0001] ("Some embodiments are in accordance with IEEE 802.1 l ax and provide for uplink (UL) multi-user (MU) operation, e.g. UL OFDMA and UL MU-MIMO. Under such operating

367

mode, the AP accesses the channel to send a trigger frame that ***triggers UL transmissions from multiple STAs***, in accordance with some embodiments.").



Cariou 261 at FIG. 3 (annotated).

1045.   A POSITA would have recognized that "HE-TRIG PPDU" in FIG. 3 and "UL transmissions" from multiple STAs are PPDU sent in response to the trigger frame—that is, a "trigger-based" PPDU.  Further, a POSITA would have understood that the trigger frame causes triggering to occur, which results in the transmission of a TB PPDU by the station that received the trigger frame.  Cariou 261 also discloses that the trigger frame causes the "the STA switches to MU EDCA parameters only for that AC." Cariou 261 at [0019]; *see also* Cariou 261 at [0061] ("the processing circuitry is to configure a particular STA to dynamically switch between MU EDCA parameters or legacy EDCA parameters").  Thus, a POSITA would have understood that the switching of the EDCA parameters to the MU EDCA parameters occur based on "whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal," which is indicated by the transmission of the TB PPDU.

1046.   In my opinion, in comparison with the disclosure of the '035/'879 patents, Carious 261/827 disclose a similar level of detail the "triggering" process.  Thus, to the extent Wilus argues (or the Court finds) the '035/'879 patents include a sufficient enabling disclosure for this claim element, so does Carious 261/827.

1047.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

> **(7)    [1e] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

1048.   It is my opinion that Galaxy Tab S in view of Carious 261 and Seok 048 discloses this limitation.

1049.   Cariou 261 discloses:

> **When the STA receives a trigger frame scheduling the STA for an AC, the STA switches to MU EDCA parameters only for that AC**. The STA then basically trusts that the AP will be able to schedule the STA efficiently for that particular AC traffic. The STA may cooperate by indicating regularly the evolution of its buffer status to the AP, e.g., by piggybacking this information with its data. The STA may then switch back to the legacy EDCA parameters for that particular AC when the STA has transmitted all MSDUs from that AC, for which the AP is aware of (via, e.g., a buffer status report, a more data bit indication, or a short resource request). In order to have a way out in case the AP is not efficient, the **STA may switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined timeout period after the last time the STA was scheduled in UL MU**.

> Cariou 261 at [0019]; *see also* Cariou 827 at [0011] ("Condition to switch from legacy EDCA parameters to MU EDCA parameters: **When the ST A receives a trigger frame scheduling the ST A for an AC, the ST A switches to MU EDCA parameters only for that AC**. The ST A then basically trusts that the AP will be able to schedule the ST A efficiently for that particular AC traffic. The STA cooperates by indicating regularly the evolution of its buffer status to the AP, especially by piggybacking this information with its data. "), [0012] ("In order to have a way out in case the AP is not efficient, **the STA can switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined TimeOut after the last time the STA was scheduled in UL MU**, in accordance with some embodiments.").

> **(a)    set a second parameter set timer**

1050.   A POSITA would have recognized that implementing the "pre-defined timeout period" disclosed in Cariou 261 requires a mechanism to measure elapsed time, and the most straightforward and predictable way to do so is with a timer. The quoted language—"after a pre-

369

defined timeout period after the last time the STA was scheduled in UL MU"—expressly conditions the station's behavior on the passage of a specific time interval. A POSITA would understand that the only practical way to enforce such a condition is to start a timer when the station is "scheduled" for UL MU and allow that timer to expire after the pre-defined period. Timers are a fundamental construct in MAC protocols and are widely used in 802.11 for similar purposes, including NAV, backoff countdown, and TXOP duration. These timers are readily available in commercial MAC implementations and require no new protocol elements or PHY capabilities. Thus, a POSITA would have found it obvious to implement the timeout using a timer and to start that timer when the station is "scheduled in UL MU."

1051.   In fact, Dr. Ahn confirmed that a timeout is essentially a timer or that a POSITA would have implemented the timeout with a timer:

> Q    *What is a timeout*?
> THE CHECK INTERPRETER:  (Speaking Korean.)
> THE WITNESS:  This is when you're applying MU-EDCA or after applying MU-EDCA how long the parameter can be maintained.  *It's a timer that shows the -- actually some systems of the MU-EDCA parameter*.
> BY MR. JARVIS:
> Q    So a timer is used; is that correct?
> A    Yes.
> Q    *Would an engineer or someone with experience in wireless communications know how to implement the timeout disclosed here using a timer*?
> . . . .
> THE WITNESS:  *I think so*.

Ahn Rough Dep. Tr. 52:15–53:8.

### (b)    for an access category of the MPDU

1052.   Furthermore, a POSITA would have understood that the timer must operate on a per-access-category basis because Cariou 261 expressly teaches that the station switches to MU

EDCA parameters only for the access category for which a trigger frame is received. This means the reduced-priority state is scoped to a single AC, not globally across all traffic categories.

1053.   While Carious 261 does not disclose that the timeout is per AC, it would have been obvious to a POSITA that a separate timer may be used for each AC because a station may receive a trigger frame scheduling UL MU transmission for one AC and, at a different time, receive another trigger frame scheduling UL MU transmission for a different AC. In such cases, a POSITA would have recognized the benefit of allowing the timeout periods for these ACs may need to begin and expire at different times. Accordingly, a POSITA would have found it obvious that to maintain independent timers for each AC to ensure that MU EDCA parameters are applied and removed correctly on a per-category basis, consistent with the disclosure in Cariou 261.

### (c)    when the transmission of the trigger-based PPDU ends

1054.   Cariou 261 does not explicitly define what it means for a station to be "scheduled" in UL MU. However, Cariou 261 suggests that a station is considered "scheduled in UL MU" when it receives a trigger frame from the AP. *See* Cariou 827 at [0002] ("When HE STAs 104 are UL MU capable, they can either access the channel with their EDCAF to send an SU PPDU to the AP, or be *scheduled* in UL MU by the reception of a trigger frame by the AP."). This interpretation is consistent with Cariou 261's teaching that the station switches to MU EDCA parameters for a particular access category upon receiving a trigger frame scheduling the station for that AC. Accordingly, the "pre-defined timeout period" described in Cariou 261 effectively measures how long the station remains in the MU EDCA state after being scheduled for UL MU transmission via a trigger frame.

1055.   Measuring—and limiting—the amount of time a station uses MU EDCA parameters is important because MU EDCA parameters reduce the station's priority in channel

contention. This reduction is based on the assumption that the AP will efficiently schedule the station for UL MU transmissions, as Cariou 261 explains: "The STA then basically trusts that the AP will be able to schedule the STA efficiently for that particular AC traffic." Cariou 261 at [0019]; *see also* Cariou 827 at [0011] ("Condition to switch from legacy EDCA parameters to MU EDCA parameters: ***When the ST A receives a trigger frame scheduling the ST A for an AC, the ST A switches to MU EDCA parameters only for that AC***. The STA then basically trusts that the AP will be able to schedule the ST A efficiently for that particular AC traffic. The STA cooperates by indicating regularly the evolution of its buffer status to the AP, especially by piggybacking this information with its data."). The station accepts this lower priority to balance the fact that it has an alternative transmission method through scheduled UL MU opportunities. However, if the AP fails to schedule additional UL MU transmissions after the initial trigger frame, it would be unfair for the station to remain indefinitely at a reduced priority. Cariou 261 addresses this fairness concern by teaching that "[i]n order to have a way out in case the AP is not efficient, the STA can switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined TimeOut after the last time the STA was scheduled in UL MU." Cariou 261 at [0019]; *see also* Cariou 827 at [0012] ("In order to have a way out in case the AP is not efficient, ***the STA can switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined TimeOut after the last time the STA was scheduled in UL MU***, in accordance with some embodiments.").

1056.   While it is important to measure and limit the amount of time a station uses the MU EDCA parameters, a POSITA would have recognized that using the receipt of the trigger frame as the starting point for measuring the timeout period (as Cariou 261 suggests) is merely a design choice. Specifically, a POSITA would have understood that there are a few finite, alternative,

predictable timing anchors for starting the timeout period: (1) after preparing or beginning transmission of the TB PPDU, (2) at the end of the TB PPDU transmission, and (3) upon receipt of an immediate response from the AP, if such a response is expected based on the TB PPDU contents. (The choices may further include a fixed amount of time after these timing choices, but the choices remain finite and few.)

1057. The first-named inventor Dr. Ahn identified the same potential starting points:

> Q    Can you identify all of the possible choices for the starting point of the timeout?
> A    It will be difficult to describe all. I could look for a strong possible candidate.
> Q    Okay. Well, the ones that you are aware of, could you identify those, please?
> A    So for in case much pick a frame AP can be a starting point, but as UL-OFDMA sends the data frame, the data frame itself can be the starting of the data frame or the end of the data frame can also be a strong candidate. And when they're receiving the reply frame from the data frame, it could -- when the reply was requested, data itself -- reply was requested from the data frame, that reply frame itself can also mark the start and the end of that reply frame can be possible candidate for the timeout point.

Ahn Rough Dep. Tr. 56:4–20.

> Q    Is that something that -- strike that.
> You would agree it is possible for the time and choice for starting the timer could be at the beginning of a trigger-based PPDU, though; correct?
> . . .
> THE INTERPRETER:  Clarify, please.
> THE CHECK INTERPRETER:  Trigger-based PPDU beginning at time (Speaking Korean.)
> THE WITNESS:  It can be one.
> THE CHECK INTERPRETER:  Of.  That could be one of the choice.
> BY MR. JARVIS:
> Q    Okay.  Could another of the choices be at the end of a trigger-based PPDU?

A    Yes, that's also a possible choice.

Q    Are there any other choices that you're aware of?

A    As mentioned before, the acknowledgment frame that responds to trigger-based PPDU can also work as a -- or starting point of that acknowledge frame or the end point can also be the timeout point.

Q    Okay.  Anything else?

A    Well, you can set a specific time point to activate it, but it's not really reasonable, *so I think we've covered most of the reasonable choices that I can think of right now*.

Ahn Rough Dep. Tr. 58:4–59:6.

1058.  More importantly, Dr. Ahn confirmed that there is a finite number of reasonable timing choices.

1059.  While Dr. Ahn stated that there may be down-stream ramifications for these choices, an engineer knowledgeable about Wi-Fi (e.g., a POSITA) would have understood such ramification and the potential timing choices:

Q    Okay.  So there are only three reasonable choices for starting the timer?

THE CHECK INTERPRETER:  (Speaking Korean.)

THE WITNESS:  Well, those three are the representative, but what's important is depending on which point we start from, it could have a very impactful extent or effect.

THE CHECK INTERPRETER:  Ramifications.

THE INTERPRETER:  Ramifications or -- or have a ripple effect.

THE CHECK INTERPRETER:  While those three are the representative points, but it would depend on where the starting point is.  And based on those starting points, the ramification effect can largely vary.

BY MR. JARVIS:

Q    What are these ramifications that you are referring to?

A    So when the trigger frame sent the AP but then it has into the been received or, for

example, when -- when it's sent or even when it was received, trigger frame package an AP, a frame cannot transfer -- transmit or there are various other unsuccessful instances and then channel access would eventually decrease and those kind of instances can be possible ramification.

Q    Any other ramifications that you can think of?

THE CHECK INTERPRETER:  (Speaking Korean.)

THE WITNESS:  Due to the difference in timing, it would control how many --

THE INTERPRETER:  I'm sorry.  Let me reask the witness again for the answer.

THE WITNESS:  So depending on the timing, I mean, MU-EDCA stations that are connecting or -- to the main frame of MU-EDCA is affected, and it will also affect the traffic of the general network or overall network's complexity, and so degree of condition, so it could have those kind of effect if it doesn't get adjusted.

THE CHECK INTERPRETER:  Depending on the timing, there could be difference in number of the stations that participating in MU-EDCA.  So conclusively, because of the variance in that number, it could affect the congestion of the total network.

BY MR. JARVIS:

Q    Did you or anyone at WILUS investigate these ramifications?

A    Well, it wasn't actually investigated.

Q    Going back to the choices for starting the timer, would you agree that an engineer or someone familiar with Wi-Fi reading this submission here at slide 17 would have understood these being choices for starting the timer?

A    Don't understand that there are these choices -- certain choices, but I wouldn't think they'd understand to act -- why these choices have been set or these choices were made.

. . .

THE CHECK INTERPRETER:  Check rendition:  They may understand that there are these choices, but they may not understand as to the reason why for these choices.

BY MR. JARVIS:

Q    And going back to the ramifications we were just discussing, are the ramifications something you are aware of as an engineer and someone familiar with Wi-Fi?

THE CHECK INTERPRETER:  (Speaking Korean.)

THE WITNESS:  Yes, I understand it because I'm of my knowledge -- because of my knowledge of Wi-Fi structure.

THE CHECK INTERPRETER:  Correct.  That is based -- that is because I know the structure of Wi-Fi well.  That is why I understand it.

BY MR. JARVIS:

Q    Okay.  And previously you said that an engineer may not understand why the -- certain choices are made.

Do you recall that?

A    Yes.

Q    Do you mean that an engineer may not understand why one timing choice would be better or worse than another?

. . .

THE WITNESS:  It's possible if that person is not knowledgeable -- not well familiarized with the Wi-Fi.

Ahn Rough Dep. Tr. 59:7-62:25.

1060.  Modifying Cariou 261 to start the TimeOut period at the end of the TB PPDU transmission (in cases where no immediate response is requested) or, where applicable, at the reception of an immediate response (e.g., Block Ack or Multi-STA Block Ack), would have been a design choice among a small set of finite, predictable alternatives.  However, a POSITA would have recognized concrete advantages to anchoring the TimeOut to actual UL MU utilization rather than mere scheduling. Switching a station's EDCA parameters to MU EDCA reduces its contention priority. This reduction serves two principal rationales. First, it increases the AP's opportunity to seize the medium promptly for subsequent trigger frames, improving UL MU scheduling throughput and reducing collisions. See, e.g., PRIOR_ART_00001405 (IEEE

802.11-16/0998r1) at 12 ("To ensure overall improved HE STAs performance, we need to ensure that the access delay for trigger frame transmissions is short and there are no collisions. This can be achieved by the combination of: Increasing AP channel access. Decreasing STAs EDCA access when scheduled."), and at 16 ("The rationale behind the proposed condition is for a STA . . . to operate with the MU EDCA parameters only when it can trust that the AP will efficiently schedule its traffic with UL MU and to be able to operate with the legacy EDCA parameters when the AP has not been informed and has not yet initiated UL MU scheduling."); *see also* Ahn Rough Dep. Tr. 49:21-51:17 ("Q: So why use restrictive EDCA parameters for MU mode? . . . Witness: For those in UL-OFDMA, it is not the case where stations are transmitting in competition, so you can consider the situation as having obtained additional opportunity . . . Q: You would agree that people with experience in wireless communications would have generally understood these motivations from looking at this submission, correct? . . . Witness: Yes, they can understand the motivation."). Second, lowering priority promotes fairness: a station that actually transmits via a TB PPDU has already benefited from a coordinated UL MU opportunity, and thus should accept temporarily reduced EDCA priority to avoid crowding out stations still waiting for access. *See, e.g.,* PRIOR_ART_00001357 (IEEE 802.11-16/0963r3 ("Ma 0963")) ("AP broadcasts EDCA parameters to constrain associated STAs from accessing channel for a certain period."). Tying the TimeOut start to end-of-TB-PPDU (when no immediate response is expected) or to receipt-of-immediate-response (when one is expected) aligns the duration of reduced priority with the realized UL MU benefit, not merely with a scheduling attempt.

1061.   In the no-immediate-response case (e.g., where MPDUs in the TB PPDU use Ack Policy "No Ack" or otherwise do not solicit an immediate response), a POSITA would have been motivated to select the end of the TB PPDU transmission as the TimeOut start for at least three

reasons. First, a POSITA would have recognized that this timing choice maximizes the AP's opportunity to seize the channel for the next trigger frame: the reduced EDCA priority occurs immediately after the station completes its UL MU transmission, increasing the likelihood that the AP can access the medium promptly for the next trigger frame. Second, it prevents undue penalization when the UL MU opportunity was not actually realized. Trigger-based UL can fail for several practical reasons (e.g., the station never received the trigger, SIFS timing misalignment, CCA busy/OBSS interference preventing the station from transmitting, or corruption during UL). If the TimeOut were keyed to trigger reception, the station's EDCA priority would drop even when it never transmitted, which is unfair and contrary to the fairness rationale. By keying to end-of-TB-PPDU, the station's priority is reduced only when a UL MU transmission actually occurred. In sum, although multiple timing anchors were available, end-of-TB-PPDU provides a better alignment with the efficiency and fairness goals underlying MU EDCA.

1062.  A POSITA would have had a reasonable expectation of success implementing this modification. Cariou 261 already discloses a TimeOut mechanism enforced by a timer; the change is limited to which event starts that timer. Commercial 802.11 MAC/PHY stacks already expose implementation hooks sufficient to realize the proposed behavior without new protocol elements or PHY features, including a TB-PPDU transmit-completion (TX-DONE) indication for HE TB frames, which can start the no-immediate-response TimeOut. Additionally, per-AC bookkeeping is standard in EDCA implementations, so maintaining independent TimeOut timers per AC (and refreshing them only upon effective UL MU utilization by that AC) is a straightforward extension. No new signaling is required, and the logic is localized to the station's MAC state machine.

**(d)    when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response**

1063.   To that end, Seok 048 discloses that certain TB PPDUs may not request an immediate response from the AP:

> In one or more implementations, when a UL MU responder has an authority to select the contents of an A-MPDU carried in the UL MU response frame, UL MU scheduling at the access point (AP) may be affected by the A-MPDU contents. ***For example, if a UL MU responder transmits a frame of Data Enabled Immediate Response context, the AP needs to assign one or more sub-channel(s) to the previous UL MU responder in order to reply with the immediate response***. Accordingly, the UL MU scheduling algorithm utilized on the AP side may be affected by the A-MPDU contents carried in the UL MU response frame. ***In an aspect, A-MPDU contents may be included in a response frame to a trigger frame. In this regard, the present disclosure provides rules regarding whether a frame soliciting an immediate response can be included in the A-MPDU contents carried in the UL MU response frame***.

Seok 048 at [0049].

> In one approach, when a UL MU response of a certain control frame type is solicited by a trigger frame (e.g., Multi-User Block Ack Request or Multi-User Beamforming Report Poll frame), the corresponding UL MU responder shall not include a frame soliciting an immediate response in the A-MPDU contents carried in the UL MU response frame. ***In other words, if a STA receives the trigger frame for the Multi-User Block Ack Request, the UL MU response frame can include frames (e.g., Block Ack frame, Action No Ack management frame, DATA frame with the Ack Policy set to either No Ack or Block Ack) not soliciting an immediate response in the A-MPDU contents carried in the UL MU response frame***.

Seok 048 at [0361]

1064.   I also incorporate my discussion with respect to Seok 048 from above.  *See*, § VIII.E.2.a).(7).

1065.   Thus, when an MPDU included in the TB PPDU does not request an immediate response, a POSITA would have understood that the station would not expect one and the TimeOut period should not be measured from the receipt of the immediate response.  Thus, a POSITA would have modified Cariou 261 such that, when an MPDU included in the TB PPDU does not request an immediate response, the TimeOut period is measured from the end of TB PPDU using a timer.

1066.   Accordingly, Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.

> **(8)     [1f ] when the MPDU included in the trigger-based PPDU requests an immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

1067.   It is my opinion that Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.

1068.   I incorporate my discussion with respect to element [1e] here.   See, § VIII.E.4.a).(7).

1069.   As discussed above, a POSITA would have been motivated to select the end of the transmission of the TB PPDU or the receipt of an immediate response for the TB PPDU as the starting point for the "pre-defined TimeOut."  Selecting the receipt of an immediate response for the TB PPDU as the starting point for the "pre-defined TimeOut" is merely a design choice, and a POSITA would have been motivated to try such a starting point given the few, finite number of reasonable choices.  *See*, § VIII.E.4.a).(7).

1070.   That said, a POSITA would have recognized certain benefits of selecting the receipt of an immediate response for the TB PPDU as the starting point for the "pre-defined TimeOut." First, given that the immediate response (e.g., a Block Ack, Multi-STA Block Ack, or other immediate-response frame applicable to the TB PPDU) confirms successful completion of the scheduled UL MU exchange and evidences that the AP actually received and processed the TB PPDU, anchoring the timer to that event ties the reduced-priority MU EDCA operation to an effective UL MU opportunity rather than a mere scheduling attempt. Second, this choice provides an unambiguous implementation hook available in standard MAC/PHY stacks—the RX of the immediate-response frame and associated TXOP bookkeeping—which avoids starting (or

restarting) the timer when the TB PPDU was not delivered, was corrupted, or the trigger
opportunity was missed (e.g., due to CCA busy), thereby preventing undue penalization of the
station. Third, beginning the TimeOut at receipt of the immediate response advances the efficiency
and fairness rationales identified above: the station maintains a lower EDCA priority only after it
has actually utilized the UL MU opportunity and the AP has acknowledged it, which both increases
the AP's likelihood of timely medium access to issue subsequent trigger frames and prevents
prolonged priority reduction in cases where no usable UL MU transmission occurred.

1071.    A POSITA would have had a reasonable expectation of success implementing this
modification because it leverages existing mechanisms in the 802.11 MAC/PHY architecture and
requires no new protocol elements or PHY capabilities. The change is confined to selecting the
event that starts the timer, and the proposed event—the receipt of an immediate response—is
already tracked by standard MAC state machines for acknowledgment handling and TXOP
completion. Commercial 802.11ax implementations provide well-defined hooks for processing
immediate-response frames such as Block Ack or Multi-STA Block Ack, making the modification
straightforward and backward-compatible. Furthermore, this approach aligns with established
design principles in the standard: it ties the reduced-priority MU EDCA operation to confirmed
UL MU utilization, thereby avoiding unnecessary penalization when a scheduled transmission fails
and ensuring fairness among stations. Accordingly, a POSITA would have found it obvious to
select the receipt of an immediate response as the starting point for the pre-defined TimeOut, with
predictable benefits in terms of AP scheduling efficiency, reduced collision risk for trigger frames,
and equitable channel access across stations.

1072.    Accordingly, Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this
limitation.

**(9)      [1g] when the second parameter set timer expires, terminate an application of the second parameter set**

1073.   It is my opinion that D1.0 discloses this limitation.

1074.   Cariou 261 discloses:

When the STA receives a trigger frame scheduling the STA for an AC, the STA switches to MU EDCA parameters only for that AC. The STA then basically trusts that the AP will be able to schedule the STA efficiently for that particular AC traffic. The STA may cooperate by indicating regularly the evolution of its buffer status to the AP, e.g., by piggybacking this information with its data. The STA may then switch back to the legacy EDCA parameters for that particular AC when the STA has transmitted all MSDUs from that AC, for which the AP is aware of (via, e.g., a buffer status report, a more data bit indication, or a short resource request). *In order to have a way out in case the AP is not efficient, the STA may switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined timeout period after the last time the STA was scheduled in UL MU*.

Cariou 261 at [0019].

In one embodiment, the different sets of EDCA parameters may be signaled by the AP in beacons, probe responses, or other management frames. The timeout period, at the expiration of which a STA may switch from MU EDCA parameters to legacy EDCA parameters, may be either defined value or may be signaled by the AP in beacons, probe responses, or other management frames. In another embodiment, the set of EDCA parameters (legacy or MU) is statically selected and decided upon either by the AP or the STA. In this embodiment, a STA operating in the MU mode would be able to transmit SU PPDUs and UL MU PPDUs if using the MU EDCA parameters, while a STA operating only under the SU mode would use the legacy EDCA parameters.

Cariou 216 at [0021].

1075.   Cariou 827 similarly discloses:

Condition to switch from MU EDCA parameters to legacy EDCA parameters: The ST A switches back to the legacy EDCA parameters for that particular AC when the STA has transmitted all MSDUs from that AC, for which the AP is aware of (e.g., via buffer status report, more data bit indication, short resource request, etc.) In order to have a way out in case the AP is not efficient, the STA can switch back to the legacy EDCA parameters if the ST A has not been scheduled after a pre-defined TimeOut after the last time the STA was scheduled in UL MU, in accordance with some embodiments.

Cariou 827 at [0013].

1076.   The quoted language—"the STA may switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined timeout period after the last time the STA was scheduled in UL MU"—expressly ties the station's behavior to the passage of a specific time interval.  As discussed above, a POSITA would understand that the only practical way to enforce such a condition is to measure elapsed time, and the known mechanism for doing so in MAC protocols is a timer.  Timers are widely used in 802.11 for similar purposes, such as NAV, backoff countdown, and TXOP duration, and are readily available in commercial MAC implementations. Thus, starting a timer when the station is scheduled for UL MU and reverting to legacy EDCA parameters when that timer expires would have been an obvious design choice. Moreover, the phrase "switch back … if … after a pre-defined timeout period" indicates that expiration of the timeout is the condition for returning to legacy EDCA parameters. This interpretation is consistent with the fairness rationale underlying Cariou 261: the station should not remain indefinitely in a reduced-priority state and should automatically restore its original contention parameters once the AP has failed to schedule it within the allotted time (i.e., "in case the AP is not efficient" in scheduling UL MU). Accordingly, a POSITA would have found it obvious to implement the TimeOut using a timer and to use timer expiration as the condition for switching back to legacy EDCA parameters.

1077.   Accordingly, Galaxy Tab S in view of Cariou 261 discloses this limitation.

> **(10)   [1h] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

1078.   It is my opinion that Cariou 261 discloses this limitation. See, § F.1.a.9.

1079.   Cariou 261 discloses:

Enhanced distributed channel access (EDCA) is an extension of the basic DCF to support prioritized quality of service (QoS). The EDCA mechanism defines four access categories (ACs) where each AC is characterized by specific values for a

set of access parameters that statistically prioritize channel access for one AC over another.

Cariou 261 at [0013]; *see also* Cariou 827 at [0011] (noting use of "MU EDCA parameters only for that AC").

1080.    In other words, Cariou 261 discloses that EDCA provides differentiated channel access based on the priority of the data being transmitted, where higher-priority traffic (e.g., voice or video) is associated with ACs that use more aggressive contention parameters than lower-priority traffic (e.g., best effort or background).

1081.    Cariou 261 further disclose:

In this embodiment, a STA operating in the MU mode would be able to transmit SU PPDUs and UL MU PPDUs if using the MU EDCA parameters, while a STA operating only under the SU mode would use the legacy EDCA parameters.

Cariou 261 at [0021]; Cariou 827 at [0017]–[0018] ("a STA operating under the MU mode would be able to transmit SU PPDU and UL MU PPDUs if it uses the MU EDCA parameters. In some embodiments, a ST A operating only under the SU mode would use the legacy EDCA parameters.")

1082.    Thus, Cariou 261 teaches that channel access is governed by EDCA parameters that are specific to an access category, and each access category corresponds to a priority level of the data to be transmitted.   Accordingly, Cariou 261 teaches that the station accesses the channel according to both (i) the priority of the data (as reflected by the AC) and (ii) the parameter set that is in effect for that AC (either legacy EDCA parameters or MU EDCA parameters).

1083.    Accordingly, Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.

> **b)    Claim 3: The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame.**

1084.    It is my opinion that Galaxy Tab S in view of Cariou 261 discloses this limitation.

1085.   Cariou 261 discloses that "The timeout period . . . may be either defined value or may be signaled by the AP in beacons":

> In one embodiment, the different sets of EDCA parameters may be signaled by the AP in beacons, probe responses, or other management frames. The timeout period, at the expiration of which a STA may switch from MU EDCA parameters to legacy EDCA parameters, may be either defined value or may be signaled by the AP in **beacons**, probe responses, or other management frames.

> Cariou 216 at [0021]; *see also* Cariou 827 at [0016] ("Signaling: the different set of EDCA parameters are signaled by the AP in **beacons**, probe responses, etc. The TimeOut indication is either defined in the standard or signaled by the AP in beacons, probe responses, etc.").

1086.   Accordingly, Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.

### 5.    The Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 render obvious claims 1–5 of the '879 patent

1087.   I corporate my discussion above with respect to the Galaxy Tab S in view of Cariou 261 and Seok 048 ground for all elements.  I incorporate into this section my discussion above with respect to Galaxy Tab S, D1.0, Seok 048, and/or Asterjadhi 616 grounds that are not specific to the ground (e.g., deposition testimony related to claim limitation, discussion related to Wilus's infringement contentions, POSITA's knowledge/motivation, etc.).  *See* § VIII.E.1–3.

#### a)    Claims 1 and 3

1088.   The Galaxy Tab S in view of Cariou 261 in view of Seok 048 discloses these claims.  *See* § VIII.E.4.a) and b).

#### b)    Claim 4

##### (1)    [4pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW)

1089.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

1090.   Huawei 185 discloses "randomly select[ing[ a random backoff count BT in the uniform distribution of the interval [0, CW] and multiplies it with a time limit length aSlotTime to form a random backoff period":

> In a WLAN, anti-collision is a main problem for interference that needs to be solved urgently in wireless communication. In order reduce the chance of access collisions between stations in wireless communication, the 802.11 MAC utilizes the CSMA/CA (Carrier Sense Multiple Access with Collision Avoidance) mechanism to ensure channel listening and collision avoidance. This mechanism is called a distributed coordination function (DCF). The basic idea of this mechanism is random backoff. To access a medium, an STA first needs to listen to a channel vacancy duration for DCF Interframe Spacing (DIFS), and ***then randomly selects a random backoff count BT in the uniform distribution of the interval [0, CW] and multiplies it with a time limit length aSlotTime to form a random backoff period***. The listening time is extended according to this period. If the channel is still vacant within the time DIFS+BT*aSlotTime, this STA will be the first to obtain the medium access opportunity.
>
> EDCA (Enhanced Distributed Channel Access) is the basic DCF extension mechanism adopted in the 802.lie version to support prioritized quality of service (QoS). The EDCA mechanism defines four access categories (ACs). Each AC has a different arbitration interframe space (AIFS) and a different contention window CW[AC] according to a different priority. Therefore, when each AC has a business requirement, it can also independently participate in the listening contention for medium access, and the listened channel vacancy duration is AIFS[AC]+BT[AC]*aSlotTime, where ***the random backoff count BT[AC ] is randomly selected in the uniform distribution of the interval [0, CW[AC]***]. If the channel is vacant during the listening duration, this AC can obtain the medium access opportunity.
>
> PRIOR_ART_00006924 at -30 (¶¶ [0005]–[0006]).

1091.   Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

### (2)    [4a] set a backoff timer based on the random integer value

1092.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

1093.   Huawei 185 discloses that "a random backoff period" or "the listened channel vacancy duration" is determined based on the "random backoff count BT[AC]":

> In a WLAN, anti-collision is a main problem for interference that needs to be solved urgently in wireless communication. In order reduce the chance of access collisions between stations in wireless communication, the 802.11 MAC utilizes the CSMA/CA (Carrier Sense Multiple Access with Collision Avoidance) mechanism to ensure channel listening and collision avoidance. This mechanism is called a distributed coordination function (DCF). ***The basic idea of this mechanism is random backoff. To access a medium, an STA first needs to listen to a channel vacancy duration for DCF Interframe Spacing (DIFS), and then randomly selects a random backoff count BT in the uniform distribution of the interval [0, CW) and multiplies it with a time limit length aSlotTime to form a random backoff period.*** The listening time is extended according to this period. If the channel is still vacant within the time DIFS+BT*aSlotTime, this STA will be the first to obtain the medium access opportunity.
>
> EDCA (Enhanced Distributed Channel Access) is the basic DCF extension mechanism adopted in the 802.lie version to support prioritized quality of service (QoS). The EDCA mechanism defines four access categories (ACs). Each AC has a different arbitration interframe space (AIFS) and a different contention window CW[AC] according to a different priority. Therefore, when each AC has a business requirement, it can also independently participate in the listening contention for medium access, and the listened channel vacancy duration is AIFS[AC]+BT[AC]*aSlotTime, ***where the random backoff count BT[AC ] is randomly selected in the uniform distribution of the interval [0, CW[AC]]. If the channel is vacant during the listening duration, this AC can obtain the medium access opportunity.***
>
> PRIOR_ART_00006924 at -30 (¶¶ [0005]–[0006]).

1094.   In Huawei 185, "a random backoff period" or "the listened channel vacancy duration" is the amount of period during which the channel is available but the station should nevertheless "backoff"—that is, not use—the available channel.   A POSITA would have recognized that a timer is used to determine the whether the "random backoff period" or "the listened channel vacancy duration" has passed.   More specifically, to implement the backoff process, it would have been obvious to a POSITA would have use a timer that is set to the "random

backoff period" or "the listened channel vacancy duration," such that when the timer expires and the channel remains available, the station is permitted to use the channel.

1095.  Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

### (3)    [4b] access the channel based on the back off timer and a predetermined slot time

1096.  It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

1097.  Huawei 185 discloses accessing the channel based on "BT[AC]," which is the backoff timer, and "aSlotTime," which is the predetermined slot time:

> In a WLAN, anti-collision is a main problem for interference that needs to be solved urgently in wireless communication. In order reduce the chance of access collisions between stations in wireless communication, the 802.11 MAC utilizes the CSMA/CA (Carrier Sense Multiple Access with Collision Avoidance) mechanism to ensure channel listening and collision avoidance. This mechanism is called a distributed coordination function (DCF). The basic idea of this mechanism is random backoff. To access a medium, an STA first needs to listen to a channel vacancy duration for DCF Interframe Spacing (DIFS), and then randomly selects a random backoff count BT in the uniform distribution of the interval [0, CW] and multiplies it with a time limit length aSlotTime to form a random backoff period. The listening time is extended according to this period. ***If the channel is still vacant within the time DIFS+BT\*aSlotTime, this STA will be the first to obtain the medium access opportunity.***
>
> EDCA (Enhanced Distributed Channel Access) is the basic DCF extension mechanism adopted in the 802.lie version to support prioritized quality of service (QoS). The EDCA mechanism defines four access categories (ACs). Each AC has a different arbitration interframe space (AIFS) and a different contention window CW[AC] according to a different priority. ***Therefore, when each AC has a business requirement, it can also independently participate in the listening contention for medium access, and the listened channel vacancy duration is AIFS[AC]+BT[AC]\*aSlotTime, where the random backoff count BT[AC ] is randomly selected in the uniform distribution of the interval [0, CW[AC]]***. If the channel is vacant during the listening duration, this AC can obtain the medium access opportunity.
>
> PRIOR_ART_00006924 at -30 (¶¶ [0005]–[0006]).

1098.   Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

### (4)      [4c] wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW

1099.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

1100.   Huawei 185 discloses both the EDCA parameter used for channel access includes CWmin[AC] and CWmax [AC]:

> ***EDCA (Enhanced Distributed Channel Access)*** is the basic DCF extension mechanism adopted in the 802.lie version to support prioritized quality of service (QoS). The EDCA mechanism defines four access categories (ACs). Each AC has a different arbitration interframe space (AIFS) and a different contention window CW[AC] according to a different priority. Therefore, when each AC has a business requirement, it can also independently participate in the listening contention for medium access, and the listened channel vacancy duration is AIFS[AC]+BT[AC]*aSlotTime, where the random backoff count BT[AC ] is randomly selected in the uniform distribution of the interval [0, CW[AC]]. If the channel is vacant during the listening duration, this AC can obtain the medium access opportunity.

> PRIOR_ART_00006924 at -30 (¶¶ [0005]–[0006]).

1101.   Further, Huawei 185 discloses:

> Contention Window (CW)

> The integer value CW in the interval [0, CW] is the contention window. This value can be updated according to whether a response frame such as an ACK frame is received after frame transmission, in order for the fairness of allocating next contention, with its update value varying within the interval [CWmin, CWmax], where CWmin is the minimum value of the contention window and also the initial value of each frame transmission, and CWmax is the maximum value of the contention window. Correspondingly, in EDCA, each AC has corresponding contention window CW[AC], CWmin[AC] and CWmax [AC].

> PRIOR_ART_00006924 at -30 (¶ [0008]).

1102.   Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

### c)    Claim 5

#### (1)    [5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)

1103.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation. *See*, § VIII.E.5.b).(1). Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

#### (2)    [5a] set a backoff timer based on the random integer value

1104.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation. *See*, § VIII.E.5.b).(2). Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

#### (3)    [5b] access the channel based on the back off timer and a predetermined slot time

1105.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation. *See*, § VIII.E.5.b).(3). Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

#### (4)    [5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax

1106.   It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses this limitation.

1107.   I incorporate my discussion with respect to [4c] here.  *See*, § VIII.E.5.b).(4).

1108.  Huawei 185 discloses that "[i]f CW[AC] after undergoing the increase is greater than the maximum value CWmax[AC], the contention window CW[AC] is set to the maximum value CWmax[AC]."  PRIOR_ART_00006924 at -35 (¶ [0091]).

1109.  Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 discloses and/or renders obvious this limitation.

### 6.    The Galaxy Tab S in view of Cariou 261, Seok 048 and Stacey 0132 render obvious claims 1–5 of the '879 patent

1110.  I corporate my discussion above with respect to the Galaxy Tab S in view of Cariou 261 and Seok 048 ground for all elements.  I incorporate into this section my discussion above with respect to Galaxy Tab S, D1.0, Seok 048, and/or Asterjadhi 616 grounds that are not specific to the ground (e.g., deposition testimony related to claim limitation, discussion related to Wilus's infringement contentions, POSITA's knowledge/motivation, etc.).  *See* § VIII.E.1–3.

### a)    Claims 1 and 3

1111.  The Galaxy Tab S in view of Cariou 261 in view of Seok 048 discloses these claims. *See* § VIII.E.4.a) and b).

### b)    Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.

1112.  It is my opinion that Galaxy Tab S in view of Cariou 261, Seok 048, and Stacey 0132 discloses this limitation.

1113.  Stacey 0132 discloses "QoS data frame(s) sent in an HE trigger-based PPDU." Stacey 0132 at 38.

| | |
|---|---|
| 36 | The ACK Policy of the QoS data frame(s) sent in an HE trigger-based PPDU shall be set to 00 (Normal |
| 37 | Ack or Implicit BAR) when the QoS data frame requires to be acknowledged (i.e., the Ack Policy cannot |
| 38 | be set to 11 (Block Ack)). |
| 39 | [MAC Motion 77, March 2016, see 16/361r0] |

Stacey 0132 at 38.

1114.   Accordingly, Galaxy Tab S in view of Cariou 261, Seok 048, and Stacey 0132 discloses this limitation.

### F.    '035 Patent Prior Art Grounds

1115.   I incorporate into the subsections here my discussion above with respect to the '879 patent as it pertains to the corresponding claim elements in the '035 patents.

### 1.    The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of the '035 patent

#### a)    Claim 1

**[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

1116.   To the extent the preamble is limiting, it is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.  *See*, § VIII.E.1.a).(1).

**[1a] a transceiver; and**

1117.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(2).

**[1b] a processor, wherein the processor is configured to:**

1118.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(3).

**[1c] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver**

1119.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(4) & (5).

**[1d] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

1120.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(6).

> **[1e] when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

1121.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(7).

> **[1f] when the second parameter set timer expires, terminate an application of the second parameter set**

1122.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(8).

> **[1g] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

1123.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.a).(9).

> **b)     Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.**

1124.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.b).

> **c)     Claim 3: The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame.**

1125.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.c).

#### d) Claim 4

**[4pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW)**

1126.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.

*See*, § VIII.E.1.d).(1).

**[4a] set a backoff timer based on the random integer value**

1127.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.

*See*, § VIII.E.1.d).(2).

**[4b] access the channel based on the back off timer and a predetermined slot time**

1128.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.

*See*, § VIII.E.1.d).(3).

**[4c] wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW**

1129.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.

*See*, § VIII.E.1.d).(4).

#### e) Claim 5

**[5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)**

1130.  It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation.

*See*, § VIII.E.1.e).(1).

**[5a] set a backoff timer based on the random integer value**

1131.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.e).(2).

> **[5b] access the channel based on the back off timer and a predetermined slot time**

1132.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.e).(3).

> **[5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax**

1133.   It is my opinion that the Galaxy Tab S in view of D1.0 discloses this limitation. *See*, § VIII.E.1.e).(4).

### 2.   The Galaxy Tab S in view of D1.0 and Seok 048 render obvious claims 1–5 of the '035 patent

#### a)   Claim 1

> **[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

1134.   To the extent the preamble is limiting, it is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation.  *See*, § VIII.E.2.a).(1).

> **[1a] a transceiver; and**

1135.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(2).

> **[1b] a processor, wherein the processor is configured to:**

1136.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(3).

**[1c] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver**

1137.    It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(4) & (5).

**[1d] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

1138.    It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(6).

**[1e] when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

1139.    It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(7).

**[1f] when the second parameter set timer expires, terminate an application of the second parameter set**

1140.    It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(8).

**[1g] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

1141.    It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.a).(9).

**b)    Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.**

396

1142.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this

limitation. *See*, § VIII.E.2.b).

> **c)     Claim 3: The wireless communication terminal of claim 1,
> wherein the processor is configured to receive a beacon frame from
> the base wireless communication terminal and obtain information
> indicating a period of the second parameter set timer from the beacon
> frame.**

1143.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this

limitation. *See*, § VIII.E.2.c).

> **d)     Claim 4**

> **[4pre] The wireless communication terminal of claim 1,
> wherein the processor is configured to calculate a random
> integer value within a contention window (CW)**

1144.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this

limitation. *See*, § VIII.E.2.d).(1).

> **[4a] set a backoff timer based on the random integer value**

1145.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this

limitation. *See*, § VIII.E.2.d).(2).

> **[4b] access the channel based on the back off timer and a
> predetermined slot time**

1146.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this

limitation. *See*, § VIII.E.2.d).(3).

> **[4c] wherein the parameter set comprises a minimum value
> (CWmin) of the CW and a maximum value (CWmax) of the
> CW**

1147.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.d).(4).

    e)      **Claim 5**

       **[5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)**

1148.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.e).(1).

       **[5a] set a backoff timer based on the random integer value**

1149.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.e).(2).

       **[5b] access the channel based on the back off timer and a predetermined slot time**

1150.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.e).(3).

       **[5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax**

1151.   It is my opinion that the Galaxy Tab S in view of D1.0 and Seok 048 discloses this limitation. *See*, § VIII.E.2.e).(4).

    **3.**      **The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render obvious claims 1–5 of the '035 patent**

    a)      **Claim 1**

       **[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

1152.   To the extent the preamble is limiting, it is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation.   *See*, § VIII.E.3.a).(1).

### [1a] a transceiver; and

1153.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation. *See*, § VIII.E.3.a).(2).

### [1b] a processor, wherein the processor is configured to:

1154.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation. *See*, § VIII.E.3.a).(3).

### [1c] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver

1155.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation.  *See*, § VIII.E.3.a).(4) & (5).

### [1d] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends

1156.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation. *See*, § VIII.E.3.a).(6).

### [1e] when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received

1157.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation. *See*, § VIII.E.3.a).(7).

### [1f] when the second parameter set timer expires, terminate an application of the second parameter set

1158.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.a).(8).

> **[1g] access a channel according to a priority of data to be
> transmitted to the base communication terminal by the
> wireless communication terminal and the parameter set.**

1159.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.a).(9).

> **b)      Claim 2: The wireless communication terminal of claim 1,
> wherein the MPDU included in the trigger-based PPDU is a QoS data
> frame.**

1160.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.b).

> **c)      Claim 3: The wireless communication terminal of claim 1,
> wherein the processor is configured to receive a beacon frame from
> the base wireless communication terminal and obtain information
> indicating a period of the second parameter set timer from the beacon
> frame.**

1161.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.c).

> **d)      Claim 4**

> **[4pre] The wireless communication terminal of claim 1,
> wherein the processor is configured to calculate a random
> integer value within a contention window (CW)**

1162.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.d).(1).

> **[4a] set a backoff timer based on the random integer value**

1163.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.d).(2).

> **[4b] access the channel based on the back off timer and a
> predetermined slot time**

1164.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.d).(3).

> **[4c] wherein the parameter set comprises a minimum value
> (CWmin) of the CW and a maximum value (CWmax) of the
> CW**

1165.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.d).(4).

> **e)     Claim 5**

> **[5pre] The wireless communication terminal of claim 1,
> wherein the processor is configured to calculate a random
> integer value in a contention window (CW)**

1166.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.e).(1).

> **[5a] set a backoff timer based on the random integer value**

1167.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.e).(2).

> **[5b] access the channel based on the back off timer and a
> predetermined slot time**

1168.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses

this limitation. *See*, § VIII.E.3.e).(3).

**[5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax**

1169.   It is my opinion that the Galaxy Tab S in view of D1.0 and Asterjadhi 616 discloses this limitation. *See*, § VIII.E.3.e).(4).

### 4.    The Galaxy Tab S in view of Cariou 261 in view of Seok 048 render obvious claims 1–5 of the '035 patent

#### a)    Claim 1

**[1pre] A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:**

1170.   To the extent the preamble is limiting, it is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.   *See*, § VIII.E.4.a).(1).

**[1a] a transceiver; and**

1171.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(2).

**[1b] a processor, wherein the processor is configured to:**

1172.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(3).

**[1c] transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver**

1173.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation.  *See*, § VIII.E.4.a).(4) & (5).

**[1d] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends**

1174.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(6).

> **[1e] when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received**

1175.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(7).

> **[1f] when the second parameter set timer expires, terminate an application of the second parameter set**

1176.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(8).

> **[1g] access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.**

1177.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.a).(9).

> **b)    Claim 3: The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame.**

1178.   It is my opinion that the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses this limitation. *See*, § VIII.E.4.b).

> **5.    The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and Huawei 185 render obvious claims 1–5 of the '035 patent**

> **a)    Claims 1 and 3**

403

1179.   It is my opinion the Galaxy Tab S in view of Cariou 261 and Seok 048 discloses these claims.  *See* § VIII.F.4.a) and b).

**b)      Claim 4**

**[4pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW)**

1180.   It is my opinion the Galaxy Tab S in view of Cariou 261, Seok 048 discloses these claims.  *See* § VIII.E.5.b).(1).

**[4a] set a backoff timer based on the random integer value**

1181.   It is my opinion the Galaxy Tab S in view of Cariou 261 in view of Seok 048 discloses these claims.  *See* § VIII.F.4.a) and b).

**[4b] access the channel based on the back off timer and a predetermined slot time**

1182.   It is my opinion that D1.0 discloses this limitation. See, § X.d.3.

1183.

**[4c] wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW**

1184.   It is my opinion that D1.0 discloses this limitation. See, § X.d.4.

**c)      Claim 5**

**[5pre] The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW)**

1185.   It is my opinion that D1.0 discloses this limitation. See, § X.e.1.

**[5a] set a backoff timer based on the random integer value**

1186.   It is my opinion that D1.0 discloses this limitation. See, § X.e.2.

> **[5b] access the channel based on the back off timer and a predetermined slot time**

1187.   It is my opinion that D1.0 discloses this limitation. See, § X.e.3.

> **[5c] if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax**

1188.   It is my opinion that D1.0 discloses this limitation. See, § X.e.4.

> **6.    The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and Stacey 00132 render obvious claims 1–5 of the '035 patent**

> **a)    Claims 1 and 3**

1189.   The Galaxy Tab S in view of Cariou 261 in view of Seok 048 discloses these claims.

*See* §§ F.4.1 & F.4.2.

> **b)    Claim 2: The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.**

1190.   It is my opinion that D1.0 discloses this limitation. See, § X.b.

**G.    Written Description and Enablement**

1191.   My understanding of written description and enablement requirements is provided above in the Understanding of the Law section.  As expressed more fully there, it is my understanding that the written description must enable one of skill in the art to make and use the claimed invention.  The written description of the '035/879 patents fail this requirement in several places, often parroting the same words repeatedly without providing any enabling discourse whatsoever.

1192.   In my opinion, the applicants of the '035/879 patents did not describe their purported inventions in a manner that reasonably conveys to a POSITA that they possession of the