# Exhibit 4

████████████████████

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Case No. 2:24-cv-00765-JRG |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.'S PRELIMINARY DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

**I.   Patent Rule 3-1: Disclosure of Asserted Claims and Infringement Contentions**

Pursuant to Patent Rule 3-1, Plaintiff, Wilus Institute of Standards and Technology, Inc. ("Wilus"), submits the following Preliminary Disclosure of Asserted Claims and Infringement Contentions. This disclosure is based on the information available to Wilus as of the date of this disclosure, and Wilus reserves the right to amend this disclosure to the full extent permitted, consistent with the Court's Rules and Orders.

**A.   Patent Rule 3-1(a): Asserted Claims**

Wilus asserts that Defendants Samsung Electronics Co. Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Defendants" or "Samsung") infringes the following claims (collectively, "Asserted Claims"):

(1) U.S. Patent No. 11,129,163 ("the '163 patent"), claims 1-16;

(2) U.S. Patent No. 11,700,597 ("the '597 patent"), claims 1-16;

(3) U.S. Patent No. 11,116,035 ("the '035 patent"), claims 1-5, and 8-10; and

(4) U.S. Patent No. 11,516,879 ("the '879 patent"), claims 1-5, and 8-10.

**B.    Patent Rule 3-1(b): Accused Instrumentalities of which Wilus is aware**

Wilus asserts that the Asserted Claims are infringed by the various instrumentalities used, made, sold, offered for sale, or imported into the United States by Defendant, including all Wi-Fi 6 (802.11ax) enabled devices, including those specifically identified in the chart below ("Accused Instrumentalities").

| |
|---|
| Samsung Galaxy A35 |
| Samsung Galaxy A52s 5G |
| Samsung Galaxy A54 5G |
| Samsung Galaxy A55 |
| Samsung Galaxy A73 5G |
| Samsung Galaxy Book Flex |
| Samsung Galaxy Book Ion |
| Samsung Galaxy Book Pro |
| Samsung Galaxy Book Pro 360 |
| Samsung Galaxy Book S |
| Samsung Galaxy C55 |
| Samsung Galaxy F54 |
| Samsung Galaxy F55 |
| Samsung Galaxy Fold |
| Samsung Galaxy Fold 5G |
| Samsung Galaxy M35 |
| Samsung Galaxy M52 5G |
| Samsung Galaxy M54 |
| Samsung Galaxy M55 |
| Samsung Galaxy M55s |
| Samsung Galaxy Note 10 |
| Samsung Galaxy Note 10+ |
| Samsung Galaxy Note 20 |
| Samsung Galaxy Note 20 Ultra |
| Samsung Galaxy Note10 5G |
| Samsung Galaxy Note10+ 5G |
| Samsung Galaxy Note20 5G |
| Samsung Galaxy Note20 Ultra |
| Samsung Galaxy Note20 Ultra 5G |
| Samsung Galaxy S10 |
| Samsung Galaxy S10 5G |
| Samsung Galaxy S10+ |

| |
|---|
| Samsung Galaxy S10e |
| Samsung Galaxy S20 |
| Samsung Galaxy S20 5G |
| Samsung Galaxy S20 5G UW |
| Samsung Galaxy S20 FE |
| Samsung Galaxy S20 FE 2022 |
| Samsung Galaxy S20 FE 5G |
| Samsung Galaxy S20 Ultra |
| Samsung Galaxy S20+ |
| Samsung Galaxy S20+ 5G |
| Samsung Galaxy S21 |
| Samsung Galaxy S21 FE |
| Samsung Galaxy S21 Ultra |
| Samsung Galaxy S21 Ultra 5G |
| Samsung Galaxy S21+ |
| Samsung Galaxy S22 |
| Samsung Galaxy S22 Ultra |
| Samsung Galaxy S22 Ultra 5G |
| Samsung Galaxy S22+ |
| Samsung Galaxy S22+ 5G |
| Samsung Galaxy S23 |
| Samsung Galaxy S23 FE |
| Samsung Galaxy S23 Ultra |
| Samsung Galaxy S23+ |
| Samsung Galaxy S24 |
| Samsung Galaxy S24 FE |
| Samsung Galaxy S24 Ultra |
| Samsung Galaxy S24+ |
| Samsung Galaxy Tab Active 3 |
| Samsung Galaxy Tab Active4 Pro |
| Samsung Galaxy Tab Active5 |
| Samsung Galaxy Tab S10 Ultra |
| Samsung Galaxy Tab S10+ |
| Samsung Galaxy Tab S7 |
| Samsung Galaxy Tab S7 FE |
| Samsung Galaxy Tab S7+ |
| Samsung Galaxy Tab S8 |
| Samsung Galaxy Tab S8 Ultra |
| Samsung Galaxy Tab S8+ |
| Samsung Galaxy Tab S8+ Ultra |
| Samsung Galaxy Tab S9 |
| Samsung Galaxy Tab S9 FE |
| Samsung Galaxy Tab S9 FE+ |

| |
|---|
| Samsung Galaxy Tab S9 Ultra |
| Samsung Galaxy Tab S9+ |
| Samsung Galaxy Xcover FieldPro |
| Samsung Galaxy XCover6 Pro |
| Samsung Galaxy Z Flip 5G |
| Samsung Galaxy Z Flip3 5G |
| Samsung Galaxy Z Flip4 |
| Samsung Galaxy Z Flip5 |
| Samsung Galaxy Z Flip6 |
| Samsung Galaxy Z Fold 2 |
| Samsung Galaxy Z Fold 3 |
| Samsung Galaxy Z Fold Special |
| Samsung Galaxy Z Fold4 |
| Samsung Galaxy Z Fold5 |
| Samsung Galaxy Z Fold6 |
| Samsung S5E9815_ERD |
| Samsung 1.63 m QN700A Neo QLED 8K Smart TV |
| Samsung 1.63 m QN800A Neo QLED 8K Smart TV |
| Samsung 1.63 m QN800C Neo QLED 8K Smart TV |
| Samsung 1.63 m QN800D Neo QLED 8K Smart TV |
| Samsung 1.89 m QN800B Neo QLED 8K Smart TV |
| Samsung 110" Class MICRO LED Samsung (2022) |
| Samsung 114" Class MICRO LED |
| Samsung 1m 89cm (75") Q950T 8K Smart QLED TV |
| Samsung 2.16 m QN900A Neo QLED 8K Smart TV |
| Samsung 2.16 m QN900B Neo QLED 8K Smart TV |
| Samsung 2.16 m QN900C Neo QLED 8K Smart TV |
| Samsung 2.16 m QN900C Neo QLED 8K Smart TV QA85QN900CKXXL |
| Samsung 2.16 m QN900D Neo QLED 8K Smart TV |
| Samsung 2.47 m QN990C Neo QLED 8K Smart TV |
| Samsung 75" Class QN800C Samsung Neo QLED 8K Smart TV (2023) |
| Samsung 85" Class Samsung Neo QLED 8K QN800D |
| Samsung 85" Class Samsung Neo QLED 8K QN900C |
| Samsung 85" Class Samsung Neo QLED 8K QN900D |
| Samsung 98" Class Samsung Neo QLED 8K QN990C |
| Samsung Q900 Smart TV |
| Samsung Q900TS Smart TV |
| Samsung Q950TS Smart TV |
| Samsung Galaxy S20 5G |
| Samsung Galaxy M52 5G |
| Samsung Galaxy F54 |

4

| |
|---|
| Samsung Galaxy Tab S7 FE |
| Samsung Galaxy S20 Ultra |
| Samsung Galaxy S20+ 5G |
| Samsung Galaxy Note20 Ultra |
| Samsung Galaxy Note20 5G |
| Samsung Galaxy C55 |
| Samsung Galaxy Note10+ 5G |
| Samsung Galaxy Fold |
| Samsung Galaxy Note10 5G |
| Samsung Galaxy Tab Active5 |
| Samsung Galaxy S20 FE 2022 |
| Samsung Galaxy Tab Active4 Pro |
| Samsung Galaxy Fold 5G |
| 110" Class MICRO LED Samsung (2022) |
| 114" Class MICRO LED |
| Samsung Galaxy Z Fold6 |
| Samsung Galaxy S24 Ultra |
| Galaxy Z Fold Special |
| Samsung Galaxy Tab S10 Ultra |
| Galaxy Tab S8 Ultra |
| Galaxy S21 Ultra |
| Galaxy Tab S8 |
| Galaxy Tab S8+ |
| Galaxy Tab S8+ Ultra |
| Galaxy S22+ |
| Galaxy S22 Ultra |
| Samsung Galaxy S23 |
| Samsung Galaxy S23+ |
| Samsung Galaxy Book Pro |
| Samsung Galaxy Book Pro 360 |
| Samsung Galaxy Book Ion |
| Samsung Galaxy Tab S9 |
| Galaxy Tab S9+ |
| Samsung Galaxy Tab S9 Ultra |
| Samsung Galaxy Z Flip6 |
| Samsung Galaxy Tab S10+ |
| Samsung Galaxy Z Fold4 |
| Samsung Galaxy Z Flip5 |
| Samsung Galaxy Z Fold5 |
| Samsung Galaxy Tab S8 |
| Samsung Galaxy Tab S8 Ultra |
| Samsung Galaxy XCover6 Pro |
| 98" Class Samsung Neo QLED 8K QN990C |

5

| |
|---|
| 85" Class Samsung Neo QLED 8K QN900D |
| 85" Class Samsung Neo QLED 8K QN900C |
| 75" Class QN800C Samsung Neo QLED 8K Smart TV (2023) |
| 85" Class Samsung Neo QLED 8K QN800D |

The accompanying preliminary infringement contention charts, Exhibits A-D, provide additional detail.

Wilus reserves the right to accuse additional products from Defendant to the extent Wilus becomes aware of additional products during the discovery process. These contentions are also based upon publicly available information including ratified IEEE standards. Wilus reserves the right to accuse related and/or additional features of Defendants' products that it learns about during discovery and/or following ratification of further amendments to IEEE standards (e.g. 802.11be). Unless otherwise stated, Wilus' assertions of infringement apply to all variations, versions, and applications of each of the Accused Instrumentalities, on information and belief, that different variations, versions, and applications of each of the Accused Instrumentalities are substantially the same for purposes of infringement of the Asserted Claims.

**C.     Patent Rule 3-1(c): Claim Charts**

Wilus' analysis of Defendant's products is based upon limited information that is publicly available, and based on Wilus' own investigation prior to any discovery in these actions. Specifically, Wilus' analysis is based on certain limited resources that evidence certain products made, sold, used, or imported into the United States by Defendants.

Wilus reserves the right to amend or supplement these disclosures for any of the following reasons:

(1) Defendant and/or third parties provide evidence relating to the Accused Instrumentalities;

(2) Wilus' position on infringement of specific claims may depend on the claim constructions adopted by the Court, which has not yet occured; and

(3) Wilus' investigation and analysis of Defendant's Accused Instrumentalities is based upon public information and Wilus' own investigations. Wilus reserves the right to amend these contentions based upon discovery of non-public information or other information not readily accessible to Wilus at this time that Wilus anticipates receiving during discovery.

(4) These contentions are also based upon publicly available information including ratified IEEE standards. Wilus reserves the right to accuse related and/or additional features of Defendants' products that it learns about during discovery and/or following ratification of further amendments to IEEE standards (e.g. 802.11be).

Attached as Exhibits A-D, and incorporated herein in their entirety, are charts identifying where each element of the Asserted Claims are found in the Accused Instrumentalities.

Unless otherwise indicated, the information provided that corresponds to each claim element is considered to indicate that each claim element is found within each of the different variations, versions, and applications of each of the respective Accused Instrumentalities described above.

### D. Patent Rule 3-1(d): Literal Infringement / Doctrine of Equivalents

With respect to the patents at issue, each element of each Asserted Claim is considered to be literally present. Wilus also contends that each Asserted Claim is infringed or has been infringed under the doctrine of equivalents in Defendant's Accused Instrumentalities. Wilus also contends that Defendant both directly and indirectly infringes the Asserted Claims. For example, the Accused Instrumentalities are provided by the Defendant to customers, who are actively encouraged and instructed (for example, through Defendant's online instructions on its website

7

and instructions, manual, or user guides that are provided with the Accused Instrumentalities) by the Defendant to use the Accused Instrumentalities in ways that directly infringe the Asserted Claims. Defendant therefore specifically intends for and induces its customers to infringe the Asserted Claims under Section 271(b) through the customers' normal and customary use of the Accused Instrumentalities. In addition, Defendant is contributorily infringing the Asserted Claims under Section 271(c) and/or Section 271(f) by selling, offering for sale, or importing the Accused Instrumentalities into the United States, which constitute a material part of the inventions claimed in the Asserted Claims, are especially made or adapted to infringe the Asserted Claims, and are otherwise not staple articles or commodities of commerce suitable for non-infringing use.

    **E.**    **Patent Rule 3-1(e): Priority Dates**

The Asserted Claims of the '163 patent are entitled to a priority date at least as early as March 4, 2016, the filing date of KR 10-2016-0026684.

The Asserted Claims of the '597 patent are entitled to a priority date at least as early as March 4, 2016, the filing date of KR 10-2016-0026684.

The Asserted Claims of the '035 patent are entitled to a priority date at least as early as September 7, 2016, the filing date of KR 10-2016-0114822.

The Asserted Claims of the '879 patent are entitled to a priority date at least as early as Setpember 7, 2016, the filing date of KR 10-2016-0114822.

A diligent search continues for additional responsive information and Wilus reserves the right to supplement this response.

    **F.**    **Patent Rule 3-1(f): Identification of Instrumentalities Practicing the Claimed Invention**

At this time, Wilus does not identify any of its instrumentalities as practicing the Asserted Claims. A diligent search continues for additional responsive information and Wilus reserves the right to supplement this response.

II. **Patent Rule 3-2: Document Production Accompanying Disclosure**

Pursuant to Patent Rule 3-2, Wilus submits the following Document Production Accompanying Disclosure, along with an identification of the categories to which each of the documents corresponds.

F. **Patent Rule 3-2(a) documents:**

Wilus is presently unaware of any documents sufficient to evidence any discussion with, disclosure to, or other manner of providing to a third party, or sale of or offer to sell, the inventions recited in the Asserted Claims of the Asserted Patents prior to the application dates or priority dates for the Asserted Patents. A diligent search continues for such documents and Wilus reserves the right to supplement this response.

G. **Patent Rule 3-2(b) documents:**

Wilus identifies the following non-privileged documents as related to evidencing conception and reduction to practice of each claimed invention of the Asserted Patents: WILUS_0007799-WILUS_0007866; WILUS_0007867-WILUS_0010309; WILUS_0015827-WILUS_0015895; WILUS_0015896-WILUS_0018337; WILUS_0005395-WILUS_0005444; WILUS_0005445-WILUS_0006980; WILUS_0013116-WILUS_0013166; WILUS_0013167-WILUS_0014720. A diligent search continues for additional documents and Wilus reserves the right to supplement this response.

H. **Patent Rule 3-2(c) documents:**

Wilus identifies the following documents as being the file histories for the Asserted Patents: WILUS_0007867-WILUS_0010309; WILUS_0015896-WILUS_0018337; WILUS_0005445-WILUS_0006980; WILUS_0013167-WILUS_0014720.

| | |
|---|---|
| Dated: November 21, 2024 | Respectfully submitted, |
| | */s/ Reza Mirzaie* |
| | Reza Mirzaie |
| | CA State Bar No. 246953 |
| | Marc A. Fenster |
| | CA State Bar No. 181067 |
| | Neil A. Rubin |
| | CA State Bar No. 250761 |
| | Amy E. Hayden |
| | CA State Bar No. 287026 |
| | Christian W. Conkle |
| | CA State Bar No. 306374 |
| | Jonathan Ma |
| | CA State Bar No. 312773 |
| | RUSS AUGUST & KABAT |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, CA  90025 |
| | Telephone: 310-826-7474 |
| | Email: rmirzaie@raklaw.com |
| | Email: mfenster@raklaw.com |
| | Email: nrubin@raklaw.com |
| | Email: ahayden@raklaw.com |
| | Email: cconkle@raklaw.com |
| | Email: jma@raklaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF** |
| | **WILUS INSTITUTE OF STANDARDS** |
| | **AND TECHNOLOGY INC.** |

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendant on November 21, 2024 via e-mail.

*/s/ Reza Mirzaie*
Reza Mirzaie

11