# Exhibit 4b

## Exhibit B - U.S. Patent No. 11,700,597 ("'597 Patent")

Accused Products: Samsung's Wi-Fi 6 (802.11ax) enabled devices, and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal communicating wirelessly, the wireless communication terminal". <br><br> For example, the Accused Products include "A wireless communication terminal communicating wirelessly, the wireless communication terminal": <br><br> *See, e.g.*: <br><br>  <br><br> (https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [1a] a transceiver; and <br><br> [1b] a processor, | Each The Accused Products include "a transceiver" and "a processor": |

1

| Issued Claim(s) | Public Documentation |
|---|---|
| | Wi-Fi      Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br><br>Peak Speed: 5.8 Gbps<br><br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br><br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |
| [1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed, | In the Accused Products, the processor is configured to "receive a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU) by using the transceiver":<br><br>**26.17.3 BSS color**<br><br>**26.17.3.1 General**<br><br>BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4.<br><br>All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color.<br><br>(IEEE 802.11ax-2021, § 26.17.3.1)<br><br>In the Accused Products, the processor is configured to "not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed": |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | The BSS Color Information field is defined in Figure 9-788j. <br><br>  <br><br> **Figure 9-788j—BSS Color Information field format** <br><br> The BSS Color subfield is an unsigned integer whose value is the BSS Color of the BSS corresponding to the AP, IBSS STA, mesh STA or TDLS STA that transmitted this element and is set as defined in 26.17.3. <br><br> The Partial BSS Color subfield is set to 1 to indicate that an AID assignment rule based on the BSS color as defined in 26.17.4 is applied for the BSS. Otherwise, the Partial BSS Color subfield is set to 0. <br><br> The BSS Color Disabled subfield is set to 1 to disable the use of color for the BSS as described in 26.17.3.3; otherwise, it is set to 0. <br><br> (IEEE 802.11ax-2021, § 9.4.2.249) <br><br> If a STA determines that the BSS color is disabled (see 26.17.3.3), then the RXVECTOR parameter BSS_COLOR of a PPDU shall not be used to classify the PPDU. <br><br> (IEEE 802.11ax-2021, § 26.2.2) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:<br><br>— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.<br><br>— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).<br><br>(IEEE 802.11ax-2021, § 26.17.3.3) |
| [1d] wherein the BSS color is an identifier of a BSS, | In the Accused Products, "the BSS color is an identifier of a BSS":<br><br>**26.17.3 BSS color**<br><br>**26.17.3.1 General**<br><br>BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4.<br><br>All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color.<br><br>(IEEE 802.11ax-2021, § 26.17.3.1) |
| [1e] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated. | In the Accused Products, "the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated": |

4

| Issued Claim(s) | Public Documentation |
|---|---|
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:<br><br>— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.<br><br>— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).<br><br>(IEEE 802.11ax-2021, § 26.17.3.3) |
| 2. The wireless communication terminal of claim 1, wherein the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,<br><br>wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,<br><br>wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to | In the Accused Products, "the processor is configured not to set an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed":<br><br>IEEE 802.11ax-2021, May 2021<br><br>**26.17.3 BSS color**<br><br>**26.17.3.3 Disabling BSS color**<br><br>A non-AP HE STA may use the RXVECTOR parameter BSS_COLOR of an HE PPDU to determine whether it should update the intra-BSS NAV (see 26.2.4), and/or the STA may go to doze state for the duration of the PPDU (see 26.14.1) if the most recently received HE Operation element from the AP with which it is associated contained a value of 0 in the BSS Color Disabled subfield. |

| Issued Claim(s) | Public Documentation |
|---|---|
| be identified as the Inter-BSS PPDU or the Intra-BSS PPDU. | In the Accused Products, "the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU.": |
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br><br>A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2.<br><br>In the Accused Products, "the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.": |
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.4 Updating two NAVs**<br><br>A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. |
| 3. The wireless communication terminal of claim 2, wherein the PPDU includes a TXOP Duration field in the signaling field of | In the Accused Products, "the PPDU includes a TXOP Duration field in the signaling field of the PPDU": |

| Issued Claim(s) | Public Documentation |
|---|---|
| the PPDU and a medium access control (MAC) frame which includes a duration field,<br><br>wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,<br><br>wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,<br><br>wherein the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.11.5 TXOP_DURATION**<br><br>The TXVECTOR parameter TXOP_DURATION of an HE PPDU indicates duration information for NAV setting and protection of the TXOP, except that the TXVECTOR parameter TXOP_DURATION is set to UNSPECIFIED to indicate no duration information.<br><br>NOTE 1—The value of TXVECTOR parameter TXOP_DURATION is converted to an indication in the TXOP field of the HE-SIG-A field as described in Table 27-18, Table 27-20, and Table 27-21. The indication in the TXOP field of the HE-SIG-A field is converted to the RXVECTOR parameter TXOP_DURATION as described in Table 27-1. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "a medium access control (MAC) frame which includes a duration field": |

**IEEE 802.11ax-2021, May 2021**

**10.3.2.4 Setting and resetting the NAV**

An HE AP that is not a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The HE AP does not receive a frame with a Duration field in the PPDU.

— The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP.

An HE AP that is a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The HE AP does not receive a frame with a Duration field in the PPDU.

— The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP.

— The RXVECTOR parameter BSS_COLOR is not equal to the BSS color of the HE AP.

NOTE 2—A non-AP HE STA maintains two NAVs, but an HE AP might maintain only one NAV (see 26.2.4).

NOTE 3—If a STA receives an HE PPDU with the duration information indicated by both a frame with a Duration field and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored.

# IEEE 802.11ax-2021, May 2021

## 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, "the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

# IEEE 802.11ax-2021, May 2021

### 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, "the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

# IEEE 802.11ax-2021, May 2021

## 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "the processor is configured not to use the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame": |

# IEEE 802.11ax-2021, May 2021

## 26.2.4 Updating two NAVs

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

NOTE 1—If a PS-Poll frame is received in an HE SU PPDU, HE ER SU PPDU, or HE MU PPDU, then the RXVECTOR parameter TXOP_DURATION does not indicate duration information (see 26.11.5).

NOTE 2—If a STA receives an HE PPDU with the duration information indicated by both a frame with a Duration field and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored.

NOTE 3—The additional rules of NAV consideration for a STA that is solicited for an immediate response are described in 10.3.2.9, 10.3.2.11, and 26.5.2.5.

| Issued Claim(s) | Public Documentation |
|---|---|
| 4. The wireless communication terminal of claim 1, wherein the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred,<br><br>wherein the BSS color collision represents that different BSSs correspond to one BSS color. | In the Accused Products, "the processor is configured to signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred" and "the BSS color collision represents that different BSSs correspond to one BSS color.":<br><br>**IEEE 802.11ax-2021, May 2021**<br><br>**26.17.3.3 Disabling BSS color**<br><br>An HE STA that transmits an HE Operation element and that decides to disable the use of BSS color in the BSS to which it belongs, for example, after detecting a BSS color collision with an OBSS (see 26.17.3.5), shall set the value of BSS Color Disabled subfield in the HE Operation element to 1 to inform other STAs in the BSS that the BSS color is disabled; otherwise, the HE STA shall set the BSS Color Disabled subfield to 0.<br><br>**26.17.3.5 Detecting and reporting BSS color collision**<br><br>**26.17.3.5.1 General**<br><br>An HE AP may determine that a BSS color collision has occurred if it receives HE PPDUs on its primary channel from an OBSS STA containing the same BSS color as the one it has selected for its BSS or if it receives autonomous BSS color collision event reports from its associated STAs. The HE AP shall set the BSS Color Disabled subfield to 1 in the HE Operation element that it transmits if the BSS color collision persists for a duration of at least dot11BSSColorCollisionAPPeriod and if dot11BSSColorCollisionAPPeriod is not −1. The value −1 means that the BSS color is not disabled in the case of a collision. |
| 5. The wireless communication terminal of claim 4, wherein the processor | In the Accused Products, "the processor is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame": |

| Issued Claim(s) | Public Documentation |
|---|---|
| is configured to determine that BSS color collision has occurred based on address fields of a medium access control (MAC) frame. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.17.3.5 Detecting and reporting BSS color collision**<br><br>**26.17.3.5.1 General**<br><br>An HE AP may determine that a BSS color collision has occurred if it receives HE PPDUs on its primary channel from an OBSS STA containing the same BSS color as the one it has selected for its BSS or if it receives autonomous BSS color collision event reports from its associated STAs. The HE AP shall set the BSS Color Disabled subfield to 1 in the HE Operation element that it transmits if the BSS color collision persists for a duration of at least dot11BSSColorCollisionAPPeriod and if dot11BSSColorCollisionAPPeriod is not −1. The value −1 means that the BSS color is not disabled in the case of a collision.<br><br>**26.17.3.5.2 Autonomous reporting of BSS color collision**<br><br>A STA that supports autonomous reporting of BSS color collision shall set dot11AutonomousBSSColorCollisionReportingImplemented to true.<br><br>A non-AP HE STA that supports autonomous reporting of BSS color collision may send a color collision report to its associated AP when it detects that color collision has occurred. The STA shall declare that a color collision has occurred if it receives, on its associated AP's primary channel, an HE PPDU with at least three Address fields in the MAC header and with the same color as its associated BSS in which none of the Address fields match the BSSID of the BSS with which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs. |
| 6. The wireless communication terminal of claim 1, wherein the operation based on the BSS color includes entering a doze state | In the Accused Products, "the operation based on the BSS color includes entering a doze state of a power save operation based on a BSS color indicated by a signaling field of the PPDU" and "the power save operation is an operation for the wireless communication terminal to enter the doze state until an end of a received PPDU which is an Intra-BSS PPDU": |

| | |
|---|---|
| of a power save operation based on a BSS color indicated by a signaling field of the PPDU, <br><br> wherein the power save operation is an operation for the wireless communication terminal to enter the doze state until an end of a received PPDU which is an Intra-BSS PPDU. | **IEEE 802.11ax-2021, May 2021** <br><br> **26.14 Power management** <br><br> **26.14.1 Intra-PPDU power save for non-AP HE STAs** <br><br> Intra-PPDU power save is the power save mechanism for an HE STA to enter the doze state or become unavailable until the end of a received PPDU that is identified as an intra-BSS PPDU. The STA can enter the doze state if it is in PS mode and can become unavailable if it is in active mode (see 11.2.3.2). <br><br> A non-AP HE STA that has dot11IntraPPDUPowerSaveOptionActivated equal to true operates in intra-PPDU power save mode. <br><br> A non-AP HE STA that is in intra-PPDU power save mode may enter the doze state or become unavailable until the end of a PPDU currently being received if one of the following conditions is met: <br><br> — The PPDU is an HE MU PPDU where the RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 0, the RXVECTOR parameters STA_ID do not include the identifier of the STA or the broadcast identifier(s) intended for the STA, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated. <br><br> — The PPDU is an HE MU PPDU, HE SU PPDU, or HE ER SU PPDU and one of the following conditions is true: <br>   — The RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 1, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated. <br>   — The RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 0, a PHY-RXEND.indication(UnsupportedRate) primitive was received, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated. <br><br> — The PPDU is an HE TB PPDU where the RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated. <br><br> ... |

| Issued Claim(s) | Public Documentation |
|---|---|
| 7. The wireless communication terminal of claim 1, wherein the processor is configured not to perform a spatial reuse operation when the BSS color indicated by a signaling field of the PPDU is a predetermined value. | In the Accused Products, "the processor is configured not to perform a spatial reuse operation when the BSS color indicated by a signaling field of the PPDU is a predetermined value": <br><br> IEEE 802.11ax-2021, May 2021 <br><br> **26.11.4 BSS_COLOR** <br><br> An HE STA that receives an HE PPDU with RXVECTOR parameter BSS_COLOR with a value between 1 and 63 follows the spatial reuse rule described in 26.10. <br><br> NOTE 3—An HE STA that receives an HE PPDU with the RXVECTOR parameter BSS_COLOR equal to 0 might not follow the spatial reuse rules described in 26.10. |
| 8. The wireless communication terminal of claim 7, wherein the predetermined value is 0. | In the Accused Products, "the predetermined value is 0": <br><br> IEEE 802.11ax-2021, May 2021 <br><br> **26.11.4 BSS_COLOR** <br><br> An HE STA that receives an HE PPDU with RXVECTOR parameter BSS_COLOR with a value between 1 and 63 follows the spatial reuse rule described in 26.10. <br><br> NOTE 3—An HE STA that receives an HE PPDU with the RXVECTOR parameter BSS_COLOR equal to 0 might not follow the spatial reuse rules described in 26.10. |
| [9pre]. A method of operating a wireless communication terminal communicating wirelessly, the method comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal communicating wirelessly, the wireless communication terminal". <br><br> For example, the Accused Products include "A wireless communication terminal communicating wirelessly, the wireless communication terminal": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | *See, e.g.*:<br><br><br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [9a] receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU); and not using a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not allowed, | In the Accused Products, the method includes "receiving a physical layer convergence procedure (PLCP) Protocol Data Unit (PPDU)":<br><br>**26.17.3 BSS color**<br><br>**26.17.3.1 General**<br><br>BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4.<br><br>All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color.<br><br>(IEEE 802.11ax-2021, § 26.17.3.1)<br><br>In the Accused Products, the method includes to "not to use a Basic Service Set (BSS) color indicated by the PPDU when signaling information indicates that an operation based on the BSS color is not |

| Issued Claim(s) | Public Documentation |
|---|---|
| | allowed": |

The BSS Color Information field is defined in Figure 9-788j.

| B0 | B5 | B6 | B7 |
|---|---|---|---|
| BSS Color | | Partial BSS Color | BSS Color Disabled |
| Bits: | 6 | 1 | 1 |

**Figure 9-788j—BSS Color Information field format**

The BSS Color subfield is an unsigned integer whose value is the BSS Color of the BSS corresponding to the AP, IBSS STA, mesh STA or TDLS STA that transmitted this element and is set as defined in 26.17.3.

The Partial BSS Color subfield is set to 1 to indicate that an AID assignment rule based on the BSS color as defined in 26.17.4 is applied for the BSS. Otherwise, the Partial BSS Color subfield is set to 0.

The BSS Color Disabled subfield is set to 1 to disable the use of color for the BSS as described in 26.17.3.3; otherwise, it is set to 0.

(IEEE 802.11ax-2021, § 9.4.2.249)

If a STA determines that the BSS color is disabled (see 26.17.3.3), then the RXVECTOR parameter BSS_COLOR of a PPDU shall not be used to classify the PPDU.

(IEEE 802.11ax-2021, § 26.2.2)

| Issued Claim(s) | Public Documentation |
|---|---|
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:<br>— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.<br>— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).<br><br>(IEEE 802.11ax-2021, § 26.17.3.3) |
| [9b] wherein the BSS color is an identifier of a BSS, | In the Accused Products, "the BSS color is an identifier of a BSS":<br><br>**26.17.3 BSS color**<br><br>**26.17.3.1 General**<br><br>BSS color identifies a BSS and assists a STA receiving a PPDU that carries BSS color in identifying the BSS from which the PPDU originates so that the STA can use the channel access rules in 26.10, reduce power consumption as described in 26.14.1, or update its NAV as described in 26.2.4.<br><br>All APs that are members of a multiple BSSID set or co-hosted BSSID set shall use the same BSS color.<br><br>(IEEE 802.11ax-2021, § 26.17.3.1) |
| [9c] wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated. | In the Accused Products, "the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | If the most recently received HE Operation element from the AP with which it is associated contained a value of 1 in the BSS Color Disabled subfield, then the following apply:<br>— A non-AP HE STA should use the Address 1, Address 2, and Duration/ID fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and TXOP_DURATION, to determine whether the STA should update the intra-BSS NAV.<br>— A non-AP HE STA should use the Address 1 and Address 2 fields of the frames contained in the received HE PPDUs, instead of the RXVECTOR parameters BSS_COLOR and STA_ID, to determine whether the STA may go to doze state for the duration of that PPDU (see 26.14.1).<br><br>(IEEE 802.11ax-2021, § 26.17.3.3) |
| 10. The method of claim 9, wherein the method further comprises not setting an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed,<br><br>wherein the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU,<br><br>wherein the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU. | In the Accused Products, the method includes "not setting an Intra-BSS Network Allocation Vector (NAV) by using the BSS color indicated by a signaling field of the PPDU when the signaling information indicates that the operation based on the BSS color is not allowed":<br><br>IEEE 802.11ax-2021, May 2021<br><br>**26.17.3 BSS color**<br>**26.17.3.3 Disabling BSS color**<br><br>A non-AP HE STA may use the RXVECTOR parameter BSS_COLOR of an HE PPDU to determine whether it should update the intra-BSS NAV (see 26.2.4), and/or the STA may go to doze state for the duration of the PPDU (see 26.14.1) if the most recently received HE Operation element from the AP with which it is associated contained a value of 0 in the BSS Color Disabled subfield. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, "the Intra-BSS NAV is different from a Basic NAV and is a NAV which is set based on an Intra-BSS PPDU.": |
| | **IEEE 802.11ax-2021, May 2021** |
| | **26.2.4 Updating two NAVs** |
| | A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. |
| | In the Accused Products, "the Basic NAV is set based on an Inter-BSS PPDU or a PPDU which is not able to be identified as the Inter-BSS PPDU or the Intra-BSS PPDU.": |
| | **IEEE 802.11ax-2021, May 2021** |
| | **26.2.4 Updating two NAVs** |
| | A non-AP HE STA shall maintain two NAVs, and an HE AP may maintain two NAVs: an intra-BSS NAV and a basic NAV. The intra-BSS NAV is updated by an intra-BSS PPDU. The basic NAV is updated by an inter-BSS PPDU or a PPDU that cannot be classified as intra-BSS or inter-BSS. The mechanism by which a PPDU is classified intra-BSS or inter-BSS is defined in 26.2.2. |
| 11. The method of claim 10, wherein the PPDU includes a TXOP Duration field in the signaling field of the PPDU and a medium access control | In the Accused Products, "the PPDU includes a TXOP Duration field in the signaling field of the PPDU": |

| Issued Claim(s) | Public Documentation |
|---|---|
| (MAC) frame which includes a duration field,<br><br>wherein the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,<br><br>wherein the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV,<br><br>wherein the method further comprises not using the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.11.5 TXOP_DURATION**<br><br>The TXVECTOR parameter TXOP_DURATION of an HE PPDU indicates duration information for NAV setting and protection of the TXOP, except that the TXVECTOR parameter TXOP_DURATION is set to UNSPECIFIED to indicate no duration information.<br><br>NOTE 1—The value of TXVECTOR parameter TXOP_DURATION is converted to an indication in the TXOP field of the HE-SIG-A field as described in Table 27-18, Table 27-20, and Table 27-21. The indication in the TXOP field of the HE-SIG-A field is converted to the RXVECTOR parameter TXOP_DURATION as described in Table 27-1. |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, "a medium access control (MAC) frame which includes a duration field": |

In the Accused Products, "a medium access control (MAC) frame which includes a duration field":

# IEEE 802.11ax-2021, May 2021

### 10.3.2.4 Setting and resetting the NAV

An HE AP that is not a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The HE AP does not receive a frame with a Duration field in the PPDU.

— The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP.

An HE AP that is a TXOP holder shall update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if all of the following conditions are met and shall not update the NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION if one or more of the following conditions are not met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The HE AP does not receive a frame with a Duration field in the PPDU.

— The duration indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current NAV value of the HE AP.

— The RXVECTOR parameter BSS_COLOR is not equal to the BSS color of the HE AP.

NOTE 2—A non-AP HE STA maintains two NAVs, but an HE AP might maintain only one NAV (see 26.2.4).

NOTE 3—If a STA receives an HE PPDU with the duration information indicated by both a frame with a Duration field and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored.

# IEEE 802.11ax-2021, May 2021

### 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, "the TXOP Duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

## IEEE 802.11ax-2021, May 2021

### 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, "the duration field indicates information used for setting the Intra-BSS NAV and the Basic NAV": |

# IEEE 802.11ax-2021, May 2021

## 26.2.4 Updating two NAVs

A STA shall update the intra-BSS NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as intra-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current intra-BSS NAV value.

— The RA of the received frame is not the STA's MAC address; or the STA is not a TXOP holder, and the PPDU carrying the frame does not contain a frame that solicits an immediate response from the STA; or the STA is not a TXOP holder, and the received frame is a Trigger frame.

A STA shall update the basic NAV with the duration information indicated by the received frame in a PSDU if and only if all the following conditions are met:

— The frame is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The indicated duration is greater than the current basic NAV value.

— The RA of the received frame is not the STA's MAC address.

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, the "method further comprises not using the TXOP Duration field for setting the Intra-BSS NAV or the Basic NAV when the wireless communication terminal gets a valid signaling field of the MAC frame": |

# IEEE 802.11ax-2021, May 2021

## 26.2.4 Updating two NAVs

A STA that is not a TXOP holder shall update the intra-BSS NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information of the RXVECTOR parameter is identified as intra-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current intra-BSS NAV of the STA.

A STA shall update the basic NAV with the duration information indicated by the RXVECTOR parameter TXOP_DURATION for an HE PPDU if and only if all the following conditions are met:

— The RXVECTOR parameter TXOP_DURATION is not UNSPECIFIED.

— The PPDU that carried information for the RXVECTOR parameter is identified as inter-BSS or cannot be identified as intra-BSS or inter-BSS according to the rule described in 26.2.2.

— The STA does not receive a frame with a Duration field in the PPDU.

— The duration information indicated by the RXVECTOR parameter TXOP_DURATION is greater than the current basic NAV of the STA.

NOTE 1—If a PS-Poll frame is received in an HE SU PPDU, HE ER SU PPDU, or HE MU PPDU, then the RXVECTOR parameter TXOP_DURATION does not indicate duration information (see 26.11.5).

NOTE 2—If a STA receives an HE PPDU with the duration information indicated by both a frame with a Duration field and the RXVECTOR parameter TXOP_DURATION, then the duration information indicated by the RXVECTOR parameter TXOP_DURATION is ignored.

NOTE 3—The additional rules of NAV consideration for a STA that is solicited for an immediate response are described in 10.3.2.9, 10.3.2.11, and 26.5.2.5.

| Issued Claim(s) | Public Documentation |
|---|---|
| 12. The method of claim 9, wherein the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred, <br><br> wherein the BSS color collision represents that different BSSs correspond to one BSS color. | In the Accused Products, "the method further comprises signal that the operation based on the BSS color is not allowed when the wireless communication terminal recognizes that a BSS color collision has occurred" and "the BSS color collision represents that different BSSs correspond to one BSS color.": <br><br> **IEEE 802.11ax-2021, May 2021** <br><br> **26.17.3.3 Disabling BSS color** <br><br> An HE STA that transmits an HE Operation element and that decides to disable the use of BSS color in the BSS to which it belongs, for example, after detecting a BSS color collision with an OBSS (see 26.17.3.5), shall set the value of BSS Color Disabled subfield in the HE Operation element to 1 to inform other STAs in the BSS that the BSS color is disabled; otherwise, the HE STA shall set the BSS Color Disabled subfield to 0. <br><br> **26.17.3.5 Detecting and reporting BSS color collision** <br><br> **26.17.3.5.1 General** <br><br> An HE AP may determine that a BSS color collision has occurred if it receives HE PPDUs on its primary channel from an OBSS STA containing the same BSS color as the one it has selected for its BSS or if it receives autonomous BSS color collision event reports from its associated STAs. The HE AP shall set the BSS Color Disabled subfield to 1 in the HE Operation element that it transmits if the BSS color collision persists for a duration of at least dot11BSSColorCollisionAPPeriod and if dot11BSSColorCollisionAPPeriod is not −1. The value −1 means that the BSS color is not disabled in the case of a collision. |
| 13. The method of claim 12, wherein the signaling that a BSS color collision has occurred comprises determining that BSS color | In the Accused Products, the method includes "determining that BSS color collision has occurred based on address fields of a medium access control (MAC) frame": |

| Issued Claim(s) | Public Documentation |
|---|---|
| collision has occurred based on address fields of a medium access control (MAC) frame. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.17.3.5 Detecting and reporting BSS color collision**<br><br>**26.17.3.5.1 General**<br><br>An HE AP may determine that a BSS color collision has occurred if it receives HE PPDUs on its primary channel from an OBSS STA containing the same BSS color as the one it has selected for its BSS or if it receives autonomous BSS color collision event reports from its associated STAs. The HE AP shall set the BSS Color Disabled subfield to 1 in the HE Operation element that it transmits if the BSS color collision persists for a duration of at least dot11BSSColorCollisionAPPeriod and if dot11BSSColorCollisionAPPeriod is not −1. The value −1 means that the BSS color is not disabled in the case of a collision.<br><br>**26.17.3.5.2 Autonomous reporting of BSS color collision**<br><br>A STA that supports autonomous reporting of BSS color collision shall set dot11AutonomousBSSColorCollisionReportingImplemented to true.<br><br>A non-AP HE STA that supports autonomous reporting of BSS color collision may send a color collision report to its associated AP when it detects that color collision has occurred. The STA shall declare that a color collision has occurred if it receives, on its associated AP's primary channel, an HE PPDU with at least three Address fields in the MAC header and with the same color as its associated BSS in which none of the Address fields match the BSSID of the BSS with which the STA is associated or any of the other BSSs in the same multiple BSSID set or co-hosted BSSID set to which its BSS belongs. |
| 14. The method of claim 9, wherein the operation based on the BSS color includes entering a doze state of a power save operation based on | In the Accused Products, "the operation based on the BSS color includes entering a doze state of a power save operation based on a BSS color indicated by a signaling field of the PPDU" and "the power save operation is an operation for the wireless communication terminal to enter the doze state until an end of a received PPDU which is an Intra-BSS PPDU": |

| | |
|---|---|
| a BSS color indicated by the signaling field of the PPDU,<br><br>wherein the power save operation is an operation for the wireless communication terminal to enter the doze state until an end of a received PPDU which is an Intra-BSS PPDU. | **IEEE 802.11ax-2021, May 2021**<br><br>**26.14 Power management**<br><br>**26.14.1 Intra-PPDU power save for non-AP HE STAs**<br><br>Intra-PPDU power save is the power save mechanism for an HE STA to enter the doze state or become unavailable until the end of a received PPDU that is identified as an intra-BSS PPDU. The STA can enter the doze state if it is in PS mode and can become unavailable if it is in active mode (see 11.2.3.2).<br><br>A non-AP HE STA that has dot11IntraPPDUPowerSaveOptionActivated equal to true operates in intra-PPDU power save mode.<br><br>A non-AP HE STA that is in intra-PPDU power save mode may enter the doze state or become unavailable until the end of a PPDU currently being received if one of the following conditions is met:<br><br>— The PPDU is an HE MU PPDU where the RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 0, the RXVECTOR parameters STA_ID do not include the identifier of the STA or the broadcast identifier(s) intended for the STA, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated.<br><br>— The PPDU is an HE MU PPDU, HE SU PPDU, or HE ER SU PPDU and one of the following conditions is true:<br><br>    — The RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 1, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated.<br>    — The RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated, the RXVECTOR parameter UPLINK_FLAG is 0, a PHY-RXEND.indication(UnsupportedRate) primitive was received, and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated.<br><br>— The PPDU is an HE TB PPDU where the RXVECTOR parameter BSS_COLOR is the BSS color of the BSS in which the STA is associated and the BSS Color Disabled subfield is 0 in the most recently received HE Operation element from the AP with which it is associated.<br><br>... |

| Issued Claim(s) | Public Documentation |
|---|---|
| 15. The method of claim 9, wherein the method further comprises not performing a spatial reuse operation when the BSS color indicated by a signaling field of the PPDU is a predetermined value. | In the Accused Products, "the method further comprises not performing a spatial reuse operation when the BSS color indicated by a signaling field of the PPDU is a predetermined value": <br><br> IEEE 802.11ax-2021, May 2021 <br><br> **26.11.4 BSS_COLOR** <br><br> An HE STA that receives an HE PPDU with RXVECTOR parameter BSS_COLOR with a value between 1 and 63 follows the spatial reuse rule described in 26.10. <br><br> NOTE 3—An HE STA that receives an HE PPDU with the RXVECTOR parameter BSS_COLOR equal to 0 might not follow the spatial reuse rules described in 26.10. |
| 16. The method of claim 15, wherein the predetermined value is 0. | In the Accused Products, "the predetermined value is 0": <br><br> IEEE 802.11ax-2021, May 2021 <br><br> **26.11.4 BSS_COLOR** <br><br> An HE STA that receives an HE PPDU with RXVECTOR parameter BSS_COLOR with a value between 1 and 63 follows the spatial reuse rule described in 26.10. <br><br> NOTE 3—An HE STA that receives an HE PPDU with the RXVECTOR parameter BSS_COLOR equal to 0 might not follow the spatial reuse rules described in 26.10. |