# Exhibit 6

                                                                                  1

E. de la Iglesia - Restricted AEO

1   ***ROUGH DRAFT OF DE LA IGLESIA

2

3       VIDEO OPERATOR:  We are now on the

4   record for the video deposition of Erik de la

5   Iglesia.

6       The time is 9:03 a.m., February 25,

7   2026, in the matter of Wilus Institute of

8   Standards and Technology, Inc. versus Samsung

9   Electronics Company, Limited, et al, case

10  number 2:24-CV-00746, being held in the

11  United States District Court for the Eastern

12  District of Texas, Marshall Division.

13      The court reporter is Charlene

14  Friedman.  The videographer is Gus Phillips,

15  and both are representatives of Gregory

16  Edwards, LLC.

17      All attorneys present will be noted

18  on the stenographic record.

19      Will the court reporter please

20  administer the oath.

21      ***witness sworn

22      MR. PHILLIPS:  Thank you.

23      Can we do appearances?

```
 8              Okay.  You can close those and
 9    let's jump back to the opening report again.
10              That was Exhibit 1.
11       A      Okay, I have Exhibit 1 in front of
12    me.
13       Q      Okay.  Now, in this report, you
14    provide, among other things, your opinions
15    regarding infringement of the asserted
16    patents.
17              Is that right?
18       A      Among other things, yes.
19       Q      Okay.  And infringement, that can
20    occur either literally or under the doctrine
21    of equivalence.
22              Is that right?
23       A      Yes.  There are -- I have my --
24    sort of my legal section towards the front of
25    the report, but just from memory,
```

                                                              60

              E. de la Iglesia - Restricted AEO

```
 1    infringement can be literal or under the
 2    doctrine of equivalence.
 3       Q      Okay.  And so you'd agree with me
 4    that you haven't provided any infringement
 5    opinions under the doctrine of equivalence in
```

```
 6   your report, correct?
 7       A    I believe that's the case.
 8       Q    So to confirm, all of the
 9   infringement opinions you've stated are based
10   on literal scope -- of the literal scope of
11   the asserted claims, correct?
12       A    I'm just going to do a search
13   for -- for -- for DOE, but I -- I do not
14   believe that I have any opinions under DOE.
15            If I do have DOE opinions, they are
16   always sort of towards the end of my mapping
17   sections, right?
18            So I do -- I do construction,
19   documents, deposition, source code and then
20   DOE.
21       Q    Okay.  So do you need to confirm in
22   the appendices themselves?
23       A    If you'll represent to me that you
24   haven't found a DOE opinion in there, we can
25   work on that basis.
```

61

E. de la Iglesia - Restricted AEO

```
 1            I don't remember putting in -- I
 2   don't remember DOE ones.
 3       Q    Okay.
```