# Exhibit 7

# 2 sets of EDCA parameters

**Date:** 2016-xx-xx

## Authors:

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Laurent Cariou | Intel | 2111 NE 25th Ave, Hillsboro OR 97124, USA | +1-503-724-893 | laurent.cariou@intel.com |
| Shahrnaz Azizi | | | | shahrnaz.azizi@intel.com |
| Po-Kai Huang | | | | po-kai.huang@intel.com |
| Qinghua Li | | | | quinghua.li@intel.com |
| Xiaogang Chen | | | | xiaogang.c.chen@intel.com |
| Chitto Ghosh | | | | chittabrata.ghosh@intel.com |
| Robert Stacey | | | | robert.stacey@intel.com |
| Yaron Alpert | | | | yaron.alpert@intel.com |
| Assaf Gurevitz | | | | assaf.gurevitz@intel.com |
| Ilan Sutskover | | | | ilan.sutskover@intel.com |
| Feng Jiang | | | | feng1.jiang@intel.com |

PRIOR_ART_00001384

July 2016                                                                Doc.: IEEE 802.11-16/0998r0

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Hongyuan Zhang | Marvell | 5488 Marvell Lane, Santa Clara, CA, 95054 | 408-222-2500 | hongyuan@marvell.com |
| Lei Wang | | | | Leileiw@marvell.com |
| Liwen Chu | | | | liwenchu@marvell.com |
| Jinjing Jiang | | | | jinjing@marvell.com |
| Yan Zhang | | | | yzhang@marvell.com |
| Rui Cao | | | | ruicao@marvell.com |
| Sudhir Srinivasa | | | | sudhirs@marvell.com |
| Bo Yu | | | | boyu@marvell.com |
| Saga Tamhane | | | | sagar@marvell.com |
| Mao Yu | | | | my@marvel..com |
| Xiayu Zheng | | | | xzheng@marvell.com |
| Christian Berger | | | | crberger@marvell.com |
| Niranjan Grandhe | | | | ngrandhe@marvell.com |
| Hui-Ling Lou | | | | hlou@marvell.com |

Submission                            Slide 2                        Laurent Cariou, Intel

PRIOR_ART_00001385

**July 2016**                                                              **Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| David X. Yang | Huawei | F1-17, Huawei Base, Bantian, Shenzhen | | david.yangxun@huawei.com |
| Jiayin Zhang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | +86-18601656691 | zhangjiayin@huawei.com |
| Jun Luo | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | jun.l@huawei.com |
| Yi Luo | | F1-17, Huawei Base, Bantian, Shenzhen | +86-18665891036 | Roy.luoyi@huawei.com |
| Yingpei Lin | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | linyingpei@huawei.com |
| Jiyong Pang | | 5B-N8, No.2222 Xinjinqiao Road, Pudong, Shanghai | | pangjiyong@huawei.com |
| Zhigang Rong | | 10180 Telesis Court, Suite 365, San Diego, CA 92121 NA | | zhigang.rong@huawei.com |
| Jian Yu | | F1-17, Huawei Base, Bantian, Shenzhen | | ross.yujian@huawei.com |
| Ming Gan | | F1-17, Huawei Base, Bantian, Shenzhen | | ming.gan@huawei.com |
| Yuchen Guo | | F1-17, Huawei Base, Bantian, Shenzhen | | guoyuchen@huawei.com |
| Yunsong Yang | | 10180 Telesis Court, Suite 365, San Diego, CA 92121 NA | | yangyunsong@huawei.com |
| Junghoon Suh | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | Junghoon.Suh@huawei.com |
| Peter Loc | | | | peterloc@iwirelesstech.com |
| Edward Au | | 303 Terry Fox, Suite 400 Kanata, Ottawa, Canada | | edward.ks.au@huawei.com |
| Teyan Chen | | F1-17, Huawei Base, Bantian, Shenzhen | | chenteyan@huawei.com |
| Yunbo Li | | F1-17, Huawei Base, Bantian, Shenzhen | | liyunbo@huawei.com |

Submission                              Slide 3                              Laurent Cariou, Intel

PRIOR_ART_00001386

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Alice Chen | Qualcomm | 5775 Morehouse Dr. San Diego, CA, USA | | alicel@qti.qualcomm.com |
| Albert Van Zelst | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | allert@qti.qualcomm.com |
| Alfred Asterjadhi | | 5775 Morehouse Dr. San Diego, CA, USA | | aasterja@qti.qualcomm.com |
| Bin Tian | | 5775 Morehouse Dr. San Diego, CA, USA | | btian@qti.qualcomm.com |
| Carlos Aldana | | 1700 Technology Drive San Jose, CA 95110, USA | | caldana@qca.qualcomm.com |
| George Cherian | | 5775 Morehouse Dr. San Diego, CA, USA | | gcherian@qti.qualcomm.com |
| Gwendolyn Barriac | | 5775 Morehouse Dr. San Diego, CA, USA | | gbarriac@qti.qualcomm.com |
| Hemanth Sampath | | 5775 Morehouse Dr. San Diego, CA, USA | | hsampath@qti.qualcomm.com |
| Lin Yang | | 5775 Morehouse Dr. San Diego, CA, USA | | linyang@qti.qualcomm.com |
| Lochan Verma | | 5775 Morehouse Dr. San Diego, CA USA | | lverma@qti.qualcomm.com |
| Menzo Wentink | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | mwentink@qti.qualcomm.com |
| Naveen Kakani | | 2100 Lakeside Boulevard Suite 475, Richardson TX 75082, USA | | nkakani@qti.qualcomm.com |
| Raja Banerjea | | 1060 Rincon Circle San Jose CA 95131, USA | | rajab@qit.qualcomm.com |
| Richard Van Nee | | Straatweg 66-S Breukelen, 3621 BR Netherlands | | rvannee@qti.qualcomm.com |

PRIOR_ART_00001387

**Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Rolf De Vegt | Qualcomm | 1700 Technology Drive San Jose, CA 95110, USA | | rolfv@qca.qualcomm.com |
| Sameer Vermani | | 5775 Morehouse Dr. San Diego, CA, USA | | svverman@qti.qualcomm.com |
| Simone Merlin | | 5775 Morehouse Dr. San Diego, CA, USA | | smerlin@qti.qualcomm.com |
| Tevfik Yucek | | 1700 Technology Drive San Jose, CA 95110, USA | | tyucek@qca.qualcomm.com |
| VK Jones | | 1700 Technology Drive San Jose, CA 95110, USA | | vkjones@qca.qualcomm.com |
| Youhan Kim | | 1700 Technology Drive San Jose, CA 95110, USA | | youhank@qca.qualcomm.com |

PRIOR_ART_00001388

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|---|---|---|---|---|
| Jianhan Liu | Mediatek USA | 2860 Junction Ave, San Jose, CA 95134, USA | +1-408-526-1899 | jianhan.Liu@mediatek.com |
| Thomas Pare | | | | thomas.pare@mediatek.com |
| ChaoChun Wang | | | | chaochun.wang@mediatek.com |
| James Wang | | | | james.wang@mediatek.com |
| Tianyu Wu | | | | tianyu.wu@mediatek.com |
| Russell Huang | | | | russell.huang@mediatek.com |
| James Yee | Mediatek | No. 1 Dusing 1st Road, Hsinchu, Taiwan | +886-3-567-0766 | james.yee@mediatek.com |
| Alan Jauh | | | | alan.jauh@mediatek.com |
| Frank Hsu | | | | frank.hsu@mediatek.com |
| Joonsuk Kim | Apple | | | joonsuk@apple.com |
| Aon Mujtaba | | | | mujtaba@apple.com |
| Guoqing Li | | | | guoqing_li@apple.com |
| Eric Wong | | | | ericwong@apple.com |
| Chris Hartman | | | | chartman@apple.com |
| Jarkko Kneckt | | | | jkneckt@apple.com |

PRIOR_ART_00001389

**Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Ron Porat | | | | rporat@broadcom.com |
| Sriram Venkateswaran | | | | |
| Matthew Fischer | **Broadcom** | | | mfischer@broadcom.com |
| Zhou Lan | | | | |
| Leo Montreuil | | | | |
| Andrew Blanksby | | | | |
| Vinko Erceg | | | | |
| Thomas Derham | | | | |
| Mingyue Ji | | | | |

PRIOR_ART_00001390

**Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Jinmin Kim | LG Electronics | 19, Yangjae-daero 11gil, Seocho-gu, Seoul 137-130, Korea | | Jinmin1230.kim@lge.com |
| Kiseon Ryu | | | | kiseon.ryu@lge.com |
| Jinyoung Chun | | | | jiny.chun@lge.com |
| Jinsoo Choi | | | | js.choi@lge.com |
| Jeongki Kim | | | | jeongki.kim@lge.com |
| Dongguk Lim | | | | dongguk.lim@lge.com |
| Suhwook Kim | | | | suhwook.kim@lge.com |
| Eunsung Park | | | | esung.park@lge.com |
| JayH Park | | | | Hyunh.park@lge.com |
| HanGyu Cho | | | | hg.cho@lge.com |
| Bo Sun | ZTE | #9 Wuxingduan, Xifeng Rd., Xi'an, China | | sun.bo1@zte.com.cn |
| Kaiying Lv | | | | lv.kaiying@zte.com.cn |
| Yonggang Fang | | | | yfang@ztetx.com |
| Ke Yao | | | | yao.ke5@zte.com.cn |
| Weimin Xing | | | | xing.weimin@zte.com.cn |
| Brian Hart | Cisco Systems | 170 W Tasman Dr, San Jose, CA 95134 | | brianh@cisco.com |
| Pooya Monajemi | | | | pmonajem@cisco.com |

 Laurent Cariou, Intel

PRIOR_ART_00001391

**July 2016**                                                                              **Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Fei Tong | Samsung | Innovation Park, Cambridge CB4 0DS (U.K.) | +44 1223 434633 | f.tong@samsung.com |
| Hyunjeong Kang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-31-279-9028 | hyunjeong.kang@samsung.com |
| Kaushik Josiam | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7437 | k.josiam@samsung.com |
| Mark Rison | | Innovation Park, Cambridge CB4 0DS (U.K.) | +44 1223 434600 | m.rison@samsung.com |
| Rakesh Taori | | 1301, E. Lookout Dr, Richardson TX 75070 | (972) 761 7470 | rakesh.taori@samsung.com |
| Sanghyun Chang | | Maetan 3-dong; Yongtong-Gu Suwon; South Korea | +82-10-8864-1751 | s29.chang@samsung.com |
| Yasushi Takatori | NTT | 1-1 Hikari-no-oka, Yokosuka, Kanagawa 239-0847 Japan | +81 46 859 3135 | takatori.yasushi@lab.ntt.co.jp |
| Yasuhiko Inoue | | | +81 46 859 5097 | inoue.yasuhiko@lab.ntt.co.jp |
| Shoko Shinohara | | | +81 46 859 5107 | Shinohara.shoko@lab.ntt.co.jp |
| Yusuke Asai | | | +81 46 859 3494 | asai.yusuke@lab.ntt.co.jp |
| Koichi Ishihara | | | +81 46 859 4233 | ishihara.koichi@lab.ntt.co.jp |
| Junichi Iwatani | | | +81 46 859 4222 | Iwatani.junichi@lab.ntt.co.jp |
| Akira Yamada | NTT DOCOMO | 3-6, Hikarinooka, Yokosuka-shi, Kanagawa, 239-8536, Japan | +81 46 840 3759 | yamadaakira@nttdocomo.com |

PRIOR_ART_00001392

**July 2016**                                                    **Doc.: IEEE 802.11-16/0998r0**

# Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Masahito Mori | Sony Corp. | | | Masahito.Mori@jp.sony.com |
| Yusuke Tanaka | | | | YusukeC.Tanaka@jp.sony.com |
| Yuichi Morioka | | | | Yuichi.Morioka@jp.sony.com |
| Kazuyuki Sakoda | | | | Kazuyuki.Sakoda@am.sony.com |
| William Carney | | | | William.Carney@am.sony.com |
| Narendar Madhavan | Toshiba | | | narendar.madhavan@toshiba.co.jp |
| Masahiro Sekiya | | | | |
| Toshihisa Nabetani | | | | |
| Tsuguhide Aoki | | | | |
| Tomoko Adachi | | | | |
| Kentaro Taniguchi | | | | |
| Daisuke Taki | | | | |
| Koji Horisaki | | | | |
| David Halls | | | | |
| Filippo Tosato | | | | |
| Zubeir Bocus | | | | |
| Fengming Cao | | | | |

PRIOR_ART_00001393

**Doc.: IEEE 802.11-16/0998r0**

## Authors (continued)

| Name | Affiliation | Address | Phone | Email |
|------|-------------|---------|-------|-------|
| Minho Cheong | Newracom, Inc. | 9008 Research Dr, Irvine, CA 92618 | +1-949-390-7146 | minho.cheong@newracom.com |
| Reza Hedayat | | | | reza.hedayat@newracom.com |
| Young Hoon Kwon | | | | younghoon.kwon@newracom.com |
| Yongho Seok | | | | yongho.seok@newracom.com |
| Daewon Lee | | | | daewon.lee@newracom.com |
| Yujin Noh | | | | yujin.noh@newracom.com |
| Sigurd Schelstraete | Quantenna | | | Sigurd@quantenna.com |
| Huizhao Wang | | | | hwang@quantenna.com |

PRIOR_ART_00001394

# Motivation:
# Improving HE STAs UL performance

- **802.11ax defines UL MU channel access, where AP triggers STAs transmissions**
- **HE STAs can also access the channel with EDCA**

- **To ensure overall improved HE STAs performance, we need to ensure that the access delay for trigger frame transmissions is short and there are no collisions**
- **This can be achieve by the combination of:**
  - Increasing AP channel access
  - Decreasing STAs EDCA access when scheduled

PRIOR_ART_00001395

July 2016                                                    Doc.: IEEE 802.11-16/0998r0

# Proposal: Improving HE STAs UL performance

- **Improved efficiency is obtained by favoring MU transmissions with the following two solutions:**
  - AP increases its channel access probability to accommodate large set of UL transmissions
    - AP channel access should be proportional to traffic load
      - AP accesses channel for all HE STAs in UL MU and DL
    - HE STAs performance depends on the AP channel access to trigger them in UL MU
  - HE non-AP STA lowers EDCA channel access probability, only when they are scheduled by the AP
    - The AP and the STAs both contend to access the channel for the same traffic
      - This may cause collisions and lower performance
      - This has been demonstrated in [1]

- **In this presentation, we address HE non-AP STAs EDCA only**

Submission                              Slide 13                          Laurent Cariou, Intel

PRIOR_ART_00001396

# 2 set of EDCA parameters

- **We propose to define 2 sets of EDCA parameters:**
  - One that we call legacy EDCA parameters that are used by legacy STA and HE STA in SU mode
  - Another one that we call MU EDCA parameters that are used by HE STA in MU mode and are defined to be more restrictive than legacy EDCA parameters to favor MU transmission.

- **A set of rules is required for the HE-STAs to choose between two sets of parameters so that the needs of improving efficiency and reducing latency can be satisfied**

PRIOR_ART_00001397

July 2016    Doc.: IEEE 802.11-16/0998r0

# Set of rules to select the EDCA parameters

- **The rationale behind the proposed conditions is for a STA:**
    - to operate with the MU EDCA parameters only when it can trust that the AP will efficiently schedule its traffic with UL MU,
    - and to be able to operate with the legacy EDCA parameters when the AP has not been informed and has not yet initiated UL MU scheduling.

PRIOR_ART_00001398

**Doc.: IEEE 802.11-16/0998r0**

# Set of rules to select the EDCA parameters

- **Condition to switch from legacy EDCA parameters to MU EDCA parameters is TBD**
    - (TBD) EDCA parameter changes can be AC-specific or for all ACs

PRIOR_ART_00001399

# Set of rules to select the EDCA parameters

- **Condition to switch from MU EDCA parameters to legacy EDCA parameters**
  - the STA can switch back to the legacy EDCA parameters if the STA has not been scheduled after a pre-defined **TimeOut** after the last time the STA was scheduled by Basic variant Trigger frame in UL MU.
    - timeout starts from end of basic variant Trigger

PRIOR_ART_00001400

# Signaling MU EDCA Parameters

- **What MU EDCA parameters to define:**
  - CWmin/CWmax, AIFSN: for each AC
  - A specific value of AIFSN defines that no EDCA access is possible

- **How to signal:**
  - A new IE is introduced to provide MU EDCA parameter set
    - It can be called MU EDCA Parameter Set element

PRIOR_ART_00001401

**Doc.: IEEE 802.11-16/0998r0**

# Conclusion

- **We proposed 2 set of EDCA parameters for 11ax.**
- **We propose some rules for the STA to determine which set of EDCA parameters to use.**

PRIOR_ART_00001402

# Straw poll #1

- ## Do you agree that:
  - The spec defines 2 sets of EDCA parameters (one being the current legacy EDCA parameters, one new set called MU EDCA parameters) for non-AP HE-STA
  - MU EDCA parameters are signaled with a new IE called MU EDCA Parameter Set element:
    - This IE includes for each AC the following parameters:
      - CWmin/Cwmax, AIFSN
      - A specific value of AIFSN defines no EDCA access

- Note:
  - When scheduling HE STAs in UL MU, the AP can have a more aggressive EDCA access

PRIOR_ART_00001403

# Straw poll #2

- **Do you agree that:**
  - the STA operating with MU EDCA parameters can switch back to the legacy EDCA parameters:
    - if the STA has not been scheduled after a pre-defined TimeOut after the last time the STA was scheduled by Basic variant Trigger frame in UL MU.
      - timeout starts from end of basic variant Trigger

PRIOR_ART_00001404