# Exhibit 11

[redacted]

**IEEE P802.11 - TASK GROUP AX - GROUP INFORMATION UPDATE**

# Status of Project IEEE 802.11ax

## High Efficiency (HE) Wireless LAN Task Group

### Task Group Leadership

| | |
|---|---|
| Chair | Osama Aboul-Magd (Huawei Technologies) |
| 1st Vice Chair | Ron Porat (Broadcom Ltd.) |
| 2nd Vice Chair | Alfred Asterjadhi (Qualcomm) |
| Secretary | Yasuhiko Inoue (NTT) |
| Technical Editor | Robert Stacey (Intel) |

## Background

In May 2013, the High Efficiency WLAN Study Group (HEW SG), a study group within IEEE 802.11 working group had started its activity to consider the improvement of spectrum efficiency to enhance the system throughput/area in high density scenarios of APs and/or STAs.

The study group was created based on the following straw poll and motion:

> < Straw Poll >
> Do you support starting a new study group called "high efficiency WLAN" to enhance 802.11 PHY and MAC in 2.4 and 5GHz with a focus on:
> - Improving spectrum efficiency and area throughput
> - Improving real world performance in indoor and outdoor deployments
>   - in the presence of interfering sources, dense heterogeneous networks
>   - in moderate to heavy user loaded APs
>
> < Motion >
> Request an approval by IEEE 802 LMSC to form an 802.11 Study Group to consider High-efficiency WLAN [as described in doc 11-13-0339r2] with the intent of creating a PAR and five criteria.

The HEW SG has successfully developed PAR and CSD documents and the project 802.11ax has started in May 2014.

## Task Group Documents

The lastest version of the task group offical documents can be found here.

- 11-14-0165 Project Authorization Request (PAR)
- 11-14-0169 Criteria for Standard Developement (CSD)
- 11-14-0938 TGax Selection Procedure
- 11-14-0980 TGax Simulation Scenarios
- 11-14-0571 TGax Evaluation Methodology
- 11-14-0882 TGax Channel Models

- 11-14-1009 TGax Functional Requirements
- 11-15-0132 TGax Specification Framework

## Previous Meetings

Links to the reports of previous meetings.

|        |      |                |                 |              |
|--------|------|----------------|-----------------|--------------|
| TGax   | 2020 | November 2020  | September 2020  | July 2020    |
|        |      | May 2020       | March 2020      | January 2020 |
|        | 2019 | November 2019  | September 2019  | July 2019    |
|        |      | May 2019       | March 2019      | January 2019 |
|        | 2018 | November 2018  | September 2018  | July 2018    |
|        |      | May 2018       | March 2018      | January 2018 |
|        | 2017 | November 2017  | September 2017  | July 2017    |
|        |      | May 2017       | March 2017      | January 2017 |
|        | 2016 | November 2016  | September 2016  | July 2016    |
|        |      | May 2016       | March 2016      | January 2016 |
|        | 2015 | November 2015  | September 2015  | July 2015    |
|        |      | May 2015       | March 2015      | January 2015 |
|        | 2014 | November 2014  | September 2014  | July 2014    |
|        |      | May 2014       | ---             | ---          |
| HEW SG | 2014 | ---            | March 2014      | January 2014 |
|        | 2013 | November 2013  | September 2013  | July 2013    |
|        |      | May 2013       | ---             | ---          |

## November 2020 — Online Meeting

The IEEE 802 Plenary Session November 2020 was held online.
The P802.11ax D8.0 was in the process of the second IEEE-SA recirculation ballot from November 3rd to 12th, 2020.
TGax had two online meetings during the November 2020 plenary.

### Main documents

The TGax meeting agenda, draft meeting minutes and closing report can be found here.

- 11-20-1552-21, TGax CRC Teleconference Agendas: October - November - December 2020
- 11-20-1785-01, (draft) TGax November 2020 Meeting Minutes
- 11-20-1822-00, TGax November 2020 Closing Report

### Accomplishments

- The TG was scheduled for two time slots - Tuesday @ 16:00 ET and Thursday @ 19:00 ET
- The TG reviewed and approved the report to the EC requesting conditional approval to forward to RevCom.
  The TG approved r3 of the report. R4 is on the server updating the number of unsatisfied comments.
  The report is available at:
    - https://mentor.ieee.org/802.11/dcn/20/11-20-1771-04-00ax-p802-11ax-report-to-ec-on-conditional-approval-to-forward-draft-to-revcom.pptx

Weekly teleconferences are scheduled after the November 2016 session.

| Thursday | December 1st, 2016  | 21:00 - 23:00 (ET) |
| --- | --- | --- |
| Thursday | December 8th, 2016  | 21:00 - 23:00 (ET) |
| Thursday | December 15th, 2016 | 21:00 - 23:00 (ET) |
| Tuesday  | January 5th, 2017   | 11:00 - 13:00 (ET) |
| Thursday | January 12th, 2017  | 20:00 - 22:00 (ET) |

[Back to Page Top]

# September 2016 — Warsaw, Poland

The TGax had 11 sessions during the week.
Six out of eleven sessions were assigned to the ad hoc group sessions.

|     | Monday | Tuesday | Wednesday | Thursday |
| --- | --- | --- | --- | --- |
| AM1 |  |  | TGax (full) |  |
| AM2 | TGax (full) | TGax (MU ad hoc)   TGax (MAC ad hoc) |  | TGax (full) |
| PM1 |  |  | TGax (PHY ad hoc)   TGax (MAC ad hoc) | TGax (full) |
| PM2 | TGax (PHY ad hoc)   TGax (MAC ad hoc) | TGax (PHY ad hoc)   TGax (MAC ad hoc) | TGax (MU ad hoc)   TGax (MAC ad hoc) | TGax (full) |
| PM3 | TGax (PHY ad hoc)   TGax (SR ad hoc) |  |  |  |

## Main documents

The meeting agenda and minutes of the TGax and its subgroups, and TGax closing report can be found here.

- TGax
    - 11-16-1077-06, TGax September 2016 Meeting Agenda
    - 11-16-1231-00, IEEE 802.11 TGax September 2016 Warsaw Meeting Minutes
    - 11-16-1284-00, TGax September 2016 Closing Report

    - TGax PHY ad hoc group
        - 11-16-1246-06, TGax PHY Ad Hoc Sep 2016 Meeting Agenda
        - 11-16-1276-00, IEEE 802.11 TGax September 2016 Warsaw PHY Ad Hoc Meeting Minutes
    - TGax MAC ad hoc group
        - 11-16-1247-02, TGax MAC Ad Hoc September 2016 Meeting Agenda
        - 11-16-1252-01, IEEE 802.11 TGax, MAC Ad hoc September 2016 Warsaw TGax MAC Ad hoc Meeting Minutes
    - TGax Multi-User (MU) ad hoc group
        - 11-16-1244-01, TGax MU Ad-hoc Agenda September 2016
        - 11-16-1275-00, IEEE 802.11 TGax, MU Ad hoc September 2016 TGax Meeting Minutes
    - TGax Spatial Reuse (SR) ad hoc group
        - 11-16-1245-02, TGax Spatial Reuse Ad-hoc Agenda September 2016 Meeting
        - 11-16-1300-00, TGax Spatial Reuse ad hoc group meeting minutes — Warsaw, September 2016

## Achievements

1. **Work Completed**
   - TG received 90 submissions.
     - Number of submissions: PHY/MAC/MU/SR/TG = 28/43/12/9/6.
       The TG completed the discussion of all the submissions.
       Exact count of resolved CIDs will be published by the Editor.
   - The TG editor is planning to have draft revision D0.5 ready based on resolved comments.
2. **Technical Presentations**

   TG received 90 submissions which are categorized into PHY, MAC, MU, SR and TG.
   - **PHY** — 28 submissions
     - 11-16-1133, "11ax sounding modes reduction," Yan Zhang (Marvell)
     - 11-16-1134, "11ax spec text on sounding modes reduction," Yan Zhang (Marvell)
     - 11-16-1135, "11ax comment resolutions for clause 26.3.5," Yan Zhang (Marvell)
     - 11-16-1136, "11ax comment resolutions for clause 26.3.8," Yan Zhang (Marvell)
     - 11-16-1137, "11ax comment resolutions for clause 26.3.9," Yan Zhang (Marvell)
     - 11-16-1138, "11ax comment resolutions for clause 26.3.10," Yan Zhang (Marvell)
     - 11-16-1148, "CR HE-SIG-A part III," Ross Jian Yu (Huawei)
     - 11-16-1149, "CR HE-SIG-A part II," Ross Jian Yu (Huawei)
     - 11-16-1150, "CR Packet Extension part I," Ross Jian Yu (Huawei)
     - 11-16-1160, "Comment Resolution for CID 355," Eunsung Park (LG Electronics)
     - 11-16-1167, "UL MU Clarifications," Ron Porat (Broadcom)
     - 11-16-1168, "DCM TBDs," Sriram Venkateswaran (Broadcom)
     - 11-16-1169, "CR Duplicate MU MIMO," Sriram Venkateswaran (Broadcom)
     - 11-16-1170, "HE PHY Capabilities," Lochan Verma (Qualcomm)
     - 11-16-1171, "PHY Miscellaneous Part-1," Lochan Verma (Qualcomm)
     - 11-16-1176, "PHY CR Miscellaneous Part-2," Lochan Verma (Qualcomm)
     - 11-16-1179, "PHY section editorial comments on D0.4," Sungeun Lee (Cypress)
     - 11-16-1190, "Tx Quality Requirements," Daewon Lee (Newracom)
     - 11-16-1191, "Comment Resolution for CIDs on PHY Transmit Spec," Daewon Lee (Newracom)
     - 11-16-1192, "Comment Resolution for CID 1450," Daewon Lee (Newracom)
     - 11-16-1193, "HE variant HT Control - HE Link Adaptation," Daewon Lee (Newracom)
     - 11-16-1194, "Removal of Unnecessary PHY TBDs," Daewon Lee (Newracom)
     - 11-16-1202, "CR HE-LTF," Ming Gan (Huawei)
     - 11-16-1227, "cr-on-26-3-7," Shahrnaz Azizi (Intel)
     - 11-16-1232, "Text change proposal of TXTIME in 26.3.19 and 26.4.3," Daewon Lee (Newracom)
     - 11-16-1233, "CR for DCM related CID 503, 504 and 2750," Daewon Lee (Newracom)
     - 11-16-1240, "Packet Extension Factor calculation fix," Yan Zhang (Marvell)
     - 11-16-1242, "spec text for packet extension factor calculation fix," Yan Zhang (Marvell)
   - **MAC** — 43 submissions
     - 11-16-0864, "Comment Resolutions on Clause 6 & 8 comments," Yasuhiko Inoue (NTT)
     - 11-16-0869, "Misc. TWT comment resolution," Zhou Lan (Broadcom)
     - 11-16-0881, "Comment resolution on ROMI," Jayh Park (LG Electronics)
     - 11-16-0882, "Comment resolution on TOMI," Alfred Asterjadhi (Qualcomm)
     - 11-16-0883, "Comment resolution for CID152," JayhPark (LG Electronics)
     - 11-16-0884, "Spec. Text for HE Operation element and AID Assign Rule," Jianhan Liu (MediaTek)
     - 11-16-0913, "SU Multi-TID Rules," Jarkko Kneckt (Apple)
     - 11-16-0917, "Text for TID value of ALL ACK signaling," Woojin Ahn (WILUS)
     - 11-16-0918, "Discussions on Partial BSS Color," Geonjung Ko (WILUS)
     - 11-16-0924, "NAV resetting with RTS/MU-RTS," Weiming Xing (ZTE)
     - 11-16-0925, "Spec text on NAV resetting with RTS/MU-RTS," Weiming Xing (ZTE)
     - 11:16-0941, "CR HE Fragmentation - part 2," Ming Gan (Huawei)
     - 11-16-0942, "CR Service Field," Ming Gan (Huawei)
     - 11-16-0960, "AP access procedure for UL MU operation," Jinsoo Ahn (Yonsei Univ.)

PRIOR_ART_00057697

- 11-16-0961, "Consideration on Multi-STA BlockAck Optimization," Hanseul Hong (Yonsei Univ.)
- 11-16-0962, "EDCA rules-follow up 1," Jing Ma (NICT)
- 11-16-0963, "EDCA rules-follow up 2," Jing Ma (NICT)
- 11-16-0998, "Rules for 2 EDCA parameters," Laurent Cariou (Intel)
- 11-16-1110, "Comment Resolution on subclause 10.22.2 and 10.22.4," Yongho Seok (Newracom)
- 11-16-1131, "Comment Resolution on MU Ack Policy," Yongho Seok (Newracom)
- 11-16-1154, "MAC CR for CID 966," Weiming Xing (ZTE)
- 11-16-1157, "Comment resolution on SU_MU ACK procedures," Jeongki Kim (LG Electronics)
- 11-16-1173, "Comment Resolution on Two NAVs - Part II," Po-Kai Huang (Intel)
- 11-16-1180, "Proposed text changes for MU EDCA parameters," Laurent Cariou (Intel)
- 11-16-1181, "CW value after UL MU procedure," Woojin Ahn (WILUS)
- 11-16-1182, "HE Sounding Feedback Segmentation," Liwen Chu (Marvell)
- 11-16-1183, "MU RTS CTS data rate comment," Liwen Chu (Marvell)
- 11-16-1184, "A-MPDU 25.10 25.10.2 comment resolution," Liwen Chu (Marvell)
- 11-16-1185, "A-MPDU 25.10.3 comment resolution," Liwen Chu (Marvell)
- 11-16-1186, "A-MPDU Content Comment Resolution," Liwen Chu (Marvell)
- 11-16-1188, "MAC Capabilities in HE Capabilities IE," Alfred Asterjadhi (Qualcomm)
- 11-16-1189, "CC0-TWT operation," Alfred Asterjadhi (Qualcomm)
- 11-16-1195, "MAC Clarifications," Alfred Asterjadhi (Qualcomm)
- 11-16-1204, "Intra-PPDU Power Save for a Multiple BSSID Set Case," Geonjung Ko (Wilus)
- 11-16-1205, "Text for Intra-PPDU Power Save for a Multiple BSSID Set Case," Geonjung Ko (Wilus)
- 11-16-1210, "Comment Resolution on MU acknowledgement procedure," Junichi Iwatani (NTT)
- 11-16-1211, "CR_CID_122_576_972_2598," Huizao Wang (Quantenna)
- 11-16-1213, "CR TWT and HE element related," Matthew Fischer (Broadcom)
- 11-16-1220, "MU mode EDCA control," Jinsoo Ahn (Yonsei Univ.)
- 11-16-1234, "Spec Text for TWT Protection field," Hanseul Hong (Yonsei Univ.)
- 11-16-1236, "Text for Partial BSS Color and AID Assignment Rule," Geonjung Ko (Wilus)
- 11-16-1237, "Setting Quiet Time Period," Chao-Chun Wang (MediaTek)
- 11-16-1238, "Setting Quiet Time Period - text," Chao-Chun Wang (MediaTek)
- **Multi-User (MU)** — 12 submissions
  - 11-16-0773, "Comment Resolution Section 25.6 HE Sounding," Raja Banerjea (Qualcomm)
  - 11-16-0929, "CR - UL MU Operation," Simone Merlin (Qualcomm)
  - 11-16-1152, "DL OFDMA Ack rule for uplink trigger based PPDU," Ming Gan (Huawei)
  - 11-16-1158, "Comment resolution on OFDMA random access procedure," Jeongki Kim (LG Electronics)
  - 11-16-1162, "Comment Resolution on Retransmission of OFDMA Random Access," Yunbo Li (Huawei)
  - 11-16-1163, "Concluding OFDMA M-BA transmission," Zhou Lan (Broadcom)
  - 11-16-1177, "comment-resolution-TXOP-truncation," Young Hoon Kwon (Newracom)
  - 11-16-1199, "Proposed text changes for DL OFDMA Acknowledge rule for trigger based PPDU," Ming Gan (Huawei)
  - 11-16-1222, "Comment Resolution on UL OFDMA Random Access," Chittabrata Ghosh (Intel)
  - 11-16-1224, "Random Access Parameter Set (RAPS) element," Chittabrata Ghosh (Intel)
  - 11-16-1239, "Trigger Frame MU BAR part 1," Raja Banerjea (Qualcomm)
  - 11-16-1241, "Trigger Frame MU BAR part 2," Raja Banerjea (Qualcomm)
- **Spatial Reuse (SR)** — 9 submissions
  - 11-16-0945, "Clarification for OBSS_PD-based SR parameters," Matthew Fischer (Broadcom)
  - 11-16-0947, "Proposed text changes for OBSS_PD-based SR parameters," Laurent Cariou (Intel)
  - 11-16-1064, "Unified SR approach DSC, ATPC and Inter-BSS," Graham Smith (SR Technologies)
  - 11-16-1155, "SR Comment Resolution for CID994," Kaiying Lv (ZTE) - not available
  - 11-16-1161, "Simulation-based evaluation of OBSS_PD-based SR default parameters," Tanguy Ropitault (NIST)
  - 11-16-1178, "comment-resolution-SR-RSSI," Young Hoon Kwon (Newracom)
  - 11-16-1216, "SR Field SRP Table for HE-Trigger-Based PPDU," James Wang (MediaTek)
  - 11-16-1223, "CR for Section 25.9.2 OBSS_PD Spatial reuse," Laurent Cariou (Intel)
  - 11-16-1225, "Heads We Win, Tails We Don't Lose: Proposals for Dynamic CCA," Sean Coffey (RealTek)
- **Others (covered in the TGax full session)** — 6 submissions
  - 11-15-1095, "OFDMA performance in 11ax," Suhwook Kim (LG Electronics)

PRIOR_ART_00057698

- 11-16-1143, "11ax PAR Verification," Paul Cheng (MediaTek)
- 11-16-1159, "Summary of Mandatory or Optional Features of 802.11ax," Joonsuk Kim (Apple)
- 11-16-1166, "Meeting PAR requirements with UL OFDMA," Sriram Venkateswaran (Broadcom)
- 11-16-1198, "Preliminary 11ax PAR Verification," Jiyong Pang (Huawei)
- 11-16-1219, "Considerations on CR for 2665 and 2715," Jing Ma (NICT)

3. **Timeline discussion**

TG discussed and updated the timeline.

| Current Timeline | | Modified Timeline | |
|---|---|---|---|
| May 2014 | Start of TG | May 2014 | Start of TG |
| November 2014 | First draft of the TG SFD approved | November 2014 | First draft of the TG SFD approved |
| January 2016 | Proposed TG draft | January 2016 | Proposed TG draft |
| March 2016 | Draft 0.1 was approved and CC started | March 2016 | Draft 0.1 was approved and CC started |
| September 2016 | Issue Draft 1.0 and start WG Letter Ballot | November 2016 | Issue Draft 1.0 and start WG Letter Ballot |
| March 2017 | Draft 2.0 and WG recirculation ballot | May 2017 | Draft 2.0 and WG recirculation ballot |
| November 2017 | Mandatory Draft Review and formstion of Sponsor Ballot pool | January 2018 | Mandatory Draft Review and formation of Sponsor Ballot pool |
| March 2018 | Initial Sponsor Ballot | March 2018 | Initial Sponsor Ballot |
| December 2018 | RevCom submittal | December 2018 | RevCom submittal |

## Goals for the November 2016 session

- Continue with comment resolutions.
- Prepare draft 1.0 and start WG letter ballot.

## Teleconferences

TGax teleconferences are scheduled after the September 2016 session as follows.

| Thursday | September 29th, 2016 | 10:00 - 12:00 (ET) |
|---|---|---|
| Thursday | October 20th and 27th, 2016 | 10:00 - 12:00 (ET) |
| Thursday | October 30th, 2016 | 20:00 - 22:00 (ET) |
| Thursday | November 17th, 2016 | 10:00 - 12:00 (ET) |

[Back to Page Top]

# July 2016 — San Diego, CA

The TGax had 11 sessions during the week.
Six out of eleven sessions were assigned to the ad hoc group sessions.

| | Monday | Tuesday | Wednesday | Thursday |
|---|---|---|---|---|
| AM1 | TGax (full, ad hoc) | | TGax (full) | |
| AM2 | | TGax (PHY ad hoc)    TGax (MAC ad hoc) | | TGax (full) |