# Exhibit 14

[DateTime]  doc.: IEEE 802.11-16/1077r6

# TGax September 2016 Meeting Agenda

**Date:** 2016-08-05

## Authors:

| Name | Company | Address | Phone | email |
|---|---|---|---|---|
| Osama Aboul-Magd | Huawei Technologies | 303 Terry Fox Drive Kanata, ONT, Canada K2K-3J1 | 613-287-1405 | Osama.aboulmagd@Huawei.com |
| | | | | |

Submission                         Slide 1                    Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099091

[DateTime]　　　　　　　　　　　　　　　doc.: IEEE 802.11-16/1077r6

# IEEE 802.11 TGax: High Efficiency WLAN Task Group

## Warsaw, Poland
## September 11-16, 2016

Chair: Osama Aboul-Magd (Huawei Technologies)
Vice Chair: Simone Merlin (Qualcomm)
Vice Chair: Ron Porat (Broadcom)
Secretary: Yasuhiko Inoue (NTT)
Technical Editor: Robert Stacey (Intel)

Submission　　　　　　　Slide 2　　　　　　Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099092

[DateTime]  doc.: IEEE 802.11-16/1077r6

# MAC Leftover (Cotinued)

| DCN | Title | Author |
|---|---|---|
| 11-16/0913 | SU Multi-TID Rules | Jarkko Kneckt |
| 11-16/0916 | TID value of ALL ACK signaling | Woojin Ahn |
| 11-16/0917 | Text for TID value of ALL ACK signaling | Woojin Ahn |
| 11-16/0918 | Discussions on Partial BSS Color | Geonjung Ko |
| 11-16/0924 | NAV resetting with RTS/MU-RTS | Weimin Xing |
| 11-16/0925 | Spex text on NAV resetting with RTS/MU-RTS | Weimin Xing |
| 11-16/0941 | CR HE Fragmentation - part 2 | Ming Gan |
| 11-16/0942 | CR  Field | Ming Gan |
| 11-16/0951 | Setting for TXOP Duration Field | Po-Kai Huang |
| 11-16/0952 | Spec text trigger frame per user info order | Zhou Lan |
| 11-16/0953 | Comment Resoluaton and Spec Text for Setting for TXOP Duration field | Po-Kai Huang |
| 11-16/0960 | AP access procedure for UL MU operation | Jinsoo Ahn |
| 11-16/0961 | Consideration on Multi-STA BlockAck Optimization | Hanseul Hong |
| 11-16/0962 | EDCA rules-follow up 1 | Jing Ma |
| 11-16/0963 | EDCA rules-follow up 2 | Jing Ma |
| 11-16/0966 | CID71 and CID190 Resolutions | Jarkko Kneckt |
| 11-16/0998 | Rules for 2 EDCA parameters | laurent cariou |

Submission  Slide 17  Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099107

[DateTime] doc.: IEEE 802.11-16/1077r6

# Agenda for Thursday September 15, AM2, PM1, and PM2

- **TG Meeting**
- **Call Meeting to order**
- **IEEE 802 and 802.11 IPR Policy and procedure.**
- **Presentations**
  - Continuation of PHY comments assignment
  - 11-16/1225, "Heads We Win, Tails We Don't Lose: Proposals for Dynamic CCA" – move to Thursday AM2
  - 11-16/1241 from the MAC ad hoc
- **TG Motions**
- **Timeline**
- **Goals for November 2016**
- **Telecon Schedule**
- **Adjourn**

Submission　　　　　　　　　　Slide 41　　　　　　Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099131

[DateTime] doc.: IEEE 802.11-16/1077r6

# Motions

- TG Motions start here

Submission  Slide 42  Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099132

[DateTime]                                              doc.: IEEE 802.11-16/1077r6

# MAC Motion #91

- **Move to accept the spec changes proposed in document 16/1180r1 and include them in the next revision of the TG draft**

- **Move: Po-Kai Huang**
- **Second: Young Hoon Kwon**

- **Accepted with no objection**

Submission                           Slide 67              Osama Aboul-Magd (Huawei Technologies)

SAMSUNG_WILUS_00099157