# Exhibit 17

**CERTIFICATE OF TRANSLATION ACCURACY**

I am a professional translator, reviewer, and/or project coordinator specializing in translating Korean, Japanese and Chinese to English and vice versa.

I served as Chief Examiner of the certified court interpreter test for the State of California and as a contract translator and interpreter for various federal agencies through the U.S. Department of State for more than a decade. I worked as an instructor at the University of California at Berkeley, and the Middlebury Institute of International Studies at Monterey (MIIS) Graduate Program in Translation.

I have more than 30 years of experience translating thousands of technical, legal, and business documents from Korean to English submitted to, among others, Korean judicial authorities, U.S. federal courts, the U.S. International Trade Commission (ITC), the U.S. Patent and Trademark Office (USPTO), and the USPTO Patent Trial and Appeal Board (PTAB).

I certify that I translated the document, identified below, from Korean to English. I also certify that this is a true, correct, and complete translation of the corresponding source text to the best of my knowledge and ability.

**KR 10-2016-0114822**

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of January 2026 in Contra Costa County of the State of California.

By:_____

Alex N. Jo
Member, ATA

SAMSUNG_WILUS_00203698



**Korean Intellectual Property Office**

This is to certify that the following application annexed hereto is a true and correct copy as filed with the Korean Intellectual Property Office.

This is to certify that the following application annexed hereto is a true copy from the records of the Korean Intellectual Property Office. [*English*]

| | | |
|---|---|---|
| Application Number | : | 10-2016-0114822 |
| Application Number [*English*] | | |
| | | |
| Filing Date | : | Sep. 7, 2016 |
| Filing Date [*English*] | | Sep. 7, 2016 [*English*] |
| | | |
| Applicant(s) | : | WILUS Institute of Standards and Technology Inc. |
| Applicant(s) [*English*] | | WILUS Institute of Standards and Technology Inc. |

Feb. 19, 2021



SAMSUNG_WILUS_00203699

**Commissioner of the Korean Intellectual Property Office**

## COMMISSIONER

[*seal affixed*: Commissioner of the Korean Intellectual Property Office
For Use in Patent Prosecution Processing]

SAMSUNG_WILUS_00203700

Filed: Sept. 7, 2016

## [Bibliography]

|  |  |
|---|---|
| [Name of Document] | Patent Application |
| [Reference No.] | 160120HEW |
| [Application Category] | Patent applications |

[Applicant]

|  |  |
|---|---|
| [Name] | WILUS Institute of Standards and Technology Inc. |
| [Patent Client No.] | 1-2013-022334-3 |

[*Attorney, Agent, or Firm*]

|  |  |
|---|---|
| [Name] | Kook Il Lim |
| [Agent No.] | 9-2014-00874-4 |
| [General Power of Attorney Reg. No.] | 2014-036557-3 |
| [Title of the Invention in Korean] | METHOD OF CONTROLLING TRANSMISSION FOR UPLINK MULTIUSER ACCESS IN WIDEBAND WIRELESS LAN NETWORKS |
| [Title of the Invention in English] | METHOD OF CONTROLLING TRANSMISSION FOR UPLINK MULTIUSER ACCESS IN WIDEBAND WIRELESS LAN NETWORKS |

[Inventor]

|  |  |
|---|---|
| [Name] | Woojin AHN |
| [Name Indicated in English] | Woojin AHN |

SAMSUNG_WILUS_00203701

| [Resident Registration No.] | 831010-1XXXXXX |
| [Zip Code] | 03410 |
| [Address] | 18-1, Seooreung-ro 13-gil, Eunpyeong-gu, Seoul, [Korea] |
| [Nationality] | KR |

[Inventor]

1/47

SAMSUNG_WILUS_00203702

Filed: Sept. 7, 2016

| [Name] | Juhyung SON |
| [Name Indicated in English] | Juhyung SON |
| [Resident Registration No.] | 770724-1XXXXXX |
| [Zip Code] | 16021 |
| [Address] | (Euiwangnaeson e-pyeonhansesang APT. #1114-302) 11, Naesonjungang-ro, Euiwang-si, Gyeonggi-do, [Korea] |
| [Nationality] | KR |

**[Inventor]**

| [Name] | Geonjung KO |
| [Name Indicated in English]. | Geonjung KO |
| [Resident Registration No.] | 860909-1XXXXXX |
| [Zip Code] | 16547 |
| [Address] | (Jugong Green Ville 3rd Complex APT. #301-606) 36, Dongtanwoncheon-ro 915beon-gil, Yeongtong-gu, Suwon-si, Gyeonggi-do, [Korea] |
| [Nationality] | KR |

**[Inventor]**

| [Name] | Jinsam KWAK |
| [Name Indicated in English] | Jinsam KWAK |
| [Resident Registration No.] | 740908-1XXXXXX |

SAMSUNG_WILUS_00203703

| **[Zip Code]** | 16021 |
| **[Address]** | (Euiwangnaeson e-pyeonhansesang APT. #1113-1704)<br>11, Naesonjungang-ro, Euiwang-si, Gyeonggi-do, [Korea] |

2/47

SAMSUNG_WILUS_00203704

Filed: Sept. 7, 2016

| | |
|---|---|
| **[Nationality]** | KR |
| **[Application Language]** | Korean |

**[National R&D Project That Supported This Invention]**

| | |
|---|---|
| **[Project No.]** | R0166-16-1030 |
| **[Ministry Name]** | Ministry of Science, ICT and Future Planning |
| **[Name of the Project Manager]** | National IT Industry Promotion Agency |
| **[Project Name]** | Information and Broadcasting Standards Development Support |
| **[R&D Name]** | IEEE802.11 High Efficiency WLAN (HEW) Standard Development |
| **[Contribution Rate]** | 1/1 |
| **[R&D Conducted by]** | WILUS Institute of Standards and Technology Inc. |
| **[R&D Period]** | Apr. 1, 2014 to Feb. 28, 2017 |
| **[Purport]** | It is hereby submitted to the Commissioner of the Korean Intellectual Property Office (KIPO) as above. |

Intellectual Property Office (KIPO) as above.

*Agent or Attorney*     Kook Il Lim     (signature or seal)

**[Fees]**

| | | |
|---|---|---|
| **[Application Filing Fee]** | 0 page(s) | 46,000 KRW |
| **[Additional Appl. Filing Fee]** | 42 page(s) | 0 |
| **[Priority Claim Fee]** | 0 case(s) | 0 |

SAMSUNG_WILUS_00203705

| | | |
|---|---|---|
| **[Fee for Examination Request]** | 0 claim(s) | 0 |
| **[Total]** | 46,000 KRW | |
| **[Reason for Fee Reduction]** | Small Business (70% reduction) [1] | |

3/47

SAMSUNG_WILUS_00203706

Filed: Sept. 7, 2016

**[Fee after Reduction]**        13,800 KRW

SAMSUNG_WILUS_00203707

4/47

SAMSUNG_WILUS_00203708

Filed: Sept. 7, 2016

**[Description of the Invention]**

**[Title of the Invention]**

METHOD OF CONTROLLING TRANSMISSION FOR UPLINK MULTIUSER ACCESS IN WIDEBAND WIRELESS LAN NETWORKS {METHOD OF CONTROLLING TRANSMISSION FOR UPLINK MULTIUSER ACCESS IN WIDEBAND WIRELESS LAN NETWORKS}

**[Technical Field]**

[0001] The present disclosure relates to methods for improving transmission efficiency, and more particularly to various methods, apparatuses, and systems for improving transmission efficiency by proposing improved channel access methods in wireless LANs.

**[Background Technology of the Invention]**

[0002] In recent years, as mobile devices have become increasingly popular, wireless LAN technologies that can provide fast wireless Internet services to these devices have received a great deal of attention. Wireless LAN technology is a technology that enables mobile devices such as smartphones, smart pads, laptop computers, portable multimedia players, embedded devices, etc., to wirelessly access the Internet in a home or business or in a specific service area based on wireless communication technology at a short distance.

[0003] Since the Institute of Electrical and Electronics Engineers (IEEE) 802.11 supported early wireless LAN technologies using the 2.4 GHz frequency, standards for a variety of technologies have been put to practical use or under development. First, IEEE 802.11b supports communication speeds of up to 11 Mbps while using frequencies in the 2.4 GHz band. IEEE 802.11a, which was commercialized

SAMSUNG_WILUS_00203709

Filed: Sept. 7, 2016

17/47

[0034] As a way to address the two problems noted above, terminals participating in UL MU transmissions can be required to participate in contention with a separate MU EDCA parameter set that allows them to attempt to access the channel with a lower probability than in the existing situation. The MU EDCA parameter set may include the AIFSN[AC] value, which determines the length of AIFS[AC] for each AC, and the CWmin[AC], CWmax[AC] values, etc., which determine the CW[AC] range. The MU EDCA parameter set may have modified values so that terminals using the Legacy EDCA parameter set have a lower probability of connecting to the channel than terminals using the MU EDCA parameter set. The MU EDCA parameter set may be transmitted in the form of an information element in a beacon, etc., and may be delivered to the terminals in the BSS, and each terminal may initiate an operation based on the MU EDCA parameter when certain conditions are satisfied. It is also possible to revert back to the existing legacy EDCA parameter set under certain conditions.

[0035] FIG. 6 illustrates when an EDCA parameter set is changed according to an embodiment of the present invention.

[0036] If the MU EDCA parameter set is initiated by a specific condition at each terminal, the EDCA parameter set may be changed for all ACs of that terminal, but if only a specific AC satisfies the condition, it may be possible to operate based on the MU EDCA parameter set for that AC only. Since the MU EDCA parameter set is basically targeted to traffic that is expected to be scheduled for UL MU transmissions, traffic from ACs that are not scheduled for scheduling should be guaranteed to attempt SU transmissions according to the existing access probability.

SAMSUNG_WILUS_00203724