**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:24-cv-0752-JRG-RSP **LEAD CASE** |
| v. | ) ) ) | |
| HP INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:24-cv-00753-JRG-RSP **Member Case** |
| v. | ) ) ) | |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:24-cv-00746-JRG-RSP **Member Case** |
| v. | ) ) ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., ) ) | |
| ) | Case No. 2:24-cv-00764-JRG-RSP |
| Plaintiff, ) | **Member Case** |
| ) | |
| v. ) | |
| ) | |
| HP INC., ) | |
| ) | |
| Defendant. ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., ) ) | |
| ) | Case No. 2:24-cv-00765-JRG-RSP |
| Plaintiff, ) | **Member Case** |
| ) | |
| v. ) | |
| ) | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., ) ) | |
| ) | |
| Defendants. ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., ) ) | |
| ) | Case No. 2:24-cv-00766-JRG-RSP |
| Plaintiff, ) | **Member Case** |
| ) | |
| v. ) | |
| ) | |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., ) ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF MR. STEPHEN DELL**

I, Jeffrey D. Smyth, declare as follows:

1.      I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Motion to Exclude the Opinions of Mr. Stephen Dell. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2.      Attached here to as **Exhibit A** is a true and correct copy of an excerpt of Defendants' First set of Interrogatories to Plaintiff (Nos. 1-13), dated February 21, 2025.

3.      Attached here to as **Exhibit B** is a true and correct copy of an excerpt of Plaintiff Wilus Institute of Standards and Technology Inc.'s Fourth Supplemental Objections and Responses to Defendants' First Set of Common Interrogatories (No. 1-13), dated December 22, 2025.

4.      Attached here to as **Exhibit C** is a true and correct copy of an excerpt of the deposition of Stephen E. Dell conducted on February 23, 2026.

5.      Attached here to as **Exhibit D** is a true and correct copy of a Memorandum and Order from *Ericsson Inc. v. D-Link Systems, Inc.*, Case No. 6:10-cv-473 (E.D. Tex), Docket No. 615, dated August 6, 2013.

6.      Attached here to as **Exhibit E** is a true and correct copy of Defendants' Motion to Dismiss and Enter Amended Final Judgment in *Ericsson Inc. v. D-Link Systems, Inc.*, Case No. 6:10-cv-473 (E.D. Tex), Docket No. 716, dated May 4, 2020.

7.      Attached here to as **Exhibit F** is a true and correct copy of an Order in *Ericsson Inc. v. D-Link Systems, Inc.*, Case No. 6:10-cv-473 (E.D. Tex), Docket No. 720, dated June 20, 2020.

8.      Attached here to as **Exhibit G** is a true and correct copy of an excerpt of the deposition of Jin Sam Kwak conducted on December 10, 2025.

9.      Attached here to as **Exhibit H** is a true and correct copy of the Expert Report of Stephen E. Dell, CVA, dated January 23, 2026.

10.     Attached here to as **Exhibit I** is a true and correct copy of the Expert Report of Zygmunt J. Haas, dated January 23, 2026.

11.     Attached here to as **Exhibit J** is a true and correct copy of an excerpt of the deposition of Zygmunt J. Haas conducted on February 19, 2026.

12.     Attached here to as **Exhibit K** is a true and correct copy of an excerpt of the deposition of David Muss conducted on December 17, 2025.


I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 2nd day of March 2026, at Palo Alto, California

By:    */s/ Jeffrey D. Smyth*
       Jeffrey D. Smyth
       *Attorneys for Defendants*
       *Askey Computer Corp. and*
       *Askey International Corp.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on March 2, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.


*/s/ Jeffrey D. Smyth*
Jeffrey D. Smyth