# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG <br> [Member Case] |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-13)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants

Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA")

(collectively, "Samsung"), HP Inc. ("HP"), and Askey Computer Corp. and Askey International

2

you, Sisvel, prior assignees of those patents, or anyone else, including 1) identifying each actual settlement, license, sublicense, or sale (by Bates number); and 2) for each potential or proposed settlement, license, sublicense, or sale, identifying the potential licensee, sublicensee, or buyer; each communication with each potential licensee, sublicensee, or buyer; the terms of each potential or proposed settlement, license, sublicense, or sale; and the person(s) with knowledge of such factual bases and all documents (by Bates number) relating to any of the foregoing.

**INTERROGATORY NO. 4:**

Describe in complete detail all ownership and other financial interests in Plaintiff, any Asserted Patents, Wilus Alleged SEPs, or this action.

**INTERROGATORY NO. 5:**

For each of the Asserted Patents, and the Wilus Alleged SEPs, describe in complete detail and identify documents that support your contention as to the measure and proper calculation of any and all damages and harm claimed against Defendants in this litigation to you, including, without limitation, an explanation of the measure and proper calculation, if any, of a reasonable royalty, royalty base, and your contention, if any, regarding the appropriate terms and conditions for a license to each of the Asserted Patents and/or the Wilus Alleged SEPs, including your contentions, if any, regarding the appropriate FRAND terms and conditions.

**INTERROGATORY NO. 6:**

For each Asserted Patent and Wilus Alleged SEP, describe in detail any valuations (including, but not limited to, technical importance or monetary valuations) of the patent performed for any purpose, including the identity of the person or entity performing the valuation; the identity of the person or entity requesting or requiring performance of the valuation; the date or dates on which the valuation was performed; the date as of which the valuation was performed;

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

*/s/ Jeffrey D. Smyth*
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

Trey Yarbrough
Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
Email: trey@yw-lawfirm.com

*Attorneys for Defendants Askey Computer Corp. and Askey International Corp.*

**CERTIFICATE OF SERVICE**

This is to certify that on February 21, 2025, a true and correct copy of the foregoing instrument was served on Plaintiff via email per Paragraph 12(d) of the Discovery Order.

>  */s/ Ralph A. Phillips*
>  Ralph A. Phillips