# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>          Plaintiff, <br><br>    v. <br><br>HP INC., <br><br>          Defendant. | Case No. 2:24-cv-00764-JRG-RSP <br>**Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>          Plaintiff, <br><br>    v. <br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>          Defendants. | Case No. 2:24-cv-00765-JRG-RSP <br>**Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>          Plaintiff, <br><br>    v. <br><br>ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br>          Defendants. | Case No. 2:24-cv-00766-JRG-RSP <br>**Member Case** |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS OF MR. GUSTAV BRISMARK**

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Motion to Exclude the Opinions of Mr. Gustav Brismark. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2. Attached here to as **Exhibit 1** is a true and correct copy of the Expert Declaration of Gustav Brismark, executed January 22, 2026.

3. Attached here to as **Exhibit 2** is a true and correct copy of an excerpt of the Expert Report of Stephen E. Dell, CVA, dated January 23, 2026.

4. Attached here to as **Exhibit 3** is a true and correct copy of an excerpt of the deposition of Stephen E. Dell conducted on February 23, 2026.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 2nd day of March 2026, at Palo Alto, California

By: */s/ Jeffrey D. Smyth*
Jeffrey D. Smyth
*Attorneys for Defendants*
*Askey Computer Corp. and*
*Askey International Corp.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 2, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.

                                          /s/ *Jeffrey D. Smyth*
                                          Jeffrey D. Smyth