# Exhibit 15

## Exhibit B - U.S. Patent No. 10,687,281 ("'281 Patent")

Accused Products: Samsung's Wi-Fi 6 (802.11ax) enabled devices, and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless communication terminal, the terminal comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal, the terminal".<br><br>For example, the Accused Products include "A wireless communication terminal, the terminal":<br><br><br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [1a] a processor; and<br><br>[1b] a communication unit,<br><br>[1c] wherein the processor is configured to: | In the Accused Products include "a processor" and "a communication unit," and the processor is configured to "receive a wireless packet through the communication unit,": |

| Issued Claim(s) | Public Documentation |
|---|---|
| receive a wireless packet through the communication unit, |  |



(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform)

**27.3.22 HE receive procedure**

**Figure 27-61—PHY receive procedure for an HE MU PPDU**

(IEEE 802.11ax-2021, § 27.3.22)

| Issued Claim(s) | Public Documentation |
|---|---|
| [1d] obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet, | In the Accused Products, the processor is configured to "obtain bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet": <br><br> **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)* <br><br> <table><tr><th>Bit</th><th>Field</th><th>Number of bits</th><th>Description</th></tr><tr><td>B5–B10</td><td>BSS Color</td><td>6</td><td>An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR.</td></tr><tr><td>B11–B14</td><td>Spatial Reuse</td><td>4</td><td>Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>  Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>  See TXVECTOR parameter SPATIAL_REUSE.</td></tr><tr><td>B15–B17</td><td>Bandwidth</td><td>3</td><td>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.</td></tr></table> <br> (IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [1e] obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet, and | In the Accused Products, the processor is configured to "obtain information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet": <br><br> In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows: <br> — The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24). <br> — The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26). <br> — Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26). <br> — The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4). |

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [1f] decode the received packet based on the bandwidth information and the information of the unassigned resource unit, | In the Accused Products, the processor is configured to "decode the received packet based on the bandwidth information and the information of the unassigned resource unit": |



Figure 27-63—PHY receive state machine if midambles are not present

| Issued Claim(s) | Public Documentation |
|---|---|
| | … |
| | After the HE-SIG-A field, the PHY entity shall receive the HE-SIG-B field for the number of symbols predicted from the HE-SIG-A field. If the Common field is present in the HE-SIG-B field, the PHY entity shall check the CRC of the Common field. If the CRC in the Common field is valid or the Common field is not present, the PHY entity shall search for intended STA-ID in each User Specific subfield with a valid CRC. If no CRC is valid or no intended STA-ID is detected, the PHY entity shall issue a PHY-RXSTART.indication(RXVECTOR) and then issue a PHY-RXEND.indication(Filtered). If a complete allocation of an intended STA-ID is detected in block with valid CRC, the PHY entity shall continue receiving HE-STF for 4 µs after the HE-SIG-B field for the detected and intended STA. |
| | (IEEE 802.11ax-2021, § 27.3.22) |
| | **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)* |
| | <table><tr><th>Bit</th><th>Field</th><th>Number of bits</th><th>Description</th></tr><tr><td>B5–B10</td><td>BSS Color</td><td>6</td><td>An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR.</td></tr><tr><td>B11–B14</td><td>Spatial Reuse</td><td>4</td><td>Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>See TXVECTOR parameter SPATIAL_REUSE.</td></tr><tr><td>B15–B17</td><td>Bandwidth</td><td>3</td><td>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.</td></tr></table> |
| | (IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [1g] wherein the information of the unassigned resource unit is indicated via a combination | In the Accused Products, "the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B": |

| Issued Claim(s) | Public Documentation |
|---|---|
| of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and | |

**Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>  Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>  See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode. |

(IEEE 802.11ax-2021, § 27.3.11.7.2)

### 27.3.11.8.3 Common field

This subclause is not applicable if the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1.

The Common field format is defined in Table 27-24.

A 996-tone RU is referred to by two consecutive RU Allocation subfields per HE-SIG-B content channel, for both HE-SIG-B content channels. The two consecutive RU Allocation subfields per HE-SIG-B content channel are labeled the first RU Allocation subfield and the second RU Allocation subfield. A 484-tone RU is referred to by a single RU Allocation subfied per HE-SIG-B content channel, for both HE-SIG-B content channels. Smaller RUs are referred to by a single RU Allocation subfield in a single HE-SIG-B content channel. If a Common field is present in a 160 MHz or 80+80 MHz PPDU, a 2×996 tone RU is not permitted and cannot be indicated by the RU allocation subfield.

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field**<br><br>| Subfield | Number of subfields | Number of bits per subfield | Description |<br>|---|---|---|---|<br>| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>  *N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>  *N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>  *N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |<br><br>(IEEE 802.11ax-2021) |
| [1h] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth. | In the Accused Products, "the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU  *(continued)***

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>  Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>  See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>  Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>  Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>  Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>  Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 27.3.11.7)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20. If two adjacent 20 MHz subchannels that constitute a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz subchannels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punctured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| 2. The wireless communication terminal of claim 1,<br><br>wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index. | In the Accused Products, "the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index": |

| Issued Claim(s) | Public Documentation |
| --- | --- |

**Table 27-26—RU Allocation subfield** *(continued)*

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| | |
| 3. The wireless communication terminal of claim 2, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit. | In the Accused Products, "the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit": |

| Issued Claim(s) | Public Documentation |
|---|---|

**Table 27-26—RU Allocation subfield (continued)**

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

13

| Issued Claim(s) | Public Documentation |
|---|---|
| | |
| 4. The wireless communication terminal of claim 1, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement. | In the Accused Products, "the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement": <br><br> In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows: <br> — The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24). <br> — The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26). <br> — Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26). <br> — The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4). <br><br> (IEEE 802.11ax-2021, § 27.3.11.8.3) |

| Issued Claim(s) | Public Documentation |
|---|---|

**Table 27-26—RU Allocation subfield** *(continued)*

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 $(00111y_2y_1y_0)$ | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 $(01000y_2y_1y_0)$ | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 $(01001y_2y_1y_0)$ | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 $(01010y_2y_1y_0)$ | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 $(01011y_2y_1y_0)$ | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 $(0110y_1y_0z_1z_0)$ | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-28—User field format for non-MU-MIMO allocation** |

| Bit | Subfield | Number of bits | Description |
|---|---|---|---|
| B0–B10 | STA-ID | 11 | Set to a value of the TXVECTOR parameter STA_ID (see 26.11.1). |
| B11–B13 | NSTS | 3 | If the STA-ID subfield is not 2046, indicates the number of space-time streams and is set to the number of space-time streams minus 1.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |
| B14 | Beamformed | 1 | If the STA-ID subfield is not 2046, used in transmit beamforming: Set to 1 if a beamforming steering matrix is applied to the waveform in a non-MU-MIMO allocation. Set to 0 otherwise.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |
| B15–B18 | HE-MCS | 4 | If the STA-ID subfield is not 2046, indicates the modulation and coding scheme: Set to $n$ for HE-MCS $n$, where $n$ = 0, 1, 2, …, 11. Values 12-15 are reserved.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |

(IEEE 802.11ax-2021, § 27.3.11.8.4)

**26.11.1 STA_ID**

Each parameter STA_ID in the TXVECTOR identifies the STA or group of STAs that is the recipient of an RU in the HE MU PPDU transmitted with the TXVECTOR parameter UPLINK_FLAG set to 0. For an individually addressed RU the parameter STA_ID is set to the 11 LSBs of the AID of the STA receiving the PSDU contained in that RU. If an RU is intended for one or more unassociated non-AP STAs, then the parameter STA_ID for that RU is set to 2045. If an RU is intended for no user, then the parameter STA_ID for that RU is set to 2046.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | (IEEE 802.11ax-2021, § 26.11.1)<br><br>An example for the mapping of the 8-bit RU Allocation subfield and the position of the User field to a user's data is illustrated in Figure 27-27. The RU Allocation subfield indicates an arrangement of one 106-tone RU followed by five 26-tone RUs and indicates that the 106-tone RU contains three User fields, i.e., the 106-tone RU supports multiplexing of three users using MU-MIMO. The 8 User fields in the User Specific field thus map to the 6 RUs, with the first three User fields indicating MU-MIMO allocations in the first 106-tone RU followed by User fields corresponding to the each of the five 26-tone RUs.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.4) |
| 5. The wireless communication terminal of claim 1, wherein the specific resource unit is at least one of a 26-tone resource unit, a 52-tone resource unit, and a 106-tone resource unit. | In the Accused Products, "the specific resource unit is at least one of a 26-tone resource unit, a 52-tone resource unit, and a 106-tone resource unit": |

| Issued Claim(s) | Public Documentation |
|---|---|

**Table 27-26—RU Allocation subfield (continued)**

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| 6. The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured. | In the Accused Products, "when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU**  *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>    Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>    See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>    Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>    Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>    Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>    Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

20

| Issued Claim(s) | Public Documentation |
|---|---|
|  | (IEEE 802.11ax-2021, § 27.3.11.7.2)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20. If two adjacent 20 MHz subchannels that constitute a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz subchannels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punctured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| 7. The wireless communication terminal of claim 1, wherein when the bandwidth field indicates puncturing of a secondary 20 MHz channel within a bandwidth of 160 MHz or 80+80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates additional puncturing in a secondary 80 MHz channel. | In the Accused Products, "wherein when the bandwidth field indicates puncturing of a secondary 20 MHz channel within a bandwidth of 160 MHz or 80+80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates additional puncturing in a secondary 80 MHz channel.": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU**  *(continued)*

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>    Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>    See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>    Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>    Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>    Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>    Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | (IEEE 802.11ax-2021, § 27.3.11.7.2)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20 (HE-SIG-A field of an HE MU PPDU). If two adjacent 20 MHz subchannels that comprise a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz sub-channels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26 (RU Allocation subfield)) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punc-tured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [8pre]. A wireless communication method of a wireless communication terminal, the method comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal, the terminal".<br><br>For example, the Accused Products include "A wireless communication terminal, the terminal":<br><br><br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |

| Issued Claim(s) | Public Documentation |
|---|---|
| [8a] receiving a wireless packet; | In the Accused Products, the method includes "receiving a wireless packet":<br><br>**27.3.22 HE receive procedure**<br><br><br><br>**Figure 27-61—PHY receive procedure for an HE MU PPDU**<br><br>(IEEE 802.11ax-2021, § 27.3.22) |
| [8b] obtaining bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet; | In the Accused Products, the method includes "obtaining bandwidth information indicated via a bandwidth field of HE-SIG-A of the received packet": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)* <br><br> <table><tr><th>Bit</th><th>Field</th><th>Number of bits</th><th>Description</th></tr><tr><td>B5–B10</td><td>BSS Color</td><td>6</td><td>An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR.</td></tr><tr><td>B11–B14</td><td>Spatial Reuse</td><td>4</td><td>Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>See TXVECTOR parameter SPATIAL_REUSE.</td></tr><tr><td>B15–B17</td><td>Bandwidth</td><td>3</td><td>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.</td></tr></table> <br>(IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [8c] obtaining information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet; and | In the Accused Products, the method includes "obtaining information of an unassigned resource unit via at least one of the bandwidth field of the HE-SIG-A and a subfield of HE-SIG-B of the received packet":<br><br>    In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows:<br>    — The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24).<br>    — The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26).<br>    — Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26).<br>    — The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4).<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |

| Issued Claim(s) | Public Documentation |
|---|---|
| [8d] decoding the received packet based on the bandwidth information and the information of the unassigned resource unit, | In the Accused Products, the method includes "decoding the received packet based on the bandwidth information and the information of the unassigned resource unit": |



A typical state machine implementation of the receive PHY is given in Figure 27-63.

Figure 27-63—PHY receive state machine if midambles are not present

| Issued Claim(s) | Public Documentation |
|---|---|
| | … |
| | After the HE-SIG-A field, the PHY entity shall receive the HE-SIG-B field for the number of symbols predicted from the HE-SIG-A field. If the Common field is present in the HE-SIG-B field, the PHY entity shall check the CRC of the Common field. If the CRC in the Common field is valid or the Common field is not present, the PHY entity shall search for intended STA-ID in each User Specific subfield with a valid CRC. If no CRC is valid or no intended STA-ID is detected, the PHY entity shall issue a PHY-RXSTART.indication(RXVECTOR) and then issue a PHY-RXEND.indication(Filtered). If a complete allocation of an intended STA-ID is detected in block with valid CRC, the PHY entity shall continue receiving HE-STF for 4 µs after the HE-SIG-B field for the detected and intended STA. |
| | (IEEE 802.11ax-2021, § 27.3.22) |
| | **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)* |
| | <table><tr><th>Bit</th><th>Field</th><th>Number of bits</th><th>Description</th></tr><tr><td>B5–B10</td><td>BSS Color</td><td>6</td><td>An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR.</td></tr><tr><td>B11–B14</td><td>Spatial Reuse</td><td>4</td><td>Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>See TXVECTOR parameter SPATIAL_REUSE.</td></tr><tr><td>B15–B17</td><td>Bandwidth</td><td>3</td><td>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.</td></tr></table> |
| | (IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [8e] wherein the information of the unassigned resource unit is indicated via a combination | In the Accused Products, "the information of the unassigned resource unit is indicated via a combination of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B": |

| Issued Claim(s) | Public Documentation |
|---|---|
| of the bandwidth field of the HE-SIG-A and a resource unit allocation field of the HE-SIG-B, and | |

**Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS. Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: Set to a value from Table 27-22 (see 26.11.6 and 26.10). See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz. Set to 1 for 40 MHz. Set to 2 for 80 MHz non-preamble puncturing mode. Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode. |

(IEEE 802.11ax-2021, § 27.3.11.7.2)

**27.3.11.8.3 Common field**

This subclause is not applicable if the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1.

The Common field format is defined in Table 27-24.

A 996-tone RU is referred to by two consecutive RU Allocation subfields per HE-SIG-B content channel, for both HE-SIG-B content channels. The two consecutive RU Allocation subfields per HE-SIG-B content channel are labeled the first RU Allocation subfield and the second RU Allocation subfield. A 484-tone RU is referred to by a single RU Allocation subfiled per HE-SIG-B content channel, for both HE-SIG-B content channels. Smaller RUs are referred to by a single RU Allocation subfield in a single HE-SIG-B content channel. If a Common field is present in a 160 MHz or 80+80 MHz PPDU, a 2×996 tone RU is not permitted and cannot be indicated by the RU allocation subfield.

29

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field**<br><br>| Subfield | Number of subfields | Number of bits per subfield | Description |<br>|---|---|---|---|<br>| RU Allocation | N | 8 | *N* RU Allocation subfields are present in an HE-SIG-B content channel, where<br>  *N* = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>  *N* = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>  *N* = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |<br><br>(IEEE 802.11ax-2021) |
| [8f] wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth. | In the Accused Products, "the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>  Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>  See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>  Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>  Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>  Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>  Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

31

| Issued Claim(s) | Public Documentation |
|---|---|
|  | (IEEE 802.11ax-2021, § 27.3.11.7)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20. If two adjacent 20 MHz subchannels that constitute a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz subchannels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punctured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| 9. The wireless communication method of claim 8,<br><br>wherein the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index. | In the Accused Products, "the resource unit allocation field indicates a specific resource unit not assigned to a user through a predetermined index": |

| Issued Claim(s) | Public Documentation |
|---|---|

**Table 27-26—RU Allocation subfield** *(continued)*

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
|  |  |
| 10. The wireless communication method of claim 9, wherein the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit. | In the Accused Products, "the specific resource unit not assigned to a user is at least one of a 242-tone resource unit, a 484-tone resource unit, and a 996-tone resource unit": |

| Issued Claim(s) | Public Documentation |
|---|---|

**Table 27-26—RU Allocation subfield** *(continued)*

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| | |
| 11. The wireless communication method of claim 8, wherein the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement. | In the Accused Products, "the information of the unassigned resource unit is obtained through resource unit arrangement information indicated by the resource unit allocation field of the HE-SIG-B and a Null STA ID contained in a user field corresponding to a specific resource unit in the resource unit arrangement": <br><br> In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows: <br> — The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24). <br> — The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26). <br> — Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26). <br> — The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4). <br><br> (IEEE 802.11ax-2021, § 27.3.11.8.3) |

| Issued Claim(s) | Public Documentation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

Table 27-26—RU Allocation subfield *(continued)*

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
|  | **Table 27-28—User field format for non-MU-MIMO allocation** |

| Bit | Subfield | Number of bits | Description |
|---|---|---|---|
| B0–B10 | STA-ID | 11 | Set to a value of the TXVECTOR parameter STA_ID (see 26.11.1). |
| B11–B13 | NSTS | 3 | If the STA-ID subfield is not 2046, indicates the number of space-time streams and is set to the number of space-time streams minus 1.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |
| B14 | Beamformed | 1 | If the STA-ID subfield is not 2046, used in transmit beamforming:<br>Set to 1 if a beamforming steering matrix is applied to the waveform in a non-MU-MIMO allocation.<br>Set to 0 otherwise.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |
| B15–B18 | HE-MCS | 4 | If the STA-ID subfield is not 2046, indicates the modulation and coding scheme:<br>Set to $n$ for HE-MCS $n$, where $n$ = 0, 1, 2, …, 11.<br>Values 12-15 are reserved.<br><br>Set to an arbitrary value if the STA-ID subfield is 2046. |

(IEEE 802.11ax-2021, § 27.3.11.8.4)

**26.11.1 STA_ID**

Each parameter STA_ID in the TXVECTOR identifies the STA or group of STAs that is the recipient of an RU in the HE MU PPDU transmitted with the TXVECTOR parameter UPLINK_FLAG set to 0. For an individually addressed RU the parameter STA_ID is set to the 11 LSBs of the AID of the STA receiving the PSDU contained in that RU. If an RU is intended for one or more unassociated non-AP STAs, then the parameter STA_ID for that RU is set to 2045. If an RU is intended for no user, then the parameter STA_ID for that RU is set to 2046.

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 26.11.1)<br><br>An example for the mapping of the 8-bit RU Allocation subfield and the position of the User field to a user's data is illustrated in Figure 27-27. The RU Allocation subfield indicates an arrangement of one 106-tone RU followed by five 26-tone RUs and indicates that the 106-tone RU contains three User fields, i.e., the 106-tone RU supports multiplexing of three users using MU-MIMO. The 8 User fields in the User Specific field thus map to the 6 RUs, with the first three User fields indicating MU-MIMO allocations in the first 106-tone RU followed by User fields corresponding to the each of the five 26-tone RUs.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.4) |
| 12. The wireless communication method of claim 8, wherein the specific resource unit is at least one of a 26-tone resource unit, a 52-tone resource unit, and a 106-tone resource unit. | In the Accused Products, "the specific resource unit is at least one of a 26-tone resource unit, a 52-tone resource unit, and a 106-tone resource unit": |

| Issued Claim(s) | Public Documentation | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

**Table 27-26—RU Allocation subfield (continued)**

| RU Allocation subfield (B7 B6 B5 B4 B3 B2 B1 B0) | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | Number of entries |
|---|---|---|---|---|---|---|---|---|---|---|
| 56-63 ($00111y_2y_1y_0$) | 52 | | 52 | | 26 | 106 | | | | 8 |
| 64-71 ($01000y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 26 | 26 | 8 |
| 72-29 ($01001y_2y_1y_0$) | 106 | | | | 26 | 26 | 26 | 52 | | 8 |
| 80-87 ($01010y_2y_1y_0$) | 106 | | | | 26 | 52 | | 26 | 26 | 8 |
| 88-95 ($01011y_2y_1y_0$) | 106 | | | | 26 | 52 | | 52 | | 8 |
| 96-111 ($0110y_1y_0z_1z_0$) | 106 | | | | - | 106 | | | | 16 |
| 112 (01110000) | 52 | | 52 | | - | 52 | | 52 | | 1 |
| 113 (01110001) | 242-tone RU empty (with zero users) | | | | | | | | | 1 |
| 114 (01110010) | 484-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |
| 115 (01110011) | 996-tone RU; contributes zero User fields to the User Specific field in the same HE-SIG-B content channel as this RU Allocation subfield | | | | | | | | | 1 |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

40

| Issued Claim(s) | Public Documentation |
|---|---|
| 13. The wireless communication method of claim 8, wherein when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured. | In the Accused Products, "when the bandwidth field indicates puncturing of one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates which 20 MHz channel in the secondary 40 MHz channel is punctured": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>    Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>    See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>    Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>    Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>    Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>    Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

42

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 27.3.11.7.2)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20. If two adjacent 20 MHz subchannels that constitute a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz subchannels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punctured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| 14.The wireless communication method of claim 8, wherein when the bandwidth field indicates puncturing of a secondary 20 MHz channel within a bandwidth of 160 MHz or 80+80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates additional puncturing in a secondary 80 MHz channel. | In the Accused Products, "wherein when the bandwidth field indicates puncturing of a secondary 20 MHz channel within a bandwidth of 160 MHz or 80+80 MHz or puncturing of at least one of two 20 MHz channels in a secondary 40 MHz channel within a bandwidth of 160 MHz or 80+80 MHz, the resource unit allocation field indicates additional puncturing in a secondary 80 MHz channel.": |

**Table 27-20—HE-SIG-A field of an HE MU PPDU**  *(continued)*

| Bit | Field | Number of bits | Description |
|-----|-------|----------------|-------------|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>    Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>    See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.<br><br>If the HE-SIG-B Compression field is 0:<br>    Set to 4 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is the secondary 20 MHz channel.<br>    Set to 5 for preamble puncturing in 80 MHz, where in the preamble the only punctured subchannel is one of the two 20 MHz subchannels in secondary 40 MHz channel.<br>    Set to 6 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are the secondary 20 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br>    Set to 7 for preamble puncturing in 160 MHz or 80+80 MHz, where in the preamble the only punctured subchannels are zero, one or both of the 20 MHz subchannels in the secondary 40 MHz channel and zero to two of the 20 MHz subchannels in the secondary 80 MHz channel; at least one 20 MHz subchannel is punctured. If two of the 20 MHz subchannels in the secondary 80 MHz channel are punctured, these are either the lower two or the higher two. No more than two adjacent 20 MHz subchannels are punctured across 160 MHz.<br><br>If the HE-SIG-B Compression field is 1, then values 4–7 are reserved. |

44

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 27.3.11.7.2)<br><br>If the Bandwidth field in the HE-SIG-A field of an HE MU PPDU is 4, 5, 6 or 7, then one or more 20 MHz subchannels of the preamble are punctured, as defined in Table 27-20 (HE-SIG-A field of an HE MU PPDU). If two adjacent 20 MHz subchannels that comprise a 40 MHz subchannel in which a 484-tone RU is located are punctured, then B7–B0 of the RU Allocation subfields corresponding to the two 20 MHz subchannels shall both be set to 113 (242-tone RU is empty) or shall both be set to 114 (see Table 27-26 (RU Allocation subfield)) to indicate that the preamble is punctured in both the 20 MHz subchannels. Each punctured 20 MHz subchannel that does not have B7–B0 of its corresponding RU Allocation subfield set to 114 shall have B7–B0 of its RU Allocation subfield set to 113.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |