# Exhibit 16

## Exhibit C - U.S. Patent No. 11,470,595 ("'595 Patent")

Accused Products: Samsung's Wi-Fi 6 (802.11ax) enabled devices, and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless communication terminal, the terminal comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal, the terminal". <br><br> For example, the Accused Products include "A wireless communication terminal, the terminal": <br><br>  <br><br> (https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [1a] a processor; | The Accused Products include "a processor": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | Wi-Fi    **Wi-Fi/Bluetooth System:** Qualcomm® FastConnect™ 7800 <br><br> **Peak Speed:** 5.8 Gbps <br><br> **Generation:** Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4 <br><br> **Standards:** 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a <br><br> (https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |
| [1b] wherein the processor is configured to: <br><br> receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field, | In the Accused Products, the processor is configured to "receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field." <br><br>  <br><br> **Figure 27-61—PHY receive procedure for an HE MU PPDU** <br><br> (IEEE 802.11ax-2021, § 27.3.22) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | The format of the HE MU PPDU is defined as in Figure 27-9. This format is used for transmission to one or more users if the PPDU is not a response of a Trigger frame. In the HE MU PPDU, the HE-SIG-A field is not repeated. The HE-SIG-B field is present in this format.<br><br><br>**Figure 27-9—HE MU PPDU format**<br><br>(IEEE 802.11ax-2021, § 27.3.4) |
| [1c] obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field, | In the Accused Products, the processor is configured to "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."<br><br>**Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*<br><br>| Bit | Field | Number of bits | Description |<br>|---|---|---|---|<br>| B5–B10 | BSS Color | 6 | An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR. |<br>| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>    Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>    See TXVECTOR parameter SPATIAL_REUSE. |<br>| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode. |<br><br>(IEEE 802.11ax-2021, § 27.3.11.7.2) |

3

| Issued Claim(s) | Public Documentation |
|---|---|
| [1d] obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field, | In the Accused Products, the processor is configured to "obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field."<br><br>In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows:<br><br>— The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24).<br>— The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26).<br>— Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26).<br>— The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4). |

**Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [1e] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit, and | In the Accused Products, "the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit." <br><br> **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)* <br><br> (table below) <br><br> (IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [1f] decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit, | In the Accused Products, the bandwidth field is used to "decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit." |

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS. <br><br> Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU: <br>   Set to a value from Table 27-22 (see 26.11.6 and 26.10). <br>   See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz. <br> Set to 1 for 40 MHz. <br> Set to 2 for 80 MHz non-preamble puncturing mode. <br> Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | After the HE-SIG-A field, the PHY entity shall receive the HE-SIG-B field for the number of symbols predicted from the HE-SIG-A field. If the Common field is present in the HE-SIG-B field, the PHY entity shall check the CRC of the Common field. If the CRC in the Common field is valid or the Common field is not present, the PHY entity shall search for intended STA-ID in each User Specific subfield with a valid CRC. If no CRC is valid or no intended STA-ID is detected, the PHY entity shall issue a PHY-RXSTART.indication(RXVECTOR) and then issue a PHY-RXEND.indication(Filtered). If a complete allocation of an intended STA-ID is detected in block with valid CRC, the PHY entity shall continue receiving HE-STF for 4 μs after the HE-SIG-B field for the detected and intended STA.<br><br>(IEEE 802.11ax-2021, § 27.3.22)<br><br>In Table 27-26, the "Number of entries" column refers to the number of RU Allocation subfield values that refer to the same RU assignment to be used in the frequency domain but differ in the number of User fields per RU. The number of User fields per RU indicated by the RU Allocation subfields and the Center 26-tone RU subfield of an HE-SIG-B content channel indicate the number of User fields in the User Specific field of the HE-SIG-B content channel.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [1g] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and<br><br>[1h] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a | In the Accused Products, "the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield" and "the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz": |

| Issued Claim(s) | Public Documentation |
|---|---|
| transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz. | **Table 27-24—Common field**<br><br>*(table below)*<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |

**Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>  $N$ = 1 if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>  $N$ = 2 if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>  $N$ = 4 if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>  Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>  For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>  For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

| Issued Claim(s) | Public Documentation |
|---|---|
| 2. The wireless communication terminal of claim 1,<br><br>wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and<br><br>wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2. | In the Accused Products, "the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively" and "the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2":<br><br>The HE-SIG-B field of a 20 MHz HE MU PPDU contains one HE-SIG-B content channel. The HE-SIG-B field of an HE MU PPDU that is 40 MHz or wider contains two HE-SIG-B content channels.<br><br><br><br>**Figure 27-26—HE-SIG-B content channel format**<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.2)<br><br>As defined in Table 27-24 and Table 27-25, the Center 26-tone RU field carries the same value in both HE-SIG-B content channels. The User field that corresponds to the center 26-tone RU is carried in HE-SIG-B content channel 1.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |

8

| Issued Claim(s) | Public Documentation |
|---|---|
| |  Figure 27-30—HE-SIG-B content channels and their duplication in an 80 MHz PPDU<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.5) |
| 3. The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz. | In the Accused Products, "when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field** |

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>   $N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>   $N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>   $N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>   Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>   For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>   For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| 4. The wireless communication terminal of claim 3, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1. | In the Accused Products, "when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1": <br><br> As defined in Table 27-24 and Table 27-25, the Center 26-tone RU field carries the same value in both HE-SIG-B content channels. The User field that corresponds to the center 26-tone RU is carried in HE-SIG-B content channel 1. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field** |

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>$N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>$N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>$N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| 5. The wireless communication terminal of claim 2, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth. | In the Accused Products, "when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth": |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | Table 27-24—Common field |

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>    $N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>    $N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>    $N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>    Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>    For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>    For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

14

| Issued Claim(s) | Public Documentation |
|---|---|
| 6. The wireless communication terminal of claim 5,<br><br>wherein when the first C26 field indicates that a user is allocated to the first center 26-tone resource unit, a user field corresponding to the first center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1, and<br><br>wherein when the second C26 field indicates that a user is allocated to the second center 26-tone resource unit, a user field corresponding to the second center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 2. | In the Accused Products, "when the first C26 field indicates that a user is allocated to the first center 26-tone resource unit, a user field corresponding to the first center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1" and "when the second C26 field indicates that a user is allocated to the second center 26-tone resource unit, a user field corresponding to the second center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 2": |

# IEEE 802.11ax-2021, May 2021

## IEEE 802.11ax-2021, Clause 27.3.11.8.4

The ordering of User fields in the User Specific field in an HE-SIG-B content channel is determined using the following three-step procedure:

a) If the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1, this first step is bypassed. Otherwise, the User fields in the User Specific field of an HE-SIG-B content channel are grouped into sets of User fields, where each set comprises the User fields indicated by one RU Allocation subfield or the Center 26-tone RU. These sets shall be ordered as follows:

   1) If the Bandwidth field in the HE-SIG-A field is 0 or 1, then there is only one set; therefore, the need for ordering in this first step does not arise.

   2) If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5, then the set of User fields indicated by the first RU Allocation subfield is followed by the set of the User fields indicated by the second RU Allocation subfield; in turn, if the center 26-tone RU is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 1 only.

   3) If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7, then the set of User fields indicated by the first RU Allocation subfield is followed by the set of the User fields indicated by the second RU Allocation subfield; in turn these are followed by the set of the User fields indicated by the third RU Allocation subfield and then by the set of the User fields indicated by the fourth RU Allocation subfield. If the center 26-tone RU that spans subcarriers $[-528:-516, -508:-496]$ is assigned, then its User field is appended to HE-SIG-B content channel 1. If the center 26-tone RU that spans subcarriers $[496:508, 516:528]$ is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 2.

b) If the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1, then this second step is bypassed. Otherwise, each subset of User fields indicated by an RU Allocation subfield shall be ordered by increasing frequency of RU, i.e., #1 to #9 in Table 27-26.

c) Without regard to the value of the HE-SIG-B Compression field, the ordering of User fields in the same RU shall follow the user ordering in Table 27-30.

In this way, RU Allocation subfields, Center 26-tone RU fields (if present), and the position of a user's User field in the User Specific field of an HE-SIG-B content channel indicate the user's RU assignment.

| Issued Claim(s) | Public Documentation |
|---|---|
| [7pre]. A wireless communication method of a wireless communication terminal, the method comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal, the terminal".<br><br>For example, the Accused Products include "A wireless communication terminal, the terminal":<br><br><br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [7a] receiving a wireless packet including an high efficiency (HE)-signal (SIG)-A and HE-SIG-B; | In the Accused Products, the processor is configured to "receive a wireless packet including an High Efficiency Signal A (HE-SIG-A) field and an High Efficiency Signal B (HE-SIG-B) field." |

17

| Issued Claim(s) | Public Documentation |
|---|---|
| |  |

**Figure 27-61—PHY receive procedure for an HE MU PPDU**

(IEEE 802.11ax-2021, § 27.3.22)

The format of the HE MU PPDU is defined as in Figure 27-9. This format is used for transmission to one or more users if the PPDU is not a response of a Trigger frame. In the HE MU PPDU, the HE-SIG-A field is not repeated. The HE-SIG-B field is present in this format.

**Figure 27-9—HE MU PPDU format**

(IEEE 802.11ax-2021, § 27.3.4)

| Issued Claim(s) | Public Documentation |
|---|---|
| [7b] obtaining bandwidth information indicated via a bandwidth field included in the HE-SIG-A; | In the Accused Products, the processor is configured to "obtain bandwidth information indicated via a bandwidth field included in the HE-SIG-A field."

**Table 27-20—HE-SIG-A field of an HE MU PPDU**  *(continued)*

| Bit | Field | Number of bits | Description |
|---|---|---|---|
| B5–B10 | BSS Color | 6 | An identifier of the BSS.

Set TXVECTOR parameter BSS_COLOR. |
| B11–B14 | Spatial Reuse | 4 | Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:
    Set to a value from Table 27-22 (see 26.11.6 and 26.10).
    See TXVECTOR parameter SPATIAL_REUSE. |
| B15–B17 | Bandwidth | 3 | Set to 0 for 20 MHz.
Set to 1 for 40 MHz.
Set to 2 for 80 MHz non-preamble puncturing mode.
Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode. |

(IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [7c] obtaining information of an unassigned resource unit via at least one subfield included in the HE-SIG-B, | In the Accused Products, the processor is configured to "obtain information of an unassigned resource unit via at least one subfield included in the HE-SIG-B field."

In an HE MU PPDU, an RU that is not allocated to a user can be indicated as follows:
— The Center 26-tone RU subfield in the Common field of the HE-SIG-B field is set to 0 (see Table 27-24).
— The RU Allocation subfield in the Common field of the HE-SIG-B field is set to a value between 16 and 31 or between 96 and 113 (see Table 27-26).
— Both RU Allocation subfields at the same position in each Common field of the two HE-SIG-B content channels are set to 114 (see Table 27-26).
— The STA-ID subfield in the User field of the HE-SIG-B field is set to 2046 (see 26.11.1 and 27.3.11.8.4). |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field**<br><br>| Subfield | Number of subfields | Number of bits per subfield | Description |<br>|---|---|---|---|<br>| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>    Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>    For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>    For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [7d] wherein the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and<br><br>wherein the bandwidth field of HE-SIG-A is used to obtain the information of the unassigned resource unit; and | In the Accused Products, "the bandwidth field is related to bandwidth over which the received wireless packet is transmitted, and is used to obtain the information of the unassigned resource unit." |

20

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-20—HE-SIG-A field of an HE MU PPDU** *(continued)*<br><br><table><tr><th>Bit</th><th>Field</th><th>Number of bits</th><th>Description</th></tr><tr><td>B5–B10</td><td>BSS Color</td><td>6</td><td>An identifier of the BSS.<br><br>Set TXVECTOR parameter BSS_COLOR.</td></tr><tr><td>B11–B14</td><td>Spatial Reuse</td><td>4</td><td>Indicates whether spatial reuse modes are allowed during the transmission of this PPDU:<br>Set to a value from Table 27-22 (see 26.11.6 and 26.10).<br>See TXVECTOR parameter SPATIAL_REUSE.</td></tr><tr><td>B15–B17</td><td>Bandwidth</td><td>3</td><td>Set to 0 for 20 MHz.<br>Set to 1 for 40 MHz.<br>Set to 2 for 80 MHz non-preamble puncturing mode.<br>Set to 3 for 160 MHz and 80+80 MHz non-preamble puncturing mode.</td></tr></table><br>(IEEE 802.11ax-2021, § 27.3.11.7.2) |
| [7e] decoding a data of the received wireless packet based on the total bandwidth information and the information of the unassigned resource unit, | In the Accused Products, the bandwidth field is used to "decode a data of the received wireless packet based on the bandwidth information and the information of the unassigned resource unit."<br><br>After the HE-SIG-A field, the PHY entity shall receive the HE-SIG-B field for the number of symbols predicted from the HE-SIG-A field. If the Common field is present in the HE-SIG-B field, the PHY entity shall check the CRC of the Common field. If the CRC in the Common field is valid or the Common field is not present, the PHY entity shall search for intended STA-ID in each User Specific subfield with a valid CRC. If no CRC is valid or no intended STA-ID is detected, the PHY entity shall issue a PHY-RXSTART.indication(RXVECTOR) and then issue a PHY-RXEND.indication(Filtered). If a complete allocation of an intended STA-ID is detected in block with valid CRC, the PHY entity shall continue receiving HE-STF for 4 µs after the HE-SIG-B field for the detected and intended STA.<br><br>(IEEE 802.11ax-2021, § 27.3.22) |

| Issued Claim(s) | Public Documentation |
|---|---|
| | In Table 27-26, the "Number of entries" column refers to the number of RU Allocation subfield values that refer to the same RU assignment to be used in the frequency domain but differ in the number of User fields per RU. The number of User fields per RU indicated by the RU Allocation subfields and the Center 26-tone RU subfield of an HE-SIG-B content channel indicate the number of User fields in the User Specific field of the HE-SIG-B content channel.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |
| [7f] wherein the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield, and<br><br>[7g] wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz. | In the Accused Products, "the unassigned resource unit is explicitly indicated with the information of the unassigned resource unit based on the bandwidth field and the at least one subfield" and "the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | Table 27-24—Common field |

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>$N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>$N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>$N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>    Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>    For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>    For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

23

| Issued Claim(s) | Public Documentation |
|---|---|
| 8. The wireless communication method of claim 7,<br><br>wherein the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively, and<br><br>wherein the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2. | In the Accused Products, "the HE-SIG-B field consists of HE-SIG-B content channel 1 and HE-SIG-B content channel 2 in units of 20 MHz respectively" and "the C26 field is carried in both the HE-SIG-B content channel 1 and the HE-SIG-B content channel 2":<br><br>The HE-SIG-B field of a 20 MHz HE MU PPDU contains one HE-SIG-B content channel. The HE-SIG-B field of an HE MU PPDU that is 40 MHz or wider contains two HE-SIG-B content channels.<br><br><br><br>**Figure 27-26—HE-SIG-B content channel format**<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.2)<br><br>As defined in Table 27-24 and Table 27-25, the Center 26-tone RU field carries the same value in both HE-SIG-B content channels. The User field that corresponds to the center 26-tone RU is carried in HE-SIG-B content channel 1.<br><br>(IEEE 802.11ax-2021, § 27.3.11.8.3) |

| Issued Claim(s) | Public Documentation |
|---|---|
| |  **Figure 27-30—HE-SIG-B content channels and their duplication in an 80 MHz PPDU** (IEEE 802.11ax-2021, § 27.3.11.8.5) |
| 9. The wireless communication method of claim 8, wherein when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz. | In the Accused Products, "when the received wireless packet is transmitted in a total bandwidth of 80 MHz, both of a C26 field carried in the HE-SIG-B content channel 1 and a C26 field carried in the HE-SIG-B content channel 2 indicate whether a user is allocated to a center 26-tone resource unit in the total bandwidth of 80 MHz": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **Table 27-24—Common field**

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>　$N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>　$N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>　$N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>　Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>　For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>　For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3) |

| Issued Claim(s) | Public Documentation |
|---|---|
| 10. The wireless communication method of claim 9, wherein when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1. | In the Accused Products, "when the C26 field indicates that a user is allocated to the center 26-tone resource unit, a user field corresponding to the center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1": <br><br> As defined in Table 27-24 and Table 27-25, the Center 26-tone RU field carries the same value in both HE-SIG-B content channels. The User field that corresponds to the center 26-tone RU is carried in HE-SIG-B content channel 1. |

| Issued Claim(s) | Public Documentation |
| --- | --- |
| | **Table 27-24—Common field** |

| Subfield | Number of subfields | Number of bits per subfield | Description |
| --- | --- | --- | --- |
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>$N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>$N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>$N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| 11. The wireless communication method of claim 8, wherein when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth. | In the Accused Products, "when the received wireless packet is transmitted in a total bandwidth of 160 MHz or 80+80 MHz, the total bandwidth includes a first 80 MHz bandwidth and a second 80 MHz bandwidth, a first C26 field carried in the HE-SIG-B content channel 1 indicates whether a user is allocated to a first center 26-tone resource unit in the first 80 MHz bandwidth, and a second C26 field carried in the HE-SIG-B content channel 2 indicates whether a user is allocated to a second center 26-tone resource unit in the second 80 MHz bandwidth": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | Table 27-24—Common field |

| Subfield | Number of subfields | Number of bits per subfield | Description |
|---|---|---|---|
| RU Allocation | N | 8 | $N$ RU Allocation subfields are present in an HE-SIG-B content channel, where<br>$N = 1$ if the Bandwidth field in the HE-SIG-A field is 0 or 1 (indicating a 20 MHz or 40 MHz HE MU PPDU)<br>$N = 2$ if the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating an 80 MHz HE MU PPDU)<br>$N = 4$ if the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicates a 160 MHz or 80+80 MHz HE MU PPDU)<br><br>Each RU Allocation subfield in an HE-SIG-B content channel corresponding to a 20 MHz frequency subchannel indicates the RU assignment, including the size of the RU(s) and their placement in the frequency domain, to be used in the HE modulated fields of the HE MU PPDU in the frequency domain and indicates information needed to compute the number of users allocated to each RU, where the subcarrier indices of the RU(s) meet the conditions in Table 27-25. |
| Center 26-tone RU | 0 or 1 | 1 | The Center 26-tone RU field is present if the Bandwidth field in the HE-SIG-A field indicates a bandwidth greater than 40 MHz and not present otherwise.<br><br>If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5 (indicating 80 MHz):<br>Set to 1 to indicate that a user is allocated to the center 26-tone RU (see Figure 27-7) and that its User field is present in HE-SIG-B content channel 1; otherwise, set to 0. The same value is applied to both HE-SIG-B content channels.<br><br>If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7 (indicating 160 MHz or 80+80 MHz):<br>For HE-SIG-B content channel 1, set to 1 to indicate that a user is allocated to the center 26-tone RU of the lower frequency 80 MHz; otherwise, set to 0.<br>For HE-SIG-B content channel 2, set to 1 to indicate that a user is allocated to the center 26-tone RU of the higher frequency 80 MHz; otherwise, set to 0. |

(IEEE 802.11ax-2021, § 27.3.11.8.3)

| Issued Claim(s) | Public Documentation |
|---|---|
| 12. The wireless communication method of claim 11,<br><br>wherein when the first C26 field indicates that a user is allocated to the first center 26-tone resource unit, a user field corresponding to the first center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1, and<br><br>wherein when the second C26 field indicates that a user is allocated to the second center 26-tone resource unit, a user field corresponding to the second center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 2. | In the Accused Products, "when the first C26 field indicates that a user is allocated to the first center 26-tone resource unit, a user field corresponding to the first center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 1" and "when the second C26 field indicates that a user is allocated to the second center 26-tone resource unit, a user field corresponding to the second center 26-tone resource unit is carried in a user specific field of the HE-SIG-B content channel 2": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | ## IEEE 802.11ax-2021, May 2021 |
| | IEEE 802.11ax-2021, Clause 27.3.11.8.4 |
| | The ordering of User fields in the User Specific field in an HE-SIG-B content channel is determined using the following three-step procedure: |
| | a) If the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1, this first step is bypassed. Otherwise, the User fields in the User Specific field of an HE-SIG-B content channel are grouped into sets of User fields, where each set comprises the User fields indicated by one RU Allocation subfield or the Center 26-tone RU. These sets shall be ordered as follows: |
| |     1) If the Bandwidth field in the HE-SIG-A field is 0 or 1, then there is only one set; therefore, the need for ordering in this first step does not arise. |
| |     2) If the Bandwidth field in the HE-SIG-A field is 2, 4, or 5, then the set of User fields indicated by the first RU Allocation subfield is followed by the set of the User fields indicated by the second RU Allocation subfield; in turn, if the center 26-tone RU is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 1 only. |
| |     3) If the Bandwidth field in the HE-SIG-A field is 3, 6, or 7, then the set of User fields indicated by the first RU Allocation subfield is followed by the set of the User fields indicated by the second RU Allocation subfield; in turn these are followed by the set of the User fields indicated by the third RU Allocation subfield and then by the set of the User fields indicated by the fourth RU Allocation subfield. If the center 26-tone RU that spans subcarriers [−528:−516, −508:−496] is assigned, then its User field is appended to HE-SIG-B content channel 1. If the center 26-tone RU that spans subcarriers [496:508, 516:528] is assigned, then its User field is appended as the last User field to HE-SIG-B content channel 2. |
| | b) If the HE-SIG-B Compression field in the HE-SIG-A field of an HE MU PPDU is 1, then this second step is bypassed. Otherwise, each subset of User fields indicated by an RU Allocation subfield shall be ordered by increasing frequency of RU, i.e., #1 to #9 in Table 27-26. |
| | c) Without regard to the value of the HE-SIG-B Compression field, the ordering of User fields in the same RU shall follow the user ordering in Table 27-30. |
| | In this way, RU Allocation subfields, Center 26-tone RU fields (if present), and the position of a user's User field in the User Specific field of an HE-SIG-B content channel indicate the user's RU assignment. |