# Exhibit 21

## Exhibit C - U.S. Patent No. 11,116,035 ("'035 Patent")

Accused Products: Samsung's Wi-Fi 6 (802.11ax) enabled devices, and all versions and variations thereof since the issuance of the asserted patent.

| Issued Claim(s) | Public Documentation |
|---|---|
| [1pre]. A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal that wirelessly communicates with a base wireless communication terminal".<br><br>For example, the Accused Products include "A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal":<br><br><br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [1a] a transceiver; and<br><br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor": |

1

| Issued Claim(s) | Public Documentation |
|---|---|
| | Wi-Fi    Wi-Fi/Bluetooth System: Qualcomm® FastConnect™ 7800<br><br>Peak Speed: 5.8 Gbps<br><br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br><br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |
| [1c] wherein the processor is configured to:<br><br>transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver, | In the Accused Products, the processor is configured to "transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) using the transceiver":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is<br><br>transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [1d] switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of | In the Accused Products, the processor is configured to "switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is |

2

| Issued Claim(s) | Public Documentation |
|---|---|
| the wireless communication terminal, | transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7)<br><br>A non-AP STA shall not transmit an HE TB PPDU if all of the conditions in 26.5.2.3.2 are satisfied. Otherwise, a non-AP STA shall transmit an HE TB PPDU a SIFS after a received PPDU if all of the following conditions are met:<br>   — The received PPDU contains either a Trigger frame (that is not an MU-RTS variant) with a User Info field addressed to the non-AP STA or a frame addressed to the non-AP STA that contains an TRS Control subfield. A User Info field in the Trigger frame is addressed to a non-AP STA if one of the following conditions are met:<br><br>(IEEE 802.11ax-2021, § 26.5.2.3.1) |
| [1e] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends, | In the Accused Products, the processor is configured to "when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is |

| Issued Claim(s) | Public Documentation |
|---|---|
| | transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [1f] when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received, | In the Accused Products, the processor is configured to "when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [1g] when the second parameter set timer expires, terminate an application of the second parameter set, and | In the Accused Products, the processor is configured to "when the second parameter set timer expires, terminate an application of the second parameter set":<br><br>The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, during which the HE STA uses the MU EDCA parameters for the corresponding AC, as defined in 26.2.7, except that the value 0 is reserved.<br><br>(IEEE 802.11ax-2021, § 9.4.2.251)<br><br>If the MUEDCATimer[AC] of a non-AP HE STA reaches 0, either by counting down or due to a reset following the reception of an MU EDCA Reset frame, the STA shall update CWmin[AC], CWmax[AC], and AIFSN[AC] to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP with which the STA is associated.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [1h] access a channel according to a priority of data to be transmitted to the base | In the Accused Products, the processor is configured to "access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set": |

| Issued Claim(s) | Public Documentation |
|---|---|
| communication terminal by the wireless communication terminal and the parameter set. | A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7)<br><br>**10.23.2 HCF contention based channel access (EDCA)**<br><br>**10.23.2.2 EDCA backoff procedure**<br><br>(IEEE 802.11-2020, § 10.23.2.2) |
| 2. The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame. | In the Accused Products, "the MPDU included in the trigger-based PPDU is a QoS data frame": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.7 EDCA operation using MU EDCA parameters**<br><br>…<br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment. |
| 3. The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame. | In the Accused Products, "the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.7 EDCA operation using MU EDCA parameters**<br><br>…<br>An HE AP shall set the QoS Info field of an MU EDCA Parameter Set element (if present) to the same value as the QoS Info field of an EDCA Parameter Set element (if present). An HE AP may change the MU EDCA parameters by including the MU EDCA Parameter Set element with updated MU EDCA parameters in the Beacon frames and Probe Response frames it transmits. The EDCA Parameter Set Update Count subfield in the QoS Info field of the EDCA Parameter Set element and MU EDCA Parameter Set element is incremented every time any EDCA parameters or MU EDCA parameters change.<br><br>A non-AP HE STA shall update the dot11EDCATable and dot11MUEDCATable that correspond to fields in an EDCA Parameter Set element or an MU EDCA Parameter Set element within an interval of time equal to one beacon interval after receiving an updated EDCA or MU EDCA parameter set from its associated AP. When updating its MIB attributes, an HE STA stores the value of the EDCA Parameter Set Update Count subfield in the QoS Info field of the received EDCA Parameter Set element or MU EDCA Parameter Set element.<br><br>A non-AP HE STA shall use the EDCA Parameter Set Update Count subfield in the QoS Capability element of Beacon frames, where present, to determine whether the STA is using the current EDCA (and optionally MU EDCA) parameter values. If the EDCA Parameter Set Update Count subfield value is different from the value that has been stored, the STA shall query the updated EDCA (and any MU EDCA) parameter values by sending a Probe Request frame to the AP. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **9.4.2.251 MU EDCA Parameter Set element**<br><br><br>Octets: 1    1    1<br><br>**Figure 9-788p—MU AC Parameter Record field format**<br><br>The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, during which the HE STA uses the MU EDCA parameters for the corresponding AC, as defined in 26.2.7, except that the value 0 is reserved. |
| 4. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW),<br><br>set a backoff timer based on the random integer value, and<br><br>access the channel based on the back off timer and a predetermined slot time,<br><br>wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW. | In the Accused Products, the processor is configured to calculate "a random integer value within a contention window (CW), set a backoff timer based on the random integer value,": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | ## IEEE 802.11-2020, Feb. 2021 |
| | **10.3.3 Random backoff time**<br><br>…<br>A STA desiring to initiate transfer of Data frames and/or Management frames using the DCF shall invoke the CS mechanism (see 10.3.2.1) to determine the busy/idle state of the medium. If the medium is busy, the STA shall defer until the medium is determined to be idle without interruption for a period of time equal to DIFS when the last frame detected on the medium was received correctly, or after the medium is determined to be idle without interruption for a period of time equal to EIFS when the last frame detected on the medium was not received correctly. After this DIFS or EIFS medium idle time, the STA shall then generate a random backoff period (defined by Equation (10-1)) for an additional deferral time before transmitting, unless the backoff timer already contains a nonzero value, in which case the selection of a random number is not needed and not performed. This process minimizes collisions during contention between multiple STAs that have been deferring to the same event.<br><br>$$\text{Backoff Count} = \text{Random()} \qquad\qquad (10\text{-}1)$$<br><br>where<br>Random() =  Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the PHY characteristics aCWmin and aCWmax, aCWmin ≤ CW ≤ aCWmax.<br><br>In the Accused Products, the processor is configured to "access the channel based on the back off timer and a predetermined slot time": |

# IEEE 802.11-2020, Feb. 2021

### 10.3.3 Random backoff time

…

A STA desiring to initiate transfer of Data frames and/or Management frames using the DCF shall invoke the CS mechanism (see 10.3.2.1) to determine the busy/idle state of the medium. If the medium is busy, the STA shall defer until the medium is determined to be idle without interruption for a period of time equal to DIFS when the last frame detected on the medium was received correctly, or after the medium is determined to be idle without interruption for a period of time equal to EIFS when the last frame detected on the medium was not received correctly. After this DIFS or EIFS medium idle time, the STA shall then generate a random backoff period (defined by Equation (10-1)) for an additional deferral time before transmitting, unless the backoff timer already contains a nonzero value, in which case the selection of a random number is not needed and not performed. This process minimizes collisions during contention between multiple STAs that have been deferring to the same event.

$$\text{Backoff Count} = \text{Random()} \qquad\qquad (10\text{-}1)$$

where

   Random() =  Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the PHY characteristics aCWmin and aCWmax, aCWmin ≤ CW ≤ aCWmax.

### 10.23.2.4 Obtaining an EDCA TXOP

…

At each of the above-described specific slot boundaries, each EDCAF shall initiate a transmission sequence if
— There is a frame available for transmission at that EDCAF, and
— The backoff counter for that EDCAF has a value of 0, and
— Initiation of a transmission sequence is not allowed to commence at this time for an EDCAF of higher UP.

| Issued Claim(s) | Public Documentation |
|---|---|
|  | In the Accused Products, the "parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW": |

### IEEE 802.11ax-2021, May 2021

**26.2.7 EDCA operation using MU EDCA parameters**

…

A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.

### IEEE 802.11-2020, Feb. 2021

**10.3.3 Random backoff time**

…

Backoff Count = Random()                                                      (10-1)

where

Random() =  Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the PHY characteristics aCWmin and aCWmax, aCWmin ≤ CW ≤ aCWmax.

| Issued Claim(s) | Public Documentation |
|---|---|
|  |  |
| 5. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW), set a backoff timer based on the random integer value, access the channel based on the back off timer and a predetermined slot time, and if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax. | In the Accused Products, "the processor is configured to calculate a random integer value in a contention window (CW), set a backoff timer based on the random integer value": |

IEEE 802.11-2020, Feb. 2021

**10.3.3 Random backoff time**

…

A STA desiring to initiate transfer of Data frames and/or Management frames using the DCF shall invoke the CS mechanism (see 10.3.2.1) to determine the busy/idle state of the medium. If the medium is busy, the STA shall defer until the medium is determined to be idle without interruption for a period of time equal to DIFS when the last frame detected on the medium was received correctly, or after the medium is determined to be idle without interruption for a period of time equal to EIFS when the last frame detected on the medium was not received correctly. After this DIFS or EIFS medium idle time, the STA shall then generate a random backoff period (defined by Equation (10-1)) for an additional deferral time before transmitting, unless the backoff timer already contains a nonzero value, in which case the selection of a random number is not needed and not performed. This process minimizes collisions during contention between multiple STAs that have been deferring to the same event.

$$\text{Backoff Count} = \text{Random}() \qquad (10\text{-}1)$$

where

Random() = Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the PHY characteristics aCWmin and aCWmax, aCWmin ≤ CW ≤ aCWmax.

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, the processor is configured to "set a backoff timer based on the random integer value": |
| | In the Accused Products, the processor is configured to "access the channel based on the back off timer and a predetermined slot time": |

14

# IEEE 802.11-2020, Feb. 2021

### 10.3.3 Random backoff time

...

A STA desiring to initiate transfer of Data frames and/or Management frames using the DCF shall invoke the CS mechanism (see 10.3.2.1) to determine the busy/idle state of the medium. If the medium is busy, the STA shall defer until the medium is determined to be idle without interruption for a period of time equal to DIFS when the last frame detected on the medium was received correctly, or after the medium is determined to be idle without interruption for a period of time equal to EIFS when the last frame detected on the medium was not received correctly. After this DIFS or EIFS medium idle time, the STA shall then generate a random backoff period (defined by Equation (10-1)) for an additional deferral time before transmitting, unless the backoff timer already contains a nonzero value, in which case the selection of a random number is not needed and not performed. This process minimizes collisions during contention between multiple STAs that have been deferring to the same event.

Backoff Count = Random()  (10-1)

where

Random() = Pseudorandom integer drawn from a uniform distribution over the interval [0,CW], where CW is an integer within the range of values of the PHY characteristics aCWmin and aCWmax, $aCWmin \le CW \le aCWmax$.

### 10.23.2.4 Obtaining an EDCA TXOP

...

At each of the above-described specific slot boundaries, each EDCAF shall initiate a transmission sequence if
— There is a frame available for transmission at that EDCAF, and
— The backoff counter for that EDCAF has a value of 0, and
— Initiation of a transmission sequence is not allowed to commence at this time for an EDCAF of higher UP.

| Issued Claim(s) | Public Documentation |
|---|---|
| | In the Accused Products, the processor is configured to "if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax": <br><br> **IEEE 802.11-2020, Feb. 2021** <br><br> **10.23.2.2 EDCA backoff procedure** <br><br> … <br> If the backoff procedure is invoked for reason c), d), or e) above, CW[AC] and QSRC[AC] shall be updated as follows: <br> — If QSRC[AC] is less than dot11ShortRetryLimit, <br> — QSRC[AC] shall be incremented by 1. <br> — CW[AC] shall be set to the lesser of CWmax[AC] and $2^{QSRC[AC]} \times (CWmin[AC] + 1) - 1$. <br> — Else <br> — QSRC[AC] shall be set to 0. <br> — CW[AC] shall be set to CWmin[AC]. |
| [8pre]. An operation method of a wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the method comprising: | Whether or not the preamble is limiting, each Accused Product practices the claimed "A wireless communication terminal that wirelessly communicates with a base wireless communication terminal". <br><br> For example, the Accused Products include "A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | <br><br>(https://www.qualcomm.com/snapdragon/device-finder/samsung-galaxy-s24-ultra) |
| [8a] transmitting a trigger-based physical layer protocol data unit (PPDU) to the base wireless communication terminal; | In the Accused Products, the method includes "transmitting a trigger-based physical layer protocol data unit (PPDU) to the base wireless communication terminal":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is<br><br>transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [8b] switching a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal | In the Accused Products, the method includes "switching a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal": |

| Issued Claim(s) | Public Documentation |
|---|---|
| triggers a multi-user uplink transmission participation of the wireless communication terminal; | A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is<br><br>transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7)<br><br>A non-AP STA shall not transmit an HE TB PPDU if all of the conditions in 26.5.2.3.2 are satisfied. Otherwise, a non-AP STA shall transmit an HE TB PPDU a SIFS after a received PPDU if all of the following conditions are met:<br>— The received PPDU contains either a Trigger frame (that is not an MU-RTS variant) with a User Info field addressed to the non-AP STA or a frame addressed to the non-AP STA that contains an TRS Control subfield. A User Info field in the Trigger frame is addressed to a non-AP STA if one of the following conditions are met:<br><br>(IEEE 802.11ax-2021, § 26.5.2.3.1) |
| [8c] when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, setting a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends; | In the Accused Products, the method includes "when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is |

| Issued Claim(s) | Public Documentation |
|---|---|
| | transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment. <br><br> The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment. <br><br> (IEEE 802.11ax-2021, § 26.2.7) |
| [8d] when the MPDU included in the trigger-based PPDU requests the immediate response, setting the second parameter set timer for the access category of the MPDU for which immediate response is received; | In the Accused Products, the method includes "when the MPDU included in the trigger-based PPDU requests the immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received": <br><br> A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is <br><br> transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment. <br><br> The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment. |

19

| Issued Claim(s) | Public Documentation |
|---|---|
| | (IEEE 802.11ax-2021, § 26.2.7) |
| [8e] when the second parameter set timer expires, terminating an application of the second parameter set; | In the Accused Products, the method includes "when the second parameter set timer expires, terminating an application of the second parameter set;":<br><br>The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, during which the HE STA uses the MU EDCA parameters for the corresponding AC, as defined in 26.2.7, except that the value 0 is reserved.<br><br>(IEEE 802.11ax-2021, § 9.4.2.251)<br><br>If the MUEDCATimer[AC] of a non-AP HE STA reaches 0, either by counting down or due to a reset following the reception of an MU EDCA Reset frame, the STA shall update CWmin[AC], CWmax[AC], and AIFSN[AC] to the values that are contained in the most recently received EDCA Parameter Set element sent by the AP with which the STA is associated.<br><br>(IEEE 802.11ax-2021, § 26.2.7) |
| [8f] accessing a channel according to a priority of data to be transmitted to the base wireless communication terminal and the parameter set; and transmitting the data through the channel. | In the Accused Products, the method includes "accessing a channel according to a priority of data to be transmitted to the base wireless communication terminal and the parameter set; and transmitting the data through the channel":<br><br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is |

| Issued Claim(s) | Public Documentation |
|---|---|
|  | transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment.<br><br>The MUEDCATimer[AC] state variable is updated with the value contained in the MU EDCA Timer subfield of the MU EDCA Parameter Set element. The backoff counter maintenance corresponding to the updated state variables shall follow the rules in 10.23.2.2, except that if AIFSN[AC] is 0, then the EDCAF corresponding to that AC shall be suspended until the MUEDCATimer[AC] reaches 0 or is reset to 0. The updated MUEDCATimer[AC] shall start at the end of the immediate response if the transmitted HE TB PPDU contains at least one QoS Data frame for that AC that requires immediate acknowledgment, and shall start at the end of the HE TB PPDU if the transmitted HE TB PPDU does not contain any QoS Data frames for that AC that require immediate acknowledgment.<br><br>(IEEE 802.11ax-2021, § 26.2.7)<br><br>**10.23.2 HCF contention based channel access (EDCA)**<br><br>**10.23.2.2 EDCA backoff procedure**<br><br>(IEEE 802.11-2020, § 10.23.2.2) |
| 9. The method of claim 8, wherein the MPDU included in the trigger-based PPDU is a QoS data frame. | In the Accused Products, "the MPDU included in the trigger-based PPDU is a QoS data frame": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.7 EDCA operation using MU EDCA parameters**<br><br>…<br>A non-AP HE STA that receives a Basic Trigger frame that contains a User Info field addressed to the STA shall update its CWmin[AC], CWmax[AC], AIFSN[AC], and MUEDCATimer[AC] state variables to the values contained in the dot11MUEDCATable, for all the ACs from which at least one QoS Data frame was transmitted successfully in an HE TB PPDU in response to the Trigger frame. A QoS Data frame is transmitted successfully by the STA in an HE TB PPDU for an AC if it requires immediate acknowledgment and the STA receives an immediate acknowledgment for that frame, or if the QoS Data frame does not require immediate acknowledgment. |
| 10. The method of claim 8, the method further comprising:<br><br>receiving a beacon frame from the base wireless communication terminal; and<br><br>obtaining information indicating a period of the second parameter set timer from the beacon frame. | In the Accused Products, the method includes "receiving a beacon frame from the base wireless communication terminal; and obtaining information indicating a period of the second parameter set timer from the beacon frame.": |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **IEEE 802.11ax-2021, May 2021**<br><br>**26.2.7 EDCA operation using MU EDCA parameters**<br><br>…<br><br>An HE AP shall set the QoS Info field of an MU EDCA Parameter Set element (if present) to the same value as the QoS Info field of an EDCA Parameter Set element (if present). An HE AP may change the MU EDCA parameters by including the MU EDCA Parameter Set element with updated MU EDCA parameters in the Beacon frames and Probe Response frames it transmits. The EDCA Parameter Set Update Count subfield in the QoS Info field of the EDCA Parameter Set element and MU EDCA Parameter Set element is incremented every time any EDCA parameters or MU EDCA parameters change.<br><br>A non-AP HE STA shall update the dot11EDCATable and dot11MUEDCATable that correspond to fields in an EDCA Parameter Set element or an MU EDCA Parameter Set element within an interval of time equal to one beacon interval after receiving an updated EDCA or MU EDCA parameter set from its associated AP. When updating its MIB attributes, an HE STA stores the value of the EDCA Parameter Set Update Count subfield in the QoS Info field of the received EDCA Parameter Set element or MU EDCA Parameter Set element.<br><br>A non-AP HE STA shall use the EDCA Parameter Set Update Count subfield in the QoS Capability element of Beacon frames, where present, to determine whether the STA is using the current EDCA (and optionally MU EDCA) parameter values. If the EDCA Parameter Set Update Count subfield value is different from the value that has been stored, the STA shall query the updated EDCA (and any MU EDCA) parameter values by sending a Probe Request frame to the AP. |

| Issued Claim(s) | Public Documentation |
|---|---|
| | **9.4.2.251 MU EDCA Parameter Set element** <br><br>  <br> Figure 9-788p—MU AC Parameter Record field format <br><br> The MU EDCA Timer field indicates the duration of time, in units of 8 TUs, during which the HE STA uses the MU EDCA parameters for the corresponding AC, as defined in 26.2.7, except that the value 0 is reserved. |