# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

OPENING EXPERT REPORT OF PROF. STEPHEN B. WICKER, PH.D.

Dated: January 23, 2026

_____
Dr. Stephen B. Wicker

189. I reserve the right to respond to Wilus's and/or its experts' new contentions regarding specific priority application disclosures allegedly supporting the '163 and '597 patents' claims.

### B. Invalidating Prior Art

#### 1. Samsung Galaxy Tab S System Art

190. Galaxy Tab S is a Samsung tablet that was, at the time of its release, "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1; *see also* PRIOR_ART_00009062; PRIOR_ART_00009069. The Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.* at 5-6.

191. Galaxy Tab S was an IEEE 802.11-based device. *See, e.g.*, PRIOR_ART_00001931. The source code is the only certain way to determine whether a particular IEEE 802.11 feature, for instance a feature of IEEE 802.11ac-2013 and 802.11-2012, is implemented in a device. However, a POSITA would have understood that certain 802.11 functionalities are foundational and thus implemented on all IEEE 802.11-based devices, including Galaxy Tab S.

192. For example, a POSITA would have understood that the ability to send and receive PPDUs is fundamental to all 802.11-based devices because PPDUs are the basic data structure exchanged among 802.11-based devices. *See* SAMSUNG_WILUS_00204096 at pp. 166-69.

193. Another foundational feature is the per-AC queuing mechanism that uses multiple access categories to prioritize traffic, operating as a "prioritized carrier sense multiple access with collision avoidance (CSMA/CA) access mechanism" and "defines four access categories (Acs) that provide support for the delivery of traffic with Ups at the STAs." 802.11-2007, §§ 3.51, 9.1.3.1; *see also* PRIOR_ART_00060668 at -1154-1184, -1148-29 (IEEE Std 802.11-2012).