# Exhibit 25

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

## OPENING REPORT OF DR. HARRY BIMS (CORRECTED)

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Date: January 28, 2026

_____
Harry Bims Ph.D.

## IX. CLAIM CONSTRUCTION OF THE ASSERTED PATENTS

292. I understand that the Court held a joint claim construction briefing and hearing for patents in the '746 litigation and '765 litigation. I understand that the Court construed one claim term in its Claim Construction Order, however that term pertains to a patent in the '765 litigation. It does not pertain to the Asserted Patents of this Report.

293. I have applied the Court's construction in my invalidity analysis. For terms that were not defined by the Court, I have applied the plain and ordinary meaning as it would have been understood by a POSITA at the time of the alleged invention. In addition, I have also reviewed and considered Wilus's infringement contentions and have, in some instances, applied the interpretation Wilus used to allege infringement because it is my understanding the claims must be interpreted the same for both infringement and invalidity.

## X. OVERVIEW OF PRIOR ART

294. In this section, I provide a brief overview of prior art systems and references. Each of the following prior art systems and references are analogous art to the Asserted Patents because they are in the same technical field, namely, wireless communications.

    A. **Samsung Galaxy Tab S**

        1. **Prior Art Status**

295. ==The Samsung Galaxy Tab S qualifies as prior art to each of the Asserted Patents because it was offered for sale and/or sold in the United States as early as July 2014.==

> **Samsung introduces Galaxy Tab S, a Super AMOLED tablet**
>
> on June 13, 2014
>
> **Summary:**
>
> * Samsung Electronics announced the **Galaxy Tab S**, Samsung's thinnest and lightest tablet with WQXGA (2560×1600, 16:10) Super AMOLED display.
>
> * The Galaxy Tab S comes in two sizes: 8.4-inch and 10.5-inch.

PRIOR_ART_00001931, p.1. See also Moten Dep. Tr.

296. Indeed, the Samsung Galaxy Tab S was a device sold and operated by end-users in the United States. The Samsung Galaxy Tab S was known to connect to Wi-Fi networks.

### 2. Overview of the Samsung Galaxy Tab S

297. The Galaxy Tab S is a wireless device, specifically a wireless tablet. *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069. At the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931, p. 1. The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id.*, p. 4. Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality. *See id.*, 5-6.