# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** <br><br><br> Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** <br><br><br> Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** <br><br><br> Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS' OPPOSITION TO PLAINTIFF WILUS'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE SUSPENSION OF RAND OBLIGATION**

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Opposition to Plaintiff Wilus's Motion for Partial Summary Judgment on the Suspension of RAND Obligation. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2. Attached here to as **Exhibit 1** is a true and correct copy of an excerpt of the deposition of Stephen E. Dell conducted on February 23, 2026.

3. Attached here to as **Exhibit 2** is a true and correct copy of an excerpt of the deposition of Dr. Nisha Mody conducted on February 25, 2026.

4. Attached here to as **Exhibit 3** is a true and correct copy of an excerpt of Plaintiff Wilus Institute of Standards and Technology Inc.'s Fourth Supplemental Objections and Responses to Defendants' First Set of Common Interrogatories (No. 1-13), dated December 22, 2025.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 16th day of March 2026, at Palo Alto, California.

By: /s/ Jeffrey D. Smyth
Jeffrey D. Smyth
*Attorneys for Defendants*
*Askey Computer Corp. and*
*Askey International Corp.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 16, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth