IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** <br><br> Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |

**[PROPOSED] ORDER DENYING PLAINTIFF WILUS'S MOTION FOR SUMMARY JUDGMENT ON ASKEY DEFENDANTS' FAILURE TO MARK DEFENSE**

The Court, having reviewed Plaintiff Wilus's Motion for Summary Judgment on Defendants Askey Computer Corp.'s and Askey International Corp.'s Failure to Mark Defense; Askey Defendants' opposition thereto; all responsive pleadings and argument, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Plaintiff Wilus's Motion for Summary Judgment on Defendants Askey Computer Corp.'s and Askey International Corp.'s Failure to Mark Defense is DENIED.