IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:24-cv-0752-JRG-RSP<br>**LEAD CASE** |
| v. | ) ) ) | |
| HP INC., | ) ) | Case No. 2:24-cv-00764-JRG-RSP<br>**Member Case** |
| Defendant. | ) ) ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:24-cv-00753-JRG-RSP<br>**Member Case** |
| v. | ) ) ) | |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) ) ) | Case No. 2:24-cv-00766-JRG-RSP<br>**Member Case** |
| Defendants. | ) ) ) | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 2:24-cv-00746-JRG-RSP<br>**Member Case** |
| v. | ) ) ) | Case No. 2:24-cv-00765-JRG-RSP<br>**Member Case** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF
ASKEY DEFENDANTS' OPPOSITION TO PLAINTIFF WILUS'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON ASKEY'S THIRD
AFFIRMATIVE DEFENSE OF "EQUITABLE DOCTRINES"**

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Opposition to Plaintiff Wilus's Motion for Partial Summary Judgment on Askey's Third Affirmative Defense of "Equitable Doctrines." The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2. Attached here to as **Exhibit 1** is a true and correct copy of an excerpt of the deposition of David Muus conducted on December 17, 2025.

3. Attached here to as **Exhibit 2** is a true and correct copy of an article titled "The patent licensing market of tomorrow" dated January 13, 2026 and accessed at https://www.sisvel.com/insights/the-licensing-market-of-tomorrow/ on March 4, 2026.

4. Attached here to as **Exhibit 3** is a true and correct copy of an excerpt of the deposition of Stephen E. Dell conducted on February 23, 2026.

## RELEVANT FACTS CITED IN OPPOSITION

5. I spoke with Wilus's counsel, Alexandra Easley, at 1:00 pm on February 3, 2026 to discuss: (1) redactions to the parties' December 12, 2025 stipulation, (2) Askey's equitable defenses, and (3) Wilus's intent to move for entry of a permanent injunction. I informed Wilus's counsel that while there were certain equitable defenses that Askey would no longer pursue, including implied license, waiver, or acquiescence, that it had not withdrawn its other equitable defenses. I indicated that, for example, unclean hands would be a defense to any equitable relief

Wilus sought, including the injunctive relief we discussed on the same call. Wilus did not request additional information or otherwise follow up on the discussion at that time.

6. On March 2, 2026, I spoke with Phillip Wang, counsel for Wilus, in response to his email regarding Askey's equitable defenses. As confirmed in the email correspondence, I confirmed that Askey had not withdrawn its defenses of unclean hands and estoppel. I also noted that Askey's opposition to Wilus's motion for permanent injunction would be served on March 4, 2026.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 16th day of March 2026, at Palo Alto, California.

By: /s/ Jeffrey D. Smyth
Jeffrey D. Smyth
*Attorneys for Defendants*
*Askey Computer Corp. and*
*Askey International Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth