# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP <br> [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG <br> [Member Case] <br><br> Case No. 2:24-cv-00765-JRG <br> [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> *Defendants.* | Case No. 2:24-cv-00766-JRG <br> [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP <br> [Member Case] |

**DECLARATION OF JAMES TSUEI IN SUPPORT OF WILUS' RESPONSE TO SAMSUNG'S MOTION TO EXCLUDE UNDER *DAUBERT* AND STRIKE CERTAIN EXPERT TESTIMONY OF TODOR COOKLEV, PH.D**

I, James Tsuei, declare and state as follows:

I am a member of the State Bar of California, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Wilus' Response to Samsung's Motion to Exclude Under *Daubert* and Strike Certain Expert Testimony of Todor Cooklev, Ph.D. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

1.       Attached as **Exhibit 1** is a true and correct copy of the Rebuttal Expert Report of Dr. Todor Cooklev, dated February 13, 2026.

2.       Attached as **Exhibit 2** is a true and correct copy of the Corrected Opening Expert Report of Dr. Harry Bims, dated January 28, 2026.

3.       Attached as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Dr. Stephen Wicker, dated January 23, 2026.

4.       Attached as **Exhibit 4** is a true and correct copy of the Deposition Transcript of Dr. Harry Bims, dated February 24, 2026.

5.       Attached as **Exhibit 5** is a true and correct copy of the Deposition Transcript of Dr. Stephen Wicker, dated February 24, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2026, at Los Angeles, California.

*/s/ James Tsuei*
James Tsuei

1