

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

158747     7590     06/25/2021

LADAS & PARRY
E-MAIL
4525 WILSHIRE BOULEVARD
SUITE 240
LOS ANGELES, CA 90010

| EXAMINER |
| --- |
| TAYONG, HELENE E |

| ART UNIT | PAPER NUMBER |
| --- | --- |
| 2631 | |

DATE MAILED: 06/25/2021

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
| --- | --- | --- | --- | --- |
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

TITLE OF INVENTION: WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
| --- | --- | --- | --- | --- | --- | --- |
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/27/2021 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED. THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.**

**THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED. SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.**

**HOW TO REPLY TO THIS NOTICE:**

I. Review the ENTITY STATUS shown above. If the ENTITY STATUS is shown as SMALL or MICRO, verify whether entitlement to that entity status still applies.

If the ENTITY STATUS is the same as shown above, pay the TOTAL FEE(S) DUE shown above.

If the ENTITY STATUS is changed from that shown above, on PART B - FEE(S) TRANSMITTAL, complete section number 5 titled "Change in Entity Status (from status indicated above)".

For purposes of this notice, small entity fees are 1/2 the amount of undiscounted fees, and micro entity fees are 1/2 the amount of small entity fees.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Maintenance fees are due in utility patents issuing on applications filed on or after Dec. 12, 1980. It is patentee's responsibility to ensure timely payment of maintenance fees when due. More information is available at www.uspto.gov/PatentMaintenanceFees.**

Page 1 of 3

PTOL-85 (Rev. 02/11)

WILUS_0011616

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |
|---|---|---|---|

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

158747          7590          06/25/2021

LADAS & PARRY

E-MAIL

4525 WILSHIRE BOULEVARD

SUITE 240

LOS ANGELES, CA 90010

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
|---|---|
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

TITLE OF INVENTION: WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/27/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TAYONG, HELENE E | 2631 | 375-262000 |

| 1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).<br><br>☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.<br><br>☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.** | 2. For printing on the patent front page, list<br>(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,<br>(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed. | 1 _____<br><br>2 _____<br><br>3 _____ |
|---|---|---|

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☐Issue Fee ☐Publication Fee (if required) ☐Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☐ Electronic Payment via EFS-Web ☐ Enclosed check ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. _____

| 5. **Change in Entity Status** (from status indicated above)<br>☐ Applicant certifying micro entity status. See 37 CFR 1.29<br>☐ Applicant asserting small entity status. See 37 CFR 1.27<br>☐ Applicant changing to regular undiscounted fee status. | NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.<br>NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.<br>NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable. |
|---|---|

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No. _____

PTOL-85 Part B (08-18) Approved for use through 01/31/2020        OMB 0651-0033        U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

WILUS_0011617

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

| 158747        7590        06/25/2021 | EXAMINER |
|---|---|
| LADAS & PARRY | TAYONG, HELENE E |

LADAS & PARRY
E-MAIL
4525 WILSHIRE BOULEVARD
SUITE 240
LOS ANGELES, CA 90010

| ART UNIT | PAPER NUMBER |
|---|---|
| 2631 | |

DATE MAILED: 06/25/2021

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(Applications filed on or after May 29, 2000)

The Office has discontinued providing a Patent Term Adjustment (PTA) calculation with the Notice of Allowance.

Section 1(h)(2) of the AIA Technical Corrections Act amended 35 U.S.C. 154(b)(3)(B)(i) to eliminate the requirement that the Office provide a patent term adjustment determination with the notice of allowance. See Revisions to Patent Term Adjustment, 78 Fed. Reg. 19416, 19417 (Apr. 1, 2013). Therefore, the Office is no longer providing an initial patent term adjustment determination with the notice of allowance. The Office will continue to provide a patent term adjustment determination with the Issue Notification Letter that is mailed to applicant approximately three weeks prior to the issue date of the patent, and will include the patent term adjustment on the patent. Any request for reconsideration of the patent term adjustment determination (or reinstatement of patent term adjustment) should follow the process outlined in 37 CFR 1.705.

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 02/11)

WILUS_0011618

## OMB Clearance and PRA Burden Statement for PTOL-85 Part B

The Paperwork Reduction Act (PRA) of 1995 requires Federal agencies to obtain Office of Management and Budget approval before requesting most types of information from the public. When OMB approves an agency request to collect information from the public, OMB (i) provides a valid OMB Control Number and expiration date for the agency to display on the instrument that will be used to collect the information and (ii) requires the agency to inform the public about the OMB Control Number's legal significance in accordance with 5 CFR 1320.5(b).

The information collected by PTOL-85 Part B is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 30 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450. Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Privacy Act Statement

**The Privacy Act of 1974 (P.L. 93-579)** requires that you be given certain information in connection with your submission of the attached form related to a patent application or patent. Accordingly, pursuant to the requirements of the Act, please be advised that: (1) the general authority for the collection of this information is 35 U.S.C. 2(b)(2); (2) furnishing of the information solicited is voluntary; and (3) the principal purpose for which the information is used by the U.S. Patent and Trademark Office is to process and/or examine your submission related to a patent application or patent. If you do not furnish the requested information, the U.S. Patent and Trademark Office may not be able to process and/or examine your submission, which may result in termination of proceedings or abandonment of the application or expiration of the patent.

The information provided by you in this form will be subject to the following routine uses:

1. The information on this form will be treated confidentially to the extent allowed under the Freedom of Information Act (5 U.S.C. 552) and the Privacy Act (5 U.S.C 552a). Records from this system of records may be disclosed to the Department of Justice to determine whether disclosure of these records is required by the Freedom of Information Act.
2. A record from this system of records may be disclosed, as a routine use, in the course of presenting evidence to a court, magistrate, or administrative tribunal, including disclosures to opposing counsel in the course of settlement negotiations.
3. A record in this system of records may be disclosed, as a routine use, to a Member of Congress submitting a request involving an individual, to whom the record pertains, when the individual has requested assistance from the Member with respect to the subject matter of the record.
4. A record in this system of records may be disclosed, as a routine use, to a contractor of the Agency having need for the information in order to perform a contract. Recipients of information shall be required to comply with the requirements of the Privacy Act of 1974, as amended, pursuant to 5 U.S.C. 552a(m).
5. A record related to an International Application filed under the Patent Cooperation Treaty in this system of records may be disclosed, as a routine use, to the International Bureau of the World Intellectual Property Organization, pursuant to the Patent Cooperation Treaty.
6. A record in this system of records may be disclosed, as a routine use, to another federal agency for purposes of National Security review (35 U.S.C. 181) and for review pursuant to the Atomic Energy Act (42 U.S.C. 218(c)).
7. A record from this system of records may be disclosed, as a routine use, to the Administrator, General Services, or his/her designee, during an inspection of records conducted by GSA as part of that agency's responsibility to recommend improvements in records management practices and programs, under authority of 44 U.S.C. 2904 and 2906. Such disclosure shall be made in accordance with the GSA regulations governing inspection of records for this purpose, and any other relevant (i.e., GSA or Commerce) directive. Such disclosure shall not be used to make determinations about individuals.
8. A record from this system of records may be disclosed, as a routine use, to the public after either publication of the application pursuant to 35 U.S.C. 122(b) or issuance of a patent pursuant to 35 U.S.C. 151. Further, a record may be disclosed, subject to the limitations of 37 CFR 1.14, as a routine use, to the public if the record was filed in an application which became abandoned or in which the proceedings were terminated and which application is referenced by either a published application, an application open to public inspection or an issued patent.
9. A record from this system of records may be disclosed, as a routine use, to a Federal, State, or local law enforcement agency, if the USPTO becomes aware of a violation or potential violation of law or regulation.

WILUS_0011619

| *Notice of Allowability* | Application No.<br>16/731,031 | | Applicant(s)<br>Son et al. | |
|---|---|---|---|---|
| | Examiner<br>HELENE E TAYONG | | Art Unit<br>2631 | AIA (FITF) Status<br>Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to <u>05/25/21</u>.
   ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are <u>21,24-27 and 30-33</u> . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   **Certified copies:**
   a) ☑All    b) ☐ Some    *c) ☐ None of the:
      1. ☑ Certified copies of the priority documents have been received.
      2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
      3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

   Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
   **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.
   ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☐ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

/HELENE E TAYONG/
Primary Examiner, Art Unit 2631

WILUS_0011620

Application/Control Number: 16/731,031                                                          Page 2
Art Unit: 2631

## Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Request for Continued Examination Under 37 CFR 1.114 2.

2.      A request for continued examination under 37 CFR 1.114, including the fee set forth in 37 CFR 1.17(e), was filed in this application after final rejection. Since this application is eligible for continued examination under 37 CFR 1.114, and the fee set forth in 37 CFR 1.17(e) has been timely paid, the finality of the previous Office action has been withdrawn pursuant to 37 CFR 1.114.

Applicant's submission filed on **05/25/21** has been entered. Accordingly, claims 21,25,27,31 are amended. Claims 1-20, 22-23,28-29 are cancelled. No new claims are added. As a result, claims 21,24-27 and 30-33 are now pending.

## Information Disclosure Statement

3.      The information disclosure statement (IDS) submitted on **05/25/21** was filed after the mailing date of **the Notice of Allowance on 04/20/21**.  The submission is in compliance with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statement is being considered by the examiner.

## Allowable Subject Matter

4.      Claims 21, 24-27,30-33 are allowed.

WILUS_0011621

Application/Control Number: 16/731,031                                    Page 3
Art Unit: 2631

5.      As allowable subject matter has been indicated, applicant's reply must either

comply with all formal requirements or specifically traverse each requirement not

complied with.  See 37 CFR 1.111(b) and MPEP § 707.07(a).

6.      Any comments considered necessary by applicant must be submitted no later

than the payment of the issue fee and, to avoid processing delays, should preferably

accompany the issue fee. Such submissions should be clearly labeled "Comments on

Statement of Reasons for Allowance."


7.      **The following is a statement of reasons for allowance:**

        **Regarding claims 21 and 27,** the prior art of record, specifically **Lim Dongguk**

**et al (WO2016208830 A1)(see IDS)** teaches a wireless communication terminal (see

fig. 30, and claim 1, receiving a signal from a station(STA) in a wireless LAN system) ,

the terminal comprising: a communication unit {copper line); and

a processor (see claim 12, — And a processor)) configured to process signals

transmitted and received through the communication unit (for processing the

preferences sent over the copper line) wherein the processor is configured to:

receive, through the communication unit, a high efficiency multi-user PHY protocol data

unit (HE MU PPDU), wherein a preamble of the HE MU PPDU includes high efficiency

signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B) ( see claim 12, in

a station (STA), an MU frame (multi user SiG-B) including a SIG-B field and a SIG-A

fieid jointly encoded by N individual unit blocks smaller than M a user frame: And a

processor for decoding the SIG-B field based on the SIG-A field and obtaining an

individual user SIG-B of the station from the decoded SIG-B field, wherein the unit

WILUS_0011622

Application/Control Number: 16/731,031                                           Page 4
Art Unit: 2631

blocks are different Multiple MGS levels are set respectively, and the MCS levels set in

the unit blocks are indicated by the SIG-A field), and decode the HE MU PPDU based

on information obtained from the preamble (The processor then sends the HE MU

PPDU (high efficiency multi-user PHY protocol data. The preamble (HE-SIG-A) (High

Efficiency Signal A) and (HE-SIG-A, HE-SIG-B (High Efficiency Signal B), see [142]-

[143], fig.23A is a diagram illustrating an example of a HE Efficiency PPDU format

according to an embodiment of the present invention. The HE PPDU format can be

used on IEEE 802.11 ax systems. As described above, since the types of PPDU

formats can be variously set, the scope of rights of the present invention is not limited to

the HE PPDUs in FIG. 23A. For purposes of illustration, FIG. 23 illustrates an HE PPDU

format set at 20 MHz units on an 80 MHz bandwidth, but HE PPDUs may be transmitted

over 20 MHz, 40 MHz, or 180 MHz bandwidths. Referring to FIG. 23A, the HE PPDU

includes an L part (L-STF. L-LTF, L-8IG, RL-SIG) and HE parts (HE-SIG-A, HE-STF,

HE-B). HE-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A and HE-SIG-B are set in Ix symbol It

can be set in symbol (12.8us) units. Also see [197], The first STA transmits an MU

frame including the SIG-A and SiG-B fields (S3615). The MU frame may be transmitted

on a 20 MHz, 40 MHz, 80 MHz or 180 MHz bandwidth based on orthogonal frequency

division multiple access (OFDMA)). Is a wireless mobile terminal that specifies.

However, the HE MUs that have been repaired based on the information obtained from

the HE SIG-A, PPDU is decoded, Lim Dongguk et al discloses that the 'STA' is a SIG-A

and SIG-B field. The MU frame containing the information obtained from the SIG-A field,

see [197], The first STA transmits an MU frame including the SIG-A and SiG-B fields

(S3615). The MU frame may be transmitted on a 20 MHz, 40 MHz, 80 MHz or 180 MHz

WILUS_0011623

Application/Control Number: 16/731,031                                              Page 5
Art Unit: 2631

bandwidth based on orthogonal frequency division multiple access (OFDMA)) and see

[199], The second STA decodes the SIG-B field based on the SIG-A field (S3625). The

second STA decodes the SiG-B field, and can use information obtained from the SIG-A

field, e.g., information on multiple MCS levels) for decoding the SIG-B field based

on information on the MCS levels, which can be easily conceived by those of ordinary

skill in the art.

**IEEE 802.1 lax/D0.5, "High Efficiency (HE) PHY specification". September,**

**2016, XP068137445(see IDS)** teaches *in section 26.3.3.7.4 An AP that transmits an HE*

*MU PPDU shall set the UL/DL field in the HE-SIG-A field to 0.(#1862) A full bandwidth*

*MU MI MO transmission using HE MU PPDU format has a value of 1 for the SIGB*

*Compression field in HE-SIG-A and the SIGB Common field is not present.(#2126) If*

*the value of SIGB Compression field in HE-SIG-A is 0, the RU allocation signaling in the*

*HE-SIG-B common field indicates the combination of RUs in current PPDU bandwidth*

*and the number of STAs on each RU for SU/MU-MIMO(#1507) transmission. The*

*number of users in RU r for MU-MIMO transmission, Nuser,r is indicated together with*

*the RU allocation as defined in RU allocation signaling: arrangement and number of*

*MU-MIMO al. If the value of the SIGB Compression field in HE-SIG-A is 1, there is no*

*RU allocation signaling in HE-SIG-B Common field and HE-SIG-B contains only User*

*specific fields. The number of STAs in the MU-MIMO(#1507) group is indicated in the*

*Number Of HE-SIG-B Symbols Or MU-MIMO Users fieid(#853) in HE-SIG-A. For*

*bandwidths larger than 20 MHz, the User block fields are split equitably between two*

*SIG-B channels, i.e., for a k user MU-MIMO PPDU, 1,...., ceil(k/2) User fblock fields are*

*carried in HE-SIG-B content channel 1 and ceil(k/2) + 1, ...,k User block fields in HE-*

WILUS_0011624

Application/Control Number: 16/731,031                                    Page 6
Art Unit: 2631

*SIG-B content channel 2. (#1005) The number of spatial streams, Nss.r.u, is indicated by the NSTS field in user specific block as defined in Fields of the HE-SIG-B user field for an and Fields of the HE-SIG-B user field for an.(#946) The allocated spatial streams fora designated MU-MIMO(#1507) user and the total number of spatial streams on the RU are indicated in spatial configuration field of user specific block containing the STA ID of designated MU-MIMO(#1507) STA as defined in Spatial Configuration subfield encoding. When processing the HE-SIG-B, a STA will look at information of each RU to find out its membership status, i.e., if it belongs to a beamformee group in a certain RU. If Nuser,r STAs are scheduled in RU r, there are AW,r user specific blocks for RU r. Each user specific block has an 11-bit field indicating the STA ID. A STA identifies itself as a member in the beamformee group in the RU, if its STA ID matches one of the STA IDs. The user position is indicated by the block index. From a multiplexing information lookup table for NUSer,r, the ordered number of spatial streams for all members in the beamformee group in RU r, Nss.r.u, u = 1, ...,Nmer,r, is obtained. The spatial streams of different users are ordered in accordance to user position values, i.e., the spatial streams for the user in user position 0 come fust, followed by the spatial streams for the user in position 1, followed by the spatial streams for the user in position 2, and followed by the spatial streams for the user in position 3, and so on.*

However, none of the prior arts cited alone or in combination provides the motivation to teach decode the received HE MU PPDU based on information obtained from the preamble, wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a

WILUS_0011625

Application/Control Number: 16/731,031                                          Page 7
Art Unit: 2631

format of user field(s) included in a user specific field of the HE-SIG-B is identified

based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A,

wherein when the number of MU-MIMO users indicates two or more users, the user

specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and

wherein when the number of MU-MIMO users indicates a single user, the user specific

field of the HE-SIG-B includes one user field for non-MU-MIMO allocation as recited in

**claims 21 and 27**.


### *Conclusion*

8.      Any inquiry concerning this communication or earlier communications from the

examiner should be directed to HELENE E TAYONG whose telephone number is

(571)270-1675.  The examiner can normally be reached on 9am-5pm.

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Shuwang Liu can be reached on 571-272-3036.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see https://ppair-

WILUS_0011626

Application/Control Number: 16/731,031                                                    Page 8
Art Unit: 2631

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

If you would like assistance from a USPTO Customer Service Representative or access

to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-

272-1000.

/HELENE E TAYONG/
Primary Examiner, Art Unit 2631
June 19, 2021

WILUS_0011627

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/731,031 | Son et al. |
| | **Examiner** | **Art Unit** |
| | HELENE E TAYONG | 2631 |

**CPC**

| Symbol | | | | | Type | Version |
|---|---|---|---|---|---|---|
| H04B | / | 7 | / | 0452 | F | 2013-01-01 |
| H04B | / | 7 | / | 028 | I | 2013-01-01 |
| H04L | / | 5 | / | 0023 | I | 2013-01-01 |
| H04L | / | 5 | / | 0048 | I | 2013-01-01 |

**CPC Combination Sets**

| Symbol | | | | Type | Set | Ranking | Version |
|---|---|---|---|---|---|---|---|
| | / | | / | | | | |

| NONE | | **Total Claims Allowed:** | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 9 | |
| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | 19 June 2021 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 21 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20210619

WILUS_0011628

| *Issue Classification* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/731,031 | Son et al. |
| | Examiner | Art Unit |
| | HELENE E TAYONG | 2631 |

| INTERNATIONAL CLASSIFICATION |
|---|

| CLAIMED |
|---|

| H04L | / | 5 | / | 12 |
|---|---|---|---|---|

| NON-CLAIMED |
|---|

| | / | | / | |
|---|---|---|---|---|

| US ORIGINAL CLASSIFICATION | |
|---|---|
| CLASS | SUBCLASS |
| 375 | 262 |

| CROSS REFERENCES(S) | | | | | | |
|---|---|---|---|---|---|---|
| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| | | | | | | |

| NONE | | Total Claims Allowed: | |
|---|---|---|---|
| (Assistant Examiner) | (Date) | 9 | |
| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | 19 June 2021 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | (Date) | 21 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20210619

WILUS_0011629

| *Issue Classification* | Application/Control No. | | Applicant(s)/Patent Under Reexamination |
|---|---|---|---|
| | 16/731,031 | | Son et al. |
| | Examiner | | Art Unit |
| | HELENE E TAYONG | | 2631 |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

**CLAIMS**

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 |  | 10 |  | 19 |  | 28 |  |  |  |  |  |  |  |  |  |  |
|  | 2 |  | 11 |  | 20 |  | 29 |  |  |  |  |  |  |  |  |  |  |
|  | 3 |  | 12 | 1 | 21 | 7 | 30 |  |  |  |  |  |  |  |  |  |  |
|  | 4 |  | 13 |  | 22 | 8 | 31 |  |  |  |  |  |  |  |  |  |  |
|  | 5 |  | 14 |  | 23 | 9 | 32 |  |  |  |  |  |  |  |  |  |  |
|  | 6 |  | 15 | 2 | 24 | 5 | 33 |  |  |  |  |  |  |  |  |  |  |
|  | 7 |  | 16 | 3 | 25 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 8 |  | 17 | 4 | 26 |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 9 |  | 18 | 6 | 27 |  |  |  |  |  |  |  |  |  |  |  |  |

| NONE | | | **Total Claims Allowed:** | |
|---|---|---|---|---|
| (Assistant Examiner) | | (Date) | 9 | |
| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | | 19 June 2021 | O.G. Print Claim(s) | O.G. Print Figure |
| (Primary Examiner) | | (Date) | 21 | 1 |

U.S. Patent and Trademark Office

Part of Paper No.: 20210619

WILUS_0011630

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 16/731,031 | Son et al. |
| | Examiner | Art Unit |
| | HELENE E TAYONG | 2631 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

## CLAIMS

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 06/20/2020 | 01/01/2021 | 04/10/2021 | 06/19/2021 | | | | | |
| | 1 | - | - | - | - | | | | | |
| | 2 | - | - | - | - | | | | | |
| | 3 | - | - | - | - | | | | | |
| | 4 | - | - | - | - | | | | | |
| | 5 | - | - | - | - | | | | | |
| | 6 | - | - | - | - | | | | | |
| | 7 | - | - | - | - | | | | | |
| | 8 | - | - | - | - | | | | | |
| | 9 | - | - | - | - | | | | | |
| | 10 | - | - | - | - | | | | | |
| | 11 | - | - | - | - | | | | | |
| | 12 | - | - | - | - | | | | | |
| | 13 | - | - | - | - | | | | | |
| | 14 | - | - | - | - | | | | | |
| | 15 | - | - | - | - | | | | | |
| | 16 | - | - | - | - | | | | | |
| | 17 | - | - | - | - | | | | | |
| | 18 | - | - | - | - | | | | | |
| | 19 | - | - | - | - | | | | | |
| | 20 | - | - | - | - | | | | | |
| 1 | 21 | ✓ | ✓ | = | = | | | | | |
| | 22 | O | - | - | - | | | | | |
| | 23 | ✓ | O | - | - | | | | | |
| 2 | 24 | ✓ | O | = | = | | | | | |
| 3 | 25 | ✓ | O | = | = | | | | | |
| 4 | 26 | ✓ | ✓ | = | = | | | | | |
| 6 | 27 | ✓ | ✓ | = | = | | | | | |
| | 28 | O | - | - | - | | | | | |
| | 29 | ✓ | O | - | - | | | | | |
| 7 | 30 | ✓ | O | = | = | | | | | |
| 8 | 31 | ✓ | O | = | = | | | | | |
| 9 | 32 | ✓ | ✓ | = | = | | | | | |
| 5 | 33 | | ✓ | = | = | | | | | |

WILUS_0011631

| *Search Notes* | Application/Control No. 16/731,031 | Applicant(s)/Patent Under Reexamination Son et al. |
|---|---|---|
| | **Examiner** HELENE E TAYONG | **Art Unit** 2631 |

| **CPC - Searched*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| H04B7/0452 , H04B7/028 , H04L5/0023 , H04L5/0048 | 06/20/2020 | HT |

| **CPC Combination Sets - Searched*** | | |
|---|---|---|
| **Symbol** | **Date** | **Examiner** |
| | | |

| **US Classification - Searched*** | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 375 | 262 | 06/20/2020 | HT |

* See search history printout included with this form or the SEARCH NOTES box below to determine the scope of the search.

| **Search Notes** | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| EAST: USPAT,USPG PUB,EPO,JPO, and DERWENT | 06/20/2020 | HT |
| NPL: Google | 06/20/2020 | HT |
| INVENTORS and Assignee NAME SEARCH on palm and East | 06/20/2020 | HT |
| Search for parent and/or provisional Application | 01/01/2021 | HT |
| Updated search | 01/01/2021 | HT |
| updated search (EAST) | 04/10/2021 | HT |
| Updated search (EAST) | 06/19/2021 | HT |

| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | |
|---|---|
| | |

WILUS_0011632

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖ | 16/731,031 | Son et al. |
| | **Examiner** | **Art Unit** |
| | HELENE E TAYONG | 2631 |

**Interference Search**

| US Class/CPC Symbol | US Subclass/CPC Group | Date | Examiner |
|---|---|---|---|
| same as above | same as above | 04/10/2021 | HT |
| same as above | same as above | 06/19/2021 | HT |

| /HELENE E TAYONG/<br>Primary Examiner, Art Unit 2631 | |
|---|---|

WILUS_0011633

May 25, 2021

| Form PTO-1449 (Modified)<br>Page 1 of 1 | ATTY DOCKET NO.<br>B-10010CON2 632450-9 | U.S. SERIAL NO.<br>16/731,031 |
|---|---|---|
| LIST OF PATENTS AND<br>PUBLICATIONS STATEMENT | APPLICANT<br>WILUS INSTITUTE OF STANDARDS<br>AND TECHNOLOGY INC. & SK<br>TELECOM CO., LTD. | FILING DATE OR 371 (C) DATE<br>December 31, 2019 |
| | | GROUP NO.<br>2631 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | ISSUE/PUBL. DATE | NAME | CLASS | SUB-CLASS | REMARKS |
|---|---|---|---|---|---|---|---|
| | 1. | 2016/0315681 | Oct. 27, 2016 | MOON et al. | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | 2. | 2016/178795 | Nov. 10, 2016 | WO | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT |
|---|---|---|
| | 3. | Office Action dated November 2, 2020 for Korean Patent Application No. 10-2020-7005005 and its English translation provided by Applicant's foreign counsel |
| | 4. | Notce of Allowance dated February 25, 2021 for Korean Patent Application No. 10-2020-7005005 and its English translation provided by Applicant's foreign counsel |
| | 5. | Office Action dated March 22, 2021 for Japanese Patent Application No. 2019-537309 and its English translation provided by Applicant's foreign counsel |

| *EXAMINER* | *DATE CONSIDERED* |
|---|---|
| /HELENE E TAYONG/ | 06/19/2021 |

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /H.E.T/

WILUS_0011634

**EAST Search History**

**EAST Search History (Prior Art)**

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| L1 | 1 | WO-2016208830-$.did. | US-PGPUB; USPAT; USOCR; EPO; JPO; DERWENT | OR | ON | 2021/06/19 15:43 |

**EAST Search History (Interference)**

<This search history is empty>

6/19/2021 3:43:46 PM
C:\Users\htayong\Documents\EAST\Workspaces\16731031-processor receives high efficiency multi-user PHY protocol data unit and He-SIG-A and HE-SIG-B field..wsp

WILUS_0011635

July 1, 2021

| Form PTO-1449 (Modified)<br>Page 1 of 1 | ATTY DOCKET NO.<br>B-10010CON2 632450-9 | U.S. SERIAL NO.<br>16/731,031 |
|---|---|---|
| LIST OF PATENTS AND<br>PUBLICATIONS STATEMENT | APPLICANT<br>WILUS INSTITUTE OF STANDARDS<br>AND TECHNOLOGY INC. & SK<br>TELECOM CO., LTD. | FILING DATE OR 371 (C) DATE<br>December 31, 2019 |
| | | GROUP NO.<br>2631 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | ISSUE/PUBL. DATE | NAME | CLASS | SUB-CLASS | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT |
|---|---|---|
| | 1. | Office Action dated May 11, 2021 for European Patent Application No. 18 736 375.9 |

| EXAMINER | DATE CONSIDERED |
|---|---|
| | |

**EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.**

WILUS_0011636

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. & SK TELECOM CO., LTD. | Examiner: Tayong, Helene E |
| | Art Unit: 2631 |
| Serial No.: 16/731,031 | Conf. No.: 3714 |
| Filing or 371 (c) Date: December 31, 2019 | Our Ref: B-10010CON2 632450-9 |
| For: "WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET" | Re: *Information Disclosure Statement* |
| Date: July 1, 2021 | |

## INFORMATION DISCLOSURE STATEMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir/Madam:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97 and 1.98 to disclose information that may be relevant to the above-identified patent application. The Applicant requests the Examiner consider the documents listed on the enclosed form PTO-1449 (modified) in the examination of this application.

The filing of this Information Disclosure Statement (IDS) shall not be construed as a representation that a search has been made (37 C.F.R. 1.97(g)), an admission that the information cited is, or is considered to be, material to patentability, or that no other material information exists.

The filing of this Information Disclosure Statement shall not be construed as an admission against interest in any manner (37 C.F.R § 1.97(h)).

If any additional fee is required for this filing, the Applicant requests the Examiner contact a practitioner associated with the Customer Number listed below for authorization.

This information disclosure statement also includes the statements marked below. Failure to mark a statement should not be construed as a negative assertion.

*Timing and Fees*
This IDS is being filed:

[ ]  Concurrently with the application, and no fee is due.

[ ]  Within three months of the filing of the national application, other than a continued prosecution application under § 1.53(d), and no fee is due.

WILUS_0011637

July 1, 2021

[ ]  Within three months of the date of entry of the national stage as set forth in § 1.491 in an international application, and no fee is due.

[ ]  Before the mailing of a first Office Action on the merits, and no fee is due.

[ ]  Before the mailing of a first Office Action after the filing of a request for continued examination under§ 1.114, and no fee is due.

_____

[ ]  After the periods described above, and before a final Office Action under § 1.113, a Notice of Allowance under § 1.311, or an action that otherwise closes prosecution in the application, and is

    [ ]  accompanied by the fee set forth in § 1.17(p), or

    [ ]  filed with the statement set forth in 37 C.F.R. 1.97(e)(1):  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement; or

    [ ]  filed with the statement set forth in 37 C.F.R. 1.97(e)(2):  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

_____

[x]  After the periods described above, and is accompanied by the fee set forth in § 1.17(p), and is

    [x]  filed with the statement set forth in 37 C.F.R. 1.97(e)(1), that each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement; or

    [ ]  filed with the statement set forth in 37 C.F.R. 1.97(e)(2), that no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

[ ]  Concurrently with a Request for Continued Examination, and no additional fee is due for this IDS.

_Items Disclosed_

At least one item listed on the enclosed form PTO-1449 (modified) was

© Ladas & Parry LLP    2    Revised Sept. 2012

WILUS_0011638

July 1, 2021

[x]  Cited in an Office Action for a related application, the application number of the related application and the issue date of the Office Action are provided below and the Office Action is enclosed.

Please see the enclosed form PTO-1449 (modified) for related application number(s) and issue date(s).

_____

[ ]  Cited in an International Search Report (ISR) or an International Preliminary Report on Patentability (IPRP) or a Written Opinion (WO) of the International Searching Authority (ISA) for the related PCT Application, the PCT application number and the issue date of the ISR/IPRP/WO are provided below and the ISR/IPRP/WO is enclosed.

_____

*Additional Information*

[ ]  Translations of the foreign-language documents are also enclosed as machine-translations, human-translations, or counterpart applications as noted.  Machine translations were provided by the Japanese Patent Office, ESPACENET, Google Documents, Patent Fetcher® /ESPACENET, Google Translate or Google Translator Toolkit as noted and with OCR by Adobe Acrobat 9 or ABBYY PDF Transformer 3 if needed.

[ ]  English-language abstracts of foreign-language documents are provided.

[x]  Documents listed on the enclosed ISR/IPRP/WO or the Office Action have relevance at least as described therein.

[ ]  The documents with the following reference numbers were described in the specification of the present application; omission of a reference from this list does not indicate that it was not discussed in the specification of the present application.

_____

[ ]  At least one of the references cited in the Office Action listed on the attached PTO-1449 (modified) were previously submitted in an IDS or cited by the Examiner for the present application on _____ and therefore are not submitted in this IDS.

[ ]  Other:

I hereby certify that this document is being transmitted to the Patent and Trademark Office via electronic filing.

| July 1, 2021 |
| --- |
| (Date of Transmission) |

| Azatuhi Chinaryan |
| --- |
| (Name of Person Transmitting) |

| /  Azatuhi Chinaryan  / |
| --- |
| (Signature) |

Respectfully submitted,

/ Young Seok Koo 76255 /
_____
Young Seok Koo
Attorney for Applicant
Registration No. 76,255
LADAS & PARRY LLP
4525 Wilshire Blvd., Suite 240
Los Angeles, CA  90010
(323) 934-2300 voice

WILUS_0011639

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16731031 |
| **Filing Date:** | 31-Dec-2019 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung Son |
| **Filer:** | Young Seok Koo/Azatuhi Chinaryan |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

WILUS_0011640

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 1806 | 1 | 260 | 260 |
| **Total in USD ($)** | | | | **260** |

WILUS_0011641

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43155881 |
| **Application Number:** | 16731031 |
| **International Application Number:** | |
| **Confirmation Number:** | 3714 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung  Son |
| **Customer Number:** | 158747 |
| **Filer:** | Young Seok Koo/Azatuhi Chinaryan |
| **Filer Authorized By:** | Young Seok Koo |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |
| **Receipt Date:** | 01-JUL-2021 |
| **Filing Date:** | 31-DEC-2019 |
| **Time Stamp:** | 23:20:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $260 |
| RAM confirmation Number | E202171N20544250 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

WILUS_0011642

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Other Reference-Patent/App/Search documents | Ref_EP187363759_OA_5-11-21.pdf | 296176<br>3797f672d03b73776118b1db1cc15f95478f1a42 | no | 5 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | | 2021-07-01_632450_IDS.pdf | 151765<br>20da088fef9b8bd32ac297b887ccfa2e41f9d7ba | yes | 4 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Information Disclosure Statement (IDS) Form (SB08) | 4 | 4 |
| Transmittal Letter | 1 | 3 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 30795<br>b6385c9a7db10fc3e221fc38fbf8498490d31199 | no | 2 |

**Warnings:**

**Information:**

| Total Files Size (in bytes): | 478736 |
|---|---|

WILUS_0011643

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

WILUS_0011644

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

| 158747          7590          08/09/2021 |
|---|
| LADAS & PARRY |
| E-MAIL |
| 4525 WILSHIRE BOULEVARD |
| SUITE 240 |
| LOS ANGELES, CA 90010 |

| EXAMINER |
|---|
| TAYONG, HELENE E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2631 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 08/09/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

LA_MAIL@la.ladas.com
achinaryan@la.ladas.com
ykoo@la.ladas.com

PTOL-90A (Rev. 04/07)

WILUS_0011645

| *Corrected* *Notice of Allowability* | Application No. 16/731,031 | | Applicant(s) Son et al. | |
|---|---|---|---|---|
| | Examiner HELENE E TAYONG | | Art Unit 2631 | AIA (FITF) Status Yes |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 07/12/21.

    ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 21,24-27 and 30-33 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information , please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    **Certified copies:**

        a) ☑All    b) ☐ Some    *c) ☐ None of the:

            1. ☑ Certified copies of the priority documents have been received.

            2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

            3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

    ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)

2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____.

3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____.

4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____.

5. ☐ Examiner's Amendment/Comment

6. ☑ Examiner's Statement of Reasons for Allowance

7. ☐ Other _____.

| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | |
|---|---|

WILUS_0011646

Application/Control Number: 16/731,031                                           Page 2
Art Unit: 2631

### Notice of Pre-AIA or AIA Status

1.    The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

### Information Disclosure Statement

2.    The information disclosure statement (IDS) submitted on **07/01/21** was filed after the mailing date of **the Notice of Allowance on 06/25/21**.  The submission is in compliance with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statement is being considered by the examiner.

## Allowable Subject Matter

3.    Claims 21, 24-27 and 30-33 are allowed.

4.    As allowable subject matter has been indicated, applicant's reply must either comply with all formal requirements or specifically traverse each requirement not complied with.  See 37 CFR 1.111(b) and MPEP § 707.07(a).

5.    Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

6.    **The following is a statement of reasons for allowance:**

**Regarding claims 21 and 27,** the prior art of record, specifically **Lim Dongguk et al (WO2016208830 A1)(see IDS)** teaches a wireless communication terminal (see

WILUS_0011647

Application/Control Number: 16/731,031                                      Page 3
Art Unit: 2631

fig. 30, and claim 1, receiving a signal from a station(STA) in a wireless LAN system) ,

the terminal comprising: a communication unit {copper line); and

a processor (see claim 12, — And a processor)) configured to process signals

transmitted and received through the communication unit (for processing the

preferences sent over the copper line) wherein the processor is configured to:

receive, through the communication unit, a high efficiency multi-user PHY protocol data

unit (HE MU PPDU), wherein a preamble of the HE MU PPDU includes high efficiency

signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B) ( see claim 12, in

a station (STA), an MU frame (multi user SiG-B) including a SIG-B field and a SIG-A

field jointly encoded by N individual unit blocks smaller than M a user frame: And a

processor for decoding the SIG-B field based on the SIG-A field and obtaining an

individual user SIG-B of the station from the decoded SIG-B field, wherein the unit

blocks are different Multiple MGS levels are set respectively, and the MCS levels set in

the unit blocks are indicated by the SIG-A field), and decode the HE MU PPDU based

on information obtained from the preamble (The processor then sends the HE MU

PPDU (high efficiency multi-user PHY protocol data. The preamble (HE-SIG-A) (High

Efficiency Signal A) and (HE-SIG-A, HE-SIG-B (High Efficiency Signal B), see [142]-

[143], fig.23A is a diagram illustrating an example of a HE Efficiency PPDU format

according to an embodiment of the present invention. The HE PPDU format can be

used on IEEE 802.11 ax systems. As described above, since the types of PPDU

formats can be variously set, the scope of rights of the present invention is not limited to

the HE PPDUs in FIG. 23A. For purposes of illustration, FIG. 23 illustrates an HE PPDU

format set at 20 MHz units on an 80 MHz bandwidth, but HE PPDUs may be transmitted

WILUS_0011648

Application/Control Number: 16/731,031                                      Page 4
Art Unit: 2631

over 20 MHz, 40 MHz, or 180 MHz bandwidths. Referring to FIG. 23A, the HE PPDU

includes an L part (L-STF. L-LTF, L-8IG, RL-SIG) and HE parts (HE-SIG-A, HE-STF,

HE-B). HE-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A and HE-SIG-B are set in Ix symbol It

can be set in symbol (12.8us) units. Also see [197], The first STA transmits an MU

frame including the SIG-A and SiG-B fields (S3615). The MU frame may be transmitted

on a 20 MHz, 40 MHz, 80 MHz or 180 MHz bandwidth based on orthogonal frequency

division multiple access (OFDMA)). Is a wireless mobile terminal that specifies.

However, the HE MUs that have been repaired based on the information obtained from

the HE SIG-A, PPDU is decoded, Lim Dongguk et al discloses that the 'STA' is a SIG-A

and SIG-B field. The MU frame containing the information obtained from the SIG-A field,

see [197], The first STA transmits an MU frame including the SIG-A and SiG-B fields

(S3615). The MU frame may be transmitted on a 20 MHz, 40 MHz, 80 MHz or 180 MHz

bandwidth based on orthogonal frequency division multiple access (OFDMA)) and see

[199], The second STA decodes the SIG-B field based on the SIG-A field (S3625). The

second STA decodes the SiG-B field, and can use information obtained from the SIG-A

field, e.g., information on multiple MCS levels) for decoding the SIG-B field based

on information on the MCS levels, which can be easily conceived by those of ordinary

skill in the art.

   **IEEE 802.1 Iax/D0.5, "High Efficiency (HE) PHY specification". September,**

**2016, XP068137445(see IDS)** teaches *in section 26.3.3.7.4 An AP that transmits an HE*

*MU PPDU shall set the UL/DL field in the HE-SIG-A field to 0.(#1862) A full bandwidth*

*MU MI MO transmission using HE MU PPDU format has a value of 1 for the SIGB*

*Compression field in HE-SIG-A and the SIGB Common field is not present.(#2126) If*

WILUS_0011649

Application/Control Number: 16/731,031                                      Page 5
Art Unit: 2631

the value of SIGB Compression field in HE-SIG-A is 0, the RU allocation signaling in the HE-SIG-B common field indicates the combination of RUs in current PPDU bandwidth and the number of STAs on each RU for SU/MU-MIMO(#1507) transmission. The number of users in RU r for MU-MIMO transmission, Nuser,r is indicated together with the RU allocation as defined in RU allocation signaling: arrangement and number of MU-MIMO al. If the value of the SIGB Compression field in HE-SIG-A is 1, there is no RU allocation signaling in HE-SIG-B Common field and HE-SIG-B contains only User specific fields. The number of STAs in the MU-MIMO(#1507) group is indicated in the Number Of HE-SIG-B Symbols Or MU-MIMO Users fieid(#853) in HE-SIG-A. For bandwidths larger than 20 MHz, the User block fields are split equitably between two SIG-B channels, i.e., for a k user MU-MIMO PPDU, 1,...., ceil(k/2) User fblock fields are carried in HE-SIG-B content channel 1 and ceil(k/2) + 1, ...,k User block fields in HE-SIG-B content channel 2. (#1005) The number of spatial streams, Nss.r.u, is indicated by the NSTS field in user specific block as defined in Fields of the HE-SIG-B user field for an and Fields of the HE-SIG-B user field for an.(#946) The allocated spatial streams fora designated MU-MIMO(#1507) user and the total number of spatial streams on the RU are indicated in spatial configuration field of user specific block containing the STA ID of designated MU-MIMO(#1507) STA as defined in Spatial Configuration subfield encoding. When processing the HE-SIG-B, a STA will look at information of each RU to find out its membership status, i.e., if it belongs to a beamformee group in a certain RU. If Nuser,r STAs are scheduled in RU r, there are AW,r user specific blocks for RU r. Each user specific block has an 11-bit field indicating the STA ID. A STA identifies itself as a member in the beamformee group in the RU, if its STA ID matches one of the STA

WILUS_0011650

Application/Control Number: 16/731,031                                          Page 6
Art Unit: 2631

*IDs. The user position is indicated by the block index. From a multiplexing information lookup table for NUSer,r, the ordered number of spatial streams for all members in the beamformee group in RU r, Nss.r.u, u = 1, ...,Nmer,r, is obtained. The spatial streams of different users are ordered in accordance to user position values, i.e., the spatial streams for the user in user position 0 come fust, followed by the spatial streams for the user in position 1, followed by the spatial streams for the user in position 2, and followed by the spatial streams for the user in position 3, and so on.*

However, none of the prior arts cited alone or in combination provides the motivation to teach decode the received HE MU PPDU based on information obtained from the preamble, wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A, wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation as recited in **claims 21 and 27**.

## *Conclusion*

7.      Any inquiry concerning this communication or earlier communications from the examiner should be directed to HELENE E TAYONG whose telephone number is (571)270-1675.  The examiner can normally be reached on 9am-5pm.

WILUS_0011651

Application/Control Number: 16/731,031                                        Page 7
Art Unit: 2631

Examiner interviews are available via telephone, in-person, and video conferencing using a USPTO supplied web-based collaboration tool. To schedule an interview, applicant is encouraged to use the USPTO Automated Interview Request (AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Shuwang Liu can be reached on 571-272-3036.  The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system.  Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see https://ppair-my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/HELENE E TAYONG/
Primary Examiner, Art Unit 2631
August 4, 2021

WILUS_0011652

Receipt date: 07/01/2021    16/731,031    GAU: 2631

July 1, 2021

| Form PTO-1449 (Modified) Page 1 of 1 | ATTY DOCKET NO. B-10010CON2 632450-9 | U.S. SERIAL NO. 16/731,031 |
|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS STATEMENT | APPLICANT WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. & SK TELECOM CO., LTD. | FILING DATE OR 371 (C) DATE December 31, 2019 |
| | | GROUP NO. 2631 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | ISSUE/PUBL. DATE | NAME | CLASS | SUB-CLASS | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT |
|---|---|---|
| | 1. | Office Action dated May 11, 2021 for European Patent Application No. 18 736 375.9 |

| EXAMINER | DATE CONSIDERED |
|---|---|
| /HELENE E TAYONG/ | 08/04/2021 |

**EXAMINER:** Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

© Ladas & Parry LLP                4                Revised Sept. 2012

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /H.E.T/

WILUS_0011653

August 11, 2021

| Form PTO-1449 (Modified) Page 1 of 1 | ATTY DOCKET NO. B-10010CON2 632450-9 | U.S. SERIAL NO. 16/731,031 |
|---|---|---|
| LIST OF PATENTS AND PUBLICATIONS STATEMENT | APPLICANT WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. & SK TELECOM CO., LTD. | FILING DATE OR 371 (C) DATE December 31, 2019 |
| | | GROUP NO. 2631 |

## U.S. PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | ISSUE/PUBL. DATE | NAME | CLASS | SUB-CLASS | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT NUMBER | PUBLICATION DATE | COUNTRY | CLASS | SUB-CLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER INITIAL | REFERENCE NUMBER | DOCUMENT |
|---|---|---|
| | 1. | Office Action dated July 8, 2021 for Korean Patent Application No. 10-2021-7015929 and its English translation provided by Applicant's foreign counsel |

| *EXAMINER* | *DATE CONSIDERED* |
|---|---|
| | |

**EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.**

© Ladas & Parry LLP                    4                    Revised Sept. 2012

WILUS_0011654

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16731031 |
| **Filing Date:** | 31-Dec-2019 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung Son |
| **Filer:** | Young Seok Koo/Azatuhi Chinaryan |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |

Filed as Large Entity

**Filing Fees for   Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| **Extension-of-Time:** | | | | |

WILUS_0011655

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Miscellaneous:** | | | | |
| SUBMISSION- INFORMATION DISCLOSURE STMT | 1806 | 1 | 260 | 260 |
| **Total in USD ($)** | | | | **260** |

WILUS_0011656

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43489354 |
| **Application Number:** | 16731031 |
| **International Application Number:** | |
| **Confirmation Number:** | 3714 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung  Son |
| **Customer Number:** | 158747 |
| **Filer:** | Young Seok Koo/Azatuhi Chinaryan |
| **Filer Authorized By:** | Young Seok Koo |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |
| **Receipt Date:** | 12-AUG-2021 |
| **Filing Date:** | 31-DEC-2019 |
| **Time Stamp:** | 16:00:29 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $260 |
| RAM confirmation Number | E20218BG00464795 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

WILUS_0011657

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 2021-08-11_632450_IDS.pdf | 152322 <br> 15188af75add20b08182b4c1f1e17fbaadf57ead | yes | 4 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| Document Description | Start | End |
| Transmittal Letter | 1 | 3 |
| Information Disclosure Statement (IDS) Form (SB08) | 4 | 4 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Other Reference-Patent/App/Search documents | Ref_KR10-2021-7015929_OA_7-8-2021.pdf | 167473 <br> 6b9da4fcf94910575891655ff2c2a77457166d28 | no | 6 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 3 | Fee Worksheet (SB06) | fee-info.pdf | 38317 <br> 2b088b0a4458af3bb5948e674d90907defeb01b7 | no | 2 |

**Warnings:**

**Information:**

| | | |
|---|---|---|
| **Total Files Size (in bytes):** | | 358112 |

WILUS_0011658

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

WILUS_0011659

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| Applicant: WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. & SK TELECOM CO., LTD. | Examiner: Tayong, Helene E |
| | Art Unit: 2631 |
| Serial No.: 16/731,031 | Conf. No.: 3714 |
| Filing or 371 (c) Date: December 31, 2019 | Our Ref: B-10010CON2 632450-9 |
| For: "WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET" | Re: *Information Disclosure Statement* |
| Date: August 11, 2021 | |

### INFORMATION DISCLOSURE STATEMENT

**Mail Stop Amendment**
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir/Madam:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97 and 1.98 to disclose information that may be relevant to the above-identified patent application. The Applicant requests the Examiner consider the documents listed on the enclosed form PTO-1449 (modified) in the examination of this application.

The filing of this Information Disclosure Statement (IDS) shall not be construed as a representation that a search has been made (37 C.F.R. 1.97(g)), an admission that the information cited is, or is considered to be, material to patentability, or that no other material information exists.

The filing of this Information Disclosure Statement shall not be construed as an admission against interest in any manner (37 C.F.R § 1.97(h)).

If any additional fee is required for this filing, the Applicant requests the Examiner contact a practitioner associated with the Customer Number listed below for authorization.

This information disclosure statement also includes the statements marked below. Failure to mark a statement should not be construed as a negative assertion.

*Timing and Fees*
This IDS is being filed:

    [ ]  Concurrently with the application, and no fee is due.

    [ ]  Within three months of the filing of the national application, other than a continued prosecution application under § 1.53(d), and no fee is due.

August 11, 2021

[ ] Within three months of the date of entry of the national stage as set forth in § 1.491 in an international application, and no fee is due.

[ ] Before the mailing of a first Office Action on the merits, and no fee is due.

[ ] Before the mailing of a first Office Action after the filing of a request for continued examination under§ 1.114, and no fee is due.

_____

[ ] After the periods described above, and before a final Office Action under § 1.113, a Notice of Allowance under § 1.311, or an action that otherwise closes prosecution in the application, and is

    [ ] accompanied by the fee set forth in § 1.17(p), or

    [ ] filed with the statement set forth in 37 C.F.R. 1.97(e)(1):  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement; or

    [ ] filed with the statement set forth in 37 C.F.R. 1.97(e)(2):  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

_____

[x] After the periods described above, and is accompanied by the fee set forth in § 1.17(p), and is

    [x] filed with the statement set forth in 37 C.F.R. 1.97(e)(1), that each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement; or

    [ ] filed with the statement set forth in 37 C.F.R. 1.97(e)(2), that no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in § 1.56(c) more than three months prior to the filing of the information disclosure statement.

[ ] Concurrently with a Request for Continued Examination, and no additional fee is due for this IDS.

_Items Disclosed_

At least one item listed on the enclosed form PTO-1449 (modified) was

© Ladas & Parry LLP      2      Revised Sept. 2012

WILUS_0011661

August 11, 2021

[x]  Cited in an Office Action for a related application, the application number of the related application and the issue date of the Office Action are provided below and the Office Action is enclosed.

Please see the enclosed form PTO-1449 (modified) for related application number(s) and issue date(s).

[ ]  Cited in an International Search Report (ISR) or an International Preliminary Report on Patentability (IPRP) or a Written Opinion (WO) of the International Searching Authority (ISA) for the related PCT Application, the PCT application number and the issue date of the ISR/IPRP/WO are provided below and the ISR/IPRP/WO is enclosed.

*Additional Information*

[ ]  Translations of the foreign-language documents are also enclosed as machine-translations, human-translations, or counterpart applications as noted.  Machine translations were provided by the Japanese Patent Office, ESPACENET, Google Documents, Patent Fetcher® /ESPACENET, Google Translate or Google Translator Toolkit as noted and with OCR by Adobe Acrobat 9 or ABBYY PDF Transformer 3 if needed.

[ ]  English-language abstracts of foreign-language documents are provided.

[x]  Documents listed on the enclosed ISR/IPRP/WO or the Office Action have relevance at least as described therein.

[ ]  The documents with the following reference numbers were described in the specification of the present application; omission of a reference from this list does not indicate that it was not discussed in the specification of the present application.

[x]  At least one of the references cited in the Office Action listed on the attached PTO-1449 (modified) were previously submitted in an IDS or cited by the Examiner for the present application on December 31, 2019 and therefore are not submitted in this IDS.

[ ]  Other:

I hereby certify that this document is being transmitted to the Patent and Trademark Office via electronic filing.

| August 11, 2021 |
| --- |
| (Date of Transmission) |

| Azatuhi Chinaryan |
| --- |
| (Name of Person Transmitting) |

| / Azatuhi Chinaryan / |
| --- |
| (Signature) |

Respectfully submitted,

| / Young Seok Koo 76255 / |
| --- |

Young Seok Koo
Attorney for Applicant
Registration No. 76,255
LADAS & PARRY LLP
4525 Wilshire Blvd., Suite 240
Los Angeles, CA  90010
(323) 934-2300 voice

WILUS_0011662

UNITED STATES PATENT AND TRADEMARK OFFICE

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

| 158747      7590      09/17/2021 |
|---|
| LADAS & PARRY<br>E-MAIL<br>4525 WILSHIRE BOULEVARD<br>SUITE 240<br>LOS ANGELES, CA 90010 |

| EXAMINER |
|---|
| TAYONG, HELENE E |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2631 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 09/17/2021 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

LA_MAIL@la.ladas.com
achinaryan@la.ladas.com
ykoo@la.ladas.com

PTOL-90A (Rev. 04/07)

WILUS_0011663

| *Corrected* *Notice of Allowability* | **Application No.** 16/731,031 | | **Applicant(s)** Son et al. | |
|---|---|---|---|---|
| | **Examiner** HELENE E TAYONG | | **Art Unit** 2631 | **AIA (FITF) Status** Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☑ This communication is responsive to 08/14/2021.

  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____ .

2. ☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____ ; the restriction requirement and election have been incorporated into this action.

3. ☑ The allowed claim(s) is/are 21,24-27 and 30-33 . As a result of the allowed claim(s), you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see **http://www.uspto.gov/patents/init_events/pph/index.jsp** or send an inquiry to **PPHfeedback@uspto.gov.**

4. ☑ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

  **Certified copies:**

  a) ☑ All      b) ☐ Some*      c) ☐ None of the:

    1. ☑ Certified copies of the priority documents have been received.
    2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
    3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. **THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ CORRECTED DRAWINGS (as "replacement sheets") must be submitted.

  ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .

  **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☐ Notice of References Cited (PTO-892)
2. ☑ Information Disclosure Statements (PTO/SB/08), Paper No./Mail Date _____ .
3. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material _____ .
4. ☐ Interview Summary (PTO-413), Paper No./Mail Date. _____ .

5. ☑ Examiner's Amendment/Comment
6. ☑ Examiner's Statement of Reasons for Allowance
7. ☐ Other _____ .

| /HELENE E TAYONG/ Primary Examiner, Art Unit 2631 | |
|---|---|

WILUS_0011664

Application/Control Number: 16/731,031                                       Page 2
Art Unit: 2631

## Notice of Pre-AIA or AIA Status

1.      The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## Information Disclosure Statement

2.      The information disclosure statement (IDS) submitted on **08/12/21** was filed after the mailing date of **the Notice of Allowance on 06/25/21**.  The submission is in compliance with the provisions of 37 CFR 1.97.  Accordingly, the information disclosure statement is being considered by the examiner.

## Allowable Subject Matter

3.      Claims 21, 24-27 and 30-33 are allowed.

4.      As allowable subject matter has been indicated, applicant's reply must either comply with all formal requirements or specifically traverse each requirement not complied with.  See 37 CFR 1.111(b) and MPEP § 707.07(a).

5.      Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

6.      **The following is a statement of reasons for allowance:**

        **Regarding claims 21 and 27,** the prior art of record, specifically **Lim Dongguk et al (WO2016208830 A1)(see IDS)** teaches a wireless communication terminal (see

WILUS_0011665

Application/Control Number: 16/731,031                                    Page 3
Art Unit: 2631

fig. 30, and claim 1, receiving a signal from a station(STA) in a wireless LAN system) ,

the terminal comprising: a communication unit {copper line); and

a processor (see claim 12, — And a processor)) configured to process signals

transmitted and received through the communication unit (for processing the

preferences sent over the copper line) wherein the processor is configured to:

receive, through the communication unit, a high efficiency multi-user PHY protocol data

unit (HE MU PPDU), wherein a preamble of the HE MU PPDU includes high efficiency

signal A field (HE-SIG-A) and high efficiency signal B field (HE-SIG-B) ( see claim 12, in

a station (STA), an MU frame (multi user SiG-B) including a SIG-B field and a SIG-A

field jointly encoded by N individual unit blocks smaller than M a user frame: And a

processor for decoding the SIG-B field based on the SIG-A field and obtaining an

individual user SIG-B of the station from the decoded SIG-B field, wherein the unit

blocks are different Multiple MGS levels are set respectively, and the MCS levels set in

the unit blocks are indicated by the SIG-A field), and decode the HE MU PPDU based

on information obtained from the preamble (The processor then sends the HE MU

PPDU (high efficiency multi-user PHY protocol data. The preamble (HE-SIG-A) (High

Efficiency Signal A) and (HE-SIG-A, HE-SIG-B (High Efficiency Signal B), see [142]-

[143], fig.23A is a diagram illustrating an example of a HE Efficiency PPDU format

according to an embodiment of the present invention. The HE PPDU format can be

used on IEEE 802.11 ax systems. As described above, since the types of PPDU

formats can be variously set, the scope of rights of the present invention is not limited to

the HE PPDUs in FIG. 23A. For purposes of illustration, FIG. 23 illustrates an HE PPDU

format set at 20 MHz units on an 80 MHz bandwidth, but HE PPDUs may be transmitted

WILUS_0011666

Application/Control Number: 16/731,031                                          Page 4
Art Unit: 2631

over 20 MHz, 40 MHz, or 180 MHz bandwidths. Referring to FIG. 23A, the HE PPDU

includes an L part (L-STF. L-LTF, L-8IG, RL-SIG) and HE parts (HE-SIG-A, HE-STF,

HE-B). HE-STF, L-LTF, L-SIG, RL-SIG, HE-SIG-A and HE-SIG-B are set in Ix symbol It

can be set in symbol (12.8us) units. Also see [197], The first STA transmits an MU

frame including the SIG-A and SiG-B fields (S3615). The MU frame may be transmitted

on a 20 MHz, 40 MHz, 80 MHz or 180 MHz bandwidth based on orthogonal frequency

division multiple access (OFDMA)). Is a wireless mobile terminal that specifies.

However, the HE MUs that have been repaired based on the information obtained from

the HE SIG-A, PPDU is decoded, Lim Dongguk et al discloses that the 'STA' is a SIG-A

and SIG-B field. The MU frame containing the information obtained from the SIG-A field,

see [197], The first STA transmits an MU frame including the SIG-A and SiG-B fields

(S3615). The MU frame may be transmitted on a 20 MHz, 40 MHz, 80 MHz or 180 MHz

bandwidth based on orthogonal frequency division multiple access (OFDMA)) and see

[199], The second STA decodes the SIG-B field based on the SIG-A field (S3625). The

second STA decodes the SiG-B field, and can use information obtained from the SIG-A

field, e.g., information on multiple MCS levels) for decoding the SIG-B field based

on information on the MCS levels, which can be easily conceived by those of ordinary

skill in the art.

　　　　**IEEE 802.1 lax/D0.5, "High Efficiency (HE) PHY specification". September,**

**2016, XP068137445(see IDS)** teaches *in section 26.3.3.7.4 An AP that transmits an HE*

*MU PPDU shall set the UL/DL field in the HE-SIG-A field to 0.(#1862) A full bandwidth*

*MU MI MO transmission using HE MU PPDU format has a value of 1 for the SIGB*

*Compression field in HE-SIG-A and the SIGB Common field is not present.(#2126) If*

WILUS_0011667

Application/Control Number: 16/731,031                                              Page 5
Art Unit: 2631

the value of SIGB Compression field in HE-SIG-A is 0, the RU allocation signaling in the

HE-SIG-B common field indicates the combination of RUs in current PPDU bandwidth

and the number of STAs on each RU for SU/MU-MIMO(#1507) transmission. The

number of users in RU r for MU-MIMO transmission, Nuser,r is indicated together with

the RU allocation as defined in RU allocation signaling: arrangement and number of

MU-MIMO al. If the value of the SIGB Compression field in HE-SIG-A is 1, there is no

RU allocation signaling in HE-SIG-B Common field and HE-SIG-B contains only User

specific fields. The number of STAs in the MU-MIMO(#1507) group is indicated in the

Number Of HE-SIG-B Symbols Or MU-MIMO Users fieid(#853) in HE-SIG-A. For

bandwidths larger than 20 MHz, the User block fields are split equitably between two

SIG-B channels, i.e., for a k user MU-MIMO PPDU, 1,...., ceil(k/2) User fblock fields are

carried in HE-SIG-B content channel 1 and ceil(k/2) + 1, ...,k User block fields in HE-

SIG-B content channel 2. (#1005) The number of spatial streams, Nss.r.u, is indicated

by the NSTS field in user specific block as defined in Fields of the HE-SIG-B user field

for an and Fields of the HE-SIG-B user field for an.(#946) The allocated spatial streams

fora designated MU-MIMO(#1507) user and the total number of spatial streams on the

RU are indicated in spatial configuration field of user specific block containing the STA

ID of designated MU-MIMO(#1507) STA as defined in Spatial Configuration subfield

encoding. When processing the HE-SIG-B, a STA will look at information of each RU to

find out its membership status, i.e., if it belongs to a beamformee group in a certain RU.

If Nuser,r STAs are scheduled in RU r, there are AW,r user specific blocks for RU r.

Each user specific block has an 11-bit field indicating the STA ID. A STA identifies itself

as a member in the beamformee group in the RU, if its STA ID matches one of the STA

WILUS_0011668

Application/Control Number: 16/731,031                                                    Page 6
Art Unit: 2631

*IDs. The user position is indicated by the block index. From a multiplexing information lookup table for NUSer,r, the ordered number of spatial streams for all members in the beamformee group in RU r, Nss.r.u, u = 1, ...,Nmer,r, is obtained. The spatial streams of different users are ordered in accordance to user position values, i.e., the spatial streams for the user in user position 0 come fust, followed by the spatial streams for the user in position 1, followed by the spatial streams for the user in position 2, and followed by the spatial streams for the user in position 3, and so on.*

However, none of the prior arts cited alone or in combination provides the motivation to teach decode the received HE MU PPDU based on information obtained from the preamble, wherein when a SIG-B compression field of the HE-SIG-A indicates full bandwidth multi User-Multiple Input Multiple Output(MU-MIMO) transmission, a format of user field(s) included in a user specific field of the HE-SIG-B is identified based on a number of MU-MIMO users indicated by a subfield of the HE-SIG-A, wherein when the number of MU-MIMO users indicates two or more users, the user specific field of the HE-SIG-B includes user fields for MU-MIMO allocation, and wherein when the number of MU-MIMO users indicates a single user, the user specific field of the HE-SIG-B includes one user field for non-MU-MIMO allocation as recited in **claims 21 and 27**.

### Conclusion

7.       Any inquiry concerning this communication or earlier communications from the examiner should be directed to HELENE E TAYONG whose telephone number is (571)270-1675.  The examiner can normally be reached on 9am-5pm.

WILUS_0011669

Application/Control Number: 16/731,031                                           Page 7
Art Unit: 2631

Examiner interviews are available via telephone, in-person, and video

conferencing using a USPTO supplied web-based collaboration tool. To schedule an

interview, applicant is encouraged to use the USPTO Automated Interview Request

(AIR) at http://www.uspto.gov/interviewpractice.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Shuwang Liu can be reached on 571-272-3036.  The fax phone number for

the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see https://ppair-

my.uspto.gov/pair/PrivatePair. Should you have questions on access to the Private

PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

If you would like assistance from a USPTO Customer Service Representative or access

to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-

272-1000.


/HELENE E TAYONG/
Primary Examiner, Art Unit 2631
September 14, 2021

WILUS_0011670

Receipt date: 08/11/2021    16/731,031 - GAU: 2631

August 11, 2021

| Form PTO-1449 (Modified)<br>Page 1 of 1 | ATTY DOCKET NO.<br>B-10010CON2 632450-9 | U.S. SERIAL NO.<br>16/731,031 |
|---|---|---|
| LIST OF PATENTS AND<br>PUBLICATIONS STATEMENT | APPLICANT<br>WILUS INSTITUTE OF STANDARDS<br>AND TECHNOLOGY INC. & SK<br>TELECOM CO., LTD. | FILING DATE OR 371 (C) DATE<br>December 31, 2019 |
| | | GROUP NO.<br>2631 |

## U.S. PATENT DOCUMENTS

| EXAMINER<br>INITIAL | REFERENCE<br>NUMBER | DOCUMENT<br>NUMBER | ISSUE/PUBL.<br>DATE | NAME | CLASS | SUB-<br>CLASS | REMARKS |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| EXAMINER<br>INITIAL | REFERENCE<br>NUMBER | DOCUMENT<br>NUMBER | PUBLICATION<br>DATE | COUNTRY | CLASS | SUB-<br>CLASS | TRANSLATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## OTHER DOCUMENTS (Including Author, Title, Date, Pertinent Pages, Etc.)

| EXAMINER<br>INITIAL | REFERENCE<br>NUMBER | DOCUMENT |
|---|---|---|
| | 1. | Office Action dated July 8, 2021 for Korean Patent Application No. 10-2021-7015929<br>and its English translation provided by Applicant's foreign counsel |

| *EXAMINER* | *DATE CONSIDERED* |
|---|---|
| /HELENE E TAYONG/ | 09/14/2021 |

**EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to applicant.**

© Ladas & Parry LLP                    4                    Revised Sept. 2012

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /H.E.T/

WILUS_0011671

**PART B - FEE(S) TRANSMITTAL**

Complete and send this form, together with applicable fee(s), by mail or fax, or via EFS-Web.

| By mail, send to: | Mail Stop ISSUE FEE<br>Commissioner for Patents<br>P.O. Box 1450<br>Alexandria, Virginia 22313-1450 | By fax, send to: | (571)-273-2885 |
|---|---|---|---|

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

158747    7590    06/25/2021

LADAS & PARRY
E-MAIL
4525 WILSHIRE BOULEVARD
SUITE 240
LOS ANGELES, CA 90010

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**

I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being transmitted to the USPTO via EFS-Web or by facsimile to (571) 273-2885, on the date below.

| | (Typed or printed name) |
|---|---|
| | (Signature) |
| | (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 12/31/2019 | Juhyung Son | B-10010CON2 632450-9 | 3714 |

TITLE OF INVENTION: WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET

| APPLN. TYPE | ENTITY STATUS | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | UNDISCOUNTED | $1200 | $0.00 | $0.00 | $1200 | 09/27/2021 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| TAYONG, HELENE E | 2631 | 375-262000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-09 or more recent) attached. **Use of a Customer Number is required.**

2. For printing on the patent front page, list

(1) The names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) The name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 Ladas & Parry, LLP

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document must have been previously recorded, or filed for recordation, as set forth in 37 CFR 3.11 and 37 CFR 3.81(a). Completion of this form is NOT a substitute for filing an assignment.

| (A) NAME OF ASSIGNEE | (B) RESIDENCE: (CITY and STATE OR COUNTRY) |
|---|---|
| 1. WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. | GYEONGGI-DO, REPUBLIC OF KOREA |
| 2. SK TELECOM CO., LTD. | SEOUL, REPUBLIC OF KOREA |

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☒ Corporation or other private group entity ☐ Government

4a. Fees submitted: ☒ Issue Fee    ☐ Publication Fee (if required)    ☐ Advance Order - # of Copies _____

4b. Method of Payment: *(Please first reapply any previously paid fee shown above)*

☒ Electronic Payment via EFS-Web    ☐ Enclosed check    ☐ Non-electronic payment by credit card (Attach form PTO-2038)

☒ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment to Deposit Account No. 12-0415

5. **Change in Entity Status** (from status indicated above)

☐ Applicant certifying micro entity status. See 37 CFR 1.29

☐ Applicant asserting small entity status. See 37 CFR 1.27

☐ Applicant changing to regular undiscounted fee status.

NOTE: Absent a valid certification of Micro Entity Status (see forms PTO/SB/15A and 15B), issue fee payment in the micro entity amount will not be accepted at the risk of application abandonment.
NOTE: If the application was previously under micro entity status, checking this box will be taken to be a notification of loss of entitlement to micro entity status.
NOTE: Checking this box will be taken to be a notification of loss of entitlement to small or micro entity status, as applicable.

NOTE: This form must be signed in accordance with 37 CFR 1.31 and 1.33. See 37 CFR 1.4 for signature requirements and certifications.

| Authorized Signature | /Young Seok Koo 76,255/ | Date | September 24, 2021 |
|---|---|---|---|
| Typed or printed name | Young Seok Koo | Registration No. | 76,255 |

PTOL-85 Part B (08-18) Approved for use through 01/31/2020    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

WILUS_0011672

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 16731031 |
| **Filing Date:** | 31-Dec-2019 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung Son |
| **Filer:** | Young Seok Koo/Lianne Herbert |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |

Filed as Large Entity

**Filing Fees for** **Utility under 35 USC 111(a)**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| UTILITY APPL ISSUE FEE | 1501 | 1 | 1200 | 1200 |

WILUS_0011673

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Extension-of-Time:** | | | | |
| **Miscellaneous:** | | | | |
| | | **Total in USD ($)** | | **1200** |

WILUS_0011674

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 43858215 |
| **Application Number:** | 16731031 |
| **International Application Number:** | |
| **Confirmation Number:** | 3714 |
| **Title of Invention:** | WIRELESS COMMUNICATION METHOD AND WIRELESS COMMUNICATION TERMINAL FOR SIGNALING MULTI-USER PACKET |
| **First Named Inventor/Applicant Name:** | Juhyung  Son |
| **Customer Number:** | 158747 |
| **Filer:** | Young Seok Koo/Lianne Herbert |
| **Filer Authorized By:** | Young Seok Koo |
| **Attorney Docket Number:** | B-10010CON2 632450-9 |
| **Receipt Date:** | 24-SEP-2021 |
| **Filing Date:** | 31-DEC-2019 |
| **Time Stamp:** | 13:17:24 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | CARD |
| Payment was successfully received in RAM | $1200 |
| RAM confirmation Number | E20219ND18234189 |
| Deposit Account | |
| Authorized User | |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |

WILUS_0011675

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 632450-IssueFee-Transmittal. pdf | 103779 <br> 3c71e6712e20c0211aae471e1473cd2af8cd 69e2 | no | 1 |

**Warnings:**

**Information:**

| 2 | Fee Worksheet (SB06) | fee-info.pdf | 38111 <br> 2be3608c54db0c6dc1ed8709915f2b793d4 281b0 | no | 2 |

**Warnings:**

**Information:**

| | | Total Files Size (in bytes): | 141890 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

WILUS_0011676

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 16/731,031 | 10/26/2021 | 11159210 | B-10010CON2 632450-9 | 3714 |

158747      7590      10/06/2021

LADAS & PARRY
E-MAIL
4525 WILSHIRE BOULEVARD
SUITE 240
LOS ANGELES, CA 90010

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment is 0 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Application Assistance Unit (AAU) of the Office of Data Management (ODM) at (571)-272-4200.

APPLICANT(s)  (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., Gyeonggi-do, KOREA, REPUBLIC OF;
SK TELECOM CO., LTD., Seoul, KOREA, REPUBLIC OF;

The United States represents the largest, most dynamic marketplace in the world and is an unparalleled location for business investment, innovation, and commercialization of new technologies. The USA offers tremendous resources and advantages for those who invest and manufacture goods here. Through SelectUSA, our nation works to encourage and facilitate business investment. To learn more about why the USA is the best country in the world to develop technology, manufacture products, and grow your business, visit SelectUSA.gov.

IR103 (Rev. 10/09)

WILUS_0011677