# Exhibit 14

| | |
|---|---|
| **From:** | Ralph A. Phillips |
| **Sent:** | Monday, July 28, 2025 4:51 PM |
| **To:** | rak_wilus@raklaw.com; Mackenzie Palladino |
| **Cc:** | Service – FR HP/Wilus; FISH SERVICE Samsung/Wilus; jeffrey.smyth@finnegan.com; trey@yw-lawfirm.com; ming.yang@finnegan.com; Andrea Fair; melissa@gillamsmithlaw.com |
| **Subject:** | Wilus v. HP/Samsung/Askey, 24-cv-00752 et al. — Identification of Wilus ESI Custodians and Search Terms |

Counsel,

Pursuant to paragraphs 8 and 9 of the ESI order, Defendants identify the following custodians for whom they request that Wilus run the corresponding search terms in English and in Korean. We have provided the Korean version of the search terms, where applicable, in parentheses.

| Custodian | Search Terms |
|---|---|
| Jin Sam Kwak | 1. Samsung (삼성*) <br> 2. *RAND <br> 3. Letter of assurance OR LOA <br> 4. Sisvel <br> 5. SKT OR "SK Telecom" <br> 6. IEEE OR "Institute of Electrical and Electronics Engineers" <br> 7. TGAX OR "Task Group" <br> 8. Densify <br> 9. Color (*색상* OR *컬러*) <br> 10. Trigger* (*트리거*) <br> 11. Timer (*타이머*) <br> 12. *PDU* OR "protocol data unit" <br> 13. "Packet extension" (*확장*) <br> 14. "Unassigned resource" (*비할당*) <br> 15. Punctur* (*펑쳐링*) |
| Juhyung Son | 1. Patent (*특허*) <br> 2. Block ACK OR block acknowledg* <br> 3. IEEE OR "Institute of Electrical and Electronics Engineers" <br> 4. TGAX OR "Task Group" <br> 5. Color (*색상* OR *컬러*) <br> 6. Trigger* (*트리거*) <br> 7. Timer (*타이머*) <br> 8. *Verma* <br> 9. *PDU* OR "protocol data unit" <br> 10. OFDMA |

1

| | |
|---|---|
| | 11. "Packet Extension" (*확장*) |
| | 12. "Unassigned resource" (*비할당*) |
| | 13. Punctur* (*펑쳐링*) |
| | 14. Center (*중심*) |
| | 15. Core |
| Geonjung Ko | 1. Patent (*특허*)<br>2. Letter of assurance OR LOA<br>3. Filing (*출원)<br>4. IEEE OR "Institute of Electrical and Electronics Engineers"<br>5. TGAX OR "Task Group"<br>6. Color (*색상* OR *컬러*)<br>7. Trigger* (*트리거*)<br>8. Timer  (*타이머*)<br>9. *PDU* OR "protocol data unit"<br>10. OFDMA<br>11. "Packet Extension" (*확장*)<br>12. "Unassigned Resource" (*비할당*)<br>13. Punctur*  (*펑쳐링*)<br>14. Center (*중심*)<br>15. Core |
| Minseok Noh | 1. Patent (*특허*)<br>2. Letter of assurance OR LOA<br>3. Filing (*출원*)<br>4. IEEE OR "Institute of Electrical and Electronics Engineers"<br>5. TGAX OR "Task Group"<br>6. Color (*색상* OR *컬러*)<br>7. Trigger* (*트리거*)<br>8. Timer (*타이머*)<br>9. *PDU* OR "protocol data unit"<br>10. OFDMA<br>11. "Patent Extension" (*확장*)<br>12. "Unassigned resource" (*비할당*)<br>13. Punctur* (*펑쳐링*)<br>14. Center (*중심*)<br>15. Core |

Regards,

Ralph

**Ralph A. Phillips** :: Fish & Richardson P.C. :: +1-202-626-6382