# Exhibit 15

**Angela Chianelli**

| | |
|---|---|
| **From:** | Jon Ma <jma@raklaw.com> |
| **Sent:** | Thursday, August 14, 2025 11:45 AM |
| **To:** | Lawrence Jarvis |
| **Cc:** | rak_wilus@raklaw.com; FISH SERVICE Samsung/Wilus; Service – FR HP/Wilus; ASKEY-Wilus; Andrea Fair |
| **Subject:** | Re: Wilus Institute of Standards and Technology Inc., v. HP/Samsung/Askey, 2:24-cv-0752 (lead case): ESI Discovery Meet and Confer |

[This email originated outside of F&R.]

Lawrence,

In advance of our call, please see the below hit counts for the below custodians. We maintain our objections that emails pertaining to to Minseok Noh are riddled with non-responsive documents in light of his relevance to the case and are overbroad and unduly burdensome. We further object to each term you've identified to the extent they call for non-responsive documents and/or are overbroad and unduly burdensome. As it stands the non-de-duplicated hit counts with family total 638,995.

| Custodian | Search Terms |
|---|---|
| Jin Sam Kwak | 1. Samsung (삼성*)  73,371<br>2. *RAND   1,883<br>3. Letter of assurance OR LOA   675<br>4. Sisvel.  17,458<br>5. SKT OR "SK Telecom"   7,614<br>6. IEEE OR "Institute of Electrical and Electronics Engineers"   27,644<br>7. TGAX OR "Task Group"   1,177<br>8. Densify   109<br>9. Color (*색상* OR *컬러*)   6,483<br>10. Trigger* (*트리거*)   34,349<br>11. Timer (*타이머*)   7,485<br>12. *PDU* OR "protocol data unit"   3,809<br>13. "Packet extension" (*확장*)   5,205<br>14. "Unassigned resource" (*비할당*)    181<br>15. Punctur* (*펑쳐링*)   6,922 |
| Juhyung Son | 1. Patent (*특허*)   28,603<br>2. Block ACK OR block acknowledg*   1,440<br>3. IEEE OR "Institute of Electrical and Electronics Engineers"   17,889<br>4. TGAX OR "Task Group"   4,128<br>5. Color (*색상* OR *컬러*)   6,535<br>6. Trigger* (*트리거*)   39,500 |

1

|  |  |
|---|---|
|  | 7. Timer (*타이머*)  8,150<br>8. *Verma*  764<br>9. *PDU* OR "protocol data unit"  5,881<br>10. OFDMA  4,194<br>11. "Packet Extension" (*확장*)    3,919<br>12. "Unassigned resource" (*비할당*)    68<br>13. Punctur* (*펑쳐링*).  2,230<br>14. Center (*중심*)   11,013<br>15. Core   13,913 |
| Geonjung Ko | 1. Patent (*특허*)  21,728<br>2. Letter of assurance OR LOA   1,940<br>3. Filing (*출원)  7,444<br>4. IEEE OR "Institute of Electrical and Electronics Engineers"   44,402<br>5. TGAX OR "Task Group"  4,781<br>6. Color (*색상* OR *컬러*)  5,451<br>7. Trigger* (*트리거*)  8,972<br>8. Timer  (*타이머*)  1,750<br>9. *PDU* OR "protocol data unit"  3,913<br>10. OFDMA  3,967<br>11. "Packet Extension" (*확장*)    3,396<br>12. "Unassigned Resource" (*비할당*)    225<br>13. Punctur*  (*펑쳐링*)  2,551<br>14. Center (*중심*)  4,599<br>15. Core   2,352 |
| Minseok Noh | 1. Patent (*특허*)  4,173<br>2. Letter of assurance OR LOA   311<br>3. Filing (*출원*)  1,167<br>4. IEEE OR "Institute of Electrical and Electronics Engineers"   4,784<br>5. TGAX OR "Task Group"  626<br>6. Color (*색상* OR *컬러*)  4,421<br>7. Trigger* (*트리거*)  61,058<br>8. Timer (*타이머*)  15,838<br>9. *PDU* OR "protocol data unit"  14,155<br>10. OFDMA  1,037<br>11. "Patent Extension" (*확장*)  1,584<br>12. "Unassigned resource" (*비할당*)  5<br>13. Punctur* (*펑쳐링*)  3,127<br>14. Center (*중심*)  14,078<br>15. Core   52,568 |

Jon Ma
Russ August & Kabat

2

12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jma@raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Aug 12, 2025, at 6:19 PM, Jon Ma <jma@raklaw.com> wrote:

Hi Lawrence,

We're available Thursday at 10 a.m. PT, please confirm.

Thanks,
Jon

Jon Ma
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jma@raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Aug 11, 2025, at 11:57 AM, Lawrence Jarvis <jarvis@fr.com> wrote:

Hi Jon and Mackenzie,

Are you all available to meet and confer with each of the Defendants on this Thursday (8/14) regarding ESI discovery issues raised in the prior correspondence? Defendants are generally available on Thursday outside of 2-4 PM ET.

Thanks,

**Lawrence Jarvis ::** Principal **::** Fish & Richardson P.C.
404 879 7238 direct **::** 678 895 5235 mobile **::** jarvis@fr.com
fr.com **::** Bio **::** LinkedIn **::** Twitter

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * *
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
* * * * * * * * * * * * * * * * * * * * * * * *

3