# Exhibit 22

Case 2:24-cv-00752-JRG    Document 342-1    Filed 03/18/26    Page 2 of 8 PageID #:
15501

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1                                     Assignment ID: PATI312991
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| SK TELECOM CO., LTD. | 05/27/2024 |

**RECEIVING PARTY DATA**

| Company Name: | WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. |
|---|---|
| Street Address: | 5F 216 Hwangsaeul-ro, Bundang-gu, Seongnam-si |
| City: | Gyeonggi-do |
| State/Country: | KOREA, REPUBLIC OF |
| Postal Code: | 13595 |

**PROPERTY NUMBERS Total: 38**

| Property Type | Number |
|---|---|
| Application Number: | 18733832 |
| Application Number: | 15854662 |
| Application Number: | 16396635 |
| Application Number: | 16835305 |
| Application Number: | 17408296 |
| Application Number: | 18206081 |
| Application Number: | 16121546 |
| Application Number: | 17227289 |
| Application Number: | 18133520 |
| Application Number: | 16505664 |
| Application Number: | 16731031 |
| Application Number: | 16798197 |
| Application Number: | 17494831 |
| Application Number: | 18207141 |
| Application Number: | 15512027 |
| Application Number: | 17062487 |
| Application Number: | 17062537 |
| Application Number: | 18130903 |
| Application Number: | 15555075 |
| Application Number: | 16377829 |

| Property Type | Number |
|---|---|
| Application Number: | 17145670 |
| Application Number: | 18209079 |
| Application Number: | 16016520 |
| Application Number: | 16868525 |
| Application Number: | 16868536 |
| Application Number: | 17941472 |
| Application Number: | 16294883 |
| Application Number: | 17383479 |
| Application Number: | 17383475 |
| Application Number: | 17979767 |
| Application Number: | 18384678 |
| Application Number: | 16590302 |
| Application Number: | 17670419 |
| Application Number: | 17670424 |
| Application Number: | 16449132 |
| Application Number: | 17157978 |
| Application Number: | 17157996 |
| Application Number: | 18219641 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| **Phone:** | (424)369-2063 |
| **Email:** | young.koo@wbd-us.com |
| **Correspondent Name:** | Young Seok Koo |
| **Address Line 1:** | P.O. Box 570489 |
| **Address Line 4:** | Atlanta, GEORGIA 30357 |

| NAME OF SUBMITTER: | Young Seok Koo |
|---|---|
| SIGNATURE: | Young Seok Koo |
| DATE SIGNED: | 06/20/2024 |

**Total Attachments: 5**
source=ASSIGNMENT SKT-Wilus#page1.tif
source=ASSIGNMENT SKT-Wilus#page2.tif
source=ASSIGNMENT SKT-Wilus#page3.tif
source=ASSIGNMENT SKT-Wilus#page4.tif
source=ASSIGNMENT SKT-Wilus#page5.tif

## ASSIGNMENT OF PATENTS

WHEREAS, **SK TELECOM CO., LTD.**, having a business address at 65, Eulji-ro, Jung-gu, Seoul, 04539 Republic of Korea ("ASSIGNOR"), and **WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**, having a business address at 5F 216 Hwangsaeul-ro, Bundang-gu, Seongnam-si, Gyeonggi-do, 13595 Republic of Korea ("ASSIGNEE") own all right, title, and interest in those patents and/or patent applications set forth in Schedule A hereto (all such patents and/or patent applications, whether or not claims in any of the foregoing have been rejected, withdrawn, cancelled, abandoned or the like, collectively, the "Patents"); and

ASSIGNEE desires to own the ASSIGNOR's entire right, title, and interest in and to the Patents.

This ASSIGNMENT ("ASSIGNMENT") dated as of May 27, 2024 is entered into by and between ASSIGNOR and ASSIGNEE.

NOW THEREFORE, in consideration of the good and valuable consideration received by ASSIGNOR from ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged, the parties hereby agree as follows:

Section 1. Assignment. ASSIGNOR hereby assigns and transfer to ASSIGNEE, and ASSIGNEE hereby accepts, all of ASSIGNOR's right, title, interest to and under the Patents, including all reissuances, continuations, continuations-in-part, revisions, renewals, divisionals, extensions and reexaminations thereof, and any and all letters patent which may be granted therefor in the United States, any other U.S. patents or patent applications from which any Patents claim a benefit or priority or that claim a benefit or priority from any Patents (collectively, the "PATENTS AND/OR PATENT APPLICATIONS" and all rights of action, powers, and benefits arising from ownership of the PATENTS AND/OR PATENT APPLICATIONS, for ASSIGNEE's own use and enjoyment, for the use and enjoyment of ASSIGNEE's successors, assigns and other legal representatives, as fully and entirely as the same would have been held and enjoyed by ASSIGNOR if this ASSIGNMENT had not been made, including, in each case:

(a) the right to sue and recover for damages or other compensation and the right to sue and obtain other legal and equitable remedies in respect of all causes of action arising before, on, or after the date of this ASSIGNMENT, including in respect of past, present or future infringements, and the right to fully and entirely stand in the place of ASSIGNOR in all matters related thereto; and ASSIGNOR hereby also assigns and transfers to ASSIGNEE any claims for past use or infringement of the PATENTS AND/OR PATENT APPLICATIONS, including claims for damages and accounting under applicable law;

(b) the right to file and prosecute in its own name, wherever so permitted by law, patent applications, including corresponding applications, based on any of the PATENTS AND/OR PATENT APPLICATIONS and to prosecute, make filings with respect to, register, defend any maintain the PATENTS AND/OR PATENT APPLICATIONS before the United States Patent And Trademark Office and any U.S. governmental authority, including by filing reissues, reexaminations, divisionals, continuations, continuations-in-part, substitutes, extensions and all other applications relating thereto; and

ASSIGNOR retains no ownership rights in the PATENTS AND/OR PATENT APPLICATIONS and the right transferred to ASSIGNEE hereunder.

Section 2. Patent Rights. ASSIGNEE may apply for and receive patents in its own name in respect of the PATENTS AND/OR PATENT APPLICATIONS.

Section 3. General. As used in this ASSIGNMENT, the words "herein," "hereof," and "hereunder" and other words of similar import refer to this ASSIGNMENT as a whole, as the same may from time to time be amended or supplemented and not to any particular subdivision contained in this ASSIGNMENT. The word "including" when used herein is not intended to be exclusive, or to limit the generality of the preceding words, and means "including, without limitation." This ASSIGNMENT shall be binding upon and shall inure to the benefit of the parties and their respective successors and assigns. This ASSIGNMENT may be signed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

IN TESTIMONY WHEREOF, each party has caused its authorized representative to execute this ASSIGNMENT.

**PATENT**
**REEL: 067790 FRAME: 0703**

**SK TELECOM CO., LTD. ("Assignor")**

By: _Chanho Yun_

Name: _Chanho Yun_

Title: _Director of IPR Team_

Date: _Jun. 20, 2024_

3

**WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. ("Assignee")**

By:

Name: JIN SAM KWAK

Title: CEO

Date: June 20, 2024

4

## SCHEDULE A

### Assigned Patents

| No. | Jurisdiction | Application No. | Publication No. | Patent No. |
|---|---|---|---|---|
| 1 | US | 15/854662 | 20180123757 | 10313077 |
| 2 | US | 16/396635 | 20190260536 | 10651992 |
| 3 | US | 16/835305 | 20200228279 | 11128421 |
| 4 | US | 17/408296 | 20210385042 | 11700084 |
| 5 | US | 18/206081 | 20230318744 | |
| 6 | US | 16/121546 | 20190021091 | 11129163 |
| 7 | US | 17/227289 | 20210235448 | 11700597 |
| 8 | US | 18/133520 | 20230247610 | |
| 9 | US | 16/294883 | 20190208571 | 11116035 |
| 10 | US | 17/383479 | 20210352761 | 11516879 |
| 11 | US | 17/383475 | 20210352760 | 11523464 |
| 12 | US | 17/979767 | 20230055982 | 11825558 |
| 13 | US | 18/384678 | 20240064865 | |
| 14 | US | 16/449132 | 20190319738 | 10931396 |
| 15 | US | 17/157978 | 20210152275 | 11664926 |
| 16 | US | 17/157996 | 20210152276 | 11764896 |
| 17 | US | 18/219641 | 20230353273 | |
| 18 | US | 16/505664 | 20190334590 | 10567047 |
| 19 | US | 16/731031 | 20200204223 | 11159210 |
| 20 | US | 16/798197 | 20200195314 | 11171695 |
| 21 | US | 17/494831 | 20220029669 | 11784684 |
| 22 | US | 18/207141 | 20230318666 | |
| 23 | US | 16/590302 | 20200037395 | 11284475 |
| 24 | US | 17/670419 | 20220167460 | 12004262 |
| 25 | US | 17/670424 | 20220167461 | 12010762 |
| 26 | US | 18/733832 | | |
| 27 | US | 15/512027 | 20170289844 | 10820233 |
| 28 | US | 17/062487 | 20210037417 | 11470506 |
| 29 | US | 17/062537 | 20210022039 | 11653261 |
| 30 | US | 18/130903 | 20230292174 | |
| 31 | US | 15/555075 | 20180131471 | 10305638 |
| 32 | US | 16/377829 | 20190238272 | 10911186 |
| 33 | US | 17/145670 | 20210211236 | 11716171 |
| 34 | US | 18/209079 | 20230327811 | |
| 35 | US | 16/016520 | 20180302858 | 10687281 |
| 36 | US | 16/868525 | 20200267653 | 11470595 |
| 37 | US | 16/868536 | 20200267654 | 11356947 |
| 38 | US | 17/941472 | 20230007638 | |

5