# Exhibit 24

WILUS

# MESSAGE FROM THE CEO:

"WILUS was established in 2012 with a vision – the best way to predict the future is to invent it.

We believe that small and medium-sized entities with
strong technical expertise can and should play a major role in developing the standards we all use every day to stay connected. That can only happen in an environment where intellectual property is respected and innovation is fairly valued.

I'm proud of the vital contributions WILUS has made to telecommunications, Wi-Fi and multimedia technologies over the past 12 years. Our team of engineers based in Korea has much more to share with the world as these technologies continue to advance. Thank you for supporting us on our journey."

— Jin Sam Kwak, CEO of WILUS Inc.

# ABOUT WILUS

WILUS is a leading independent R&D lab based in South Korea, with a 12-year track record of developing new technologies related to wireless communications and multimedia. The company is employee-owned, and its team currently consists of 20 engineers and inventors, all holding M.S. or Ph.D. degrees.

Since its formation WILUS has made over 700 technical contributions to leading standards bodies including 3GPP (for LTE and 5G), IEEE 802.11 (for Wi-Fi 6, 7 and beyond) and MPEG (for MPEG-H 3D Audio & Versatile Video Coding).

These innovations have generated an intellectual property portfolio which includes more than 3,500 patents across 9 SEP portfolios. Through participation in market-leading patent pools, WILUS has obtained independent validation of its patents' essentiality to the relevant standards, and secured hundreds of licensees all over the world. The resulting revenue, along with royalties from various bilateral licensing activities, supports the ongoing participation of WILUS experts in standards development.

WILUS also develops and commercializes innovative solutions that help enterprise customers better integrate their products and services with standardized technologies.

WILUS is consistently recognized as a success story for Korean innovation in a field that is typically dominated by multinational technology companies and state-funded research institutes and universities. WILUS was named Korea's most innovative SME by the Korean Intellectual Property Office.

# WILUS HISTORY

## 2024

- Recognized as a top patent filing company among SMEs in Korea based on the Korean Intellectual Property Office's 2022 statistics
- Selected for the Asia IP Elite 2024 by IAM