**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP (Lead Case) <br><br> Case No. 2:24-cv-00764-JRG-RSP (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP (Member Case) <br><br> Case No. 2:24-cv-00765-JRG-RSP (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP (Member Case) <br><br> Case No. 2:24-cv-00753-JRG-RSP (Member Case) |

**DECLARATION OF PAUL NIKOLICH IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE NONJOINDER OF A JOINT INVENTOR FOR THE '035 AND '879 PATENT**

## I.      Declaration of Paul Nikolich

I, Paul Nikolich, declare as follows:

## II.     Background and Experience

1.      I am currently Chairman Emeritus at IEEE 802 LAN/MAN Standards Committee (LMSC). The LMSC consists of several Working Groups, one of which is the 802.11 Wireless LAN Working Group.

2.      I have worked in the field of wireless communications and networking for approximately 45 years.

3.      From 1989 to 2026, I have actively participated in the IEEE 802 LMSC standards development process.

4.      I have participated in numerous meetings of IEEE 802.11 Task Group ax ("TGax"), which developed the IEEE 802.11ax-2021 wireless networking standard amendment.

5.      From approximately 2001 to 2024, I served as Chairman and 1996 to 2001 I served as Vice-Chairman of IEEE 802 LMSC.

6.      In my Chairman IEEE 802 LMSC role, I oversaw numerous meetings of the task group and the technical discussions among participants concerning proposals for potential inclusion in the IEEE 802.11ax draft standard.

7.      I submit this declaration to describe my understanding of how technical discussions and proposal development typically occur within the IEEE 802 LMSC standards process.

## III.    Structure of the IEEE 802.11 Standards Process

8.      IEEE 802 LMSC standards development occurs through Working Groups composed of individual expert engineers and technical representatives affiliated with many entities. One of the working groups is the 802.11 Wireless LAN Working Group, which oversees

multiple Task Groups, one of which was the 802.11ax Task Group, chartered to develop the 802.11ax standard amendment.

9.     Participation in the IEEE 802 LMSC is by individual experts, i.e, not by entities.

10.     Many participants are affiliated with entities that may compete with one another in a Project's target market, including semiconductor companies, device manufacturers, and networking equipment providers.

11.     Meetings of IEEE 802.11ax task groups often included dozens or hundreds of participants affiliated with many different entities.

12.     Participants in the process submit written technical proposals addressing particular technical issues under consideration by the Task Group.

13.     These proposals are typically presented to the Task Group and then discussed, questioned, and critiqued by participants with a wide range of affiliations.

14.     Participants in these discussions are expected to act as individual experts. Participants with different affiliations generally interact with one another independently.

15.     The purpose of these discussions is to evaluate technical approaches and determine whether aspects of a proposal should ultimately be incorporated, via many rounds of technical balloting, into the specifications defined in the evolving draft standard.

16.     According to, for example, IEEE SA Standards Board Bylaws (clause 5.2.1.3 Dominance: The standards development process shall not be dominated by any single interest category, individual(s), or organization(s).), the individual experts comprising Working Group participants are expressly prohibited from operating under a system of common technical direction in which participants are supervised or directed by a shared manager or leadership responsible for

developing specific technical solutions. Participants are individual experts that may be affiliated with an entity, but shall not be directed by the entity.

## IV.    Nature of Technical Discussions

17.    Technical discussions during IEEE meetings frequently involve participants identifying potential problems with technical specification proposals, suggesting possible improvements, or asking questions about how a proposal might operate in practice.

18.    These comments are generally part of an open discussion among many participants and are often high-level observations about the strengths or weaknesses of a proposal.

19.    Participants may suggest that a proposal could benefit from certain types of mechanisms or controls, or may point out technical issues that need to be addressed.

20.    It is common for the technical experts that submitted a proposal to develop revisions after a meeting to address the issues raised during the discussion.

21.    Revised proposals may include additional operational rules, design choices, or specification details that were developed internally by the technical experts after the meeting.

22.    This iterative process of discussion, internal development, and revised proposals is a normal and expected part of IEEE standards development.

23.    The discussions that occur within the task group are therefore typically focused on evaluating and refining proposals in order to help the group reach consensus on the detailed specification text in a technical standard.

24.    In my experience, these discussions are not generally understood to constitute collaborative engineering work on specific implementations directed toward jointly conceiving particular patentable inventions.

25.     While the working group and task group discussions and balloting may involve questions, suggestions, and technical feedback regarding proposals, the detailed technical requirements contained in proposals are typically developed independently by the proposing individual technical experts, even after considering feedback received during discussions and balloting.

## V.     Engineering Practice and Technical Feedback

26.     In my experience as an engineer, technical ideas are often discussed with colleagues and peers, and feedback from those discussions may lead an engineer to revise or improve a design.

27.     This type of exchange of ideas is a normal part of engineering practice and standards development.

28.     For example, one engineer may propose a concept and another may identify potential issues or suggest improvements. The original engineer may then revise the design to address those concerns.

29.     In typical engineering practice, the person who develops the revised implementation is responsible for the detailed design, even if feedback from others helped prompt the revision.

## VI.    Role of IEEE in the Standards Process

30.     IEEE 802 LMSC provides a forum in which individual technical experts can present proposals, discuss technical issues, and ultimately reach consensus on the detailed specifications that constitute a technical standard.

31.    IEEE itself does not design the technical solutions or propose detailed technical specifications that are proposed by individual technical experts participating in the standards development process.

32.    IEEE does not synthesize or develop the specific technical mechanisms or operational rules that may appear in proposals submitted by participating companies.

33.    Instead, IEEE provides well-defined organizational structure, policies and procedures within which individual experts may present proposals in a transparent and open forum, enabling them to  work toward consensus on the specifications in the final technical standard.

## VII.    Intellectual Property and Standards Participation

34.    IEEE does not claim ownership of intellectual property embodied in technologies discussed during the standards process.

35.    Technical proposals presented to the working group are shared broadly during the standards development process and are ultimately reflected in publicly available standards and standards activity related documents.

36.    Participants therefore generally understand that proposals presented in IEEE meetings are part of an open standards development process in which technical ideas are discussed in a forum visible to many participants and ultimately disclosed to the broader public through publication of the standard.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2026 in Vancouver, British Columbia, Canada

/s/ *Paul Nikolich*
Paul Nikolich