## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　Plaintiff,<br>　　　　　　v.<br>HP INC.<br>　　　　Defendant. | Case No. 2:24-cv-00752-JRG-RSP<br>[Lead Case]<br><br>Case No. 2:24-cv-00764-JRG-RSP<br>[Member Case]<br><br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　Plaintiff,<br>　　　　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　Defendants. | Case No. 2:24-cv-00746-JRG-RSP<br>[Member Case]<br><br>Case No. 2:24-cv-00765-JRG-RSP<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　Plaintiff,<br>　　　　　　v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>　　　　Defendants. | Case No. 2:24-cv-00766-JRG-RSP<br>[Member Case]<br><br>Case No. 2:24-cv-00753-JRG-RSP<br>[Member Case] |

**DECLARATION OF JONATHAN MA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE NONJOINDER OF A JOINT INVENTOR FOR THE '035 AND '879 PATENTS**

I, Jonathan Ma, declare and state as follows:

1.     I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Samsung's Motion for Partial Summary Judgment regarding Nonjoinder of a Joint Inventor for the '035 and '879 Patents.  I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.     Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition transcript of Dr. Woojin Ahn, dated January 15, 2026.

3.     Attached as **Exhibit B** is a true and correct copy of excerpts from the corrected expert report of Erik de la Iglesia regarding Validity, dated February 19, 2026.

4.     Attached as **Exhibit C** is a true and correct copy of WO 2016/112146, with International Publication Date of July 14, 2016, obtained from https://worldwide.espacenet.com/patent/ on March 16, 2025.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 16, 2026 in Los Angeles, California.

/s/ *Jonathan Ma*
Jonathan Ma