**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　　Plaintiff,<br>　　　　　　　v.<br>HP INC.<br>　　　　　Defendant. | Case No. 2:24-cv-00752-JRG-RSP<br>[Lead Case]<br><br>Case No. 2:24-cv-00764-JRG-RSP<br>[Member Case]<br><br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　　Plaintiff,<br>　　　　　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC.<br><br>　　　　　Defendants. | Case No. 2:24-cv-00746-JRG-RSP<br>[Member Case]<br><br>Case No. 2:24-cv-00765-JRG-RSP<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br>　　　　　Plaintiff,<br>　　　　　　v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>　　　　　Defendants. | Case No. 2:24-cv-00766-JRG-RSP<br>[Member Case]<br><br>Case No. 2:24-cv-00753-JRG-RSP<br>[Member Case] |

**ORDER DENYING SAMSUNG'S MOTION FOR PARTIAL SUMMARY JUDGMENT
RE NONJOINDER OF A JOINT INVENTOR FOR THE '035 AND '879 PATENTS**

Before the Court is Samsung's Motion for Partial Summary Judgment re Nonjoinder of a Joint Inventor for the '035 and '879 Patents.

The Court has considered the Motion, Opposition, all responsive pleadings, and the case of record, and is of the opinion that Samsung's Motion for Partial Summary Judgment of Non-Infringement of the '035 and '879 Patents should be **DENIED.**  Accordingly, Samsung's Motion is hereby **DENIED.**