# Exhibit 3

**PageVault**

| | |
|---|---|
| Document title: | Atlas Global |
| Capture URL: | https://atlasglobaltechnologies.com/ |
| Page loaded at (UTC): | Wed, 10 Dec 2025 19:15:36 GMT |
| Capture timestamp (UTC): | Wed, 10 Dec 2025 19:16:46 GMT |
| Capture tool: | 10.71.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/142.0.7444.177 Safari/537.36 |
| Operating system: | Linux (Node 22.21.1) |
| PDF length: | 7 |
| Capture ID: | 4LV5riEN836HWPYm8uWeh4 |
| Display Name: | alcindor |

PDF REFERENCE #:     hFeJiC1QoKY4AbLxTx7V1j

SAMSUNG_WILUS_00194951



# OUR COMPANY

Atlas Global Technologies is a patent licensing company that owns and licenses IEEE 802.11ax standard essential patents (SEP's) developed by NEWRACOM Inc., a fabless semiconductor manufacturer of WiFi chips spun out of ETRI in 2014. NEWRACOM is one of the most significant contributors to the 802.11ax (WiFi 6) standard.

Home    Patent Licensing    Technology    Our Patents ∨    Contact

Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

SAMSUNG_WILUS_00194952

# PATENT LICENSING

Atlas Global Technologies licenses its over 371 issued and pending patents worldwide, including over 230 issued or allowed US patents, 171 of which are Wi-Fi 6 Standard Essential. These patents cover innovations in key advances of WiFi technology in the 802.11ax standard (Wi-Fi 6) wireless local area network (WLAN) technology.

Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

Page 2 of 6

SAMSUNG_WILUS_00194953



# TECHNOLOGY

NEWRACOM contributed significant inventions to a number of 802.11ax technology areas, including:

- **Trigger Frame Structure & Simultaneous Multi-User Acknowledgement** – improves uplink performance by more than 2X, yielding much greater efficiency in densely populated areas.
- **PPDU Structure** – key to backwards compatibility and co-existence with previous Wi-Fi versions.
- **Spatial Reuse & Beamforming** – allows more efficient use of spectrum and provides reduced power consumption and longer range
- **Link Adaptation** – provides better performance in crowded environments.
- **Multi-User Synchronization & RTS/CTS Signaling** – allows simultaneous multiple user transmissions and reduces power consumption

Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

SAMSUNG_WILUS_00194954



Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

SAMSUNG_WILUS_00194955

ATLASGLOBAL
TECHNOLOGIES

Home    Patent Licensing    Technology    Our Patents ⌄    Contact

## CONTACT US

Your Name *

Your Email *

Subject *

Your Message *

Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

Page 5 of 6

SAMSUNG_WILUS_00194956



Document title: Atlas Global
Capture URL: https://atlasglobaltechnologies.com/
Capture timestamp (UTC): Wed, 10 Dec 2025 19:16:46 GMT

SAMSUNG_WILUS_00194957