# Exhibit 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br> Defendant. | Civil Case No. 2:24-cv-00764-JRG [Member Case] |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

## DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-13)

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants

Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA")

(collectively, "Samsung"), HP Inc. ("HP"), and Askey Computer Corp. and Askey International

2

Corp. (collectively, "Askey") (altogether, "Defendants"), hereby request that Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus" or "Plaintiff"), respond in writing to the following First Set of Interrogatories within thirty (30) days of service. These interrogatories are continuing in nature, such that Plaintiff is required to promptly supplement its responses should Plaintiff obtain additional, responsive information within the venue discovery period.

## DEFINITIONS

1. "Wilus," "Plaintiff," "You," or "Your" means Plaintiff, Wilus Institute of Standards and Technology Inc., including without limitation, its subsidiaries, divisions, affiliates, predecessors, and any past or present directors, officers, agents, affiliates, representatives, employees, consultants, attorneys, entities acting in joint-venture or partnership relationships with Plaintiff, and all other persons acting or purporting to acting on behalf of Plaintiff.

2. "Samsung" means Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA").

3. "HP" means HP Inc.

4. "Askey" means Askey Computer Corp. and Askey International Corp.

5. "SK Telecom" or "SKT" means SK Telecom Co., Ltd., including without limitation, its subsidiaries, divisions, affiliates, predecessors, and any past or present directors, officers, agents, affiliates, representatives, employees, consultants, attorneys, entities acting in joint-venture or partnership relationships with SK Telecom Co., Ltd., and all other persons acting or purporting to acting on behalf of SK Telecom Co., Ltd.

6. "Sisvel" means Sisvel International S.A. and Sisvel Technology SRL, including without limitation, its subsidiaries, divisions, affiliates, predecessors, and any past or present directors, officers, agents, affiliates, representatives, employees, consultants, attorneys, entities acting in joint-venture or partnership relationships with Sisvel International S.A. and Sisvel

3

you, Sisvel, prior assignees of those patents, or anyone else, including 1) identifying each actual settlement, license, sublicense, or sale (by Bates number); and 2) for each potential or proposed settlement, license, sublicense, or sale, identifying the potential licensee, sublicensee, or buyer; each communication with each potential licensee, sublicensee, or buyer; the terms of each potential or proposed settlement, license, sublicense, or sale; and the person(s) with knowledge of such factual bases and all documents (by Bates number) relating to any of the foregoing.

**INTERROGATORY NO. 4:**

Describe in complete detail all ownership and other financial interests in Plaintiff, any Asserted Patents, Wilus Alleged SEPs, or this action.

**INTERROGATORY NO. 5:**

For each of the Asserted Patents, and the Wilus Alleged SEPs, describe in complete detail and identify documents that support your contention as to the measure and proper calculation of any and all damages and harm claimed against Defendants in this litigation to you, including, without limitation, an explanation of the measure and proper calculation, if any, of a reasonable royalty, royalty base, and your contention, if any, regarding the appropriate terms and conditions for a license to each of the Asserted Patents and/or the Wilus Alleged SEPs, including your contentions, if any, regarding the appropriate FRAND terms and conditions.

**INTERROGATORY NO. 6:**

For each Asserted Patent and Wilus Alleged SEP, describe in detail any valuations (including, but not limited to, technical importance or monetary valuations) of the patent performed for any purpose, including the identity of the person or entity performing the valuation; the identity of the person or entity requesting or requiring performance of the valuation; the date or dates on which the valuation was performed; the date as of which the valuation was performed;

9

the purpose for which the valuation was performed; the methodology used to perform the valuation, and the results, conclusions, findings, or other information produced by the valuation exercise.

**INTERROGATORY NO. 7:**

Describe in detail any and all transfers of title or other ownership rights or interest in each Asserted Patent, whether attempted or completed, including the date of each such transfer or attempted transfer, any consideration suggested, offered, or given for each transfer, and any documents concerning such transfer or attempted transfer.

**INTERROGATORY NO. 8:**

For each Asserted Claim of each of the Asserted Patents that you contend is essential to a Standard(s), describe in complete detail all factual and legal bases supporting your contention, including the identification of any commitments made by any person or entity to any Standard-setting organization ("SSO") regarding one or more of the asserted patents, related patents, and/or related applications, how each asserted claim is practiced or addressed in the Standard and which particular portion of each Standard is covered by one or more of the Asserted Patents, when the existence of each of the Asserted Patents was first disclosed to any SSOs and the rationale for the timing of said disclosure, and whether the patent is or is not subject to any limitation on the terms by which it may be licensed including any requirement that it be licensed on reasonable and/or non-discriminatory terms (*e.g.*, FRAND terms) including but not limited to your, the named inventors', and your predecessor's involvement in the Standard(s) making and/or declaring process(es).

10

Date:  February 21, 2025

Respectfully submitted,

*/s/ Ralph A. Phillips*
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: (214) 747-5070
Facsimile:  (214) 747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: (858) 678-5070

13

Facsimile:  (858) 678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

*/s/ Lawrence R. Jarvis*
Benjamin C. Elacqua (Lead Counsel)
Texas Bar Number 24055443
elacqua@fr.com
FISH & RICHARDSON P.C.
909 Fannin Street, Suite 2100
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile:  (713) 652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
Peter Hong
GA Bar No. 365188
hong@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile:  (404) 892-5002

14

Melissa R. Smith
Texas Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue Marshall,
Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendant HP Inc.*

*/s/ Jeffrey D. Smyth*
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

Trey Yarbrough
Bar No. 22133500
YARBROUGH WILCOX, PLLC
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile:  (903) 595-0191
Email: trey@yw-lawfirm.com

*Attorneys for Defendants Askey Computer Corp.*
*and Askey International Corp.*

15

## CERTIFICATE OF SERVICE

This is to certify that on February 21, 2025, a true and correct copy of the foregoing instrument was served on Plaintiff via email per Paragraph 12(d) of the Discovery Order.

/s/ Ralph A. Phillips
Ralph A. Phillips

16