# Exhibit 8



**Ralph Phillips**
Principal
RPhillips@fr.com
T: 202 626 6382

Fish & Richardson P.C.
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

T: 202 783 5070
F: 202 783 2331

**VIA EMAIL**

## MAY CONTAIN WILUS CONFIDENTIAL INFORMATION

May 23, 2025

Mackenzie Paladino
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Fl.
Los Angeles, CA 90025

Re: *Wilus Institute of Standards and Technology v. Samsung Electronics America, et al.*,
Case Nos. 2:24-cv-00746-JRG; 2:24-cv-00765-JRG

Dear Mackenzie:

We write to follow up regarding the deficiencies in Wilus's interrogatory responses and document production as noted in m_ A_ril 11_ 2025. Wilus has neither res_onded to my April 11, 2025 letter, nor supplemented its interrogatory responses or document production. Please confirm Wilus will promptly supplement its responses and document production.

While Samsung maintains its requests for all categories of information documented in my letter of April 11th, in the following we highlight certain high-priority items in an attempt to better focus efforts on supplementation.

First_ Wilus's interro_ator_ res_onses and document production fail to provide information regarding transfers of title or other ownership rights or interest in each Asserted Patent. *See, e.g.,* Interro_ator_ No. 7_ Cate_or_ Nos. 2 and 31 of Documents. For example_ Wilus has not provided the assignments of the Asserted Patents from SK Telecom Co., Ltd. to Wilus. Please confirm you will supplement your responses and production to provide the requested information by May 30, 2025, or provide a time when you are available to meet and confer.

Second, Wilus's interrogatory responses and document production also fail to provide information regarding licenses related to the Asserted Patents. *See, e.g.,* Interrogatory No. 3, Category Nos. 3, 66, 90 of Documents. To date, Wilus's production only includes one license agreement. *See* WILUS_0018338. Please confirm you will supplement your responses and production to provide the requested information by May 30, 2025, or provide a time when you are available to meet and confer.

fr.com

**FISH.**

Mackenzie Paladino
May 23, 2025
Page 2

Third, in its discovery responses, Wilus fails to confirm whether it contends the asserted patents are essential to Wi-Fi 6.  Specifically, in response to Interrogatory No. 5, Wilus states that "Wilus understands that the Asserted Patents may be essential to the IEEE 802.11ax (Wi-Fi 6) standard and therefore possibly subject to FRAND licensing obligations."  Similarly, Wilus's responses to Interrogatory Nos. 8 and 13 fail to provide the requested information related to each of the Asserted Patents that Wilus contends is essential to a Standard(s) and Wilus objects to these Interrogatories "to the extent it seeks premature expert discovery."  However, "essentiality is an issue that should be presented early in the case and not somehow reserved until expert discovery."  *Universal Connectivity Techs., Inc. v. Lenovo Grp. Ltd.*, No. 2:23-CV-00449-JRG (E.D. Tex. Apr. 15, 2025), Dkt. No. 115 at 4.  Samsung has served discovery directed to this issue and is entitled to know whether Wilus contends the Asserted Patents are essential, and if so, on what basis.  *See id.* at 5. Please confirm you will supplement your responses to confirm whether it is Wilus's position that the Asserted Patents are essential to any relevant standard, and if so, on what basis by May 30, 2025, or provide a time when you are available to meet and confer.

Fourth, Wilus's document production also fails to provide documents relating to foreign patent protection on any invention regarding the subject matter shown, described, or claimed in the Asserted Patents, as well as documents related to any action or lawsuit before a foreign court concerning a patent infringement or similar claim regarding the subject matter shown, disclosed, or claimed in the Asserted Patents, any related patent or any foreign counterpart.  *See* Category Nos. 15 and 47 of Documents; *see also, e.g.,* Category Nos. 67 and 122 of Documents.  For example, Wilus has failed to provide documents related to its assertion against Acer of EP3879736—which is related to the '035 and '879 patents asserted in this case—in the Regional Court of Munich.  Please confirm you will supplement your production to provide the requested documents by May 30, 2025, or provide a time when you are available to meet and confer.

As stated above, Wilus's interrogatory responses and document production are deficient as to these categories of information.  Please confirm Wilus will promptly supplement its responses and document production, including but not limited to the responses and documents listed above.


Sincerely,

*/s/ Ralph Phillips*

Ralph Phillips

**MAY CONTAIN WILUS CONFIDENTIAL INFORMATION**