# Exhibit 11

| From: | Ralph A. Phillips |
|---|---|
| To: | mpaladino@raklaw.com |
| Cc: | FISH SERVICE Samsung/Wilus; melissa@gillamsmithlaw.com; rak_wilus@raklaw.com; garrett@millerfairhenry.com; Andrea Fair |
| Subject: | Wilus v. Samsung (2:24-cv-00746 & 00765 Cases) — Ownership |
| Date: | Tuesday, July 15, 2025 9:01:00 AM |

Mackenzie,

Further to my letter of July 11, 20205, Wilus's production remains deficient with respect to transfers of title and ownership of the asserted patents. As discussed in greater detail in my letter, Samsung is unable to ascertain whether all documents on this topic have been produced, or whether there are other, yet to be produced agreements.

This information must be in Wilus's possession and is foundational to establishing ownership and standing. Moreover, is clearly responsive to requests served at the initiation of discovery in these cases, and supplementation has been requested on multiple occasions. *See* Common Interrogatory Nos. 4, 7 (served February 21, 2025), Category Nos. 2 and 31 of Documents Requested (served February 21, 2025), my letters dated April 11, 2025 and May 23, 2025.

Accordingly, please confirm that Wilus will 1) immediately supplement its discovery responses to identify all agreements related to the transfer of the patents in suit by Bates number, and 2) confirm all such agreements have been produced or produce any yet to be produced agreements.

Absent such a confirmation, please provide your availability later today or tomorrow for a meet and confer on this issue.

Regards,

Ralph


**Ralph A. Phillips** :: Fish & Richardson P.C. :: +1-202-626-6382