# Exhibit 13



**Ralph Phillips**
Principal
RPhillips@fr.com
T: 202 626 6382

Fish & Richardson P.C.
1000 Maine Avenue SW
Suite 1000
Washington, DC 20024

T: 202 783 5070
F: 202 783 2331

<u>**VIA EMAIL**</u>

### RESTRICTED – ATTORNEYS' EYES ONLY

July 18, 2025

Mackenzie Paladino
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd., 12th Fl.
Los Angeles, CA 90025

Re: *Wilus Institute of Standards and Technology v. Samsung Electronics America, et al.*,
Case Nos. 2:24-cv-00746-JRG; 2:24-cv-00765-JRG

Dear Mackenzie:

We are in receipt of Wilus' supplemental responses to defendants' common interrogatories (dated July 17, 2025).

Further to my email of July 15, 2025, please confirm that the agreements cited in Wilus supplemental response to interrogatory number 7 include "all transfer of title or other ownership rights or interests in each Asserted Patent" including "consideration … given for each transfer" as required by the interrogatory. By way of specific example, please confirm there are no other agreements that define the "good and valuable consideration" that was purportedly exchanged as part of the assignment from SKT to Wilus dated May 27, 2024 (WILUS_0025432).

Absent these confirmations, please provide your availability later today or Monday for a meet and confer on this issue.

Sincerely,

*/s/ Ralph Phillips*

Ralph Phillips

fr.com