# Exhibit 14

| | |
|---|---|
| **From:** | mpaladino@raklaw.com |
| **To:** | Ralph A. Phillips |
| **Cc:** | jma@raklaw.com; maichele@raklaw.com; rak_wilus@raklaw.com; FISH SERVICE Samsung/Wilus |
| **Subject:** | Re: July 18 Discovery Letter |
| **Date:** | Friday, July 25, 2025 1:14:48 PM |

Ralph,

I can confirm that based on Wilus' reasonable search to date, Wilus is not withholding any agreements regarding transfer of title or ownership rights in the asserted patents.

**Mackenzie Paladino**
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jul 23, 2025, at 5:18 PM, Ralph A. Phillips <RPhillips@fr.com> wrote:

Mackenzie,

Thank you for providing this confirmation. Please note, however, my correspondence on this topic has not been limited to agreements regarding "good and valuable consideration" as described in WILUS_0025432.

Accordingl, lease further confirm either that 1 all a_reements re_ardin_ transfer of title or other ownershi ri_hts or interests in the asserted _atents are now identified in Wilus' supplemental response to defendants' common interro_ator_ number 7 or that 2 Wilus will immediatel su_ lement its response to interrogatory number 7 to identify all such agreements.

Otherwise, please advise as to availability for a lead/local meet and confer on this issue tomorrow or Friday.

Sincerely,

Ralph

**Ralph A. Phillips** :: Fish & Richardson P.C. :: +1-202-626-6382

**From:** Mackenzie Paladino <mpaladino@raklaw.com>
**Sent:** Tuesday, July 22, 2025 2:16 PM
**To:** Ralph A. Phillips <RPhillips@fr.com>
**Cc:** jma@raklaw.com; maichele@raklaw.com; rak_wilus@raklaw.com; FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>
**Subject:** Re: July 18 Discovery Letter

Ralph,

I can confirm that based on Wilus' reasonable search we are not withholdin_ an_ additional a_reements re_arding "good and valuable consideration" as described in WILUS_0025432 at this time.

**Mackenzie Paladino**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Jul 22, 2025, at 7:09 AM, Ralph A. Phillips <RPhillips@fr.com> wrote:

Mackenzie,

This information was sought by, at least, my previous correspondence of April 11th, May 23rd, July 11th, July 15th, and July 18th.

Given the number of times this information has been requested, and the fact that it goes to one of the foundational issues Wilus must demonstrate (namely ownership of the asserted patents), please confirm Wilus will supplement its discover_ res_onses and _roduction to _rovide this information or confirm no further agreements exist by no later than this Thursday (7/24).

Otherwise, please provide availability for a lead/local meet and confer this week on the issue.

Sincerely,

Ralph

**Ralph A. Phillips** :: Fish & Richardson P.C. :: +1-202-626-6382

---

**From:** Mackenzie Paladino <mpaladino@raklaw.com>
**Sent:** Friday, July 18, 2025 4:35 PM
**To:** Ralph A. Phillips <RPhillips@fr.com>
**Cc:** jma@raklaw.com; maichele@raklaw.com; rak_wilus@raklaw.com; FISH SERVICE Samsung/Wilus <FISHSERVICESamsungWilus@fr.com>
**Subject:** July 18 Discovery Letter

[This email originated outside of F&R.]

Hi Ralph,

I am in receipt of your letter, which requests the production of any agreements further defining the "consideration" described in the agreement between SKT and Wilus and/or confirmation that none exist, or otherwise availability to meet and confer tomorrow or Monday. We are currently looking into your request and should have an update by the end of next week.

**Mackenzie Paladino**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

**************************************************************
**************************************************************
This email message is for the sole use of the intended
recipient(s) and may contain confidential and privileged
information. Any unauthorized use or disclosure is prohibited.
If you are not the intended recipient, please contact the
sender by reply email and destroy all copies of the original
message.
**************************************************************
**************************************************************

```
*********************************************************************
***************************************************
This email message is for the sole use of the intended recipient(s) and
may contain confidential and privileged information. Any unauthorized use
or disclosure is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.
*********************************************************************
***************************************************
```