IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., <br> ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

## **ORDER**

Before the Court is Samsung's Motion for Sanctions Under Rule 37 (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). In the Motion, Samsung requests sanctions against Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") for violating the Discovery Order (Dkt. 49) entered in this case.

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Wilus shall be sanctioned as follows:

- This case shall be **STAYED** pending further discovery regarding the Patent Assignment Agreement. Wilus must produce to Samsung (1) all non-privileged communications between it and SKT regarding the Asserted Patents, (2) all ESI related

2

to the Patent Assignment Agreement, and (3) all of Wilus's counsel's communications concerning the Patent Assignment Agreement.  Wilus must further make Dr. Kwak available for a three hour deposition regarding Asserted Patent ownership.

- After the completion of further discovery, this case shall be **STAYED** in view of Samsung's Opposed Motion to Stay Pending *Inter Partes* Reviews (Dkt. 176, the "Motion to Stay")).

- The Court shall give the jury the following instruction: "The Court issued an order governing the production of information relevant to this case.  Wilus failed to follow the Court's order and failed to produce highly relevant information to Samsung in this case.  You may consider this failure to produce information during deliberations."

- Wilus shall reimburse Samsung for all fees and costs incurred in connection with Samsung's Motion to Dismiss (Dkt. 220), including Samsung's fees and costs associated with (a) repeatedly requesting Wilus to produce all ownership-related documents, (b) deposing Dr. Kwak, (c) all briefing of Samsung's Motion to Dismiss (Dkt. 220), (d) Samsung's engagement of its Korean legal expert, the Honorable Sung-Joon Choi, (e) any further discovery ordered by the Court, and (f) briefing the Motion.

- Wilus will have deducted an hour of trial time, being 10 minutes during its Opening Statement, 10 minutes during its Closing Argument, and 40 minutes from its presentation of evidence.