# Exhibit 1

US011516879B2

(12) **United States Patent**

Ahn et al.

(10) **Patent No.:**     **US 11,516,879 B2**

(45) **Date of Patent:**     **\*Nov. 29, 2022**

(54) **WIRELESS COMMUNICATION METHOD USING ENHANCED DISTRIBUTED CHANNEL ACCESS, AND WIRELESS COMMUNICATION TERMINAL USING SAME**

(71) Applicants: **WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**, Gyeonggi-do (KR); **SK TELECOM CO., LTD.**, Seoul (KR)

(72) Inventors: **Woojin Ahn**, Gyeonggi-do (KR); **Juhyung Son**, Gyeonggi-do (KR); **Geonjung Ko**, Seoul (KR); **Jinsam Kwak**, Gyeonggi-do (KR)

(73) Assignees: **WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**, Gyeonggi-do (KR); **SK TELECOM CO., LTD.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/383,479**

(22) Filed: **Jul. 23, 2021**

(65) **Prior Publication Data**

US 2021/0352761 A1     Nov. 11, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 16/294,883, filed on Mar. 6, 2019, now Pat. No. 11,116,035, which is a
(Continued)

(30) **Foreign Application Priority Data**

Sep. 7, 2016     (KR) ........................ 10-2016-0114822
Sep. 10, 2016     (KR) ........................ 10-2016-0116877
(Continued)

(51) **Int. Cl.**
*H04W 80/02*     (2009.01)
*H04W 74/00*     (2009.01)
(Continued)

(52) **U.S. Cl.**
CPC ........... *H04W 80/02* (2013.01); *H04L 5/0055* (2013.01); *H04W 28/0268* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. H04W 80/02; H04W 28/0268; H04W 74/0808; H04W 40/244; H04W 74/08;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

2003/0145095 A1     7/2003  Liu et al.
2010/0081393 A1     4/2010  Huang
(Continued)

FOREIGN PATENT DOCUMENTS

CN          103563457          2/2014
CN          104255068          12/2014
(Continued)

OTHER PUBLICATIONS

International Search Report for PCT/KR2017/009841 dated Jan. 9, 2018 and its English translation from WIPO (now published as WO 2018/048229).
(Continued)

*Primary Examiner* — Mandish K Randhawa
(74) *Attorney, Agent, or Firm* — Ladas & Parry, LLP

(57) **ABSTRACT**

Provided is a wireless communication terminal that communicates wirelessly. The wireless communication terminal
(Continued)

ACCESS A CHANNEL ACCORDING TO A PRIORITY OF DATA TO BE TRANSMITTED — S2801

TRANSMIT THE DATA THROUGH THE ACCESSED CHANNEL — S2803

US 11,516,879 B2

39
40

Although the present invention is described by using wireless LAN communication as an example, it is not limited thereto and may be applied to other communication systems such as cellular communication. Additionally, while the method, device, and system of the present invention are described in relation to specific embodiments thereof, some or all of the components or operations of the present invention may be implemented using a computer system having a general purpose hardware architecture.

The features, structures, and effects described in the above embodiments are included in at least one embodiment of the present invention and are not necessary limited to one embodiment. Furthermore, features, structures, and effects shown in each embodiment may be combined or modified in other embodiments by those skilled in the art. Therefore, it should be interpreted that contents relating to such combination and modification are included in the range of the present invention.

While the present invention is described mainly based on the above embodiments but is not limited thereto, it will be understood by those skilled in the art that various changes and modifications are made without departing from the spirit and scope of the present invention. For example, each component specifically shown in the embodiments may be modified and implemented. It should be interpreted that differences relating to such modifications and application are included in the scope of the present invention defined in the appended claims.

The invention claimed is:

1. A wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the wireless communication terminal comprising:
   a transceiver; and
   a processor,
   wherein the processor is configured to:
   receive, from the base wireless communication terminal, a trigger frame using the transceiver, wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal,
   transmit, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame using the transceiver,
   switch a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal,
   when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request an immediate response, set a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends,
   when the MPDU included in the trigger-based PPDU requests an immediate response, set the second parameter set timer for the access category of the MPDU for which immediate response is received,
   when the second parameter set timer expires, terminate an application of the second parameter set, and
   access a channel according to a priority of data to be transmitted to the base communication terminal by the wireless communication terminal and the parameter set.

2. The wireless communication terminal of claim 1, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.

3. The wireless communication terminal of claim 1, wherein the processor is configured to receive a beacon frame from the base wireless communication terminal and obtain information indicating a period of the second parameter set timer from the beacon frame.

4. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value within a contention window (CW),
   set a backoff timer based on the random integer value, and
   access the channel based on the back off timer and a predetermined slot time,
   wherein the parameter set comprises a minimum value (CWmin) of the CW and a maximum value (CWmax) of the CW.

5. The wireless communication terminal of claim 1, wherein the processor is configured to calculate a random integer value in a contention window (CW),
   set a backoff timer based on the random integer value,
   access the channel based on the back off timer and a predetermined slot time, and
   if a value of the CW is greater than the maximum value (CWmax) of the CW according to a priority of the data to be transmitted, sets the value of the CW to the CWmax.

6. The wireless communication terminal of claim 1, wherein the processor is configured to operate a plurality of queues that are classified according to an access category of data stored in a queue and performs backoff procedure of accessing a channel based on a time corresponding to a backoff timer in each of the plurality of queues, and
   when there is no data stored in the queue and the backoff timer corresponding to the queue is 0, perform no operation at a slot boundary of the backoff timer,
   wherein the backoff timer is set based on a random integer value calculated in a contention window (CW), and is reduced when the channel is idle for a predetermined slot time.

7. The wireless communication terminal of claim 1, wherein when there is no data stored in the queue and the backoff timer corresponding to the queue is 0, the processor is configured to maintain the backoff timer to be 0.

8. An operation method of a wireless communication terminal that wirelessly communicates with a base wireless communication terminal, the method comprising:
   receiving, from the base wireless communication terminal, a trigger frame; wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal,
   transmitting, to the base wireless communication terminal, a trigger-based physical layer protocol data unit (PPDU) in response to the trigger frame;
   switching a parameter set, which is a set of parameters used for the channel access, from a first parameter set to a second parameter set based on whether the base wireless communication terminal triggers a multi-user uplink transmission participation of the wireless communication terminal;
   when a MAC protocol data unit (MPDU) included in the trigger-based PPDU does not request the immediate response, setting a second parameter set timer for an access category of the MPDU when the transmission of the trigger-based PPDU ends;
   when the MPDU included in the trigger-based PPDU requests the immediate response, setting the second parameter set timer for the access category of the MPDU for which immediate response is received;

US 11,516,879 B2

**41**

when the second parameter set timer expires, terminating an application of the second parameter set;

accessing a channel according to a priority of data to be transmitted to the base wireless communication terminal and the parameter set; and

transmitting the data through the channel.

**9**. The method of claim **8**, wherein the MPDU included in the trigger-based PPDU is a QoS data frame.

**10**. The method of claim **8**, the method further comprising:

receiving a beacon frame from the base wireless communication terminal; and

obtaining information indicating a period of the second parameter set timer from the beacon frame.

* * * * *

**42**