# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

WILUS INSTITUTE OF STANDARDS    )  CAUSE NO. 2:24-CV-752-JRG
AND TECHNOLOGY, INC.,           (
                                )
        Plaintiff,              (
                                )
vs.                             (
                                )
HP, INC., et al.,               (  MARSHALL, TEXAS
                                )  DECEMBER 16, 2025
        Defendants.             (  9:00 A.M.
_____

_____

MARKMAN HEARING

BEFORE THE HONORABLE RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

_____

SHAWN McROBERTS, RMR, CRR
100 E. HOUSTON STREET
MARSHALL, TEXAS  75670
(903) 923-8546
shawn_mcroberts@txed.uscourts.gov

Shawn M. McRoberts, RMR, CRR
Federal Official Court Reporter

it talks about at the beginning the processor calculating a random integer value, and then it says set a backoff timer based on the random integer value, and it doesn't say anything about the timer expiring or immediately after. And so, again, we don't need to pick out like one verb from this claim, but a person of skill would be reading it in context and understanding it.

And I think there is an argument from Mr. McKeon from Samsung this idea that individual words have to mean exactly the same thing in every claim, but we know the English language is imperfect, and I think even for claim 1 there are words like the word 'when', and the parties have agreed that depending on the surrounding context, when 'when' can mean different things. It can mean a conditional, it can mean if, or it can mean time or duration.

And so I think that if you -- to the extent their best argument is about claim 5, we think it helps us because it's informed by the surrounding context. It's also talking about a different timer. It's talking about the backoff timer as opposed to the second parameter timer.

And then, Your Honor, the very last point I'll make --

And Ms. Fair, could you please pull up Samsung's technology tutorial that was submitted to the Court? Yes. And could we go to page 1?

So, yeah, this is Samsung's technology tutorial submitted