# Exhibit 7

# Samsung introduces Galaxy Tab S, a Super AMOLED tablet

on June 13, 2014

---

**Summary:**

* Samsung Electronics announced the **Galaxy Tab S**, Samsung's thinnest and lightest tablet with WQXGA (2560×1600, 16:10) Super AMOLED display.

* The Galaxy Tab S comes in two sizes: 8.4-inch and 10.5-inch.

**Turn Up the Color with the Samsung Galaxy Tab S**

*Stunning Galaxy Tab S tablet delivers the most advanced mobile display on the market;*

*Richer, lighter, more immersive*

Samsung Electronics announced the **Galaxy Tab S**, Samsung's thinnest and lightest tablet to date. This Super AMOLED tablet combines the most advanced display technology with a full range of premium content for an unrivaled entertainment experience. The Galaxy Tab S is also powered with enhanced productivity features for effortless multitasking, all elegantly housed in a highly stylish, yet practical design.

"The tablet is becoming a popular personal viewing device for enjoying content, which makes the quality of the display a critical feature," said JK Shin, CEO and President of IT & Mobile Division, Samsung Electronics. "With the launch of the Galaxy Tab S, Samsung is setting the industry bar higher for the entire mobile industry. It will provide consumers with a visual and entertainment experience that brings colors to life, beautifully packaged in a sleek and ultra-portable mobile device."

[new_royalslider id="60"]

**Turn up the Color with the Industry's Best Mobile Display – Super AMOLED**

The Galaxy Tab S embodies the next evolution in mobile display technology, delivering a wider range of rich and crisp colors. Its industry-leading **WQXGA (2560×1600, 16:10) Super AMOLED display** delivers more than 90% of Adobe RGB color coverage – expressing more colors than ever before – and has a remarkable

PRIOR_ART_00001931

100,000:1 contrast ratio which provides deeper and more realistic images by making blacks darker and whites brighter.

The Galaxy Tab S also features additional Samsung screen technologies that go beyond the hardware specifications. The tablet's **Adaptive Display** ensures the best visual experience anywhere, anytime by intelligently adjusting gamma, saturation, and sharpness based on the application being viewed, the color temperature of the viewing environment and ambient lighting. Pre-set professional modes – *AMOLED Cinema* and *AMOLED Photo* – also let users manually adjust the display settings for bright, dynamic results for both video and photo content.

In addition, Galaxy Tab S users can fully enjoy content clearly and easily outdoors, even in bright sunlight. The tablet's advanced outdoor visibility technology makes on-screen content look bright, natural, and easy to view.

Since Super AMOLED technology doesn't require a backlight, the Galaxy Tab S consumes less energy than comparative LCD displays while maintaining a very portable design. Both models have a sleek 6.6mm profile and at only 465g (10.5-inch) and 294g (8.4-inch)[*], that are light and easy to carry. With its longer-lasting battery, and **Ultra-Power Saving Mode**, the Galaxy Tab S lets consumer enjoy hours of entertainment without having to worry about recharging.

*\* Device weights are measured with WIFI only version of Galaxy Tab S 10.5-inch and 8.4-inch*

**Premium Content Eco-System**

The Galaxy Tab S is made for entertainment and comes packed with a variety of content including:

- Samsung's magazine service, **"Papergarden"** debuts on the Galaxy Tab S. An optimized viewing environment for digital interactive magazines, users will be able to view a wide range of popular magazines with vivid and true-to-life colors.
- **Galaxy Gifts**: Samsung has teamed up with more than 30 of the world's leading mobile content and service providers to offer its Galaxy Tab S users the ultimate home, work, and play entertainment experience through premium content and services across a wide range of industries. Some of these include:

PRIOR_ART_00001932

o With Samsung's strategic partnership with Marvel, Galaxy Tab S users will be able to access over 15,000 Marvel Comics through 3 months of unlimited free membership to Marvel's **"Marvel Unlimited"** app.

o **Kindle for Samsung**: Exclusively for Samsung customers, and customized for the Galaxy Tab S, users will receive a free book every month through Samsung Book Deals, plus the ultimate e-reading experience with access to a vast selection of e-books in the Kindle store.

– Samsung has also partnered with **Google Play,** Google's online digital entertainment store offering apps, games, music, movies, books and magazines. To get Galaxy Tab S users started, Samsung and Google Play are offering several gifts: access to a range of movie and entertainment content, including the Warner Bros. Academy Award winning movie "Gravity" as well a variety of books from top publishers through the **"My Library"** widget.

Furthermore, Galaxy Tab S users can now enjoy **Netflix**, available in high definition for the first time for Galaxy users in select countries.

**Stylish Form Factor and Practical Accessories**

Beautifully crafted and designed with architectural aesthetics, the Galaxy Tab S is modern and sleek.

Extending this design identity, the Galaxy Tab S offers a choice of several fashionable and practically designed custom accessories. The **Book Cover** accessory configures to three different display angles to provide the most comfortable position to watch videos, read or type. For users looking for the same protective structure of the Book Cover but with a slimmer design, Samsung offers the **Simple Cover** that offers a perfectly fitting, lightweight protection. The **Bluetooth Keyboard** is a new, ergonomically designed ultra-slim keyboard designed specifically for the Galaxy Tab S which perfectly pairs the device with the keyboard with a clasp for better protection.

**The Galaxy Experience – Productivity Features That Help You Multitask**

The Galaxy Tab S delivers an unmatched selection of enhanced productivity and security features that provide users with the ability to effortlessly and safely multitask. Users can make and receive calls directly from their phone to their Galaxy Tab S, anywhere at home, no matter where their phone is with the **Call**

PRIOR_ART_00001933

**Forwarding** feature via SideSync 3.0. The Galaxy Tab S also allows consumers to truly multitask, enabling them to surf the web, watch videos, share content and make calls simultaneously without having to worry about closing out of one to access another. With **Quick Connect**, Galaxy Tab S quickly finds and connects to nearby devices, for easy content sharing. These features are all available on both WiFi and LTE versions.

Additional useful features include a **'Multi User Mode'** that enables users to create their own personal optimized profile, safe and convenient access with a built-in **'Fingerprint Scanner,'** and a specially designed **'Kids' Mode'** with its own dedicated interface and kid-friendly applications.

The Samsung Galaxy Tab S will come in a variety of connectivity options: Wi-Fi, or Wi-Fi and LTE, available in 16/32GB* + MicroSD (up to 128GB). Users can also choose between the 10.5-inch and 8.4-inch versions, in Titanium Bronze or Dazzling White. The Galaxy Tab S will be available in selective markets from July, 2014.

For more product information, please visit [www.samsungmobilepress.com](http://www.samsungmobilepress.com) / m.samsungmobilepress.com

**Galaxy Tab S 8.4-inch Product Specifications**

PRIOR_ART_00001934

# Galaxy Tab S 8.4-inch
# Product Specifications



**Video**
Recording - FHD(1920 x 1080) @ 30fps
Playback - WQHD(2560x1440) @ 30fps

125.6mm

**Camera / Flash**
8MP w/LED Flash + 2.1MP Full HD

**Battery**
4,900mAh

**Sensor**
Accelerometer, Fingerprint Sensor, Gyro Sensor, Geomagnetic Sensor, Hall Sensor, RGB Sensor
*Proximity Sensor (only LTE ver)

**OS**
Android Kitkat(4.4)

212.8mm

**Display**
8.4" 2560x1600 (WQXGA) Super AMOLED

**Weight**
Wifi version - 294g
LTE version - 298g

**Simple Clickers**

**Memory**
3GB(RAM) + 16/32GB internal memory microSD up to 128GB

**Connectivity**
WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, Bluetooth®4.0, IrLED

**Network**
LTE - 800/900/1800/2600 + 850/2100
3G - 850/900/1900/2100
2G - 850/900/1800/1900

6.6mm

**Processor**
Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore
* Selection to AP subject to change without prior notice or obligation

- The services listed above may not be available in all regions and features may vary by region. Also, service provider may change the name and/or value of its application at any time.
- All functionality, features, services, applications, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

**SAMSUNG TOMORROW**

| Category | Specifications |
|---|---|
|  |  |

PRIOR_ART_00001935

| | |
|---|---|
| **Network** | LTE : 800/ 900/ 1800/ 2600+850/ 2100<br>3G : 850/ 900/ 1900/ 2100<br>2G : 850/ 900/ 1800/ 1900 |
| **Processor** | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |
| **Display** | 8.4" 2560×1600(WQXGA) Super AMOLED |
| **OS** | Android Kitkat (4.4) |
| **Camera / Flash** | 8MP w/ LED Flash + 2.1MP Full HD |
| **Video** | H.263, H.264(AVC), MPEG4, VC-1, WMV7, WMV8, VP8<br>Recording : FHD(1920 x 1080) @ 30fps<br>Playback: WQHD (2560×1440) @ 30fps |
| **Audio** | MP3, AAC, AAC+, eAAC+, WMA, Vorbis, FLAC |
| **Content Services / Applications** | Papergarden, Professional pack, Multi-user mode, Sidesync 3.0, Gear & Gear fit manager |
| **Free Downloadable apps** | Group Play, S-Note, S Translator, Samsung Link, Scrapbook, Story Album, Video Editor,<br><br>Gear Manager, Gear Fit Manager, Samsung Smart Switch, Samsung Level, E-meeting, Kids Mode, Kids Piano(Ding Dong Tap), S-Console, Hanshow, Hancell, Hanwrite |
| **Google Mobile Services** | Chrome, Gmail, Google Search, Maps, Play Store, Voice Search, YouTube, Google+, Hangouts, Play books, Play Games, Play Newsstand, Play Movies & TV, Play Music, Drive, Google setting, Photos |
| **Connectivity** | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
| **GPS** | GPS, GLONASS, Beidou(not supported in USA, Canada) |
| **Sensor** | Accelerometer, Fingerprint Sensor, Gyro Sensor, Geomagnetic Sensor, Hall Sensor, RGB Sensor<br>*Proximity Sensor(only LTE ver) |

PRIOR_ART_00001936

| Memory | 3GB (RAM) + 16/32GB internal memory microSD up to 128GB |
| --- | --- |
| Dimension / Weight | 125.6 x 212.8 x 6.6mm, 294g(Wifi) /298g(LTE) |
| Battery | 4,900mAh |

**Galaxy Tab S 10.5-inch Product Specifications**

PRIOR_ART_00001937



# Galaxy Tab S 10.5-inch
# Product Specifications

**Weight**
Wifi version - 465g
LTE version - 467g

247.3mm

177.3mm

**Camera / Flash**
8M w/Flash LED + 2.1M Full HD

**Memory**
3GB(RAM) + 16/32GB internal memory
microSD up to 128GB

**Sensor**
Accelerometer, Fingerprint
Sensor, Gyro Sensor,
Geomagnetic Sensor,
Hall Sensor, RGB Sensor

**Display**
10.5" 2560x1600 (WQXGA)
Super AMOLED

6.6mm

**Battery**
7,900mAh

**OS**
Android 4.4(Kitkat)

**Connectivity**
WiFi 802.11 a/b/g/n/ac MIMO,WiFi Direct,
Bluetooth ®4.0, IrLED

**Network**
LTE - 800/900/1800/2600 + 850/2100
3G - 850/900/1900/2100
2G - 850/900/1800/1900

**Video**
Recording - FHD(1920 x 1080) @ 30fps
Playback - WQHD(2560x1440) @ 30fps

**Processor**
Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore)
or Qualcomm Snapdragon 800 2.3 GHz Quadcore

* Selection to AP subject to change without prior notice or obligation

- The services listed above may not be available in all regions and features may vary by region.
  Also, service provider may change the name and/or value of its application at any time.
- All functionality, features, services, applications, specifications, and other product information provided in this document including, but not limited to,
  the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.
- Galaxy NotePRO and TabPRO tablets' offered connectivity and memory options may be varied by product model or available regions

**SAMSUNG TOMORROW**

| Category | Specifications |
|---|---|
| Network | LTE : 800/ 900/ 1800/ 2600+850/ 2100<br>3G : 850/ 900/ 1900/ 2100<br>2G : 850/ 900/ 1800/ 1900 |

PRIOR_ART_00001938

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore * |
|---|---|
| Display | 10.5" 2560×1600(WQXGA) Super AMOLED |
| OS | Android 4.4 (Kitkat) |
| Camera / Flash | 8MP w/ Flash LED + 2.1M Full HD |
| Video | H.263, H.264(AVC), MPEG4, VC-1, WMV7, WMV8, VP8<br>Recording : FHD(1920 x 1080) @ 30fps<br>Playback: WQHD (2560×1440) @ 30fps |
| Audio | MP3, AAC, AAC+, eAAC+, WMA, Vorbis, FLAC |
| Content Services / Applications | Papergarden, Professional pack, Multi-user mode, Sidesync 3.0, Gear & Gear fit manager |
| Free Downloadable apps | Group Play, S-Note, S Translator, Samsung Link, Scrapbook, Story Album, Video Editor<br><br>Gear Manager, Gear Fit Manager, Samsung Smart Switch, Samsung Level, E-meeting, Kids Mode, Kids Piano(Ding Dong Tap), S-Console, Hanshow, Hancell, Hanwrite |
| Google Mobile Services | Chrome, Gmail, Google Search, Maps, Play Store, Voice Search, YouTube, Google+, Hangouts, Play books, Play Games, Play Newsstand, Play Movies & TV, Play Music, Drive, Google setting, Photos |
| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO,WiFi Direct, *Bluetooth* ®4.0, IrLED |
| GPS | GPS, GLONASS, Beidou(not supported in USA, Canada) |
| Sensor | Accelerometer, Fingerprint Sensor, Gyro Sensor, Geomagnetic Sensor, Hall Sensor, RGB Sensor |
| Memory | 3GB (RAM) + 16/32GB internal memory<br>microSD up to 128GB |
| Dimension / Weight | 247.3 x 177.3 x 6.6 mm , 465g(Wifi)/ 467g(LTE) |

PRIOR_ART_00001939

| | |
|---|---|
| **Battery** | 7,900mAh |

*\* The services listed above may not be available in all regions and features may vary by region.*

*Also, service provider may change the name and/or value of its application at any time.*

*\* Processors may differ by region or operators*

*\*\*All functionality, features, services, applications, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.*

[1] **Galaxy Gifts:**

| Services | Offers |
|---|---|
| **Asphalt 8** | Free car pack item (Worth of $20) |
| **Bitcasa** | 3 months subscription of 1TB Storage |
| **Bloomberg Businessweek+** | 12 months trial subscription |
| **Box** | 50GB for 6 months |
| **Blurb** | $5 coupon |
| **Cisco WebEX Meetings** | 6 month free subscription and unlimited meetings |
| **Colossatron** | Free game download plus 60 Power Orbs (Worth of $5.99) |
| **Conde Nast Magazines** | Free special editions of Vogue, GQ and more |
| **Cut the Rope 2** | Free in-game items (Worth of $15) |
| **Dropbox** | 50GB of included space for 2 years (100GB for $99/year) |
| **Easilydo** | 6 months trial subscription |
| **Evernote** | Premium Service for 1 year |
| **Family Guy** | Premium in-game credit (Worth of $15) |

PRIOR_ART_00001940

| | |
|---|---|
| **Fruit Ninja** | Free game download plus 10,000 Starfruits (Worth of $5.99) |
| **Hancom Office** | Documents on-the-go for Android |
| **Kindle for Samsung** | Samsung Book Deals; One free book per month |
| **Learn English – Voxy** | 3 months trial subscription of Premium English Training Course |
| **LinkedIn** | LinkedIn Premium – Business account for 3 months |
| **LIVESPORT.TV\*** | 6 months trial subscription |
| **Marvel Unlimited** | 3 months trial subscription of Marvel Unlimited digital comics |
| **Paypal** | Paypal Merchant discounts and special offers (Worth of $50) |
| **Pocket** | 6 months trial premium subscription |
| **Real Player Cloud** | 6 months trial of 100GB 'Gold' Subscription |
| **Remote PC** | 2 year trial subscription |
| **The Economist** | 6 months trial subscription |
| **The Wall Street Journal** | 6 months trial subscription |
| **The Washington Post** | 6 months trial subscription |
| **The New York Times** | 12 weeks trial digital subscription |
| **Workout Trainer** | 6-month trial of premium service |

*Disclaimer: The services listed above may not be available in all regions and features may vary by region.*

*Also, service provider may change the name and/or value of its application at any time.*

*\*All functionality features, specifications, and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.*

PRIOR_ART_00001941

**Press Resources > Press Release**

PRIOR_ART_00001942