# Exhibit 3

████████████████████

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

**OPENING REPORT OF DR. HARRY BIMS (CORRECTED)**

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Date: January 28, 2026

_____
Harry Bims Ph.D.

2

███████████████████████

TABLE OF CONTENTS

Page

I.      INTRODUCTION ........................................................................................................14

II.     SUMMARY OF OPINIONS ......................................................................................16

     A.      Summary of Opinions on the '077 Patent............................................................. 16

     B.      Summary of Opinions on the '281 Patent............................................................. 17

     C.      Summary of Opinions on the '595 Patent............................................................. 18

     D.      Summary of Opinions on the '210 Patent............................................................. 19

III.    QUALIFICATIONS....................................................................................................20

IV.     LEGAL STANDARDS...............................................................................................24

     A.      Person Of Ordinary Skill In The Art.................................................................... 24

     B.      Priority Date.......................................................................................................... 24

     C.      Effective Filing Date............................................................................................. 25

     D.      Prior Art ................................................................................................................ 26

     E.      Anticipation........................................................................................................... 28

     F.      Obviousness .......................................................................................................... 28

     G.      Patent Eligible Subject Matter (Subject Matter Eligibility)................................. 32

     H.      Written Description Requirement .......................................................................... 33

     I.      Enablement Requirement....................................................................................... 35

     J.      Improper Inventorship .......................................................................................... 36

     K.      Inter Partes Review............................................................................................... 37

     L.      Inequitable Conduct............................................................................................... 37

     M.      Derivation ............................................................................................................. 38

     N.      Non-Infringing Alternatives.................................................................................. 39

V.      LEVEL OF ORDINARY SKILL IN THE ART.......................................................39

VI.  TECHNOLOGY BACKGROUND ...................................................................................40

      A.     Development of IEEE 802.11 ........................................................................ 40

      B.     IEEE 802.11 Concepts .................................................................................. 42

      C.     Multicarrier Technology ............................................................................... 43

      D.     Multiple Access Technology ......................................................................... 46

      E.     Multi-Antenna Transmission ........................................................................ 47

      F.     Development of IEEE 802.11a ...................................................................... 49

      G.     Development of IEEE 802.11n ...................................................................... 50

      H.     Development of IEEE 802.11ac...................................................................... 51

      I.     Development of IEEE 802.11ax ..................................................................... 53

           1.     July 2015 ........................................................................................... 54

           2.     December 2015 .................................................................................. 54

           3.     December 2016 .................................................................................. 55

VII.  STATE OF THE ART ..............................................................................................56

      A.     Conventional, Well-Known Elements of the '077 Patent ................................... 57

           1.     Wireless Device Components Including Processor and Transceiver........ 57

           2.     Receiving a Non-Legacy Physical Layer Frame, Obtaining a L-SIG, and Obtaining Length Information From a L_SIG........................... 59

           3.     Determining the Format of a Physical Layer Frame................................ 59

           4.     Determining the Number of Data Symbols in a Frame ........................... 63

      B.     Conventional, Well-Known Elements of the '281 & '595 Patents ....................... 64

           1.     Wireless Device Components Including Processor and Communication Unit.................................................................................. 64

           2.     Receiving Bandwidth Field of HE-SIG-A and RU Allocation Field HE-SIG-B, and Decoding Packet Based on This Information.................. 65

           3.     Providing Puncturing Information Via Bandwidth Field of HE-SIG-A.................................................................................................... 65

4

4.    Providing Additional Puncturing Information Via RU Allocation Field of HE-SIG-B ........................................................................ 66

5.    Signaling Center-26 RU Allocation for 80MHZ and 160MHz Bandwidth .................................................................................... 66

C.    Conventional, Well-Known Elements of the '210 Patent ..................................... 67

1.    Wireless Device Components Including Processor and Communication Unit ........................................................................ 67

2.    High Efficiency Signaling Fields ................................................................ 67

VIII. OVERVIEW OF THE ASSERTED PATENTS ................................................................. 69

A.    The '077 Patent ........................................................................................... 69

1.    Overview ................................................................................................ 69

2.    File History ............................................................................................ 75

3.    IPR Status ............................................................................................... 75

4.    Asserted Claims ...................................................................................... 75

5.    Priority Dates of the Asserted Claims ..................................................... 78

B.    Overview of the '281 Patent ...................................................................... 86

1.    Overview ................................................................................................ 86

2.    File History ............................................................................................ 87

3.    IPR Status ............................................................................................... 89

4.    Asserted Claims ...................................................................................... 89

5.    Priority Dates of the Asserted Claims ..................................................... 91

C.    Overview of the '595 Patent ...................................................................... 91

1.    Overview ................................................................................................ 91

2.    File History ............................................................................................ 93

3.    IPR Status ............................................................................................... 95

4.    Asserted Claims ...................................................................................... 95

|  |  | 5. | Priority Dates of the Asserted Claims | 97 |
| --- | --- | --- | --- | --- |
|  | D. |  | Overview of the '210 Patent | 97 |
|  |  | 1. | Overview | 97 |
|  |  | 2. | File History | 102 |
|  |  | 3. | IPR Status | 103 |
|  |  | 4. | Asserted Claims | 103 |
|  |  | 5. | Priority Dates of the Asserted Claims | 105 |
| IX. | CLAIM CONSTRUCTION OF THE ASSERTED PATENTS |  |  | 110 |
| X. | OVERVIEW OF PRIOR ART |  |  | 110 |
|  | A. |  | Samsung Galaxy Tab S | 110 |
|  |  | 1. | Prior Art Status | 110 |
|  |  | 2. | Overview of the Samsung Galaxy Tab S | 111 |
|  | B. |  | IEEE 802.11-2012 | 114 |
|  |  | 1. | Prior Art Status | 114 |
|  |  | 2. | Overview | 114 |
|  | C. |  | IEEE 802.11ac | 119 |
|  |  | 1. | Prior Art Status | 119 |
|  |  | 2. | Overview | 119 |
|  | D. |  | IEEE P802.11ax/D0.5 | 121 |
|  |  | 1. | Prior Art Status | 121 |
|  |  | 2. | Overview | 122 |
|  | E. |  | Zhang et al., "HE PHY Padding and Packet Extension," July 2015, ("Zhang 810") | 128 |
|  |  | 1. | Prior Art Status | 128 |
|  |  | 2. | Overview | 129 |
|  |  | 3. | Zhang's Supplemental Disclosure | 132 |

F.     U.S. Patent 9,001,929 ("Lee 929") ................................................................ 137

    1.     Prior Art Status .................................................................. 137

    2.     Overview ........................................................................... 137

G.     U.S. Patent Pub. 2017/0366310 ("Verma 310") ........................................... 140

    1.     Prior Art Status .................................................................. 140

    2.     Overview ........................................................................... 140

H.     U.S. Patent Pub. 2018/0102929 ("Lin 929") ................................................. 141

    1.     Prior Art Status .................................................................. 141

    2.     Overview ........................................................................... 141

I.     U.S. Patent Pub. 2017/0181129A1 ("Bharadwaj 129") ................................. 143

    1.     Prior Art Status .................................................................. 143

    2.     Overview ........................................................................... 143

J.     U.S. Patent Pub. 2016/0330058A1 ("Chen") ................................................ 146

    1.     Prior Art Status .................................................................. 146

    2.     Overview ........................................................................... 146

K.     U.S. Patent Pub. 2016/0330300A1 ("Josiam") ............................................. 147

    1.     Prior Art Status .................................................................. 147

    2.     Overview ........................................................................... 147

L.     U.S. Patent Pub. 2017/0094664A1 ("Lee 664") ........................................... 150

    1.     Prior Art Status .................................................................. 150

    2.     Overview ........................................................................... 150

M.     U.S. Patent Pub. 2017/0064718A1 ("Bharadwaj 718") ................................. 151

    1.     Prior Art Status .................................................................. 151

    2.     Overview ........................................................................... 151

N.     U.S. Patent Pub. US 2018/0176066 ("Lim 066") .......................................... 152

███████████████

        1.     Prior Art Status..................................................................... 152

        2.     Overview.............................................................................. 152

    O.    U.S. Patent Pub. 2016/0353322A1 ("Li") ............................................ 153

        1.     Prior Art Status..................................................................... 153

        2.     Overview.............................................................................. 153

XI.  ANALYSIS OF THE '077 PATENT ...................................................................154

    A.    Opinions for the '077 Patent Based on Prior art .................................... 154

        1.     Samsung Galaxy Tab S in Combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac ............................................ 154

        2.     Samsung Galaxy Tab S in Combination with Lin 929........................... 192

    B.    The Asserted Claims of the '077 Patent Lack Written Description and Enablement Support........................................................................ 227

    C.    The Asserted Claims of the '077 Patent Do Not Recite Patent Eligible Subject Matter ............................................................................... 232

        1.     The Asserted Claims of the '077 Patent are Directed to an Abstract Idea.................................................................................... 232

        2.     The Asserted Claims of the '077 Patent Do Not Recite an Inventive Concept ............................................................................... 234

XII. ANALYSIS OF THE '281 PATENT ...................................................................245

    A.    Opinions for the '281 Patent Based on Prior art .................................... 245

        1.     Samsung Galaxy Tab S in Combination with Josiam ........................... 245

        2.     Samsung Galaxy Tab S in Combination with Li.................................. 262

        3.     Bharadwaj 129 alone or in Combination with Chen............................. 284

    B.    Asserted Claims of the '281 Patent Lack Written Description Support ............. 301

        1.     "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth" ............................ 301

C.   The Asserted Claims of the '281 Patent Do Not Recite Patent Eligible Subject Matter .................................................................................. 303

    1.   The Asserted Claims of the '281 Patent are Directed to an Abstract Idea .......................................................................................... 304

    2.   The Asserted Claims of the '281 Patent Do Not Recite an Inventive Concept ...................................................................................... 305

XIII. ANALYSIS OF THE '595 PATENT ...................................................................315

A.   Opinions for the '595 Patent Based on Prior art ................................. 316

    1.   Samsung Galaxy Tab S in Combination with 802.11ac and Lee 664 ..... 316

    2.   Samsung Galaxy Tab S in Combination with Bharadwaj 718 and Lee 664 ........................................................................................ 333

    3.   Samsung Galaxy Tab S in Combination with Li and Lee 664 ............... 346

    4.   Josiam ................................................................................... 363

B.   Asserted Claims of the '595 Patent Lack Written Description Support ............. 383

    1.   "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz" .................................................................................... 383

C.   The Asserted Claims of the '595 Patent Do Not Recite Patent Eligible Subject Matter .................................................................................. 384

    1.   The Asserted Claims of the '595 Patent are Directed to an Abstract Idea .......................................................................................... 384

    2.   The Asserted Claims of the '595 Patent Do Not Recite an Inventive Concept ...................................................................................... 386

XIV. ANALYSIS OF THE '210 PATENT ...................................................................398

A.   Opinions for the '210 Patent Based on Prior art ................................. 398

    1.   Samsung Galaxy Tab S in Combination with Verma 310 ...................... 398

    2.   Samsung Galaxy Tab S in Combination with Lim 066 and IEEE P802.11ax/D0.5 ........................................................................... 428

B. Asserted Claims of the '210 Patent Lack Written Description and Enablement Support......................................................................... 461

C. The Asserted Claims of the '210 Patent Do Not Recite Patent Eligible Subject Matter ............................................................................... 467

 1. The Asserted Claims of the '210 Patent are Directed to an Abstract Idea.......................................................................... 467

 2. The Asserted Claims of the '210 Patent Do Not Recite an Inventive Concept ............................................................... 469

XV. SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS.....................478

A. Lack of Commercial Success............................................................... 478

 1. The Accused Products Do Not Demonstrate Commercial Success Tied to the Asserted Patents ................................................ 478

 2. Wilus Did Not Have Demonstrated Commercial Success Tied to the Asserted Patents ................................................................. 479

B. Lack of Success via Licensing............................................................. 480

C. No Industry Praise............................................................................... 480

D. No Long Felt Need or Failure of Others.............................................. 482

E. No Copying ......................................................................................... 482

F. No Unexpected Results........................................................................ 482

G. No Skepticism by Experts.................................................................... 482

H. No Teaching Away .............................................................................. 483

I. Wilus's Lone '210 Patent Argument.................................................... 483

XVI. IMPROPER INVENTORSHIP & DERIVATION.........................................485

A. '077 Patent ......................................................................................... 485

B. '281 & '595 Patents ............................................................................ 487

 1. Improper inventorship based on Wilus employee.................................. 488

 2. Improper inventorship based on other IEEE members' employees........ 489

C. '210 Patent ......................................................................................... 494

XVII.  INEQUITABLE CONDUCT ..................................................................................498

    A.    Materiality.................................................................................... 498

    B.    Priority Claim Applications Cover Different Inventions ................................... 500

    C.    Familiarity with Prior Art.................................................................. 502

        1.    Named Inventor – Ko.................................................................. 502

        2.    Named Inventor – Kwak.............................................................. 506

        3.    Named Inventor – Son ................................................................ 507

XVIII. ALTERNATIVES TO THE WILUS PATENTS .............................................................508

    A.    Alternatives to the '077 Patent............................................................ 508

        1.    Alternatives That Do Not Obtain Information Other Than Information on the Duration of the Non-Legacy Physical Layer Frame Through a Remaining Value Obtained by Dividing the Length Information by a Data Size Transmittable by a Symbol of a Legacy Physical Layer Frame................................................. 509

        2.    Alternatives That Do Not Determine the Number of Data Symbols of a Frame Using the "+ m" version of the $N_{SYM}$ Equation.................... 509

        3.    Additional Alternatives ............................................................... 512

    B.    Alternatives to the '281 Patent............................................................ 513

        1.    Alternatives That Do Not Signal Puncturing Information ..................... 513

        2.    Alternatives In Which Unassigned RU Is Not Indicated Via a Combination.............................................................................. 513

        3.    Alternatives In Which RU Allocation Field Does Not Indicate Additional Puncturing Information.......................................... 514

        4.    Additional Alternatives ............................................................... 514

    C.    Alternatives to the '595 Patent............................................................ 515

        1.    Alternatives That Do Not Signal Center-26 RU Assignment ................. 515

        2.    That Is Not Limited to Bandwidth of 80MHz or More ......................... 515

        3.    Additional Alternatives ............................................................... 516

D.      Alternatives to the '210 Patent.................................................................. 516

    1.      Alternatives That Do Not Use HE MU PPDU For Any SU MIMO Transmissions........................................................................................ 517

    2.      Additional Alternatives .............................................................. 517

XIX.    OTHER OPINIONS REGARDING ASSERTED PATENTS AND RELEVANT TECHNOLOGY ..................................................................................................518

A.      Accused Products & Functionality ...................................................... 518

B.      Samsung/Atlas Global Agreement........................................................ 519

C.      Relative Importance of Wi-Fi ............................................................... 524

XX. CONCLUSION................................................................................................528

4.      This Report incorporates by reference the declaration I submitted on December 22, 2025 ("Bims Declaration").

5.      This Report contains statements of my opinions formed to date and the bases and reasons for those opinions. I may offer additional opinions based on further review of materials in the case, including opinions and/or testimony of other expert witnesses.

6.      In forming my opinions, I have relied on my knowledge and experience as a person of skill in the art and on the documents and information described below. I may also review other materials throughout this case, including any other documents or testimony that may emerge in this case. Those materials may affect my opinion in this matter.

7.      I reserve the right to modify and supplement my analysis and conclusions set forth in this Report, within the guidelines of the Court, based upon any additional fact discovery performed by the parties or in response to any reports by Wilus's experts. I also reserve the right to modify and supplement my analysis and conclusions set forth in this Report based upon any change to any of the applicable legal standards explained to me by Samsung's counsel.

8.      At trial, I may rely on visual aids and/or analogies concerning elements of the Patents-in-Suit or other aspects of my opinions or the material in this Report. In connection with my anticipated testimony in this case, I may use as exhibits of various documents produced in this case that refer or relate to the matters discussed in this Report. I have not yet selected the particular exhibits that might be used. In addition, I may create or assist in the creation of certain demonstrative evidence to assist me in testifying.



Figure 22-18—VHT-SIG-A1 structure



Figure 22-19—VHT-SIG-A2 structure

307.    The VHT-SIG-B Length field is obtained by performing a ceiling operation. *See id.*, Section 22.3.8.3.6.

### D.    IEEE P802.11ax/D0.5

#### 1.    Prior Art Status

308.    IEEE P802.11ax/D0.5 is titled "Draft Standard for Information technology– Telecommunications and information exchange between systems Local and metropolitan area networks– Specific requirements Part 11: Wireless LAN Medium Access Control (MAC) and Physical Layer (PHY) Specifications—Amendment 6: Enhancements for High Efficiency WLAN." PRIOR_ART_00059232; *see also* PRIOR_ART_00007282.[8] The cover page of IEEE P802.11ax/D0.5 indicates a publication date of September 2016. IEEE P802.11ax/D0.5

---

[8] I understand that a version of IEEE P802.11ax/D0.5 was initially produced as PRIOR_ART_00007282 (EPO version of D0.5). I understand that another version of IEEE P802.11ax/D0.5 was subsequently produced as PRIOR_ART_00059232 (Full version of D0.5). Given that it contains D0.5 in its entirety, I will cite to PRIOR_ART_00059232. I understand that various portions of PRIOR_ART_00007282 have already been cited in Samsung's invalidity contentions, e.g., PRIOR_ART_00007282 at pp. 1-16, 18-19, 30-35, 55, 65-67, 76-79, 81-90, 157, 160-167. These portions have corresponding portions in PRIOR_ART_00059232.

121

(PRIOR_ART_00059232) at p. 1.[9] *See also* Bims Declaration, ¶¶ 22, 30, 102. As such, IEEE P802.11ax/D0.5 qualifies as prior art to at least the '210 patent.

### 2.    Overview

309.    IEEE P802.11ax/D0.5 discloses the HE MU PPDU frame format including the HE-SIG-A and HE-SIG-B.

The format of the HE MU PPDU is defined as in Figure 26-6 (HE MU PPDU format). This format is used for transmission to one or more users that is not a response of a Trigger frame.(#271) The HE-SIG-B field is present in this format.(#1839)



**Figure 26-6—HE MU PPDU format**

IEEE P802.11ax/D0.5 (PRIOR_ART_00059232) at p. 191.

310.    "The HE-SIG-A field carries information required to interpret HE PPDUs." *Id.*, p. 216. "The HE-SIG-A field of an HE MU PPDU contains the fields listed in Table 26-17 (HE-SIG-A field of an HE MU PPDU." *Id.*, p. 220.

---

[9] This is further consistent with the publication date provided for IEEE P802.11ax/D0.5 as cited on the cover (p. 2) of the '210 patent.