# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>HP INC.<br><br>       Defendant. | Civil Case No. 2:24-cv-00752-JRG<br>[Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>       Defendants. | Civil Case No. 2:24-cv-00746-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>       Defendants. | Civil Case No. 2:24-cv-00765-JRG<br>[Member Case] |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>               Plaintiff,<br><br>    v.<br><br>HP INC,<br><br>               Defendants. | Civil Case No. 2:24-cv-00752-JRG-RSP |

**Declaration of Harry Bims, Ph.D.**

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Dated:       December 22, 2026

                                _____
                                Harry Bims, Ph.D.

1

**Table of Contents**

I.    PROFESSIONAL BACKGROUND ................................................................. 3

II.   FACTUAL BACKGROUND ........................................................................ 7
      A.   The IEEE 802.11 Working Group, Task Groups, and the Standard Amendment Development Process ..................................................................... 7
      B.   Task Group ax ............................................................................................... 9
      A.   IEEE Xplore ................................................................................................ 12

III.  PUBLIC ACCESSIBILITY ....................................................................... 13
      A.   Awareness of IEEE and TGax by Interested Members of the Public ...................... 13
      B.   Public Accessibility of Documents Hosted on the IEEE Mentor Website ............... 16
      C.   Public Accessibility of the P802.11ax/D1.0 Draft ...................................... 58
           **1.    Option 1: Become a Working Group Voting Member** ........................... 63
           **2.    Option 2: Obtain the D1.0 Draft From a Voting Member** ....................... 65
      D.   Public Accessibility of IEEE 802.11-2012 and IEEE 802.11ac ............................ 67

2

technical submissions to the task group by (1) uploading a document to the publicly available documents server, such as a Word document, or PowerPoint presentation, providing a written technical discussion of a technical issue, technical analysis, and/or a technical solution related to the standardization of an amendment, (2), requesting the task group chair to schedule the presentation of the submission on the meeting agenda, and (3) presenting the content of the submission to the task group during the schedule task group meeting.  After the technical submission is presented to the working group, and in the event the submission includes proposed changes to the amendment draft, the voting members of the task group generally vote on a motion to approve or disapprove the incorporation of the proposal into the draft standard amendment.

22.     As a matter of course, once and initial draft has been created, the "letter ballot process begins in which one or more standard amendment drafts are created and submitted. These drafts are given an identifier in the form DX.X (*e.g.*, draft D1.0, D2.0, etc.).  The task group editor creates each such draft—such as draft D1.0—once the task group votes to approve its creation by the task group editor.  Draft D1.0 is considered the first official draft of the standard amendment.  Note that while D1.0 is generally the first draft submitted for letter ballot voting, earlier drafts are often circulated among the task group for preliminary feedback on the progress of the standards work (*e.g.*, draft D0.5).

23.     The initial draft is circulated among the IEEE 802.11 Working Group members and a "letter ballot" is initiated whereby working group members can vote to approve or disapprove the draft, as well as provide comments.  Each comment submitted by an 802.11 Working Group member is assigned a unique "comment identifier," or "CID" by the comment resolution group.  Based on the results of the letter ballot vote, the standard amendment draft is

activities, and pursuant to its standard business practices, IEEE has made available technical submissions to the public through the IEEE Mentor website, which is publicly accessible. PRIOR_ART_00060232.  The timestamp on the IEEE Mentor website for a given document shows when that document was uploaded and became publicly available and accessible for viewing and/or downloading.

29.     After a given technical submission was presented, TGax members would generally vote on whether to instruct the technical editor to incorporate the submission into the current standard amendment draft.  *See, e.g.*, PRIOR_ART_00058697 at 7 (documenting vote on submission 802.11-16/0369r0 entitled "Management Ack").  If a technical submission was presented or voted on at a TGax meeting, it was normally uploaded to the IEEE Mentor website before the meeting.

30.     During development of the IEEE 802.11ax standard amendment, TGax created and submitted draft D1.0 (formal title "P802.11ax/D1.0") to letter balloting. PRIOR_ART_00059608.  Prior to the D1.0 draft, TGax circulated other standard amendment drafts, including drafts D0.1 (PRIOR_ART_00059011) and D0.5 (PRIOR_ART_00059232).

31.     TGax meetings were open to the public.[1]  PRIOR_ART_00059008 at 1.  Voting members were able to vote on technical submissions and letter ballots.  PRIOR_ART_00059008 at 1.

32.     During the relevant time period, the IEEE 802.11 Working Group published information about upcoming meetings on its website years in advance which, in my experience,

---

[1] Meeting attendees were required to pay a registration fee, but the fee could be waived for certain visitors, such as academics, professors, and students from educational institutes in the surrounding area.

11

100.    The Mentor website shows that Mathhew Fischer et al.'s submission, *CID 205 BSSID Color Bits*, DCN IEEE 802.11-13/1207r1 ("Fischer 1207") was uploaded to and made publicly accessible via the Mentor website on September 18, 2013.  Based on my review, PRIOR_ART_00020789 is a true and accurate copy of Fischer 1207 obtained from the Mentor website.  As explained above, a member of the interested public could have used the search functionality on the Mentor website to locate the Fischer 1207 reference by DCN, title, author, or affiliation (*i.e.*, company or organization the author(s) are affiliated with. PRIOR_ART_00020789 is a copy of a record of the regularly conducted activity within IEEE of making IEEE documents publicly accessible through the IEEE Mentor website.  Thus, based on the foregoing, the Fischer 1207 reference was publicly accessible to members of the interested public as of September 18, 2013.

| 18-Sep-2013 ET | 2013 | 1207 | 1 | TGah | PARTIAL_AID-color-bits | Matthew Fischer (Broadcom) | 18-Sep-2013 23:41:08 ET | Download |

### C.    Public Accessibility of the P802.11ax/D1.0 Draft

101.    A total of 6 drafts of the 802.11ax standard amendment were submitted to the 802.11 Working Group for letter ballot voting—D1.0, D2.0, D3.0, D4.0, D5.0, and D6.0. PRIOR_ART_00060073 at 4-6.  Two additional 802.11ax standard amendment drafts—D7.0 and D8.0—were submitted to the broader IEEE SA for sponsor ballot voting.

102.    An interested member of the public keeping abreast of TGax developments would have been aware of P802.11ax/D1.0 ("draft D1.0"), of which PRIOR_ART_00059608 is a true and accurate copy.  For example, the IEEE, in the ordinary course of its regularly conducted business activities, and pursuant to its standard business practices, has maintained a public webpage with TGax status information and updates.  PRIOR_ART_00060121.  By October 13, 2016, the webpage stated that one of TGax's "Goals for November 2016" was to prepare draft

58

D1.0 and begin the related letter ballot process.  PRIOR_ART_00060271 at 5.  Moreover, interested members of the public already would have been aware of earlier 802.11ax standard amendment drafts, including D0.1 and D0.5, and they would expect new drafts to be created as the standard development process progresses.

**Goals for November 2016**
- Continue with Comment Resolutions.
- Prepare draft D1.0 and start a WG LB

103.    Draft D1.0 was also openly discussed at public TGax meetings such that those in attendance would have known about it, as demonstrated by meeting agendas created in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices, on or around the dates of the TGax meetings.  For instance, target dates for drafting the D1.0 draft were discussed during the July 2016 and September 2016 TGax meetings.  PRIOR_ART_00058706 at 27; PRIOR_ART_00058809 at 30.  At the November 2016 TGax meeting in San Antonio, Texas, TGax members voted for the editor to prepare draft D1.0 of the 802.11ax standard amendment.  This vote is documented on page 28 of PRIOR_ART_00058947, which is the meeting minutes from the November 2016 TGax meeting.  Later, at the March 2017 TGax meeting, members discussed received comments related to draft D1.0 as well as proposed resolutions for such comments.  PRIOR_ART_00058977 at 6.  These meetings were open to the public.  PRIOR_ART_00059010 at 1.

104.    Draft D1.0 was initially made available to voting members of the IEEE 802.11 Working Group by December 1, 2016, in the ordinary course of its regularly conducted activities, and pursuant to its standard business practices.  Specifically, on December 1, 2016, TGax Chair Osama Aboul-Magd sent an email to TGax members stating that "[d]raft D1.0 is

voting members of IEEE 802.15, including myself, are also voting members of the IEEE 802.11 Working Group.

108.    Although draft D1.0 was initially posted to a password-protected area of the IEEE website, this posting in fact would have served to make draft D1.0 accessible to a broad swath of the interested public.  As I explained above, many hundreds of individuals among the interested public were voting members in the IEEE 802 Working Group and would have had direct access to draft D1.0 from the member area website immediately upon its posting on December 1, 2016. As I describe in further detail below, any interested member of the public could become a voting member in the IEEE 802 Working Group by following a straightforward process prescribed by IEEE.  Furthermore, draft standard amendments posted to the member area were not closely held by voting members.  On the contrary, voting members commonly shared draft standard amendments like draft D1.0 with non-active participants in industry and academia, or other interested members of the public, upon their release on the members area of the IEEE website. There was, in practice, no expectation of confidentiality for draft standard amendments or other documents posted to the member area, and in my experience, voting members knew and expected that such documents would be shared with non-active participants for a variety of reasons.

109.    Below, I provide a description of how an interested member of the public—who was not already a voting member of the 802.11 Working Group—could have accessed draft D1.0, for example, by (1) following the straightforward process for becoming a voting member of the Working Group or (2) obtaining the document as a non-voting member.

email from the Chair containing the new credentials.  Through the member area, voting members can access standard amendment drafts.

115.    Even if an interested member of the public did not become aware of TGax until the beginning of 2016—some one and a half years after the group began working on the 802.11ax standard amendment—they still could have attended any two plenary meetings and one interim meeting to gain "voting member" status before the earliest alleged priority date of the '210 Patent (*e.g.*, January 9, 2017).  For example, one could have attended meetings in March 2016 in Macau (plenary session); May 2016 in Waikoloa, Hawaii (interim session); July 2016 in San Diego, California (plenary session); September 2016 in Warsaw, Poland (interim session); and November 2016 in San Antonio, Texas (plenary session).  PRIOR_ART_00060265 at 2. After attending just two previous meetings, one of which was a plenary session, one would have been granted voting privileges and login credentials for the member area of the 802.11 Working Group website at the start of the third meeting (which must be a plenary meeting).

116.    A voting member would have been able to directly access draft D1.0 via the members area of the 802.11 Working Group website after the draft was uploaded to the site on December 1, 2016.

### 2.    <u>Option 2: Obtain the D1.0 Draft From a Voting Member</u>

117.    Even apart from obtaining direct access to draft D1.0 as a voting member, interested members of the public exercising reasonable diligence could access draft D1.0 by obtaining it indirectly from a voting member.

118.    In practice, IEEE imposed little if any restriction on the distribution of draft standard amendments like draft D1.0, despite nominally releasing them on the protected members area site.  For example, the cover of draft D1.0 states that "[p]ermission is hereby

granted for IEEE Standards Committee participants to reproduce this document for purposes of international standardization consideration." PRIOR_ART_00059608 at Cover.  Further, the "Copyrights" section on page iii of Draft D1.0 states that the document "is made available for a wide variety of both public and private uses," including "the promotion of engineering practices and methods." PRIOR_ART_00059608 at iii.  Voting members of the IEEE 802.11 Working Group understood the document sharing policy to allow free distribution of standard amendment drafts to persons involved and/or interested in standards development.  Moreover, the "Updating of IEEE documents" section on page iii explains that IEEE standards are updated over time, providing interested members of the public with motivation to continually monitor the IEEE members area for new standards drafts.  PRIOR_ART_00059608 at iii.

119.    Voting members of the IEEE 802.11 Working Group commonly shared standard amendment drafts with non-voting members, as well as individuals who did not attend 802.11 Working Group or task group meetings at all.  For example, in my experience, it was common for voting members to share draft standards with academic colleagues or industry engineers from their respective companies who were not voting members and, in some instances, were not even IEEE members.  Based on the roughly 600 IEEE 802 Working Group members with direct access to the document, I estimate that draft D1.0 would have been disseminated to thousands of additional interested members of the public apart from just voting members by the earliest claimed priority date of the '210 patent (*e.g.*, January 9, 2017).  In other words, there was not an expectation of confidentiality with respect to draft D1.0.

120.    The motivation for sharing standard drafts is simple—WLAN standardization impacts a broad range of stakeholders (manufacturers, researchers, inventors, etc.) that may not be able to actively participate in the standardization process.  The standardization process is