IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

1

| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | Civil Case No. 2:24-cv-00766-JRG [Member Case] |
|---|---|
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | |
| Defendants. | |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | |
| Defendants. | |

## ORDER

Before the Court is Wilus' Motion for Partial Summary Judgment of No Invalidity Under Obviousness Theories (Dkt. 267).

Having considered the motion, it is hereby DENIED.

IT IS SO ORDERED.

2