# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. HP INC., *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**EXHIBITS G-J, IN SUPPORT OF WILUS' SUR-REPLY TO DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWER AND COUNTERCLAIMS IN THE -746 CASE**

Plaintiff Wilus Institute of Standards and Technology Inc. hereby submits the attached exhibits to its Sur-Reply to Defendants' Motion for Leave to Amend their Answer and Counterclaims in the -746 Case (Dkt. 362).

Dated: March 23, 2026                     Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

1

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on March 23, 2026, with a copy of this document via CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie

1