**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Civil Action No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS SUR-REPLY IN OPPOSITION TO PLAINTIFF WILUS'S MOTION FOR ENTRY OF A PERMANENT INJUNCTION**

I, Jeffrey D. Smyth, declare as follows:

1.      I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Opposition to Plaintiff Wilus' Motion for Entry of a Permanent Injunction. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2.      Attached here to as **Exhibit 15** is a true and correct copy of an excerpt of the deposition of David Muus conducted on December 17, 2025.

## RELEVANT FACTS CITED IN OPPOSITION

3.      I participated in the deposition of Dr. Jin Sam Kwak on December 10, 2025. Dr. Kwak testified through a translator. I began questioning Dr. Kwak at 6:25 p.m. and concluded questioning at 8:46 p.m. The remainder of the questioning of Dr. Kwak was conducted by counsel for Samsung. Askey did not participate in any deposition of any other Wilus employee. I participated in the deposition of Mr. David Muus, a witness designated by Sisvel, and questioned him for less than one hour on the record.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 18th day of March 2026, at San Francisco, California.

By:   */s/ Jeffrey D. Smyth*

Jeffrey D. Smyth
*Attorneys for Defendants*
*Askey Computer Corp. and*
*Askey International Corp.*

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 18, 2026, a complete copy of the foregoing document was served via electronic mail to all counsel of record.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth

2