# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00752-JRG <br><br> Lead Case <br><br> ███████████████ |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-00764-JRG |

**COUNTERCLAIM DEFENDANTS' OPPOSITION TO
HP'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

HP Inc. ("HP") has not shown good cause to support its motion for leave to file a supplemental brief in support of its opposition to Counterclaim Defendants' motion to dismiss HP's amended counterclaims (Dkt. 113), and the motion should be denied.

HP's first ground for leave to supplement is based on the grant of an appeal to the *Tesla v. Interdigital Patent Holdings, Inc.* case cited in Wilus and Sisvel's motion to dismiss. But as noted in HP's proposed supplemental brief, the Supreme Court of the UK simply granted *permission to appeal*. Dkt. 134-1. The fact that an appeal is in progress does not negate the UK Court of Appeal's reasoning in the *Tesla* decision or otherwise support HP's opposition to the motion to dismiss.

HP's second ground for leave to supplement is based on "documents produced by Wilus and Sisvel after the close of briefing on the Motion to Dismiss." Mot. at 2. More specifically, HP seeks to rely on a "Wi-Fi 6 Patent Pool Agreement" between Wilus and Sisvel, the terms of which purportedly contradict Counterclaim Defendants' argument that HP failed to plead any facts to support that Sisvel is bound to the contract between Wilus and the IEEE (and therefore liable for breach of the FRAND commitments arising from that contract). This fails for multiple reasons.

As an initial matter, HP's attempted reliance on the Wi-Fi 6 Patent Pool Agreement is procedurally improper, as courts generally "may not look beyond the four corners of the plaintiff's pleadings" in ruling on the motion to dismiss. *Whiddon v. Chase Home Fin., LLC*, 666 F. Supp. 2d 681, 686 (E.D. Tex. 2009); *see also* Fed. R. Civ. P. 12(d). The question on a Rule 12(b)(6) motion is whether the claimant has plead sufficient facts to support a claim for relief. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The Wi-Fi 6 Patent Pool Agreement, which is not attached to, incorporated, or even mentioned in HP's counterclaims, is irrelevant to this question. *See Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011).

HP's request to introduce an outside document also fails on the merits, as the Patent Pool

1

Agreement does not support binding Sisvel to the alleged contract *between Wilus and the IEEE*. It is clear from the face of the Agreement that it is a private, confidential agreement ███████████ ████████████████████████████████████ *See* Dkt. 134-2 at 1. Under the Agreement, the

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████ *Id.*

HP's proposed supplement cites to ████████████████ of the Patent Pool Agreement as purported support that █████████████████████████████████████████████

████████████████████████████████████████████ Dkt. 134 at 4. But ██████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████ . Nothing in this provision (or elsewhere in the Agreement) suggests ███████████████████████

█████████████████ . Indeed, the only mention of █████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███ Dkt. 134-2 §§ 6.9, 19.4.

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████ Nor has HP actually

identified any statements by Wilus and Sisvel in the motion to dismiss that are purportedly

"directly contradict[ed]" by these provisions. *See* Dkt. 134 at 4.

While Wilus and Sisvel maintain that HP's attempt to introduce the Wi-Fi 6 Patent Pool

Agreement is improper, it bears noting that other provisions in the Agreement further support

dismissal of HP's FRAND counterclaims. The Agreement makes clear ██████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████  █████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████ At best, HP seeks an unenforceable advisory opinion. At worst, HP is asking the Court to

force Sisvel to breach ███████████████████████████████████

██████

For the foregoing reasons, the Court should deny HP's motion to supplement, as this

request is procedurally improper, and the materials HP seeks to introduce do not support its

3

arguments—and in fact further support dismissal—in any event.

Dated:  July 17, 2025

Respectfully submitted,

/s/ *Reza Mirzaie*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino/
NY State Bar No. 6039366
Email: mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

Andrea L. Fair
Email: andrea@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400

*Attorneys for Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. and for Counterclaim Defendant Sisvel International S.A.*

4



## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on January 17, 2025.

/s/ *Reza Mirzaie*
Reza Mirzaie

1