**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP <br> (Member Case) |

**DECLARATION OF PHILIP X. WANG IN SUPPORT OF PLAINTIFF'S OPPOSITION
TO SAMSUNG'S MOTION FOR SANTIONS**

I, Philip X. Wang, declare and state as follows:

1.      I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Samsung's Motion for Sanctions. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of the Assignment of Patents between SKT and Wilus dated May 27, 2024, signed June 20, 2024 (WILUS_0025432).

3.      Attached as **Exhibit B** is a true and correct copy of the Patent Assignment Cover Sheet and attached Assignment of Patents dated June 20, 2024 (DELL_SAMSUNG_0000006).

4.      Attached as **Exhibit C** is a true and correct copy of the Patent Assignment Agreement between SKT and Wilus dated May 27, 2024 (WILUS_0149628).

5.      Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Jin Sam Kwak, Ph.D., CEO of Wilus, dated December 10, 2025.

6.      Attached as **Exhibit E** is a true and correct copy of the February 23, 2026 email chain from Wilus's counsel, Ms. Paladino, to Samsung's counsel Regarding Production of PAA.

7.      Attached as **Exhibit F** is a true and correct copy of the March 12, 2026 email chain between Wilus's counsel, Mr. Wang, and Samsung's counsel Regarding Samsung's Motion for Sanctions.

8.      Attached as **Exhibit G** is a true and correct copy of the March 28, 2026 email chain between Wilus's counsel, Mr. Wang, and Samsung's counsel Regarding Dr. Kwak Deposition.

9.      Attached as **Exhibit H** is a true and correct copy of the March 9, 2026 Email Regarding Production of Metadata.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on March 30, 2026 in Los Angeles, California.

/s/ *Philip X. Wang*
Philip X. Wang