# Exhibit E

**From:** **Mackenzie Paladino** mpaladino@raklaw.com
**Subject:** Patent Assignment Agreement - Wilus v. Samsung
**Date:** February 23, 2026 at 3:09 PM
**To:** FISH SERVICE Samsung/Wilus fishservicesamsungwilus@fr.com
**Cc:** rphillips@fr.com, jarvis@fr.com, Rak Wilus rak_wilus@raklaw.com, Reza Mirzaie rmirzaie@raklaw.com

Counsel,

Late last week, Wilus discovered that it had not produced part of the patent assignment agreement between SKT and Wilus. More specifically, although Wilus had produced the Assignment of Patents, it had not produced the attached Patent Assignment Agreement, which includes additional pages beyond the Assignment of Patents.

Despite reasonable and diligent search and collection efforts during discovery, Wilus did not produce this document during discovery. But Wilus never attempted to withhold the document from discovery. And it was only during preparation of Wilus's opposition to Samsung's motion to dismiss based on Samsung's new standing argument involving SKT that the Wilus legal team performed another round of targeted additional review involving agreements with SKT, which led to its production today.

While there is substantial overlap between the Assignment of Patents that was produced and the Assignment Agreement that unintentionally was not produced, there are some differences. And those differences relate to Samsung's motion to dismiss and provide additional reasons why it fails. Therefore, we would not oppose any request from Samsung to extend the time for it to file a reply or to request additional pages to address the newly produced document and also would not oppose any request to re-file or withdraw its motion altogether.

Thanks,

**Mackenzie Paladino**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | mpaladino@raklaw.com | www.raklaw.com ----------------------------------
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

**WILUS_0149628.pdf**