# Exhibit H

**From:** **Michael Lee** mlee@raklaw.com
**Subject:** Wilus v. Samsung et al (Member Cases 2:24-cv-746 and 2:24-cv-765) - Document Production
**Date:** March 9, 2026 at 11:30 AM
**To:** Opp Wilus Samsung 0746 opp.wilus.samsung.0746@raklaw.com, FISHSERVICESamsungWilus@fr.com
**Cc:** Rak Wilus rak_wilus@raklaw.com



---

Counsel,

Please use the link below to download the updated metadata load file for Plaintiff's document production range WILUS_0149628 - WILUS_0149641.

> raklaw.box.com

The password will follow in a separate email.

Thanks,

Mike Lee
Patent Litigation Paralegal
Russ, August & Kabat, LLP
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
310 826-7474
310 826-6991 Fax
mlee@raklaw.com