# Exhibit 32

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>   Plaintiff,<br><br>v.<br><br>HP INC.<br><br>   Defendant. | Civil Case No. 2:24-cv-00752-JRG<br>[Lead Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>   Defendants. | Civil Case No. 2:24-cv-00746-JRG<br>[Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>   Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br>   Defendants. | Civil Case No. 2:24-cv-00765-JRG<br>[Member Case] |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>HP INC,<br><br>                    Defendants. | Civil Case No. 2:24-cv-00752-JRG-RSP |

**<u>Declaration of Harry Bims, Ph.D.</u>**

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Dated:        December 22, 2026

_Harry Bims_

Harry Bims, Ph.D.

1

### 1.    Option 1: Become a Working Group Voting Member

110.    First, any interested member of the public could obtain access to draft D1.0 by becoming a voting member in the 802.11 Working Group.  The process for becoming a voting member was well-defined and not onerous.

111.    In the relevant timeframe leading up to the earliest claimed priority date of the '210 Patent (*e.g.*, January 9, 2017), becoming a "voting member" simply required attending three meetings of the 802.11 Working Group, with at least two of these meetings being plenary sessions, and joining a letter ballot pool and casting a vote in 2 of the last 3 letter ballots, submitting a vote other than abstain due to lack of technical expertise or disapprove without comments on letter ballots.  PRIOR_ART_00059008 at 2.  As explained above, these meetings were generally held every two months and were open to the general public—no prior IEEE membership, special qualifications, or nomination were required to attend the meetings.  An interested member of the public could have registered to attend the 802.11 Working Group meetings through the 802.11 Working Group website.  Specifically, one could have registered for a working group meeting by (1) going to the IEEE 802.11 Working Group home page, (2) selecting "Session Info," which would open a drop-down menu, (3) select "Future Sessions," which would open the "IEEE 802.11 Future Session Plans" webpage, and (4) selecting "Registration" for a meeting for which registration was open.  This is confirmed by archived versions of the 802.11 Working Group website from January 2016.  PRIOR_ART_00060120; PRIOR_ART_00060261.



112.    Prospective 802.11 Working Group meeting attendees were required to pay a registration fee—for instance, between $375 and $975 for the January 2016 meeting in Atlanta, Georgia, depending on when the prospective attendee registered.  PRIOR_ART_00060261 at 1.  However, as explained above, the fee could be waived for certain visitors, such as academics, professors, and students from educational institutes in the surrounding area.

113.    Task group leadership tracked attendance at each TGax meeting via electronic sign-in, and upon meeting the requirements for becoming a voting member (*i.e.*, attending the requisite three meetings), participants were provided the login credentials for the "member area" of the IEEE-SA website where they could directly access draft standard amendments such as draft D1.0.  Voting member credentials would only be provided at plenary sessions.

114.    Login credentials for the "member area" are not unique to each voting member, and they are rarely changed (*e.g.*, the Chair can request a password change at his/her discretion, but rarely does so).  When login credentials are updated, voting members receive an automated

64

email from the Chair containing the new credentials. Through the member area, voting members can access standard amendment drafts.

115.    Even if an interested member of the public did not become aware of TGax until the beginning of 2016—some one and a half years after the group began working on the 802.11ax standard amendment—they still could have attended any two plenary meetings and one interim meeting to gain "voting member" status before the earliest alleged priority date of the '210 Patent (*e.g.*, January 9, 2017). For example, one could have attended meetings in March 2016 in Macau (plenary session); May 2016 in Waikoloa, Hawaii (interim session); July 2016 in San Diego, California (plenary session); September 2016 in Warsaw, Poland (interim session); and November 2016 in San Antonio, Texas (plenary session). PRIOR_ART_00060265 at 2. After attending just two previous meetings, one of which was a plenary session, one would have been granted voting privileges and login credentials for the member area of the 802.11 Working Group website at the start of the third meeting (which must be a plenary meeting).

116.    A voting member would have been able to directly access draft D1.0 via the members area of the 802.11 Working Group website after the draft was uploaded to the site on December 1, 2016.

### 2.    Option 2: Obtain the D1.0 Draft From a Voting Member

117.    Even apart from obtaining direct access to draft D1.0 as a voting member, interested members of the public exercising reasonable diligence could access draft D1.0 by obtaining it indirectly from a voting member.

118.    In practice, IEEE imposed little if any restriction on the distribution of draft standard amendments like draft D1.0, despite nominally releasing them on the protected members area site. For example, the cover of draft D1.0 states that "[p]ermission is hereby

65