# Exhibit 33

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP.,<br>ASKEY INTERNATIONAL CORP.<br><br>Defendants. | Civil Case No. 2:24-cv-00766-JRG<br>[Member Case]<br><br>JURY TRIAL DEMANDED |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,<br><br>Plaintiff,<br><br>v.<br><br>ASKEY COMPUTER CORP.,<br>ASKEY INTERNATIONAL CORP.<br><br>Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP<br>[Member Case]<br><br>JURY TRIAL DEMANDED |

## OPENING REPORT OF DR. HARRY BIMS (CORRECTED)

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Date: January 28, 2026

_____
Harry Bims Ph.D.

2

████████████████████████████

**18.3.4 SIGNAL field**

**18.3.4.1 General**

The OFDM training symbols shall be followed by the SIGNAL field, which contains the RATE and the LENGTH fields of the TXVECTOR. The RATE field conveys information about the type of modulation and the coding rate as used in the rest of the packet. The encoding of the SIGNAL single OFDM symbol shall be performed with BPSK modulation of the subcarriers and using convolutional coding at R = 1/2. The encoding procedure, which includes convolutional encoding, interleaving, modulation mapping processes, pilot insertion, and OFDM modulation, follows the steps described in 18.3.5.6, 18.3.5.7, and 18.3.5.9, as used for transmission of data with BPSK-OFDM modulated at coding rate 1/2. The contents of the SIGNAL field are not scrambled.

The SIGNAL field shall be composed of 24 bits, as illustrated in Figure 18-5. The four bits 0 to 3 shall encode the RATE. Bit 4 shall be reserved for future use. Bits 5–16 shall encode the LENGTH field of the TXVECTOR, with the LSB being transmitted first.



**Figure 18-5—SIGNAL field bit assignment**

The process of generating the SIGNAL OFDM symbol is illustrated in L.1.4.

IEEE 802.11-2012 at Section 18.3.4.1.

> **(vi)**    ***[1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,***

387.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field."

388.    As I discussed above, the Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac. As such, a POSITA would have understood that implementing IEEE 802.11ac functionality includes the ability to obtain length information.

389.    Zhang 810 discloses obtaining length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field. For example, Zhang 810 discloses:



Zhang 810 at 23. A POSITA would have recognized that a transmitting station would use the above-identified L_LENGTH equation to set the L-SIG's length field.

390.    Zhang 810 discloses determining the number ($N_{SYM}$) of symbols of data of the non-legacy physical layer frame according to the following equation.

166



Zhang 810 at 24 (annotated). A POSITA would have recognized that on the "Rx Side" a receiving station would have to obtain length information (L_LENGTH) indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field (L-SIG) before computing $N_{SYM}$.

> (vii)    *[1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,*

391.    In my opinion, Galaxy Tab S in combination with Zhang 810 renders obvious "[wherein the processor is configured to] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the

decodable by a legacy wireless communication terminal from the non-legacy physical layer frame"

at least under Wilus's apparent claim interpretation.

450.    Lin 929 discloses obtaining a legacy signaling field including information

decodable by a legacy wireless communication terminal from the non-legacy physical layer frame.

For example, Lin 929 describes:

> FIG. 2 is a structural diagram of *a physical layer protocol data unit (PPDU)* according to this implementation manner. The data unit occupies a bandwidth of 80 MHz. In other implementation manners, the data unit may occupy different bandwidths, for example a bandwidth of 20 MHz, 40 MHz, 120 MHz, 160 MHz, or any appropriate bandwidth. The data unit is suitable for a "hybrid mode" scenario. For example, when a WLAN 10 includes a station (for example, the conventional station 30-4), the station complies with a conventional protocol, but does not comply with an 802.11ax protocol. The data unit may also be used in another scenario.
>
> It should be noted that the data unit in FIG. 2 is a possible 802.11ax data unit. ***To be compatible with an existing WLAN standard device, a header of 802.11ax data frame is a legacy preamble field that includes*** an L-STF (Legacy Short Training Field), an L-LTF (Legacy Long Training Field), and ***an L-SIG (Legacy Signaling Field)***. The legacy preamble field is followed by an RL-SIG (Repeated Legacy Signaling Field), a high efficiency signaling field A (HE-SIGA), and an other high efficiency preamble field (Other HE Preamble). It should be noted that the other HE preamble refers to one field or a combination of multiple fields, and is not limited to a specific field. The other HE preamble field is followed by a data field (Data). In a future possible WLAN standard, a name of the standard, a field name, or the like may be replaced by any other name, and this should not be construed as a limitation on the protection scope of the present invention. In addition, descriptions of the data frame are also applicable to subsequent embodiments.

Lin 929 at [0029]-[0030] (emphasis added). *See* also Lin 929 at Figure 2, Abstract.

> **(vi)     [1e] obtain length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field,**

451.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious

"[wherein the processor is configured to] obtain length information indicating information on a

██████████████████████████

duration of the non-legacy physical layer frame, from the legacy signaling field" at least under Wilus's apparent claim interpretation.

452.    Lin 929 discloses obtaining length information indicating information on a duration of the non-legacy physical layer frame, from the legacy signaling field. *See*, *e.g.*, Lin 929 at [0029]-[0030], [0043]-[0045], Figs. 2, 3, 4, 5. *See also* Lin 929 at [0067] ("transmission duration that is indicated by L-length") [0081] ("the value of L-LENGTH is included in a preamble of a PPDU"). As I discussed for [1d], Lin 929 discloses a legacy signaling field (L-SIG). A POSITA would have recognized that the L-SIG includes a length field which provides length information indicating information on a duration of the frame.

> (vii)    *[1f] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps, and,*

453.    In my opinion, Galaxy Tab S in combination with Lin 929 renders obvious "[wherein the processor is configured to] obtain information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by a data size transmittable by a symbol of a legacy physical layer frame, wherein the data size transmittable by a symbol of the legacy physical layer frame is 3 octets when a data rate of the legacy physical layer frame is 6 Mbps" at least under Wilus's apparent claim interpretation.

454.    Lin 929 discloses obtaining information other than information on the duration of the non-legacy physical layer frame through a remaining value obtained by dividing the length information by 3 ("a data size transmittable by a symbol of a legacy physical layer frame" is

199