IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

████████████████████████████

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

**SAMSUNG'S REPLY IN SUPPORT OF MOTION TO EXCLUDE UNDER *DAUBERT* AND STRIKE CERTAIN EXPERT TESTIMONY OF REBBECCA REED-ARTHURS, PH.D. (DKT. 260)**

████████████████████████████████

## TABLE OF EXHIBITS

| No. | Description |
| --- | --- |
| 1-4 | Opening Exhibits 1-4 |
| 5 | Transcript of the Deposition of Mr. Stephen E. Dell on February 28, 2026 (excerpts) |

████████████████████████████████████████████████

Wilus's brief confirms the basic defect: Dr. Reed-Arthurs values only Wi-Fi 6 as a whole. The analytical leaps required to apply her survey for damages render her opinions unreliable and irrelevant.

The survey values standardization, not invention. Dr. Reed-Arthurs asked participants to choose between Wi-Fi 6 and Wi-Fi 5. Dkt. 260-1 ¶ 51; Dkt. 316 at 1. This alone renders her incremental profit conclusion irrelevant and unreliable for purposes of damages, "[b]ecause SEP holders should only be compensated for the added benefit of their inventions," not because they had "become standard essential." *Ericsson, Inc. v. D-Link Sys., Inc.*, 773 F.3d 1201, 1233 (Fed. Cir. 2014).

Neither Dr. Reed-Arthurs nor any other Wilus expert measures the patented benefits. Indeed, Wilus admits its experts will tell the jury that ***all*** Wi-Fi 6 benefits in her survey ████████████ ████████████ leaving only the option to ████████████████ Dkt. 316 at 1-2; *see* Ex. 5 at 219:9-222:25. The Court should not permit Wilus to mislead the jury into attributing all of the benefits and value of Wi-Fi 6 to the Asserted Patents, and Wilus's cited caselaw does not suggest otherwise.[1] Wilus states that Dr. Reed-Arthurs's incremental profit presents no issue because it is merely an "input" to Mr. Dell, who then claims to ████████████████████████. Dkt. 316 at 1-2. But when the input measures the whole value of Wi-Fi 6, rather than the value of the Asserted Patents, the output is still infected. *Ericsson* requires isolating the patented contribution from standardization and all other standard features; a top-down overlay cannot manufacture the missing nexus.

Merely stating the survey is "not vague" does not make it so. Dkt. 316 at 3. Dr. Reed-Arthurs seeks to put a price tag on vague benefits—"less lag," "more likely" connections, more speed in "crowded areas." That is not an issue of "defendant's dissatisfaction." *Id.* It is one of reliability, as different respondents surely interpreted—and thus, valued—these qualitative benefits differently.

---

[1] *Exafer* involved a damages expert who properly "calculated an incremental benefit attributable to the claimed inventions." *Exafer Ltd. v. Microsoft Corp.*, No. 2024-2296, 2026 WL 627886, at *3 (Fed. Cir. Mar. 6, 2026). *Mojo* addressed, pre-*EcoFactor*, a survey that listed a standard as "an example of the [technology] enabled by the accused patents," unlike here where the survey expressly valued Wi-Fi 6 compared to Wi-Fi 5. *Mojo Mobility, Inc. v. Samsung Elecs. Co., Ltd.*, No. 2:22-cv-00398, 2024 WL 3512225, at *2 (E.D. Tex. July 23, 2024). And *Droplets* and *Maxell* both involved surveys that "target[ed]" the accused features rather than a whole industry standard. *Droplets, Inc. v. Overstock.com, Inc.*, No. 2:11-cv-00401, 2015 WL 11120841, at *2 (E.D. Tex. Jan. 7, 2015); *Maxell, Ltd. v. Apple Inc.*, No. 5:19-cv-00036, 2020 WL 8269548, at *17 (E.D. Tex. Nov. 11, 2020).

Dated: March 24, 2026

Respectfully submitted,

/s/ Ralph A. Phillips
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070
Facsimile:  214-747-2091

2

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
**FISH & RICHARDSON, P.C.**
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257

3



Jon B. Hyland
jhyland@hilgerslaw.com
**HILGERS PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on March 24, 2026.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by electronic mail.

*/s/Ralph A. Phillips*

4