# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,     ) <br><br>           Plaintiff,     ) <br><br>           v.     ) <br><br> HP INC.,     ) <br><br>           Defendant.     ) | Case No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** <br><br> Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,     ) <br><br>           Plaintiff,     ) <br><br>           v.     ) <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,     ) <br><br>           Defendants.     ) | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,     ) <br><br>           Plaintiff,     ) <br><br>           v.     ) <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,     ) <br><br>           Defendants.     ) | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |

## DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS' MOTIONS *IN LIMINE*

I, Jeffrey D. Smyth, declare as follows:

1.    I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of the Askey Defendants' Motions *in Limine*. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

**IDENTIFICATION OF EXHIBITS**

2.    Attached here to as **Exhibit 1** is a true and correct copy of an excerpt of Plaintiff Wilus' Amended Initial and Additional Disclosures to Askey, dated November 12, 2025.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 6th day of April 2026, at Palo Alto, California.

By:   */s/ Jeffrey D. Smyth*
      Jeffrey D. Smyth
      *Attorneys for Defendants*
      *Askey Computer Corp. and*
      *Askey International Corp.*

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 6, 2026, a complete copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth