# Exhibit 1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | |
| *Plaintiff,* | Civil Action No. 2:24-cv-0752-JRG-RSP |
| v. | **LEAD CASE** |
| HP INC., | **JURY DEMANDED** |
| *Defendants.* | |

## PLAINTIFF WILUS' AMENDED INITIAL AND ADDITIONAL DISCLOSURES TO ASKEY

Pursuant to the agreed Docket Control Order and Federal Rule of Civil Procedure 26(a)(1), Plaintiff, Wilus Institute of Standards and Technology, Inc., ("Wilus") provides the following Amended Initial Disclosures to Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Defendants").

The following disclosures are made based on Wilus' current knowledge, information, and belief based on a reasonable and good-faith inquiry. Wilus reserves the right to supplement or amend these disclosures at any time based upon its continuing investigation and discovery.

Further, by making these disclosures, Wilus does not (1) represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit, (2) concede the relevance or admissibility or any of the information provided, or (3) waive its right to object to the production of any document or tangible thing disclosed herein on the bases of any privilege, the work product doctrine, relevance, undue burden, or any other valid objection, or to seek protection under a suitable protective order, agreed to by the parties or issued by the Court under Rule 26(c) of the Federal Rules of Civil Procedure, for any information to be provided in discovery in this

witness disclosures.

## IV.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Based on the information currently available, each individual identified below is believed likely to have knowledge of relevant facts. Some of the individuals listed below may have information that consists of expert analysis or expert opinion. Identifying such persons below at this time shall not constitute a waiver of the right to call on and/or rely on such individuals as experts nor does their disclosure below constitute an agreement to commence expert discovery at this time. Wilus further reserves the right to identify or call additional or different individuals as witnesses if, during the course of discovery and investigation relating to this case, Wilus learns that such additional or different individuals have relevant knowledge.

| Name and Contact Information | Summary of Information |
|---|---|
| Jin (Sam) Kwak* | Knowledge of Wilus, including Wilus's claims and Defendants' defenses and any counterclaims, Wilus corporate structure, operations, and past business. Ownership of the patents-in-suit. Licensing and other transactions involving the patents-in-suit. Financial information related to and marketing for any relevant products and technology. Design and development of any relevant products and technology. Co-inventor of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '638, '233, '396, '926 patents. Conception, reduction to practice, design, and development of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '638, '233, '396, '926 patents. |
| Ju (John) Hyung Son* | Co-inventor of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '638, '233, '396, '926 patents. Conception, reduction to practice, design, and development of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '638, '233, '396, '926 patents. |
| Geon (Greg) Jung Ko* | Co-inventor of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '233, '396, '926 patents. Conception, reduction to practice, |

| | |
|---|---|
| | design, and development of the '077, '281, '595, '210, '992, '163, '597, '035, '879, '233, '396, '926 patents. |
| Woo (Aaron) Jin Ahn* | Co-inventor of the '281, '595, '210, '163, '597, '035, '879, '638, '396, '926 patents. Conception, reduction to practice, design, and development of the '281, '595, '210, '163, '597, '035, '879, '638, '396, '926 patents. |
| Yong (Ronny) Ho Kim* | Co-inventor of the '638 patent. Conception, reduction to practice, design, and development of the '638 patent. |
| Sisvel International S.A.* | Knowledgeable about the license and negotiation activities with respect to the patents-in-suit. |
| Defendant's employees knowledgeable about the history, design, and development of Defendant's products and the significance of the use by Defendant's products which enable the technologies of the Asserted Patents. | The history, design, and development of Defendant's products and the significance of the technologies of the Asserted Patents. |
| Defendant's employees knowledgeable about the use and value of the technologies of the Asserted Patents, and the role that they play in driving demand for Defendant's products. | The value of the technologies of the Asserted Patents and the role that they play in driving demand for Defendant's products. |
| Defendants' employees, with knowledge about the factors that affect demand for Defendants' products, such as the technologies of the Asserted Patents, and the role that those factors play in the sale and marketing of Defendants' products. | Factors that affect demand for Defendants' products and the role that those factors play in the sale and marketing of Defendants' products; the competitive market for the technologies of the Asserted Patents. |
| Defendants' employees knowledgeable about Defendants' marketing for Defendants' technologies relating to the Asserted Patents, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Defendants' and competitors' products. | Defendants' marketing for Defendants' technologies relating to the Asserted Patent, including information on advertising strategy and expenditures, sales figures, other publicity for these products, internal market research, and the marketing, advertising, and retail channels for both Defendants' and competitors' products. |
| Defendant's employees knowledgeable about the United States manufacture and sales of Defendant's products. | The United States manufacture and sales of Defendant's products, including information about revenue and units sold. |

4