# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) Case No. 2:24-cv-0752-JRG-RSP ) **LEAD CASE** |
| v. | ) ) |
| HP INC., | ) Case No. 2:24-cv-00764-JRG-RSP ) **Member Case** |
| Defendant. | ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) Case No. 2:24-cv-00753-JRG-RSP ) **Member Case** |
| v. | ) ) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) Case No. 2:24-cv-00766-JRG-RSP ) **Member Case** |
| Defendants. | ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) Case No. 2:24-cv-00746-JRG-RSP ) **Member Case** |
| v. | ) ) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) Case No. 2:24-cv-00765-JRG-RSP ) **Member Case** |
| Defendants. | ) ) |

**[PROPOSED] ORDER GRANTING ASKEY DEFENDANTS' MOTIONS *IN LIMINE***

The Court having reviewed Defendants Askey Computer Corp. and Askey International Corp.'s (collectively, "Askey") Motions *in Limine*, and the Declaration of Jeffrey D. Smyth in support thereof; Plaintiff's opposition thereto; and after hearing argument and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

ASKEY MOTION IN LIMINE NO. 1: Motion to Enforce the Stipulation Withdrawing Wilus's Willfulness Claim and Prohibiting Evidence or Argument Concerning "Bad Faith" is GRANTED.

ASKEY MOTION IN LIMINE NO. 2: Motion to Preclude Inventor Testimony Concerning Conception and Reduction to Practice, which is Irrelevant due to the Parties' Stipulation is GRANTED.

ASKEY MOTION IN LIMINE NO. 3: Motion to Preclude Evidence Concerning the Calculation of Damages Before Actual Notice of Alleged Infringement as Unsupported by Any Wilus Pleadings is GRANTED.

ASKEY MOTION IN LIMINE NO. 4: Motion to Preclude Evidence Concerning Any Alleged Harm Suffered by Wilus as Irrelevant to Reasonable-Royalty-Based Damages is GRANTED.