# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> HP INC. <br><br>        Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br>        Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br>        Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br>        Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

████████████████████████████

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

OPENING EXPERT REPORT OF PROF. STEPHEN B. WICKER, PH.D.

Dated: January 23, 2026

_____

Dr. Stephen B. Wicker

██████████████████████████

200.    ██████████████████████████████████████████████████

████████████████████████████████████████████ PRIOR_ART_00001931 at

4.  Based on this, I understand that Galaxy Tab S is prior art to the '163 and '597 patents under the effective filing date alleged by Wilus—March 4, 2016.

201.    The Galaxy Tab S is analogous art to the '163 and '597 patents because it is in the same technical field, namely, wireless communications.

### 2.    IEEE P802.11ax/D1.0 ("D1.0")

202.    IEEE P802.11ax/D1.0 ("802.11ax D1.0" or "D1.0") is a draft version of 802.11ax specification published by IEEE Task Group AX.  *See* PRIOR_ART_00059608 (802.11ax D1.0). Dr. Harry Bims submitted a declaration in this matter, stating that the 802.11ax D1.0 was available to the interested public as of December 1, 2016.  *See* Decl. of Harry Bims, ¶ 104.  Based on this, I understand that 802.11ax D1.0 is prior art to the '163 and '597 patents if the effective filing date of the '163 and '597 patents is March 6, 2017.

203.    802.11ax D1.0 states on the front page that it is an amendment to IEEE P802.11REVmc™/D8.0 as amended by IEEE P802.11ai ™M/D10.0, IEEE P802.11ah™/D9.0, IEEE P802.11aq™/D3.0, IEEE P802.11ak™/D2.0, and IEEE P802.11aj™/D3.0.

**IEEE P802.11ax™/D1.0, November 2016**
(amendment to IEEE P802.11REVmc™/D8.0
as amended by IEEE P802.11ai™/D10.0,
IEEE P802.11ah™/D9.0,
IEEE P802.11aq™/D3.0,
IEEE P802.11ak™/D2.0,
and IEEE P802.11aj™/D3.0)

PRIOR_ART_00059608 (802.11ax D1.0) at i.

76

97; PRIOR_ART_00015876 (Itagaki 817) at [0390] (explaining that communication efficiency can be improved by implementing Itagaki 817's teachings).

287.    A POSITA would have had a reasonable expectation of success in making this combination because Galaxy Tab S includes a configurable processor and Itagaki 817's teachings include simple logic that could be readily implemented in software alongside the teachings of 802.11ax D1.0.  A POSITA would have recognized that Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 are prior art, and their combination would lead to predictable results.

288.    Further motivations to combine Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 are provided as part of my obviousness analysis below.

### E.    '163 Patent Prior Art Grounds

#### 1.    Galaxy Tab S and Zhou 663 Render Obvious Claim 1 of the '163 Patent

##### a)    Claim 1

**[1pre] A wireless communication terminal communicating wirelessly, the wireless communication terminal comprising:**

289.    Galaxy Tab S discloses this limitation.

290.    The Galaxy Tab S is a wireless communication device, which a POSITA would have understood to be a "wireless communication terminal."  *See* PRIOR_ART_00001931; PRIOR_ART_00009062; PRIOR_ART_00009069.  Specifically, at the time of its release, the Galaxy Tab S was "Samsung's thinnest and lightest tablet with WQXGA (2560x1600, 16:10) Super AMOLED display." *See* PRIOR_ART_00001931 at 1.  The Galaxy Tab S features "Quick Connect," which enables it to "quickly find[] and connect[] to nearby devices, for easy content sharing." *Id*. at 4.  Additionally, the Galaxy Tab S includes 802.11a, 802.11b, 802.11g, 802.11n, and 802.11ac functionality.  *See id*. at 5-6.



*Id*. at 5.

291.  Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1a] a transceiver; and**

292.  Galaxy Tab S discloses this limitation.

293.  Galaxy Tab S includes a transceiver.  Such transceiver is necessary to enable the connectivity functionality of features of 802.11a/b/g/n/ac within Galaxy Tab S.

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |
|---|---|

PRIOR_ART_00001931 at 6.

294.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a transceiver. *See, e.g.*, Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

| [1a] a transceiver; and<br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor":<br><br>*See, e.g.*:<br><br>Wi-Fi    Wi-Fi/Bluetooth System: Qualcomm° FastConnect™ 7800<br>Peak Speed: 5.8 Gbps<br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

295.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

**[1b] a processor,**

296.    Galaxy Tab S discloses this limitation.

297.    The Galaxy Tab S includes a processor capable of being configured for wireless connectivity using certain features of 802.11 a/b/g/n/ac.

| Processor | Exynos 5 Octa (1.9 GHz QuadCore + 1.3 GHz Quadcore) or Qualcomm Snapdragon 800 2.3 GHz Quadcore* |

| Connectivity | WiFi 802.11 a/b/g/n/ac MIMO, WiFi Direct, *Bluetooth*®4.0, IrLED |

*See* PRIOR_ART_00001931 at 6.

298.    Wilus's infringement contentions cite a similar specification document to show that a wireless device includes a processor. *See, e.g.*, Infringement Contentions, Ex. A at 2 (citing Qualcomm specification).

118

| [1a] a transceiver; and<br><br>[1b] a processor, | The Accused Products include "a transceiver" and "a processor":<br><br>*See, e.g.:*<br><br>Wi-Fi — Wi-Fi/Bluetooth System: Qualcomm' FastConnect' 7800<br>Peak Speed: 5.8 Gbps<br>Generation: Wi-Fi 7, Wi-Fi 6, Wi-Fi 5, Wi-Fi 4<br>Standards: 802.11be, 802.11ax, 802.11ac, 802.11n, 802.11g, 802.11b, 802.11a<br><br>(https://www.qualcomm.com/products/mobile/snapdragon/smartphones/snapdragon-8-series-mobile-platforms/snapdragon-8-gen-3-mobile-platform) |

Infringement Contentions, Ex. A at 1–2 (citing Qualcomm specification).

299.    Based on these disclosures, Galaxy Tab S discloses this claim limitation.

> **[1c] wherein the processor is configured to receive a physical layer convergence procedure (PLCP) Processing Data Unit (PPDU) by using the transceiver, and not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed,**

300.    Galaxy Tab S in view of Zhou 663 discloses this limitation.

301.    Galaxy Tab S discloses a processor configured to receive a PPDU using a transceiver.  Specifically, Galaxy Tab S includes a processor configured for wireless connectivity using certain features of IEEE 802.11 a/b/g/n/ac.  *See* PRIOR_ART_00001931 at 6; PRIOR_ART_00009062 at 4; PRIOR_ART_00009069 at 4.  A POSITA would have understood that implementing IEEE 802.11 functionality includes the ability to send and receive PPDUs, as PPDUs are the fundamental unit of data transmission in 802.11 standards.

302.    Zhou 663 also discloses a processor configured to receive a PPDU using a transceiver.  For example, Zhou 663 discloses a wireless device that has a configurable processor and a transceiver.  *See, e.g.*, PRIOR_ART_00014326 (Zhou 663) at [0147]-[0151] (describing a "wireless device," which may be a STA, that includes a processor and a transceiver); *see also* PRIOR_ART_00001718 (Zhou 898 Provisional Specification) at [00157]-[00161].  Zhou 663 also discloses that "an 11ax receiver may have configurable rules allowing the 11ax receiver to drop OBSS messages, which may be 11ax or legacy."  PRIOR_ART_00014326 (Zhou 663) at [0136];

119