# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HP INC., | ) ) ) |
| Defendant. | ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) ) ) |
| Defendants. | ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 2:24-cv-0752-JRG-RSP
**LEAD CASE**

Case No. 2:24-cv-00753-JRG-RSP
**Member Case**

Case No. 2:24-cv-00746-JRG-RSP
**Member Case**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) ) |
| Plaintiff, | ) Case No. 2:24-cv-00764-JRG-RSP ) **Member Case** ) |
| v. | ) ) |
| HP INC., | ) ) |
| Defendant. | ) ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) |
| Plaintiff, | ) Case No. 2:24-cv-00765-JRG-RSP ) **Member Case** ) |
| v. | ) ) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) |
| Defendants. | ) ) ) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | ) ) |
| Plaintiff, | ) Case No. 2:24-cv-00766-JRG-RSP ) **Member Case** ) |
| v. | ) ) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) ) ) |
| Defendants. | ) ) ) |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE WILUS'S EXPERT OPINIONS OF MR. STEPHEN DELL**

I, Jeffrey D. Smyth, declare as follows:

1.      I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Reply in Support of its Motion to Exclude Wilus's Expert Opinions of Mr. Stephen Dell. The matters stated herein are based upon my personal knowledge, and if called as a witness, would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2.      Attached here to as **Exhibit L** is a true and correct copy of an excerpt from the Deposition Transcript of Sisvel International S.A. by and through its Corporate Repetitive David Jan Muss, taken on December 17, 2025.

3.      Attached here to as **Exhibit M** is a true and correct copy of an excerpt from the Deposition Transcript of Stephen Dell, taken on February 23, 2026.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 23rd day of March 2026, at Palo Alto, California

By:    */s/ Jeffrey D. Smyth*
        Jeffrey D. Smyth
        *Attorneys for Defendants*
        *Askey Computer Corp. and*
        *Askey International Corp.*

1

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on March 23, 2026, a complete copy of the

foregoing document was served via electronic mail to all counsel of record.


<u>*/s/ Jeffrey D. Smyth*</u>
Jeffrey D. Smyth