# Exhibit 18

| BegBates | EndBates | BegAttach | EndAttach | PageCount | Filename | Title | Author | Date Created | Date Modified | Subject | From | To | Cc | Bcc | Date Sent | Date Received | MD5 Hash | Confidentiality | TextPath | NativePath |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WILUS_0149628 | WILUS_0149641 | WILUS_0149628 | WILUS_0149641 | 14 | W24304 SK-Wilus Patent Acquisition Agreement_signed. pdf | | Apeos C2060 | 6/20/2024 1:07 | 6/20/2024 1:07 | | | | | | | | 2531858c281f7ec2 7f5fab961093fd63 | RESTRICTED CONFIDENTIAL - ATTORNEYS' EYES ONLY | TEXT\0001\WILUS_ 0149628.txt | |