**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) <br> **JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP <br> (Member Case) |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S
NOTICE REGARDING SAMSUNG'S CORRECTION TO ITS SURREPLY TO WILUS'S
MOTION FOR PARTIAL SUMMARY JUDGMENT  (DKT. 452, CORRECTING DKT.
417)**

Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") hereby respectfully submits the following notice regarding Dkt. 452, Samsung's Corrected Sur-Reply to Wilus's Motion for Partial Summary Judgment on the Suspension of RAND Obligation, which "corrected" Dkt. 417.

Samsung's original Sur-Reply at Dkt. 417 falsely asserted that: "Wilus never pled, requested declaratory judgment, or raised in its contentions or interrogatory responses in this case, that Samsung's conduct amounted to 'bad faith,' that a 'failure to negotiate … in good faith' …" Dkt. 417 at 1.

Wilus's Third Affirmative Defense in these cases "Failure to Negotiate in Good Faith, Breach of Duty of Good Faith, Breach of Contract," renders Samsung's statement in its Sur-Reply false. *See* Wilus's Answers to Samsung's Amended Counterclaims at Dkt. 191 at ¶¶ 129-132  Dkt. 192 at ¶¶ 132-135:

> "Samsung's counterclaims are barred because ***Samsung failed to negotiate in good faith*** towards a license to any essential claims contained in Wilus' patents. Samsung's ***bad faith actions during pre-suit*** licensing and negotiations were improper, unreasonable, and inconsistent with contractual obligations… ***Samsung's rejection of Wilus' performance in bad faith***…Samsung's unwillingness to license and/or engagement in hold out during negotiations…Samsung ***breached its contractual obligations and/or duty of good faith***, frustrated or prevented Wilus' performance, and/or otherwise failed to perform or satisfy a condition precedent.")
>
> *See also* Dkt. 263, Ex. S (Wilus 2025-11-12 Amended Initial Disclosures at 3-4).

Wilus informed Samsung of this, and Samsung thereafter, on April 11, 2026, filed a "Corrected" version of its Sur-Reply at Dkt. 452, striking "that Samsung's conduct amounted to 'bad faith,' that a 'failure to negotiate … in good faith…'". In Wilus's view, the remainder of that sentence at page 1 of Samsung's Corrected Sur-Reply (quoting specifically "suspended" and "abrogate pre-suit failures") remains inaccurate in view of Wilus's pleadings and discovery disclosures, cited above, but Samsung has refused to retract that part of its Sur-Reply.

Dated: April 13, 2026                    Respectfully submitted,

*/s/ Reza Mirzaie*

1

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF, Wilus Institute of Standards and Technology Inc**

2

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ *Reza Mirzaie*
Reza Mirzaie

1