# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** <br><br> Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |

**ASKEY DEFENDANTS' REQUEST FOR DAILY TRANSCRIPTS**

Pursuant to the Court's Eleventh Amended Docket Control Order (ECF No. 230), Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") hereby respectfully request daily transcripts of court proceedings during the trial of this case. A copy of this notice was sent via email to the Court Reporter, Shawn McRoberts at shawn.mcroberts@txed.uscourts.gov.

Dated: April 13, 2026

Respectfully submitted,

_____/s/ Jeffrey D. Smyth_____

Trey Yarbrough
Bar No. 2213350
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  (903) 595-3111
Fax: (903) 595-0191
Email: trey@yw-lawfirm.com

Ming-Tao Yang (*pro hac vice* to be filed)
Jeffrey D. Smyth (*pro hac vice* to be filed)
**FINNEGAN, HENDERSON, FARABOW**
 **GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel:  (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com

*Attorneys for Defendants Askey Computer Corp.*
*and Askey International Corp.*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2026, a complete copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record.

*/s/ Jeffrey D. Smyth*
Jeffrey D. Smyth