# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>*Plaintiff*,<br><br>v.<br><br>HP INC.<br><br>*Defendant*. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br><br>Case No. 2:24-cv-00764-JRG<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.<br><br>*Defendants*. | Case No. 2:24-cv-00746-JRG<br>(Member Case)<br><br>Case No. 2:24-cv-00765-JRG<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>*Plaintiff*,<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP.<br><br>*Defendants*. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case)<br><br>Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING**

Pursuant to the Court's Docket Control Order, Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff" or "Wilus") respectfully requests daily transcripts and real-time reporting of the Court proceedings for this trial. Plaintiff further notifies the Court and all parties that a copy of this notice is being submitted via electronic mail to the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov.

Dated: April 13, 2026                    Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway

1

Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

2

**CERTIFICATE OF SERVICE**

I certify that on April 13, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie