# Exhibit 2

November 2016                                      doc.: IEEE 802.11-16/1519r0

## Report: 802.11ax dominance complaint

| Date: 2016-11-09 | | | | |
|---|---|---|---|---|
| **Author(s):** | | | | |
| **Name** | **Affiliation** | **Address** | **Phone** | **email** |
| Dorothy Stanley | Hewlett Packard Enterprise | 1322 Crossman Ave Sunnyvale, CA 94089 | +1 630-363-1389 | dorothy.stanley@hpe.com |
| Michael Montemurro | Blackberry | | | mmontemurro@blackberry.com |
| James Gilb | Self | | | gilb@ieee.org |

## Abstract

This document contains the findings from the investigation into the 11ax dominance complaint contained in https://mentor.ieee.org/802.11/dcn/16/11-16-0784-00-0000-dominance-allegation-in-tgax.doc .

---

Report                                page 1                          Dorothy Stanley, HPE

RESTRICTED CONFIDENTIAL - ATTORNEYS' EYES ONLY

WILUS_0067241

## 10.3 Finding related to dominance

From https://standards.ieee.org/develop/policies/bylaws/sb_bylaws.pdf, section 5.2.1.3:

> *Dominance is normally defined as the exercise of authority, leadership, or influence by reason of superior leverage, strength, or representation to the exclusion of fair and equitable consideration of other viewpoints. Dominance can also be defined as the exercise of authority, leadership, or influence by reason of sufficient leverage, strength, or representation to hinder the progress of the standards development activity. Such dominance is contrary to open and fair participation by all interested parties and is unacceptable.*

The investigating team conclude that dominance has occurred through the mechanism of "*superior leverage, strength or representation*" with the effect of excluding viewpoints of non-SIG participants from "*fair and equitable consideration*" within the 802.11ax Task Group.

This conclusion is based on the combination of the SIG's
> a) limited openness to interested parties,
> b) the non-public conduct of the SIG's proceedings and
> c) the number of SIG participants as a percentage of 802.11ax participants.

Report                              page 27                    Dorothy Stanley, HPE

RESTRICTED CONFIDENTIAL - ATTORNEYS' EYES ONLY

WILUS_0067267