# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br>SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |

### EXHIBITS TO [PROPOSED] JOINT FINAL PRE-TRIAL ORDER

Plaintiff Wilus Institue of Standards and Technology Inc., hereby submits the attached

exhibits A, C-1, C-2, E, K and L to the [Proposed] Joint Final Pre-Trial Order (Dkt. 467).

Dated:  April 21, 2026                     Respectfully submitted,

                                           */s/Reza Mirzaie*
                                           Marc Fenster
                                           CA State Bar No. 181067

Reza Mirzaie
CA State Bar No. 246953
Benjamin Wang
CA State Bar No. 228712
Dale Chang
CA State Bar No. 248657
Adam Hoffman
CA State Bar No. 218740
Alexandra Easley
TX State Bar No. 24099022
Jacob Buczko
CA State Bar No. 269408
James Tsuei
CA State Bar No. 285530
Jonathan Ma
CA State Bar No. 312773
Linjun Xu
CA State Bar No. 307667
Mackenzie Paladino
NY State Bar No. 6039366
Matthew Aichele
VA State Bar No. 77821
Neil Rubin
CA State Bar No. 250761
Philip Wang
CA State Bar No. 262239
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
rak_wilus@raklaw.com

Andrea L. Fair
TX State Bar No. 24078488
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: 903-757-6400
andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and Technology
Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Texas using the ECF System.

/s/ *Reza Mirzaie*
Reza Mirzaie