# Exhibit E

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. HP INC., *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY, INC.'S**
**OBJECTIONS TO SAMSUNG'S WITNESS LIST**

Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") hereby submits its objections to Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") witness list dated March 16, 2026.

## A.  PRELIMINARY STATEMENT AND OBJECTIONS

Wilus reserves its right to supplement, amend, or modify its pretrial disclosures in connection with outstanding or forthcoming discovery, in response to disclosures made by Defendants, and/or rulings by the Court. Wilus further reserves its right to offer additional evidence at trial with respect to claims and defenses for which it does not carry the burden of proof.

Wilus objects to Samsung calling any witness by designation whom Wilus intends to present live at trial. Wilus objects to Samsung's "Will Call / May Call" designations, because they do not provide information about whether Samsung will or may call those witnesses live or by deposition. Wilus incorporates by reference its objections and counter-designations to Samsung's deposition designations as well as any evidentiary issues to be raised at the pre-trial conference. Wilus generally objects to testimony from any witness insofar as it is covered by, or contrary to, any court order or party agreement. Wilus further reserves the right to object on any ground of improper or irrelevant testimony advanced at trial by any of Samsung's witnesses (including on cross-examination of Samsung's or third-party witnesses).

Wilus further reserves its right to offer additional evidence at trial for purposes of impeachment and rebuttal. Subject to and without waiving the foregoing rights and objections, Wilus provides the following preliminary objections to Samsung's witness list:

| Witness | Objection(s) |
|---|---|
| Sean Diaz | |
| Danielle Moten | |
| SungBin Min | |
| Sanghyun Chang | |

| | |
|---|---|
| Junyoung Lee | |
| Eunsung Jeon | |
| Eunha Kim | |
| TaeSun Kim | |
| Harry Bims | 702/703, Daubert, MIL, Fed. R. Civ. P 26 |
| Stephen Wicker | 702/703, Daubert, MIL, Fed. R. Civ. P 26 |
| Ray Perryman | 702/703, Daubert, MIL, Fed. R. Civ. P 26 |
| David Djavaherian | 702/703, Daubert, MIL, Fed. R. Civ. P 26 |
| Sarah Butler | 702/703, MIL/CMIL, Fed. R. Civ. P 26 |
| Jin (Sam) Kwak | 402/403, 702/703, MIL/CMIL |
| Geon (Greg) Jung Ko | 402/403, 702/703, MIL/CMIL |
| Ju (John) Hyung Son | 402/403, 702/703, MIL/CMIL |
| Woo (Aaron) Jin Ahn | 402/403, 702/703, MIL/CMIL |
| Erik de la Iglesia | |
| Paul Nikolich | |
| Todor Cooklev | |
| Gustav Brismark | |
| Stephen Dell | |
| Rebecca Reed-Arthurs | |
| David Muus | 402/403, CMIL |

Dated:  March 30, 2026

Respectfully submitted,

*/s/ James S. Tsuei*

Marc A. Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
James S. Tsuei
CA State Bar No. 285530
Email: jtsuei@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Mackenzie Paladino
NY State Bar No. 6039366
Email:  mpaladino@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on March 30, 2026.

<u>/s/ James S. Tsuei</u>
James S. Tsuei