# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] <br><br> **FILED UNDER SEAL** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

## PLAINTIFF'S WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S TRIAL WITNESS LIST (SAMSUNG CASE)

Pursuant to the Eleventh Amended Docket Control Order (Dkt. No. 230), Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff" or "Wilus") hereby provides its trial witness list.

## I.    PRELIMINARY STATEMENT AND OBJECTIONS

Wilus reserves its right to supplement, amend, or modify its pretrial disclosures in connection with outstanding or forthcoming discovery, in response to disclosures made by Defendants, and/or rulings by the Court. Wilus further reserves its right to offer additional evidence at trial not identified in the following preliminary pretrial disclosures with respect to claims and defenses for which it does not carry the burden of proof. Wilus further reserves its right to offer additional evidence at trial not identified in the following preliminary pretrial disclosures for purposes of impeachment and rebuttal.

## II.    TRIAL WITNESS LIST

Wilus incorporates by reference the Preliminary Statement and Objections as if set forth fully herein. Wilus further reserves its right to call as witnesses each of Samsung Electronics Co., Ltd. or Samsung Electronics America, Inc. (collectively, "Defendants") and their authorized representatives. Wilus further reserves the right to call as witnesses any person identified in Defendants' pretrial disclosures. Wilus further reserves the right to call witnesses for purposes of rebuttal. Subject to and without waiving the foregoing rights and objections, Wilus provides the following preliminary trial witness list:

| Witness | Will Call/May Call |
|---|---|
| Jinsam Kwak | Will call, live |
| David Muus | Will call, live |
| Erik de la Iglesia | Will call, live |

| | |
|---|---|
| Gustav Brismark | May call, live or by deposition |
| Paul Nikolich | May call, live or by deposition |
| Stephen Dell | Will call, live |
| Rebecca Reed-Arthurs | May call, live or by deposition |
| Todor Cooklev | May call, live or by deposition |
| Woojin Ahn | May call, live or by deposition |
| Greg Ko | May call, live or by deposition |
| John Son | May call, live or by deposition |
| Sanghyun Chang | May call, live or by deposition |
| Sungbin Min | May call, live or by deposition |
| Eunha Kim | May call, live or by deposition |
| Junyoung Lee | May call, live or by deposition |
| Eunsung Jeon | May call, live or by deposition |
| Sean Diaz | May call, live or by deposition |
| Danielle Moten | May call, live or by deposition |
| Taesun Kim | May call, live or by deposition |

Dated: March 16, 2026                Respectfully submitted,

/s/ Reza Mirzaie
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang

3

CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc.**

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via email on all counsel of record on March 16, 2026.

*/s/ Reza Mirzaie*