**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG <br> [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00765-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

1

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG <br> [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP <br> [Member Case] <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung" and with Wilus, the "Parties") file this Joint Motion for Extension of Time to File the Joint Pretrial Order. The current deadline for the Parties to file their Joint Pretrial Order is April 20, 2026. The Parties respectfully request a brief one day extension of time to April 21, 2026.

Good cause exists for the requested extension to the Parties' deadline. First, the consolidated nature of the cases, involving the same Parties, created unanticipated complexities in drafting the relevant documents for the submission, particularly in view of the Parties' disagreement regarding whether Case Nos. 2:24-cv-746 and 2:24-cv-765 should be consolidated for trial. Accordingly, the Parties required additional time to draft and negotiate the format by

2

which the Parties would submit the Joint Pretrial Orders to the Court.[1]  Second, the Parties have diligently and continually met and conferred to reduce the number of disputes submitted to the Court in the Joint Pretrial Order.  To that end, the Parties have narrowed their disputes, and the Parties intend to work in good faith to narrow the disputes further as the Pretrial Conference approaches.

The Parties therefore respectfully request that the Court extend the deadline for filing their Joint Pretrial Order to April 21, 2026, as reflected in the proposed Amended Docket Control Order.

---

[1] While submitted separately, Samsung maintains that the cases should be consolidated for trial, as explained in Samsung's Opposed Motion to Consolidate for Trial.  Dkt. 450.  Wilus maintains its opposition to Samsung's Opposed Motion to Consolidate for Trial.

Dated: April 21, 2026

Respectfully submitted,

/s/ Reza Mirzaie

Reza Mirzaie
rmirzaie@raklaw.com
CA State Bar No. 246953
Marc A. Fenster
mfenster@raklaw.com
CA State Bar No. 181067
Neil A. Rubin
nrubin@raklaw.com
CA State Bar No. 250761
Christian W. Conkle
cconkle@raklaw.com
CA State Bar No. 306374
Jonathan Ma
jma@raklaw.com
CA State Bar No. 312773
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474

/s/ Ralph A. Phillips

Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

4

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
**FISH & RICHARDSON, P.C.**
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

Jon B. Hyland
jhyland@hilgerslaw.com
**HILGERS PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

5

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on April 21, 2026.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A) and by electronic mail.

*/s/ Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), counsel confirms the parties have complied with the meet and confer requirement in Local Rule CV-7(h). The Parties jointly submit this Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie