**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00746-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br> (MEMBER CASE) |



WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,

     *Plaintiff*,

v.

SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,

     *Defendants*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP
(MEMBER CASE)

---

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,

     *Plaintiff*,

v.

ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP.,

     *Defendants*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP
(MEMBER CASE)

## **ORDER**

Before the Court is the Joint Motion for Extension of Time to File Joint Pretrial Order (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology, Inc. ("Plaintiff") and Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc. ("Samsung") (together with Plaintiff, the "Parties"). (Dkt. No. 472.) In the Motion, the Parties seek a one-day extension of time to file their Joint Pretrial Order. (*Id*. at 2.) The extension would move the deadline from April 20, 2026, up to and including April 21, 2026. (*Id*.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the deadline for the Parties to submit their Joint Pretrial Order is **extended** up to and including April 21, 2026.

**So ORDERED and SIGNED this 22nd day of April, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE