# Exhibit 1

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. HP INC., *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., *Plaintiff,* v. ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

### EXPERT REPORT OF ERIK DE LA IGLESIA
### REGARDING INFRINGEMENT

By: _____

Erik De La Iglesia

Executed on January 23, 2026 under penalty of perjury in: _Mountain View, CA_

1

I, Erik de la Iglesia, provide the following expert disclosures.

## I.    INTRODUCTION

### A.    Engagement

1.    I have been retained as an independent expert witness by the law firm of Russ August & Kabat on behalf Plaintiff Wilus Institute of Standards and Technology Inc., to testify as a technical expert in the cases: *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.*, Case Nos. 2:24-cv-00746-JGR ("-746 Case"), 2:24-cv-00765-JGR (E.D. Tex.) ("-765 Case")[1], including concerning infringement of the following U.S. Patent Nos. 10,313,077 (the "'077 Patent"); 10,687,281 (the "'281 Patent"); 11,116,035 (the "'035 Patent"); 11,129,163 (the "'163 Patent"); 11,159,210 (the "'210 Patent"); 11,470,595 (the "'595 Patent"); 11,516,879 (the "'879 Patent"); 11,700,597 (the "'597 Patent") (collectively, the "Asserted Patents").

2.    Unless otherwise noted, the statements made herein are based on my personal knowledge, and if called to testify, I could and would testify competently and truthfully with regard to this matter. I expect to testify at trial on the issues set forth in this report and in any other reports or declarations I prepare for this litigation. I also expect to testify at trial with respect to the matters addressed by any expert testifying on behalf of Samsung, if asked about these matters by the Court or by the parties' counsel.

3.    To ensure that my opinions are complete and accurate, I reserve the right to supplement or amend this report if additional facts and information that affect my opinions become

---

[1] I understand these two cases involving claims of infringement against Samsung were consolidated by the Court under Case No. 2:24-cv-00752-JRG-RSP (E.D. Tex.). Throughout out this report, I will refer to these two consolidated cases as "this matter" or "this case" where appropriate. Where I intend to refer to either of the consolidated cases, I will use a case number abbreviation such as "-746 Case" and "-765 Case."

available. Such information may include, for example, materials produced in this proceeding, and information and documents relevant to this case that Samsung has not yet disclosed. I may also supplement or amend my report or opinions in response to additional discovery or other events, and may rebut expert reports submitted by Samsung.

4. My work in the case is being billed at my standard rate of $750 per hour. My compensation is not dependent upon the outcome of the case or any testimony I may provide. The client may also reimburse me for my actual travel and other reasonable expenses that I incur in the course of my work on this case. I have no personal interest in the outcome of the case.

**B. Qualifications**

5. A copy of my resume is attached hereto as **Exhibit A**.

6. I hold a Bachelor of Science degree in Electrical Engineering from the University of Florida, and a Master of Science degree in Electrical Engineering from Stanford University. While at Stanford, I was an NSF Graduate Research Fellow. My graduate focus included VLSI CMOS architecture, high-speed circuit design, computer networks and protocols, and artificial intelligence. I have worked in several computer and electrical engineering related fields for over 25 years resulting in 68 issued US patents that have been cited over 2850 times in USPTO patent applications. Since 2003, I have served in a number of chief architect and founder roles of companies that have been acquired or gone public. My experiences include the design or implementation of embedded systems, power distribution systems, machine learning systems, network devices such as switches and routers and protocol analysis systems for wired and wireless communications.

7. Between December 1997 and November 1999, I was a circuit design engineer at Intel Corporation within the Mobile and Handheld Products Group. My responsibilities included working on several aspects of mobile processors and chipsets including clock and power

94.     A High Efficiency Multi-User PHY Protocol Data Unit (HE MU PPDU) is used for OFDMA (Orthogonal Frequency Division Multiple Access) and/or MU-MIMO transmission methods to enable an Access Point (AP) to send data to multiple stations (STAs) simultaneously. MU-MIMO achieves multi-user access by transmitting different spatial streams to different users, while OFDMA divides the available bandwidth into smaller Resource Units (RUs) allocated to different users. The preamble of an HE MU PPDU contains the HE-SIG-A (High Efficiency Signal A) and HE-SIG-B (High Efficiency Signal B) fields. The '210 patent discloses techniques for configuring and using a combination of subfields in HE-SIG-A and HE-SIG-B to enable correct decoding of resources for full-bandwidth (BW) MU-MIMO transmissions without OFDMA. This approach prevents misinterpretation of the HE-SIG-B field and ensures proper decoding and resource allocation for both the MU-MIMO or single-user (non-MU-MIMO) transmissions.

## IV.    OVERVIEW OF ACCUSED PRODUCTS AND INFRINGING FEATURES[6]

95.     The Samsung Accused Products in this include Samsung smartphones, tablets, laptops, and televisions.

### A.    Identification of Accused Products

96.     The Accused Products in this case are certain Samsung devices made, used, sold, offered for sale, or imported within six years of Wilus's filing of its complaints in this case—which occurred on September 11, 2024 for the consolidated -746 Case and September 20, 2024 for the consolidated -765 Case. I understand that Wilus identified those products earlier in this case in its preliminary infringement contentions for this matter as including but not limited to the following:

| List of Accused Products from Wilus's Infringement Contentions | |
|---|---|
| Samsung Galaxy A35 | Samsung Galaxy S24 FE |
| Samsung Galaxy A52s 5G | Samsung Galaxy S24 Ultra |
| Samsung Galaxy A54 5G | Samsung Galaxy S24+ |
| Samsung Galaxy A55 | Samsung Galaxy Tab Active 3 |

---

[6] I incorporate this section into Appendices A-E of this report.

| | |
|---|---|
| Samsung Galaxy A73 5G | Samsung Galaxy Tab Active4 Pro |
| Samsung Galaxy Book Flex | Samsung Galaxy Tab Active5 |
| Samsung Galaxy Book Ion | Samsung Galaxy Tab S10 Ultra |
| Samsung Galaxy Book Pro | Samsung Galaxy Tab S10+ |
| Samsung Galaxy Book Pro 360 | Samsung Galaxy Tab S7 |
| Samsung Galaxy Book S | Samsung Galaxy Tab S7 FE |
| Samsung Galaxy C55 | Samsung Galaxy Tab S7+ |
| Samsung Galaxy F54 | Samsung Galaxy Tab S8 |
| Samsung Galaxy F55 | Samsung Galaxy Tab S8 Ultra |
| Samsung Galaxy Fold | Samsung Galaxy Tab S8+ |
| Samsung Galaxy Fold 5G | Samsung Galaxy Tab S8+ Ultra |
| Samsung Galaxy M35 | Samsung Galaxy Tab S9 |
| Samsung Galaxy M52 5G | Samsung Galaxy Tab S9 FE |
| Samsung Galaxy M54 | Samsung Galaxy Tab S9 FE+ |
| Samsung Galaxy M55 | Samsung Galaxy Tab S9 Ultra |
| Samsung Galaxy M55s | Samsung Galaxy Tab S9+ |
| Samsung Galaxy Note 10 | Samsung Galaxy XCover6 Pro |
| Samsung Galaxy Note 10+ | Samsung Galaxy Z Flip 5G |
| Samsung Galaxy Note 20 | Samsung Galaxy Z Flip3 5G |
| Samsung Galaxy Note 20 Ultra | Samsung Galaxy Z Flip4 |
| Samsung Galaxy Note10 5G | Samsung Galaxy Z Flip5 |
| Samsung Galaxy Note10+ 5G | Samsung Galaxy Z Flip6 |
| Samsung Galaxy Note20 5G | Samsung Galaxy Z Fold 2 |
| Samsung Galaxy Note20 Ultra | Samsung Galaxy Z Fold 3 |
| Samsung Galaxy Note20 Ultra 5G | Samsung Galaxy Z Fold Special |
| Samsung Galaxy S10 | Samsung Galaxy Z Fold4 |
| Samsung Galaxy S10 5G | Samsung Galaxy Z Fold5 |
| Samsung Galaxy S10+ | Samsung Galaxy Z Fold6 |
| Samsung Galaxy S10e | Samsung Tab S5e |
| Samsung Galaxy S20 | Samsung 1.63 m QN700A Neo QLED 8K Smart TV |
| Samsung Galaxy S20 5G | Samsung 1.63 m QN800A Neo QLED 8K Smart TV |
| Samsung Galaxy S20 5G UW | Samsung 1.63 m QN800C Neo QLED 8K Smart TV |
| Samsung Galaxy S20 FE | Samsung 1.63 m QN800D Neo QLED 8K Smart TV |
| Samsung Galaxy S20 FE 2022 | Samsung 1.89 m QN800B Neo QLED 8K Smart TV |
| Samsung Galaxy S20 FE 5G | Samsung 110" Class MICRO LED Samsung (2022) |
| Samsung Galaxy S20 Ultra | Samsung 114" Class MICRO LED |
| Samsung Galaxy S20+ | Samsung 1m 89cm (75") Q950T 8K Smart QLED TV |

| | |
|---|---|
| Samsung Galaxy S20+ 5G | Samsung 2.16 m QN900A Neo QLED 8K Smart TV |
| Samsung Galaxy S21 | Samsung 2.16 m QN900B Neo QLED 8K Smart TV |
| Samsung Galaxy S21 FE | Samsung 2.16 m QN900C Neo QLED 8K Smart TV |
| Samsung Galaxy S21 Ultra | Samsung 2.16 m QN900C Neo QLED 8K Smart TV QA85QN900CKXXL |
| Samsung Galaxy S21 Ultra 5G | Samsung 2.16 m QN900D Neo QLED 8K Smart TV |
| Samsung Galaxy S21+ | Samsung 2.47 m QN990C Neo QLED 8K Smart TV |
| Samsung Galaxy S22 | Samsung 75" Class QN800C Samsung Neo QLED 8K Smart TV (2023) |
| Samsung Galaxy S22 Ultra | Samsung 85" Class Samsung Neo QLED 8K QN800D |
| Samsung Galaxy S22 Ultra 5G | Samsung 85" Class Samsung Neo QLED 8K QN900C |
| Samsung Galaxy S22+ | Samsung 85" Class Samsung Neo QLED 8K QN900D |
| Samsung Galaxy S22+ 5G | Samsung 98" Class Samsung Neo QLED 8K QN990C |
| Samsung Galaxy S23 | Samsung Q900 Smart TV |
| Samsung Galaxy S23 FE | Samsung Q900TS Smart TV |
| Samsung Galaxy S23 Ultra | Samsung Q950TS Smart TV |
| Samsung Galaxy S23+ | |
| Samsung Galaxy S24 | |

97.     I understand that Samsung contends some of the products identified in Wilus's infringement contentions may not be sold in the United States. I opine in this report that at least the accused televisions which Samsung states are sold in the United States infringe the Asserted Patents.

98.     Each particular Samsung device going by a given marketing name (e.g., "Galaxy S20," "Galaxy Tab S7", and "Samsung Q900 Smart TV" generally may correspond to one or more variations of a given model number as well as multiple SKU numbers. Documents produced by Samsung in this case, including at the Microsoft Excel spreadsheets bearing the bates numbers SAMSUNG_WILUS_00187962;                    SAMSUNG_WILUS_00187961;