# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **Wilus Institute of Standards and Technology Inc.,** | § § § § | |
| *Plaintiff,* | § § | |
| | § | **Civil Action No. 2:24-cv-00752 [Lead Case]** |
| v. | § | **Civil Action No. 2:24-cv-00764 [Member Case]** |
| | § | |
| **HP Inc.,** | § § | |
| | § | |
| *Defendant.* | § § | |
| **Wilus Institute of Standards and Technology Inc.,** | § § § § | |
| *Plaintiff,* | § § | |
| | § | **Civil Action No. 2:24-cv-00746 [Member Case]** |
| v. | § | **Civil Action No. 2:24-cv-00765 [Member Case]** |
| | § | |
| **Samsung Electronics Co., Ltd.;** | § | |
| **Samsung Electronics America, Inc.;** | § § | |
| | § | |
| *Defendants.* | § § | |

**REBUTTAL EXPERT REPORT OF STEPHEN E. DELL, CVA**

**RELATING TO DAMAGES**

**FEBRUARY 13, 2026**

_____
STEPHEN E. DELL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## I.    NATURE OF INVOLVEMENT

1.    I have been retained as an expert on behalf of the Plaintiff in this matter, Wilus Institute of Standards and Technology Inc. ("Wilus"), to provide analyses and opinions regarding the counter-claims and arguments made by Samsung Electronics Co., Ltd ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung" or "Defendant") related to Wilus' compliance with FRAND in its offers to license its declared SEPs, including the Patents at Issue, to Samsung.

2.    I have been asked to respond to the Expert Report of M. Ray Perryman, Ph.D., served on January 22, 2026 ("Perryman Opening Report"), in which Dr. Perryman was retained "to provide analysis and opinions related to the economic damages, if any, incurred by Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") assuming the alleged infringement of [the Asserted Patents]" and to "provide certain opinions related to implications of the FRAND commitment to the appropriate royalty associated with the alleged infringement by Samsung of the patents-in-suit."[1] Additionally, I have also been asked to review and respond to certain opinions of Mr. Dave Djavaherian, whom Dr. Perryman relies on with respect Samsung's counter-claims.[2]

3.    I served my opening expert report relating to damages on January 23, 2026, which disclosed my opinions regarding the reasonable royalty damages owed to Wilus as a result of Samsung's infringement of the Asserted Patents ("Dell Opening Report").[3] I also herein incorporate the opinions disclosed in my Opening Report.

## II.    INFORMATION REVIEWED AND CONSIDERED

4.    In connection with the preparation of this report, I have considered information from a variety of sources, including documents and electronic data produced thus far by the parties in this case, legal documents prepared as part of this case, deposition testimony given in this case (and related exhibits), the patents at issue, and publicly available information, such as Securities and Exchange Commission ("SEC") filings, United States Patent and Trademark Office ("USPTO") filings, industry/market reports, publicly available license agreements and royalty rates obtained from public filings and third party research, articles, press releases, and Internet websites. A full list of the documents and other information

---

[1] Expert Report of M. Ray Perryman, PhD, January 22, 2026, ¶9 ("Perryman Opening Report").

[2] Opening Expert Report of David Djavaherian, January 23, 2026.

[3] My credentials and compensation are included as part of my Opening Report dated January 23, 2026 and are incorporated herein by reference.