# Exhibit 5

Restricted – Attorneys' Eyes Only

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

## MARSHALL DIVISION

| | | |
|---|---|---|
| Wilus Institute of Standards and Technology, Inc., | § | |
| | § | Case No. 2:24-cv-00752-JRG-RSP |
| vs. | § | (Lead Case) |
| HP Inc. | § | |
| | § | |
| Wilus Institute of Standards and Technology, Inc., | § | |
| Plaintiff | § | |
| vs. | § | Case No. 2:24-cv-00746-JRG-RSP |
| Samsung Electronics Co., Ltd., | § | (Member Case) |
| Samsung Electronics America, Inc. | § | |
| Defendants | § | |
| Wilus Institute of Standards and Technology, Inc., | § | |
| Plaintiff | § | |
| vs. | § | Case No. 2:24-cv-00765-JRG-RSP |
| Samsung Electronics Co., Ltd., | § | (Member Case) |
| Samsung Electronics America, Inc. | § | |
| Defendants | § | |

# Expert Report of Dr. Rebbecca Reed-Arthurs

## January 22, 2026

RESTRICTED – ATTORNEYS' EYES ONLY

1

Restricted – Attorneys' Eyes Only

6. BRG is being compensated for my time at a rate of $735 per hour, plus expenses. Work on this matter has also been performed by members of BRG staff, acting under my direction. Neither those staff nor I have any financial stake in the outcome of this litigation.

## 1.2. Assignment and Background

7. I have been retained by the law firm of Russ August & Kabat P.C., counsel for Wilus Institute of Standards and Technology, Inc (hereinafter "Counsel" and "Wilus" respectively), to conduct and analyze a survey that measures consumer willingness-to-pay for smartphones that include Wi-Fi 6 (802.11ax) technology relative to smartphones that include only Wi-Fi 5 (802.11ac) technology.

8. I am an economist, not a lawyer, nor a legal or technical expert, and do not express any opinion on legal or technical issues. The following is my general understanding of the technology and products at issue in this case, set out as foundation for my economic analysis.

9. I understand from Counsel that Wilus owns at least the following U.S. patents (among others):

- United States Patent No. 10,313,077 ("the 077 Patent") titled "Wireless communication method and wireless communication terminal for coexistence with legacy wireless communication terminal" and granted June 4, 2019;
- United States Patent No. 10,687,281 ("the 281 Patent") titled "Wireless communication method and wireless communication terminal, which use discontinuous channel" and granted June 16, 2020;
- United States Patent No. 11,470,595 ("the 595 Patent") titled "Wireless communication method and wireless communication terminal, which use discontinuous channel" and granted October 11, 2022;
- United States Patent No. 11,159,210 ("the 210 Patent") titled "Wireless communication method and wireless communication terminal for signaling multi-user packet" and granted October 26, 2021;[1]
- United States Patent No. 11,116,035 ("the 035 Patent") titled "Wireless communication method using enhanced distributed channel access, and wireless communication terminal using same" and granted September 7, 2021;
- United States Patent No. 11,129,163 ("the 163 Patent") titled "Wireless communication method and wireless communication terminal in basic service set overlapping with another basic service set" and granted September 21, 2021;

---

[1] For the 077, 281, 595, 210 Patents, see Complaint for Patent Infringement in Wilus Institute of Standards and Technology Inc v. Samsung Electronics Co., September 13, 2024, pp. 3-4. (Hereinafter the "746 Complaint.")

Restricted – Attorneys' Eyes Only

responses are used in specific product categories.[199]

Rebbecca Reed-Arthurs

---

[199]    Deposition of Taesun Kim, January 19, 2026, pp. 19-20, 31-32.

[200]    Deposition of Taesun Kim, January 19, 2026, pp. 22-24, 29.

[201]    Deposition of Taesun Kim, January 19, 2026, p. 30.

[202]    In performing this calculation I group XCover models with the Galaxy A series devices.  I group Note, Z Flip, and Z Fold models with the Galaxy S series devices.

[203]    Samsung's Eighth Supplemental Objections and Responses to Plaintiff Wilus Institute of Standards and Technology Inc.'s First Set of Common Interrogatories (Nos. 1-15), December 22, 2025, Appendix A.

[204]    See **Exhibit 2c**.