# Exhibit 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC, <br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., <br> *Defendant.* | CIVIL ACTION 2:24-cv-00746-JRG <br><br><br> JURY TRIAL DEMANDED |

**REBUTTAL EXPERT REPORT OF TODOR COOKLEV REGARDING SOURCE CODE OF WI-FI CHIP IN SAMSUNG GALAXY TAB S**

## I.   INTRODUCTION

1. My name is Todor Cooklev and I have been retained by Plaintiff Wilus Institute of Standards and Technology, Inc. to provide certain opinions relevant to the claims and defenses in this patent litigation case. The Asserted Patents in this case are U.S. Patent Nos. 10,313,077 (the "'077 Patent"); 10,687,281 (the "'281 Patent"); 11,116,035 (the "'035 Patent"); 11,129,163 (the "'163 Patent"); 11,159,210 (the "'210 Patent"); 11,470,595 (the "'595 Patent"); 11,516,879 (the "'879 Patent"); 11,700,597 (the "'597 Patent").

2. This declaration is based on information currently available to me and my personal knowledge. I am over eighteen years of age, and if called as a witness, I would and could competently testify as to the matters set forth herein.

3. I am compensated for my work in this case at my standard hourly rate of $700 per hour. My compensation is not dependent on the outcome of these matters or on my opinions.

4. I have been asked to opine regarding the public accessibility (or lack thereof) of the source code for the wi-fi chipset included in the Samsung Galaxy Tab S device released in or around July 2014. More specifically, I am tasked with providing an opinion about whether the source code for the wi-fi chipset in the Galaxy Tab S would have been publicly accessible at the relevant times—e.g., the priority dates of certain patents asserted by Wilus and challenged by Samsung's experts as invalid. I understand that Samsung has provided Wilus invalidity expert reports, respectively signed by Dr. Harry Bims and Dr. Stephen Wicker, containing opinions that Wilus's

1

case when additional information is made available to me.

\*     \*     \*

I declare under the penalty of perjury of the laws of the United States that the foregoing statements made in this declaration are true based on my own knowledge and that all opinions given are my own.

Dated:  February 13, 2026            _/s/Todor Cooklev_____
                                       Todor Cooklev, Ph.D.