# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

## JOINT NOTICE REGARDING AGREEMENTS

Pursuant to the Eleventh Amended Docket Control Order (Dkt. 230), Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") respectfully inform the Court that no agreements have been reached regarding outstanding objections and motions *in limine*. Wilus and Samsung Defendants will continue to meet and confer regarding their disputes and will inform the Court if any agreements are reached.

Dated: April 24, 2026                               Respectfully submitted,

*/s/ Reza Mirzaie*                                  */s/ Brendan F. McLaughlin*
Reza Mirzaie                                        Ruffin B. Cordell
rmirzaie@raklaw.com                                 TX Bar No. 04820550
CA State Bar No. 246953                             cordell@fr.com
Marc A. Fenster                                     Michael J. McKeon
mfenster@raklaw.com                                 DC Bar No. 459780
CA State Bar No. 181067                             mckeon@fr.com
Neil A. Rubin                                       Ralph A. Phillips
nrubin@raklaw.com                                   DC Bar No. 475571
CA State Bar No. 250761                             rphillips@fr.com
Christian W. Conkle                                 Matthew P. Mosteller
cconkle@raklaw.com                                  DC Bar No. 1697343
CA State Bar No. 306374                             mosteller@fr.com
Jonathan Ma                                         Bryan J. Cannon
jma@raklaw.com                                      DC Bar No. 1723657
CA State Bar No. 312773                             cannon@fr.com
**RUSS AUGUST & KABAT**                             Brendan F. McLaughlin
12424 Wilshire Boulevard, 12th Floor               DC Bar No: 1671658
Los Angeles, CA 90025                               BMcLaughlin@fr.com
310-826-7474                                        Payal Patel
                                                    DC Bar No. 90019320
                                                    ppatel@fr.com
                                                    Damien Thomas
                                                    DC Bar No. 90018451
                                                    dthomas@fr.com
                                                    James Young
                                                    DC Bar No. 90005769
                                                    jyoung@fr.com
                                                    **FISH & RICHARDSON, P.C.**
                                                    1000 Maine Ave., S.W., Ste. 1000
                                                    Washington, DC 20024
                                                    Telephone: 202-783-5070

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
**FISH & RICHARDSON, P.C.**
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**

303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

Jon B. Hyland
jhyland@hilgerslaw.com
**HILGERS PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097


ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record who are deemed to have consented to electronic service

are being served with a copy of this document via the Court's CM/ECF system on April 24, 2026.

*/s/ Reza Mirzaie*
Reza Mirzaie