# Exhibit 9

US010911186B2

## (12) United States Patent
### Ahn et al.

(10) **Patent No.:** **US 10,911,186 B2**
(45) **Date of Patent:** *****Feb. 2, 2021**

(54) **WIRELESS COMMUNICATION TERMINAL AND WIRELESS COMMUNICATION METHOD FOR MULTI-USER CONCURRENT TRANSMISSION**

(71) Applicants: **WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**, Seoul (KR); **SK TELECOM CO., LTD.**, Seoul (KR)

(72) Inventors: **Woojin Ahn**, Seoul (KR); **Yongho Kim**, Incheon (KR); **Jinsam Kwak**, Gyeonggi-do (KR); **Juhyung Son**, Gyeonggi-do (KR)

(73) Assignees: **WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.**, Gyeonggi-do (KR); **SK TELECOM CO., LTD.**, Seoul (KR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/377,829**

(22) Filed: **Apr. 8, 2019**

(65) **Prior Publication Data**

US 2019/0238272 A1      Aug. 1, 2019

### Related U.S. Application Data

(63) Continuation of application No. 15/555,075, filed as application No. PCT/KR2016/002199 on Mar. 4, 2016, now Pat. No. 10,305,638.

(30) **Foreign Application Priority Data**

| | | |
|---|---|---|
| Mar. 4, 2015 | (KR) | ........................ 10-2015-0030369 |
| Mar. 17, 2015 | (KR) | ........................ 10-2015-0036754 |
| May 13, 2015 | (KR) | ........................ 10-2015-0066670 |

(51) **Int. Cl.**
| | |
|---|---|
| *H04L 1/16* | (2006.01) |
| *H04W 72/04* | (2009.01) |
(Continued)

(52) **U.S. Cl.**
CPC .......... *H04L 1/1664* (2013.01); *H04L 1/1614* (2013.01); *H04L 1/1621* (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2006/0034317 A1 | 2/2006 | Hong |
| 2012/0314697 A1 | 12/2012 | Noh |
(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 2011/102575 | 8/2011 |
| WO | 2014/171788 | 10/2014 |

OTHER PUBLICATIONS

International Search Report for PCT/KR2016/002199 dated Jul. 8, 2016 and its English translation from WIPO.
(Continued)

*Primary Examiner* — Hassan A Phillips
*Assistant Examiner* — Guatam Sharma
(74) *Attorney, Agent, or Firm* — Ked & Associates, LLP

(57) **ABSTRACT**

The present invention relates to a wireless communication terminal and a wireless communication method for efficiently managing simultaneous data transmissions of a plurality of terminals. To this end, provided are a base wireless communication terminal including: a transceiver configured to transmit and receive a wireless signal; and a processor configured to control an operation of the base wireless communication terminal, wherein the processor is config-

(Continued)

