# Exhibit 14



# Wifi 6

Enhancements for High-Efficiency Wirele

| Navigate this section ⌄ |
|---|

Home > Licensing programmes > Legacy programs > Wifi 6

INTRODUCTION            PATENT OWNERS            PATENTS

## LIST OF LICENSEES

**Counterparty Name**

- Acer Inc.
- Allied Telesis Holdings K.K.
- Antretter & Huber GmbH
- Confidential Licensee 1 (available under NDA to implementers in licensing discussions)
- Bitspeed Computer Systems
- Cisco Systems, Inc.
- Contec Co., Ltd.
- Dejero Labs Inc.



Sisvel

- Draytek Corporation
- Fujisoft Incorporated
- Giga-byte Technology Co., Ltd.
- Group Sense Limited
- GTA Electronics
- HP Inc.
- Huawei Technologies Co., Ltd.
- I.Safe Mobile GmbH
- Koninklijke Philips N.V.
- Mach Power Italy S.r.l
- Confidential Licensee 2 (available under NDA to implementers in licensing discussions)
- Microtech Srl
- Mouse Computer Co., Ltd.
- Netgear, Inc.
- Nextivity Inc.
- Optoma Corporation
- Panasonic Automotive Systems
- Panasonic Holdings Corporation
- Peloton Interactive Inc.
- Punch Technology Ltd.
- Razer (Asia-Pacific) Pte. Ltd.
- Ruggear GmbH
- Shenzhen AYN Technologies Co., Ltd.
- Smart Products Connection, S.A.
- Starry, Inc.
- Teradek, LLC
- THD Acoustics Ltd.
- WeTek - Soluções Tecnológicas S.A.
- Witbe SA

**Sisvel**

# Contact us

| Name |
|------|

| Surname |
|---------|

| Email |
|-------|

| I'm interested in ⌄ |
|---------------------|

| Message |
|---------|

☐ Sisvel respects your right to privacy while usingour websites. We take the protection of personal data very seriously and will only collect, process, and use any personal data that you provide in this contact form in accordance with our data Privacy Policy.

Send





Sisvel is a world leader in powering innovation by providing tailored licensing solutions and patent pools for the delivery of cutting-edge technologies

About us    Licensing programmes    About Sisvel Tech    Newsroom    Insights    Careers

## FOLLOW US

©2026 SISVEL INTERNATIONAL S.A  All rights reserved    Trademark policy    Privacy Policy