**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP <br> LEAD CASE |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; and <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG <br> Member Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; and <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-00765-JRG <br> Member Case |

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,

*Plaintiff,*

v.

ASKEY COMPUTER CORP.; and

ASKEY INTERNATIONAL CORP.,

*Defendants.*

Case No. 2:24-cv-00766-JRG

Member Case

WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.,

*Plaintiff,*

v.

ASKEY COMPUTER CORP.; and

ASKEY INTERNATIONAL CORP.,

*Defendants.*

Case No. 2:24-cv-00753-JRG-RSP

Member Case

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S OPPOSITION TO SAMSUNG'S MOTION TO CONSOLIDATE FOR TRIAL**

I, Reza Mirzaie, declare and state as follows:

1.      I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Opposition to Samsung's Motion to Consolidate for Trial. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts from the corrected Invalidity Expert Report of Harry Bims, dated January 28, 2026.

3.      Attached as **Exhibit B** is a true and correct copy of excerpts from the Opening Expert Report of Stephen Wicker, dated January 23, 2026.

4.      Attached as **Exhibit C** is a true and correct copy of excerpts from the Opening Expert Report of Erik de la Iglesia re Infringement, dated January 23, 2026.

1.      Attached as **Exhibit D** is a true and correct copy of excerpts from the Opening Expert Report of Stephen Dell re Damages, dated January 23, 2026.

2.      Attached as **Exhibit E** is a true and correct copy of excerpts from the Expert Report of Paul Nikolich, dated February 13, 2026.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on April 23, 2026 in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie