# Exhibit A

**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

**OPENING REPORT OF DR. HARRY BIMS (CORRECTED)**

I state under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the following is true and correct.

Date: January 28, 2026

_Harry Bims_

Harry Bims Ph.D.

2

████████████████

TABLE OF CONTENTS

Page

I.      INTRODUCTION ..................................................................................................14

II.     SUMMARY OF OPINIONS ...............................................................................16

        A.      Summary of Opinions on the '077 Patent.............................................. 16

        B.      Summary of Opinions on the '281 Patent.............................................. 17

        C.      Summary of Opinions on the '595 Patent.............................................. 18

        D.      Summary of Opinions on the '210 Patent.............................................. 19

III.    QUALIFICATIONS.............................................................................................20

IV.     LEGAL STANDARDS........................................................................................24

        A.      Person Of Ordinary Skill In The Art...................................................... 24

        B.      Priority Date............................................................................................ 24

        C.      Effective Filing Date............................................................................... 25

        D.      Prior Art ................................................................................................. 26

        E.      Anticipation............................................................................................. 28

        F.      Obviousness ............................................................................................ 28

        G.      Patent Eligible Subject Matter (Subject Matter Eligibility)................... 32

        H.      Written Description Requirement ........................................................... 33

        I.      Enablement Requirement........................................................................ 35

        J.      Improper Inventorship ........................................................................... 36

        K.      Inter Partes Review................................................................................. 37

        L.      Inequitable Conduct................................................................................ 37

        M.      Derivation ............................................................................................... 38

        N.      Non-Infringing Alternatives................................................................... 39

V.      LEVEL OF ORDINARY SKILL IN THE ART.................................................39

VI.  TECHNOLOGY BACKGROUND .................................................................................40

    A.    Development of IEEE 802.11 ................................................................. 40

    B.    IEEE 802.11 Concepts ........................................................................ 42

    C.    Multicarrier Technology ..................................................................... 43

    D.    Multiple Access Technology ............................................................... 46

    E.    Multi-Antenna Transmission ............................................................. 47

    F.    Development of IEEE 802.11a ............................................................ 49

    G.    Development of IEEE 802.11n ............................................................ 50

    H.    Development of IEEE 802.11ac............................................................ 51

    I.    Development of IEEE 802.11ax ........................................................... 53

        1.    July 2015 .................................................................. 54

        2.    December 2015 ........................................................... 54

        3.    December 2016 ........................................................... 55

VII. STATE OF THE ART ..................................................................................................56

    A.    Conventional, Well-Known Elements of the '077 Patent .................................... 57

        1.    Wireless Device Components Including Processor and Transceiver........ 57

        2.    Receiving a Non-Legacy Physical Layer Frame, Obtaining a L-SIG, and Obtaining Length Information From a L_SIG........................... 59

        3.    Determining the Format of a Physical Layer Frame................................ 59

        4.    Determining the Number of Data Symbols in a Frame ........................... 63

    B.    Conventional, Well-Known Elements of the '281 & '595 Patents ...................... 64

        1.    Wireless Device Components Including Processor and Communication Unit................................................................. 64

        2.    Receiving Bandwidth Field of HE-SIG-A and RU Allocation Field HE-SIG-B, and Decoding Packet Based on This Information.................. 65

        3.    Providing Puncturing Information Via Bandwidth Field of HE-SIG-A................................................................. 65

4

4.    Providing Additional Puncturing Information Via RU Allocation Field of HE-SIG-B ........................................................ 66

5.    Signaling Center-26 RU Allocation for 80MHZ and 160MHz Bandwidth ................................................................. 66

C.    Conventional, Well-Known Elements of the '210 Patent ..................................... 67

1.    Wireless Device Components Including Processor and Communication Unit ................................................................. 67

2.    High Efficiency Signaling Fields ................................................................. 67

VIII. OVERVIEW OF THE ASSERTED PATENTS ......................................................... 69

A.    The '077 Patent ......................................................................................... 69

1.    Overview ................................................................................................ 69

2.    File History ............................................................................................ 75

3.    IPR Status .............................................................................................. 75

4.    Asserted Claims .................................................................................... 75

5.    Priority Dates of the Asserted Claims ................................................... 78

B.    Overview of the '281 Patent ...................................................................... 86

1.    Overview ................................................................................................ 86

2.    File History ............................................................................................ 87

3.    IPR Status .............................................................................................. 89

4.    Asserted Claims .................................................................................... 89

5.    Priority Dates of the Asserted Claims ................................................... 91

C.    Overview of the '595 Patent ...................................................................... 91

1.    Overview ................................................................................................ 91

2.    File History ............................................................................................ 93

3.    IPR Status .............................................................................................. 95

4.    Asserted Claims .................................................................................... 95

|  |  | 5. | Priority Dates of the Asserted Claims | 97 |
|  | D. |  | Overview of the '210 Patent | 97 |
|  |  | 1. | Overview | 97 |
|  |  | 2. | File History | 102 |
|  |  | 3. | IPR Status | 103 |
|  |  | 4. | Asserted Claims | 103 |
|  |  | 5. | Priority Dates of the Asserted Claims | 105 |
| IX. | CLAIM CONSTRUCTION OF THE ASSERTED PATENTS | | | 110 |
| X. | OVERVIEW OF PRIOR ART | | | 110 |
|  | A. |  | Samsung Galaxy Tab S | 110 |
|  |  | 1. | Prior Art Status | 110 |
|  |  | 2. | Overview of the Samsung Galaxy Tab S | 111 |
|  | B. |  | IEEE 802.11-2012 | 114 |
|  |  | 1. | Prior Art Status | 114 |
|  |  | 2. | Overview | 114 |
|  | C. |  | IEEE 802.11ac | 119 |
|  |  | 1. | Prior Art Status | 119 |
|  |  | 2. | Overview | 119 |
|  | D. |  | IEEE P802.11ax/D0.5 | 121 |
|  |  | 1. | Prior Art Status | 121 |
|  |  | 2. | Overview | 122 |
|  | E. |  | Zhang et al., "HE PHY Padding and Packet Extension," July 2015, ("Zhang 810") | 128 |
|  |  | 1. | Prior Art Status | 128 |
|  |  | 2. | Overview | 129 |
|  |  | 3. | Zhang's Supplemental Disclosure | 132 |

█████████████████

F.     U.S. Patent 9,001,929 ("Lee 929") .................................................................. 137

     1.     Prior Art Status............................................................................. 137

     2.     Overview....................................................................................... 137

G.     U.S. Patent Pub. 2017/0366310 ("Verma 310") ............................................. 140

     1.     Prior Art Status............................................................................. 140

     2.     Overview....................................................................................... 140

H.     U.S. Patent Pub. 2018/0102929 ("Lin 929") ................................................. 141

     1.     Prior Art Status............................................................................. 141

     2.     Overview....................................................................................... 141

I.     U.S. Patent Pub. 2017/0181129A1 ("Bharadwaj 129")................................... 143

     1.     Prior Art Status............................................................................. 143

     2.     Overview....................................................................................... 143

J.     U.S. Patent Pub. 2016/0330058A1 ("Chen")................................................. 146

     1.     Prior Art Status............................................................................. 146

     2.     Overview....................................................................................... 146

K.     U.S. Patent Pub. 2016/0330300A1 ("Josiam").............................................. 147

     1.     Prior Art Status............................................................................. 147

     2.     Overview....................................................................................... 147

L.     U.S. Patent Pub. 2017/0094664A1 ("Lee 664") ............................................ 150

     1.     Prior Art Status............................................................................. 150

     2.     Overview....................................................................................... 150

M.     U.S. Patent Pub. 2017/0064718A1 ("Bharadwaj 718")................................... 151

     1.     Prior Art Status............................................................................. 151

     2.     Overview....................................................................................... 151

N.     U.S. Patent Pub. US 2018/0176066 ("Lim 066") ........................................... 152

1.      Prior Art Status...................................................................... 152

2.      Overview............................................................................... 152

O.      U.S. Patent Pub. 2016/0353322A1 ("Li") ............................................ 153

1.      Prior Art Status...................................................................... 153

2.      Overview............................................................................... 153

XI.   ANALYSIS OF THE '077 PATENT ............................................................154

A.      Opinions for the '077 Patent Based on Prior art .................................... 154

1.      Samsung Galaxy Tab S in Combination with Zhang 810, Lee 929, IEEE 802.11-2012, and/or IEEE 802.11ac ............................................ 154

2.      Samsung Galaxy Tab S in Combination with Lin 929............................ 192

B.      The Asserted Claims of the '077 Patent Lack Written Description and Enablement Support........................................................................ 227

C.      The Asserted Claims of the '077 Patent Do Not Recite Patent Eligible Subject Matter............................................................................... 232

1.      The Asserted Claims of the '077 Patent are Directed to an Abstract Idea........................................................................................ 232

2.      The Asserted Claims of the '077 Patent Do Not Recite an Inventive Concept ..................................................................................... 234

XII.  ANALYSIS OF THE '281 PATENT ............................................................245

A.      Opinions for the '281 Patent Based on Prior art .................................... 245

1.      Samsung Galaxy Tab S in Combination with Josiam ............................ 245

2.      Samsung Galaxy Tab S in Combination with Li.................................... 262

3.      Bharadwaj 129 alone or in Combination with Chen............................... 284

B.      Asserted Claims of the '281 Patent Lack Written Description Support ............. 301

1.      "wherein the bandwidth field of the HE-SIG-A indicates channel information to be punctured within the bandwidth, and the resource unit allocation field indicates additional puncturing information for the unassigned resource unit within the bandwidth" ............................ 301

C.     The Asserted Claims of the '281 Patent Do Not Recite Patent Eligible Subject Matter ................................................................................. 303

     1.     The Asserted Claims of the '281 Patent are Directed to an Abstract Idea................................................................................. 304

     2.     The Asserted Claims of the '281 Patent Do Not Recite an Inventive Concept ................................................................. 305

XIII. ANALYSIS OF THE '595 PATENT ....................................................................315

     A.     Opinions for the '595 Patent Based on Prior art ................................. 316

     1.     Samsung Galaxy Tab S in Combination with 802.11ac and Lee 664 ..... 316

     2.     Samsung Galaxy Tab S in Combination with Bharadwaj 718 and Lee 664.................................................................................. 333

     3.     Samsung Galaxy Tab S in Combination with Li and Lee 664................ 346

     4.     Josiam ..................................................................................... 363

     B.     Asserted Claims of the '595 Patent Lack Written Description Support ............. 383

     1.     "wherein the information of the unassigned resource unit includes information of a C26 field indicating whether a user is allocated to a center 26-tone resource unit of 80 MHz upon the bandwidth related to a transmission of the received wireless packet indicated by the bandwidth field being 80 MH or more, not 20 MHz or 40 MHz"................................................................................. 383

     C.     The Asserted Claims of the '595 Patent Do Not Recite Patent Eligible Subject Matter ................................................................................. 384

     1.     The Asserted Claims of the '595 Patent are Directed to an Abstract Idea................................................................................. 384

     2.     The Asserted Claims of the '595 Patent Do Not Recite an Inventive Concept ................................................................. 386

XIV. ANALYSIS OF THE '210 PATENT ................................................................398

     A.     Opinions for the '210 Patent Based on Prior art ................................. 398

     1.     Samsung Galaxy Tab S in Combination with Verma 310....................... 398

     2.     Samsung Galaxy Tab S in Combination with Lim 066 and IEEE P802.11ax/D0.5.................................................................................. 428

B.    Asserted Claims of the '210 Patent Lack Written Description and Enablement Support ........................................................................ 461

C.    The Asserted Claims of the '210 Patent Do Not Recite Patent Eligible Subject Matter .......................................................................... 467

    1.    The Asserted Claims of the '210 Patent are Directed to an Abstract Idea .................................................................................... 467

    2.    The Asserted Claims of the '210 Patent Do Not Recite an Inventive Concept .............................................................................. 469

XV.  SECONDARY CONSIDERATIONS OF NON-OBVIOUSNESS ...................................... 478

A.    Lack of Commercial Success ............................................................ 478

    1.    The Accused Products Do Not Demonstrate Commercial Success Tied to the Asserted Patents ................................................. 478

    2.    Wilus Did Not Have Demonstrated Commercial Success Tied to the Asserted Patents ............................................................. 479

B.    Lack of Success via Licensing ......................................................... 480

C.    No Industry Praise ........................................................................... 480

D.    No Long Felt Need or Failure of Others ........................................... 482

E.    No Copying ..................................................................................... 482

F.    No Unexpected Results .................................................................... 482

G.    No Skepticism by Experts ................................................................ 482

H.    No Teaching Away ........................................................................... 483

I.    Wilus's Lone '210 Patent Argument ................................................. 483

XVI.  IMPROPER INVENTORSHIP & DERIVATION ...................................................... 485

A.    '077 Patent ..................................................................................... 485

B.    '281 & '595 Patents ......................................................................... 487

    1.    Improper inventorship based on Wilus employee ........................ 488

    2.    Improper inventorship based on other IEEE members' employees ........ 489

C.    '210 Patent ..................................................................................... 494

XVII.  INEQUITABLE CONDUCT ........................................................................................498

    A.  Materiality........................................................................................... 498

    B.  Priority Claim Applications Cover Different Inventions ................................... 500

    C.  Familiarity with Prior Art.......................................................................... 502

        1.  Named Inventor – Ko.................................................................. 502

        2.  Named Inventor – Kwak............................................................... 506

        3.  Named Inventor – Son ................................................................ 507

XVIII.  ALTERNATIVES TO THE WILUS PATENTS ..............................................................508

    A.  Alternatives to the '077 Patent................................................................... 508

        1.  Alternatives That Do Not Obtain Information Other Than Information on the Duration of the Non-Legacy Physical Layer Frame Through a Remaining Value Obtained by Dividing the Length Information by a Data Size Transmittable by a Symbol of a Legacy Physical Layer Frame.................................................. 509

        2.  Alternatives That Do Not Determine the Number of Data Symbols of a Frame Using the "+ m" version of the $N_{SYM}$ Equation.................... 509

        3.  Additional Alternatives ............................................................... 512

    B.  Alternatives to the '281 Patent................................................................... 513

        1.  Alternatives That Do Not Signal Puncturing Information...................... 513

        2.  Alternatives In Which Unassigned RU Is Not Indicated Via a Combination.............................................................................. 513

        3.  Alternatives In Which RU Allocation Field Does Not Indicate Additional Puncturing Information........................................................ 514

        4.  Additional Alternatives ............................................................... 514

    C.  Alternatives to the '595 Patent................................................................... 515

        1.  Alternatives That Do Not Signal Center-26 RU Assignment ................. 515

        2.  That Is Not Limited to Bandwidth of 80MHz or More ......................... 515

        3.  Additional Alternatives ............................................................... 516

███████████████████████████████

D.    Alternatives to the '210 Patent.................................................................... 516

    1.    Alternatives That Do Not Use HE MU PPDU For Any SU MIMO Transmissions.................................................................................... 517

    2.    Additional Alternatives ............................................................. 517

XIX.    OTHER OPINIONS REGARDING ASSERTED PATENTS AND RELEVANT TECHNOLOGY ...................................................................................518

A.    Accused Products & Functionality .................................................... 518

B.    ████████████████████████ .................................................... 519

C.    Relative Importance of Wi-Fi ........................................................ 524

XX. CONCLUSION.............................................................................................528

12

███████████████████████████

**TABLE OF APPENDICES**

| Appendix | Description |
|---|---|
| A | Materials Considered |
| B | *Curriculum Vitae* of Dr. Harry Bims |
| C | ████████████████████████████████████████ ████████ |
| D | ████████████████████████████████████████ ████████████████ |
| E | Provisional Application Support for Prior Art References |

13

## I.    INTRODUCTION

1.    My name is Harry Bims. I have prepared this Report as an expert witness on behalf of Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung"). In this Report, I provide my opinions as to whether certain claims of: U.S. Patent 10,313,077 ("the '077 patent"); U.S. Patent 10,687,281 ("the '281 patent"); U.S. Patent 11,470,595 ("the '595 patent"); and U.S. Patent 11,159,210 ("the '210 patent") (collectively, the "Asserted Patents" or "Patents-in-Suit" or "'746 Asserted Patents") are valid.[1] Specifically, I understand that Wilus Institute of Standards and Technology, Inc. ("Wilus") alleges that Samsung infringes the following claims (collectively, the "Asserted Claims"):

| Asserted U.S. Patents | Asserted Claims |
|---|---|
| 10,313,077 | 1, 3-5, 8 |
| 10,687,281 | 1-4, 6 |
| 11,470,595 | 1-5 |
| 11,159,210 | 1-5 |

2.    It is my opinion, among other things, that each of the Asserted Claims is invalid. I provide technical bases for these opinions as appropriate.

3.    I understand that in a separate pending litigation, Civil Case No. 2:24-cv-00765-JRG ("'765 litigation"), consolidated with the '746 case, Wilus has asserted U.S. Patents 11,129,163 (the "'163 patent"); 11,700,597 (the "'597 patent"); 11,116,035 (the "'035 patent"); and 11,516,879 (the "'879 patent") (collectively, the "'765 Asserted Patents") against Samsung. In this Report, I also provide my opinions on the technical comparability of the '746 Asserted Patents and the '765 Asserted Patents.

---

[1] I understand that the Asserted Patents against Samsung are part of Civil Case No. 2:24-cv-00746-JRG ("'746 litigation").