# Exhibit B

██████████████████

████████████████████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br> Defendants. | Civil Case No. 2:24-cv-00765-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00766-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> Defendants. | Civil Case No. 2:24-cv-00753-JRG-RSP [Member Case] <br><br> JURY TRIAL DEMANDED |

OPENING EXPERT REPORT OF PROF. STEPHEN B. WICKER, PH.D.

Dated: January 23, 2026

_____

Dr. Stephen B. Wicker

**TABLE OF CONTENTS**

Page

I.    INTRODUCTION ........................................................................................................ 1

    A.    Educational Background ................................................................................. 1

    B.    Career History ................................................................................................ 1

    C.    Publications and Patents ................................................................................ 2

    D.    Other Relevant Qualifications ....................................................................... 3

    E.    Materials and Other Information Considered ................................................ 4

    F.    Prior Testimony ............................................................................................. 4

    G.    Compensation ................................................................................................ 6

II.    UNDERSTANDING OF THE LAW ........................................................................ 7

    A.    Presumption of Validity ................................................................................ 7

    B.    Burden of Proof ............................................................................................. 7

    C.    Person Of Ordinary Skill In The Art ............................................................. 8

    D.    Effective Filing Date ..................................................................................... 8

    E.    Prior Art ......................................................................................................... 9

    F.    Anticipation ................................................................................................. 11

    G.    Obviousness ................................................................................................. 12

    H.    Secondary Considerations Relevant To Obviousness ................................. 15

    I.    Enablement .................................................................................................. 17

    J.    Written Description ...................................................................................... 17

    K.    Conception ................................................................................................... 18

    L.    Subject Matter Eligibility ............................................................................ 18

    M.    Joint Inventorship ........................................................................................ 20

    N.    Non-Infringing Alternatives ........................................................................ 21

i

O.    Incorporation By Reference ................................................................... 21

III.    LEVEL OF ONE OF ORDINARY SKILL IN THE ART ............................................. 21

IV.    CLAIM CONSTRUCTION ..................................................................................... 23

V.    BACKGROUND TECHNOLOGY ........................................................................... 25

A.    Wireless Communication Networks ..................................................... 25

B.    MPDUs and PPDUs ............................................................................. 26

C.    Acknowledgement (ACK) Policy ......................................................... 28

D.    BSS Color ............................................................................................ 29

E.    Network Allocation Vector and Power Save/Doze State ..................... 30

F.    Contention-Based Transmissions and Access Categories ................... 30

G.    Trigger-Based Transmissions and UL-MU ......................................... 34

H.    Multicarrier Modulation and OFDM ................................................... 38

I.    OFDMA ............................................................................................... 44

J.    OFDMA Random Access ..................................................................... 47

K.    UL MU Mode ...................................................................................... 48

L.    Beacon Frames ..................................................................................... 50

M.    QoS Data Frame ................................................................................... 50

VI.    ASSERTED PATENTS ........................................................................................... 51

A.    U.S. Patent Nos. 11,129,163 and 11,700,597 ..................................... 51

1.    Prosecution History .................................................................. 52

2.    Asserted Claims ........................................................................ 56

B.    U.S. Patent Nos. 11,516,879 and 11,116,035 ..................................... 57

1.    Prosecution History .................................................................. 59

2.    Asserted Claims ........................................................................ 63

VII.    OPINIONS RELATING TO '163 AND '597 PATENTS ................................................ 66

███████████████████████

A.    Effective Filing Date ............................................................................ 67

B.    Invalidating Prior Art ......................................................................... 72

    1.    Samsung Galaxy Tab S System Art ......................................... 72

    2.    IEEE P802.11ax/D1.0 ("D1.0") ............................................. 76

    3.    US 2016/0330663 ("Zhou 663") ........................................... 81

    4.    US 2016/330685 ("Asterjadhi 685") ..................................... 90

    5.    US 10,321,485 ("Noh 485") ................................................. 92

    6.    US 2017/257817 ("Itagaki 817") .......................................... 96

C.    Invalidity Grounds ............................................................................. 97

D.    Motivations to Combine, Reasonable Expectation of Success, and Analogousness .................................................................................... 99

    1.    Samsung Galaxy Tab S + Zhou 663 ........................................ 99

    2.    Samsung Galaxy Tab S + Zhou 663 + Noh 485 ..................... 100

    3.    Samsung Galaxy Tab S + Zhou 663 + Itagaki 817 ................. 102

    4.    Samsung Galaxy Tab S + Asterjadhi 685 ............................... 104

    5.    Samsung Galaxy Tab S + Asterjadhi 685 + Noh 485 ............. 106

    6.    Samsung Galaxy Tab S + Asterjadhi 685 + Itagaki 817 ......... 108

    7.    Samsung Galaxy Tab S + 802.11ax D1.0 ............................... 111

    8.    Samsung Galaxy Tab S + 802.11ax D1.0 + Itagaki 817 ......... 114

E.    '163 Patent Prior Art Grounds ......................................................... 116

    1.    Galaxy Tab S and Zhou 663 Render Obvious Claim 1 of the '163 Patent .................................................................................. 116

    2.    Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claims 2 and 3 of the '163 Patent ........................................................ 126

    3.    Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent ........................................... 137

4. Galaxy Tab S and Asterjadhi 685 Render Obvious Claim 1 of the '163 Patent ....................................................................... 143

5. Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claims 2 and 3 of the '163 Patent........................................... 151

6. Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent........................................... 161

7. Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1-3 of the '163 Patent ..................................................................... 168

8. Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 4 and 5 of the '163 Patent........................................... 187

F. '597 Patent Prior Art Grounds .................................................................. 194

1. Galaxy Tab S and Zhou 663 Render Obvious Claims 1 and 9 of the '597 Patent ..................................................................... 194

2. Galaxy Tab S, Zhou 663, and Noh 485 Render Obvious Claim 2 of the '597 Patent ..................................................................... 202

3. Galaxy Tab S, Zhou 663, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent ................................................... 203

4. Galaxy Tab S and Asterjadhi 685 Render Obvious Claims 1 and 9 of the '597 Patent.................................................................. 206

5. Galaxy Tab S, Asterjadhi 685, and Noh 485 Render Obvious Claim 2 of the '597 Patent ................................................... 213

6. Galaxy Tab S, Asterjadhi 685, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent......................................... 215

7. Galaxy Tab S and 802.11ax D1.0 Render Obvious Claims 1, 2, and 9 of the '597 Patent.................................................................. 218

8. Galaxy Tab S, 802.11ax D1.0, and Itagaki 817 Render Obvious Claims 5 and 12 of the '597 Patent......................................... 227

G. Written Description and Enablement.............................................................. 229

1. Cl. 3 of the '163 and '597 Patents: "Valid signaling field of the MAC frame" ........................................................................... 229

H. The Asserted Claims of the '163 and '597 Patents are not Patent-Eligible........ 232

1. Claim 9 of the '163 Patent is Representative...................................... 232

2.    The Asserted Claims Recite an Abstract Idea...................................... 233

3.    The Asserted Claims Do Not Recite An Inventive Concept.................. 234

I.    Alternative Designs................................................................................. 239

J.    Inventorship ............................................................................................ 242

1.    "Not to use a Basic Service Set (BSS) color when signaling information indicates that an operation based on the BSS color is not allowed . . . wherein the signaling information is transmitted from a base wireless communication terminal to which the wireless communication terminal is associated" ...................................................... 242

2.    "Wherein BSS color is an identifier of a BSS"...................................... 250

VIII.    OPINIONS RELATING TO '879 AND '035 PATENTS ............................................... 252

A.    Effective Filing Date................................................................................ 253

B.    Invalidating Prior Art............................................................................. 266

1.    Samsung Galaxy S Tab System Art........................................................ 266

2.    IEEE P802.11ax/D1.0 ("D1.0")............................................................ 266

3.    US 2017/0048048 A1 ("Seok 048") ...................................................... 267

4.    IEEE 802.11-16/0616r2 ("Asterjadhi 616") ......................................... 269

5.    US 2017/0245261 ("Cariou 261") ........................................................ 272

6.    Chinese Patent No. 102958185B ("Huawei 185") ................................ 277

7.    IEEE 802.11-15/00132 "Wireless LANs Specification Framework for TGax" ("Stacey 0132") .................................................................. 279

C.    Invalidity Grounds .................................................................................. 280

D.    Motivations to Combine and Reasonable Expectation of Success ...................... 282

1.    Samsung Galaxy Tab S + D1.0............................................................... 282

2.    Samsung Galaxy Tab S + D1.0 + Seok 048 or Asterjadhi 616 .............. 282

3.    Samsung Galaxy Tab S + Cariou 261 + Seok 048 ................................. 284

4.    Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Huawei 185.......... 290

5.      Samsung Galaxy Tab S + Cariou 261 + Seok 048 + Stacey 0132.......... 293

E.    '879 Patent Prior Art Grounds ................................................................................ 295

1.      The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of the '879 patent.................................................................................... 295

2.      The Galaxy Tab S in view of D1.0 and Seok 048 render obvious claims 1–5 of the '879 patent.................................................... 348

3.      The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render obvious claims 1–5 of the '879 patent ..................................... 353

4.      The Galaxy Tab S in view of Cariou 261 and Seok 048 render obvious claims 1–5 of the '879 patent ..................................... 358

5.      The Galaxy Tab S in view of Cariou 261, Seok 048, and Huawei 185 render obvious claims 1–5 of the '879 patent................................. 385

6.      The Galaxy Tab S in view of Cariou 261, Seok 048 and Stacey 0132 render obvious claims 1–5 of the '879 patent............................... 391

F.    '035 Patent Prior Art Grounds ................................................................................ 392

1.      The Galaxy Tab S in view of D1.0 render obvious claims 1–5 of the '035 patent.................................................................................... 392

2.      The Galaxy Tab S in view of D1.0 and Seok 048 render obvious claims 1–5 of the '035 patent.................................................... 395

3.      The Galaxy Tab S in view of D1.0 and Asterjadhi 616 render obvious claims 1–5 of the '035 patent ..................................... 398

4.      The Galaxy Tab S in view of Cariou 261 in view of Seok 048 render obvious claims 1–5 of the '035 patent....................................... 402

5.      The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and Huawei 185 render obvious claims 1–5 of the '035 patent ................... 403

6.      The Galaxy Tab S in view of Cariou 261 in view of Seok 048 and Stacey 00132 render obvious claims 1–5 of the '035 patent ................. 405

G.    Written Description and Enablement................................................................. 405

1.      Claims 1–5 of the '879 and '035 patents: "wherein the trigger frame triggers a orthogonal frequency division multiple access (OFDMA) uplink transmission of the wireless communication terminal" ................................................................................ 406

H.   The Asserted Claims of the '879/'035 Patents are not Patent-Eligible .............. 409

   1.   Claims 1-5 of the '879/'035 Patent are Representative of Claims 1–5 of the '035 Patent ................................................................................. 409

   2.   The Asserted Claims Recite an Abstract Idea........................................ 413

   3.   The Asserted Claims Do Not Recite an Inventive Concept.................... 414

I.   Alternative Designs................................................................................. 423

J.   Joint Inventorship.................................................................................... 427

   1.   Conception of Various Claim Elements ................................................. 427

   2.   Unlisted Joint Inventors ........................................................................ 440

IX.   SECONDARY CONSIDERATIONS ............................................................... 448

X.   RIGHT TO SUPPLEMENT ........................................................................... 450

## I.  INTRODUCTION

1.  My name is Stephen B. Wicker, Ph.D.  I am Professor Emeritus of Electrical and Computer Engineering at Cornell University in Ithaca, New York.  I have prepared this report as an expert witness on behalf of the defendants in the above titled case.  In this report I give my opinions on invalidity of the asserted claims of U.S. Patent Nos. 1,129,163; 11,700,597; 11,516,879; and 11,116,035.  I provide technical bases for these opinions as appropriate.

2.  This report contains statements of my opinions formed to date and the bases and reasons for those opinions.  I may offer additional opinions, within the guidelines of the court, based on further review of materials in this case, including opinions and/or testimony of other expert witnesses.

3.  I have summarized in this section my educational background, career history, publications, and other relevant qualifications.  My full curriculum vitae is attached as Exhibit 1 to this report.

### A.  Educational Background

4.  I received my Bachelor of Science degree in Electrical Engineering from the University of Virginia in 1982.  In 1983, I received a Master of Science degree in Electrical Engineering from Purdue University, and in 1987, I received a Ph.D. in Electrical Engineering from the University of Southern California.  My doctoral studies focused on the theory of sequences and error control codes for digital communication systems.

### B.  Career History

5.  From May 1982 to August 1983, I worked for the Network Architecture Research Group of Bell Laboratories, in Columbus, Ohio.  While with Bell Laboratories, I worked on digital switching systems for the messages that control the telephone network.

1