# Exhibit C

███████████████

███████████████████████

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP [Lead Case] <br><br> Case No. 2:24-cv-00764-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG [Member Case] <br><br> Case No. 2:24-cv-00765-JRG [Member Case] |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. <br><br> *Defendants.* | Case No. 2:24-cv-00766-JRG [Member Case] <br><br> Case No. 2:24-cv-00753-JRG-RSP [Member Case] |

## EXPERT REPORT OF ERIK DE LA IGLESIA
## REGARDING INFRINGEMENT

By: _____

Erik De La Iglesia

Executed on January 23, 2026 under penalty of perjury in: _Mountain View, CA_

1

I, Erik de la Iglesia, provide the following expert disclosures.

## I.      INTRODUCTION

### A.      Engagement

1.      I have been retained as an independent expert witness by the law firm of Russ August & Kabat on behalf Plaintiff Wilus Institute of Standards and Technology Inc., to testify as a technical expert in the cases: *Wilus Institute of Standards and Technology Inc., v. Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.*, Case Nos. 2:24-cv-00746-JGR ("-746 Case"), 2:24-cv-00765-JGR (E.D. Tex.) ("-765 Case")[1], including concerning infringement of the following U.S. Patent Nos. 10,313,077 (the "'077 Patent"); 10,687,281 (the "'281 Patent"); 11,116,035 (the "'035 Patent"); 11,129,163 (the "'163 Patent"); 11,159,210 (the "'210 Patent"); 11,470,595 (the "'595 Patent"); 11,516,879 (the "'879 Patent"); 11,700,597 (the "'597 Patent") (collectively, the "Asserted Patents").

2.      Unless otherwise noted, the statements made herein are based on my personal knowledge, and if called to testify, I could and would testify competently and truthfully with regard to this matter. I expect to testify at trial on the issues set forth in this report and in any other reports or declarations I prepare for this litigation. I also expect to testify at trial with respect to the matters addressed by any expert testifying on behalf of Samsung, if asked about these matters by the Court or by the parties' counsel.

3.      To ensure that my opinions are complete and accurate, I reserve the right to supplement or amend this report if additional facts and information that affect my opinions become

---

[1] I understand these two cases involving claims of infringement against Samsung were consolidated by the Court under Case No. 2:24-cv-00752-JRG-RSP (E.D. Tex.). Throughout out this report, I will refer to these two consolidated cases as "this matter" or "this case" where appropriate. Where I intend to refer to either of the consolidated cases, I will use a case number abbreviation such as "-746 Case" and "-765 Case."

function, which may include, for example, other functions that the identified function may call. Thus, my citations to source code are intended to encompass related and interacting code as well. Moreover, if I do not cite exemplary source code demonstrating the practice of a particular claim element, this does not mean that no source code is involved in performing the claimed function. In many instances, source code identified for one element of a claim is also relevant to other elements of the same claim. An index of the source code printouts is attached as **Exhibit C**.

157.    Samsung and various wifi-chip or module vendors have produced a large number of source code files for inspection in this case. To the extent they have produced multiple versions of certain source code files, I am not aware of any differences across versions of the source code that change my opinion that the Samsung accused products infringe the asserted claims. In other words, my opinions herein are not dependent upon which particular version of a given source code file applies. My citations herein to a given code file are generally intended to encompass other versions of that code file as well.

158.    As I mentioned above, third parties such as Broadcom, Intel, Qualcomm, [10] and MediaTek, produced source code files for inspection in this case. I reviewed the produced versions of the source code, as well as source code printout pages produced by the third parties from the source code computers, to confirm and support my opinions. My opinions herein are not dependent upon which particular version of a given source code file applies. Thus, my citations herein to a given code file are generally intended to encompass other versions of that code file as well.

## VI.    ELEMENT BY ELEMENT INFRINGEMENT ANALYSIS

---

[10] I understand that Qualcomm failed to produce the complete set of source code for its chips used in the accused products. I reserve the right to supplement this Report to the extent that more information becomes available.

159.    The element-by-element infringement analysis for each Asserted Patent can be found in the following appendices.

| Asserted Patent, Claims | Appendix |
|---|---|
| 10,313,077: Claims 1, 3-5, 8 | A |
| 10,687,281: Claims 1-4, 6 | B |
| 11,470,595: Claims 1-5 | |
| 11,116,035: Claims 1-5 | C |
| 11,516,879: Claims 1-5 | |
| 11,129,163: Claims 1-5 | D |
| 11,700,597: Claims 1-2, 5, 9, 12 | |
| 11,159,210: Claims 1-5 | E |

## VII.    INDIRECT INFRINGEMENT

160.    In this section, I will explain various ways in which Samsung indirectly infringes the Asserted Claims. Samsung directly infringes each of the Asserted Claims and must do so for its products to support Wi-Fi 6/802.11ax. For example, Samsung must directly infringe claim 1 of the '077 Patent in order comply with basic frame formatting requirements set forth in Wi-Fi 6/802.11ax and sell devices which do so, and it and has no way to support the accused WLAN features without infringing claim 1. This is true for each of the Asserted Patents, as set forth in the attached appendices, which set forth with detail my analysis and opinions for how Samsung infringes. Samsung directly infringes the Asserted Claims by importing, making, using, offering for sale, and selling the claimed systems in the United States via the Accused Products.

161.    Further, none of the specific accused WLAN features which infringe the Asserted Patents are user-configurable as a basic matter—a user with a Galaxy S24 smartphone cannot, for example, turn the use of BSS color information as a part of the WLAN functionality of the device, which is involved in Samsung's infringement of the '035 and '163 patents. At the user device level, an Accused Product does not offer such granular, WLAN-related configuration options. Instead, the main and (for this case) only relevant setting a user can interact with is the portion of

90

the user interfaces on the Accused Products for configuring and turning WLAN/wi-fi functionality on or off. A screen shot of taken at my direction by Wilus's counsel on January 21, 2026 of the portion of a Galaxy S25's UI showing this settings menu is provided below for illustration.



162.    Different classes of Accused Products have different ways for turning wi-fi/WLAN functionality on or off, of course. For instance, in the accused laptop models with Windows OS, a user typically turns wi-fi on or off and connects to an AP through the lower-left hand status bar, which by default will include an icon that can be clicked to expand a standard network connectivity menu. Based on my decades of experience with using Windows-based machines, this has generally been true for Windows machines (including the laptop/personal computer Accused Products) since as far back as Windows XP. For the television Accused Products, the Tizen OS user interface provides a general "settings" menu, typically containing a "network" submenu by which WLAN operation can be enabled and specific APs/SSIDs can be configured to be connected to. Such basic facts can be found liberally in publicly-available online resources, such as from Samsung's own online      product      documentation      and      user      guides.      *See,      e.g.,*

91