**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> HP INC., <br><br> *Defendant.* | Case No. 2:24-cv-00752-JRG-RSP <br> LEAD CASE |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; and <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-00746-JRG <br> Member Case |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff,* <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; and <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants.* | Case No. 2:24-cv-00765-JRG <br> Member Case |

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.,

                        *Plaintiff,*

      v.

ASKEY COMPUTER CORP.; and

ASKEY INTERNATIONAL CORP.,

                        *Defendants.*

Case No. 2:24-cv-00766-JRG
Member Case

WILUS INSTITUTE OF STANDARDS AND
TECHNOLOGY INC.,

                        *Plaintiff,*

      v.

ASKEY COMPUTER CORP.; and

ASKEY INTERNATIONAL CORP.,

                        *Defendants.*

Case No. 2:24-cv-00753-JRG-RSP
Member Case

## ORDER DENYING SAMSUNG'S MOTION TO CONSOLIDATE FOR TRIAL

Before the Court is Samsung's Motion to Consolidate for Trial. Having considered the Motion, the response, and the applicable law, the Court finds that the Motion should be and hereby is **DENIED.**