IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC. <br><br> Defendant. | Civil Case No. 2:24-cv-00752-JRG [Lead Case] <br><br> JURY TRIAL DEMANDED |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Civil Case No. 2:24-cv-00746-JRG [Member Case] <br><br> JURY TRIAL DEMANDED |

**SAMSUNG'S NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Samsung"), provide notice that in the trial of Civil Case No. 2:24-cv-00746-JRG[1], Samsung may rely at trial on one or more of the prior art references identified in this Notice, either alone or in combination, for the purposes of proving invalidity

---

[1] As explained in Samsung's Opposed Motion to Consolidate for Trial (Dkt. 450), Case Nos. 2:24-cv-746 and 2:24-cv-765 should be consolidated for trial.  To avoid burdening the Court with further filings, Samsung submits two separate Section 282 notices—one for each case.  However, this should not be viewed as a concession or agreement that Wilus is entitled to two separate trials.

under 35 U.S.C. §§ 101, 102, 103, proving invalidity due to improper inventorship, demonstrating the state of art, and/or for any other allowable purpose. This notice should not be construed in such a way that it conflicts with Samsung's obligations under any stipulation entered by Samsung in IPR proceedings concerning any Asserted Patents.

Samsung has already provided notice to Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") of the identity of certain publications, patents, and persons within the ambit of § 282 through the pleadings and correspondence in this case, including, but not limited to, invalidity contentions, expert witness reports, testimony, responses to interrogatories, disclosures under Rule 26, the Discovery Order, and the Local Patent Rules, and material disclosed in trial exhibit lists.

Samsung expressly incorporates herein by reference all of the publications, patents, and specification of persons within the ambit of § 282 previously cited in these pleadings, testimony, expert reports, correspondence and other materials. Samsung also reserves the right to rely on any description of the prior art within the specifications of the asserted patents or items of prior art cited on their face. Samsung reserves the right to amend and/or supplement this Notice to add items to this statement that were inadvertently omitted. In addition to each of the following identified prior art references, Samsung may rely on the applicant's admitted prior art for each of the Asserted Patents.

## I.    Prior Art to Asserted U.S. Patent No. 10,313,077

### A.    Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| US 9,001,929 | Jan. 10, 2012 | Apr. 7, 2015 | Il Gu Lee, Heejung Yu, Hun Sik Kang, Sok Kyu Lee | Electronics and Telecommunications Research Institute |

### B.  Patent Applications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2018/0102929 | Dec. 7, 2017 | Apr. 12, 2018 | Meilu Lin, Yun Liu |
| US 2017/0094664 | Sept. 29, 2016 | Mar. 30, 2017 | Dae Won Lee, Yujin Noh, Sungho Moon, Young Hoon Kwon |

### C.  Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| IEEE 802.11-2012 | 2012 | 1-2793 |
| IEEE 802.11ac | 2013 | 1-395 |
| IEEE 802.11-15/0810, "HE PHY Padding and Packet Extension" | Jul. 13, 2015 | 1-38 |
| IEEE 802.11-15/1372r1, "L-LENGTH Equation Update" | Nov. 10, 2015 | 1-6 |

### D.  System Prior Art

| System Name | Release Date |
|---|---|
| Samsung Galaxy Tab S | Aug. 2014 |

## II.  Prior Art to Asserted U.S. Patent No. 10,687,281

### A.  Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| US 10,219,271 | Jul. 1, 2016 | Feb. 26, 2019 | Ahmad Reza Hedayat, Amin Jafarian | Newracom, Inc. |

### B.  Patent Applications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2016/0353322 | Dec. 24, 2015 | Dec. 1, 2016 | Qinghua Li, Xiaogang Chen, Yuan Zhu, Huaning Niu, Hujun Yin |
| US 62/167,088 | May 27. 2015 | NA | Qinghua Li, Xiaogang Chen, Yuan Zhu, Huaning Niu, Hujun Yin |

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2017/0094664 | Sep. 29, 2016 | Mar. 30, 2017 | Dae Won Lee, Yujin Noh, Sungho Moon, Young Hoon Kwon |
| US 62/252,886 | Nov. 9, 2015 | NA | Dae Won Lee, Yujin Noh, Sungho Moon, Young Hoon Kwon |
| US 2017/0064718 | Aug. 23, 2016 | Mar. 2, 2017 | Arjun Bharadwaj, Bin Tian, Sameer Vermani |
| US 62/209,868 | Aug. 25, 2015 | NA | Arjun Bharadwaj, Bin Tian, Sameer Vermani |
| US 62/270,562 | Dec. 21. 2015 | NA | Arjun Bharadwaj |
| US 62/216,514 | Sep. 10, 2015 | NA | Kaushik M. Josiam |
| US 2017/0006608 | Jun. 24, 2016 | Jan. 5, 2017 | Kaushik M. Josiam, Rakesh Taori |

### C.      Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| IEEE 802.11n | 2009 | 1-502 |
| IEEE 802.11ac-2013 | 2013 | 1-395 |
| IEEE submission No. 802.11-15/1304r1 | Nov. 9, 2015 | 1-15 |
| IEEE submission No. 802.11-16/0397r2 | Mar. 14, 2016 | 1-11 |
| IEEE submission No. 802.11-16/0638r2 | May 16, 2016 | 1-14 |

### D.      System Prior Art

| System Name | Release Date |
|---|---|
| Samsung Galaxy Tab S | Aug. 2014 |

### III.      Prior Art to Asserted U.S. Patent No. 11,470,595

### A.      Patents

| Number | Filing Date | Issue Date | Named Inventors | Original Assignees |
|---|---|---|---|---|
| US 10,219,271 | Jul. 1, 2016 | Feb. 26, 2019 | Ahmad Reza Hedayat, Amin Jafarian | Newracom, Inc. |

**B.    Patent Applications**

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2016/0353322 | Dec. 24, 2015 | Dec. 1, 2016 | Qinghua Li, Xiaogang Chen, Yuan Zhu, Huaning Niu, Hujun Yin |
| US 62/167,088 | May 27. 2015 | NA | Qinghua Li, Xiaogang Chen, Yuan Zhu, Huaning Niu, Hujun Yin |
| US 2017/0094664 | Sep. 29, 2016 | Mar. 30, 2017 | Dae Won Lee, Yujin Noh, Sungho Moon, Young Hoon Kwon |
| US 62/252,886 | Nov. 9, 2015 | NA | Dae Won Lee, Yujin Noh, Sungho Moon, Young Hoon Kwon |
| US 2017/0064718 | Aug. 23, 2016 | Mar. 2, 2017 | Arjun Bharadwaj, Bin Tian, Sameer Vermani |
| US 62/209,868 | Aug. 25, 2015 | NA | Arjun Bharadwaj, Bin Tian, Sameer Vermani |
| US 62/270,562 | Dec. 21. 2015 | NA | Arjun Bharadwaj |
| US 62/216,514 | Sep. 10, 2015 | NA | Kaushik M. Josiam |
| US 2017/0006608 | Jun. 24, 2016 | Jan. 5, 2017 | Kaushik M. Josiam, Rakesh Taori |

**C.    Non-Patent Publications**

| Title | Publication Date | Page Nos. |
|---|---|---|
| IEEE 802.11n | 2009 | 1-502 |
| IEEE 802.11ac-2013 | 2013 | 1-395 |
| IEEE submission No. 802.11-15/1304r1 | Nov. 9, 2015 | 1-15 |
| IEEE submission No. 802.11-16/0397r2 | Mar. 14, 2016 | 1-11 |
| IEEE submission No. 802.11-16/0638r2 | May 16, 2016 | 1-14 |

### D. System Prior Art

| System Name | Release Date |
|---|---|
| Samsung Galaxy Tab S | Aug. 2014 |

## IV. Prior Art to Asserted U.S. Patent No. 11,159,210

### A. Patent Applications

| Number | Filing Date | Publication Date | Named Inventors |
|---|---|---|---|
| US 2017/0366310 | Jun. 14, 2017 | Dec. 21, 2017 | Lochan Verma<br>Bin Tian<br>Sameer Vermani<br>Lin Yang |
| US 2018/0176066 | Dec. 7, 2017 | Jun. 21, 2018 | Dongguk Lim<br>Jinsoo Choi<br>HanGyu CHO<br>Eunsung Park<br>Wookbong Lee |
| US 62/350,619 | Jun. 15, 2016 | N/A | Lochan Verma<br>Bin Tian<br>Sameer Vermani<br>Lin Yang |

### B. Non-Patent Publications

| Title | Publication Date | Page Nos. |
|---|---|---|
| IEEE 802.11-2012 | 2012 | 1-2793 |
| IEEE 802.11ac | 2013 | 1-395 |
| IEEE P802.11ax/D0.5, "High Efficiency (HE) PHY specification" | Sep. 2016 | 1-376 |
| IEEE P802.11ax/D1.0, "Enhancements for High Efficiency WLAN" | Dec. 1, 2016 | 1-453 |
| IEEE 802.11-17/0010r0, "Comments on TGax/D1.0" | Jan. 9, 2017 | All tabs |
| IEEE 802.11-17/0173r0, "CIDs on Signaling for UL HE MU PPDU" | Jan. 19, 2017 | 1-3 |

### C. System Prior Art

| System Name | Release Date |
|---|---|
| Samsung Galaxy Tab S | Aug. 2014 |

Dated: May 1, 2026

Respectfully submitted,

/s/ Ralph A. Phillips
Ruffin B. Cordell
TX Bar No. 04820550
cordell@fr.com
Michael J. McKeon
DC Bar No. 459780
mckeon@fr.com
Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070
Facsimile:  202-783-2331

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

Facsimile:  214-747-2091

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070
Facsimile:  858-678-5099

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
FISH & RICHARDSON, P.C.
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300
Facsimile:  713-652-0109

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005
Facsimile: 404-892-5002

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile:  903-934-9257

Jon B. Hyland
jhyland@hilgerslaw.com

HILGERS PLLC
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on May 1, 2026. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Ralph A. Phillips*
Ralph A. Phillips