**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP |
| HP INC., | § § | (LEAD CASE) |
| *Defendant.* | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | (MEMBER CASE) |
| *Defendants.* | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § | (MEMBER CASE) |
| *Defendants.* | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00764-JRG (MEMBER CASE) |
| HP INC., | § § § | |
| Defendant. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Motion to Withdraw as Counsel (the "Motion") filed by Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., (collectively, "Defendants"). (Dkt. No. 489.) In the Motion, Defendants request that Brendan F. McLaughlin of Fish & Richardson P.C. be permitted to withdraw as counsel of record for Defendants in Case Nos. 2:24-cv-00746 and 2:24-cv-00765. (*Id.* at 2.) Defendants represent that they "will continue to be represented by Fish & Richardson P.C." (*Id.*) The Motion is unopposed. (*Id.*)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that Mr. McLaughlin be permitted to **withdraw** as counsel of record for Defendants in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** Mr. McLaughlin as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 1st day of May, 2026.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

3