**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

## JOINT MOTION TO AMEND ELEVENTH AMENDED DOCKET CONTROL ORDER

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Plaintiff") and Defendants,

Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") file this

Joint Motion to Amend Eleventh Amended Docket Control Order and shows the Court as follows:

1

In light of the expected June 22 trial setting and to allow more time for the parties to confer regarding a joint questionnaire, the parties agree to request an extension of the deadline to submit a proposed juror questionnaire. The current deadline for the parties to submit a questionnaire is May 4, 2026. Consistent with a June 22 trial setting, the parties respectfully request the deadline be extended up to and including May 26, 2026.

This extension is not sought for purposes of delay, and the parties do not anticipate this extension to affect any deadlines in this case.

A proposed order is attached herewith.

Dated: May 4, 2026                    Respectfully submitted,


/s/Andrea L. Fair                     /s/ Ralph A. Phillips by permission Andrea L. Fair

Marc Fenster                          Ruffin B. Cordell
CA State Bar No. 181067               TX Bar No. 04820550
Email: mfenster@raklaw.com            cordell@fr.com
Reza Mirzaie                          Michael J. McKeon
CA State Bar No. 246953               DC Bar No. 459780
Email: rmirzaie@raklaw.com            mckeon@fr.com
Dale Chang                            Ralph A. Phillips
CA State Bar No. 248657               DC Bar No. 475571
Email: dchang@raklaw.com              rphillips@fr.com
Neil A. Rubin                         Matthew P. Mosteller
CA State Bar No. 250761               DC Bar No. 1697343
Email: nrubin@raklaw.com              mosteller@fr.com
Jacob Buczko                          Bryan J. Cannon
CA State Bar No. 269408               DC Bar No. 1723657
Email: jbuczko@raklaw.com             cannon@fr.com
Jonathan Ma                           Brendan F. McLaughlin
CA State Bar No. 312773               DC Bar No: 1671658
Email: jma@raklaw.com                 BMcLaughlin@fr.com
RUSS AUGUST & KABAT                    Payal Patel
12424 Wilshire Blvd. 12th Floor       DC Bar No. 90019320
Los Angeles, CA 90025                 ppatel@fr.com
Telephone: 310-826-7474               Damien Thomas

2

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc**

DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Telephone: 858-678-5070

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
**FISH & RICHARDSON, P.C.**
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309

3

Telephone: 404-892-5005

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

Jon B. Hyland
jhyland@hilgerslaw.com
**HILGERS PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

**ATTORNEYS FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff

has conferred with counsel for Defendants and the relief requested in this motion is jointly sought.

*/s/ Andrea L. Fair*

4