# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | )<br>)<br>) Case No. 2:24-cv-0752-JRG-RSP |
| Plaintiff, | ) **LEAD CASE**<br>)<br>) |
| v. | )<br>) |
| HP INC., | ) Case No. 2:24-cv-00764-JRG-RSP<br>) **Member Case**<br>) |
| Defendant. | )<br>) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:24-cv-00753-JRG-RSP<br>) **Member Case**<br>) |
| v. | )<br>) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | ) Case No. 2:24-cv-00766-JRG-RSP<br>) **Member Case**<br>)<br>) |
| Defendants. | )<br>) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 2:24-cv-00746-JRG-RSP<br>) **Member Case**<br>) |
| v. | )<br>) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) Case No. 2:24-cv-00765-JRG-RSP<br>) **Member Case**<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASKEY DEFENDANTS'
OPPOSITION TO ACCESS ADVANCE'S MOTION FOR LEAVE TO FILE
*AMICUS CURIAE* BRIEF IN SUPPORT OF WILUS**

I, Jeffrey D. Smyth, declare as follows:

1.    I am an attorney licensed to practice in the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") in the above-entitled action (admitted *pro hac vice* in this Court). I submit this declaration in support of Askey's Opposition to Access Advance's Motion for Leave to File *Amicus Curiae* Brief in Support of Wilus. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2.    Attached here to as **Exhibit 1** is a true and correct copy of an article titled "Access Advance Applauds Historic Preliminary Injunction in German HEVC Enforcement Action Against Roku," dated November 24, 2025 and accessible at https://accessadvance.com/2025/11/24/access-advance-applauds-historic-preliminary-injunction-in-german-hevc-enforcement-action-against-roku/.

3.    Attached here to as **Exhibit 2** is a true and correct copy of correspondence from counsel for Wilus sent on April 15, 2026.

## RELEVANT FACTS CITED IN MOTION

4.    I spoke with counsel for Access Advance on April 20, 2026 regarding the basis for their motion for leave to file and amicus brief in support of Wilus. Counsel for Access Advance indicated that Sisvel had been aware that Access Advance intended to seek leave to submit an amicus brief for approximately one month. No additional information about communications with Sisvel was provided.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 5th day of May 2026, at Palo Alto, California.

By:   */s/ Jeffrey D. Smyth*

         Jeffrey D. Smyth
         *Attorneys for Defendants*
         *Askey Computer Corp. and*
         *Askey International Corp.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 5, 2026, a complete copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on counsel for Access Advance.

/s/ Jeffrey D. Smyth
Jeffrey D. Smyth