# Exhibit 1

Case 2:24-cv-00752-JRG    Document 496-2    Filed 05/05/26    Page 2 of 3 PageID #: 32254

LITIGATION (HTTPS://ACCESSADVANCE.COM/CATEGORY/LITIGATION/)

# Access Advance Applauds Historic Preliminary Injunction in German HEVC Enforcement Action Against Roku

NOVEMBER 24, 2025

SHARE
(HTTPS://WWW.ADDTOANY.COM/SHARE#URL=HTTPS%3A%2F%2FACCESSADVANCE.COM%2F2025%2F11%2F24%2FACCESS-ADVAN
GERMAN-HEVC-ENFORCEMENT-ACTION-AGAINST-
ROKU%2F&TITLE=ACCESS%20ADVANCE%20APPLAUDS%20HISTORIC%20PRELIMINARY%20INJUNCTION%20IN%20GERMAN%20HE

 (/#facebook)      (/#twitter)       (/#linkedin)

**BOSTON – November 24, 2025 –** Access Advance LLC today announced that one of its Licensors, Dolby International AB, has obtained a historic preliminary injunction from the Landgericht München I, or Munich I Regional Court, against Roku, Inc. and Roku International B.V. ("Roku").

The injunction for infringement of EP 2 777 270, a patent essential to the HEVC/H.265 video coding standard, is believed to be the first preliminary injunction ever granted on a standard-essential patent, or SEP, in Germany — and the first such ruling in Europe.

"Today's ruling reflects the strength of our Licensors' HEVC portfolios and the importance of respecting patent rights in global markets," said Peter Moller, CEO of Access Advance. "This outcome reinforces why efficient licensing platforms like Access Advance exist — to ensure fair competition, broad access to essential technologies, and reduced litigation for the entire industry."

Multiple Access Advance Licensors have initiated claims against Roku for infringing HEVC patents since May 2024. Dolby's preliminary injunction follows its June 2025 motion seeking interim relief and reflects the Munich court's determination that an immediate injunction was warranted.

Case 2:24-cv-00752-JRG    Document 496-2    Filed 05/05/26    Page 3 of 3 PageID #: 32255

The preliminary injunction represents a breakthrough in SEP enforcement in Europe. In this case, Roku's pursuit of anti-suit relief and an interim license in a U.S. court combined with a recent ruling by the German Federal Court of Justice upholding the asserted patent's validity opened the window for urgent action by Dolby. While the Munich court has not published the grounds for its judgment yet, the fact that an injunction was issued demonstrates that the court considered Roku unwilling to take a license. Roku can appeal the decision.

Three court systems globally have granted preliminary injunctions based on infringement of SEPs, with Germany following earlier rulings in Brazil and Colombia. These decisions underscore the seriousness with which courts may respond when an implementer refuses to engage constructively in FRAND licensing negotiations.

"Access Advance patent pools exist to promote innovation and reduce licensing costs and litigation by allowing companies to obtain licenses to the essential patents of multiple Licensors through a single agreement," Moller said. "By making essential technologies widely and efficiently accessible, patent pools enable broader industry-wide standardization. That benefits consumers through increased device interoperability and innovation."

Dolby was represented by Bardehle Pagenberg (https://www.bardehle.com/en/).