# Exhibit 2

| | |
|---|---|
| **From:** | Neil Rubin |
| **To:** | Dhillon, Navraj S.; Marc Fenster; Reza Mirzaie; Dale Chang; Jacob Buczko; Jonathan Ma; andrea@millerfairhenry.com; EXT- trey@yw-lawfirm.com; Yang, Ming; Smyth, Jeffrey |
| **Cc:** | Beeney, Garrard R.; Proctor, Amy E.; Greg Love |
| **Subject:** | Re: Wilus Inst. of Standards and Tech. Inc. v. HP Inc., No. 2:24-cv-00752 (E.D. Tex.) (Lead Case) |
| **Date:** | Wednesday, April 15, 2026 10:00:22 AM |
| **Attachments:** | shield-advisory.png<br>chevron-light.png |

 External email 

Hi Navraj,

Thank you for reaching out. Our clients do not oppose.

Best regards,


Neil A. Rubin

RUSS AUGUST & KABAT | 12424 Wilshire Boulevard, 12th Floor | Los Angeles, CA 90025
Main +1 310 826 7474 | Direct +1 310 979 8252 | nrubin@raklaw.com |
www.raklaw.com

---

**From:** Dhillon, Navraj S. <dhillonn@sullcrom.com>

**Date:** Wednesday, April 15, 2026 at 9:07 AM

**To:** Marc Fenster <mfenster@raklaw.com>, Reza Mirzaie <rmirzaie@raklaw.com>, Dale Chang <dchang@raklaw.com>, Neil Rubin <nrubin@raklaw.com>, Jacob Buczko <jbuczko@raklaw.com>, Jonathan Ma <jma@raklaw.com>, andrea@millerfairhenry.com <andrea@millerfairhenry.com>, trey@yw-lawfirm.com <trey@yw-lawfirm.com>, ming.yang@finnegan.com <ming.yang@finnegan.com>, jeffrey.smyth@finnegan.com <jeffrey.smyth@finnegan.com>

**Cc:** Beeney, Garrard R. <Beeneyg@sullcrom.com>, Proctor, Amy E. <proctora@sullcrom.com>, Greg Love <glove@cjsjlaw.com>

**Subject:** Wilus Inst. of Standards and Tech. Inc. v. HP Inc., No. 2:24-cv-00752 (E.D. Tex.) (Lead Case)


> Some people who received this message don't often get email from dhillonn@sullcrom.com. Learn why this is important

Counsel,

We represent Access Advance LLC.  Our client intends to seek leave to appear as *amicus curiae* in the above-captioned action and file a brief in support of Wilus' motion for a permanent injunction against the Askey Defendants (ECF No. 228).  Pursuant to Local Rule CV-7(h)-(i), please let us know whether your

clients oppose the motion.


Best,

Nav


**Navraj S. Dhillon**
**SULLIVAN & CROMWELL LLP**
1888 Century Park East | Los Angeles, CA 90067-1725
+1 310 712 8835 (T) | +1 347 610 6991 (M)
dhillonn@sullcrom.com | www.sullcrom.com
*Admitted to practice only in New York; not admitted in California.

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.