# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Case No. 2:24-cv-0752-JRG-RSP <br> **LEAD CASE** <br><br> Case No. 2:24-cv-00764-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> Defendants. | Case No. 2:24-cv-00753-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00766-JRG-RSP <br> **Member Case** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Case No. 2:24-cv-00746-JRG-RSP <br> **Member Case** <br><br> Case No. 2:24-cv-00765-JRG-RSP <br> **Member Case** |

**[PROPOSED] ORDER DENYING ACCESS ADVANCE'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF WILUS**

The Court having reviewed Access Advance's Motion for Leave to File *Amicus Curiae* Brief in Support of Wilus; Askey Defendants' opposition thereto and the Declaration Jeffrey D. Smyth in support thereof; and after hearing oral argument and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Access Advance's Motion for Leave to File *Amicus Curiae* Brief in Support of Wilus is DENIED.

1