**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO AMEND ELEVENTH AMENDED DOCKET CONTROL ORDER**

Plaintiff, Wilus Institute of Standards and Technology Inc. ("Wilus"), Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung"), and Defendants Askey Computer Corp. and Askey International Corp. ("Askey") (collectively, the

1

"parties") file this Joint Motion to Amend Eleventh Amended Docket Control Order[1] and shows the Court as follows:

Based on an earliest expected July 13, 2026 trial setting and to allow more time for the parties to confer regarding a joint questionnaire, the parties agree to request an extension of the deadline to submit a proposed juror questionnaire. Consistent with a potential July 13 trial setting, the parties respectfully request the deadline be extended up to and including June 15, 2026.

In addition, the currently effective Eleventh Amended Docket Control Order lists June 1, 2026 as the date of jury selection, and sets deadlines for election of claims and disclosure of defenses in terms of a number of days prior to jury selection. The parties respectfully request that the Court formally enter a new jury selection date, so that these election and disclosure deadlines are formally moved.

This extension is not sought for purposes of delay, and the parties do not anticipate this extension to affect any other deadlines in this case.

A proposed order is attached herewith.

Dated: May 26, 2026                          Respectfully submitted,


/s/Reza Mirzaie                              /s/ Ralph A. Phillips by permission Reza Mirzaie

Marc Fenster                                 Ruffin B. Cordell
CA State Bar No. 181067                      TX Bar No. 04820550
Email: mfenster@raklaw.com                   cordell@fr.com
Reza Mirzaie                                 Michael J. McKeon
CA State Bar No. 246953                      DC Bar No. 459780
Email: rmirzaie@raklaw.com                   mckeon@fr.com

---

[1] Wilus and Samsung filed a Joint Motion to Amend Eleventh Amended Docket Control Order previously on May 4, 2026. Dkt. 495. Samsung and Wilus agree that Motion is moot in view of the instant motion.

2

Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Of Counsel:
Andrea L. Fair
State Bar No. 24078488
E-mail: andrea@millerfairhenry.com
**MILLER FAIR HENRY, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)


**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc**



*/s/ Jeffrey D. Smith by permission Reza
Mirzaie*
Trey Yarbrough
Texas Bar No. 2213350
trey@yw-lawfirm.com
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Telephone: 903-595-3111

Ming-Tao Yang (pro hac vice)
ming.yang@finnegan.com
Jeffrey D. Smyth (pro hac vice)

Ralph A. Phillips
DC Bar No. 475571
rphillips@fr.com
Matthew P. Mosteller
DC Bar No. 1697343
mosteller@fr.com
Bryan J. Cannon
DC Bar No. 1723657
cannon@fr.com
Brendan F. McLaughlin
DC Bar No: 1671658
BMcLaughlin@fr.com
Payal Patel
DC Bar No. 90019320
ppatel@fr.com
Damien Thomas
DC Bar No. 90018451
dthomas@fr.com
James Young
DC Bar No. 90005769
jyoung@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Ave., S.W., Ste. 1000
Washington, DC 20024
Telephone: 202-783-5070

Thomas H. Reger II
Texas Bar No. 24032992
reger@fr.com
Rodeen Talebi
TX Bar No. 24103958
talebi@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, TX 78766
Telephone: 214-747-5070

Aleksandr Gelberg
CA Bar No. 279989
gelberg@fr.com
John-Paul Fryckman
CA Bar No. 317591
fryckman@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130

3

jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Telephone: 650-849-6600

**ATTORNEYS FOR DEFENDANTS, Askey Computer Corp. and Askey International Corp.**

Telephone: 858-678-5070

Bailey K. Benedict
TX Bar No. 24083139
benedict@fr.com
**FISH & RICHARDSON, P.C.**
909 Fannin Street, Ste. 2100
Houston, TX 77010
Telephone: 713-654-5300

Lawrence R. Jarvis
GA Bar No. 102116
jarvis@fr.com
**FISH & RICHARDSON P.C.**
1180 Peachtree St. NE, Fl. 21
Atlanta, GA 30309
Telephone: 404-892-5005

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
Andrew Thompson ("Tom") Gorham
Texas Bar. No. 24012715
tom@gilliamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450

Jon B. Hyland
jhyland@hilgerslaw.com
**HILGERS PLLC**
7859 Walnut Hill Lane, Suite 335
Dallas, Texas 75230
Telephone: 972-645-3097

**ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.**

*/s/ Jeffrey D. Smyth by permission Reza Mirzaie*

Trey Yarbrough
Bar No. 2213350
**YARBROUGH WILCOX, PLLC**
100 E. Ferguson Street, Suite 1015

4

Tyler, TX 75702
Tel: (903) 595-3111
Fax: (903) 595-0191
Email: trey@yw-lawfirm.com
Ming-Tao Yang (*pro hac vice*)
Jeffrey D. Smyth (*pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW
GARRETT & DUNNER, LLP**
3300 Hillview Avenue, 2nd Floor
Palo Alto, CA 94304
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: ming.yang@finnegan.com
Email: jeffrey.smyth@finnegan.com
*Attorneys for Defendants Askey Computer
Corp. and Askey International Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 26, 2026, with a copy of this document via the Court's CM/ECF and served on all counsel of record via electronic mail.

*/s/ Reza Mirzaie*
Reza Mirzaie


## <u>CERTIFICATE OF CONFERENCE</u>

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is jointly sought.

*/s/ Reza Mirzaie*
Reza Mirzaie