**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

1

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR ENTRY OF A PERMANENT INJUNCTION (ECF NO. 228)**

Plaintiff Wilus Institute of Standards and Technology Inc. ("Wilus") respectfully moves the Court for leave to file a supplemental brief in support of its Motion for Entry of a Permanent Injunction (ECF No. 228). Good cause exists for the requested relief because a significant development has occurred since the filing of the Motion for Entry of a Permanent Injunction that is relevant to the issues raised therein.

Counsel for Askey has indicated that Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey") do not oppose this motion, provided that Askey be permitted to file a response to the Supplemental Brief within fourteen (14) days of the filing of Wilus's Supplemental Brief and not to exceed the length of Wilus's Supplemental Brief. Wilus does not oppose Askey's request.

For these reasons, Wilus respectfully requests that the Court grant this unopposed motion and permit Wilus to file its Supplemental Brief.

Dated: June 3, 2026                     Respectfully submitted,


                                        /s/ Reza Mirzaie
                                        Marc Fenster
                                        CA State Bar No. 181067
                                        Email: mfenster@raklaw.com
                                        Reza Mirzaie
                                        CA State Bar No. 246953
                                        Email: rmirzaie@raklaw.com
                                        Dale Chang
                                        CA State Bar No. 248657
                                        Email: dchang@raklaw.com
                                        Neil A. Rubin
                                        CA State Bar No. 250761
                                        Email: nrubin@raklaw.com

Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc**

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that pursuant to Local Rule CV-7(h) counsel for Plaintiff has conferred with counsel for Defendants and the relief requested in this motion is unopposed.

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 3, 2026, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie