**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00752-JRG-RSP<br>(Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>HP INC. | Case No. 2:24-cv-00764-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP<br>(Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.<br><br>v.<br><br>ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP<br>(Member Case) |

**DECLARATION ALEXANDRA EASLEY IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR ENTRY OF A PERMANENT INJUNCTION (ECF NO. 228)**

I, Alexandra Easley, declare and state as follows:

1.    I am a member of the State Bar of Texas and partner at the firm of Russ August & Kabat, counsel for Plaintiff Wilus Institute of Standards and Technology Inc. in the above-captioned action. I submit this declaration in support of Plaintiff's Supplemental Brief in Support of Motion for Entry of a Permanent Injunction. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.    Attached as **Exhibit A** is a true and correct copy of the Wi-Fi Multimode Sublicense Agreement between Sisvel and ASUSTeK, dated January 1, 2026.

3.    Attached as **Exhibit B** is a true and correct copy of ASUS's 2024 Annual Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026, at Dallas, Texas.

*/s/ Alexandra Easley*
Alexandra Easley

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 3, 2026, with a copy of this document via the Court's CM/ECF and served on all counsel of record via electronic mail.

*/s/ Alexandra Easley*
Alexandra Easley