**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00752-JRG (LEAD CASE) |
| HP INC., | § § § | |
| *Defendant*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00746-JRG (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00764-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00765-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00766-JRG <br> (MEMBER CASE) |

**ORDER**

Before the Court is the Unopposed Motion for Leave to File Supplemental Brief in Support of Motion for Entry of a Permanent Injunction (Dkt. No. 228) (the "Motion") filed by Plaintiff Wilus Institute of Standards and Technology Inc. ("Plaintiff"). (Dkt. No. 501.) In the Motion, Plaintiff moves for leave to file a supplemental brief in support of its Motion for Entry of Permanent Injunction (the "Motion for Injunction," Dkt. No. 228) in light of "a significant development… since the filing of the Motion [for Injunction] that is relevant to the issues raised therein." (Dkt. No. 501 at 2.) The Motion is unopposed by Defendants Askey Computer Corp. and Askey International Corp. (collectively, "Askey"), "provided that Askey be permitted to file a response to the Supplemental Brief within fourteen (14) days of the filing… and not t exceed the length of [Plaintiff's] Supplemental Brief." (*Id.*)

Having considered the Motion, the Court finds that it should be **GRANTED**. Plaintiff has leave to file its Supplemental Brief, and Askey will be permitted to file its response within fourteen (14) days.

## So Ordered this

**Jun 4, 2026**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE