**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00752-JRG-RSP <br> (Lead Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00746-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00753-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> HP INC. | Case No. 2:24-cv-00764-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. | Case No. 2:24-cv-00765-JRG-RSP <br> (Member Case) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC. <br><br> v. <br><br> ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP. | Case No. 2:24-cv-00766-JRG-RSP <br> (Member Case) |

1

**PLAINTIFF WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC.'S NOTICE REGARDING CONFIDENTIAL DOCUMENTS RELEVANT TO ASKEY'S SUPPLEMENTAL BRIEF**

Plaintiff Wilus Institute of Standards and Technology, Inc. ("Wilus") respectfully submits this Notice to advise the Court of the anticipated production of certain confidential documents that demonstrate the inaccuracy of factual assertions contained in Askey Computer Corp.'s ("Askey") supplemental brief (Dkt. 506).

Askey's supplemental brief, filed on June 17, contains factual assertions concerning licensing negotiations between Sisvel International S.A. ("Sisvel") and ASUSTeK Computer Inc. ("ASUS"). On June 24, Wilus notified Askey that documents and communications from those negotiations contradict certain factual assertions in Askey's supplemental brief.

The negotiation communications relevant to those assertions are subject to a Non-Disclosure Agreement between Sisvel and ASUS. Accordingly, Sisvel has initiated the contractual notice procedure and anticipates producing the communications to Askey upon completion of that process. Wilus reserves the right to seek appropriate relief if, after production of the relevant communications, Askey does not correct the factual assertions contained in its supplemental brief.

Dated: July 13, 2026                          Respectfully submitted,

                                              /s/ Reza Mirzaie
                                              Marc Fenster
                                              CA State Bar No. 181067
                                              Email: mfenster@raklaw.com
                                              Reza Mirzaie
                                              CA State Bar No. 246953
                                              Email: rmirzaie@raklaw.com
                                              Dale Chang
                                              CA State Bar No. 248657
                                              Email: dchang@raklaw.com
                                              Neil A. Rubin
                                              CA State Bar No. 250761

Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474


Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF,
Wilus Institute of Standards and
Technology Inc**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 13, 2026, with a copy of this document via the Court's CM/ECF.

*/s/ Reza Mirzaie*
Reza Mirzaie