**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> HP INC., <br><br> *Defendant*. | § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00752-JRG-RSP <br> (LEAD CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> *Defendants*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-CV-00746-JRG <br> (MEMBER CASE) |
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., <br><br> *Defendants*. | § § § § § § § § § § § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP <br> (MEMBER CASE) |



| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00765-JRG-RSP (MEMBER CASE) |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § § | |

| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00766-JRG-RSP (MEMBER CASE) |
| ASKEY COMPUTER CORP. and ASKEY INTERNATIONAL CORP., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss With Prejudice (the "Motion") filed by Plaintiff and Counterclaim Defendant Wilus Institute of Standards and Technology, Inc. ("Wilus") and Defendants and Counterclaim Plaintiffs Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") (together, the "Parties"). (Dkt. No. 508.) In the Motion, the Parties jointly move for dismissal of Wilus's claims against Samsung and Samsung's counterclaims against Wilus pursuant to Rule 41(a) of the Federal Rules of Civil Procedure in the above-captioned Member Case Nos. 2:24-cv-00746-JRG and 2:24-cv-00765-JRG. (*Id*. at 1.)

2

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims by Wilus against Samsung and all counterclaims by Samsung against Wilus are **DISMISSED WITH PREJUDICE** in the above-captioned Member Case Nos. 2:24-cv-00746-JRG and 2:24-cv-00765-JRG. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief between Wilus and Samsung not explicitly granted herein are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Member Case Nos. 2:24-cv-00746-JRG and 2:24-cv-00765-JRG as no parties or claims remain. The Clerk of the Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:24-cv-00752 because parties and claims remain in Member Case Nos. 2:24-cv-00753 and 2:24-cv-00766.

So ORDERED and SIGNED this 15th day of July, 2026.

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE

3